**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

------------------------------------------------------------ x
                                                             :
In re:                                                       :  Chapter 11
                                                             :
VIRGIN ORBIT HOLDINGS, INC.,                                 :  Case No. 23-10405 (KBO)
                                                             :
         Debtor.                                             :  Tax I.D. No. 98-1576914
                                                             :
------------------------------------------------------------ x
                                                             :
In re:                                                       :  Chapter 11
                                                             :
JACM HOLDINGS, INC.,                                         :  Case No. 23-10406 (KBO)
                                                             :
         Debtor.                                             :  Tax I.D. No. 47-5451445
                                                             :
------------------------------------------------------------ x
                                                             :
In re:                                                       :  Chapter 11
                                                             :
VIECO USA, INC.,                                             :  Case No. 23-10407 (KBO)
                                                             :
         Debtor.                                             :  Tax I.D. No. 84-3260492
                                                             :
                                                             :
------------------------------------------------------------ x
                                                             :
In re:                                                       :  Chapter 11
                                                             :
VIRGIN ORBIT, LLC,                                           :  Case No. 23-10408 (KBO)
                                                             :
         Debtor.                                             :  Tax I.D. No. 81-3599648
                                                             :
------------------------------------------------------------ x
                                                             :
In re:                                                       :  Chapter 11
                                                             :
VIRGIN ORBIT NATIONAL SYSTEMS, LLC,                          :  Case No. 23-10409 (KBO)
                                                             :
         Debtor.                                             :  Tax I.D. No. 35-2593801
                                                             :
------------------------------------------------------------ x

## ORDER AUTHORIZING
## JOINT ADMINISTRATION OF THE DEBTORS' CHAPTER 11 CASES

Upon consideration of the motion (the "**Motion**")[1] of the above-captioned debtors and debtors in possession (collectively, the "**Debtors**") for entry of an order authorizing joint administration of the Chapter 11 Cases; and this Court having reviewed the Motion and the First Day Declarations; and this Court having jurisdiction to consider the Motion and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012; and this Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2) and that this Court may enter a final order consistent with Article III of the United States Constitution; and this Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that proper and adequate notice of the Motion has been given and that no other or further notice is necessary; and a hearing having been held to consider the relief requested in the Motion (the "**Hearing**"); and upon the record herein; and after due deliberation thereon; and this Court having determined that there is good and sufficient cause for the relief granted in this Order, therefore, it is hereby

**ORDERED, ADJUDGED, AND DECREED THAT:**

1. The Motion is GRANTED as set forth herein.

2. Pursuant to section 105(a) of the Bankruptcy Code, Bankruptcy Rule 1015(b) and Local Rule 1015-1, the Chapter 11 Cases are consolidated for procedural purposes only, and shall not be a substantive consolidation of the respective estates. The requirements that the caption in the Chapter 11 Cases and certain notices list the Debtors' tax identification numbers are waived.

---

[1] Capitalized terms used but not otherwise defined herein have the meanings ascribed to such terms in the Motion.

30249006.2

3. The consolidated caption to be used by all parties in all papers in the jointly administered cases shall be as follows:

```
------------------------------------------------------------ x
                                                             :
In re:                                                       :   Chapter 11
                                                             :
VIRGIN ORBIT HOLDINGS, INC., et al.,¹                        :   Case No. 23-10405 (KBO)
                                                             :
                Debtors.                                     :   (Jointly Administered)
                                                             :
------------------------------------------------------------ x
```

[1] The Debtors in these cases, along with the last four digits of each debtor's federal tax identification number, are: Virgin Orbit Holdings, Inc. (6914); Virgin Orbit National Systems, LLC (3801); Vieco USA, Inc. (0492); Virgin Orbit, LLC (9648); and JACM Holdings, Inc. (1445). The Debtors' address is 4022 East Conant Street, Long Beach, CA 90808.

4. The caption set forth above shall be deemed to satisfy any applicable requirements of section 342(c)(1) of the Bankruptcy Code and Bankruptcy Rule 2002(n).

5. All pleadings and other documents to be filed in the jointly administered cases shall be filed and docketed in the case of Virgin Orbit Holdings, Inc., Case No. 23-10405 (KBO).

6. Separate docket entries shall be made on the docket of each of the Chapter 11 Cases (except that of Virgin Orbit Holdings, Inc.), substantially as follows:

> An order has been entered in this case consolidating this case with the case of Virgin Orbit Holdings, Inc. Case No. 23-10405 (KBO), for procedural purposes only and providing for its joint administration in accordance with the terms thereof. The docket in Case No. 23-10405 (KBO) should be consulted for all matters affecting this case.

7. The Debtors are hereby authorized to take such actions and to execute such documents as may be reasonably necessary to implement the relief granted by this Order.

30249006.2

8. This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

**Dated: April 4th, 2023**
**Wilmington, Delaware**

**KAREN B. OWENS**
**UNITED STATES BANKRUPTCY JUDGE**

30249006.2