**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

---------------------------------------------------------- x
                                   :

In re:                                :    Chapter 11
                                     :

VIRGIN ORBIT HOLDINGS, INC., *et al.*,[1]   :    Case No. 23-10405 (KBO)
                                     :

         Debtors.              :    (Jointly Administered)
                                     :
---------------------------------------------------------- x

**SCHEDULES OF ASSETS AND LIABILITIES FOR**
**VIRGIN ORBIT, LLC (CASE NO. 23-10408)**

---

[1]    The Debtors in these cases, along with the last four digits of each debtor's federal tax identification number, are:  Virgin Orbit Holdings, Inc. (6914); Virgin Orbit National Systems, LLC (3801) ("**VO-NS**"); Vieco USA, Inc. (0492); Virgin Orbit, LLC (9648); and JACM Holdings, Inc. (1445).  The Debtors' address, other than Debtor VO-NS, is 4022 East Conant Street, Long Beach, CA 90808.  Debtor VO-NS's address is 1960 E. Grand Avenue, El Segundo, CA 90245.

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

-------------------------------------------------------- x
                                 :

In re:                            :    Chapter 11

                                 :

VIRGIN ORBIT HOLDINGS, INC., *et al.*,[1]  :    Case No. 23-10405 (KBO)

                                 :

          Debtors.          :    (Jointly Administered)

                                 :
-------------------------------------------------------- x

**GLOBAL NOTES AND STATEMENT OF LIMITATIONS, METHODOLOGY,**
**AND DISCLAIMER REGARDING THE DEBTORS'**
**SCHEDULES OF ASSETS AND LIABILITIES**

The above-captioned debtors and debtors in possession (each, a "**Debtor**," and collectively, the "**Debtors**") are filing their Schedules of Assets and Liabilities (collectively, the "**Schedules**") in the United States Bankruptcy Court for the District of Delaware (the "**Court**"). The Debtors, with the assistance of their professional advisors, prepared the Schedules in accordance with section 521 of title 11 of the United States Code, 11 U.S.C. §§ 101–1532 (the "**Bankruptcy Code**"), and Rule 1007 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**").

These *Global Notes and Statement of Limitations, Methodology, and Disclaimer Regarding the Schedules and Statements* (the "**Global Notes**") pertain to the Schedules. These Global Notes should be referred to as part of, and reviewed in connection with, the Schedules.[2]

The Schedules have been prepared based on information provided by the Debtors' management and other employees, including the Debtors' Chief Financial Officer, and the Debtors' professional advisors. The Schedules are unaudited and subject to potential adjustment. In preparing the Schedules, the Debtors relied on financial data derived from their books and records that was available at the time of preparation. The Debtors have used commercially reasonable efforts to ensure the accuracy and completeness of such information and data; however, subsequent information, data, or discovery may result in material changes to the Schedules and inadvertent errors, omissions, or inaccuracies may exist. The Debtors and their estates reserve all rights to amend or supplement the Schedules as may be necessary and appropriate.

---

[1]   The Debtors in these cases, along with the last four digits of each debtor's federal tax identification number, are: Virgin Orbit Holdings, Inc. (6914); Virgin Orbit National Systems, LLC (3801) ("**VO-NS**"); Vieco USA, Inc. (0492); Virgin Orbit, LLC (9648); and JACM Holdings, Inc. (1445). The Debtors' address, other than Debtor VO-NS, is 4022 East Conant Street, Long Beach, CA 90808. Debtor VO-NS's address is 1960 E. Grand Avenue, El Segundo, CA 90245.

[2]   These Global Notes are in addition to any specific notes that may be contained in the Schedules. The fact that the Debtors have prepared a general note herein with respect to any of the Schedules and not to others should not be interpreted as a decision by the Debtors to exclude the applicability of such general note to the Debtors' remaining Schedules, as appropriate.

**Reservation of Rights**.  Nothing contained in the Schedules or these Global Notes shall constitute a waiver of any rights of the Debtors and their estates or an admission with respect to the Debtors' chapter 11 cases, including, but not limited to, any issues involving objections to claims, setoff or recoupment, equitable subordination or recharacterization of debt, defenses, characterization or re-characterization of contracts, leases and claims, assumption or rejection of contracts and leases and/or causes of action arising under the Bankruptcy Code or any other applicable laws.

**Description of the Cases and "As of" Information Date**.  On April 4, 2023 (the "**Petition Date**"), each of the Debtors filed voluntary petitions for relief with the Court under chapter 11 of the Bankruptcy Code.  Pursuant to sections 1107(a) and 1108 of the Bankruptcy Code, the Debtors are continuing to manage their financial affairs as debtors in possession.  Unless otherwise indicated herein or in the Schedules, all financial information for the Debtors in the Schedules and these Global Notes is provided as of the Petition Date or as close to the Petition Date as reasonably practicable under the circumstances.

**Basis of Presentation**.  The Schedules do not purport to represent financial statements prepared in accordance with Generally Accepted Accounting Principles ("**GAAP**"), nor are they intended to fully reconcile to any financial statements prepared by the Debtors.

In addition, the Debtors historically prepared consolidated unaudited quarterly and consolidated audited annual financial statements, which include all of the Debtors, as well as affiliated non-Debtor entities.  Unlike the consolidated financial statements, the Schedules generally reflect the assets and liabilities of each Debtor on a non-consolidated basis.  Accordingly, the amounts listed in the Schedules will likely differ, at times materially, from the consolidated financial reports prepared historically by the Debtors.

**Recharacterization**.  Notwithstanding the Debtors' commercially reasonable efforts to properly characterize, classify, categorize, or designate certain claims, assets, executory contracts, unexpired leases, and other items reported in the Schedules, the Debtors may nevertheless seek to recharacterize, reclassify, recategorize, redesignate, add, or delete items included in the Schedules, and the Debtors and their estates reserve all rights in this regard.

**Accounts Payable and Disbursement Systems**.  The Debtors maintain a cash management system (the "**Cash Management System**") to collect and disburse funds in the ordinary course of business.  A more complete description of the Cash Management System is set forth in the *Motion of Debtors for Entry of Interim and Final Orders (A) Authorizing Debtors to (I) Continue Operating Existing Cash Management System, (II) Honor Certain Prepetition Obligations Related Thereto, (III) Maintain Existing Business Forms, and (IV) Continue to Perform Intercompany Transactions, (B) Waiving Certain Requirements Under Section 345 of the Bankruptcy Code and the U.S. Trustee Guidelines, and (C) Granting Related Relief* [Docket No. 9] filed on April 4, 2023 (the "**Cash Management Motion**").

**Insiders**.  Persons listed as "insiders" have been included for informational purposes only, and such listing is not intended to be, nor should it be construed as, a legal characterization of such person as an insider, nor does it serve as an admission of any fact, claim, right or defense, and all such claims, rights, and defenses with respect thereto are hereby expressly reserved.  Further, the Debtors and their estates do not take any position with respect to:  (a) any such person's influence

over the control of the Debtors; (b) the management responsibilities or functions of any such individual; (c) the decision-making or corporate authority of any such individual; or (d) whether any such individual could successfully argue that he or she is not an "insider" under applicable law, including, without limitation, the federal securities laws, or with respect to any theories of liability or for any other purpose.

**Summary of Significant Reporting Policies**.  The following is a summary of certain significant reporting policies:

       a.      **Current Market Value – Net Book Value**.  It would be prohibitively expensive, unduly burdensome, and an inefficient use of estate resources for the Debtors to obtain current market valuations for all estate assets.  Accordingly, unless otherwise indicated herein or in the Schedules, the Schedules reflect the net book values, rather than current market values, of the Debtors' assets as of the Petition Date (unless another date is indicated herein or in the Schedules), and may not reflect the net realizable value.

       b.      **First Day Orders**.  Pursuant to various "first day" orders and any supplements or amendments to such orders entered by the Bankruptcy Court [Docket Nos. 59–68] (each, a "**First Day Order**," and collectively, the "**First Day Orders**"), the Debtor and its estate are authorized to pay certain prepetition claims, including, without limitation, certain claims relating to employee wages and benefits, claims for taxes and fees, claims of vendors and shippers, and claims related to insurance programs.  The Debtor has not included certain claims of this nature in the Schedules to the extent that such claims have been paid or will be paid under the First Day Orders.

       c.      **Setoffs**.  To the extent the Debtors have incurred or effectuated any ordinary course setoffs with third parties (including, without limitation, customers and vendors) prior to the Petition Date, or are subject to the occurrence of, or maintain the right to effectuate, ordinary course setoffs on account of activities occurring prior to the Petition Date, claims of creditors listed may not reflect all such setoffs.  The Debtors and their estates reserve all rights with respect to any such setoffs.

       d.      **Credits and Adjustments**.  Claims of creditors are listed in the amounts entered on the Debtors' books and records, and may not reflect all credits, allowances, or other adjustments due from such creditors to the Debtors.  The Debtors and their estates reserve all rights with regard to any such credits, allowances and other adjustments, including, without limitation, the right to assert claims, objections, setoffs and recoupments with respect to the same.

       e.      **Leases**.  In the ordinary course of business, the Debtors may lease certain equipment or non-residential real property from certain third-party lessors for use in the ordinary course of their business.  Nothing in the Schedules is, or shall be construed as, an admission as to the determination of the legal status of any lease (including, without limitation, whether any lease is a true lease or a financing arrangement, and whether such lease is unexpired), and the Debtors and their estates reserve all rights with respect to such issues.

       f.      **Executory Contracts and Unexpired Leases**.  The Debtors have not set forth executory contracts and unexpired leases as assets in the Schedules, even though these contracts and leases may have some value to the Debtors' estates.  Rather, executory contracts and

unexpired leases have been set forth solely on Schedule G.  The Debtors' rejection of executory contracts and unexpired leases may result in the assertion of rejection damages claims against the Debtors and their estates; however, the Schedules do not reflect any claims for rejection damages. The Debtors and their estates reserve all rights with respect to the assertion of any such claims.

g.      **Unknown or Undetermined Amounts**.  Where a description of an amount is left blank or listed as "unknown" or "undetermined," such response is not intended to reflect upon the materiality of such amount.

h.      **Liabilities**.  The Debtors have sought to allocate liabilities between the prepetition and postpetition periods based on the information available at the time of filing the Schedules.  If additional information becomes available or further research is conducted, the allocation of liabilities between the prepetition and postpetition periods may change.  Accordingly, the Debtors and their estates reserve all rights to amend, supplement, or otherwise modify the Schedules as is necessary or appropriate.

i.      **Estimates**.  The Debtors were required to make certain estimates and assumptions that affect the reported amounts of assets and liabilities and reported revenue and expenses.  The Debtors and their estates reserve all rights to amend the reported amounts of assets, liabilities, revenue, and expenses to reflect changes in those estimates and assumptions.

j.      **Classifications**.  Listing a claim (a) on Schedule D as "secured;" (b) on Schedule E/F as "unsecured priority," or "unsecured non-priority;" or (c) listing a contract or lease on Schedule G as "executory" or "unexpired," does not constitute an admission by the Debtors and their estates of the legal rights of any claimant, or a waiver of the rights of the Debtors and their estates to amend these Schedules to recharacterize or reclassify any claim or contract.

k.      **Claims Description**.  The Debtors and their estates reserve all rights to dispute, and to assert any offsets or defenses to, any claim reflected on the applicable Schedule on any grounds, including, without limitation, amount, liability, validity, priority or classification, and to subsequently designate any claim as "disputed," "contingent," or "unliquidated."

l.      **Guaranties and Other Secondary Liability Claims**.  Guaranties and other secondary liability claims (collectively, the "**Guaranties**") with respect to the Debtors' contracts and leases may not be included on Schedule H.  Therefore, the Debtors and their estates reserve all rights to amend the Schedules to the extent additional Guaranties are identified.

## **NOTES FOR SCHEDULES**

**Schedule A/B – Assets – Real and Personal Property**.  As set forth above, the Debtors and their estates are authorized to pay certain prepetition claims pursuant to the First Day Orders.  In addition, the assets listed in Schedule A/B are recorded as of February 28, 2023.

**Part 1**.  The Debtors have excluded bank accounts with no balance.  In addition, as described in the Cash Management Motion, a portion of two of the Debtors' operating accounts (1205-VO-US and 1919-VO-NS) are restricted and serve as collateral for the Debtors' corporate credit card program.  Specifically, such accounts hold restricted cash in the amounts of approximately $157,500 and $78,750, respectively. The cash balances listed in the Schedules are recorded as of the Petition Date.  Certain of the cash balances listed in the Schedules may differ from the cash balances listed in the Cash Management Motion due to certain de minimis payments made by the Debtors prior to filing the Cash Management Motion.

**Part 5**.  As set forth above, all inventory values identified in Schedule A/B, Part 5 are listed as net book value unless otherwise stated.

**Part 7**.  The Debtors' books and records do not differentiate between office furniture and office fixtures.  Accordingly, the Debtors have listed all office furniture and fixtures in the aggregate in their response to question 39.

**Part 11, Item 72**.  Debtor Virgin Orbit Holdings, Inc. is the parent of a consolidated tax group that comprises all of the Debtors.  Accordingly, the Debtors file Federal and state tax returns on a consolidated or combined basis.  The Debtors maintain certain deferred tax assets from consolidated or combined tax filings, which are listed under Schedule A/B, Part 11, Item 72 for Vieco USA, Inc.  The Debtors reserve all rights to assert that the deferred tax assets are property of a different Debtor.

**Part 11, Item 74**.  Despite their commercially reasonable efforts to identify all known assets, the Debtors may not have listed certain causes of action or potential causes of action against third parties as assets in Schedule A/B, Part 11, Item 74, including, but not limited to, causes of action arising under the Bankruptcy Code or any other applicable laws (including, but not limited to, intellectual property laws).  The Debtors and their estates reserve all rights with respect to any claims and causes of action that they may have, and neither these Global Notes nor the Schedules and Statements shall be deemed a waiver of any such claims and causes of actions, or in any way waive, prejudice, impair, or otherwise affect the assertion of such claims and causes of action.

**Part 11, Item 77.1**.  Intercompany transactions by and among the Debtors are presented on a net balance basis as of February 28, 2023.

**Schedule D – Creditors Who Have Claims Secured by Property**.  Except as otherwise agreed pursuant to a stipulation, agreed order, or other order entered by the Court that is or becomes final, the Debtors and their estates reserve all rights to dispute or challenge the validity, perfection, or immunity from avoidance of any lien purported to be granted or perfected in any specific asset to a creditor listed on Schedule D of any of the Debtors.  Moreover, although the Debtors may have scheduled claims of various creditors as secured claims for informational purposes, no current

valuation of the Debtors' assets in which such creditors may have a lien has been undertaken. Except as otherwise agreed pursuant to a stipulation, agreed order, or other order entered by the Court that is or becomes final, the Debtors and their estates reserve all rights to dispute or challenge the secured nature of any such claim or the characterization of the structure of any transaction, document, or instrument related to any such claim. The descriptions provided in Schedule D are intended only to be a summary. Reference to the applicable loan agreements and related documents is necessary for a complete description of the collateral and the nature, extent and priority of any liens. Nothing in these Global Notes or the Schedules and Statements shall be deemed a modification or interpretation of the terms of such agreements.

In certain instances, a Debtor may be a co-obligor with respect to scheduled claims of other Debtors. No claim set forth on the Schedule D of any Debtor is intended to acknowledge claims of creditors that are or may be otherwise satisfied or discharged.

The Debtors have not included on Schedule D all parties that may believe their claims are secured through setoff rights, deposits posted by, or on behalf of, the Debtors, inchoate statutory lien rights, or real property lessors, utility companies and other parties which may hold security deposits.

Certain of the amounts listed for parties on Schedule D may not be reflective of any accrued and unpaid interest, prepayment premiums, and other similar fees or expenses that such parties may be entitled to, and are not reflective of any payments made by the Debtors subsequent to the Petition Date.

**Schedule E/F – Creditors Who Have Unsecured Claims**.

**Part 2**. Certain creditors listed on Part 2 of Schedule E/F may owe amounts to the Debtors; accordingly, the Debtors and their estates may have valid setoff and recoupment rights with respect to such amounts. The Debtors and their estates reserve all rights to challenge any setoff and recoupment rights that may be asserted against them. The Debtors and their estates reserve all rights to dispute or challenge the validity, perfection, or immunity from avoidance of any lien purported to be perfected by a creditor listed on Part 2 of Schedule E/F.

The Debtors have used commercially reasonable efforts to include all creditors on Part 2 of Schedule E/F. The amounts listed for liabilities on Schedule E/F may be exclusive of certain contingent and unliquidated amounts.

Any intercompany claims listed in Schedule F are recorded as of February 28, 2023. Such claims fluctuate over time and may change materially once reconciled with information available as of the Petition Date.

To the extent that they have been paid, the Debtors have not listed on Part 2 of Schedule E/F, among others, certain unsecured employee wage or benefit claims or claims related to the Debtors' insurance programs for which the Debtors have been granted authority to pay pursuant to any First Day Orders. The Debtors and their estates reserve their rights to dispute or challenge whether creditors listed on Schedule E/F are entitled to priority claims.

Third parties should not anticipate that the relationship of aggregate asset values and aggregate liabilities set forth in the Schedules will reflect their ultimate recoveries in these chapter 11 cases.

Actual assets and liabilities may deviate from the amounts shown in the Schedules due to various events that occur throughout the duration of these chapter 11 cases.

**<u>Schedule G – Executory Contracts and Unexpired Leases</u>**.  Although commercially reasonable efforts have been made to ensure the accuracy of Schedule G regarding executory contracts and unexpired leases, inadvertent errors, omissions, or over-inclusion may have occurred in preparing Schedule G.  Omission of a contract, lease or other agreement from Schedule G does not constitute an admission that such omitted contract, lease or agreement is not an executory contract or unexpired lease.  Schedule G may be amended at any time to add any omitted executory contracts, unexpired leases and other agreements to which the Debtors are a party, including, without limitation, to add any that the Debtors did not list on Schedule G at this time.  Likewise, the listing of an agreement on Schedule G does not constitute an admission that such agreement is an executory contract or unexpired lease, or that such agreement was in effect or unexpired on the Petition Date or is valid or enforceable.  The agreements listed on Schedule G may have expired, or may have been modified, amended, or supplemented from time to time by various amendments, restatements, waivers, estoppel certificates, letters and other documents, instruments and agreements that may not be listed on Schedule G.

All rights, claims, and causes of action of the Debtors and their estates with respect to the agreements listed on Schedule G are hereby reserved and preserved.  The Debtors and their estates hereby reserve all rights to:  (a) dispute the validity, status, or enforceability of any agreements set forth on Schedule G; (b) dispute or challenge the characterization of the structure of any transaction, document or instrument related to a creditor's claim, including, but not limited to, the agreements listed on Schedule G; and (c) amend or supplement Schedule G, as necessary.

*[Remainder of page intentionally left blank]*

**Fill in this information to identify the case:**

Debtor name    Virgin Orbit, LLC

United States Bankruptcy Court for the:    District of Delaware

Case number (If known):    23-10408

☐ Check if this is an amended filing

Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

12/15

## Part 1: Summary of Assets

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**

     Copy line 88 from *Schedule A/B* ...........................................................................    $   19,751,222.48*

   1b. **Total personal property:**

     Copy line 91A from *Schedule A/B* ........................................................................    $   214,117,786.27*

   1c. **Total of all property:**

     Copy line 92 from *Schedule A/B* ..........................................................................    $   233,869,008.75*

## Part 2: Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)

   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D* ..........................................    $   72,153,699.99*

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**

     Copy the total claims from Part 1 from line 5a of *Schedule E/F* .................................................    $   539,831.88

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**

     Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F* .......................................    **+** $   198,153,339.40*

4. **Total liabilities** ...........................................................................................................................

   Lines 2 + 3a + 3b    $   270,846,871.27*

*Plus Undetermined Amounts

**Fill in this information to identify the case:**

Debtor name  Virgin Orbit, LLC

United States Bankruptcy Court for the:  District of Delaware

Case number (If known)  23-10408

☐ Check if this is an
amended filing

## Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property

12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:** **Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

2. **Cash on hand**  $  0.00

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1  JP Morgan Chase Bank | Operating | 1 2 0 5 | $  837,374.22 |
| 3.2 | | | $ |

4. **Other cash equivalents** *(Identify all)*

| 4.1  None | | | $  0.00 |
|---|---|---|---|
| 4.2 | | | $ |

5. **Total of Part 1**

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.    $  837,374.22

**Part 2:** **Deposits and prepayments**

6. **Does the debtor have any deposits or prepayments?**

   ☐ No. Go to Part 3.
   ☑ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit

| 7.1  See Attached Rider | $  269,649.08 |
|---|---|
| 7.2 | $ |

**8. Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

| | | |
|---|---|---|
| 8.1  See Attached Rider | $ | 10,867,992.66 |
| 8.2 | $ | |

**9. Total of Part 2.**

Add lines 7 through 8. Copy the total to line 81.

$ 11,137,641.74

## Part 3:   Accounts receivable

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.

☑ Yes. Fill in the information below.

**Current value of debtor's interest**

**11. Accounts receivable**

| | face amount | | doubtful or uncollectible accounts | | | | Current value |
|---|---|---|---|---|---|---|---|
| 11a. 90 days old or less: | 0.00 | — | 0.00 | = | ..... → | $ | 0.00 |
| 11b. Over 90 days old: | 3,610,971.68 | — | 3,099,263.75 | = | ..... → | $ | 511,707.93 |

**12. Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.

$ 511,707.93

## Part 4:   Investments

**13. Does the debtor own any investments?**

☐ No. Go to Part 5.

☑ Yes. Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

**14. Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

| | | | |
|---|---|---|---|
| 14.1 None | | $ | 0.00 |
| 14.2 | | $ | |

**15. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:     % of ownership:

| | | | | |
|---|---|---|---|---|
| 15.1 See Attached Rider | % | | $ | Undetermined |
| 15.2 | % | | $ | |

**16. Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

| | | | |
|---|---|---|---|
| 16.1 None | | $ | 0.00 |
| 16.2 | | $ | |

**17. Total of Part 4**

Add lines 14 through 16. Copy the total to line 83.

$ Undetermined

**\*Plus Undetermined Amounts**

**Part 5:  Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.

☑ Yes. Fill in the information below.

| General Description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** | | | | |
| Raw Materials | MM / DD / YYYY | $ 68,868,505.38 | Net Book Value | $ 68,868,505.38 |
| 20. **Work in progress** | | | | |
| Work In Progress | MM / DD / YYYY | $ 41,890,112.78 | Net Book Value | $ 41,890,112.78 |
| 21. **Finished goods, including goods held for resale** | | | | |
| None | MM / DD / YYYY | $ | | $ 0.00 |
| 22. **Other inventory or supplies** | | | | |
| Other Inventory | MM / DD / YYYY | $ 3,561,403.59 | Net Book Value | $ 3,561,403.59 |

23. **Total of Part 5.**

    Add lines 19 through 22. Copy the total to line 84.                                    $ 114,320,021.75

24. **Is any of the property listed in Part 5 perishable?**

☑ No

☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☑ Yes. Book value $ Undetermined   Valuation method N/A     Current value $ Undetermined

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☑ No

☐ Yes

**Part 6:  Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General Description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops-either planted or harvested** | | | |
| | $ | | $ |
| 29. **Farm animals** *Examples*: Livestock, poultry, farm-raised fish | | | |
| | $ | | $ |
| 30. **Farm machinery and equipment**  (Other than titled motor vehicles) | | | |
| | $ | | $ |
| 31. **Farm and fishing supplies, chemicals, and feed** | | | |
| | $ | | $ |
| 32. **Other farming and fishing-related property not already listed in Part 6** | | | |
| | $ | | $ |

33. **Total of Part 6.**

   Add lines 28 through 32. Copy the total to line 85.

   $ _____ 0.00

34. **Is the debtor a member of an agricultural cooperative?**

   ☐ No

   ☐ Yes. Is any of the debtor's property stored at the cooperative?

      ☐ No

      ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

   ☐ No

   ☐ Yes. Book value  $ _____   Valuation method _____   Current value  $ _____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

   ☐ No

   ☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

   ☐ No

   ☐ Yes

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
| --- | --- |

38 **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

   ☐ No. Go to Part 8.

   ☑ Yes. Fill in the information below.

| General Description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- |
| 39. **Office furniture** | | | |
| Office Furniture | $ 446,126.52 | Net Book Value | $ 446,126.52 |
| 40. **Office fixtures** | | | |
| None | $ _____ | | $ 0.00 |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| See Attached Rider | $ 5,279,588.54 | | $ 5,279,588.54 |
| 42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1 None | $ _____ | | $ 0.00 |
| 42.2 | $ _____ | | $ _____ |
| 42.3 | $ _____ | | $ _____ |

43. **Total of Part 7.**

   Add lines 39 through 42. Copy the total to line 86.

   $ 5,725,715.06

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

   ☐ No

   ☑ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

   ☑ No

   ☐ Yes

Debtor    Virgin Orbit, LLC
_____          Case number (If known)  23-10408
          Name

## Part 8:    Machinery, equipment, and vehicles

**46.  Does the debtor own or lease any machinery, equipment, or vehicles?**

☐  No. Go to Part 9.

☑  Yes. Fill in the information below.

| General Description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

**47.  Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

| | | | | |
|---|---|---|---|---|
| 47.1 | Vehicles | $        174,237.17 | Net Book Value | $        174,237.17 |
| 47.2 | | $ | | $ |
| 47.3 | | $ | | $ |
| 47.4 | | $ | | $ |

**48.  Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

| | | | | |
|---|---|---|---|---|
| 48.1 | None | $ | | $        0.00 |
| 48.2 | | $ | | $ |

**49.  Aircraft and accessories**

| | | | | |
|---|---|---|---|---|
| 49.1 | None | $ | | $        0.00 |
| 49.2 | | $ | | $ |

**50.  Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| | | | | |
|---|---|---|---|---|
| | See Attached Rider | $        31,933,809.66 | | $        31,933,809.66 |

**51.  Total of Part 8.**

Add lines 47 through 50. Copy the total to line 87.

$        32,108,046.83

**52.  Is a depreciation schedule available for any of the property listed in Part 8?**

☐  No

☑  Yes

**53.  Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☑  No

☐  Yes

## Part 9: Real property

**54. Does the debtor own or lease any real property?**

☐ No. Go to Part 10.

☑ Yes. Fill in the information below.

**55. Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, warehouse, factory, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1  See Attached Rider | | $ 19,751,222.48* | | $ 19,751,222.48* |
| 55.2 | | $ | | $ |
| 55.3 | | $ | | $ |
| 55.4 | | $ | | $ |
| 55.5 | | $ | | $ |
| 55.6 | | $ | | $ |

**56. Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

| | |
|---|---|
| | $ 19,751,222.48* |

**57. Is a depreciation schedule available for any of the property listed in Part 9?**

☐ No

☑ Yes

**58. Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☑ No

☐ Yes

## Part 10: Intangibles and intellectual property

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.

☑ Yes. Fill in the information below.

| General Description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60. Patents, copyrights, trademarks, and trade secrets**<br>See Attached Rider | $ Undetermined | | $ Undetermined |
| **61. Internet domain names and websites**<br>See Attached Rider | $ Undetermined | | $ Undetermined |
| **62. Licenses, franchises, and royalties**<br>None | $ | | $ 0.00 |
| **63. Customer lists, mailing lists, or other compilations**<br>None | $ | | $ 0.00 |
| **64. Other intangibles, or intellectual property**<br>None | $ | | $ 0.00 |
| **65. Goodwill**<br>None | $ | | $ 0.00 |

**66. Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

| | |
|---|---|
| | $ Undetermined |

**\*Plus Undetermined Amounts**

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?

☑ No

☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10 ?**

☑ No

☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year ?**

☑ No

☐ Yes

## Part 11:  All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.

☑ Yes. Fill in the information below.

|  |  | **Current value of debtor's interest** |
|---|---|---|

71. **Notes receivable**

Description (include name of obligor)

None _____   _____ — _____ = → $ 0.00

Total Face Amount   Doubtful or uncollectible Amount

72. **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

| None | Tax Year | $ 0.00 |
|---|---|---|
|  | Tax Year | $ |
|  | Tax Year | $ |

73. **Interests in insurance policies or annuities**

See Attached Rider                                             $   Undetermined

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

None                                                          $ 0.00

Nature of Claim

Amount Requested   $

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

None                                                          $ 0.00

Nature of Claim

Amount Requested   $

76. **Trusts, equitable or future interests in property**

None                                                          $ 0.00

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

See Attached Rider                                           $   49,477,278.74

$ _____

78. **Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.                    $   49,477,278.74*

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year ?**

☑ No

☐ Yes

**\*Plus Undetermined Amounts**

| Debtor | Virgin Orbit, LLC | Case number (If known) | 23-10408 |
|---|---|---|---|
|  | Name |  |  |

## Part 12:  Summary

**In Part 12 copy all of the totals from the earlier parts of the form.**

| Type of Property | Current value of personal property | Current value of real property |
|---|---|---|
| 80.  **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $         837,374.22 |  |
| 81.  **Deposits and prepayments.** *Copy line 9, Part 2.* | $       11,137,641.74 |  |
| 82.  **Accounts receivable.** *Copy line 12, Part 3.* | $         511,707.93 |  |
| 83.  **Investments.** *Copy line 17, Part 4.* | $       Undetermined |  |
| 84.  **Inventory.** *Copy line 23, Part 5.* | $      114,320,021.75 |  |
| 85.  **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $             0.00 |  |
| 86.  **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $        5,725,715.06 |  |
| 87.  **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $       32,108,046.83 |  |
| 88.  **Real property.** *Copy line 56, Part 9.* . ............................................................ → | | $19,751,222.48* |
| 89.  **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $       Undetermined |  |
| 90.  **All other assets.** *Copy line 78, Part 11.* | $       49,477,278.74* |  |
| 91.  **Total.** Add lines 80 through 90 for each column.............................91a. | $      214,117,786.27* | + 91b.  $19,751,222.48* |

92.  **Total of all property on Schedule A/B.**  Lines 91a + 91b = 92................................................................  $  233,869,008.75*

**\*Plus Undetermined Amounts**

Debtor Name:  Virgin Orbit, LLC                                                                Case Number:  23-10408

**Assets - Real and Personal Property**

**Part 2, Question 7:** Deposits, including security deposits and utility deposits

| Deposits, including security deposits and utility deposits<br>*(Description, including name of holder of deposit)* | Current value of debtor's interest |
|---|---|
| Deposit - Lease Security Deposit: 1800 M Street Owner, LP | $8,997.08 |
| Deposit - Lease Security Deposit: Vogel Engineers, Inc. | $23,000.00 |
| Deposit - Lease Security Deposit: Vogel Properties | $221,000.00 |
| Deposit - Security Deposit: Switch, Ltd. | $15,902.00 |
| Deposit - Utility Deposit: City of Long Beach | $750.00 |
| **TOTAL** | **$269,649.08** |

Debtor Name:  Virgin Orbit, LLC                                                     Case Number:  23-10408

**Assets - Real and Personal Property**

**Part 2, Question 8:** Prepayments, including payments on executory contracts, leases, insurance, taxes, and rent

| Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent  *(Description, including name of holder of prepayment)* | Current value of debtor's interest |
|---|---|
| Prepayment - Insurance: Aon Risk Ins. Services West | $310,704.58 |
| Prepayment - Insurance: Arthur Gallagher | $170,816.80 |
| Prepayment - Insurance: Exceptional Risk Advisors LLC | $5,316.72 |
| Prepayment - Insurance: Vogel Engineers, Inc. | $13,496.45 |
| Prepayment - Insurance: Willis Towers Watson Insurance Services West, Inc. | $615,985.55 |
| Prepayment - IT Vendor: Appextremes, LLC (d/b/a Conga) | $16,665.42 |
| Prepayment - IT Vendor: Arqit, Inc. | $16,666.67 |
| Prepayment - IT Vendor: Salesforce | $29,825.45 |
| Prepayment - IT Vendor: Saratech | $180,260.18 |
| Prepayment - Licenses / Subscriptions: Altium Inc. | $4,183.96 |
| Prepayment - Licenses / Subscriptions: Ata Engineering Inc | $33,129.00 |
| Prepayment - Licenses / Subscriptions: Brian Murphy | $9,107.28 |
| Prepayment - Licenses / Subscriptions: Cad/Cam Consulting Services Inc. | $1,512.44 |
| Prepayment - Licenses / Subscriptions: Clear-Com, LLC | $1,551.66 |
| Prepayment - Licenses / Subscriptions: Coreform LLC | $5,775.00 |
| Prepayment - Licenses / Subscriptions: Cornerstone OnDemand Inc. | $9,038.27 |
| Prepayment - Licenses / Subscriptions: Cullimore And Ring Technologies Inc | $24,628.59 |
| Prepayment - Licenses / Subscriptions: Data Centric Enterprises, LLC | $372,010.82 |
| Prepayment - Licenses / Subscriptions: GC Micro Corporation | $7,755.00 |
| Prepayment - Licenses / Subscriptions: Global Software, LLC (d/b/a Insightsoftware) | $6,423.76 |
| Prepayment - Licenses / Subscriptions: High QA, Inc. | $8,320.80 |
| Prepayment - Licenses / Subscriptions: iBASEt, Inc. | $31,529.18 |
| Prepayment - Licenses / Subscriptions: Microsoft Corporation | $234,477.96 |

Debtor Name:  Virgin Orbit, LLC                                                                 Case Number:  23-10408

**Assets - Real and Personal Property**

**Part 2, Question 8:** Prepayments, including payments on executory contracts, leases, insurance, taxes, and rent

| Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent  *(Description, including name of holder of prepayment)* | Current value of debtor's interest |
|---|---|
| Prepayment - Licenses / Subscriptions: Nth Generation Computing, Inc. | $131,801.46 |
| Prepayment - Licenses / Subscriptions: Oracle America, Inc. | $27,465.27 |
| Prepayment - Licenses / Subscriptions: Real-Time Innovations | $5,297.92 |
| Prepayment - Licenses / Subscriptions: Rego Consulting Corporation | $15,987.76 |
| Prepayment - Licenses / Subscriptions: Royal News Corporation | $5,906.25 |
| Prepayment - Licenses / Subscriptions: Software And Engineering Associates, Inc. | $13,050.00 |
| Prepayment - Licenses / Subscriptions: The Music Bed LLC | $3,000.00 |
| Prepayment - Licenses / Subscriptions: Zoho Corporation | $15,927.04 |
| Prepayment - Membership(s): Space Foundation | $57,833.30 |
| Prepayment - Membership(s): Spaceinafrica | $2,868.81 |
| Prepayment - VAT Input Tax | $14,846.46 |
| Prepayment - Vendor: Ams Collective Inc | $2,514.70 |
| Prepayment - Vendor: Aon Consulting Inc. | $1,183.33 |
| Prepayment - Vendor: Bay City Flyers, LLC (d/b/a Aero City Jets) | $34,880.00 |
| Prepayment - Vendor: Business Wire, Inc | $9,090.90 |
| Prepayment - Vendor: CDW Direct | $17,647.04 |
| Prepayment - Vendor: Diligent Corporation | $17,419.98 |
| Prepayment - Vendor: DMG Mori USA, Inc. | $6,229.15 |
| Prepayment - Vendor: Dun & Bradstreet Inc | $6,874.52 |
| Prepayment - Vendor: Everbridge, Inc | $6,542.16 |
| Prepayment - Vendor: Gallup, Inc. | $12,534.41 |
| Prepayment - Vendor: iCIMS, Inc. | $20,040.36 |
| Prepayment - Vendor: IHS Global Inc. | $152,423.10 |

Debtor Name:  Virgin Orbit, LLC                                                                                                      Case Number:  23-10408

**Assets - Real and Personal Property**

**Part 2, Question 8:** Prepayments, including payments on executory contracts, leases, insurance, taxes, and rent

| Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent  *(Description, including name of holder of prepayment)* | Current value of debtor's interest |
|---|---|
| Prepayment - Vendor: Inceptra LLC | $19,066.68 |
| Prepayment - Vendor: Insight Investment Holdings, LLC (d/b/a Red8 LLC) | $125,174.22 |
| Prepayment - Vendor: Intel Americas, Inc. | $6,378.75 |
| Prepayment - Vendor: LinkedIn Corporation | $33,408.12 |
| Prepayment - Vendor: Mathworks Inc. | $105,004.40 |
| Prepayment - Vendor: NASA | $281,180.00 |
| Prepayment - Vendor: National Instruments Corporation | $111,000.16 |
| Prepayment - Vendor: Naval Air Warfare Center Weapons Division | $19,339.07 |
| Prepayment - Vendor: Navex Global | $5,943.91 |
| Prepayment - Vendor: Praecipio Consulting, LLC. | $7,408.31 |
| Prepayment - Vendor: Rapid7 LLC | $15,302.00 |
| Prepayment - Vendor: Rescale, Inc. | $89,878.39 |
| Prepayment - Vendor: Smartsheet Inc. | $87,499.15 |
| Prepayment - Vendor: Spec Innovations | $7,840.00 |
| Prepayment - Vendor: The Ultimate Software Group, Inc. | $35,755.66 |
| Prepayment - Vendor: Trace3 | $686,662.06 |
| Prepayment - Vendor: Trimble Inc | $3,737.52 |
| Prepayment - Vendor: Upkeep Technologies, Inc. | $7,875.00 |
| Prepayment - Vendor: Virtusaero LLC | $7,678.02 |
| Prepayment - Vendor: Water Tower Research LLC | $28,000.00 |
| Prepayment - Vendor: Wowza Media Systems LLC | $5,265.00 |
| Prepayment - Vendor: Wpengine, LLC | $20,608.00 |
| Prepayment - Vendor: Zuken USA Inc. | $2,857.20 |

Debtor Name:  Virgin Orbit, LLC                                                                   Case Number:  23-10408

**Assets - Real and Personal Property**

**Part 2, Question 8:** Prepayments, including payments on executory contracts, leases, insurance, taxes, and rent

| Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent *(Description, including name of holder of prepayment)* | Current value of debtor's interest |
|---|---:|
| Prepayment - Vendor: Americas Generators, Inc | $21,135.00 |
| Prepayment - Vendor: Barber Nichols, Inc | $1,923,837.31 |
| Prepayment - Vendor: Bellows Mfg & Research | $234,000.00 |
| Prepayment - Vendor: Carbon-Carbon Advanced Technologies Inc | $883,751.66 |
| Prepayment - Vendor: Combined Utilities Box Systems, Inc | $16,372.42 |
| Prepayment - Vendor: Ensign-Bickford Aerospace & Defense Company | $4,029.82 |
| Prepayment - Vendor: G Systems, Inc. | $114,328.98 |
| Prepayment - Vendor: Honeywell Aerospace | $691,698.00 |
| Prepayment - Vendor: Isis - Innovative Solutions In Space Bv | $538,540.50 |
| Prepayment - Vendor: Jansens Aircraft Systems Controls | $200,874.00 |
| Prepayment - Vendor: Leaf Space S.R.L. | $10,317.50 |
| Prepayment - Vendor: NASA | $246,337.43 |
| Prepayment - Vendor: North American Crane Company | $246,800.28 |
| Prepayment - Vendor: Planetary Systems Corporation | $101,800.00 |
| Prepayment - Vendor: Redwire Space, Inc. | $739,586.00 |
| Prepayment - Vendor: Rescale, Inc. | $10,000.00 |
| Prepayment - Vendor: Schwab Industries, Inc | $108,876.00 |
| Prepayment - Workers Comp. Insurance: Aon (Bermuda) Ltd. | $65,681.87 |
| Prepayment - Workers Comp. Insurance: Aon Risk Insurance Services West | $256,618.81 |
| Retainer: Alvarez & Marsal | $50,000.00 |
| **TOTAL** | **$10,867,992.66** |

Debtor Name:  Virgin Orbit, LLC                                                      Case Number:  23-10408

**Assets - Real and Personal Property**

**Part 4, Question 15:** Non-publicly traded stock interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture.

| Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture *(Name of entity:)* | % of Ownership | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| Ground Station Mexico S.A. de C.V. | 97.66% | N/A | Undetermined |
| JACM Holdings, Inc. | 100% | N/A | Undetermined |
| Virgin Orbit Brasil Limitada | 100% | N/A | Undetermined |
| Virgin Orbit National Systems, LLC | 100% | N/A | Undetermined |
| Virgin Orbit UK Limited | 100% | N/A | Undetermined |
| SatRev S.A. | Undetermined | N/A | Undetermined |
| Sky and Space Global | Undetermined | N/A | Undetermined |
| | | **TOTAL** | $0.00<br>+ Undetermined Amounts |

Debtor Name:  Virgin Orbit, LLC                                                                          Case Number:  23-10408

**Assets - Real and Personal Property**

**Part 7, Question 41:** Office equipment, including all computer equipment and communication systems equipment and software

| Office equipment, including all computer equipment and communication systems equipment and software | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| IT Hardware: All Other IT Hardware | $1,664,993.33 | Net Book Value | $1,664,993.33 |
| IT Hardware: Capital Lease(s) | $1,349,802.99 | Net Book Value | $1,349,802.99 |
| IT Hardware: 10142 IT GSE Solution | $882,793.90 | Net Book Value | $882,793.90 |
| IT Software: QuantumCloud- Pilot Instance, Perpetual License | $311,111.12 | Net Book Value | $311,111.12 |
| IT Software: Pilot Instance, Single Instance, Perpetual License | $277,777.78 | Net Book Value | $277,777.78 |
| IT Software: All Other IT Software | $272,510.59 | Net Book Value | $272,510.59 |
| IT Hardware: HPE DL380 G10 96TB CTO Svr for Cohesity | $155,396.50 | Net Book Value | $155,396.50 |
| IT Software: Oracle Apps/DB Upgrade Project | $90,363.00 | Net Book Value | $90,363.00 |
| IT Software: Solumina User Licenses | $81,597.21 | Net Book Value | $81,597.21 |
| IT Software: VMware vSphere 7 Enterprise and HCI Program Kit | $78,974.03 | Net Book Value | $78,974.03 |
| IT Hardware: HP Blades - G10 - Expansion K8 Flight Software Cluster | $63,911.17 | Net Book Value | $63,911.17 |
| IT Hardware: Palo Alto Networks PA-5250 with redundant AC power supplies | $50,356.92 | Net Book Value | $50,356.92 |
| | | **TOTAL** | **$5,279,588.54** |

Debtor Name:  Virgin Orbit, LLC                                                              Case Number:  23-10408

**Assets - Real and Personal Property**

**Part 8, Question 50:** Other machinery, fixtures, and equipment (excluding farm machinery and equipment)

| Other machinery, fixtures, and equipment (excluding farm machinery and equipment) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| Equipment: NT6600DCG/4000 3D Hybrid Machine | $2,428,983.79 | Net Book Value | $2,428,983.79 |
| Equipment: Automated Ultrasonic Inspection Equipment | $1,017,502.67 | Net Book Value | $1,017,502.67 |
| Equipment: 3rd Autoclave Project 10151 | $948,609.46 | Net Book Value | $948,609.46 |
| Equipment: Multiax CNC Milling and Drilling Machine | $892,896.64 | Net Book Value | $892,896.64 |
| Equipment: LASERTEC 30 SLM 2nd Generation | $535,500.00 | Net Book Value | $535,500.00 |
| Equipment: DMG Mori DMC85 | $486,610.49 | Net Book Value | $486,610.49 |
| Equipment: Transportable Versatile (Ground/Sea) S-Band Telemetry Station SPARTE | $418,412.07 | Net Book Value | $418,412.07 |
| Equipment: DMG Mori DMC125FD and Cert | $281,189.78 | Net Book Value | $281,189.78 |
| Equipment: Prop Components Test Equipment | $195,135.30 | Net Book Value | $195,135.30 |
| Equipment: DMG Mori DMU-50 5-Axis VMC 3rd Gen. 60 Tools S/N 14505766684 | $183,750.00 | Net Book Value | $183,750.00 |
| Equipment: Mobile Clean Room Trailer | $162,791.93 | Net Book Value | $162,791.93 |
| Equipment: RF Test Equipment - Oracle Project #10136 | $159,782.61 | Net Book Value | $159,782.61 |
| Equipment: 30x34x10 Logi-Clean ISO Class 8 Rigid Wall Clean Room | $147,831.05 | Net Book Value | $147,831.05 |
| Equipment: Ground Support Equipment [GSE] Supporting 747 Operations | $132,983.00 | Net Book Value | $132,983.00 |
| Equipment: ACU-401-EMP-Base Unit | $116,149.21 | Net Book Value | $116,149.21 |
| Equipment: Test Equipment Sales:VO_PCTS-1 Prop Component Test System 1 | $113,766.83 | Net Book Value | $113,766.83 |
| Equipment: L1 Integration Tooling | $103,603.94 | Net Book Value | $103,603.94 |
| Equipment: 225kV X-Ray Vault and Control room | $96,684.37 | Net Book Value | $96,684.37 |
| Equipment: Duplicate Bridge Crane | $94,112.10 | Net Book Value | $94,112.10 |
| Equipment: Keller Vario-1, Dust Collector | $92,346.85 | Net Book Value | $92,346.85 |
| Equipment: Tank to Support Nickel Plating of Virgin Orbit's N3.1/N3.2 Chambers | $84,000.00 | Net Book Value | $84,000.00 |
| Equipment: Bench Top FlowCam for Dynamic Imaging Particle Analysis with a Camera | $83,165.88 | Net Book Value | $83,165.88 |
| Equipment: Panasonic Connectivity System for Cosmic Girl | $82,038.51 | Net Book Value | $82,038.51 |

Debtor Name:  Virgin Orbit, LLC                                                                                           Case Number:  23-10408

**Assets - Real and Personal Property**

**Part 8, Question 50:** Other machinery, fixtures, and equipment (excluding farm machinery and equipment)

| Other machinery, fixtures, and equipment (excluding farm machinery and equipment) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| Equipment: RMC151E-H2-A2-UI/O; Motion Control Unit | $76,856.58 | Net Book Value | $76,856.58 |
| Equipment: All Other Equipment | $20,930,147.04 | Net Book Value | $20,930,147.04 |
| Tooling: 00079959-501_Rev. 02D_S2 L1.1 LOX Skirt NC Fixture | $178,289.79 | Net Book Value | $178,289.79 |
| Tooling: TOOLING AND LAY-UP FOR N4 48" NOZZLES UNIT #6 AND UNIT #7 | $84,355.58 | Net Book Value | $84,355.58 |
| Tooling: 00095299-100_Rev. 01D_ MASTER MODEL, AFT BULKHEAD | $72,721.89 | Net Book Value | $72,721.89 |
| Tooling: 00061004-501_Rev. 02D - MANDREL ASSY, S2 FUEL | $66,544.40 | Net Book Value | $66,544.40 |
| Tooling: 00098900-001 Design LayUp Mold | $62,788.78 | Net Book Value | $62,788.78 |
| Tooling: ASC00021-501, Trim & Drill Fixture, Raceway Tray | $62,271.00 | Net Book Value | $62,271.00 |
| Tooling: 00017214-510_Rev. 01D_FIN BLADDER MOLD SET-1 ASSEMBLY | $61,039.21 | Net Book Value | $61,039.21 |
| Tooling: RUNWAY EXTENSION, INTEGRATION | $58,063.61 | Net Book Value | $58,063.61 |
| Tooling: ASC00021-501 - Trim & Drill Fixture | $54,604.10 | Net Book Value | $54,604.10 |
| Tooling: 00061304-501_Rev. 02D - MANDREL ASSY, S2 LOX | $51,530.50 | Net Book Value | $51,530.50 |
| Tooling: ASC00016-501_ Rev. 01D_LayUp Tool, S2 Fill & Drain Bathtub | $46,911.58 | Net Book Value | $46,911.58 |
| Tooling: SLA PATTERN FOR P62103 | $42,352.22 | Net Book Value | $42,352.22 |
| Tooling: Nickel plating and inspection holding fixture, N3.1 Chamber | $42,203.70 | Net Book Value | $42,203.70 |
| Tooling: ASC00025  T&D Fixture for S2 Tube Mount | $39,016.50 | Net Book Value | $39,016.50 |
| Tooling: 00077851-501_LAYUP TOOL, BARREL SECTION, STP ADAPTER LAYOUT | $37,867.90 | Net Book Value | $37,867.90 |
| Tooling: MODIFY ROCKET COVER IN ACCORDANCE WITH DRAWING # 00054093-501 | $34,652.70 | Net Book Value | $34,652.70 |
| Tooling: ASC00009-501_Rev. 01D_WELD JIG - HIGH PRESSURE LINE | $33,787.50 | Net Book Value | $33,787.50 |
| Tooling: 00006756-501_Rev. 02D_LAYUP TOOL, POLAR INSERT S1 LOX TANK | $32,859.33 | Net Book Value | $32,859.33 |
| Tooling: 00089581-501_Rev. 01D_SOFI POLAR FITTING ADAPTOR, S2 LOX, L1.1 | $30,645.34 | Net Book Value | $30,645.34 |
| Tooling: 00017214-530_Rev. 01D_SET-3 ASSEMBLY OF FIN IML SI BLADDER MOLD ASSEMBLY | $30,209.97 | Net Book Value | $30,209.97 |
| Tooling: ASC00014-501_Rev. 01D_Layup Mold, S2 Fuel COPV | $29,939.00 | Net Book Value | $29,939.00 |

Debtor Name:  Virgin Orbit, LLC                                                         Case Number:  23-10408

**Assets - Real and Personal Property**

**Part 8, Question 50:** Other machinery, fixtures, and equipment (excluding farm machinery and equipment)

| Other machinery, fixtures, and equipment (excluding farm machinery and equipment) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| Tooling: ASC00010-501_Rev. 01D_LAYUP TOOL, SPIN START COPV MOUNT, CRADLE | $28,923.70 | Net Book Value | $28,923.70 |
| Tooling: 00055136-501_Rev. 01D_ FIN CAN, VERTICAL ASSEMBLY TOOL | $27,625.00 | Net Book Value | $27,625.00 |
| Tooling: ASC00015-501_Rev. 01D_TRIM & DRILL FIXTURE ASSY, S2 FUEL COPV CRADLE | $27,000.00 | Net Book Value | $27,000.00 |
| Tooling: All Other Tooling | $832,756.26 | Net Book Value | $832,756.26 |
| | | **TOTAL** | **$31,933,809.66** |

Debtor Name:  Virgin Orbit, LLC                                                                 Case Number:  23-10408

**Assets - Real and Personal Property**

**Part 9, Question 55:** Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| Buildings & Land | Buildings & Land | $12,289,435.40 | Net Book Value | $12,289,435.40 |
| Leasehold Improvements | Leasehold Improvements | $7,461,787.08 | Net Book Value | $7,461,787.08 |
| 3880 McGowen Street<br>Long Beach, CA 90808 | Manufacturing, Warehouse and Office Lease | Undetermined | N/A | Undetermined |
| 4022 E. Conant Street<br>Long Beach, CA 90808 | Manufacturing, Warehouse and Office Lease | Undetermined | N/A | Undetermined |
| 1800 M. Street, NW<br>Suite 525<br>Wsahington, DC 20036 | Office Lease | Undetermined | N/A | Undetermined |
|  |  |  | **TOTAL** | **$19,751,222.48**<br>+ Undetermined Amounts |

Debtor Name:  Virgin Orbit, LLC                                                                                          Case Number:  23-10408

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| Patents, copyrights, trademarks, and trade secrets | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| Trademark:  LauncherOne (US App/Reg #: 86253808 / 4780065) - Registered | Undetermined | N/A | Undetermined |
| Trademark: Vox Space (US App/Reg #: 87508634 / 6289678) - Registered | Undetermined | N/A | Undetermined |
| Trademark: Vox Space (US App/Reg #: 97037929) - Pending | Undetermined | N/A | Undetermined |
| Trade Secrets | Undetermined | N/A | Undetermined |
| | | **TOTAL** | $0.00 |
| | | | + Undetermined Amounts |

Debtor Name:  Virgin Orbit, LLC                                                    Case Number:  23-10408

**Assets - Real and Personal Property**

**Part 10, Question 61:** Internet domain names and websites

| Internet domain names and websites | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| Launcherone.com | Undetermined | N/A | Undetermined |
| Voxspace.com | Undetermined | N/A | Undetermined |
| | | **TOTAL** | $0.00 |
| | | | + Undetermined Amounts |

Debtor Name:  Virgin Orbit, LLC

Case Number:  23-10408

**Assets - Real and Personal Property**

**Part 11, Question 73:** Interests in insurance policies or annuities

| Interests in insurance policies or annuities (Description) | Policy Type | Policy Number | Current value of debtor's interest |
|---|---|---|---|
| Aegis Syndicate; HCC Syndicate; Chaucer Syndicate | Cargo International | 23696M22 | Undetermined |
| AIG | Auto | 01CA0101779751 | Undetermined |
| AIG | Foreign Package | WS11018400 | Undetermined |
| AIG | General Liability / Inland Marine | 02LX0534057451 | Undetermined |
| AIG | Management Lines-D&O | 19292773 | Undetermined |
| AIG | Management Lines-D&O | 19292771 | Undetermined |
| AIG | Management Lines-D&O | 19292770 | Undetermined |
| AIG | Umbrella | 29UD0199192901 | Undetermined |
| American Home Assurance Company (AIG) | Property | 015680556 | Undetermined |
| Argonaut Insurance Company (RT Specialty) | Employment Practices Liability | ML4209549-4 | Undetermined |
| Argonaut Insurance Company (RT Specialty) | Fiduciary Liability | ML4282934-0 | Undetermined |
| AWAC | Management Lines-D&O | 3132026 | Undetermined |
| AWAC | Management Lines-D&O | 3132024 | Undetermined |
| AXA XL | Management Lines-D&O | ELU187344-22 | Undetermined |
| AXA XL | Management Lines-D&O | ELU18734122 | Undetermined |
| AXIS | Management Lines-D&O | P00100072035402 | Undetermined |
| Axis Surplus Insurance Company (Amwins) | Difference In Conditions ($5M PO $10M) | ELF658165-22 | Undetermined |
| Berkley | Management Lines-D&O | BPRO8088481 | Undetermined |
| Berkley | Management Lines-D&O | BPRO8088480 | Undetermined |
| Berkshire | Management Lines-D&O | 47EPC31950702 | Undetermined |
| Bowhead | Management Lines-D&O | ECL14524841301 | Undetermined |
| Canopius | Management Lines-D&O | SGC091201 | Undetermined |
| Canopius Underwriting Agency, Inc. | Launch Vehicle Flight Insurance | GA2306066 | Undetermined |
| CNA | Excess Liability | 7036435675 | Undetermined |

Debtor Name:  Virgin Orbit, LLC                                                                                    Case Number:  23-10408

**Assets - Real and Personal Property**

**Part 11, Question 73:** Interests in insurance policies or annuities

| Interests in insurance policies or annuities (Description) | Policy Type | Policy Number | Current value of debtor's interest |
|---|---|---|---|
| Coalition | Cyber | C4LQ7019619CYBER2023 | Undetermined |
| Evanston Insurance Company (Amwins) | Difference In Conditions ($5M PO $10M) | MKLV5XPR001261 | Undetermined |
| Everest | Management Lines-D&O | SC5EX00688221 | Undetermined |
| Everest BDA | Management Lines-D&O | SCBDO00024-221 | Undetermined |
| Federal Insurance Company (Chubb) | Business Travel Accident | 9908-65-62 | Undetermined |
| Global Aerospace, Inc. | Unmanned Aircraft Systems | 9026056 | Undetermined |
| Great Divide Insurance Company (WWFI) | General Liability (Part Of Production Package) Film Package Policy (Part Of Production Package) | CNA750862413 | Undetermined |
| Hiscox | Crime | UKA301851022 | Undetermined |
| Hudson | Management Lines-D&O | HN03038247122922 | Undetermined |
| Landmark American Insurance Company (Amwins) | Difference In Conditions ($5M PO $10M) | LHQ429690 | Undetermined |
| Liberty Mutual Insurance Company | Crime | PACRABDWLS027 | Undetermined |
| Lloyd's (Falvey Cargo Underwriting) | Cargo | 7000025 | Undetermined |
| Lloyd's Starstone (Vikco) (Amwins) | Difference In Conditions ($5M PO $10M) | VS592200599 | Undetermined |
| Old Republic | Workers Compensation | 0CAD05303003 | Undetermined |
| Sompo | Management Lines-D&O | ADX30014678101 | Undetermined |
| Sompo | Management Lines-D&O | DOX30029064100 | Undetermined |
| Starr | Management Lines-D&O | 1000623793221 | Undetermined |
| The Hartford | Management Lines-D&O | 34DA041096222 | Undetermined |
| Tokio Marine America Company | Environmental Pollution Liability | PPK2343847 | Undetermined |
| Underwriters At Lloyd's London | Aircraft Hull & Liability | GA2204956 | Undetermined |
| Underwriters At Lloyd's London | Excess Avn 52E | GA2204958 | Undetermined |
| Underwriters At Lloyd's London | Hull Deductible | GA2204959 | Undetermined |
| Underwriters At Lloyd's London | Hull War | GA2204960 | Undetermined |

Debtor Name:  Virgin Orbit, LLC                                                                 Case Number:  23-10408

**Assets - Real and Personal Property**

**Part 11, Question 73:** Interests in insurance policies or annuities

| Interests in insurance policies or annuities (Description) | Policy Type | Policy Number | Current value of debtor's interest |
|---|---|---|---|
| Various Insurers | D&O Tail | TBD | Undetermined |
| Zurich | Excess Liability | AEC698650000 | Undetermined |
| | | **TOTAL** | $0.00 + Undetermined Amounts |

Debtor Name:  Virgin Orbit, LLC                                                                    Case Number:  23-10408

**Assets - Real and Personal Property**

**Part 11, Question 77:** Other property of any kind not already listed

| Other property of any kind not already listed<br>*Examples:* Season tickets, country club membership | Current value of debtor's interest |
|---|---:|
| Construction in Progress | $15,295,297.96 |
| FSA Employees Receivable | $85,184.73 |
| Intercompany Receivable - Virgin Orbit Holdings, Inc. | $22,160,384.45 |
| Intercompany Receivable - Vieco USA, Inc. | $2,040,554.31 |
| Intercompany Receivable - Virgin Orbit National Systems, LLC | $344,138.34 |
| Intercompany Receivable - Virgin Orbit UK Ltd. | $9,549,893.95 |
| Intercompany Receivable - JACM Holdings, Inc. | $1,825.00 |
| **TOTAL** | **$49,477,278.74** |

**Fill in this information to identify the case:**

Debtor name    Virgin Orbit, LLC

United States Bankruptcy Court for the:    District of Delaware

Case number (If known):    23-10408

☐ Check if this is an
amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

## Part 1:    List Creditors Who Have Secured Claims

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of Claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|

**2.1**

**Creditor's name**
BANK OF THE WEST D/B/A NETAPP CAPITAL SOLUTIONS

**Creditor's mailing address**
1625 W. FOUNTAINHEAD PKWY, 10TH FLOOR
TEMPE, AZ 85282

**Creditor's email address, if known**

**Date debt was incurred**    04/10/2019

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor, and its relative priority.

**Describe debtor's property that is subject to a lien**
As provided in the UCC Financing Statement

$    Undetermined    $    Undetermined

**Describe the lien**
Delaware UCC financing statement file number 20192484454; File date 04/10/2019

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☐ Disputed

**2.2**

**Creditor's name**
CANON FINANCIAL SERVICES, INC.

**Creditor's mailing address**
158 GAITHER DRIVE, SUITE 200
MT. LAUREL, NJ 08054

**Creditor's email address, if known**

**Date debt was incurred**    12/20/2022

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    ☐ Yes. The relative priority of creditors is specified on lines

**Describe debtor's property that is subject to a lien**
As provided in the UCC Financing Statement

$    Undetermined    $    Undetermined

**Describe the lien**
Delaware UCC financing statement file number 20220526135; File date 12/20/2022

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☐ Disputed

**3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**

$ 72,153,699.99

+ Undetermined Amounts

| Debtor | Virgin Orbit, LLC | Case number (If known): 23-10408 |
|---|---|---|
| | Name | |

| **Part 1:** | **Additional Page** | Column A | Column B |
|---|---|---|---|
| | | **Amount of Claim** Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

**Copy this page only if more space is needed.Continue numbering the lines sequentially from the previous page.**

---

**2.3**

**Creditor's name**

CORPORATION SERVICE COMPANY, AS REPRESENTATIVE

**Describe debtor's property that is subject to a lien**

As provided in the UCC Financing Statement

$ ___ Undetermined   $ ___ Undetermined

**Creditor's mailing address**

801 ADLAI STEVENSON
SPRINGFIELD, IL 62706

**Describe the lien**

Delaware UCC financing statement file number 20192951288; File date 04/29/2019

**Creditor's email address, if known**

UCCSPREP@CSCINFO.COM

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Date debt was incurred**     04/29/2019

**Last 4 digits of account number**

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes.  Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes. The relative priority of creditors is specified on lines

**As of the petition filing date, the claim is:**

Check all that apply.

☑ Contingent
☑ Unliquidated
☐ Disputed

---

**2.4**

**Creditor's name**

CORPORATION SERVICE COMPANY, AS REPRESENTATIVE

**Describe debtor's property that is subject to a lien**

As provided in the UCC Financing Statement

$ ___ Undetermined   $ ___ Undetermined

**Creditor's mailing address**

PO BOX 2576
SPRINGFIELD, IL 62708

**Describe the lien**

Delaware UCC financing statement file number 20217120380; File date 09/08/2021

**Creditor's email address, if known**

UCCSPREP@CSCINFO.COM

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Date debt was incurred**     09/08/2021

**Last 4 digits of account number**

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes.  Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes. The relative priority of creditors is specified on lines

**As of the petition filing date, the claim is:**

Check all that apply.

☑ Contingent
☑ Unliquidated
☐ Disputed

---

| Debtor | Virgin Orbit, LLC | Case number (If known):   23-10408 |
|---|---|---|
| | Name | |

| **Part 1:** | **Additional Page** | Column A<br>**Amount of Claim**<br>Do not deduct the value<br>of collateral. | Column B<br>**Value of collateral**<br>**that supports this**<br>**claim** |
|---|---|---|---|

**Copy this page only if more space is needed.Continue numbering the lines sequentially from the previous page.**

---

**2.5** | **Creditor's name**

ELECTRO RENT CORPORATION

**Creditor's mailing address**

8511 FALLBROOK AVENUE
SUITE 200
WEST HILLS, CA 91304

**Creditor's email address, if known**

**Date debt was incurred**     09/06/2019

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes.  Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    ☐ Yes. The relative priority of creditors is specified on lines

**Describe debtor's property that is subject to a lien**

As provided in the UCC Financing Statement

$ _____ Undetermined    $ _____ Undetermined

**Describe the lien**

Delaware UCC financing statement file number 20196210392; File date 09/06/2019

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☑ Contingent
☑ Unliquidated
☐ Disputed

---

**2.6** | **Creditor's name**

SUMITOMO MITSUI FINANCE & LEASING CO., LTD.

**Creditor's mailing address**

277 PARK AVENUE
NEW YORK, NY 10172

**Creditor's email address, if known**

**Date debt was incurred**     06/06/2022

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes.  Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    ☐ Yes. The relative priority of creditors is specified on lines

**Describe debtor's property that is subject to a lien**

As provided in the UCC Financing Statement

$ _____ Undetermined    $ _____ Undetermined

**Describe the lien**

Delaware UCC financing statement file number 20224742987; File date 06/06/2022

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☑ Contingent
☑ Unliquidated
☐ Disputed

---

Debtor    Virgin Orbit, LLC                                    Case number (if known):   23-10408
_____
          Name

| **Part 1:** | **Additional Page** | Column A<br>**Amount of Claim**<br>Do not deduct the value<br>of collateral. | Column B<br>**Value of collateral**<br>that supports this<br>claim |
|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

---

**2.7** | **Creditor's name**

U.S. BANK EQUIPMENT FINANCE, A DIVISION
OF U.S. BANK NATIONAL ASSOCIATION

**Creditor's mailing address**

1310 MADRID STREET
MARSHALL, MN 56258

**Creditor's email address, if known**

**Date debt was incurred**    06/14/2021

**Last 4 digits of account
number**

**Do multiple creditors have an interest in the
same property?**

☑ No
☐ Yes.  Have you already specified the relative
           priority?

   ☐ No. Specify each creditor, including this
           creditor, and its relative priority.

   ☐ Yes. The relative priority of creditors is
           specified on lines

**Describe debtor's property that is subject to a lien**

As provided in the UCC Financing Statement

$ _____ Undetermined    $ _____ Undetermined

**Describe the lien**

Delaware UCC financing statement file number 20214618659; File
date 06/14/2021

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☑ Contingent
☑ Unliquidated
☐ Disputed

---

**2.8** | **Creditor's name**

VIRGIN INVESTMENTS LIMITED

**Creditor's mailing address**

CRAIGMUIR CHAMBERS
ROAD TOWN TORTOLA, VG1110
VIRGIN ISLANDS

**Creditor's email address, if known**

vghl@harneys.com

**Date debt was incurred**    11/04/2022

**Last 4 digits of account
number**

**Do multiple creditors have an interest in the
same property?**

☑ No
☐ Yes.  Have you already specified the relative
           priority?

   ☐ No. Specify each creditor, including this
           creditor, and its relative priority.

   ☐ Yes. The relative priority of creditors is
           specified on lines

**Describe debtor's property that is subject to a lien**

All assets of the Debtor whether now owned or acquired

$ _____ 25,620,833.33    $ _____ Undetermined

**Describe the lien**

Guarantor of 2022 Senior Secured Convertible Note. Issued 11/4/2022
and Due 11/4/2024

**Is the creditor an insider or related party?**

☐ No
☑ Yes

**Is anyone else liable on this claim?**

☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☑ Contingent
☑ Unliquidated
☐ Disputed

---

Debtor  Virgin Orbit, LLC
Name

Case number (If known):  23-10408

| Part 1: | Additional Page | Column A **Amount of Claim** Do not deduct the value of collateral. | Column B **Value of collateral that supports this claim** |

**Copy this page only if more space is needed.Continue numbering the lines sequentially from the previous page.**

### 2.9

**Creditor's name**

VIRGIN INVESTMENTS LIMITED

**Describe debtor's property that is subject to a lien**

All assets of the Debtor whether now owned or acquired

$ 20,350,000.00 $ Undetermined

**Creditor's mailing address**

CRAIGMUIR CHAMBERS
ROAD TOWN TORTOLA, VG1110
VIRGIN ISLANDS

**Describe the lien**

Guarantor of 2022 Senior Secured Convertible Note. Issued 12/19/2022 and Due 11/4/2024

**Creditor's email address, if known**

vghl@harneys.com

**Is the creditor an insider or related party?**

☐ No
☑ Yes

**Date debt was incurred**    12/19/2022

**Last 4 digits of account number**

**Is anyone else liable on this claim?**

☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Have you already specified the relative priority?

☐ No. Specify each creditor, including this creditor, and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply.

☑ Contingent
☑ Unliquidated
☐ Disputed

☐ Yes. The relative priority of creditors is specified on lines

### 2.10

**Creditor's name**

VIRGIN INVESTMENTS LIMITED

**Describe debtor's property that is subject to a lien**

All assets of the Debtor whether now owned or acquired

$ 10,213,333.33 $ Undetermined

**Creditor's mailing address**

CRAIGMUIR CHAMBERS
ROAD TOWN TORTOLA, VG1110
VIRGIN ISLANDS

**Describe the lien**

Guarantor of 2023 Senior Secured Convertible Note. Issued 1/30/2023 and Due 11/4/2024

**Creditor's email address, if known**

vghl@harneys.com

**Is the creditor an insider or related party?**

☐ No
☑ Yes

**Date debt was incurred**    01/30/2023

**Last 4 digits of account number**

**Is anyone else liable on this claim?**

☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Have you already specified the relative priority?

☐ No. Specify each creditor, including this creditor, and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply.

☑ Contingent
☑ Unliquidated
☐ Disputed

☐ Yes. The relative priority of creditors is specified on lines

Debtor    Virgin Orbit, LLC
          Name                                                          Case number (If known):  23-10408

| **Part 1:** | **Additional Page** | Column A<br>**Amount of Claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

---

**2.11**

**Creditor's name**

VIRGIN INVESTMENTS LIMITED

**Describe debtor's property that is subject to a lien**

All assets of the Debtor whether now owned or acquired

$    5,055,000.00    $    Undetermined

**Creditor's mailing address**

CRAIGMUIR CHAMBERS
ROAD TOWN TORTOLA, VG1110
VIRGIN ISLANDS

**Describe the lien**

Guarantor of 2023 Senior Secured Convertible Note. Issued 2/28/2023 and Due 11/4/2024

**Creditor's email address, if known**

vghl@harneys.com

**Is the creditor an insider or related party?**

☐ No
☑ Yes

**Date debt was incurred**    02/28/2023

**Last 4 digits of account number**

**Is anyone else liable on this claim?**

☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

**As of the petition filing date, the claim is:**

Check all that apply.

☑ Contingent
☑ Unliquidated
☐ Disputed

    ☐ Yes. The relative priority of creditors is specified on lines

---

**2.12**

**Creditor's name**

VIRGIN INVESTMENTS LIMITED

**Describe debtor's property that is subject to a lien**

All assets of the Debtor whether now owned or acquired

$    10,914,533.33    $    Undetermined

**Creditor's mailing address**

CRAIGMUIR CHAMBERS
ROAD TOWN TORTOLA, VG1110
VIRGIN ISLANDS

**Describe the lien**

Guarantor of 2023 Senior Secured Convertible Note. Issued 3/30/2023 and Due 11/4/2024

**Creditor's email address, if known**

vghl@harneys.com

**Is the creditor an insider or related party?**

☐ No
☑ Yes

**Date debt was incurred**    03/30/2023

**Last 4 digits of account number**

**Is anyone else liable on this claim?**

☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

**As of the petition filing date, the claim is:**

Check all that apply.

☑ Contingent
☑ Unliquidated
☐ Disputed

    ☐ Yes. The relative priority of creditors is specified on lines

| Debtor | Virgin Orbit, LLC | Case number (if known): | 23-10408 |
|--------|-------------------|-------------------------|----------|
|        | Name              |                         |          |

## Part 2:  List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|------------------|-----------------------------------------------------------|------------------------------------------------|
| VIRGIN INVESTMENTS LIMITED<br>ATTN: GENERAL COUNSEL<br>C/O VIRGIN MANAGEMENT USA INC<br>65 BLEECKER ST, 6TH FLOOR<br>NEW YORK, NY 10012 | Line 2.   11 | |
| VIRGIN INVESTMENTS LIMITED<br>ATTN: GENERAL COUNSEL<br>C/O VIRGIN MANAGEMENT USA INC<br>65 BLEECKER ST, 6TH FLOOR<br>NEW YORK, NY 10012 | Line 2.   8 | |
| VIRGIN INVESTMENTS LIMITED<br>ATTN: GENERAL COUNSEL<br>C/O VIRGIN MANAGEMENT USA INC<br>65 BLEECKER ST, 6TH FLOOR<br>NEW YORK, NY 10012 | Line 2.   10 | |
| VIRGIN INVESTMENTS LIMITED<br>ATTN: GENERAL COUNSEL<br>C/O VIRGIN MANAGEMENT USA INC<br>65 BLEECKER ST, 6TH FLOOR<br>NEW YORK, NY 10012 | Line 2.   12 | |
| VIRGIN INVESTMENTS LIMITED<br>ATTN: GENERAL COUNSEL<br>C/O VIRGIN MANAGEMENT USA INC<br>65 BLEECKER ST, 6TH FLOOR<br>NEW YORK, NY 10012 | Line 2.   9 | |
| | Line 2. | |
| | Line 2. | |
| | Line 2. | |
| | Line 2. | |
| | Line 2. | |
| | Line 2. | |

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>Debtor</td><td>Virgin Orbit, LLC</td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>District of Delaware</td></tr>
<tr><td>Case number<br>(If known)</td><td>23-10408</td></tr>
</table>

☐ Check if this is an amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property (Official Form 206A/B) and on Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

**1. Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.
☑ Yes. Go to line 2.

**2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

**2.1** Priority creditor's name and mailing address
ADAMS, LINDSEY M.
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 296.00          $ 296.00

**Basis for the claim:**  Former Employee - Healthcare Reimbursement Account (HRA)

Date or dates debt was incurred
Undetermined

Last 4 digits of account number

SpecifyCode subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

**2.2** Priority creditor's name and mailing address
AGUILAR, EDUARDO A
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 995.00          $ 995.00

**Basis for the claim:**  Former Employee - Healthcare Reimbursement Account (HRA)

Date or dates debt was incurred
Undetermined

Last 4 digits of account number

SpecifyCode subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

**2.3** Priority creditor's name and mailing address
AHUMADA, ERNIE RUBEN
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,000.00          $ 1,000.00

**Basis for the claim:**  Former Employee - Healthcare Reimbursement Account (HRA)

Date or dates debt was incurred
Undetermined

Last 4 digits of account number

SpecifyCode subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

## Part 1:    Additional Page

| | | Total claim | Priority amount |
|---|---|---|---|
| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | | |

**2.4**  **Priority creditor's name and mailing address**
AHUMADA, RAMIRO
ADDRESS ON FILE

$                48.97      $                48.97

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**  Former Employee - Healthcare Reimbursement Account (HRA)

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.5**  **Priority creditor's name and mailing address**
ALAS, EVELYN PATRICIA
ADDRESS ON FILE

$            1,401.33      $            1,401.33

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**  Former Employee - Healthcare Reimbursement Account (HRA)

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.6**  **Priority creditor's name and mailing address**
ALIVANERA, BRIAN
ADDRESS ON FILE

$            2,000.00      $            2,000.00

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**  Former Employee - Healthcare Reimbursement Account (HRA)

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.7**  **Priority creditor's name and mailing address**
ALLAR, JEFFREY MICHAEL
ADDRESS ON FILE

$                953.93      $                953.93

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**  Former Employee - Healthcare Reimbursement Account (HRA)

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☑ No
☐ Yes

## Part 1:    Additional Page

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total claim | Priority amount |
|---|---|---|

| 2.8 | **Priority creditor's name and mailing address** | | |
|---|---|---|---|
| | ALVAREZ, RICHARD<br>ADDRESS ON FILE | | $ 11.35 | $ 11.35 |

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:** Former Employee - Healthcare Reimbursement Account (HRA)

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 2.9 | **Priority creditor's name and mailing address** | $ 1,000.00 | $ 1,000.00 |
|---|---|---|---|
| | AMBROSE, SETH P<br>ADDRESS ON FILE | | |

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:** Former Employee - Healthcare Reimbursement Account (HRA)

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 2.10 | **Priority creditor's name and mailing address** | $ 1,000.00 | $ 1,000.00 |
|---|---|---|---|
| | ANDERSON, CHRISTOPHER STEVEN<br>ADDRESS ON FILE | | |

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:** Former Employee - Healthcare Reimbursement Account (HRA)

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 2.11 | **Priority creditor's name and mailing address** | $ 0.63 | $ 0.63 |
|---|---|---|---|
| | ANDERSON, NEWTON E<br>ADDRESS ON FILE | | |

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:** Former Employee - Healthcare Reimbursement Account (HRA)

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☑ No
☐ Yes

| Part 1: | Additional Page |
| --- | --- |

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
| --- | --- | --- |

**2.12** Priority creditor's name and mailing address

APONTE, DIANA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 2,856.67    $ 2,856.67

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**  Former Employee - Healthcare Reimbursement Account (HRA)

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.13** Priority creditor's name and mailing address

ARELLANO, LEXIE MARIE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 197.76    $ 197.76

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**  Former Employee - Healthcare Reimbursement Account (HRA)

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.14** Priority creditor's name and mailing address

ASHDOWN, IAN
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 138.14    $ 138.14

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**  Former Employee - Healthcare Reimbursement Account (HRA)

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.15** Priority creditor's name and mailing address

ATMA, PETER NOAH
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,000.00    $ 1,000.00

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**  Former Employee - Healthcare Reimbursement Account (HRA)

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☑ No
☐ Yes

| Part 1: | Additional Page |
|---|---|

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

**2.16** **Priority creditor's name and mailing address**
AUBE, AUSTIN HUNTER
ADDRESS ON FILE

$ 616.00    $ 616.00

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**  Former Employee - Healthcare Reimbursement Account (HRA)

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.17** **Priority creditor's name and mailing address**
AURAND, TANNER MICHAEL
ADDRESS ON FILE

$ 2,000.00    $ 2,000.00

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**  Former Employee - Healthcare Reimbursement Account (HRA)

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.18** **Priority creditor's name and mailing address**
AVILA, CECILIA
ADDRESS ON FILE

$ 1,876.10    $ 1,876.10

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**  Former Employee - Healthcare Reimbursement Account (HRA)

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.19** **Priority creditor's name and mailing address**
AVILA, JESSE
ADDRESS ON FILE

$ 20.16    $ 20.16

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**  Former Employee - Healthcare Reimbursement Account (HRA)

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☑ No
☐ Yes

## Part 1:    Additional Page

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total claim | Priority amount |
|---|---|---|

**2.20** **Priority creditor's name and mailing address**

AZARTASH-NAMIN, SOLMOZ KATHLEEN
ADDRESS ON FILE

$ 2,000.00    $ 2,000.00

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**  Former Employee - Healthcare Reimbursement Account (HRA)

**Last 4 digits of account number**

**Specify** **Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.21** **Priority creditor's name and mailing address**

BAE, JINWOO
ADDRESS ON FILE

$ 182.07    $ 182.07

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**  Former Employee - Healthcare Reimbursement Account (HRA)

**Last 4 digits of account number**

**Specify** **Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.22** **Priority creditor's name and mailing address**

BAEZA, OLEGARIO
ADDRESS ON FILE

$ 2,000.00    $ 2,000.00

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**  Former Employee - Healthcare Reimbursement Account (HRA)

**Last 4 digits of account number**

**Specify** **Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.23** **Priority creditor's name and mailing address**

BAHENA, CARLOS GERARDO
ADDRESS ON FILE

$ 857.88    $ 857.88

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**  Former Employee - Healthcare Reimbursement Account (HRA)

**Last 4 digits of account number**

**Specify** **Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☑ No
☐ Yes

**Part 1:    Additional Page**

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

**2.24**   **Priority creditor's name and mailing address**                          $    2,000.00     $    2,000.00

BALBAS, JERRY TOLENTINO
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**   Former Employee - Healthcare Reimbursement Account (HRA)

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)
☒ No
☐ Yes

---

**2.25**   **Priority creditor's name and mailing address**                          $    239.30     $    239.30

BARATTA, ALEXANDER R
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**   Former Employee - Healthcare Reimbursement Account (HRA)

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)
☒ No
☐ Yes

---

**2.26**   **Priority creditor's name and mailing address**                          $    38.12     $    38.12

BARKEY, DYLAN
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**   Former Employee - Healthcare Reimbursement Account (HRA)

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)
☒ No
☐ Yes

---

**2.27**   **Priority creditor's name and mailing address**                          $    83.47     $    83.47

BARRETO, MARTA AMELIA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**   Former Employee - Healthcare Reimbursement Account (HRA)

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)
☒ No
☐ Yes

**Part 1:**   **Additional Page**

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  | | Total claim | Priority amount |
|---|---|---|---|

**2.28**   Priority creditor's name and mailing address

BARRIENTOS, JEFFREY
ADDRESS ON FILE

Total claim: $ 3.13    Priority amount: $ 3.13

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:** Former Employee - Healthcare Reimbursement Account (HRA)

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.29**   Priority creditor's name and mailing address

BATISTA, GEOFF
ADDRESS ON FILE

Total claim: $ 1,000.00    Priority amount: $ 1,000.00

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:** Former Employee - Healthcare Reimbursement Account (HRA)

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.30**   Priority creditor's name and mailing address

BEASLEY, ERIK
ADDRESS ON FILE

Total claim: $ 1,224.93    Priority amount: $ 1,224.93

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:** Former Employee - Healthcare Reimbursement Account (HRA)

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.31**   Priority creditor's name and mailing address

BEAVERS, DONOVAN MICHAEL
ADDRESS ON FILE

Total claim: $ 9.51    Priority amount: $ 9.51

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:** Former Employee - Healthcare Reimbursement Account (HRA)

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☑ No
☐ Yes

| Part 1: | Additional Page |
| --- | --- |

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total claim | Priority amount |
| --- | --- | --- |

---

**2.32** **Priority creditor's name and mailing address**

BEAVERS, ELLIOTT
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:** Former Employee - Healthcare Reimbursement Account (HRA)

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: $ 71.87    Priority amount: $ 71.87

---

**2.33** **Priority creditor's name and mailing address**

BENITES, DANIEL ERIC
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:** Former Employee - Healthcare Reimbursement Account (HRA)

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: $ 1,056.16    Priority amount: $ 1,056.16

---

**2.34** **Priority creditor's name and mailing address**

BENITES, JUSTIN B
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:** Former Employee - Healthcare Reimbursement Account (HRA)

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: $ 22.89    Priority amount: $ 22.89

---

**2.35** **Priority creditor's name and mailing address**

BENTON, RICHARD K
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:** Former Employee - Healthcare Reimbursement Account (HRA)

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: $ 2,008.94    Priority amount: $ 2,008.94

---

## Part 1:    Additional Page

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | **Total claim** | **Priority amount** |
|---|---|---|

---

**2.36** **Priority creditor's name and mailing address**

BESS, MICHAEL P
ADDRESS ON FILE

$ 2,740.51    $ 2,740.51

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:** Former Employee - Healthcare Reimbursement Account (HRA)

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.37** **Priority creditor's name and mailing address**

BETTENCOURT, KINSEY R
ADDRESS ON FILE

$ 749.29    $ 749.29

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:** Former Employee - Healthcare Reimbursement Account (HRA)

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.38** **Priority creditor's name and mailing address**

BLACKBURN, JUSTIN RAY
ADDRESS ON FILE

$ 75.45    $ 75.45

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:** Former Employee - Healthcare Reimbursement Account (HRA)

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.39** **Priority creditor's name and mailing address**

BLACKWELL, DAVID
ADDRESS ON FILE

$ 709.38    $ 709.38

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:** Former Employee - Healthcare Reimbursement Account (HRA)

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**Part 1:    Additional Page**

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

**2.40 Priority creditor's name and mailing address**
BLANCO, NELSON STEVE
ADDRESS ON FILE

$ 2,865.83    $ 2,865.83

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:** Former Employee - Healthcare Reimbursement Account (HRA)

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.41 Priority creditor's name and mailing address**
BLAYLOCK, DARRYL R.
ADDRESS ON FILE

$ 879.30    $ 879.30

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:** Former Employee - Healthcare Reimbursement Account (HRA)

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.42 Priority creditor's name and mailing address**
BLISS, ROBERT W
ADDRESS ON FILE

$ 95.95    $ 95.95

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:** Former Employee - Healthcare Reimbursement Account (HRA)

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.43 Priority creditor's name and mailing address**
BLOUNT, DEJON
ADDRESS ON FILE

$ 995.00    $ 995.00

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:** Former Employee - Healthcare Reimbursement Account (HRA)

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Part 1: | Additional Page |

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | **Total claim** | **Priority amount** |
|---|---|---|

| 2.44 | **Priority creditor's name and mailing address** | | $ 373.00 | $ 373.00 |

BLUA, JAMES M
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**  Former Employee - Healthcare Reimbursement Account (HRA)

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 2.45 | **Priority creditor's name and mailing address** | | $ 417.13 | $ 417.13 |

BONDAREV, GEORGE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**  Former Employee - Healthcare Reimbursement Account (HRA)

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 2.46 | **Priority creditor's name and mailing address** | | $ 2,815.37 | $ 2,815.37 |

BONGIORNO, MICHAEL
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**  Former Employee - Healthcare Reimbursement Account (HRA)

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 2.47 | **Priority creditor's name and mailing address** | | $ 1,000.00 | $ 1,000.00 |

BONNER, TARIQ BILAL
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**  Former Employee - Healthcare Reimbursement Account (HRA)

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☒ No
☐ Yes

---

## Part 1:    Additional Page

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  | | **Total claim** | **Priority amount** |
|--|--|-----------------|---------------------|

**2.48** Priority creditor's name and mailing address

BOONLUA, LODLIRS
ADDRESS ON FILE

$ 202.03         $ 202.03

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**  Former Employee - Healthcare Reimbursement Account (HRA)

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.49** Priority creditor's name and mailing address

BOUDREAU, LORI ANN
ADDRESS ON FILE

$ 989.00         $ 989.00

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**  Former Employee - Healthcare Reimbursement Account (HRA)

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.50** Priority creditor's name and mailing address

BREEN, KEVIN
ADDRESS ON FILE

$ 938.35         $ 938.35

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**  Former Employee - Healthcare Reimbursement Account (HRA)

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.51** Priority creditor's name and mailing address

BROOK, BRYAN JAMES
ADDRESS ON FILE

$ 1,971.86         $ 1,971.86

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**  Former Employee - Healthcare Reimbursement Account (HRA)

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☑ No
☐ Yes

## Part 1:   Additional Page

**Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.**

| | | | Total claim | Priority amount |
|---|---|---|---|---|

**2.52**   **Priority creditor's name and mailing address**                        $   2,000.00      $   2,000.00

BROWN, CHRISTOPHER DEREK
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**   Former Employee - Healthcare Reimbursement Account (HRA)

**Last 4 digits of account number**

**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**2.53**   **Priority creditor's name and mailing address**                        $   3,000.00      $   3,000.00

BROWN, MATTHEW COREY
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**   Former Employee - Healthcare Reimbursement Account (HRA)

**Last 4 digits of account number**

**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**2.54**   **Priority creditor's name and mailing address**                        $   1,000.00      $   1,000.00

BUCHBINDER, MICHAEL
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**   Former Employee - Healthcare Reimbursement Account (HRA)

**Last 4 digits of account number**

**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**2.55**   **Priority creditor's name and mailing address**                        $   166.50      $   166.50

BUEHLER, BRANDON KYLE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**   Former Employee - Healthcare Reimbursement Account (HRA)

**Last 4 digits of account number**

**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☒ No
☐ Yes

| Part 1: | Additional Page |
|---------|-----------------|

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | Total claim | Priority amount |
|---|---|---|---|

**2.56** Priority creditor's name and mailing address

BUENROSTRO, MIGUEL
ADDRESS ON FILE

$ 366.72     $ 366.72

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:** Former Employee - Healthcare Reimbursement Account (HRA)

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.57** Priority creditor's name and mailing address

BUNNATH, POUMARA JIMMY
ADDRESS ON FILE

$ 1.80     $ 1.80

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:** Former Employee - Healthcare Reimbursement Account (HRA)

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.58** Priority creditor's name and mailing address

BUNTING, STEVEN THOMAS
ADDRESS ON FILE

$ 672.42     $ 672.42

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:** Former Employee - Healthcare Reimbursement Account (HRA)

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.59** Priority creditor's name and mailing address

BURGOS, NATALIE ANN
ADDRESS ON FILE

$ 100.00     $ 100.00

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:** Former Employee - Healthcare Reimbursement Account (HRA)

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☑ No
☐ Yes

## Part 1:   Additional Page

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

---

**2.60**   **Priority creditor's name and mailing address**      $ 1,000.00    $ 1,000.00

BURY, CHRISTOPHER EDWARD
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**   Former Employee - Healthcare Reimbursement Account (HRA)

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**2.61**   **Priority creditor's name and mailing address**      $ 103.16    $ 103.16

BUSCH, TIMOTHY MICHAEL
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**   Former Employee - Healthcare Reimbursement Account (HRA)

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**2.62**   **Priority creditor's name and mailing address**      $ 204.35    $ 204.35

BYRD, NATHAN MONTE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**   Former Employee - Healthcare Reimbursement Account (HRA)

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**2.63**   **Priority creditor's name and mailing address**      $ 1,000.00    $ 1,000.00

CABANILLAS, EMILIO MACHO
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**   Former Employee - Healthcare Reimbursement Account (HRA)

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Part 1: | Additional Page |
| --- | --- |

| | | Total claim | Priority amount |
| --- | --- | --- | --- |
| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | | |

**2.64**

**Priority creditor's name and mailing address**
CABRERA, SOFIA MARIE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,000.00    $ 1,000.00

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:** Former Employee - Healthcare Reimbursement Account (HRA)

**Last 4 digits of account number**

**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.65**

**Priority creditor's name and mailing address**
CALDERON, EDDIE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,678.59    $ 1,678.59

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:** Former Employee - Healthcare Reimbursement Account (HRA)

**Last 4 digits of account number**

**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.66**

**Priority creditor's name and mailing address**
CALLAHAN, KEVIN GERARD
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,631.12    $ 1,631.12

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:** Former Employee - Healthcare Reimbursement Account (HRA)

**Last 4 digits of account number**

**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.67**

**Priority creditor's name and mailing address**
CALLEROS, OMAR
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 55.64    $ 55.64

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:** Former Employee - Healthcare Reimbursement Account (HRA)

**Last 4 digits of account number**

**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☑ No
☐ Yes

| Part 1: | Additional Page | | |
|---|---|---|---|

| | | Total claim | Priority amount |
|---|---|---|---|
| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | | |

**2.68** Priority creditor's name and mailing address
CAMPOS, LUIS D
ADDRESS ON FILE

$ 2.40    $ 2.40

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
Undetermined

**Basis for the claim:** Former Employee - Healthcare Reimbursement Account (HRA)

Last 4 digits of account number

SpecifyCode subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

**2.69** Priority creditor's name and mailing address
CANCHOLA, DONALD EDWARD
ADDRESS ON FILE

$ 2,000.00    $ 2,000.00

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
Undetermined

**Basis for the claim:** Former Employee - Healthcare Reimbursement Account (HRA)

Last 4 digits of account number

SpecifyCode subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

**2.70** Priority creditor's name and mailing address
CANNON, MICHAEL KENNETH
ADDRESS ON FILE

$ 2,759.70    $ 2,759.70

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
Undetermined

**Basis for the claim:** Former Employee - Healthcare Reimbursement Account (HRA)

Last 4 digits of account number

SpecifyCode subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

**2.71** Priority creditor's name and mailing address
CAPP, JOSEPH
ADDRESS ON FILE

$ 77.53    $ 77.53

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
Undetermined

**Basis for the claim:** Former Employee - Healthcare Reimbursement Account (HRA)

Last 4 digits of account number

SpecifyCode subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

## Part 1:   Additional Page

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

**2.72** Priority creditor's name and mailing address
CARDENAS, ANDRES
ADDRESS ON FILE

$ 913.81      $ 913.81

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
Undetermined

**Basis for the claim:**  Former Employee - Healthcare Reimbursement Account (HRA)

Last 4 digits of account number
SpecifyCode subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.73** Priority creditor's name and mailing address
CARLOMUSTO, MICHELLE
ADDRESS ON FILE

$ 5.45      $ 5.45

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
Undetermined

**Basis for the claim:**  Former Employee - Healthcare Reimbursement Account (HRA)

Last 4 digits of account number
SpecifyCode subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.74** Priority creditor's name and mailing address
CARRILLO, JOHAN
ADDRESS ON FILE

$ 1,000.00      $ 1,000.00

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
Undetermined

**Basis for the claim:**  Former Employee - Healthcare Reimbursement Account (HRA)

Last 4 digits of account number
SpecifyCode subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.75** Priority creditor's name and mailing address
CARTER, JEFFREY
ADDRESS ON FILE

$ 1,000.00      $ 1,000.00

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
Undetermined

**Basis for the claim:**  Former Employee - Healthcare Reimbursement Account (HRA)

Last 4 digits of account number
SpecifyCode subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

## Part 1:    Additional Page

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total claim | Priority amount |
|---|---|---|

---

**2.76** | **Priority creditor's name and mailing address**

CASAS, RIGOBERTO
ADDRESS ON FILE

$ 1,000.00 | $ 1,000.00

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**  Former Employee - Healthcare Reimbursement Account (HRA)

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.77** | **Priority creditor's name and mailing address**

CASTANON, EVELIA
ADDRESS ON FILE

$ 1,995.00 | $ 1,995.00

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**  Former Employee - Healthcare Reimbursement Account (HRA)

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.78** | **Priority creditor's name and mailing address**

CASTANON, PRISCILA
ADDRESS ON FILE

$ 1,758.41 | $ 1,758.41

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**  Former Employee - Healthcare Reimbursement Account (HRA)

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.79** | **Priority creditor's name and mailing address**

CASTILLO, ISAAC
ADDRESS ON FILE

$ 7.84 | $ 7.84

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**  Former Employee - Healthcare Reimbursement Account (HRA)

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Part 1: | Additional Page | | |
|---|---|---|---|

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  | **Total claim** | **Priority amount** |
|---|---|---|

---

**2.80**  **Priority creditor's name and mailing address**

CASTRO, JOSE ALFREDO
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 2,738.50        $ 2,738.50

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**  Former Employee - Healthcare Reimbursement Account (HRA)

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.81**  **Priority creditor's name and mailing address**

CASTRO, NATHAN GREGORY
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 970.18        $ 970.18

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**  Former Employee - Healthcare Reimbursement Account (HRA)

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.82**  **Priority creditor's name and mailing address**

CAYAX-MENDOZA, JONATHAN
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 2.60        $ 2.60

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**  Former Employee - Healthcare Reimbursement Account (HRA)

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.83**  **Priority creditor's name and mailing address**

CERVANTES, REYNA NINA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 2,573.72        $ 2,573.72

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**  Former Employee - Healthcare Reimbursement Account (HRA)

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| **Part 1:** | **Additional Page** |
|---|---|

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

| 2.84 | **Priority creditor's name and mailing address** | | | |
|---|---|---|---|---|
| | CEVALLOS, LEO<br>ADDRESS ON FILE | | $ 1,000.00 | $ 1,000.00 |

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**  Former Employee - Healthcare Reimbursement Account (HRA)

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☒ No
☐ Yes

| 2.85 | **Priority creditor's name and mailing address** | | | |
|---|---|---|---|---|
| | CHAISSON, BRYAN<br>ADDRESS ON FILE | | $ 3,000.00 | $ 3,000.00 |

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**  Former Employee - Healthcare Reimbursement Account (HRA)

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☒ No
☐ Yes

| 2.86 | **Priority creditor's name and mailing address** | | | |
|---|---|---|---|---|
| | CHAN, ERIC<br>ADDRESS ON FILE | | $ 54.63 | $ 54.63 |

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**  Former Employee - Healthcare Reimbursement Account (HRA)

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☒ No
☐ Yes

| 2.87 | **Priority creditor's name and mailing address** | | | |
|---|---|---|---|---|
| | CHANG, ASHLEY<br>ADDRESS ON FILE | | $ 1,000.00 | $ 1,000.00 |

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**  Former Employee - Healthcare Reimbursement Account (HRA)

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☒ No
☐ Yes

| Part 1: | Additional Page |
| --- | --- |

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
| --- | --- | --- |

**2.88** Priority creditor's name and mailing address
CHAVARIN, CARLOS ALEJANDRO
ADDRESS ON FILE

$ 964.08    $ 964.08

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:** Former Employee - Healthcare Reimbursement Account (HRA)

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.89** Priority creditor's name and mailing address
CHAVEZ, ALFONSO IVAN
ADDRESS ON FILE

$ 1,000.00    $ 1,000.00

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:** Former Employee - Healthcare Reimbursement Account (HRA)

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.90** Priority creditor's name and mailing address
CHEA, SAVON
ADDRESS ON FILE

$ 2,000.00    $ 2,000.00

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:** Former Employee - Healthcare Reimbursement Account (HRA)

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.91** Priority creditor's name and mailing address
CHENG, DA
ADDRESS ON FILE

$ 3,000.00    $ 3,000.00

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:** Former Employee - Healthcare Reimbursement Account (HRA)

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

## Part 1: Additional Page

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  | Total claim | Priority amount |
|---|---|---|

**2.92** Priority creditor's name and mailing address
CHENG, JOSHUA
ADDRESS ON FILE

$ 1,740.63    $ 1,740.63

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:** Former Employee - Healthcare Reimbursement Account (HRA)

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☑ No
☐ Yes

**2.93** Priority creditor's name and mailing address
CHIAPPARINE, STEVEN MATHEW
ADDRESS ON FILE

$ 278.61    $ 278.61

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:** Former Employee - Healthcare Reimbursement Account (HRA)

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☑ No
☐ Yes

**2.94** Priority creditor's name and mailing address
CHRISTINA, JOSEPH
ADDRESS ON FILE

$ 476.38    $ 476.38

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:** Former Employee - Healthcare Reimbursement Account (HRA)

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☑ No
☐ Yes

**2.95** Priority creditor's name and mailing address
COLE, CRAIG LAWRENCE
ADDRESS ON FILE

$ 1,000.00    $ 1,000.00

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:** Former Employee - Healthcare Reimbursement Account (HRA)

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☑ No
☐ Yes

## Part 1: Additional Page

| | Total claim | Priority amount |
|---|---|---|
| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | |

**2.96** **Priority creditor's name and mailing address**

COLLINS, ZACHARY A
ADDRESS ON FILE

$     1,258.25     $     1,258.25

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:** Former Employee - Healthcare Reimbursement Account (HRA)

**Last 4 digits of account number**

**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☑ No
☐ Yes

**2.97** **Priority creditor's name and mailing address**

COLVIN, EUGENE D
ADDRESS ON FILE

$     996.16     $     996.16

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:** Former Employee - Healthcare Reimbursement Account (HRA)

**Last 4 digits of account number**

**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☑ No
☐ Yes

**2.98** **Priority creditor's name and mailing address**

CONDRA, MICHAEL A
ADDRESS ON FILE

$     1,000.00     $     1,000.00

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:** Former Employee - Healthcare Reimbursement Account (HRA)

**Last 4 digits of account number**

**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☑ No
☐ Yes

**2.99** **Priority creditor's name and mailing address**

CONTRERAS, EDWARD MEDINA
ADDRESS ON FILE

$     854.97     $     854.97

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:** Former Employee - Healthcare Reimbursement Account (HRA)

**Last 4 digits of account number**

**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor | Virgin Orbit, LLC | Case number *(if known)* 23-10408 |
|---|---|---|
| | Name | |

## Part 1:    Additional Page

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | | Total claim | Priority amount |
|---|---|---|---|

**2.100** Priority creditor's name and mailing address
COPELAND, JAMES
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,000.00     $ 1,000.00

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**  Former Employee - Healthcare Reimbursement Account (HRA)

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.101** Priority creditor's name and mailing address
COREY, COLLIN
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 3,000.00     $ 3,000.00

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**  Former Employee - Healthcare Reimbursement Account (HRA)

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.102** Priority creditor's name and mailing address
CORONA, EDUARDO
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 876.00     $ 876.00

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**  Former Employee - Healthcare Reimbursement Account (HRA)

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.103** Priority creditor's name and mailing address
COTTRILL, KENNA
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 2,245.63     $ 2,245.63

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**  Former Employee - Healthcare Reimbursement Account (HRA)

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☑ No
☐ Yes

## Part 1:    Additional Page

| | | Total claim | Priority amount |
|---|---|---|---|
| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | | |

**2.104** | Priority creditor's name and mailing address | $ 1,000.00 | $ 1,000.00

COTZOMI, HUMBERTO
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**  Former Employee - Healthcare Reimbursement Account (HRA)

**Last 4 digits of account number**

**Specify**Code subsection of PRIORITY unsecured **claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.105** | Priority creditor's name and mailing address | $ 1,000.00 | $ 1,000.00

CREEL, DOUGLAS DWAIN
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**  Former Employee - Healthcare Reimbursement Account (HRA)

**Last 4 digits of account number**

**Specify**Code subsection of PRIORITY unsecured **claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.106** | Priority creditor's name and mailing address | $ 1,900.07 | $ 1,900.07

CRENSHAW, ANTHONY WALTER
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**  Former Employee - Healthcare Reimbursement Account (HRA)

**Last 4 digits of account number**

**Specify**Code subsection of PRIORITY unsecured **claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.107** | Priority creditor's name and mailing address | $ 807.80 | $ 807.80

CUELLAR, GINA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**  Former Employee - Healthcare Reimbursement Account (HRA)

**Last 4 digits of account number**

**Specify**Code subsection of PRIORITY unsecured **claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☑ No
☐ Yes

## Part 1:    Additional Page

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

**2.108** **Priority creditor's name and mailing address**
CULBERTSON, JOHN ROBERT
ADDRESS ON FILE

$ 387.27    $ 387.27

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:** Former Employee - Healthcare Reimbursement Account (HRA)

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**2.109** **Priority creditor's name and mailing address**
CYLKOWSKI, EARL V
ADDRESS ON FILE

$ 1,760.15    $ 1,760.15

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:** Former Employee - Healthcare Reimbursement Account (HRA)

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**2.110** **Priority creditor's name and mailing address**
DAM, GEOFFREY PHI
ADDRESS ON FILE

$ 522.55    $ 522.55

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:** Former Employee - Healthcare Reimbursement Account (HRA)

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**2.111** **Priority creditor's name and mailing address**
DANG, BERNICE
ADDRESS ON FILE

$ 1,481.57    $ 1,481.57

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:** Former Employee - Healthcare Reimbursement Account (HRA)

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☒ No
☐ Yes

## Part 1:    Additional Page

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total claim | Priority amount |
|---|---|---|

**2.112** Priority creditor's name and mailing address

DAVILA, DAYLAN
ADDRESS ON FILE

$ 452.54    $ 452.54

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

Basis for the claim: Former Employee - Healthcare Reimbursement Account (HRA)

**Last 4 digits of account number**
**Specify**Code subsection of PRIORITY unsecured **claim:** 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

**2.113** Priority creditor's name and mailing address

DE SOUZA, ALEXANDER
ADDRESS ON FILE

$ 1,000.00    $ 1,000.00

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

Basis for the claim: Former Employee - Healthcare Reimbursement Account (HRA)

**Last 4 digits of account number**
**Specify**Code subsection of PRIORITY unsecured **claim:** 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

**2.114** Priority creditor's name and mailing address

DEAGLE, KENNETH EDWARD
ADDRESS ON FILE

$ 720.00    $ 720.00

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

Basis for the claim: Former Employee - Healthcare Reimbursement Account (HRA)

**Last 4 digits of account number**
**Specify**Code subsection of PRIORITY unsecured **claim:** 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

**2.115** Priority creditor's name and mailing address

DERUYTER, PAIGE
ADDRESS ON FILE

$ 1,000.00    $ 1,000.00

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

Basis for the claim: Former Employee - Healthcare Reimbursement Account (HRA)

**Last 4 digits of account number**
**Specify**Code subsection of PRIORITY unsecured **claim:** 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

| Part 1: | Additional Page |
| --- | --- |

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  | Total claim | Priority amount |
| --- | --- | --- |

---

**2.116** **Priority creditor's name and mailing address**
DHING, SIDDHARTH
ADDRESS ON FILE

$ 2,943.58      $ 2,943.58

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:** Former Employee - Healthcare Reimbursement Account (HRA)

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.117** **Priority creditor's name and mailing address**
DIAZ, JOSEPH GABRIEL
ADDRESS ON FILE

$ 2,436.11      $ 2,436.11

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:** Former Employee - Healthcare Reimbursement Account (HRA)

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.118** **Priority creditor's name and mailing address**
DICKSTEIN, DYLAN
ADDRESS ON FILE

$ 911.91      $ 911.91

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:** Former Employee - Healthcare Reimbursement Account (HRA)

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.119** **Priority creditor's name and mailing address**
DIRECTO, CARLOS
ADDRESS ON FILE

$ 1,000.00      $ 1,000.00

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:** Former Employee - Healthcare Reimbursement Account (HRA)

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

## Part 1:    Additional Page

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  | Total claim | Priority amount |
|---|---|---|

**2.120** **Priority creditor's name and mailing address**
DIVINITY, SHEYLA TANAIRY
ADDRESS ON FILE

$    1,000.00      $    1,000.00

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:** Former Employee - Healthcare Reimbursement Account (HRA)

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.121** **Priority creditor's name and mailing address**
DONNELLY, JAMES
ADDRESS ON FILE

$    1,000.00      $    1,000.00

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:** Former Employee - Healthcare Reimbursement Account (HRA)

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.122** **Priority creditor's name and mailing address**
DOUGLAS, WILLIAM
ADDRESS ON FILE

$    833.38      $    833.38

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:** Former Employee - Healthcare Reimbursement Account (HRA)

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.123** **Priority creditor's name and mailing address**
D'SOUZA, NEIL
ADDRESS ON FILE

$    159.28      $    159.28

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:** Former Employee - Healthcare Reimbursement Account (HRA)

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☑ No
☐ Yes

## Part 1: Additional Page

| | Total claim | Priority amount |
|---|---|---|
| **Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.** | | |

**2.124** | **Priority creditor's name and mailing address**
DUCHON, DOUGLAS SAMUEL
ADDRESS ON FILE

$ 1,000.00     $ 1,000.00

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:** Former Employee - Healthcare Reimbursement Account (HRA)

**Last 4 digits of account number**

**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.125** | **Priority creditor's name and mailing address**
DUNCAN, BENJAMIN J
ADDRESS ON FILE

$ 1,000.00     $ 1,000.00

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:** Former Employee - Healthcare Reimbursement Account (HRA)

**Last 4 digits of account number**

**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.126** | **Priority creditor's name and mailing address**
DUNN, RICHARD
ADDRESS ON FILE

$ 1,958.15     $ 1,958.15

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:** Former Employee - Healthcare Reimbursement Account (HRA)

**Last 4 digits of account number**

**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.127** | **Priority creditor's name and mailing address**
DURAN, RICHARD
ADDRESS ON FILE

$ 9.46     $ 9.46

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:** Former Employee - Healthcare Reimbursement Account (HRA)

**Last 4 digits of account number**

**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☑ No
☐ Yes

**Part 1:**    Additional Page

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

**2.128**   Priority creditor's name and mailing address

EARLEY, ERIC A
ADDRESS ON FILE

$ 2,566.88    $ 2,566.88

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

Basis for the claim:   Former Employee - Healthcare Reimbursement Account (HRA)

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.129**   Priority creditor's name and mailing address

EDGERTON, JACK ODELL
ADDRESS ON FILE

$ 284.05    $ 284.05

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

Basis for the claim:   Former Employee - Healthcare Reimbursement Account (HRA)

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.130**   Priority creditor's name and mailing address

EDWARDS, ANDREW L
ADDRESS ON FILE

$ 285.21    $ 285.21

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

Basis for the claim:   Former Employee - Healthcare Reimbursement Account (HRA)

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.131**   Priority creditor's name and mailing address

EISELE, STEPHEN KARL
ADDRESS ON FILE

$ 1,000.00    $ 1,000.00

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

Basis for the claim:   Former Employee - Healthcare Reimbursement Account (HRA)

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

| Debtor | Virgin Orbit, LLC | Case number *(if known)* 23-10408 |
|---|---|---|
| | Name | |

## Part 1: Additional Page

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

**2.132** **Priority creditor's name and mailing address**

ELLIS, ASHLEY
ADDRESS ON FILE

$ 0.80          $ 0.80

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:** Former Employee - Healthcare Reimbursement Account (HRA)

**Last 4 digits of account number**

**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**2.133** **Priority creditor's name and mailing address**

ENRIQUEZ, DAVID MANUEL
ADDRESS ON FILE

$ 142.43          $ 142.43

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:** Former Employee - Healthcare Reimbursement Account (HRA)

**Last 4 digits of account number**

**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**2.134** **Priority creditor's name and mailing address**

ENRIQUEZ, JOSE
ADDRESS ON FILE

$ 32.25          $ 32.25

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:** Former Employee - Healthcare Reimbursement Account (HRA)

**Last 4 digits of account number**

**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**2.135** **Priority creditor's name and mailing address**

ENRIQUEZ, MATEO
ADDRESS ON FILE

$ 1.22          $ 1.22

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:** Former Employee - Healthcare Reimbursement Account (HRA)

**Last 4 digits of account number**

**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☒ No
☐ Yes

## Part 1:    Additional Page

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | | Total claim | Priority amount |
|---|---|---|---|

**2.136** **Priority creditor's name and mailing address**
ESQUIVEL FLORES, MYNOR DANIEL
ADDRESS ON FILE

$ 391.00    $ 391.00

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:** Former Employee - Healthcare Reimbursement Account (HRA)

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**2.137** **Priority creditor's name and mailing address**
FAHRNY, JAMES NICHOLAS
ADDRESS ON FILE

$ 1,000.00    $ 1,000.00

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:** Former Employee - Healthcare Reimbursement Account (HRA)

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**2.138** **Priority creditor's name and mailing address**
FALCON, CYNTHIA MARIE
ADDRESS ON FILE

$ 1,194.15    $ 1,194.15

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:** Former Employee - Healthcare Reimbursement Account (HRA)

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**2.139** **Priority creditor's name and mailing address**
FAROOQ, ATIF
ADDRESS ON FILE

$ 1,000.00    $ 1,000.00

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:** Former Employee - Healthcare Reimbursement Account (HRA)

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☒ No
☐ Yes

| Part 1: | Additional Page |

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  | Total claim | Priority amount |

---

**2.140** **Priority creditor's name and mailing address**
FEKADU, BEIMNET HAILU
ADDRESS ON FILE

$ 311.90    $ 311.90

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:** Former Employee - Healthcare Reimbursement Account (HRA)

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**2.141** **Priority creditor's name and mailing address**
FEREGRINO VEGA, MANUEL
ADDRESS ON FILE

$ 861.84    $ 861.84

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:** Former Employee - Healthcare Reimbursement Account (HRA)

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**2.142** **Priority creditor's name and mailing address**
FIALA, RONALD MARTIN
ADDRESS ON FILE

$ 960.00    $ 960.00

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:** Former Employee - Healthcare Reimbursement Account (HRA)

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**2.143** **Priority creditor's name and mailing address**
FINN, PATRICK
ADDRESS ON FILE

$ 1,000.00    $ 1,000.00

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:** Former Employee - Healthcare Reimbursement Account (HRA)

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☒ No
☐ Yes

| Part 1: | Additional Page |
|---------|------------------|

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

**2.144** **Priority creditor's name and mailing address**
FLETES, JOSE
ADDRESS ON FILE

$ 2,160.36    $ 2,160.36

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:** Former Employee - Healthcare Reimbursement Account (HRA)

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.145** **Priority creditor's name and mailing address**
FLORES, ANGELINA
ADDRESS ON FILE

$ 0.89    $ 0.89

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:** Former Employee - Healthcare Reimbursement Account (HRA)

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.146** **Priority creditor's name and mailing address**
FLORES, CHRISTOPHER NICHOLAS
ADDRESS ON FILE

$ 168.56    $ 168.56

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:** Former Employee - Healthcare Reimbursement Account (HRA)

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.147** **Priority creditor's name and mailing address**
FONG, THOMAS
ADDRESS ON FILE

$ 194.30    $ 194.30

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:** Former Employee - Healthcare Reimbursement Account (HRA)

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☑ No
☐ Yes

| **Part 1:** | **Additional Page** |
| --- | --- |

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | **Total claim** | **Priority amount** |
| --- | --- | --- |

**2.148** **Priority creditor's name and mailing address**

FORSYTH, ROBERT THOMAS
ADDRESS ON FILE

$ 104.15    $ 104.15

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:** Former Employee - Healthcare Reimbursement Account (HRA)

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.149** **Priority creditor's name and mailing address**

FOSTER, NICHOLAS P
ADDRESS ON FILE

$ 1,000.00    $ 1,000.00

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:** Former Employee - Healthcare Reimbursement Account (HRA)

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.150** **Priority creditor's name and mailing address**

FOWLER, TIFFANI
ADDRESS ON FILE

$ 29.04    $ 29.04

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:** Former Employee - Healthcare Reimbursement Account (HRA)

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.151** **Priority creditor's name and mailing address**

FRANCIS, MARK PAUL
ADDRESS ON FILE

$ 1,279.17    $ 1,279.17

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:** Former Employee - Healthcare Reimbursement Account (HRA)

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☑ No
☐ Yes

| Part 1: | Additional Page |
| --- | --- |

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total claim | Priority amount |
| --- | --- | --- |

**2.152** Priority creditor's name and mailing address
FRANCISCO, MARGRETTE ANGELA
ADDRESS ON FILE

$ 1,587.82      $ 1,587.82

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**  Former Employee - Healthcare Reimbursement Account (HRA)

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☑ No
☐ Yes

**2.153** Priority creditor's name and mailing address
FRICKE, JENIFER
ADDRESS ON FILE

$ 1,000.00      $ 1,000.00

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**  Former Employee - Healthcare Reimbursement Account (HRA)

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☑ No
☐ Yes

**2.154** Priority creditor's name and mailing address
FROCCHI, KAILEE
ADDRESS ON FILE

$ 2.75      $ 2.75

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**  Former Employee - Healthcare Reimbursement Account (HRA)

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☑ No
☐ Yes

**2.155** Priority creditor's name and mailing address
FULLER, JOHN D
ADDRESS ON FILE

$ 2,080.87      $ 2,080.87

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**  Former Employee - Healthcare Reimbursement Account (HRA)

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☑ No
☐ Yes

| Part 1: | Additional Page |

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

**2.156** Priority creditor's name and mailing address
FURBISH, NICHOLAS FRANK
ADDRESS ON FILE

$ 960.00     $ 960.00

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**  Former Employee - Healthcare Reimbursement Account (HRA)

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.157** Priority creditor's name and mailing address
FUSCO, DAVID
ADDRESS ON FILE

$ 2,515.22     $ 2,515.22

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**  Former Employee - Healthcare Reimbursement Account (HRA)

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.158** Priority creditor's name and mailing address
GADD, JUAN PABLO
ADDRESS ON FILE

$ 1,000.00     $ 1,000.00

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**  Former Employee - Healthcare Reimbursement Account (HRA)

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.159** Priority creditor's name and mailing address
GAIKWAD, SANGRAM KRISHNA
ADDRESS ON FILE

$ 3,000.00     $ 3,000.00

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**  Former Employee - Healthcare Reimbursement Account (HRA)

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor | Virgin Orbit, LLC | | Case number *(if known)* 23-10408 |
|---|---|---|---|
| | Name | | |

## Part 1: Additional Page

**Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.**

| | | Total claim | Priority amount |
|---|---|---|---|

**2.160** Priority creditor's name and mailing address

GAMBLE, DAVID BALDWIN
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,000.00     $ 1,000.00

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:** Former Employee - Healthcare Reimbursement Account (HRA)

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**2.161** Priority creditor's name and mailing address

GARCIA MORELOS, SAM
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 6.12     $ 6.12

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:** Former Employee - Healthcare Reimbursement Account (HRA)

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**2.162** Priority creditor's name and mailing address

GARCIA, ANGELICA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 29.22     $ 29.22

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:** Former Employee - Healthcare Reimbursement Account (HRA)

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**2.163** Priority creditor's name and mailing address

GARCIA, CHRISTIAN XAVIER
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,000.00     $ 1,000.00

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:** Former Employee - Healthcare Reimbursement Account (HRA)

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☒ No
☐ Yes

| Part 1: | Additional Page | | |
|---------|-----------------|--|--|

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

**2.164  Priority creditor's name and mailing address**
GARCIA, FRANCISCO
ADDRESS ON FILE

$ 20.95          $ 20.95

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**  Former Employee - Healthcare Reimbursement Account (HRA)

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.165  Priority creditor's name and mailing address**
GARCIA, MARIO
ADDRESS ON FILE

$ 53.57          $ 53.57

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**  Former Employee - Healthcare Reimbursement Account (HRA)

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.166  Priority creditor's name and mailing address**
GARCILAZO, MISAEL AMILCAR
ADDRESS ON FILE

$ 184.88          $ 184.88

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**  Former Employee - Healthcare Reimbursement Account (HRA)

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.167  Priority creditor's name and mailing address**
GARIBAY, JONATHAN
ADDRESS ON FILE

$ 70.89          $ 70.89

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**  Former Employee - Healthcare Reimbursement Account (HRA)

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☑ No
☐ Yes

## Part 1:   Additional Page

| | Total claim | Priority amount |
|---|---|---|
| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | |

**2.168** **Priority creditor's name and mailing address**
GARLAND, STEVEN RICHARD
ADDRESS ON FILE

$ 1,795.00      $ 1,795.00

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**  Former Employee - Healthcare Reimbursement Account (HRA)

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.169** **Priority creditor's name and mailing address**
GEARY, CHRISTOPHER I
ADDRESS ON FILE

$ 325.75      $ 325.75

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**  Former Employee - Healthcare Reimbursement Account (HRA)

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.170** **Priority creditor's name and mailing address**
GEE, BAXTER
ADDRESS ON FILE

$ 350.90      $ 350.90

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**  Former Employee - Healthcare Reimbursement Account (HRA)

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.171** **Priority creditor's name and mailing address**
GERMAIN, TROY
ADDRESS ON FILE

$ 1,000.00      $ 1,000.00

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**  Former Employee - Healthcare Reimbursement Account (HRA)

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☑ No
☐ Yes

## Part 1:    Additional Page

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

**2.172** Priority creditor's name and mailing address

GIBBS, TEENA J
ADDRESS ON FILE

$ 580.29    $ 580.29

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**  Former Employee - Healthcare Reimbursement Account (HRA)

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.173** Priority creditor's name and mailing address

GIL, OSCAR ANDRE
ADDRESS ON FILE

$ 507.77    $ 507.77

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**  Former Employee - Healthcare Reimbursement Account (HRA)

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.174** Priority creditor's name and mailing address

GILMORE, TRENT CHARLES
ADDRESS ON FILE

$ 14.47    $ 14.47

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**  Former Employee - Healthcare Reimbursement Account (HRA)

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.175** Priority creditor's name and mailing address

GIOFFREDI, CHARLES
ADDRESS ON FILE

$ 836.62    $ 836.62

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**  Former Employee - Healthcare Reimbursement Account (HRA)

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☑ No
☐ Yes

**Part 1:    Additional Page**

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

**2.176** | Priority creditor's name and mailing address
GODINEZ, NOEL ADRIAN
ADDRESS ON FILE

$ 3,000.00    $ 3,000.00

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:** Former Employee - Healthcare Reimbursement Account (HRA)

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.177** | Priority creditor's name and mailing address
GODOY, AMANDA JANE
ADDRESS ON FILE

$ 2,850.00    $ 2,850.00

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:** Former Employee - Healthcare Reimbursement Account (HRA)

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.178** | Priority creditor's name and mailing address
GOLD, JEFFREY
ADDRESS ON FILE

$ 1,439.02    $ 1,439.02

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:** Former Employee - Healthcare Reimbursement Account (HRA)

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.179** | Priority creditor's name and mailing address
GOLDSTEIN, JESSE
ADDRESS ON FILE

$ 2,910.29    $ 2,910.29

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:** Former Employee - Healthcare Reimbursement Account (HRA)

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☑ No
☐ Yes

## Part 1:    Additional Page

| | Total claim | Priority amount |
|---|---|---|
| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | |

**2.180** Priority creditor's name and mailing address
GOMEZ, ANDREW RAFAEL
ADDRESS ON FILE

$ 88.65    $ 88.65

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
Undetermined

Basis for the claim:  Former Employee - Healthcare Reimbursement Account (HRA)

Last 4 digits of account number

SpecifyCode subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

**2.181** Priority creditor's name and mailing address
GOMEZ, RUBEN
ADDRESS ON FILE

$ 471.00    $ 471.00

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
Undetermined

Basis for the claim:  Former Employee - Healthcare Reimbursement Account (HRA)

Last 4 digits of account number

SpecifyCode subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

**2.182** Priority creditor's name and mailing address
GOMMI, ZACHARY
ADDRESS ON FILE

$ 1,000.00    $ 1,000.00

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
Undetermined

Basis for the claim:  Former Employee - Healthcare Reimbursement Account (HRA)

Last 4 digits of account number

SpecifyCode subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

**2.183** Priority creditor's name and mailing address
GONZALEZ, DANIEL
ADDRESS ON FILE

$ 31.04    $ 31.04

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
Undetermined

Basis for the claim:  Former Employee - Healthcare Reimbursement Account (HRA)

Last 4 digits of account number

SpecifyCode subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

| **Part 1:** | **Additional Page** | | |
|---|---|---|---|

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | **Total claim** | **Priority amount** |
|---|---|---|---|

**2.184** Priority creditor's name and mailing address
GONZALEZ, REYANN
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 2,000.00     $ 2,000.00

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:** Former Employee - Healthcare Reimbursement Account (HRA)

**Last 4 digits of account number**

**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.185** Priority creditor's name and mailing address
GORE, KYLE
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,000.00     $ 1,000.00

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:** Former Employee - Healthcare Reimbursement Account (HRA)

**Last 4 digits of account number**

**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.186** Priority creditor's name and mailing address
GRASSL, ROLAND REINHOLD
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,000.00     $ 1,000.00

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:** Former Employee - Healthcare Reimbursement Account (HRA)

**Last 4 digits of account number**

**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.187** Priority creditor's name and mailing address
GREAVES, JACKSON R
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,000.00     $ 1,000.00

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:** Former Employee - Healthcare Reimbursement Account (HRA)

**Last 4 digits of account number**

**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

| **Part 1:** | **Additional Page** |
| --- | --- |

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | **Total claim** | **Priority amount** |
| --- | --- | --- |

**2.188** | **Priority creditor's name and mailing address**

GREMBOWSKI, BRIANNA
ADDRESS ON FILE

$ 23.30    $ 23.30

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**  Former Employee - Healthcare Reimbursement Account (HRA)

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.189** | **Priority creditor's name and mailing address**

GRIFFIN, LUCAS
ADDRESS ON FILE

$ 1,000.00    $ 1,000.00

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**  Former Employee - Healthcare Reimbursement Account (HRA)

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.190** | **Priority creditor's name and mailing address**

GRINNELL, TYLER JAMES
ADDRESS ON FILE

$ 56.81    $ 56.81

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**  Former Employee - Healthcare Reimbursement Account (HRA)

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.191** | **Priority creditor's name and mailing address**

GRIZZELL, KENNETH WILLIAM
ADDRESS ON FILE

$ 8.20    $ 8.20

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**  Former Employee - Healthcare Reimbursement Account (HRA)

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☑ No
☐ Yes

| Part 1: | Additional Page |
|---|---|

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

---

**2.192** Priority creditor's name and mailing address

GRUVER, MICHAEL
ADDRESS ON FILE

$ 2,505.00    $ 2,505.00

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

Basis for the claim:  Former Employee - Healthcare Reimbursement Account (HRA)

**Last 4 digits of account number**

**Specify** **Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.193** Priority creditor's name and mailing address

GUADAN, PETER BEAS
ADDRESS ON FILE

$ 192.63    $ 192.63

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

Basis for the claim:  Former Employee - Healthcare Reimbursement Account (HRA)

**Last 4 digits of account number**

**Specify** **Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.194** Priority creditor's name and mailing address

GUARDADO, RUBEN
ADDRESS ON FILE

$ 485.94    $ 485.94

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

Basis for the claim:  Former Employee - Healthcare Reimbursement Account (HRA)

**Last 4 digits of account number**

**Specify** **Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.195** Priority creditor's name and mailing address

GUERRERO, ADRIAN R
ADDRESS ON FILE

$ 44.23    $ 44.23

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

Basis for the claim:  Former Employee - Healthcare Reimbursement Account (HRA)

**Last 4 digits of account number**

**Specify** **Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| **Part 1:** | **Additional Page** |
| --- | --- |

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | **Total claim** | **Priority amount** |
| --- | --- | --- |

**2.196** Priority creditor's name and mailing address

GUEVARA, GIANCARLO ALFREDO
ADDRESS ON FILE

$ 900.00    $ 900.00

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

Basis for the claim: Former Employee - Healthcare Reimbursement Account (HRA)

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.197** Priority creditor's name and mailing address

GUEVARA, MARIO
ADDRESS ON FILE

$ 2,367.17    $ 2,367.17

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

Basis for the claim: Former Employee - Healthcare Reimbursement Account (HRA)

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.198** Priority creditor's name and mailing address

GURROLA, BRETT ANTHONY
ADDRESS ON FILE

$ 203.39    $ 203.39

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

Basis for the claim: Former Employee - Healthcare Reimbursement Account (HRA)

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.199** Priority creditor's name and mailing address

GUTIERREZ, CHRISTOPHER
ADDRESS ON FILE

$ 2.05    $ 2.05

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

Basis for the claim: Former Employee - Healthcare Reimbursement Account (HRA)

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

| Part 1: | Additional Page |

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | | Total claim | Priority amount |
|---|---|---|---|

**2.200** **Priority creditor's name and mailing address**

HA, SON
ADDRESS ON FILE

$ 648.46     $ 648.46

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:** Former Employee - Healthcare Reimbursement Account (HRA)

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**2.201** **Priority creditor's name and mailing address**

HALLER, BRENDA TERESE
ADDRESS ON FILE

$ 98.84     $ 98.84

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:** Former Employee - Healthcare Reimbursement Account (HRA)

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**2.202** **Priority creditor's name and mailing address**

HAMMONS, PERRY VICTOR
ADDRESS ON FILE

$ 2,930.00     $ 2,930.00

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:** Former Employee - Healthcare Reimbursement Account (HRA)

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**2.203** **Priority creditor's name and mailing address**

HAN, JI SUN J
ADDRESS ON FILE

$ 1.00     $ 1.00

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:** Former Employee - Healthcare Reimbursement Account (HRA)

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☒ No
☐ Yes

## Part 1:   Additional Page

| | Total claim | Priority amount |
|---|---|---|
| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | |

**2.204** **Priority creditor's name and mailing address**

HARRIS, JESSE EDWARD
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**  Former Employee - Healthcare Reimbursement Account (HRA)

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: $ 2,000.00     Priority amount: $ 2,000.00

**2.205** **Priority creditor's name and mailing address**

HATHAWAY, KEITH ALEX
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**  Former Employee - Healthcare Reimbursement Account (HRA)

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: $ 1,000.00     Priority amount: $ 1,000.00

**2.206** **Priority creditor's name and mailing address**

HAWORTH, NOEL E
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**  Former Employee - Healthcare Reimbursement Account (HRA)

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: $ 2,000.00     Priority amount: $ 2,000.00

**2.207** **Priority creditor's name and mailing address**

HAYES, PATRICK
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**  Former Employee - Healthcare Reimbursement Account (HRA)

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: $ 2,000.00     Priority amount: $ 2,000.00

## Part 1:   Additional Page

**Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.**

| | Total claim | Priority amount |
|---|---|---|

**2.208**   **Priority creditor's name and mailing address**

HELLOFS, DARRELL
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$   536.12     $   536.12

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**   Former Employee - Healthcare Reimbursement Account (HRA)

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.209**   **Priority creditor's name and mailing address**

HENDRIKSE, MARC
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$   1,000.00     $   1,000.00

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**   Former Employee - Healthcare Reimbursement Account (HRA)

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.210**   **Priority creditor's name and mailing address**

HEREDIA BARRERA, HUGO
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$   82.90     $   82.90

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**   Former Employee - Healthcare Reimbursement Account (HRA)

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.211**   **Priority creditor's name and mailing address**

HERNANDEZ, ELY
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$   1,837.17     $   1,837.17

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**   Former Employee - Healthcare Reimbursement Account (HRA)

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☑ No
☐ Yes

| Part 1: | Additional Page |
|---------|-----------------|

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  | Total claim | Priority amount |
|--|-------------|-----------------|

**2.212** **Priority creditor's name and mailing address**
HERNANDEZ, VILMA F
ADDRESS ON FILE

$ 1,322.59   $ 1,322.59

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:** Former Employee - Healthcare Reimbursement Account (HRA)

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.213** **Priority creditor's name and mailing address**
HERRERA, ALFONSO
ADDRESS ON FILE

$ 44.17   $ 44.17

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:** Former Employee - Healthcare Reimbursement Account (HRA)

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.214** **Priority creditor's name and mailing address**
HERRERA, EDDIE
ADDRESS ON FILE

$ 5.73   $ 5.73

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:** Former Employee - Healthcare Reimbursement Account (HRA)

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.215** **Priority creditor's name and mailing address**
HERRERA, VICENTE
ADDRESS ON FILE

$ 72.14   $ 72.14

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:** Former Employee - Healthcare Reimbursement Account (HRA)

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☑ No
☐ Yes

| Part 1: | Additional Page |
|---|---|

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

**2.216** Priority creditor's name and mailing address
HIDALGO, JORGE R
ADDRESS ON FILE

$ 1,000.00    $ 1,000.00

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

Basis for the claim: Former Employee - Healthcare Reimbursement Account (HRA)

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

**2.217** Priority creditor's name and mailing address
HIGGINS, RUSSELL GORDON
ADDRESS ON FILE

$ 2,654.19    $ 2,654.19

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

Basis for the claim: Former Employee - Healthcare Reimbursement Account (HRA)

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

**2.218** Priority creditor's name and mailing address
HIGHTOWER, SIGMUND
ADDRESS ON FILE

$ 1,000.00    $ 1,000.00

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

Basis for the claim: Former Employee - Healthcare Reimbursement Account (HRA)

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

**2.219** Priority creditor's name and mailing address
HILL, JUSTIN MANNAN
ADDRESS ON FILE

$ 777.86    $ 777.86

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

Basis for the claim: Former Employee - Healthcare Reimbursement Account (HRA)

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

| **Part 1:** | **Additional Page** |
| --- | --- |

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | **Total claim** | **Priority amount** |
| --- | --- | --- |

| 2.220 | **Priority creditor's name and mailing address** | | $ 2,000.00 | $ 2,000.00 |

HITTU, EDWARD
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**  Former Employee - Healthcare Reimbursement Account (HRA)

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 2.221 | **Priority creditor's name and mailing address** | | $ 821.20 | $ 821.20 |

HO, NGHIA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**  Former Employee - Healthcare Reimbursement Account (HRA)

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 2.222 | **Priority creditor's name and mailing address** | | $ 1,000.00 | $ 1,000.00 |

HO, TIMOTHY TIN-YIN
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**  Former Employee - Healthcare Reimbursement Account (HRA)

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 2.223 | **Priority creditor's name and mailing address** | | $ 2,000.00 | $ 2,000.00 |

HOLLANDER, MAXIMILIAN
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**  Former Employee - Healthcare Reimbursement Account (HRA)

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| **Part 1:** | **Additional Page** | | |
|---|---|---|---|

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | **Total claim** | **Priority amount** |
|---|---|---|---|

**2.224** Priority creditor's name and mailing address

HOLLING, BLAZIE
ADDRESS ON FILE

$ 30.33     $ 30.33

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:** Former Employee - Healthcare Reimbursement Account (HRA)

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.225** Priority creditor's name and mailing address

HOLT, MICHAEL DANA
ADDRESS ON FILE

$ 1,718.35     $ 1,718.35

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:** Former Employee - Healthcare Reimbursement Account (HRA)

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.226** Priority creditor's name and mailing address

HOO, JUSON
ADDRESS ON FILE

$ 1,000.00     $ 1,000.00

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:** Former Employee - Healthcare Reimbursement Account (HRA)

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.227** Priority creditor's name and mailing address

HOSE, ZACHARY
ADDRESS ON FILE

$ 1,504.46     $ 1,504.46

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:** Former Employee - Healthcare Reimbursement Account (HRA)

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

## Part 1:    Additional Page

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | | Total claim | Priority amount |
|---|---|---|---|

**2.228** | Priority creditor's name and mailing address

HOWARD, RICKY DAVID
ADDRESS ON FILE

$ 296.74    $ 296.74

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**  Former Employee - Healthcare Reimbursement Account (HRA)

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.229** | Priority creditor's name and mailing address

HUERTA, MICHAEL S.
ADDRESS ON FILE

$ 139.79    $ 139.79

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**  Former Employee - Healthcare Reimbursement Account (HRA)

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.230** | Priority creditor's name and mailing address

HUNZIKER, JAMIE
ADDRESS ON FILE

$ 182.58    $ 182.58

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**  Former Employee - Healthcare Reimbursement Account (HRA)

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.231** | Priority creditor's name and mailing address

HURST, CHRISTOPHER
ADDRESS ON FILE

$ 1.51    $ 1.51

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**  Former Employee - Healthcare Reimbursement Account (HRA)

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☑ No
☐ Yes

| **Part 1:** | **Additional Page** |
|---|---|

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

**2.232** Priority creditor's name and mailing address
INGRAHAM, CHRISTOPHER WELLS
ADDRESS ON FILE

$ 2,824.29      $ 2,824.29

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
Undetermined

**Basis for the claim:** Former Employee - Healthcare Reimbursement Account (HRA)

Last 4 digits of account number

SpecifyCode subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

**2.233** Priority creditor's name and mailing address
IRUNGU, STEPHEN
ADDRESS ON FILE

$ 2,102.05      $ 2,102.05

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
Undetermined

**Basis for the claim:** Former Employee - Healthcare Reimbursement Account (HRA)

Last 4 digits of account number

SpecifyCode subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

**2.234** Priority creditor's name and mailing address
JACALONE, TRAVIS
ADDRESS ON FILE

$ 65.47      $ 65.47

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
Undetermined

**Basis for the claim:** Former Employee - Healthcare Reimbursement Account (HRA)

Last 4 digits of account number

SpecifyCode subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

**2.235** Priority creditor's name and mailing address
JACKSON, JAMES E
ADDRESS ON FILE

$ 1,916.66      $ 1,916.66

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
Undetermined

**Basis for the claim:** Former Employee - Healthcare Reimbursement Account (HRA)

Last 4 digits of account number

SpecifyCode subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

| Part 1: | Additional Page |
|---------|-----------------|

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total claim | Priority amount |
|---|---|---|

**2.236** Priority creditor's name and mailing address
JACOB, MANHAL NASSER
ADDRESS ON FILE

$ 1,000.00     $ 1,000.00

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:** Former Employee - Healthcare Reimbursement Account (HRA)

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☑ No
☐ Yes

**2.237** Priority creditor's name and mailing address
JAN, MONICA S
ADDRESS ON FILE

$ 925.78     $ 925.78

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:** Former Employee - Healthcare Reimbursement Account (HRA)

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☑ No
☐ Yes

**2.238** Priority creditor's name and mailing address
JANJUA, FAIZAN
ADDRESS ON FILE

$ 630.36     $ 630.36

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:** Former Employee - Healthcare Reimbursement Account (HRA)

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☑ No
☐ Yes

**2.239** Priority creditor's name and mailing address
JARVIS, DANIEL PAUL
ADDRESS ON FILE

$ 1,000.00     $ 1,000.00

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:** Former Employee - Healthcare Reimbursement Account (HRA)

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☑ No
☐ Yes

## Part 1:    Additional Page

| | Total claim | Priority amount |
|---|---|---|
| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | |

---

**2.240**  **Priority creditor's name and mailing address**

JENSEN, KAEHUKAI EDWARD
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $ 1,000.00    **Priority amount** $ 1,000.00

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**  Former Employee - Healthcare Reimbursement Account (HRA)

**Last 4 digits of account number**

**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**2.241**  **Priority creditor's name and mailing address**

JIMENEZ, ANDREW STEVEN
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 920.00    $ 920.00

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**  Former Employee - Healthcare Reimbursement Account (HRA)

**Last 4 digits of account number**

**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**2.242**  **Priority creditor's name and mailing address**

JIMENEZ, JOHNNY ROBERT
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 41.42    $ 41.42

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**  Former Employee - Healthcare Reimbursement Account (HRA)

**Last 4 digits of account number**

**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**2.243**  **Priority creditor's name and mailing address**

JOHNSON, GARY
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 3,000.00    $ 3,000.00

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**  Former Employee - Healthcare Reimbursement Account (HRA)

**Last 4 digits of account number**

**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| **Part 1:** | **Additional Page** |
|---|---|

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | **Total claim** | **Priority amount** |
|---|---|---|

**2.244** | **Priority creditor's name and mailing address** | | $ 55.33 | $ 55.33

JOHNSON, MARLON
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**  Former Employee - Healthcare Reimbursement Account (HRA)

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**2.245** | **Priority creditor's name and mailing address** | | $ 28.84 | $ 28.84

JOHNSON, TREVOR
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**  Former Employee - Healthcare Reimbursement Account (HRA)

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**2.246** | **Priority creditor's name and mailing address** | | $ 186.76 | $ 186.76

JOHNSTON, KEVIN
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**  Former Employee - Healthcare Reimbursement Account (HRA)

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**2.247** | **Priority creditor's name and mailing address** | | $ 382.27 | $ 382.27

JONES, KEVON ONEAL
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**  Former Employee - Healthcare Reimbursement Account (HRA)

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☒ No
☐ Yes

| **Part 1:** | **Additional Page** |
|---|---|

| | Total claim | Priority amount |
|---|---|---|
| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | |

**2.248** **Priority creditor's name and mailing address**
JONES, RYAN SCOTT
ADDRESS ON FILE

$ 200.81     $ 200.81

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:** Former Employee - Healthcare Reimbursement Account (HRA)

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.249** **Priority creditor's name and mailing address**
JONES-SICKLER, ERIN KELLY
ADDRESS ON FILE

$ 985.00     $ 985.00

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:** Former Employee - Healthcare Reimbursement Account (HRA)

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.250** **Priority creditor's name and mailing address**
KANG, RONALD
ADDRESS ON FILE

$ 0.69     $ 0.69

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:** Former Employee - Healthcare Reimbursement Account (HRA)

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.251** **Priority creditor's name and mailing address**
KAVENEY, MICHAEL EDWARD
ADDRESS ON FILE

$ 209.97     $ 209.97

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:** Former Employee - Healthcare Reimbursement Account (HRA)

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☑ No
☐ Yes

| Part 1: | Additional Page |
| --- | --- |

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
| --- | --- | --- |

**2.252** Priority creditor's name and mailing address

KAWASAKI, RUSSELL
ADDRESS ON FILE

$ 1,097.62    $ 1,097.62

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:** Former Employee - Healthcare Reimbursement Account (HRA)

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**2.253** Priority creditor's name and mailing address

KELLY, SHAUN M
ADDRESS ON FILE

$ 20.65    $ 20.65

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:** Former Employee - Healthcare Reimbursement Account (HRA)

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**2.254** Priority creditor's name and mailing address

KEO, SOCHANNARA
ADDRESS ON FILE

$ 11.67    $ 11.67

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:** Former Employee - Healthcare Reimbursement Account (HRA)

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**2.255** Priority creditor's name and mailing address

KERNYTSKYY, OLEH
ADDRESS ON FILE

$ 726.35    $ 726.35

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:** Former Employee - Healthcare Reimbursement Account (HRA)

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☒ No
☐ Yes

| Part 1: | Additional Page |
|---|---|

| | | Total claim | Priority amount |
|---|---|---|---|
| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | | |

**2.256** **Priority creditor's name and mailing address**
KHONG, BRANDON KHIEM TRONG
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 890.60    $ 890.60

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:** Former Employee - Healthcare Reimbursement Account (HRA)

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☑ No
☐ Yes

**2.257** **Priority creditor's name and mailing address**
KHORSHIDI, PEDRAM
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 6.22    $ 6.22

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:** Former Employee - Healthcare Reimbursement Account (HRA)

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☑ No
☐ Yes

**2.258** **Priority creditor's name and mailing address**
KIRK, JOHN HENRY
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 248.64    $ 248.64

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:** Former Employee - Healthcare Reimbursement Account (HRA)

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☑ No
☐ Yes

**2.259** **Priority creditor's name and mailing address**
KITAJIMA, GEORGE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 298.77    $ 298.77

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:** Former Employee - Healthcare Reimbursement Account (HRA)

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☑ No
☐ Yes

## Part 1:   Additional Page

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total claim | Priority amount |
|---|---|---|

**2.260** | Priority creditor's name and mailing address
KNIGHT, MATHEW
ADDRESS ON FILE

$ 921.00     $ 921.00

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**   Former Employee - Healthcare Reimbursement Account (HRA)

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.261** | Priority creditor's name and mailing address
KOENIG, KAMALU
ADDRESS ON FILE

$ 1,395.35     $ 1,395.35

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**   Former Employee - Healthcare Reimbursement Account (HRA)

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.262** | Priority creditor's name and mailing address
KONG, VANNARA
ADDRESS ON FILE

$ 506.83     $ 506.83

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**   Former Employee - Healthcare Reimbursement Account (HRA)

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.263** | Priority creditor's name and mailing address
KOWTKO, JEFFREY JOHN
ADDRESS ON FILE

$ 240.00     $ 240.00

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**   Former Employee - Healthcare Reimbursement Account (HRA)

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor | Virgin Orbit, LLC | | Case number *(if known)*  23-10408 |
|---|---|---|---|
| | Name | | |

## Part 1:    Additional Page

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | | Total claim | Priority amount |
|---|---|---|---|

**2.264** Priority creditor's name and mailing address
KOZLOWSKI, LEON
ADDRESS ON FILE

$ 11.54    $ 11.54

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**  Former Employee - Healthcare Reimbursement Account (HRA)

**Last 4 digits of account number**

SpecifyCode subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.265** Priority creditor's name and mailing address
KRISTIANSEN, ERIK
ADDRESS ON FILE

$ 232.40    $ 232.40

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**  Former Employee - Healthcare Reimbursement Account (HRA)

**Last 4 digits of account number**

SpecifyCode subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.266** Priority creditor's name and mailing address
KUTZBACH, DUANE MARTIN
ADDRESS ON FILE

$ 59.05    $ 59.05

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**  Former Employee - Healthcare Reimbursement Account (HRA)

**Last 4 digits of account number**

SpecifyCode subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.267** Priority creditor's name and mailing address
LACSON, ALLEN NEIL
ADDRESS ON FILE

$ 16.04    $ 16.04

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**  Former Employee - Healthcare Reimbursement Account (HRA)

**Last 4 digits of account number**

SpecifyCode subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

| Part 1: | Additional Page |
|---|---|

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

**2.268** Priority creditor's name and mailing address

LACSON, ARIEL M
ADDRESS ON FILE

$ 2,681.41    $ 2,681.41

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**  Former Employee - Healthcare Reimbursement Account (HRA)

**Last 4 digits of account number**

**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.269** Priority creditor's name and mailing address

LAPORTE, CONNIE MARIE
ADDRESS ON FILE

$ 2,000.00    $ 2,000.00

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**  Former Employee - Healthcare Reimbursement Account (HRA)

**Last 4 digits of account number**

**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.270** Priority creditor's name and mailing address

LARKEY, ANDREW
ADDRESS ON FILE

$ 1,000.00    $ 1,000.00

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**  Former Employee - Healthcare Reimbursement Account (HRA)

**Last 4 digits of account number**

**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.271** Priority creditor's name and mailing address

LAROSCHE, DANIEL R
ADDRESS ON FILE

$ 2,000.00    $ 2,000.00

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**  Former Employee - Healthcare Reimbursement Account (HRA)

**Last 4 digits of account number**

**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☑ No
☐ Yes

| Part 1: | Additional Page |
| --- | --- |

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
| --- | --- | --- |

**2.272** Priority creditor's name and mailing address

LARSON, RICHARD BRIAN
ADDRESS ON FILE

$ 1,699.00    $ 1,699.00

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:** Former Employee - Healthcare Reimbursement Account (HRA)

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.273** Priority creditor's name and mailing address

LAWAL, SAUDIQ
ADDRESS ON FILE

$ 15.72    $ 15.72

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:** Former Employee - Healthcare Reimbursement Account (HRA)

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.274** Priority creditor's name and mailing address

LE, LAN VAN
ADDRESS ON FILE

$ 591.50    $ 591.50

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:** Former Employee - Healthcare Reimbursement Account (HRA)

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.275** Priority creditor's name and mailing address

LE, THANH TRUC THI
ADDRESS ON FILE

$ 19.73    $ 19.73

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:** Former Employee - Healthcare Reimbursement Account (HRA)

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☑ No
☐ Yes

| Part 1: | Additional Page |
|---|---|

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

**2.276** **Priority creditor's name and mailing address**
LEAKE, DYRONE
ADDRESS ON FILE

$ 1,526.21     $ 1,526.21

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**  Former Employee - Healthcare Reimbursement Account (HRA)

**Last 4 digits of account number**

**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.277** **Priority creditor's name and mailing address**
LECOUR, MITCH
ADDRESS ON FILE

$ 2,971.28     $ 2,971.28

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**  Former Employee - Healthcare Reimbursement Account (HRA)

**Last 4 digits of account number**

**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.278** **Priority creditor's name and mailing address**
LEE, JASON
ADDRESS ON FILE

$ 1,000.00     $ 1,000.00

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**  Former Employee - Healthcare Reimbursement Account (HRA)

**Last 4 digits of account number**

**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.279** **Priority creditor's name and mailing address**
LEE, JOSEPH
ADDRESS ON FILE

$ 185.18     $ 185.18

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**  Former Employee - Healthcare Reimbursement Account (HRA)

**Last 4 digits of account number**

**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☑ No
☐ Yes

## Part 1:    Additional Page

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total claim | Priority amount |
|---|---|---|

**2.280** | **Priority creditor's name and mailing address**
LEE, PATRICK
ADDRESS ON FILE

$ 561.38    $ 561.38

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:** Former Employee - Healthcare Reimbursement Account (HRA)

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.281** | **Priority creditor's name and mailing address**
LEE, TIM
ADDRESS ON FILE

$ 458.06    $ 458.06

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:** Former Employee - Healthcare Reimbursement Account (HRA)

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.282** | **Priority creditor's name and mailing address**
LEGUIZAMO, LEONARD
ADDRESS ON FILE

$ 1,000.00    $ 1,000.00

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:** Former Employee - Healthcare Reimbursement Account (HRA)

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.283** | **Priority creditor's name and mailing address**
LEMOS, GILBERT JOE
ADDRESS ON FILE

$ 2,000.00    $ 2,000.00

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:** Former Employee - Healthcare Reimbursement Account (HRA)

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor   Virgin Orbit, LLC _____   Case number (If known) 23-10408

Name

---

| Part 1: | Additional Page |
| --- | --- |

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total claim | Priority amount |
| --- | --- | --- |

**2.284** **Priority creditor's name and mailing address**
LEMUS, LUIS
ADDRESS ON FILE

$ 2,228.45        $ 2,228.45

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:** Former Employee - Healthcare Reimbursement Account (HRA)

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.285** **Priority creditor's name and mailing address**
LEVENE, DANIEL HARRY
ADDRESS ON FILE

$ 0.17        $ 0.17

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:** Former Employee - Healthcare Reimbursement Account (HRA)

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.286** **Priority creditor's name and mailing address**
LEYVA, OMAR SANTOS
ADDRESS ON FILE

$ 20.38        $ 20.38

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:** Former Employee - Healthcare Reimbursement Account (HRA)

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.287** **Priority creditor's name and mailing address**
LI, NUAN
ADDRESS ON FILE

$ 414.92        $ 414.92

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:** Former Employee - Healthcare Reimbursement Account (HRA)

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**Part 1:    Additional Page**

| | Total claim | Priority amount |
|---|---|---|
| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | |

**2.288**  **Priority creditor's name and mailing address**

LIANG, JASON
ADDRESS ON FILE

Total claim  $  3.86          Priority amount  $  3.86

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**  Former Employee - Healthcare Reimbursement Account (HRA)

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☑ No
☐ Yes

**2.289**  **Priority creditor's name and mailing address**

LIBMAN, ROSS
ADDRESS ON FILE

Total claim  $  294.46          Priority amount  $  294.46

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**  Former Employee - Healthcare Reimbursement Account (HRA)

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☑ No
☐ Yes

**2.290**  **Priority creditor's name and mailing address**

LIEBGOTT, JACOB ANDREW
ADDRESS ON FILE

Total claim  $  1,000.00          Priority amount  $  1,000.00

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**  Former Employee - Healthcare Reimbursement Account (HRA)

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☑ No
☐ Yes

**2.291**  **Priority creditor's name and mailing address**

LING, BOYA
ADDRESS ON FILE

Total claim  $  1.83          Priority amount  $  1.83

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**  Former Employee - Healthcare Reimbursement Account (HRA)

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☑ No
☐ Yes

| Part 1: | Additional Page |
|---------|-----------------|

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total claim | Priority amount |
|---|---|---|

**2.292** **Priority creditor's name and mailing address**
LLAMAS, JOSE ANTONIO
ADDRESS ON FILE

$ 2,790.13     $ 2,790.13

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:** Former Employee - Healthcare Reimbursement Account (HRA)

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☑ No
☐ Yes

**2.293** **Priority creditor's name and mailing address**
LOPEZ, ALFREDO
ADDRESS ON FILE

$ 1,000.00     $ 1,000.00

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:** Former Employee - Healthcare Reimbursement Account (HRA)

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☑ No
☐ Yes

**2.294** **Priority creditor's name and mailing address**
LOPEZ, FRANCISCO JOAQUIN
ADDRESS ON FILE

$ 164.05     $ 164.05

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:** Former Employee - Healthcare Reimbursement Account (HRA)

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☑ No
☐ Yes

**2.295** **Priority creditor's name and mailing address**
LOPEZ, JUAN DIEGO
ADDRESS ON FILE

$ 5.90     $ 5.90

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:** Former Employee - Healthcare Reimbursement Account (HRA)

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☑ No
☐ Yes

| **Part 1:** | **Additional Page** |
|---|---|

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | | **Total claim** | **Priority amount** |
|---|---|---|---|

**2.296** | **Priority creditor's name and mailing address**
LOPEZ, SYLVIA RUIZ
ADDRESS ON FILE

$ 541.14    $ 541.14

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**  Former Employee - Healthcare Reimbursement Account (HRA)

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**2.297** | **Priority creditor's name and mailing address**
LOPEZ, VINICIO A
ADDRESS ON FILE

$ 730.00    $ 730.00

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**  Former Employee - Healthcare Reimbursement Account (HRA)

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**2.298** | **Priority creditor's name and mailing address**
LUKAVSKYI, ROMAN
ADDRESS ON FILE

$ 1,000.00    $ 1,000.00

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**  Former Employee - Healthcare Reimbursement Account (HRA)

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**2.299** | **Priority creditor's name and mailing address**
MACELLVEN, GEOFFREY DAVID
ADDRESS ON FILE

$ 23.99    $ 23.99

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**  Former Employee - Healthcare Reimbursement Account (HRA)

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☒ No
☐ Yes

**Part 1:**    **Additional Page**

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

**2.300**   **Priority creditor's name and mailing address**

MACIAS, GUSTAVO
ADDRESS ON FILE

$    41.68     $    41.68

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**   Former Employee - Healthcare Reimbursement Account (HRA)

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.301**   **Priority creditor's name and mailing address**

MADRID, ROBERT RAMON
ADDRESS ON FILE

$    4.70     $    4.70

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**   Former Employee - Healthcare Reimbursement Account (HRA)

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.302**   **Priority creditor's name and mailing address**

MAHARAJ, ARUNA
ADDRESS ON FILE

$    316.14     $    316.14

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**   Former Employee - Healthcare Reimbursement Account (HRA)

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.303**   **Priority creditor's name and mailing address**

MALDONADO, NICHOLAS
ADDRESS ON FILE

$    1,000.00     $    1,000.00

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**   Former Employee - Healthcare Reimbursement Account (HRA)

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor | Virgin Orbit, LLC | | Case number *(If known)* 23-10408 |
|---|---|---|---|
| | Name | | |

## Part 1: Additional Page

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

| 2.304 | Priority creditor's name and mailing address | | |
|---|---|---|---|
| | MANALIGOD, JANSSEN C | $ 234.41 | $ 234.41 |
| | ADDRESS ON FILE | | |

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**  Former Employee - Healthcare Reimbursement Account (HRA)

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☑ No
☐ Yes

| 2.305 | Priority creditor's name and mailing address | | |
|---|---|---|---|
| | MANRIQUEZ, ANDREW PHILLIP | $ 2,867.31 | $ 2,867.31 |
| | ADDRESS ON FILE | | |

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**  Former Employee - Healthcare Reimbursement Account (HRA)

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☑ No
☐ Yes

| 2.306 | Priority creditor's name and mailing address | | |
|---|---|---|---|
| | MARATAS, BRANDON MICHAEL | $ 3.64 | $ 3.64 |
| | ADDRESS ON FILE | | |

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**  Former Employee - Healthcare Reimbursement Account (HRA)

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☑ No
☐ Yes

| 2.307 | Priority creditor's name and mailing address | | |
|---|---|---|---|
| | MARTIN, RODOLFO | $ 129.23 | $ 129.23 |
| | ADDRESS ON FILE | | |

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**  Former Employee - Healthcare Reimbursement Account (HRA)

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor    Virgin Orbit, LLC
          Name                                                    Case number (*If known*)  23-10408

## Part 1:    Additional Page

| | Total claim | Priority amount |
|---|---|---|
| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | |

**2.308** **Priority creditor's name and mailing address**
MARTINEZ, ARTURO
ADDRESS ON FILE

$ 31.50    $ 31.50

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**  Former Employee - Healthcare Reimbursement Account (HRA)

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**2.309** **Priority creditor's name and mailing address**
MARUYAMA, WARREN
ADDRESS ON FILE

$ 70.68    $ 70.68

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**  Former Employee - Healthcare Reimbursement Account (HRA)

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**2.310** **Priority creditor's name and mailing address**
MAUER, ALEX
ADDRESS ON FILE

$ 1,000.00    $ 1,000.00

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**  Former Employee - Healthcare Reimbursement Account (HRA)

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**2.311** **Priority creditor's name and mailing address**
MAY, OUDDOM
ADDRESS ON FILE

$ 17.10    $ 17.10

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**  Former Employee - Healthcare Reimbursement Account (HRA)

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☒ No
☐ Yes

| **Part 1:** | **Additional Page** |
|---|---|

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | **Total claim** | **Priority amount** |
|---|---|---|

**2.312** Priority creditor's name and mailing address
MAYA, MIGUEL ANGEL
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 204.03    $ 204.03

Date or dates debt was incurred
Undetermined

**Basis for the claim:** Former Employee - Healthcare Reimbursement Account (HRA)

Last 4 digits of account number

SpecifyCode subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

**2.313** Priority creditor's name and mailing address
MCCANN, STEVEN
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 48.72    $ 48.72

Date or dates debt was incurred
Undetermined

**Basis for the claim:** Former Employee - Healthcare Reimbursement Account (HRA)

Last 4 digits of account number

SpecifyCode subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

**2.314** Priority creditor's name and mailing address
MCCOMBS, MICHAEL VINCENT
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 615.98    $ 615.98

Date or dates debt was incurred
Undetermined

**Basis for the claim:** Former Employee - Healthcare Reimbursement Account (HRA)

Last 4 digits of account number

SpecifyCode subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

**2.315** Priority creditor's name and mailing address
MCCOY, JACOB ANDREW
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 973.55    $ 973.55

Date or dates debt was incurred
Undetermined

**Basis for the claim:** Former Employee - Healthcare Reimbursement Account (HRA)

Last 4 digits of account number

SpecifyCode subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

| **Part 1:** | **Additional Page** |

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  | **Total claim** | **Priority amount** |
|---|---|---|

**2.316** Priority creditor's name and mailing address
MCDONALD, LOREAL M.
ADDRESS ON FILE

$ 1,000.00    $ 1,000.00

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
Undetermined

Basis for the claim: Former Employee - Healthcare Reimbursement Account (HRA)

Last 4 digits of account number

SpecifyCode subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

**2.317** Priority creditor's name and mailing address
MCDONOUGH, STEVEN MICHAEL
ADDRESS ON FILE

$ 950.00    $ 950.00

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
Undetermined

Basis for the claim: Former Employee - Healthcare Reimbursement Account (HRA)

Last 4 digits of account number

SpecifyCode subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

**2.318** Priority creditor's name and mailing address
MCELHANEY, JESSE D
ADDRESS ON FILE

$ 1,000.00    $ 1,000.00

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
Undetermined

Basis for the claim: Former Employee - Healthcare Reimbursement Account (HRA)

Last 4 digits of account number

SpecifyCode subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

**2.319** Priority creditor's name and mailing address
MCFARLAN, JOSEPH MICHAEL
ADDRESS ON FILE

$ 3.59    $ 3.59

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
Undetermined

Basis for the claim: Former Employee - Healthcare Reimbursement Account (HRA)

Last 4 digits of account number

SpecifyCode subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

## Part 1:    Additional Page

| | Total claim | Priority amount |
|---|---|---|
| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | |

**2.320**  **Priority creditor's name and mailing address**        $ 1,000.00    $ 1,000.00
MCFARLIN, RUSSELL SCOTT
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**  Former Employee - Healthcare Reimbursement Account (HRA)

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☑ No
☐ Yes

**2.321**  **Priority creditor's name and mailing address**        $ 1,000.00    $ 1,000.00
MCGIFFEN, KAYLA C
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**  Former Employee - Healthcare Reimbursement Account (HRA)

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☑ No
☐ Yes

**2.322**  **Priority creditor's name and mailing address**        $ 3.67    $ 3.67
MEDINA, ANGEL
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**  Former Employee - Healthcare Reimbursement Account (HRA)

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☑ No
☐ Yes

**2.323**  **Priority creditor's name and mailing address**        $ 5.69    $ 5.69
MEDINA, IVAN
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**  Former Employee - Healthcare Reimbursement Account (HRA)

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☑ No
☐ Yes

| Part 1: | Additional Page |
|---------|-----------------|

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

**2.324** Priority creditor's name and mailing address
MEDINA, MARVIN
ADDRESS ON FILE

$ 1,000.00    $ 1,000.00

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
Undetermined

Basis for the claim:  Former Employee - Healthcare Reimbursement Account (HRA)

Last 4 digits of account number

SpecifyCode subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

**2.325** Priority creditor's name and mailing address
MEDRANO, ALEX
ADDRESS ON FILE

$ 1,165.69    $ 1,165.69

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
Undetermined

Basis for the claim:  Former Employee - Healthcare Reimbursement Account (HRA)

Last 4 digits of account number

SpecifyCode subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

**2.326** Priority creditor's name and mailing address
MEJIA, ISAEL
ADDRESS ON FILE

$ 142.61    $ 142.61

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
Undetermined

Basis for the claim:  Former Employee - Healthcare Reimbursement Account (HRA)

Last 4 digits of account number

SpecifyCode subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

**2.327** Priority creditor's name and mailing address
MEJIA, PAUL
ADDRESS ON FILE

$ 16.28    $ 16.28

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
Undetermined

Basis for the claim:  Former Employee - Healthcare Reimbursement Account (HRA)

Last 4 digits of account number

SpecifyCode subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

## Part 1: Additional Page

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total claim | Priority amount |
|---|---|---|

**2.328 Priority creditor's name and mailing address**
MENCHACA, MARCOS J
ADDRESS ON FILE

$ 2,000.00    $ 2,000.00

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:** Former Employee - Healthcare Reimbursement Account (HRA)

**Last 4 digits of account number**

**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.329 Priority creditor's name and mailing address**
MENDEZ, GARRY ROY
ADDRESS ON FILE

$ 3.68    $ 3.68

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:** Former Employee - Healthcare Reimbursement Account (HRA)

**Last 4 digits of account number**

**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.330 Priority creditor's name and mailing address**
MENDEZ, MIGUEL G.
ADDRESS ON FILE

$ 465.26    $ 465.26

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:** Former Employee - Healthcare Reimbursement Account (HRA)

**Last 4 digits of account number**

**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.331 Priority creditor's name and mailing address**
MENDOZA, KEANNA
ADDRESS ON FILE

$ 21.03    $ 21.03

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:** Former Employee - Healthcare Reimbursement Account (HRA)

**Last 4 digits of account number**

**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☑ No
☐ Yes

**Part 1:    Additional Page**

| | Total claim | Priority amount |
|---|---|---|
| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | |

| 2.332 | **Priority creditor's name and mailing address** | | $ 83.63 | $ 83.63 |
|---|---|---|---|---|

**2.332  Priority creditor's name and mailing address**
MENDOZA, RYAN MICHAEL
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**  Former Employee - Healthcare Reimbursement Account (HRA)

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim  $ 83.63    Priority amount  $ 83.63

---

**2.333  Priority creditor's name and mailing address**
MESGARHA, ELMIRA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**  Former Employee - Healthcare Reimbursement Account (HRA)

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim  $ 580.00    Priority amount  $ 580.00

---

**2.334  Priority creditor's name and mailing address**
METZ, ASHLEY CORIE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**  Former Employee - Healthcare Reimbursement Account (HRA)

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim  $ 1,000.00    Priority amount  $ 1,000.00

---

**2.335  Priority creditor's name and mailing address**
MEURER, JOSEPH
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**  Former Employee - Healthcare Reimbursement Account (HRA)

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim  $ 951.34    Priority amount  $ 951.34

## Part 1:    Additional Page

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

**2.336** **Priority creditor's name and mailing address**

MILLER, MICHAEL SHAWN
ADDRESS ON FILE

$ 1,276.60    $ 1,276.60

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**  Former Employee - Healthcare Reimbursement Account (HRA)

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**2.337** **Priority creditor's name and mailing address**

MINDLIN-DAVIDSON, JULIEN
ADDRESS ON FILE

$ 227.16    $ 227.16

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**  Former Employee - Healthcare Reimbursement Account (HRA)

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**2.338** **Priority creditor's name and mailing address**

MONDRAGON, YESENIA
ADDRESS ON FILE

$ 2.61    $ 2.61

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**  Former Employee - Healthcare Reimbursement Account (HRA)

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**2.339** **Priority creditor's name and mailing address**

MONTANA, ETHAN
ADDRESS ON FILE

$ 1,000.00    $ 1,000.00

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**  Former Employee - Healthcare Reimbursement Account (HRA)

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Part 1: | Additional Page |
|---------|-----------------|

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

**2.340** | **Priority creditor's name and mailing address**

MONTGOMERIE, WILLIAM K
ADDRESS ON FILE

$ 1,950.00    $ 1,950.00

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:** Former Employee - Healthcare Reimbursement Account (HRA)

**Last 4 digits of account number**

**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**2.341** | **Priority creditor's name and mailing address**

MORALES, PATRICK RAY
ADDRESS ON FILE

$ 905.95    $ 905.95

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:** Former Employee - Healthcare Reimbursement Account (HRA)

**Last 4 digits of account number**

**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**2.342** | **Priority creditor's name and mailing address**

MORALES, VICTOR
ADDRESS ON FILE

$ 311.83    $ 311.83

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:** Former Employee - Healthcare Reimbursement Account (HRA)

**Last 4 digits of account number**

**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**2.343** | **Priority creditor's name and mailing address**

MORALES, WENDY
ADDRESS ON FILE

$ 112.90    $ 112.90

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:** Former Employee - Healthcare Reimbursement Account (HRA)

**Last 4 digits of account number**

**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☒ No
☐ Yes

## Part 1:    Additional Page

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

**2.344** **Priority creditor's name and mailing address**

MORAN, ERIK
ADDRESS ON FILE

$ 2,564.99    $ 2,564.99

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**  Former Employee - Healthcare Reimbursement Account (HRA)

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.345** **Priority creditor's name and mailing address**

MORRISON, ALYSSA
ADDRESS ON FILE

$ 36.98    $ 36.98

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**  Former Employee - Healthcare Reimbursement Account (HRA)

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.346** **Priority creditor's name and mailing address**

MORRISS, JACOB CHARLES
ADDRESS ON FILE

$ 1,000.00    $ 1,000.00

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**  Former Employee - Healthcare Reimbursement Account (HRA)

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.347** **Priority creditor's name and mailing address**

MUNOZ, ANEL
ADDRESS ON FILE

$ 270.00    $ 270.00

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**  Former Employee - Healthcare Reimbursement Account (HRA)

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☑ No
☐ Yes

## Part 1: | Additional Page

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | | Total claim | Priority amount |
|---|---|---|---|

**2.348** | **Priority creditor's name and mailing address**
MURPHY, KEITH EDWARD
ADDRESS ON FILE

$ 3,000.00    $ 3,000.00

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:** Former Employee - Healthcare Reimbursement Account (HRA)

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**2.349** | **Priority creditor's name and mailing address**
MUT, VIBOL JAMES
ADDRESS ON FILE

$ 2,338.22    $ 2,338.22

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:** Former Employee - Healthcare Reimbursement Account (HRA)

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**2.350** | **Priority creditor's name and mailing address**
NANKOVA, DANIELA
ADDRESS ON FILE

$ 1,000.00    $ 1,000.00

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:** Former Employee - Healthcare Reimbursement Account (HRA)

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**2.351** | **Priority creditor's name and mailing address**
NATERA, OTHONIEL
ADDRESS ON FILE

$ 3,000.00    $ 3,000.00

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:** Former Employee - Healthcare Reimbursement Account (HRA)

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☒ No
☐ Yes

| Part 1: | Additional Page |
|---------|-----------------|

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total claim | Priority amount |
|---|---|---|

**2.352** **Priority creditor's name and mailing address**
NAVARRETE, VICTOR ALFREDO
ADDRESS ON FILE

$ 2,987.13   $ 2,987.13

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:** Former Employee - Healthcare Reimbursement Account (HRA)

**Last 4 digits of account number**

**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☑ No
☐ Yes

**2.353** **Priority creditor's name and mailing address**
NEGRON, JORGE
ADDRESS ON FILE

$ 812.25   $ 812.25

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:** Former Employee - Healthcare Reimbursement Account (HRA)

**Last 4 digits of account number**

**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☑ No
☐ Yes

**2.354** **Priority creditor's name and mailing address**
NEIS, DANIEL H
ADDRESS ON FILE

$ 1,000.00   $ 1,000.00

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:** Former Employee - Healthcare Reimbursement Account (HRA)

**Last 4 digits of account number**

**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☑ No
☐ Yes

**2.355** **Priority creditor's name and mailing address**
NEU, MELODY ROSE
ADDRESS ON FILE

$ 1,000.00   $ 1,000.00

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:** Former Employee - Healthcare Reimbursement Account (HRA)

**Last 4 digits of account number**

**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☑ No
☐ Yes

## Part 1:    Additional Page

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

**2.356** Priority creditor's name and mailing address
NEUBAUER, COREY
ADDRESS ON FILE

$  1,000.00    $  1,000.00

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
Undetermined

**Basis for the claim:**  Former Employee - Healthcare Reimbursement Account (HRA)

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

**2.357** Priority creditor's name and mailing address
NEWGENT, BRADLEY THOMAS
ADDRESS ON FILE

$  292.83    $  292.83

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
Undetermined

**Basis for the claim:**  Former Employee - Healthcare Reimbursement Account (HRA)

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

**2.358** Priority creditor's name and mailing address
NG, PHILLIP
ADDRESS ON FILE

$  5.71    $  5.71

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
Undetermined

**Basis for the claim:**  Former Employee - Healthcare Reimbursement Account (HRA)

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

**2.359** Priority creditor's name and mailing address
NGUYEN, DE
ADDRESS ON FILE

$  88.76    $  88.76

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
Undetermined

**Basis for the claim:**  Former Employee - Healthcare Reimbursement Account (HRA)

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

| **Part 1:** | **Additional Page** |
|---|---|

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

| 2.360 | Priority creditor's name and mailing address | | $ 1,319.08 | $ 1,319.08 |
|---|---|---|---|---|

**2.360** Priority creditor's name and mailing address
NGUYEN, JAMES
ADDRESS ON FILE

$ 1,319.08    $ 1,319.08

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
Undetermined

Basis for the claim: Former Employee - Healthcare Reimbursement Account (HRA)

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

SpecifyCode subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.361** Priority creditor's name and mailing address
NGUYEN, KEVIN TAN
ADDRESS ON FILE

$ 7.75    $ 7.75

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
Undetermined

Basis for the claim: Former Employee - Healthcare Reimbursement Account (HRA)

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

SpecifyCode subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.362** Priority creditor's name and mailing address
NGUYEN, PAUL
ADDRESS ON FILE

$ 275.03    $ 275.03

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
Undetermined

Basis for the claim: Former Employee - Healthcare Reimbursement Account (HRA)

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

SpecifyCode subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.363** Priority creditor's name and mailing address
NGUYEN, PHILLIP TRAN
ADDRESS ON FILE

$ 1,000.00    $ 1,000.00

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
Undetermined

Basis for the claim: Former Employee - Healthcare Reimbursement Account (HRA)

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

SpecifyCode subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

## Part 1:  Additional Page

| | Total claim | Priority amount |
|---|---|---|
| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | |

**2.364** Priority creditor's name and mailing address

NGUYEN, VU V.
ADDRESS ON FILE

$ 1,000.00   $ 1,000.00

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

Basis for the claim:  Former Employee - Healthcare Reimbursement Account (HRA)

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

**2.365** Priority creditor's name and mailing address

NINH, BRYAN
ADDRESS ON FILE

$ 499.42   $ 499.42

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

Basis for the claim:  Former Employee - Healthcare Reimbursement Account (HRA)

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

**2.366** Priority creditor's name and mailing address

NOGALES, AMY LYNN
ADDRESS ON FILE

$ 1.01   $ 1.01

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

Basis for the claim:  Former Employee - Healthcare Reimbursement Account (HRA)

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

**2.367** Priority creditor's name and mailing address

NOLTA, MICHAEL LLOYD
ADDRESS ON FILE

$ 2,595.03   $ 2,595.03

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

Basis for the claim:  Former Employee - Healthcare Reimbursement Account (HRA)

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

| **Part 1:** | **Additional Page** |
|---|---|

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

| 2.368 | Priority creditor's name and mailing address | | | |
|---|---|---|---|---|

**2.368** Priority creditor's name and mailing address
NORRIS, MICHAEL
ADDRESS ON FILE

$ 1,777.67    $ 1,777.67

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:** Former Employee - Healthcare Reimbursement Account (HRA)

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.369** Priority creditor's name and mailing address
OCHI, KELLEN KAZUAKI
ADDRESS ON FILE

$ 457.00    $ 457.00

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:** Former Employee - Healthcare Reimbursement Account (HRA)

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.370** Priority creditor's name and mailing address
OCHOA-COTA, DIEGO
ADDRESS ON FILE

$ 1,000.00    $ 1,000.00

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:** Former Employee - Healthcare Reimbursement Account (HRA)

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.371** Priority creditor's name and mailing address
OCONNOR, CHARLES
ADDRESS ON FILE

$ 2,000.00    $ 2,000.00

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:** Former Employee - Healthcare Reimbursement Account (HRA)

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor | Virgin Orbit, LLC | | Case number *(if known)*  23-10408 |
|---|---|---|---|
| | Name | | |

**Part 1:**    **Additional Page**

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total claim | Priority amount |
|---|---|---|

**2.372** **Priority creditor's name and mailing address**
ODUNTAN, OLUFEMI
ADDRESS ON FILE

Total claim: $ 1,000.00    Priority amount: $ 1,000.00

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**  Former Employee - Healthcare Reimbursement Account (HRA)

**Last 4 digits of account number**

**Specify** **Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.373** **Priority creditor's name and mailing address**
OLIVER, DAVID C
ADDRESS ON FILE

Total claim: $ 1,343.79    Priority amount: $ 1,343.79

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**  Former Employee - Healthcare Reimbursement Account (HRA)

**Last 4 digits of account number**

**Specify** **Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.374** **Priority creditor's name and mailing address**
OLLOM, STEPHANIE
ADDRESS ON FILE

Total claim: $ 965.88    Priority amount: $ 965.88

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**  Former Employee - Healthcare Reimbursement Account (HRA)

**Last 4 digits of account number**

**Specify** **Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.375** **Priority creditor's name and mailing address**
OMAR, DALYA
ADDRESS ON FILE

Total claim: $ 1,000.00    Priority amount: $ 1,000.00

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**  Former Employee - Healthcare Reimbursement Account (HRA)

**Last 4 digits of account number**

**Specify** **Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor | Virgin Orbit, LLC | Case number (*If known*)  23-10408 |
|--------|-------------------|------------|
| | Name | |

## Part 1: Additional Page

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total claim | Priority amount |
|---|---|---|

**2.376** | **Priority creditor's name and mailing address**
ONCHIRI, LORRETTA KWAMBOKA
ADDRESS ON FILE

$ 1,000.00      $ 1,000.00

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**  Former Employee - Healthcare Reimbursement Account (HRA)

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.377** | **Priority creditor's name and mailing address**
ONGKOWIDJOJO, MICHELLE CHERIE
ADDRESS ON FILE

$ 31.46      $ 31.46

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**  Former Employee - Healthcare Reimbursement Account (HRA)

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.378** | **Priority creditor's name and mailing address**
ORDONEZ, LESTHER STUARDO
ADDRESS ON FILE

$ 17.88      $ 17.88

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**  Former Employee - Healthcare Reimbursement Account (HRA)

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.379** | **Priority creditor's name and mailing address**
OROZCO, ALBERT
ADDRESS ON FILE

$ 1,415.86      $ 1,415.86

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**  Former Employee - Healthcare Reimbursement Account (HRA)

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☑ No
☐ Yes

## Part 1:    Additional Page

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  | Total claim | Priority amount |
|---|---|---|

**2.380** | **Priority creditor's name and mailing address**

OROZCO, LUIS ALBERTO
ADDRESS ON FILE

$ 5.31     $ 5.31

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**  Former Employee - Healthcare Reimbursement Account (HRA)

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.381** | **Priority creditor's name and mailing address**

ORTEGA, HECTOR
ADDRESS ON FILE

$ 3,000.00     $ 3,000.00

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**  Former Employee - Healthcare Reimbursement Account (HRA)

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.382** | **Priority creditor's name and mailing address**

ORTEGA, PAUL S.
ADDRESS ON FILE

$ 76.74     $ 76.74

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**  Former Employee - Healthcare Reimbursement Account (HRA)

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.383** | **Priority creditor's name and mailing address**

O'SHANNESSY, PHILLIP ANDERS
ADDRESS ON FILE

$ 1,000.00     $ 1,000.00

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**  Former Employee - Healthcare Reimbursement Account (HRA)

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☑ No
☐ Yes

| Part 1: | Additional Page |
|---|---|

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

**2.384** Priority creditor's name and mailing address
OYEDELE, KUNLE
ADDRESS ON FILE

$ 1,000.00   $ 1,000.00

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
Undetermined

Basis for the claim:  Former Employee - Healthcare Reimbursement Account (HRA)

Last 4 digits of account number

SpecifyCode subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

**2.385** Priority creditor's name and mailing address
PADILLA, ALEJANDRO
ADDRESS ON FILE

$ 2,000.00   $ 2,000.00

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
Undetermined

Basis for the claim:  Former Employee - Healthcare Reimbursement Account (HRA)

Last 4 digits of account number

SpecifyCode subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

**2.386** Priority creditor's name and mailing address
PAN, JUNHUA
ADDRESS ON FILE

$ 906.67   $ 906.67

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
Undetermined

Basis for the claim:  Former Employee - Healthcare Reimbursement Account (HRA)

Last 4 digits of account number

SpecifyCode subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

**2.387** Priority creditor's name and mailing address
PARADA, ERIC
ADDRESS ON FILE

$ 1,000.00   $ 1,000.00

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
Undetermined

Basis for the claim:  Former Employee - Healthcare Reimbursement Account (HRA)

Last 4 digits of account number

SpecifyCode subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

| **Part 1:** | **Additional Page** |
|---|---|

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | **Total claim** | **Priority amount** |
|---|---|---|

**2.388** Priority creditor's name and mailing address

PARK, JOHN
ADDRESS ON FILE

$ 36.20    $ 36.20

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**  Former Employee - Healthcare Reimbursement Account (HRA)

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.389** Priority creditor's name and mailing address

PASACHE, SAMUEL
ADDRESS ON FILE

$ 13.09    $ 13.09

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**  Former Employee - Healthcare Reimbursement Account (HRA)

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.390** Priority creditor's name and mailing address

PATEL, CHIRAG
ADDRESS ON FILE

$ 1,000.00    $ 1,000.00

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**  Former Employee - Healthcare Reimbursement Account (HRA)

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.391** Priority creditor's name and mailing address

PATEL, KUSHAL
ADDRESS ON FILE

$ 1,000.00    $ 1,000.00

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**  Former Employee - Healthcare Reimbursement Account (HRA)

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☑ No
☐ Yes

| Part 1: | Additional Page | | |
|---|---|---|---|

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | Total claim | Priority amount |

**2.392** **Priority creditor's name and mailing address**
PEER, SCOTT GEORGE
ADDRESS ON FILE

$ 1,000.00    $ 1,000.00

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:** Former Employee - Healthcare Reimbursement Account (HRA)

**Last 4 digits of account number**

**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**2.393** **Priority creditor's name and mailing address**
PEIRIS, LAKSHAN
ADDRESS ON FILE

$ 175.43    $ 175.43

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:** Former Employee - Healthcare Reimbursement Account (HRA)

**Last 4 digits of account number**

**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**2.394** **Priority creditor's name and mailing address**
PEREZ, HUGO
ADDRESS ON FILE

$ 2,697.88    $ 2,697.88

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:** Former Employee - Healthcare Reimbursement Account (HRA)

**Last 4 digits of account number**

**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**2.395** **Priority creditor's name and mailing address**
PEREZ, MARGARITA
ADDRESS ON FILE

$ 18.41    $ 18.41

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:** Former Employee - Healthcare Reimbursement Account (HRA)

**Last 4 digits of account number**

**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☒ No
☐ Yes

## Part 1:   Additional Page

**Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.**

| | Total claim | Priority amount |
|---|---|---|

**2.396**   **Priority creditor's name and mailing address**
PEREZ, OMAR G
ADDRESS ON FILE

$ 950.00     $ 950.00

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**   Former Employee - Healthcare Reimbursement Account (HRA)

**Last 4 digits of account number**

**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.397**   **Priority creditor's name and mailing address**
PEREZ, VICTOR EDUARDO
ADDRESS ON FILE

$ 2,647.48     $ 2,647.48

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**   Former Employee - Healthcare Reimbursement Account (HRA)

**Last 4 digits of account number**

**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.398**   **Priority creditor's name and mailing address**
PERRY, BRET VRANA
ADDRESS ON FILE

$ 1,000.00     $ 1,000.00

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**   Former Employee - Healthcare Reimbursement Account (HRA)

**Last 4 digits of account number**

**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.399**   **Priority creditor's name and mailing address**
PHAM, TRUNG
ADDRESS ON FILE

$ 114.91     $ 114.91

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**   Former Employee - Healthcare Reimbursement Account (HRA)

**Last 4 digits of account number**

**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☑ No
☐ Yes

**Part 1:** | **Additional Page**

| | **Total claim** | **Priority amount** |
|---|---|---|
| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | |

| 2.400 | Priority creditor's name and mailing address | | $ 995.00 | $ 995.00 |
|---|---|---|---|---|

**2.400** Priority creditor's name and mailing address
PHAM, VAN LOAN
ADDRESS ON FILE

$ 995.00    $ 995.00

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:** Former Employee - Healthcare Reimbursement Account (HRA)

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.401** Priority creditor's name and mailing address
PHON, RATHANA
ADDRESS ON FILE

$ 564.23    $ 564.23

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:** Former Employee - Healthcare Reimbursement Account (HRA)

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.402** Priority creditor's name and mailing address
PICKARD, KYLE ROBERT
ADDRESS ON FILE

$ 41.82    $ 41.82

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:** Former Employee - Healthcare Reimbursement Account (HRA)

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.403** Priority creditor's name and mailing address
PICKARD, XANDER RAYMOND
ADDRESS ON FILE

$ 23.56    $ 23.56

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:** Former Employee - Healthcare Reimbursement Account (HRA)

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor | Virgin Orbit, LLC | | Case number (If known) 23-10408 |
|---|---|---|---|
| | Name | | |

| Part 1: | Additional Page |
|---|---|

| | | Total claim | Priority amount |
|---|---|---|---|

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

**2.404** Priority creditor's name and mailing address
PICKETT, DANA
ADDRESS ON FILE

$ 401.72    $ 401.72

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
Undetermined

Basis for the claim: Former Employee - Healthcare Reimbursement Account (HRA)

Last 4 digits of account number

SpecifyCode subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

**2.405** Priority creditor's name and mailing address
PIERSON, FORREST
ADDRESS ON FILE

$ 1,469.83    $ 1,469.83

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
Undetermined

Basis for the claim: Former Employee - Healthcare Reimbursement Account (HRA)

Last 4 digits of account number

SpecifyCode subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

**2.406** Priority creditor's name and mailing address
PIRNIAKAN, NESHAD ROD
ADDRESS ON FILE

$ 1,000.00    $ 1,000.00

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
Undetermined

Basis for the claim: Former Employee - Healthcare Reimbursement Account (HRA)

Last 4 digits of account number

SpecifyCode subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

**2.407** Priority creditor's name and mailing address
PITT, ROBERT
ADDRESS ON FILE

$ 1,000.00    $ 1,000.00

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
Undetermined

Basis for the claim: Former Employee - Healthcare Reimbursement Account (HRA)

Last 4 digits of account number

SpecifyCode subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

## Part 1:    Additional Page

| | Total claim | Priority amount |
|---|---|---|
| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | |

**2.408** Priority creditor's name and mailing address

PLASCENCIA, ARNOLDO
ADDRESS ON FILE

$ 1,421.60    $ 1,421.60

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:** Former Employee - Healthcare Reimbursement Account (HRA)

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☑ No
☐ Yes

**2.409** Priority creditor's name and mailing address

POLEY, KAYLIN MONIQUE
ADDRESS ON FILE

$ 1.43    $ 1.43

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:** Former Employee - Healthcare Reimbursement Account (HRA)

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☑ No
☐ Yes

**2.410** Priority creditor's name and mailing address

PONCE DAVILA, SAM
ADDRESS ON FILE

$ 900.00    $ 900.00

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:** Former Employee - Healthcare Reimbursement Account (HRA)

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☑ No
☐ Yes

**2.411** Priority creditor's name and mailing address

POONSIRI, JOE
ADDRESS ON FILE

$ 152.40    $ 152.40

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:** Former Employee - Healthcare Reimbursement Account (HRA)

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☑ No
☐ Yes

**Part 1:**    **Additional Page**

| | | Total claim | Priority amount |
|---|---|---|---|
Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

---

**2.412** | **Priority creditor's name and mailing address** | $ 683.15 | $ 683.15

PORTER, CHARLES D
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:** Former Employee - Healthcare Reimbursement Account (HRA)

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.413** | **Priority creditor's name and mailing address** | $ 2,668.17 | $ 2,668.17

PORTILLO DERAS, JUAN E.
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:** Former Employee - Healthcare Reimbursement Account (HRA)

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.414** | **Priority creditor's name and mailing address** | $ 1,000.00 | $ 1,000.00

POWERS, KELLY SUZANNE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:** Former Employee - Healthcare Reimbursement Account (HRA)

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.415** | **Priority creditor's name and mailing address** | $ 1,357.02 | $ 1,357.02

POZOS, EFRAIN
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:** Former Employee - Healthcare Reimbursement Account (HRA)

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor | Virgin Orbit, LLC | | Case number (*If known*) 23-10408 |
|---|---|---|---|
| | Name | | |

## Part 1:    Additional Page

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  | | Total claim | Priority amount |
|---|---|---|---|

**2.416** Priority creditor's name and mailing address

PRADJANATA, MATTHEW
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $ 2,067.38    Priority amount: $ 2,067.38

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**  Former Employee - Healthcare Reimbursement Account (HRA)

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.417** Priority creditor's name and mailing address

PROFENIUS, LUCIENNE MARIE
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $ 960.00    Priority amount: $ 960.00

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**  Former Employee - Healthcare Reimbursement Account (HRA)

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.418** Priority creditor's name and mailing address

PYSTER, NATHAN
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $ 1,517.76    Priority amount: $ 1,517.76

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**  Former Employee - Healthcare Reimbursement Account (HRA)

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.419** Priority creditor's name and mailing address

QUILISADIO, JUSTIN
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $ 232.21    Priority amount: $ 232.21

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**  Former Employee - Healthcare Reimbursement Account (HRA)

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☑ No
☐ Yes

## Part 1:    Additional Page

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

**2.420** Priority creditor's name and mailing address
QUINTO, JESSALYNN
ADDRESS ON FILE

$ 412.57    $ 412.57

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
Undetermined

Basis for the claim:   Former Employee - Healthcare Reimbursement Account (HRA)

Last 4 digits of account number

SpecifyCode subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

**2.421** Priority creditor's name and mailing address
RAFTOGIANIS, MARK THOMAS
ADDRESS ON FILE

$ 1,617.95    $ 1,617.95

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
Undetermined

Basis for the claim:   Former Employee - Healthcare Reimbursement Account (HRA)

Last 4 digits of account number

SpecifyCode subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

**2.422** Priority creditor's name and mailing address
RAMOS, JOELL STEVEN
ADDRESS ON FILE

$ 0.42    $ 0.42

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
Undetermined

Basis for the claim:   Former Employee - Healthcare Reimbursement Account (HRA)

Last 4 digits of account number

SpecifyCode subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

**2.423** Priority creditor's name and mailing address
RAMOS, LUIS JEFFERSON
ADDRESS ON FILE

$ 1,000.00    $ 1,000.00

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
Undetermined

Basis for the claim:   Former Employee - Healthcare Reimbursement Account (HRA)

Last 4 digits of account number

SpecifyCode subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

| Part 1: | Additional Page |
| --- | --- |

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
| --- | --- | --- |

**2.424** Priority creditor's name and mailing address

RANDALL, CHRISTOPHER
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,000.00    $ 1,000.00

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**  Former Employee - Healthcare Reimbursement Account (HRA)

**Last 4 digits of account number**

**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.425** Priority creditor's name and mailing address

RANDOLPH, STUART
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,000.00    $ 1,000.00

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**  Former Employee - Healthcare Reimbursement Account (HRA)

**Last 4 digits of account number**

**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.426** Priority creditor's name and mailing address

RAWLINGS, RANDY
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,000.00    $ 1,000.00

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**  Former Employee - Healthcare Reimbursement Account (HRA)

**Last 4 digits of account number**

**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.427** Priority creditor's name and mailing address

REICHLE, DAVID
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 3,000.00    $ 3,000.00

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**  Former Employee - Healthcare Reimbursement Account (HRA)

**Last 4 digits of account number**

**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☑ No
☐ Yes

## Part 1:    Additional Page

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total claim | Priority amount |
|---|---|---|

**2.428**  **Priority creditor's name and mailing address**
REID, HARRY WILLIAM
ADDRESS ON FILE

$ 682.10    $ 682.10

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**  Former Employee - Healthcare Reimbursement Account (HRA)

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.429**  **Priority creditor's name and mailing address**
REILLY, SEAN
ADDRESS ON FILE

$ 1,960.00    $ 1,960.00

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**  Former Employee - Healthcare Reimbursement Account (HRA)

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.430**  **Priority creditor's name and mailing address**
RENDON, ERIC LOUIS
ADDRESS ON FILE

$ 798.36    $ 798.36

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**  Former Employee - Healthcare Reimbursement Account (HRA)

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.431**  **Priority creditor's name and mailing address**
REYES, EDWIN
ADDRESS ON FILE

$ 6.70    $ 6.70

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**  Former Employee - Healthcare Reimbursement Account (HRA)

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☑ No
☐ Yes

| Part 1: | Additional Page |
|---|---|

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

---

**2.432** Priority creditor's name and mailing address

REYNOSO, EDUARDO
ADDRESS ON FILE

$ 14.22       $ 14.22

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
Undetermined

Basis for the claim:  Former Employee - Healthcare Reimbursement Account (HRA)

Last 4 digits of account number

SpecifyCode subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.433** Priority creditor's name and mailing address

RICHTER, SHANE
ADDRESS ON FILE

$ 1,008.59       $ 1,008.59

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
Undetermined

Basis for the claim:  Former Employee - Healthcare Reimbursement Account (HRA)

Last 4 digits of account number

SpecifyCode subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.434** Priority creditor's name and mailing address

ROBERTS, SAMUEL JOSEPH
ADDRESS ON FILE

$ 2,000.00       $ 2,000.00

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
Undetermined

Basis for the claim:  Former Employee - Healthcare Reimbursement Account (HRA)

Last 4 digits of account number

SpecifyCode subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.435** Priority creditor's name and mailing address

ROBLES, EDGAR DANIEL
ADDRESS ON FILE

$ 735.09       $ 735.09

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
Undetermined

Basis for the claim:  Former Employee - Healthcare Reimbursement Account (HRA)

Last 4 digits of account number

SpecifyCode subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

## Part 1:   Additional Page

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | | Total claim | Priority amount |
|---|---|---|---|

**2.436**  **Priority creditor's name and mailing address**

ROCKOFF, NICHOLAS MAXWELL
ADDRESS ON FILE

$ 5.89     $ 5.89

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**  Former Employee - Healthcare Reimbursement Account (HRA)

**Last 4 digits of account number**

**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☒ No
☐ Yes

**2.437**  **Priority creditor's name and mailing address**

RODRIGUEZ MARTINEZ, LUIS
ADDRESS ON FILE

$ 1,000.00     $ 1,000.00

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**  Former Employee - Healthcare Reimbursement Account (HRA)

**Last 4 digits of account number**

**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☒ No
☐ Yes

**2.438**  **Priority creditor's name and mailing address**

RODRIGUEZ, EDSON GABRIEL
ADDRESS ON FILE

$ 2,960.00     $ 2,960.00

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**  Former Employee - Healthcare Reimbursement Account (HRA)

**Last 4 digits of account number**

**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☒ No
☐ Yes

**2.439**  **Priority creditor's name and mailing address**

RODRIGUEZ, SABRINA
ADDRESS ON FILE

$ 107.43     $ 107.43

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**  Former Employee - Healthcare Reimbursement Account (HRA)

**Last 4 digits of account number**

**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☒ No
☐ Yes

**Part 1:**    **Additional Page**

| | Total claim | Priority amount |
|---|---|---|
| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | |

---

**2.440** Priority creditor's name and mailing address

ROGERS, TRAFTON K
ADDRESS ON FILE

$ 190.91    $ 190.91

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**  Former Employee - Healthcare Reimbursement Account (HRA)

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**2.441** Priority creditor's name and mailing address

ROGERS, XAVIER
ADDRESS ON FILE

$ 1,000.00    $ 1,000.00

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**  Former Employee - Healthcare Reimbursement Account (HRA)

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**2.442** Priority creditor's name and mailing address

ROSE, CATHERINE
ADDRESS ON FILE

$ 12.00    $ 12.00

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**  Former Employee - Healthcare Reimbursement Account (HRA)

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**2.443** Priority creditor's name and mailing address

ROSENTHAL, DEVON SHARP
ADDRESS ON FILE

$ 35.30    $ 35.30

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**  Former Employee - Healthcare Reimbursement Account (HRA)

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☒ No
☐ Yes

---

## Part 1:    Additional Page

| | Total claim | Priority amount |
|---|---|---|
| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | |

**2.444** Priority creditor's name and mailing address
RUBIO, CEASAR ANTHONY
ADDRESS ON FILE

$ 70.32   $ 70.32

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
Undetermined

Basis for the claim:  Former Employee - Healthcare Reimbursement Account (HRA)

Last 4 digits of account number

SpecifyCode subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

**2.445** Priority creditor's name and mailing address
RUIZ, RICHARD
ADDRESS ON FILE

$ 1,000.00   $ 1,000.00

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
Undetermined

Basis for the claim:  Former Employee - Healthcare Reimbursement Account (HRA)

Last 4 digits of account number

SpecifyCode subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

**2.446** Priority creditor's name and mailing address
RUIZ, STEVE RALPH
ADDRESS ON FILE

$ 78.85   $ 78.85

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
Undetermined

Basis for the claim:  Former Employee - Healthcare Reimbursement Account (HRA)

Last 4 digits of account number

SpecifyCode subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

**2.447** Priority creditor's name and mailing address
RUVALCABA, BRADLEY
ADDRESS ON FILE

$ 1,000.00   $ 1,000.00

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
Undetermined

Basis for the claim:  Former Employee - Healthcare Reimbursement Account (HRA)

Last 4 digits of account number

SpecifyCode subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

## Part 1:    Additional Page

| | Total claim | Priority amount |
|---|---|---|
| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | |

**2.448  Priority creditor's name and mailing address**

SABIN-CASAMALHUAPA, MAILEAHSA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim  $ 989.36     Priority amount  $ 989.36

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**  Former Employee - Healthcare Reimbursement Account (HRA)

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☑ No
☐ Yes

**2.449  Priority creditor's name and mailing address**

SALATA, ERIK
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim  $ 133.93     Priority amount  $ 133.93

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**  Former Employee - Healthcare Reimbursement Account (HRA)

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☑ No
☐ Yes

**2.450  Priority creditor's name and mailing address**

SALAZAR, CHRISTINE V.
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim  $ 1,957.34     Priority amount  $ 1,957.34

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**  Former Employee - Healthcare Reimbursement Account (HRA)

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☑ No
☐ Yes

**2.451  Priority creditor's name and mailing address**

SALINAS, MICHAEL
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim  $ 931.00     Priority amount  $ 931.00

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**  Former Employee - Healthcare Reimbursement Account (HRA)

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor | Virgin Orbit, LLC | | Case number *(if known)*  23-10408 |
|---|---|---|---|
| | Name | | |

## Part 1:  Additional Page

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | | **Total claim** | **Priority amount** |
|---|---|---|---|

**2.452** Priority creditor's name and mailing address

SAMBLOTTE, MARIO ANDRES
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 812.78     $ 812.78

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**  Former Employee - Healthcare Reimbursement Account (HRA)

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☒ No
☐ Yes

**2.453** Priority creditor's name and mailing address

SANCHEZ, CONCEPCION
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 266.67     $ 266.67

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**  Former Employee - Healthcare Reimbursement Account (HRA)

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☒ No
☐ Yes

**2.454** Priority creditor's name and mailing address

SANCHEZ, JOSEPH
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,000.00     $ 1,000.00

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**  Former Employee - Healthcare Reimbursement Account (HRA)

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☒ No
☐ Yes

**2.455** Priority creditor's name and mailing address

SANCHEZ, MARIO A.
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 185.92     $ 185.92

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**  Former Employee - Healthcare Reimbursement Account (HRA)

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☒ No
☐ Yes

## Part 1:    Additional Page

| | Total claim | Priority amount |
|---|---|---|
| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | |

**2.456** Priority creditor's name and mailing address

SANDOVAL, FELIPE ROGELIO
ADDRESS ON FILE

Total claim $ 1,000.00      Priority amount $ 1,000.00

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
Undetermined

**Basis for the claim:** Former Employee - Healthcare Reimbursement Account (HRA)

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

**2.457** Priority creditor's name and mailing address

SARGENT, BRETT ALAN
ADDRESS ON FILE

Total claim $ 2,775.00      Priority amount $ 2,775.00

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
Undetermined

**Basis for the claim:** Former Employee - Healthcare Reimbursement Account (HRA)

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

**2.458** Priority creditor's name and mailing address

SASMAL, ARITRA
ADDRESS ON FILE

Total claim $ 960.00      Priority amount $ 960.00

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
Undetermined

**Basis for the claim:** Former Employee - Healthcare Reimbursement Account (HRA)

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

**2.459** Priority creditor's name and mailing address

SCARLETT, CHRISTOPHER M
ADDRESS ON FILE

Total claim $ 202.48      Priority amount $ 202.48

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
Undetermined

**Basis for the claim:** Former Employee - Healthcare Reimbursement Account (HRA)

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

## Part 1:    Additional Page

| | Total claim | Priority amount |
|---|---|---|
| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | |

**2.460** Priority creditor's name and mailing address
SCHAEFER, BRYCE F
ADDRESS ON FILE

$ 887.86    $ 887.86

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**  Former Employee - Healthcare Reimbursement Account (HRA)

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.461** Priority creditor's name and mailing address
SCHELETER, VALERIO
ADDRESS ON FILE

$ 0.80    $ 0.80

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**  Former Employee - Healthcare Reimbursement Account (HRA)

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.462** Priority creditor's name and mailing address
SCOTT, RONALD
ADDRESS ON FILE

$ 1,564.18    $ 1,564.18

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**  Former Employee - Healthcare Reimbursement Account (HRA)

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.463** Priority creditor's name and mailing address
SENNOTT, AUSTIN MICHAEL
ADDRESS ON FILE

$ 1,000.00    $ 1,000.00

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**  Former Employee - Healthcare Reimbursement Account (HRA)

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☑ No
☐ Yes

## Part 1:    Additional Page

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

---

**2.464** | **Priority creditor's name and mailing address**
SEPAHRAM, SIAMAK
ADDRESS ON FILE

$ 1,000.00    $ 1,000.00

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**  Former Employee - Healthcare Reimbursement Account (HRA)

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.465** | **Priority creditor's name and mailing address**
SERMENO, PABEL ALEXANDER
ADDRESS ON FILE

$ 582.05    $ 582.05

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**  Former Employee - Healthcare Reimbursement Account (HRA)

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.466** | **Priority creditor's name and mailing address**
SERPA, MICAEEL
ADDRESS ON FILE

$ 901.80    $ 901.80

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**  Former Employee - Healthcare Reimbursement Account (HRA)

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.467** | **Priority creditor's name and mailing address**
SHAH, MICHAEL BHARAT
ADDRESS ON FILE

$ 1,000.00    $ 1,000.00

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**  Former Employee - Healthcare Reimbursement Account (HRA)

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☑ No
☐ Yes

| **Part 1:** | **Additional Page** | | |
|---|---|---|---|

| | | **Total claim** | **Priority amount** |
|---|---|---|---|
| **2.468** **Priority creditor's name and mailing address** <br> SHAPERY, LEANNE D <br> ADDRESS ON FILE | **As of the petition filing date, the claim is:** *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | $ 850.00 | $ 850.00 |
| **Date or dates debt was incurred** <br> Undetermined | **Basis for the claim:**  Former Employee - Healthcare Reimbursement Account (HRA) | | |
| **Last 4 digits of account number** | | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **Is the claim subject to offset?** <br> ☑ No <br> ☐ Yes | | |
| **2.469** **Priority creditor's name and mailing address** <br> SHATKIN, STEVEN <br> ADDRESS ON FILE | **As of the petition filing date, the claim is:** *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | $ 40.52 | $ 40.52 |
| **Date or dates debt was incurred** <br> Undetermined | **Basis for the claim:**  Former Employee - Healthcare Reimbursement Account (HRA) | | |
| **Last 4 digits of account number** | | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **Is the claim subject to offset?** <br> ☑ No <br> ☐ Yes | | |
| **2.470** **Priority creditor's name and mailing address** <br> SHEARER, REBECCA <br> ADDRESS ON FILE | **As of the petition filing date, the claim is:** *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | $ 265.01 | $ 265.01 |
| **Date or dates debt was incurred** <br> Undetermined | **Basis for the claim:**  Former Employee - Healthcare Reimbursement Account (HRA) | | |
| **Last 4 digits of account number** | | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **Is the claim subject to offset?** <br> ☑ No <br> ☐ Yes | | |
| **2.471** **Priority creditor's name and mailing address** <br> SHERLOCK, JACOB <br> ADDRESS ON FILE | **As of the petition filing date, the claim is:** *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | $ 1,000.00 | $ 1,000.00 |
| **Date or dates debt was incurred** <br> Undetermined | **Basis for the claim:**  Former Employee - Healthcare Reimbursement Account (HRA) | | |
| **Last 4 digits of account number** | | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **Is the claim subject to offset?** <br> ☑ No <br> ☐ Yes | | |

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

## Part 1:    Additional Page

| | Total claim | Priority amount |
|---|---|---|
| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | |

**2.472** Priority creditor's name and mailing address
SHERMAN, JAMES R
ADDRESS ON FILE

Total claim $ 1,000.00    Priority amount $ 1,000.00

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
Undetermined

Basis for the claim:  Former Employee - Healthcare Reimbursement Account (HRA)

Last 4 digits of account number

SpecifyCode subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

**2.473** Priority creditor's name and mailing address
SHOOK, SCOTT
ADDRESS ON FILE

Total claim $ 2,000.00    Priority amount $ 2,000.00

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
Undetermined

Basis for the claim:  Former Employee - Healthcare Reimbursement Account (HRA)

Last 4 digits of account number

SpecifyCode subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

**2.474** Priority creditor's name and mailing address
SHORT, DANIEL
ADDRESS ON FILE

Total claim $ 1,000.00    Priority amount $ 1,000.00

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
Undetermined

Basis for the claim:  Former Employee - Healthcare Reimbursement Account (HRA)

Last 4 digits of account number

SpecifyCode subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

**2.475** Priority creditor's name and mailing address
SIDA, AHLAM
ADDRESS ON FILE

Total claim $ 695.05    Priority amount $ 695.05

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
Undetermined

Basis for the claim:  Former Employee - Healthcare Reimbursement Account (HRA)

Last 4 digits of account number

SpecifyCode subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

| Debtor | Virgin Orbit, LLC | Case number *(if known)* 23-10408 |
|---|---|---|
| | Name | |

## Part 1: Additional Page

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total claim | Priority amount |
|---|---|---|

**2.476 Priority creditor's name and mailing address**
SIDA, JESUS ANTONIO
ADDRESS ON FILE

$ 1,000.00    $ 1,000.00

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:** Former Employee - Healthcare Reimbursement Account (HRA)

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.477 Priority creditor's name and mailing address**
SIERRA, SAMANTHA
ADDRESS ON FILE

$ 7.84    $ 7.84

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:** Former Employee - Healthcare Reimbursement Account (HRA)

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.478 Priority creditor's name and mailing address**
SIMSARIAN, ARIS ELLIOTT
ADDRESS ON FILE

$ 1,000.00    $ 1,000.00

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:** Former Employee - Healthcare Reimbursement Account (HRA)

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.479 Priority creditor's name and mailing address**
SLANE, JOHN
ADDRESS ON FILE

$ 129.95    $ 129.95

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:** Former Employee - Healthcare Reimbursement Account (HRA)

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☑ No
☐ Yes

## Part 1:    Additional Page

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

**2.480** Priority creditor's name and mailing address
SLATER, JASON MATTHEW
ADDRESS ON FILE

$ 52.02     $ 52.02

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
Undetermined

**Basis for the claim:** Former Employee - Healthcare Reimbursement Account (HRA)

Last 4 digits of account number

SpecifyCode subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

**2.481** Priority creditor's name and mailing address
SMITH, ALEXANDER MATTHEW
ADDRESS ON FILE

$ 1,000.00     $ 1,000.00

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
Undetermined

**Basis for the claim:** Former Employee - Healthcare Reimbursement Account (HRA)

Last 4 digits of account number

SpecifyCode subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

**2.482** Priority creditor's name and mailing address
SMITH, HARRY R
ADDRESS ON FILE

$ 982.30     $ 982.30

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
Undetermined

**Basis for the claim:** Former Employee - Healthcare Reimbursement Account (HRA)

Last 4 digits of account number

SpecifyCode subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

**2.483** Priority creditor's name and mailing address
SOLDEVILLA, CLARENCE
ADDRESS ON FILE

$ 1,000.00     $ 1,000.00

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
Undetermined

**Basis for the claim:** Former Employee - Healthcare Reimbursement Account (HRA)

Last 4 digits of account number

SpecifyCode subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

| Part 1: | Additional Page |
| --- | --- |

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
| --- | --- | --- |

---

**2.484** **Priority creditor's name and mailing address**
SORIA MURGUIA, JOSE DANIEL
ADDRESS ON FILE

$ 841.33   $ 841.33

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:** Former Employee - Healthcare Reimbursement Account (HRA)

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**2.485** **Priority creditor's name and mailing address**
SOWERS, DON
ADDRESS ON FILE

$ 735.00   $ 735.00

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:** Former Employee - Healthcare Reimbursement Account (HRA)

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**2.486** **Priority creditor's name and mailing address**
SPANOS, ALEX J
ADDRESS ON FILE

$ 2,000.00   $ 2,000.00

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:** Former Employee - Healthcare Reimbursement Account (HRA)

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**2.487** **Priority creditor's name and mailing address**
STALEY, WILLIAM K
ADDRESS ON FILE

$ 2,810.93   $ 2,810.93

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:** Former Employee - Healthcare Reimbursement Account (HRA)

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | Virgin Orbit, LLC | Case number *(if known)* 23-10408 |
|---|---|---|
| | Name | |

## Part 1:    Additional Page

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total claim | Priority amount |
|---|---|---|

**2.488** Priority creditor's name and mailing address

STARKS, NATASHA MARIA
ADDRESS ON FILE

Total claim: $ 12.28    Priority amount: $ 12.28

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**  Former Employee - Healthcare Reimbursement Account (HRA)

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.489** Priority creditor's name and mailing address

STAVROSITU, ANDRE
ADDRESS ON FILE

Total claim: $ 704.23    Priority amount: $ 704.23

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**  Former Employee - Healthcare Reimbursement Account (HRA)

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.490** Priority creditor's name and mailing address

STEINERT, JACOB ALEXANDER
ADDRESS ON FILE

Total claim: $ 2,000.00    Priority amount: $ 2,000.00

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**  Former Employee - Healthcare Reimbursement Account (HRA)

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.491** Priority creditor's name and mailing address

STEVENS, MICHAEL JOSEPH
ADDRESS ON FILE

Total claim: $ 647.42    Priority amount: $ 647.42

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**  Former Employee - Healthcare Reimbursement Account (HRA)

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

| Debtor | Virgin Orbit, LLC | Case number (If known) 23-10408 |
|---|---|---|
| | Name | |

## Part 1:   Additional Page

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | | Total claim | Priority amount |
|---|---|---|---|

**2.492** Priority creditor's name and mailing address
STOCKWELL, TOBIE CHRISTINE
ADDRESS ON FILE

$ 309.27    $ 309.27

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:** Former Employee - Healthcare Reimbursement Account (HRA)

**Last 4 digits of account number**

**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☑ No
☐ Yes

**2.493** Priority creditor's name and mailing address
STREHLE, MAXIM G.
ADDRESS ON FILE

$ 134.44    $ 134.44

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:** Former Employee - Healthcare Reimbursement Account (HRA)

**Last 4 digits of account number**

**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☑ No
☐ Yes

**2.494** Priority creditor's name and mailing address
STRUDER, CLINT
ADDRESS ON FILE

$ 1,000.00    $ 1,000.00

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:** Former Employee - Healthcare Reimbursement Account (HRA)

**Last 4 digits of account number**

**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☑ No
☐ Yes

**2.495** Priority creditor's name and mailing address
SUGANO, GREGORY SCOTT
ADDRESS ON FILE

$ 559.95    $ 559.95

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:** Former Employee - Healthcare Reimbursement Account (HRA)

**Last 4 digits of account number**

**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☑ No
☐ Yes

## Part 1: Additional Page

| | Total claim | Priority amount |
|---|---|---|
| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | |

**2.496** Priority creditor's name and mailing address
SULLIVAN, RYAN
ADDRESS ON FILE

$ 202.02   $ 202.02

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
Undetermined

Basis for the claim:  Former Employee - Healthcare Reimbursement Account (HRA)

Last 4 digits of account number

SpecifyCode subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

**2.497** Priority creditor's name and mailing address
SWEENEY, RYAN
ADDRESS ON FILE

$ 5.03   $ 5.03

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
Undetermined

Basis for the claim:  Former Employee - Healthcare Reimbursement Account (HRA)

Last 4 digits of account number

SpecifyCode subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

**2.498** Priority creditor's name and mailing address
SZENDRO, KYLE N
ADDRESS ON FILE

$ 5.23   $ 5.23

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
Undetermined

Basis for the claim:  Former Employee - Healthcare Reimbursement Account (HRA)

Last 4 digits of account number

SpecifyCode subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

**2.499** Priority creditor's name and mailing address
TABONG, ADDISS BAUTISTA
ADDRESS ON FILE

$ 781.47   $ 781.47

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
Undetermined

Basis for the claim:  Former Employee - Healthcare Reimbursement Account (HRA)

Last 4 digits of account number

SpecifyCode subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

## Part 1:    Additional Page

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total claim | Priority amount |
|---|---|---|

**2.500**  **Priority creditor's name and mailing address**
TACZA, VICTOR
ADDRESS ON FILE

$ 187.45     $ 187.45

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**  Former Employee - Healthcare Reimbursement Account (HRA)

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (<u>4</u>)

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**2.501**  **Priority creditor's name and mailing address**
TALAMANCHI, SWETHA
ADDRESS ON FILE

$ 2,351.04     $ 2,351.04

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**  Former Employee - Healthcare Reimbursement Account (HRA)

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (<u>4</u>)

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**2.502**  **Priority creditor's name and mailing address**
TAM, VERNON
ADDRESS ON FILE

$ 1.15     $ 1.15

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**  Former Employee - Healthcare Reimbursement Account (HRA)

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (<u>4</u>)

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**2.503**  **Priority creditor's name and mailing address**
TAN, BENITO MANCHA
ADDRESS ON FILE

$ 1,062.00     $ 1,062.00

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**  Former Employee - Healthcare Reimbursement Account (HRA)

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (<u>4</u>)

**Is the claim subject to offset?**
☒ No
☐ Yes

| **Part 1:** | **Additional Page** | | |
|---|---|---|---|

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | **Total claim** | **Priority amount** |

---

**2.504** Priority creditor's name and mailing address

TAN, JESSE
ADDRESS ON FILE

$ 943.05    $ 943.05

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**  Former Employee - Healthcare Reimbursement Account (HRA)

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**2.505** Priority creditor's name and mailing address

TANZINI, MICHAEL
ADDRESS ON FILE

$ 0.78    $ 0.78

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**  Former Employee - Healthcare Reimbursement Account (HRA)

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**2.506** Priority creditor's name and mailing address

TASCI, PAULINE
ADDRESS ON FILE

$ 990.00    $ 990.00

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**  Former Employee - Healthcare Reimbursement Account (HRA)

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**2.507** Priority creditor's name and mailing address

TAYLOR, RICHARD J
ADDRESS ON FILE

$ 1,625.76    $ 1,625.76

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**  Former Employee - Healthcare Reimbursement Account (HRA)

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☒ No
☐ Yes

---

Debtor    Virgin Orbit, LLC
     Name    Case number *(if known)*  23-10408

---

## Part 1:    Additional Page

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total claim | Priority amount |
|---|---|---|

**2.508** | **Priority creditor's name and mailing address**
TELLES, MADISON YVONNE
ADDRESS ON FILE

$ 921.96    $ 921.96

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**  Former Employee - Healthcare Reimbursement Account (HRA)

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**2.509** | **Priority creditor's name and mailing address**
TELLO, CESAR JAVIER
ADDRESS ON FILE

$ 2,544.11    $ 2,544.11

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**  Former Employee - Healthcare Reimbursement Account (HRA)

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**2.510** | **Priority creditor's name and mailing address**
TENARI, TENARI
ADDRESS ON FILE

$ 11.93    $ 11.93

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**  Former Employee - Healthcare Reimbursement Account (HRA)

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**2.511** | **Priority creditor's name and mailing address**
TESTERMAN, CHRISTOPHER M
ADDRESS ON FILE

$ 2,475.59    $ 2,475.59

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**  Former Employee - Healthcare Reimbursement Account (HRA)

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☒ No
☐ Yes

---

## Part 1:    Additional Page

**Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.**

| | Total claim | Priority amount |
| --- | --- | --- |

| 2.512 | **Priority creditor's name and mailing address** | | $    1,000.00 | $    1,000.00 |
| --- | --- | --- | --- | --- |

THEBEAULT, JOSEPH HENRY
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**  Former Employee - Healthcare Reimbursement Account (HRA)

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☒ No
☐ Yes

| 2.513 | **Priority creditor's name and mailing address** | | $    782.39 | $    782.39 |
| --- | --- | --- | --- | --- |

TISCHNER, CHRISTOPHER ERIC
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**  Former Employee - Healthcare Reimbursement Account (HRA)

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☒ No
☐ Yes

| 2.514 | **Priority creditor's name and mailing address** | | $    995.00 | $    995.00 |
| --- | --- | --- | --- | --- |

TOACHE, ANDREW
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**  Former Employee - Healthcare Reimbursement Account (HRA)

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☒ No
☐ Yes

| 2.515 | **Priority creditor's name and mailing address** | | $    2,928.89 | $    2,928.89 |
| --- | --- | --- | --- | --- |

TOLENTINO, RONALD
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**  Former Employee - Healthcare Reimbursement Account (HRA)

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | Virgin Orbit, LLC | | Case number *(If known)* 23-10408 |
|---|---|---|---|
| | Name | | |

## Part 1:    Additional Page

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

| 2.516 | **Priority creditor's name and mailing address** | | | $ 40.15 | $ 40.15 |
|---|---|---|---|---|---|

**2.516  Priority creditor's name and mailing address**
TOLOSA, ALLYN MIRANDA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 40.15    $ 40.15

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:** Former Employee - Healthcare Reimbursement Account (HRA)

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.517  Priority creditor's name and mailing address**
TORRES, DAVID C. T.
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,000.00    $ 1,000.00

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:** Former Employee - Healthcare Reimbursement Account (HRA)

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.518  Priority creditor's name and mailing address**
TORRES, MARIO
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 758.81    $ 758.81

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:** Former Employee - Healthcare Reimbursement Account (HRA)

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.519  Priority creditor's name and mailing address**
TORRES, ROBERT
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 5.69    $ 5.69

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:** Former Employee - Healthcare Reimbursement Account (HRA)

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☑ No
☐ Yes

| **Part 1:** | **Additional Page** |
|---|---|

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | **Total claim** | **Priority amount** |
|---|---|---|

---

**2.520** | Priority creditor's name and mailing address

TRAN, JOSHUA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,000.00    $ 1,000.00

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:** Former Employee - Healthcare Reimbursement Account (HRA)

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.521** | Priority creditor's name and mailing address

TRAN, QUAN DINH
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 914.67    $ 914.67

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:** Former Employee - Healthcare Reimbursement Account (HRA)

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.522** | Priority creditor's name and mailing address

TUCK, ROCKY ROBERT
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,000.00    $ 1,000.00

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:** Former Employee - Healthcare Reimbursement Account (HRA)

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.523** | Priority creditor's name and mailing address

TUCKER, ROMALLIS D
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,000.00    $ 1,000.00

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:** Former Employee - Healthcare Reimbursement Account (HRA)

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Part 1: | Additional Page |
|---|---|

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

---

**2.524** **Priority creditor's name and mailing address**

TURMAN, JEFFERY THOMAS
ADDRESS ON FILE

$ 9.38 | $ 9.38

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:** Former Employee - Healthcare Reimbursement Account (HRA)

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.525** **Priority creditor's name and mailing address**

UCEDA, JUAN
ADDRESS ON FILE

$ 1.56 | $ 1.56

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:** Former Employee - Healthcare Reimbursement Account (HRA)

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.526** **Priority creditor's name and mailing address**

UNDERWOOD, HEIDI RUEFF
ADDRESS ON FILE

$ 1,000.00 | $ 1,000.00

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:** Former Employee - Healthcare Reimbursement Account (HRA)

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.527** **Priority creditor's name and mailing address**

URIARTE, OSCAR ARMANDO
ADDRESS ON FILE

$ 9.63 | $ 9.63

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:** Former Employee - Healthcare Reimbursement Account (HRA)

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| **Part 1:** | **Additional Page** |
|---|---|

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

**2.528** Priority creditor's name and mailing address

URIBE FAUSTO, ROBERTO
ADDRESS ON FILE

$ 7.27    $ 7.27

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**  Former Employee - Healthcare Reimbursement Account (HRA)

**Last 4 digits of account number**

**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.529** Priority creditor's name and mailing address

USTINOVA, ANYA
ADDRESS ON FILE

$ 1,000.00    $ 1,000.00

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**  Former Employee - Healthcare Reimbursement Account (HRA)

**Last 4 digits of account number**

**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.530** Priority creditor's name and mailing address

VALENCIA, JOSE
ADDRESS ON FILE

$ 96.85    $ 96.85

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**  Former Employee - Healthcare Reimbursement Account (HRA)

**Last 4 digits of account number**

**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.531** Priority creditor's name and mailing address

VALLEY, GLEN DALE
ADDRESS ON FILE

$ 1,000.00    $ 1,000.00

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**  Former Employee - Healthcare Reimbursement Account (HRA)

**Last 4 digits of account number**

**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☑ No
☐ Yes

| Part 1: | Additional Page |
| --- | --- |

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
| --- | --- | --- |

---

**2.532** **Priority creditor's name and mailing address**

VARELA, OTTO M.
ADDRESS ON FILE

$ 787.59    $ 787.59

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:** Former Employee - Healthcare Reimbursement Account (HRA)

**Last 4 digits of account number**

**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.533** **Priority creditor's name and mailing address**

VARGAS, CHRISTOPHER
ADDRESS ON FILE

$ 975.80    $ 975.80

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:** Former Employee - Healthcare Reimbursement Account (HRA)

**Last 4 digits of account number**

**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.534** **Priority creditor's name and mailing address**

VASQUEZ, JOSE
ADDRESS ON FILE

$ 14.22    $ 14.22

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:** Former Employee - Healthcare Reimbursement Account (HRA)

**Last 4 digits of account number**

**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.535** **Priority creditor's name and mailing address**

VASQUEZ, MARCO E.
ADDRESS ON FILE

$ 1,000.00    $ 1,000.00

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:** Former Employee - Healthcare Reimbursement Account (HRA)

**Last 4 digits of account number**

**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor    Virgin Orbit, LLC     Case 23-10408-KBO    Doc 4    Filed 04/24/23    Page 176 of 626
Name
Case number *(if known)*   23-10408

| **Part 1:** | **Additional Page** |
|---|---|

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | **Total claim** | **Priority amount** |
|---|---|---|

**2.536**   **Priority creditor's name and mailing address**

VASQUEZ, ROBERTO JOSE
ADDRESS ON FILE

$ 3,000.00    $ 3,000.00

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**   Former Employee - Healthcare Reimbursement Account (HRA)

**Last 4 digits of account number**

**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.537**   **Priority creditor's name and mailing address**

VEGA, JESUS
ADDRESS ON FILE

$ 28.14    $ 28.14

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**   Former Employee - Healthcare Reimbursement Account (HRA)

**Last 4 digits of account number**

**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.538**   **Priority creditor's name and mailing address**

VEGA, KEVIN ALEXANDER
ADDRESS ON FILE

$ 947.74    $ 947.74

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**   Former Employee - Healthcare Reimbursement Account (HRA)

**Last 4 digits of account number**

**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.539**   **Priority creditor's name and mailing address**

VELASQUEZ, RAUL ARMANDO
ADDRESS ON FILE

$ 211.55    $ 211.55

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**   Former Employee - Healthcare Reimbursement Account (HRA)

**Last 4 digits of account number**

**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| **Part 1:** | **Additional Page** |
|---|---|

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | **Total claim** | **Priority amount** |
|---|---|---|

**2.540** Priority creditor's name and mailing address
VELAZQUEZ, ARTURO
ADDRESS ON FILE

$ 75.16   $ 75.16

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**  Former Employee - Healthcare Reimbursement Account (HRA)

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.541** Priority creditor's name and mailing address
VENTURA, DAVID
ADDRESS ON FILE

$ 2,000.00   $ 2,000.00

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**  Former Employee - Healthcare Reimbursement Account (HRA)

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.542** Priority creditor's name and mailing address
VILLA, MARIO ALBERTO
ADDRESS ON FILE

$ 598.45   $ 598.45

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**  Former Employee - Healthcare Reimbursement Account (HRA)

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.543** Priority creditor's name and mailing address
VILLA, MIGUEL
ADDRESS ON FILE

$ 1,264.51   $ 1,264.51

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**  Former Employee - Healthcare Reimbursement Account (HRA)

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

## Part 1:   Additional Page

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | **Total claim** | **Priority amount** |
|---|---|---|

| 2.544 | **Priority creditor's name and mailing address** | | $ 388.18 | $ 388.18 |
|---|---|---|---|---|

VILLALOBOS, NICHOLAS
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:** Former Employee - Healthcare Reimbursement Account (HRA)

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☑ No
☐ Yes

| 2.545 | **Priority creditor's name and mailing address** | | $ 310.00 | $ 310.00 |
|---|---|---|---|---|

VISHWANATH, RAHUL
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:** Former Employee - Healthcare Reimbursement Account (HRA)

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☑ No
☐ Yes

| 2.546 | **Priority creditor's name and mailing address** | | $ 243.40 | $ 243.40 |
|---|---|---|---|---|

VO, DAVID TUAN-HOANG
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:** Former Employee - Healthcare Reimbursement Account (HRA)

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☑ No
☐ Yes

| 2.547 | **Priority creditor's name and mailing address** | | $ 2.45 | $ 2.45 |
|---|---|---|---|---|

VU, KENNY H
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:** Former Employee - Healthcare Reimbursement Account (HRA)

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☑ No
☐ Yes

| Part 1: | Additional Page |
|---------|-----------------|

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

**2.548** Priority creditor's name and mailing address
WALL, KATHRYN ELIZABETH
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 244.89    $ 244.89

Date or dates debt was incurred
Undetermined

Basis for the claim: Former Employee - Healthcare Reimbursement Account (HRA)

Last 4 digits of account number

SpecifyCode subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

**2.549** Priority creditor's name and mailing address
WALTON, BRANDT DESMOND
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 493.61    $ 493.61

Date or dates debt was incurred
Undetermined

Basis for the claim: Former Employee - Healthcare Reimbursement Account (HRA)

Last 4 digits of account number

SpecifyCode subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

**2.550** Priority creditor's name and mailing address
WARD, BRENT MAXWELL
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 180.16    $ 180.16

Date or dates debt was incurred
Undetermined

Basis for the claim: Former Employee - Healthcare Reimbursement Account (HRA)

Last 4 digits of account number

SpecifyCode subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

**2.551** Priority creditor's name and mailing address
WARNER, CAREY ANDREW
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 11.89    $ 11.89

Date or dates debt was incurred
Undetermined

Basis for the claim: Former Employee - Healthcare Reimbursement Account (HRA)

Last 4 digits of account number

SpecifyCode subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

## Part 1:   Additional Page

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

**2.552**   **Priority creditor's name and mailing address**

WARREN, ROBERT SCOTT
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 92.24     $ 92.24

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**   Former Employee - Healthcare Reimbursement Account (HRA)

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.553**   **Priority creditor's name and mailing address**

WATERS, JACOB COY
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,000.00     $ 1,000.00

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**   Former Employee - Healthcare Reimbursement Account (HRA)

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.554**   **Priority creditor's name and mailing address**

WATSON, CHRISTOPHER
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,000.00     $ 1,000.00

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**   Former Employee - Healthcare Reimbursement Account (HRA)

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.555**   **Priority creditor's name and mailing address**

WATSON, PERRY
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 116.72     $ 116.72

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**   Former Employee - Healthcare Reimbursement Account (HRA)

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☑ No
☐ Yes

| **Part 1:** | **Additional Page** |
|---|---|

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | **Total claim** | **Priority amount** |
|---|---|---|

| 2.556 | Priority creditor's name and mailing address | | $ 1,846.11 | $ 1,846.11 |
|---|---|---|---|---|

WATTS, PAUL DAVIS
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:** Former Employee - Healthcare Reimbursement Account (HRA)

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☑ No
☐ Yes

| 2.557 | Priority creditor's name and mailing address | | $ 2,362.39 | $ 2,362.39 |
|---|---|---|---|---|

WAX, ALAN BRADLEY
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:** Former Employee - Healthcare Reimbursement Account (HRA)

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☑ No
☐ Yes

| 2.558 | Priority creditor's name and mailing address | | $ 29.01 | $ 29.01 |
|---|---|---|---|---|

WEAVER, ROBERT LEE
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:** Former Employee - Healthcare Reimbursement Account (HRA)

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☑ No
☐ Yes

| 2.559 | Priority creditor's name and mailing address | | $ 1,213.89 | $ 1,213.89 |
|---|---|---|---|---|

WEDDLE, MATTHEW
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:** Former Employee - Healthcare Reimbursement Account (HRA)

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☑ No
☐ Yes

| Part 1: | Additional Page |
|---------|-----------------|

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

**2.560** | **Priority creditor's name and mailing address**
WEISS, HERLANN ROY
ADDRESS ON FILE

$ 1,000.00    $ 1,000.00

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:** Former Employee - Healthcare Reimbursement Account (HRA)

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.561** | **Priority creditor's name and mailing address**
WELLS, JONATHAN
ADDRESS ON FILE

$ 3,000.00    $ 3,000.00

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:** Former Employee - Healthcare Reimbursement Account (HRA)

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.562** | **Priority creditor's name and mailing address**
WENZLER, NICOLE
ADDRESS ON FILE

$ 1,246.18    $ 1,246.18

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:** Former Employee - Healthcare Reimbursement Account (HRA)

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.563** | **Priority creditor's name and mailing address**
WESTERFER, NICHOLAS
ADDRESS ON FILE

$ 2,327.09    $ 2,327.09

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:** Former Employee - Healthcare Reimbursement Account (HRA)

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☑ No
☐ Yes

## Part 1:    Additional Page

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

**2.564** Priority creditor's name and mailing address
WETZEL, TODD A
ADDRESS ON FILE

$ 555.72    $ 555.72

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**  Former Employee - Healthcare Reimbursement Account (HRA)

**Last 4 digits of account number**

**Specify**Code subsection of PRIORITY unsecured **claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**2.565** Priority creditor's name and mailing address
WHITNEY, RICHARD DESMOND
ADDRESS ON FILE

$ 1,443.57    $ 1,443.57

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**  Former Employee - Healthcare Reimbursement Account (HRA)

**Last 4 digits of account number**

**Specify**Code subsection of PRIORITY unsecured **claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**2.566** Priority creditor's name and mailing address
WILCOX, DAVID GRANT
ADDRESS ON FILE

$ 2,000.00    $ 2,000.00

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**  Former Employee - Healthcare Reimbursement Account (HRA)

**Last 4 digits of account number**

**Specify**Code subsection of PRIORITY unsecured **claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**2.567** Priority creditor's name and mailing address
WILLIAMS, WARRENT
ADDRESS ON FILE

$ 1,480.00    $ 1,480.00

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**  Former Employee - Healthcare Reimbursement Account (HRA)

**Last 4 digits of account number**

**Specify**Code subsection of PRIORITY unsecured **claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☒ No
☐ Yes

| Part 1: | Additional Page | | |
|---|---|---|---|

| | | Total claim | Priority amount |
|---|---|---|---|
| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | | |

**2.568** Priority creditor's name and mailing address

WILLIS, ALEXIS
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**  Former Employee - Healthcare Reimbursement Account (HRA)

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: $ 895.71   Priority amount: $ 895.71

**2.569** Priority creditor's name and mailing address

WOLPE, ALEXANDER M
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**  Former Employee - Healthcare Reimbursement Account (HRA)

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: $ 1,985.00   Priority amount: $ 1,985.00

**2.570** Priority creditor's name and mailing address

WONG, ANDREW
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**  Former Employee - Healthcare Reimbursement Account (HRA)

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: $ 1,000.00   Priority amount: $ 1,000.00

**2.571** Priority creditor's name and mailing address

WRIGHT, AARON
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**  Former Employee - Healthcare Reimbursement Account (HRA)

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: $ 589.04   Priority amount: $ 589.04

| Debtor | Virgin Orbit, LLC | | Case number (If known) 23-10408 |
|---|---|---|---|
| | Name | | |

## Part 1:    Additional Page

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total claim | Priority amount |
|---|---|---|

**2.572** Priority creditor's name and mailing address
WYROZYNSKI, PAUL
ADDRESS ON FILE

$ 1,000.00    $ 1,000.00

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**  Former Employee - Healthcare Reimbursement Account (HRA)

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.573** Priority creditor's name and mailing address
YAMAGATA, DAVID FUMIAKI
ADDRESS ON FILE

$ 15.50    $ 15.50

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**  Former Employee - Healthcare Reimbursement Account (HRA)

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.574** Priority creditor's name and mailing address
YAMASHITA, RYAN
ADDRESS ON FILE

$ 1,000.00    $ 1,000.00

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**  Former Employee - Healthcare Reimbursement Account (HRA)

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.575** Priority creditor's name and mailing address
YANEZ, JOSE LUIS
ADDRESS ON FILE

$ 1,860.48    $ 1,860.48

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**  Former Employee - Healthcare Reimbursement Account (HRA)

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☑ No
☐ Yes

| **Part 1:** | **Additional Page** | | |
|---|---|---|---|

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | **Total claim** | **Priority amount** |
|---|---|---|---|

---

**2.576** Priority creditor's name and mailing address

YOON, JASON
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$ 556.46**    **$ 556.46**

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:** Former Employee - Healthcare Reimbursement Account (HRA)

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.577** Priority creditor's name and mailing address

YOUNG, KANDACE
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$ 2,000.00**    **$ 2,000.00**

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:** Former Employee - Healthcare Reimbursement Account (HRA)

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.578** Priority creditor's name and mailing address

YU CHEN, ANICIA
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$ 35.87**    **$ 35.87**

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:** Former Employee - Healthcare Reimbursement Account (HRA)

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.579** Priority creditor's name and mailing address

ZAGORSKI, KEVIN D
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$ 1,000.00**    **$ 1,000.00**

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:** Former Employee - Healthcare Reimbursement Account (HRA)

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

## Part 1:    Additional Page

| | Total claim | Priority amount |
|---|---|---|
| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | |

**2.580** Priority creditor's name and mailing address

ZAREMBA, JUSTIN
ADDRESS ON FILE

$ 742.86    $ 742.86

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:** Former Employee - Healthcare Reimbursement Account (HRA)

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☑ No
☐ Yes

**2.581** Priority creditor's name and mailing address

ZENT, ZANE
ADDRESS ON FILE

$ 977.69    $ 977.69

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:** Former Employee - Healthcare Reimbursement Account (HRA)

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☑ No
☐ Yes

**2.582** Priority creditor's name and mailing address

ZEPEDA, JOSE MATTHEW
ADDRESS ON FILE

$ 1,000.00    $ 1,000.00

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:** Former Employee - Healthcare Reimbursement Account (HRA)

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☑ No
☐ Yes

**2.583** Priority creditor's name and mailing address

ZHANG, STEPHEN
ADDRESS ON FILE

$ 2,749.27    $ 2,749.27

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:** Former Employee - Healthcare Reimbursement Account (HRA)

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☑ No
☐ Yes

## Part 1: Additional Page

| | Total claim | Priority amount |
|---|---|---|
| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | |

**2.584** **Priority creditor's name and mailing address**
ZHANG, XIYUE
ADDRESS ON FILE

$ 17.48 $ 17.48

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:** Former Employee - Healthcare Reimbursement Account (HRA)

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☑ No
☐ Yes

**2.585** **Priority creditor's name and mailing address**
ZINS, JOHN WILLIAM
ADDRESS ON FILE

$ 267.48 $ 267.48

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:** Former Employee - Healthcare Reimbursement Account (HRA)

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☑ No
☐ Yes

**2.586** **Priority creditor's name and mailing address**
ZUBIK, KITT ALAN
ADDRESS ON FILE

$ 1,819.04 $ 1,819.04

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:** Former Employee - Healthcare Reimbursement Account (HRA)

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☑ No
☐ Yes

**2.587** **Priority creditor's name and mailing address**
ZUBIK, KITT ALAN
ADDRESS ON FILE

$ 9,024.00 $ 9,024.00

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:** Unpaid Severance

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor | Virgin Orbit, LLC | | Case number *(If known)* 23-10408 |
|--------|-------------------|--|--------|
| | Name | | |

## Part 1:    Additional Page

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

**2.588** **Priority creditor's name and mailing address**

ZWEIGE, MATTHEW
ADDRESS ON FILE

$ 474.07        $ 474.07

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:** Former Employee - Healthcare Reimbursement Account (HRA)

**Last 4 digits of account number**

**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**2.589** **Priority creditor's name and mailing address**

$ _____        $ _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**

**Last 4 digits of account number**

**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**2.590** **Priority creditor's name and mailing address**

$ _____        $ _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**

**Last 4 digits of account number**

**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**2.591** **Priority creditor's name and mailing address**

$ _____        $ _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**

**Last 4 digits of account number**

**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

**Is the claim subject to offset?**
☐ No
☐ Yes

| Debtor | Virgin Orbit, LLC | Case number (if known) 23-10408 |
|---|---|---|
| | Name | |

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|

**3.1**

**Nonpriority creditor's name and mailing address**
1800 M STREET REIT, LP
1170 PEACHTREE STREET NE, SUITE 600
ATLANTA, FULTON, GA 30309

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 8,800.03

---

**3.2**

**Nonpriority creditor's name and mailing address**
4MEDIA GROUP, INC.
702 SE 5TH STREET, SUITE 50
BENTONVILLE, BENTON COUNTY, AR 72712

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 86,033.83

---

**3.3**

**Nonpriority creditor's name and mailing address**
A&W PRECISION MACHINING, INC
16320 S. MAIN STREET
GARDENA, LOS ANGELES, CA 90248

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 13,560.00

---

**3.4**

**Nonpriority creditor's name and mailing address**
A2B TAXIS (TRURO) LTD
THE OLD SANCTUARY, POLISKEN FARM, TRISPEN
TRURO, CORNWALL, TR4 9AU
UNITED KINGDOM

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 41,943.45

---

**3.5**

**Nonpriority creditor's name and mailing address**
AAE AEROSPACE
5382 ARGOSY AVE.
HUNTINGTON BEACH, ORANGE, CA 92649

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 121,764.00

---

**3.6**

**Nonpriority creditor's name and mailing address**
ABC SHEET METAL
2871 E. LA CRESTA AVE
ANAHEIM, ORANGE, CA 92806

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 16,575.42

---

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.7** **Nonpriority creditor's name and mailing address**

ABDELFATAH, SARA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Claim Related to Employment

$ Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.8** **Nonpriority creditor's name and mailing address**

ACA INTERNATIONAL LLC
4228 WASHINGTON ST SUITE 101
ROSLINDALE, SUFFOLK COUNTY, MA 2131

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 232,895.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.9** **Nonpriority creditor's name and mailing address**

ACACIAS ADMINISTRACIONES Y ASESORES SA DE CV
MIGUEL DE MENDOZA 64
MEXICO, 1600
MEXICO

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 4,562.57

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.10** **Nonpriority creditor's name and mailing address**

ACCELERATED IMPROVEMENT LTD
30 FENNYLAND LANE
KENILWORTH, CV8 2RS
UNITED KINGDOM

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 600.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.11** **Nonpriority creditor's name and mailing address**

ACCUTECH INSTRUMENTATION, INC
2108 CROWN VIEW DRIVE
CHARLOTTE, PALM BEACH, NC 28227

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 15,617.73

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.12** | **Nonpriority creditor's name and mailing address**
ACME CRYOGENICS INC.
2801 MITCHELL AVE
ALLENTOWN, LEHIGH, PA 18103

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$                    1,233.87

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.13** | **Nonpriority creditor's name and mailing address**
ACME CRYOGENICS INC.
2801 MITCHELL AVE
ALLENTOWN, LEHIGH, PA 18103

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Uninvoiced Receipts

$                  Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.14** | **Nonpriority creditor's name and mailing address**
ACREE TECHNOLOGIES, INC.
1037 SHARY CIRCLE, SUITE E
CONCORD, CONTRA COSTA, CA 94518-4700

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$                    3,455.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.15** | **Nonpriority creditor's name and mailing address**
ADAMS, LINDSEY M.
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Claim Related to Employment

$                  Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.16** | **Nonpriority creditor's name and mailing address**
ADEPT FASTENERS
28709 INDUSTRY DRIVE
VALENCIA, CA 91355

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$                   36,861.36

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.17** | **Nonpriority creditor's name and mailing address**

ADVANCED CIRCUITS, INC
21101 E. 32ND PARKWAY
AURORA, ARAPAHOE, CO 80011

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 8,982.94

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.18** | **Nonpriority creditor's name and mailing address**

ADVANCED INDUSTRIAL SOLUTIONS
48 MAXWELL
IRVINE, ORANGE, CA 92618

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 10,457.60

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.19** | **Nonpriority creditor's name and mailing address**

ADVANCED MATERIALS JOINING CORPORATION DBA ADVANCED
TECHNOLOGY COMPANY
2858 E. WALNUT STREET
PASADENA, LOS ANGELES, CA 91107

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 1,650.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.20** | **Nonpriority creditor's name and mailing address**

ADVANCED TEST EQUIPMENT CORPORATION
10401 ROSELLE STREET
SAN DIEGO, SAN DIEGO, CA 92121

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 24,836.61

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.21** | **Nonpriority creditor's name and mailing address**

AERO-MECHANICAL ENGINEERING, INC
5945 ENGINEER DR
HUNTINGTON BEACH, ORANGE, CA 92649

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 85,203.03

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page.

**Amount of claim**

---

**3.22**

**Nonpriority creditor's name and mailing address**

AERO-MECHANICAL ENGINEERING, INC
5945 ENGINEER DR
HUNTINGTON BEACH, ORANGE, CA 92649

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Uninvoiced Receipts

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.23**

**Nonpriority creditor's name and mailing address**

AEROSPACE INDUSTRIES ASSOCIATION
1000 WILSON BOULEVARD
SUITE 1700
ARLINGTON, ARLINGTON, VA 22209-3901

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 8,122.77

---

**3.24**

**Nonpriority creditor's name and mailing address**

AEROTECH PRECISION MACHINING, INC.
42541 6TH ST EAST UNIT#17
LANCASTER, LOS ANGELES, CA 93535

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 37,675.00

---

**3.25**

**Nonpriority creditor's name and mailing address**

AERY AVIATION, LLC
305 CHEROKEE DRIVE
NEWPORT NEWS, NEWPORT NEWS, VA 23602

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 145,000.00

---

**3.26**

**Nonpriority creditor's name and mailing address**

AFM INDUSTRIES INC
1805 E. VIA BURTON
ANAHEIM, ORANGE COUNTY, CA 92831

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 8,400.00

---

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.27** **Nonpriority creditor's name and mailing address**

AFM INDUSTRIES INC
1805 E. VIA BURTON
ANAHEIM, ORANGE COUNTY, CA 92831

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Uninvoiced Receipts

$ Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.28** **Nonpriority creditor's name and mailing address**

AGGREKO, LLC
4607 WEST ADMIRAL DOYLE DRIVE
NEW IBERIA, IBERIA, LA 70560

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 6,355.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.29** **Nonpriority creditor's name and mailing address**

AGUILAR, EDUARDO A
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Claim Related to Employment

$ Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.30** **Nonpriority creditor's name and mailing address**

AGUILAR, RUBEN ANTHONY
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Claim Related to Employment

$ Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.31** **Nonpriority creditor's name and mailing address**

AHUMADA, ERNIE RUBEN
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Claim Related to Employment

$ Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

---

**3.32** | **Nonpriority creditor's name and mailing address**

AHUMADA, RAMIRO
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Claim Related to Employment

$  Undetermined

**Date or dates debt was incurred**   Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.33** | **Nonpriority creditor's name and mailing address**

AIR PRODUCTS AND CHEMICALS
1940 AIR PRODUCTS BLVD.
ALLENTOWN, ALLENTOWN, PA 18106-5500

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$  414,221.46

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.34** | **Nonpriority creditor's name and mailing address**

AIRCRAFT & COMMERCIAL ENTERPRISES
800 N. RIVER RD
DERBY, SEDGWICK, KS 67037

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$  2,604.57

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.35** | **Nonpriority creditor's name and mailing address**

AIRCREW DIRECT.COM LTD.
PURE OFFICE, BROOKS DRIVE
CHEADLE, SK8 3TD
UNITED KINGDOM

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$  3,108.00

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.36** | **Nonpriority creditor's name and mailing address**

AIRGAS CA
38012 6TH STREET EAST
PALMDALE, LOS ANGELES, CA 93550

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$  45,768.70

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | Virgin Orbit, LLC | Case number (if known) | 23-10408 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.37** **Nonpriority creditor's name and mailing address**

AIRGAS CA
38012 6TH STREET EAST
PALMDALE, LOS ANGELES, CA 93550

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Uninvoiced Receipts

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.38** **Nonpriority creditor's name and mailing address**

AIVALIOTIS, ALEXANDER M.
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Claim Related to Employment

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.39** **Nonpriority creditor's name and mailing address**

AKREY, KEVIN PATRICK
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Claim Related to Employment

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.40** **Nonpriority creditor's name and mailing address**

ALAS, EVELYN PATRICIA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Claim Related to Employment

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.41** **Nonpriority creditor's name and mailing address**

ALEXANDER, DAYLE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Claim Related to Employment

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

| Part 2: | Additional Page | |
|---|---|---|
| | Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

**3.42** | **Nonpriority creditor's name and mailing address**

ALICAT SCIENTIFIC, INC.
7641 N BUSINESS PARK DRIVE
TUCSON, PIMA, AZ 85743

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$    14,339.88

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.43** | **Nonpriority creditor's name and mailing address**

ALICAT SCIENTIFIC, INC.
7641 N BUSINESS PARK DRIVE
TUCSON, PIMA, AZ 85743

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Uninvoiced Receipts

$    Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.44** | **Nonpriority creditor's name and mailing address**

ALIGNED CAE LLC
4801 EAGLE SPRINGS CT
CLARKSTON, OAKLAND, MI 48348

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$    2,062.50

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.45** | **Nonpriority creditor's name and mailing address**

ALIVANERA, BRIAN
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Claim Related to Employment

$    Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.46** | **Nonpriority creditor's name and mailing address**

ALL 4 ELECTRIC
4828 ADENMOOR AVE.
LAKEWOOD, LOS ANGELES, CA 90713

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$    64,634.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Part 2:**    **Additional Page**

| **Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.** | **Amount of claim** |
|---|---|

| 3.47 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ | 1,650,000.00 |
|---|---|---|---|---|

ALL NIPPON AIRWAYS TRADING CO., LTD.
SHIODOME CITY CENTER
1-5-2 HIGASHI-SHIMBASHI
MINATO-KU
TOKYO, 105-7140
JAPAN

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Contract Milestone & Deposit Payments

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.48 | **Nonpriority creditor's name and mailing address** | | $ | 10,858.93 |
|---|---|---|---|---|

ALLAN AIRCRAFT SUPPLY CO., LLC
11643 VANOWEN STREET
NORTH HOLLYWOOD, LOS ANGELES, CA 91605

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.49 | **Nonpriority creditor's name and mailing address** | | $ | Undetermined |
|---|---|---|---|---|

ALLAR, JEFFREY MICHAEL
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Claim Related to Employment

**Date or dates debt was incurred**      Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.50 | **Nonpriority creditor's name and mailing address** | | $ | Undetermined |
|---|---|---|---|---|

ALLEN, DARRYL
ADDRESS ON FILE

**As of the petition filing date, the claim is:** *Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Claim Related to Employment

**Date or dates debt was incurred**      Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.51 | **Nonpriority creditor's name and mailing address** | | $ | 2,527.70 |
|---|---|---|---|---|

ALLIANCE FUNDING GROUP
3745 W. CHAPMAN AVE SUITE 200
ORANGE, ORANGE COUNTY, CA 92868

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Part 2: | Additional Page | |
|---|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

| 3.52 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 7,264.68 |
|---|---|---|---|

ALLIED ELECTRONICS, INC.
40 WEST COCHRAN STREET
SUITE 108
SIMI VALLEY, VENTURA, CA 93065

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.53 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ Undetermined |
|---|---|---|---|

ALLIED ELECTRONICS, INC.
40 WEST COCHRAN STREET
SUITE 108
SIMI VALLEY, VENTURA, CA 93065

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Uninvoiced Receipts

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.54 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 2,118.00 |
|---|---|---|---|

ALLIED HIGH TECH PRODUCTS, INC.
2376 E. PACIFICA PLACE
RANCHO DOMINGUEZ, LOS ANGELES, CA 90220

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.55 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ Undetermined |
|---|---|---|---|

ALLIED HIGH TECH PRODUCTS, INC.
2376 E. PACIFICA PLACE
RANCHO DOMINGUEZ, LOS ANGELES, CA 90220

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Uninvoiced Receipts

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.56 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 1,353.90 |
|---|---|---|---|

ALL-PAC PACKAGING SUPPLIES
TREVILSON BUSINESS PARK
NEWQUAY, CORNWALL, TR8 5JF
UNITED KINGDOM

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.57** | **Nonpriority creditor's name and mailing address**

ALMEIDA ROTENBERG E BOSCOLI ADVOCACIA (DBA DEMAREST)
AV. PEDROSO DE MORAIS
SAO PAULO, 05419-001
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$  3,615.73

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.58** | **Nonpriority creditor's name and mailing address**

ALVAREZ, RICHARD
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Claim Related to Employment

$  Undetermined

**Date or dates debt was incurred**        Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.59** | **Nonpriority creditor's name and mailing address**

ALVAREZ, SANDRA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Claim Related to Employment

$  Undetermined

**Date or dates debt was incurred**        Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.60** | **Nonpriority creditor's name and mailing address**

AMA CONSULTING ENGINEERS, P.C.
2101 E. EL SEGUNDO BLVD
SUITE 303
EL SEGUNDO, LOS ANGELES, CA 90245

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$  5,835.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.61** | **Nonpriority creditor's name and mailing address**

AMAZON CAPITAL SERVICES, INC
410 TERRY AVENUE NORTH
SEATTLE, KING, WA 98109

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$  112,911.85

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.62** | **Nonpriority creditor's name and mailing address**

AMAZON CAPITAL SERVICES, INC
410 TERRY AVENUE NORTH
SEATTLE, KING, WA 98109

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Uninvoiced Receipts

$  Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.63** | **Nonpriority creditor's name and mailing address**

AMAZON WEB SERVICES INC
PO BOX 84023
SEATTLE, KINGS, WA 98124-8423

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$  21,083.57

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.64** | **Nonpriority creditor's name and mailing address**

AMBROSE, SETH P
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Claim Related to Employment

$  Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.65** | **Nonpriority creditor's name and mailing address**

AMERICAN BENEFITS GROUP
PO BOX 1209
NORTHAMPTON, HAMPSHIRE, MA 01061-1209

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$  1,617.30

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.66** | **Nonpriority creditor's name and mailing address**

AMERICAN DYNAMIC SERVICES, INC.
2275 HUNTINGTON DRIVE #115
SAN MARINO, LOS ANGELES, CA 91108

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$  390.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.67** | **Nonpriority creditor's name and mailing address**

AMERICAN GALVANO, INC
421 KANSAS STREET
REDLANDS, SAN BERNARDINO, CA 92373

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 193,314.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.68** | **Nonpriority creditor's name and mailing address**

AMERICAN METAL ENTERPRISES INC.
15855 CHEMICAL LN.
HUNTINGTON BEACH, ORANGE COUNTY, CA 92649

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 65,560.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.69** | **Nonpriority creditor's name and mailing address**

AMERICAN SAFETY SERVICES, INC
3209 LANDCO DRIVE
BAKERSFIELD, KERN, CA 93308

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 486.88

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.70** | **Nonpriority creditor's name and mailing address**

AMERICAN STOCK TRANSFER & TRUST COMPANY, LLC
PO BOX 12893
PHILADELPHIA, PHILADELPHIA, CA 19176-0893

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 7,515.34

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.71** | **Nonpriority creditor's name and mailing address**

AMETEK
9250 BROWN DEER ROAD
SAN DIEGO, SAN DIEGO, CA 92121

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 2,859.29

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | Virgin Orbit, LLC | Case 23-10408-KBO | Doc 4 | Filed 04/24/23 | Page 204 of 626 |

Name               Case number (if known) 23-10408

**Part 2:**    **Additional Page**

| | |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

| 3.72 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☐ Disputed | $    Undetermined |
|---|---|---|---|
| | AMEY, DARRELL DOMINIQUE<br>ADDRESS ON FILE | | |
| | | **Basis for the claim:**   Claim Related to Employment | |
| | **Date or dates debt was incurred**    Undetermined | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |
| | **Last 4 digits of account number** | | |

| 3.73 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $    7,004.73 |
|---|---|---|---|
| | AMPHENOL CANADA CORPORATION<br>5950 14TH AVENUE<br>MARKHAM, ON L3S 4M4<br>CANADA | | |
| | | **Basis for the claim:**   Trade Payable | |
| | **Date or dates debt was incurred** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |
| | **Last 4 digits of account number** | | |

| 3.74 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $    20,760.00 |
|---|---|---|---|
| | AMRO FABRICATING CORPORATION<br>1430 AMRO WAY<br>SOUTH EL MONTE, LOS ANGELES, CA 91733 | | |
| | | **Basis for the claim:**   Trade Payable | |
| | **Date or dates debt was incurred** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |
| | **Last 4 digits of account number** | | |

| 3.75 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☐ Disputed | $    Undetermined |
|---|---|---|---|
| | ANDERSON, CHRISTOPHER STEVEN<br>ADDRESS ON FILE | | |
| | | **Basis for the claim:**   Claim Related to Employment | |
| | **Date or dates debt was incurred**    Undetermined | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |
| | **Last 4 digits of account number** | | |

| 3.76 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☐ Disputed | $    Undetermined |
|---|---|---|---|
| | ANDERSON, NEWTON E<br>ADDRESS ON FILE | | |
| | | **Basis for the claim:**   Claim Related to Employment | |
| | **Date or dates debt was incurred**    Undetermined | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |
| | **Last 4 digits of account number** | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
| --- | --- |

**3.77** **Nonpriority creditor's name and mailing address**

ANSYS, INC
2600 ANSYS DRIVE
CANONSBURG, WASHINGTON, PA 15317

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 202,090.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.78** **Nonpriority creditor's name and mailing address**

ANTHONY'S GRILL
16940 STATE HIGHWAY 14
STE B
MOJAVE, KERN, CA 93501

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 998.61

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.79** **Nonpriority creditor's name and mailing address**

AON CONSULTING INC.
2570 NORTH FIRST STREET
SAN JOSE, SANTA CLARA, CA 95131

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 16,400.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.80** **Nonpriority creditor's name and mailing address**

AON RISK INS. SERVICES WEST
199 FREMONT STREET SUITE 1500
SAN FRANCISCO, SAN FRANCISCO, CA 94105

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 162,583.85

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.81** **Nonpriority creditor's name and mailing address**

API TECHNOLOGIES CORP.
38166 OLD STAGE ROAD
DELMAR, SUSSEX, DE 19940

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 46,282.31

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.82** **Nonpriority creditor's name and mailing address**

APONTE, DIANA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Claim Related to Employment

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Undetermined

---

**3.83** **Nonpriority creditor's name and mailing address**

APPLIED AVIONICS INC
3201 SANDY LANE
FORTH WORTH, TARRANT, TX 76112

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Uninvoiced Receipts

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Undetermined

---

**3.84** **Nonpriority creditor's name and mailing address**

APPLUS RTD USA, INC.
3 SUGAR CREEK CENTER BLVD., SUITE 600
SUGAR LAND, FORT BEND, TX 77478

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 2,310.00

---

**3.85** **Nonpriority creditor's name and mailing address**

A-P-T RESEARCH, INC.
4950 RESEARCH DRIVE
HUNTSVILLE, MADISON, AL 35805

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 19,082.50

---

**3.86** **Nonpriority creditor's name and mailing address**

ARAMARK REFRESHMENTS SERVICES
17044 MONTANERO AVENUE
CARSON, LOS ANGELES, CA 90746

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 173,422.49

---

| Part 2: | Additional Page | |
|---|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.87** | **Nonpriority creditor's name and mailing address**

ARC DOCUMENT SOLUTIONS, LLC
PO BOX 511580
LOS ANGELES, LOS ANGELES, CA 90051-8135

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 4,044.61

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.88** | **Nonpriority creditor's name and mailing address**

ARDE
875 WASHINGTON AVENUE
CARLSTADT, BERGEN, NJ 7072

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 43,932.02

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.89** | **Nonpriority creditor's name and mailing address**

ARELLANO, LEXIE MARIE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Claim Related to Employment

Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.90** | **Nonpriority creditor's name and mailing address**

ARQIT LTD.
3 MORE LONDON RIVERSIDE
LONDON, SE1 2RE
UNITED KINGDOM

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Contract Overpayment

Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.91** | **Nonpriority creditor's name and mailing address**

ARQIT LTD.
3 MORE LONDON RIVERSIDE
LONDON, SE1 2RE
UNITED KINGDOM

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Contract Milestone & Deposit Payments

$ 8,380,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Part 2: | Additional Page | |
|---|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.92 Nonpriority creditor's name and mailing address**

ARQIT, INC.
1201 N GARFIELD ST, APT 217
ARLINGTON, ARLINGTON, VA 22201-6809

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 1,600,000.00

---

**3.93 Nonpriority creditor's name and mailing address**

ARROW ELECTRONICS, INC.
7459 S. LIMA
ENGLEWOOD, ARAPAHOE, CO 80112-3879

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 276.67

---

**3.94 Nonpriority creditor's name and mailing address**

ARTHUR J GALLAGHER RISK MANAGEMENT SERVICES, INC.
2850 GOLF ROAD
ROLLING MEADOWS, COOK, IL 60008

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 132,226.53

---

**3.95 Nonpriority creditor's name and mailing address**

ASHDOWN, IAN
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Claim Related to Employment

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.96 Nonpriority creditor's name and mailing address**

ASTM INTERNATIONAL
100 BARR HARBOR DRIVE
WEST CONSHOHOCKEN, MONTGOMERY, PA 19428

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 35,000.00

**Part 2:**    **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.97** | **Nonpriority creditor's name and mailing address**

ASTRO PAK
12201 PANGBORN AVENUE
DOWNEY, LOS ANGELES, CA 90241

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 74,743.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.98** | **Nonpriority creditor's name and mailing address**

ASTROTELOS, LLC
218 FORKNER DRIVE, APT F
DECATUR, DEKALB, GA 30030

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 27,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.99** | **Nonpriority creditor's name and mailing address**

ATMA, PETER NOAH
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Claim Related to Employment

$ Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.100** | **Nonpriority creditor's name and mailing address**

AUBE, AUSTIN HUNTER
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Claim Related to Employment

$ Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.101** | **Nonpriority creditor's name and mailing address**

AURORA CASTING AND ENGINEERING, INC.
1790 LEMONWOOD DR.
SANTA PAULA, VENTURA, CA 93060

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 12,600.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.102** Nonpriority creditor's name and mailing address

AUTOMATIONDIRECT.COM
3505 HUTCHINSON ROAD
CUMMING, FORSYTH, GA 30040

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Payable

$ 11.03

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.103** Nonpriority creditor's name and mailing address

AVILA, CECILIA
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim:  Claim Related to Employment

$ Undetermined

Date or dates debt was incurred    Undetermined

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.104** Nonpriority creditor's name and mailing address

AVILA, JESSE
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim:  Claim Related to Employment

$ Undetermined

Date or dates debt was incurred    Undetermined

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.105** Nonpriority creditor's name and mailing address

AVS UK LTD
WESTCOTT INNOVATION CENTRE
AYLESBURY, BUCKINGHAMSHIRE, HP180XB
UNITED KINGDOM

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Payable

$ 82,083.44

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.106** Nonpriority creditor's name and mailing address

AXXIS CORPORATION
1535 NANDINA AVE.
PERRIS, RIVERSIDE COUNTY, CA 92571

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Payable

$ 14,819.55

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

---

**3.107** **Nonpriority creditor's name and mailing address**

AZARTASH-NAMIN, SOLMOZ KATHLEEN
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Claim Related to Employment

$        Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.108** **Nonpriority creditor's name and mailing address**

B&H PHOTO VIDEO
PO BOX 8698
NEW YORK, MANHATTAN, NY 10116

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$        2,690.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.109** **Nonpriority creditor's name and mailing address**

BAE, JINWOO
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Claim Related to Employment

$        Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.110** **Nonpriority creditor's name and mailing address**

BAEZA, OLEGARIO
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Claim Related to Employment

$        Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.111** **Nonpriority creditor's name and mailing address**

BAHENA, CARLOS GERARDO
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Claim Related to Employment

$        Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | Virgin Orbit, LLC | | Case number (if known) | 23-10408 |
|---|---|---|---|---|
| | Name | | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.112 Nonpriority creditor's name and mailing address**

BAKERSFIELD PIPE AND SUPPLY, INC
PO BOX 60006
LOS ANGELES, LOS ANGELES, CA 90060-0006

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 14,829.57

---

**3.113 Nonpriority creditor's name and mailing address**

BAKERSFIELD PIPE AND SUPPLY, INC
PO BOX 60006
LOS ANGELES, LOS ANGELES, CA 90060-0006

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Uninvoiced Receipts

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Undetermined

---

**3.114 Nonpriority creditor's name and mailing address**

BALBAS, JERRY TOLENTINO
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Claim Related to Employment

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Undetermined

---

**3.115 Nonpriority creditor's name and mailing address**

BALL SYSTEMS, INC. DBA BALL SYSTEMS TECHNOLOGIES
16469 SOUTHPARK DRIVE
WESTFIELD, HAMILTON COUNTY, IN 46074

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 8,562.50

---

**3.116 Nonpriority creditor's name and mailing address**

BAMKO,LLC DBA TANGERINE PROMOTIONS
11620 WILSHIRE BLVD.
STE. 360
LOS ANGELES, LOS ANGELES, CA 90025

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 20,666.99

---

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.117 Nonpriority creditor's name and mailing address**

BANK OF THE WEST (DBA NETAPP CAPITAL SOLUTIONS)
180 MONTGOMERY STREET
SAN FRANCISCO, SAN FRANCISCO, CA 94105

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 4,499.22

---

**3.118 Nonpriority creditor's name and mailing address**

BAR AVIATION INC.
1109 FATHER CAPODANNO BLVD.
STATEN ISLAND, STATEN ISLAND, NY 10306

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 438,805.01

---

**3.119 Nonpriority creditor's name and mailing address**

BARAJAS, RONALD D
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Undetermined

---

**3.120 Nonpriority creditor's name and mailing address**

BARAJAS, RONALD D
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Claim Related to Employment

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Undetermined

---

**3.121 Nonpriority creditor's name and mailing address**

BARATTA, ALEXANDER R
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Claim Related to Employment

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Undetermined

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.122** **Nonpriority creditor's name and mailing address**

BARBEE VALVE & SUPPLY
745 MAIN STREET
CHULA VISTA, SAN DIEGO, CA 91911

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 1,107.50

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.123** **Nonpriority creditor's name and mailing address**

BARBEE VALVE & SUPPLY
745 MAIN STREET
CHULA VISTA, SAN DIEGO, CA 91911

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Uninvoiced Receipts

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.124** **Nonpriority creditor's name and mailing address**

BARBER NICHOLS, INC
6325 WEST 55TH AVENUE
ARVADA, JEFFERSON, CO 80002

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 1,552,581.25

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.125** **Nonpriority creditor's name and mailing address**

BARBER NICHOLS, INC
6325 WEST 55TH AVENUE
ARVADA, JEFFERSON, CO 80002

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Uninvoiced Receipts

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.126** **Nonpriority creditor's name and mailing address**

BARKEY, DYLAN
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Claim Related to Employment

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Part 2:**  **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.127** | **Nonpriority creditor's name and mailing address**

BARNHARDT MANUFACTURING COMPANY DBA NCFI POLYURETHANES
1515 CARTER STREET
MOUNT AIRY, SURRY, NC 27030

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 51,077.12

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.128** | **Nonpriority creditor's name and mailing address**

BARRETO, MARTA AMELIA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Claim Related to Employment

$ Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.129** | **Nonpriority creditor's name and mailing address**

BARRIENTOS, JEFFREY
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Claim Related to Employment

$ Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.130** | **Nonpriority creditor's name and mailing address**

BART MANUFACTURING, INC.
3787 SPINNAKER COURT
FREMONT, ALAMEDA, CA 94538

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 51,233.03

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.131** | **Nonpriority creditor's name and mailing address**

BATISTA, GEOFF
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Claim Related to Employment

$ Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| **Part 2:** | **Additional Page** |
| --- | --- |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
| --- | --- |

---

**3.132** **Nonpriority creditor's name and mailing address**

BAY CITY FLYERS, LLC (DBA AERO CITY JETS)
2901 E SPRING STREET, STE F
LONG BEACH,, LOS ANGELES COUNTY, CA 90806

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 2,266.16

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.133** **Nonpriority creditor's name and mailing address**

BEASLEY, ERIK
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Claim Related to Employment

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.134** **Nonpriority creditor's name and mailing address**

BEAVERS, DONOVAN MICHAEL
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Claim Related to Employment

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.135** **Nonpriority creditor's name and mailing address**

BEAVERS, ELLIOTT
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Claim Related to Employment

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.136** **Nonpriority creditor's name and mailing address**

BEECH SYSTEMS, INC
2635 PROSPECT AVE
LA CRESCENTA, LOS ANGELES, CA 91214

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 8,800.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.137** **Nonpriority creditor's name and mailing address**

BELLOWS MFG & RESEARCH
860 ARROYO ST
SAN FERNANDO, LOS ANGELES, CA 91340

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 126,200.00

---

**3.138** **Nonpriority creditor's name and mailing address**

BENCHDEPOT
23949 TECATE MISSION ROAD
TECATE, SAN DIEGO, CA 91963

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 2,198.38

---

**3.139** **Nonpriority creditor's name and mailing address**

BENCHDEPOT
23949 TECATE MISSION ROAD
TECATE, SAN DIEGO, CA 91963

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Uninvoiced Receipts

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Undetermined

---

**3.140** **Nonpriority creditor's name and mailing address**

BENITES, DANIEL ERIC
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Claim Related to Employment

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Undetermined

---

**3.141** **Nonpriority creditor's name and mailing address**

BENITES, JUSTIN B
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Claim Related to Employment

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Undetermined

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.142** **Nonpriority creditor's name and mailing address**

BENMO LLC
20630 LEAPWOOD AVE.
SUITE F
CARSON, LOS ANGELES, CA 90746

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 10,621.43

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.143** **Nonpriority creditor's name and mailing address**

BENTON, RICHARD K
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Claim Related to Employment

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.144** **Nonpriority creditor's name and mailing address**

BESS, MICHAEL P
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Claim Related to Employment

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.145** **Nonpriority creditor's name and mailing address**

BETTENCOURT, KINSEY R
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Claim Related to Employment

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.146** **Nonpriority creditor's name and mailing address**

BETTER EVERY DAY STUDIOS, LLC
1821 S PATTON AVE.
SAN PEDRO, LOS ANGELES, CA 90732

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 8,995.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

## Part 2:    Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page.**

**Amount of claim**

---

**3.147** | **Nonpriority creditor's name and mailing address**

BIELE, FRANK
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Claim Related to Employment

$ Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.148** | **Nonpriority creditor's name and mailing address**

BIFFA WASTE SERVICES LTD.
CORONATION ROAD
HIGH WYCOMBE, BUCKINGHAM, HP12 3TZ
UNITED KINGDOM

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 3,358.22

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.149** | **Nonpriority creditor's name and mailing address**

BIGBEAR.AI LLC
6811 BENJAMIN FRANLIN DRIVE, STE 200
COLUMBIA, HOWARD, MD 21046

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 1,500,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.150** | **Nonpriority creditor's name and mailing address**

BISCO INDUSTRIES
1500 N. LAKEVIEW AVE
ANAHEIM, ORANGE, CA 92807

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 229,363.06

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.151** | **Nonpriority creditor's name and mailing address**

BISCO INDUSTRIES
1500 N. LAKEVIEW AVE
ANAHEIM, ORANGE, CA 92807

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Uninvoiced Receipts

$ Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

## Part 2:  Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
| --- | --- |

**3.152** **Nonpriority creditor's name and mailing address**

BJB ENTERPRISES, INC.
14791 FRANKLIN
TUSTIN, ORANGE, CA 92708

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                     4,282.67

---

**3.153** **Nonpriority creditor's name and mailing address**

BJB ENTERPRISES, INC.
14791 FRANKLIN
TUSTIN, ORANGE, CA 92708

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Uninvoiced Receipts

**Date or dates debt was incurred**      Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                   Undetermined

---

**3.154** **Nonpriority creditor's name and mailing address**

BLACKBURN, JUSTIN RAY
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Claim Related to Employment

**Date or dates debt was incurred**      Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                   Undetermined

---

**3.155** **Nonpriority creditor's name and mailing address**

BLACKHAWK INDUSTRIAL DISTRIBUTION, INC.
1501 SW EXPRESSWAY DRIVE
BROKEN ARROW, TULSA COUNTY, OK 74012

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                     9,225.30

---

**3.156** **Nonpriority creditor's name and mailing address**

BLACKHAWK INDUSTRIAL DISTRIBUTION, INC.
1501 SW EXPRESSWAY DRIVE
BROKEN ARROW, TULSA COUNTY, OK 74012

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Uninvoiced Receipts

**Date or dates debt was incurred**      Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                   Undetermined

---

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.157** | **Nonpriority creditor's name and mailing address**

BLACKWELL, DAVID
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Claim Related to Employment

$   Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.158** | **Nonpriority creditor's name and mailing address**

BLADONMORE INC (BLADONMORE LTD)
1240 ROSECRANS AVENUE, SUITE 120
MANHATTAN BEACH, CA 90266

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$   7,250.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.159** | **Nonpriority creditor's name and mailing address**

BLANCO, NELSON STEVE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Claim Related to Employment

$   Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.160** | **Nonpriority creditor's name and mailing address**

BLAYLOCK, DARRYL R.
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Claim Related to Employment

$   Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.161** | **Nonpriority creditor's name and mailing address**

BLISS, ROBERT W
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Claim Related to Employment

$   Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.162**

**Nonpriority creditor's name and mailing address**

BLOUNT, DEJON
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Potential Claim

$      Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.163**

**Nonpriority creditor's name and mailing address**

BLOUNT, DEJON
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Claim Related to Employment

$      Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.164**

**Nonpriority creditor's name and mailing address**

BLUA, JAMES M
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Claim Related to Employment

$      Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.165**

**Nonpriority creditor's name and mailing address**

BLUELINE INDUSTRIAL
18350 WARD STREET
FOUNTAIN VALLEY, ORANGE, CA 92708

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$      3,865.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.166**

**Nonpriority creditor's name and mailing address**

BOC LIMITED
FORGE, 43 CHURCH STREET WEST
WOKING, SURREY, GU21 6HT
UNITED KINGDOM

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$      235,280.60

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | Virgin Orbit, LLC | | Case number (if known) | 23-10408 |
|---|---|---|---|---|
| | Name | | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.167** | **Nonpriority creditor's name and mailing address**

BONGIORNO, MICHAEL
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Claim Related to Employment

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.168** | **Nonpriority creditor's name and mailing address**

BONNER, TARIQ BILAL
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Claim Related to Employment

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.169** | **Nonpriority creditor's name and mailing address**

BOONLUA, LODLIRS
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Claim Related to Employment

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.170** | **Nonpriority creditor's name and mailing address**

BOOT WORLD, INC.
7270 TRADE ST. SUITE 101
SAN DIEGO, SAN DIEGO, CA 92121

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 33,493.17

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.171** | **Nonpriority creditor's name and mailing address**

BOUDREAU, LORI ANN
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Claim Related to Employment

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Part 2:**    **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
| --- | --- |

---

**3.172**   **Nonpriority creditor's name and mailing address**

BOYKO, VLADIMIR
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Claim Related to Employment

$     Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.173**   **Nonpriority creditor's name and mailing address**

BRADY, STUART CARL
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Claim Related to Employment

$     Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.174**   **Nonpriority creditor's name and mailing address**

BREEN, KEVIN
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Claim Related to Employment

$     Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.175**   **Nonpriority creditor's name and mailing address**

BRENNAN INDUSTRIES INC
20411 BARENTS SEA CIRCLE
LAKE FOREST, ORANGE, CA 92630

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$     7,983.59

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.176**   **Nonpriority creditor's name and mailing address**

BRENNAN INDUSTRIES INC
20411 BARENTS SEA CIRCLE
LAKE FOREST, ORANGE, CA 92630

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Uninvoiced Receipts

$     Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Part 2: | Additional Page |
|---------|-----------------|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.177** **Nonpriority creditor's name and mailing address**
BRIAN MURPHY
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 73,740.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.178** **Nonpriority creditor's name and mailing address**
BROOK, BRYAN JAMES
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Claim Related to Employment

$ Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.179** **Nonpriority creditor's name and mailing address**
BROOKE OWENS FELLOWSHIP
8437 HOLLY LEAF DRIVE
MCLEAN, FAIRFAX, VA 22102

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Uncashed Check

$ Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.180** **Nonpriority creditor's name and mailing address**
BROWN AVIATION TOOL SUPPLY CO.
2536 S.E. 15TH STREET
OKLAHOMA CITY, OKLAHOMA, OK 73129

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 843.15

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.181** **Nonpriority creditor's name and mailing address**
BROWN AVIATION TOOL SUPPLY CO.
2536 S.E. 15TH STREET
OKLAHOMA CITY, OKLAHOMA, OK 73129

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Uninvoiced Receipts

$ Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.182** | **Nonpriority creditor's name and mailing address**

BROWN, CHRISTOPHER DEREK
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Claim Related to Employment

$ _____ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.183** | **Nonpriority creditor's name and mailing address**

BUCHBINDER, MICHAEL
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Claim Related to Employment

$ _____ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.184** | **Nonpriority creditor's name and mailing address**

BUEHLER, A DIVISION OF ILLINOIS TOOL WORKS
41 WAUKEGAN RD
LAKE BLUFF, LAKE, IL 60044

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ _____ 684.97

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.185** | **Nonpriority creditor's name and mailing address**

BUEHLER, BRANDON KYLE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Claim Related to Employment

$ _____ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.186** | **Nonpriority creditor's name and mailing address**

BUNNATH, POUMARA JIMMY
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Claim Related to Employment

$ _____ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | Virgin Orbit, LLC | | Case number (if known) | 23-10408 |
|---|---|---|---|---|
| | Name | | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.187**

**Nonpriority creditor's name and mailing address**

BUNTING, MARY
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Claim Related to Employment

$                                         Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.188**

**Nonpriority creditor's name and mailing address**

BUNTING, STEVEN THOMAS
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Claim Related to Employment

$                                         Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.189**

**Nonpriority creditor's name and mailing address**

BURGOS, NATALIE ANN
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Claim Related to Employment

$                                         Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.190**

**Nonpriority creditor's name and mailing address**

BURY, CHRISTOPHER EDWARD
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Claim Related to Employment

$                                         Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.191**

**Nonpriority creditor's name and mailing address**

BUSCH, RUTHANNE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Claim Related to Employment

$                                         Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.192** **Nonpriority creditor's name and mailing address**

BUSCH, TIMOTHY MICHAEL
ADDRESS ON FILE

$      Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Claim Related to Employment

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.193** **Nonpriority creditor's name and mailing address**

BUSTER LIGHTING DESIGN
1039 ANTELOPE PLACE
NEWBURY PARK, VENTURA, CA 91320

$      8,400.00

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.194** **Nonpriority creditor's name and mailing address**

BUTTERBREDT, KEITH
ADDRESS ON FILE

$      Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Potential Claim

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.195** **Nonpriority creditor's name and mailing address**

BYRD, NATHAN MONTE
ADDRESS ON FILE

$      Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Claim Related to Employment

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.196** **Nonpriority creditor's name and mailing address**

CABRERA, SOFIA MARIE
ADDRESS ON FILE

$      Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Claim Related to Employment

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.197** **Nonpriority creditor's name and mailing address**

CAD/CAM CONSULTING SERVICES INC.
1525 RANCHO CONJEO BLVD. SUITE 103
NEWBURY PARK, VENTURA, CA 91320

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 661.50

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.198** **Nonpriority creditor's name and mailing address**

CADENCE DESIGN SYSTEMS, INC.
2655 SEELY AVENUE
SAN JOSE, SANTA CLARA, CA 95134

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 9,763.23

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.199** **Nonpriority creditor's name and mailing address**

CADI COMPANY INC.
60 RADO DR.
NAUGATUCK, NEW HAVEN, CT 6770

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 9,214.58

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.200** **Nonpriority creditor's name and mailing address**

CADI COMPANY INC.
60 RADO DR.
NAUGATUCK, NEW HAVEN, CT 6770

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Uninvoiced Receipts

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.201** **Nonpriority creditor's name and mailing address**

CAL STATE COMMUNICATIONS, INC.
2236 ORPHEUS COURT
BAKERSFIELD,, KERN COUNTY, CA 93308

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 10,457.20

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.202** | **Nonpriority creditor's name and mailing address**

CALDERON, EDDIE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Claim Related to Employment

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    Undetermined

---

**3.203** | **Nonpriority creditor's name and mailing address**

CALIFORNIA DEPARTMENT OF MOTOR VEHICLES
1110 W. AVENUE I
LANCASTER, KERN, CA 93534

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                          25.00

---

**3.204** | **Nonpriority creditor's name and mailing address**

CALIFORNIA METAL & SUPPLY, INC.
10230 FREEMAN AVE.
SANTE FE SPRINGS, LOS ANGELES, CA 90670

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                      10,430.00

---

**3.205** | **Nonpriority creditor's name and mailing address**

CALIFORNIA SCIENCE CENTER FOUNDATION
700 EXPOSITION PARK DRIVE
LOS ANGELES, LOS ANGELES, CA 90041

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                      25,000.00

---

**3.206** | **Nonpriority creditor's name and mailing address**

CALIISM LLC
3964 RIVERMARK PLAZA
SUITE 147
SANTA CLARA, SANTA CLARA, CA 95054

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                       3,600.00

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.207 Nonpriority creditor's name and mailing address**

CALLAHAN, KEVIN GERARD
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Claim Related to Employment

$         Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.208 Nonpriority creditor's name and mailing address**

CALLEROS, OMAR
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Claim Related to Employment

$         Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.209 Nonpriority creditor's name and mailing address**

CALLTOWER, INC
10701 S. RIVER FRONT PARKWAY, 4TH FLOOR
SOUTH JORDAN, SALK LAKE, UT 84095

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$         2,566.10

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.210 Nonpriority creditor's name and mailing address**

CAMPOS, LUIS D
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Claim Related to Employment

$         Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.211 Nonpriority creditor's name and mailing address**

CANNON, MICHAEL KENNETH
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Claim Related to Employment

$         Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.212** | **Nonpriority creditor's name and mailing address**

CANON FINANCIAL SERVICES, INC.
158 GAITHER DRIVE
STE 200
MOUNT LAUREL, BURLINGTON, NJ 8054

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 765.98

---

**3.213** | **Nonpriority creditor's name and mailing address**

CANTEEN CORNWALL LTD
NEWQUAY COMMUNITY ORCHARD, TREVENSON ROAD
NEWQUAY, CORNWALL, TR73BW
UNITED KINGDOM

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 17,688.00

---

**3.214** | **Nonpriority creditor's name and mailing address**

CAPE POINT TECHNOLOGIES, LLC
3199 SW WILLAMETTE WAY
WILSONVILLE, CLACKAMAS, OR 97070

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 960.00

---

**3.215** | **Nonpriority creditor's name and mailing address**

CAPLUGS
2150 ELMWOOD AVENUE
BUFFALO, ERIE, NY 14207

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,980.31

---

**3.216** | **Nonpriority creditor's name and mailing address**

CAPLUGS
2150 ELMWOOD AVENUE
BUFFALO, ERIE, NY 14207

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Uninvoiced Receipts

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Undetermined

---

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.217** **Nonpriority creditor's name and mailing address**

CAPP, JOSEPH
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Claim Related to Employment

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$   Undetermined

---

**3.218** **Nonpriority creditor's name and mailing address**

CAPP, JOSEPH (JOE)
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$   58.54

---

**3.219** **Nonpriority creditor's name and mailing address**

CARBON-CARBON ADVANCED TECHNOLOGIES INC
4704 EDEN ROAD
ARLINGTON, TARRANT, TX 76001

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$   45,768.70

---

**3.220** **Nonpriority creditor's name and mailing address**

CARDENAS, ANDRES
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Claim Related to Employment

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$   Undetermined

---

**3.221** **Nonpriority creditor's name and mailing address**

CARLOMUSTO, MICHELLE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Claim Related to Employment

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$   Undetermined

---

| **Part 2:** | **Additional Page** | |
|---|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

---

**3.222** **Nonpriority creditor's name and mailing address**

CARR LANE MANUFACTURING CO.
4200 CARR LANE COURT
ST. LOUIS, ST. LOUIS, MO 63119

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 539.25

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.223** **Nonpriority creditor's name and mailing address**

CARRILLO, JOHAN
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Claim Related to Employment

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.224** **Nonpriority creditor's name and mailing address**

CARTUS CORPORATION
40 APPLE RIDGE ROAD
DANBURY, FAIRFIELD, CT 6810

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 52,292.32

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.225** **Nonpriority creditor's name and mailing address**

CASAS, RIGOBERTO
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Claim Related to Employment

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.226** **Nonpriority creditor's name and mailing address**

CASTANON, EVELIA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Claim Related to Employment

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.227** **Nonpriority creditor's name and mailing address**

CASTANON, PRISCILA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Claim Related to Employment

$ Undetermined

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.228** **Nonpriority creditor's name and mailing address**

CASTILLO, ISAAC
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Claim Related to Employment

$ Undetermined

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.229** **Nonpriority creditor's name and mailing address**

CASTRO, JOSE ALFREDO
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Claim Related to Employment

$ Undetermined

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.230** **Nonpriority creditor's name and mailing address**

CASTRO, NATHAN GREGORY
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Claim Related to Employment

$ Undetermined

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.231** **Nonpriority creditor's name and mailing address**

CAYAX-MENDOZA, JONATHAN
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Claim Related to Employment

$ Undetermined

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Part 2:    Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.232** | **Nonpriority creditor's name and mailing address**

CCH EQUIPMENT CO
14902 PRESTON RD # 404-323
DALLAS, DALLAS, TX 75254

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 4,277.51

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.233** | **Nonpriority creditor's name and mailing address**

CDW DIRECT
200 NORTH MILWAUKEE AVENUE
VERNON HILLS, LAKE, IL 60061

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 40,790.24

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.234** | **Nonpriority creditor's name and mailing address**

CDW LIMITED
1 NEW CHANGE
LONDON, EC4M 9AF
UNITED KINGDOM

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 857.61

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.235** | **Nonpriority creditor's name and mailing address**

CED POWER
6781 8TH STREET
BUENA PARK, ORANGE COUNTY, CA 90620

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 1,240.31

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.236** | **Nonpriority creditor's name and mailing address**

CELERITIVE TECHNOLOGIES, INC.
95 EAST HIGH STREET
MOORPARK, VENTURA, CA 93021

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 7,900.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

| Part 2: | Additional Page | |
|---|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.237** Nonpriority creditor's name and mailing address

CENTRAL CALIFORNIA FLUID SYSTEM TECH
325 BALBOA CIRCLE
CAMARILLO, VENTURA, CA 93012

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$    11,499.86

---

**3.238** Nonpriority creditor's name and mailing address

CENTRAL CALIFORNIA FLUID SYSTEM TECH
325 BALBOA CIRCLE
CAMARILLO, VENTURA, CA 93012

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Uninvoiced Receipts

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$    Undetermined

---

**3.239** Nonpriority creditor's name and mailing address

CERTIFIED STEEL TREATING CORP.
2454 EAST 58TH STREET
LOS ANGELES, LOS ANGELES, CA 90058

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$    325.00

---

**3.240** Nonpriority creditor's name and mailing address

CERVANTES, REYNA NINA
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Claim Related to Employment

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$    Undetermined

---

**3.241** Nonpriority creditor's name and mailing address

CEVALLOS, LEO
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Claim Related to Employment

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$    Undetermined

---

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.242**   **Nonpriority creditor's name and mailing address**

CFM SAN DIEGO, INC
2784 GATEWAY ROAD, STE. 103
CARLSBAD, SAN DIEGO, CA 92009

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$    356.11

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.243**   **Nonpriority creditor's name and mailing address**

CHAN, AARON
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Claim Related to Employment

$    Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.244**   **Nonpriority creditor's name and mailing address**

CHAN, ERIC
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Claim Related to Employment

$    Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.245**   **Nonpriority creditor's name and mailing address**

CHANG, ASHLEY
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Claim Related to Employment

$    Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.246**   **Nonpriority creditor's name and mailing address**

CHAVARIN, CARLOS ALEJANDRO
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Claim Related to Employment

$    Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.247** **Nonpriority creditor's name and mailing address**

CHAVARRIA, HOPE GRACE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Claim Related to Employment

$     Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.248** **Nonpriority creditor's name and mailing address**

CHAVEZ, ALFONSO IVAN
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Claim Related to Employment

$     Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.249** **Nonpriority creditor's name and mailing address**

CHAVEZ, MARK ANTHONY
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Claim Related to Employment

$     Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.250** **Nonpriority creditor's name and mailing address**

CHEA, SAVON
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Claim Related to Employment

$     Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.251** **Nonpriority creditor's name and mailing address**

CHECK ALL VALVE MFG CO
1800 FULLER ROAD
WEST DES MOINES, POLK, IA 50265

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$     3,641.61

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

| Part 2: | Additional Page | |
|---|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.252** **Nonpriority creditor's name and mailing address**

CHECK ALL VALVE MFG CO
1800 FULLER ROAD
WEST DES MOINES, POLK, IA 50265

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Uninvoiced Receipts

$                Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.253** **Nonpriority creditor's name and mailing address**

CHEM PRO LAB, INC.
941 WEST 190TH ST
GARDENA, LOS ANGELES, CA 90248

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$                1,224.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.254** **Nonpriority creditor's name and mailing address**

CHEN, JUE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Claim Related to Employment

$                Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.255** **Nonpriority creditor's name and mailing address**

CHENG, DA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Claim Related to Employment

$                Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.256** **Nonpriority creditor's name and mailing address**

CHENG, JOSHUA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Claim Related to Employment

$                Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.257**

**Nonpriority creditor's name and mailing address**

CHIAPPARINE, STEVEN MATHEW
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Claim Related to Employment

$ Undetermined

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.258**

**Nonpriority creditor's name and mailing address**

CHIAVETTA, ROBERT PETER
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Claim Related to Employment

$ Undetermined

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.259**

**Nonpriority creditor's name and mailing address**

CHOI, KEVIN
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Claim Related to Employment

$ Undetermined

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.260**

**Nonpriority creditor's name and mailing address**

CHOURA VENUE SERVICES (DBA GRAND FOOD & BEVERAGE)
4101 E WILLOW STREET
LONG BEACH, LOS ANGELES COUNTY, CA 90815

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 6,845.60

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.261**

**Nonpriority creditor's name and mailing address**

CHRISTINA, JOSEPH
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Claim Related to Employment

$ Undetermined

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
| --- | --- |

**3.262** **Nonpriority creditor's name and mailing address**
CHUNG, MING
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Claim Related to Employment

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Undetermined

---

**3.263** **Nonpriority creditor's name and mailing address**
CHURCHILL CORPORATION
344 FRANKLIN ST
MELROSE, MIDDLESEX, MA 2176

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Uninvoiced Receipts

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Undetermined

---

**3.264** **Nonpriority creditor's name and mailing address**
CICON ENGINEERING, INC
20235 NORDHOFF STREET
CHATSWORTH, LOS ANGELES, CA 91311

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 494,670.18

---

**3.265** **Nonpriority creditor's name and mailing address**
CICON ENGINEERING, INC
20235 NORDHOFF STREET
CHATSWORTH, LOS ANGELES, CA 91311

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Uninvoiced Receipts

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Undetermined

---

**3.266** **Nonpriority creditor's name and mailing address**
CIGNA HEALTHCARE
P.O. BOX 644546
PITTSBURGH, PITTSBURGH, PA 15264-4546

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 5,176.39

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |

| 3.267 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 15,731.47 |

CINTAS CORPORATION
5500 YOUNG STREET
BAKERSFIELD, KERN, CA 93311

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.268 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 11,325.00 |

CIRCUIT TECHNOLOGY TRAINING INC
5200 RATHKEALE CT.
HOLLY SPRINGS, WAKE, NC 27540

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.269 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 689.32 |

CIRRIS INC.
401 NORTH 5600 WEST
SALT LAKE CITY, SALT LAKE, UT 84116

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.270 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 412.71 |

CIT BANK, N.A.
10201 CENTURION PKWY N
STE 100
JACKSONVILLE, FL 32256

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.271 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 5,384.47 |

CITY OF LONG BEACH
2400 E SPRING ST
ATTN: JANE HERMSEN
LONG BEACH, LA, CA 90806

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Part 2: | Additional Page | |
|---|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.272** **Nonpriority creditor's name and mailing address**

CITY OF LONG BEACH UTILITY
PO BOX 630
LONG BEACH, LOS ANGELES, CA 90842-0001

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,336.77

---

**3.273** **Nonpriority creditor's name and mailing address**

CLARENDON SPECIALTY FASTENERS INC.
2180 TEMPLE AVE.
LONG BEACH, LOS ANGELES, CA 90804

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 126,732.00

---

**3.274** **Nonpriority creditor's name and mailing address**

CLARION CONSULTING GROUP, LLC
21900 BURBANK BLVD., SUITE 300
WOODLAND HILLS, LOS ANGELES, CA 91367

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 11,270.00

---

**3.275** **Nonpriority creditor's name and mailing address**

CLARK MASTS SYSTEMS LIMITED
18-20 RINGWOOD ROAD
BINSTEAD, ISLE, PO333
UNITED KINGDOM

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Uninvoiced Receipts

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Undetermined

---

**3.276** **Nonpriority creditor's name and mailing address**

CLEAN HARBORS ENVIRONMENTAL SERVICES, INC.
42 LONGWATER DRIVE/PO BOX 9149
NORWELL, PLYMOUTH, MA 02061-9149

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 59,564.44

---

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.277** **Nonpriority creditor's name and mailing address**

CLEANROOMS WEST, INC (DBA CONTROLLED ENVIRONMENTAL
REGULATORY TESTING SERVICES C.E.R.T.S.)
1392 INDUSTRIAL DRIVE
TUSTIN, ORANGE, CA 92780-6416

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 26,676.02

---

**3.278** **Nonpriority creditor's name and mailing address**

CLEAR-COM, LLC
1301 MARINA VILLAGE PKWY, STE. 105
ALAMEDA, ALAMEDA, CA 92021

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 49,486.80

---

**3.279** **Nonpriority creditor's name and mailing address**

CLUSTR, INC.
1 TRESAUNCE WAY
FOOTHILL RANCH, ORANGE, CA 92610

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 22,700.00

---

**3.280** **Nonpriority creditor's name and mailing address**

CMC INTERACTIVE LLC
75 BROAD STREET, SUITE #2200
NEW YORK, NEW YORK, NY 10004

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 12,110.72

---

**3.281** **Nonpriority creditor's name and mailing address**

COGENCY GLOBAL INC
PO BOX 31618
HICKSVILLE, NASSAU, NY 11802

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 832.34

---

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.282 Nonpriority creditor's name and mailing address**

COGNOMATA, INC
6520 PLATT AVE. #620
WEST HILLS, LOS ANGELES, CA 91307-3218

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 20,100.00

---

**3.283 Nonpriority creditor's name and mailing address**

COHEN, DENVER C
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Claim Related to Employment

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Undetermined

---

**3.284 Nonpriority creditor's name and mailing address**

COLD BOX, INC.
850-92ND AVENUE, #5
OAKLAND, ALAMEDA, CA 94603

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 17,640.00

---

**3.285 Nonpriority creditor's name and mailing address**

COLE, CRAIG LAWRENCE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Claim Related to Employment

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Undetermined

---

**3.286 Nonpriority creditor's name and mailing address**

COLE-PARMER
625 E BUNKER CT.
VERNON HILLS, LAKE, IL 60061

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 765.92

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

---

**3.287** **Nonpriority creditor's name and mailing address**

COLLINS, ZACHARY A
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Claim Related to Employment

$         Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.288** **Nonpriority creditor's name and mailing address**

COLVIN, EUGENE D
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Claim Related to Employment

$         Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.289** **Nonpriority creditor's name and mailing address**

COMCAST HOLDINGS CORPORATION
PO BOX 70219
PHILADELPHIA, PHILADELPHIA, PA 19176

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$         406.05

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.290** **Nonpriority creditor's name and mailing address**

COMCAST HOLDINGS CORPORATION
PO BOX 70219
PHILADELPHIA, PHILADELPHIA, PA 19176

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Uncashed Check

$         Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.291** **Nonpriority creditor's name and mailing address**

COMPARAN, EDGAR
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Claim Related to Employment

$         Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.292** | **Nonpriority creditor's name and mailing address**

COMPLETE COPY SYSTEMS GROUP, INC.
3300 BEVERLY BLVD.
LOS ANGELES, LOS ANGELES, CA 90004

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 3,099.89

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.293** | **Nonpriority creditor's name and mailing address**

COMPOSITE TECHNOLOGY DEVELOPMENT, INC.
2600 CAMPUS DRIVE, SUITE D
LAFAYETTE, BOULDER, CO 80026

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 7,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.294** | **Nonpriority creditor's name and mailing address**

CONCRETE CORING COMPANY
14005 ORANGE AVENUE
PARAMOUNT, LOS ANGELES, CA 90723

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 1,082.50

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.295** | **Nonpriority creditor's name and mailing address**

CONCUR TECHNOLOGIES, INC.
601 108TH AVENUE NE, SUITE 1000
BELLEVUE, KING, WA 98004

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 10,466.69

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.296** | **Nonpriority creditor's name and mailing address**

CONDRA, MICHAEL A
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Claim Related to Employment

$ Undetermined

**Date or dates debt was incurred**  Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.297** | **Nonpriority creditor's name and mailing address**

CONTAINER ALLIANCE COMPANY
510 CASTILLO STREET
SUITE 340
SANTA BARBARA, SANTA BARBARA, CA 93101

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 54,559.68

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.298** | **Nonpriority creditor's name and mailing address**

CONTRERAS, EDWARD MEDINA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Claim Related to Employment

$ Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.299** | **Nonpriority creditor's name and mailing address**

CONTROLLED MOTION SOLUTIONS, INC.
4000 E. BUNDAGE LANE
BAKERSFIELD, KERN, CA 93307

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 4,629.69

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.300** | **Nonpriority creditor's name and mailing address**

COPELAND, JAMES
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Claim Related to Employment

$ Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.301** | **Nonpriority creditor's name and mailing address**

CORD MASTER ENGINEERING
1544 CURRAN HIGHWAY
NORTH ADAMS, BERKSHIRE, MA 1247

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 36,582.68

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.302** Nonpriority creditor's name and mailing address

CORNWALL COUNCIL PARKING SERVICES
PO BOX 664
TRURO, TR1 9DH
UNITED KINGDOM

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Parking Citations

$ Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.303** Nonpriority creditor's name and mailing address

CORONA, EDUARDO
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Claim Related to Employment

$ Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.304** Nonpriority creditor's name and mailing address

CORONADO, NICHOLAS
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Claim Related to Employment

$ Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.305** Nonpriority creditor's name and mailing address

COROVAN MOVING & STORAGE CO.
1000 E VALENCIA DRIVE
FULLERTON, ORANGE, CA 92831

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 27,852.75

**Date or dates debt was incurred**

**Last 4 digits of account number**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.306** Nonpriority creditor's name and mailing address

CORPORATION SERVICES COMPANY
PO BOX 13397
PHILADELPHIA, PHILADELPHIA, PA 19101-3397

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 762.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

Is the claim subject to offset?
☑ No
☐ Yes

**Part 2:  Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
| --- | --- |

---

**3.307** | **Nonpriority creditor's name and mailing address**

CORRALES, KENNEDY
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Claim Related to Employment

$ Undetermined

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.308** | **Nonpriority creditor's name and mailing address**

COTRONICS CORP
131 47TH ST
BROOKLYN, KINGS, NY 11232

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 688.68

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.309** | **Nonpriority creditor's name and mailing address**

COTRONICS CORP
131 47TH ST
BROOKLYN, KINGS, NY 11232

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Uninvoiced Receipts

$ Undetermined

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.310** | **Nonpriority creditor's name and mailing address**

COTTRILL, KENNA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Claim Related to Employment

$ Undetermined

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.311** | **Nonpriority creditor's name and mailing address**

COURTYARD MARRIOTT LONG BEACH
3841 LAKEWOOD BLVD.
LONG BEACH, LOS ANGELES, CA 90808

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 12,928.30

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

## Part 2:  Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.312** **Nonpriority creditor's name and mailing address**

COVERED6 LLC
868 PATRIOT DR, SUITE C
MOORPARK, VENTURA, CA 93021

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 131,914.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.313** **Nonpriority creditor's name and mailing address**

COX, DELMUS JAMES
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Claim Related to Employment

$ Undetermined

**Date or dates debt was incurred**        Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.314** **Nonpriority creditor's name and mailing address**

CREEL, DOUGLAS DWAIN
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Claim Related to Employment

$ Undetermined

**Date or dates debt was incurred**        Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.315** **Nonpriority creditor's name and mailing address**

CRENSHAW, ANTHONY WALTER
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  Potential Claim

$ Undetermined

**Date or dates debt was incurred**        Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.316** **Nonpriority creditor's name and mailing address**

CRM CONSTRUCTION, INC.
5353 E. 2ND STREET #202
LONG BEACH, CA 90803

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 312,181.25

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| **Part 2:** | **Additional Page** |
| --- | --- |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
| --- | --- |

| 3.317 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ | 150,702.15 |
| --- | --- | --- | --- | --- |

CROWN BUILDING MAINTENANCE CO. (DBA ABLE SERVICES )
868 FOLSOM STREET
SAN FRANCISCO, SAN FRANCISCO COUNTY, CA 94107

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.318 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ | 13,937.37 |
| --- | --- | --- | --- | --- |

CRP USA, LLC
PO BOX 728
MOORESVILLE, IREDELL, NC 28115

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.319 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ | Undetermined |
| --- | --- | --- | --- | --- |

CUELLAR, GINA
ADDRESS ON FILE

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Claim Related to Employment

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.320 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ | Undetermined |
| --- | --- | --- | --- | --- |

CULBERTSON, JOHN ROBERT
ADDRESS ON FILE

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  Potential Claim

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.321 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ | 17,971.00 |
| --- | --- | --- | --- | --- |

CUMBERLAND ADDITIVE INC.
3813 HELIOS WAY, SUITE B-200
PFLUGERVILLE, TRAVIS COUNTY, TX 78660

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Part 2: | Additional Page | |
|---|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.322** **Nonpriority creditor's name and mailing address**

CUSTOM INTERFACE, INC.
410 S. LARCH STREET
BINGEN, KLICKITAT, WA 98605

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 14,069.15

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.323** **Nonpriority creditor's name and mailing address**

CUTTING EDGE COMMUNICATIONS LLC
19744 BEACH BLVD. #310
HUNTINGTON BEACH, ORANGE COUNTY, CA 92649

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 8,230.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.324** **Nonpriority creditor's name and mailing address**

CYLKOWSKI, EARL V
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Claim Related to Employment

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.325** **Nonpriority creditor's name and mailing address**

DAILY INDUSTRIAL TOOLS
1340 LOGAN AVENUE, UNIT A
COSTA MESA, ORANGE, CA 92626

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 3,401.30

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.326** **Nonpriority creditor's name and mailing address**

DAM, GEOFFREY PHI
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Claim Related to Employment

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | Virgin Orbit, LLC | Case number (if known) | 23-10408 |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.327** | **Nonpriority creditor's name and mailing address**

DANA CONTAINER, INC
210 EAST ESSEX AVENUE
AVENEL, NJ 07001

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 4,500.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.328** | **Nonpriority creditor's name and mailing address**

DANG, BERNICE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Claim Related to Employment

$ Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.329** | **Nonpriority creditor's name and mailing address**

DANIELS MANUFACTURING CORP.
526 THORPE ROAD
ORLANDO, ORANGE, FL 32824-8133

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 1,191.06

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.330** | **Nonpriority creditor's name and mailing address**

DARBY, KEITH A
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  Potential Claim

$ Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.331** | **Nonpriority creditor's name and mailing address**

DARBY, KEITH A
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Claim Related to Employment

$ Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.332** **Nonpriority creditor's name and mailing address**

DATA CENTRIC ENTERPRISES, LLC
419 MAIN ST #434
HUNTINGTON BEACH, CA 92648

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 36,005.34

---

**3.333** **Nonpriority creditor's name and mailing address**

DATA CENTRIC ENTERPRISES, LLC
419 MAIN ST #434
HUNTINGTON BEACH, CA 92648

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Uninvoiced Receipts

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Undetermined

---

**3.334** **Nonpriority creditor's name and mailing address**

DATAQ INSTRUMENTS, INC.
241 SPRINGSIDE DR
AKRON, SUMMIT, OH 44333

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Uninvoiced Receipts

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Undetermined

---

**3.335** **Nonpriority creditor's name and mailing address**

DATASITE LLC
733 S MARQUETTE AVE., SUITE 600
MINNEAPOLIS, HENNEPIN, MN 55402

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 93,904.06

---

**3.336** **Nonpriority creditor's name and mailing address**

DAVID M. LEWIS COMPANY, LLC DBA DLC
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 44,050.00

---

| Part 2: | Additional Page |
| --- | --- |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
| --- | --- |

**3.337** **Nonpriority creditor's name and mailing address**

DAVILA, DAYLAN
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Claim Related to Employment

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.338** **Nonpriority creditor's name and mailing address**

DAVIS, CHRIS SHAWN
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Claim Related to Employment

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.339** **Nonpriority creditor's name and mailing address**

DE LA CRUZ, ALVARO
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Claim Related to Employment

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.340** **Nonpriority creditor's name and mailing address**

DE SOUZA, ALEXANDER
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Claim Related to Employment

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.341** **Nonpriority creditor's name and mailing address**

DEAN, GREGORY
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Claim Related to Employment

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.342 Nonpriority creditor's name and mailing address**

DEBAISE HOLDINGS LLC D/B/A PDS
DEBAISE HOLDINGS LLC D/B/A PDS
6870 W 52ND AVE., SUITE 107
ARVADA, JEFFERSON, CO 80002

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 386,099.85

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.343 Nonpriority creditor's name and mailing address**

DEL MAR AVIONICS, LLC
11 MARCONI, SUITE B
IRVINE, ORANGE, CA 92618

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 35,743.93

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.344 Nonpriority creditor's name and mailing address**

DELL MARKETING L.P.
1 DELL WAY
ROUND ROCK, TRAVIS, TX 78664

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 8,352.27

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.345 Nonpriority creditor's name and mailing address**

DELL MARKETING L.P.
1 DELL WAY
ROUND ROCK, TRAVIS, TX 78664

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Uninvoiced Receipts

$ Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.346 Nonpriority creditor's name and mailing address**

DELOITTE & TOUCHE LLP
4022 SELLS DRIVE
HERMITAGE, DAVIDSON, TN 37073

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 191,170.88

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.347** | **Nonpriority creditor's name and mailing address**

DERUYTER, PAIGE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Claim Related to Employment

$ Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.348** | **Nonpriority creditor's name and mailing address**

DEVON & CORNWAL POLICE - ROAD SAFETY TEAM
PO BOX 206
PLYMOUTH, PL6 5WY
UNITED KINGDOM

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Moving Citations

$ Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.349** | **Nonpriority creditor's name and mailing address**

DHING, SIDDHARTH
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Claim Related to Employment

$ Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.350** | **Nonpriority creditor's name and mailing address**

DIAMOND LINERS INC.
9507 SANTA FE SPRINGS ROAD
SANTA FE SPRINGS, LOS ANGELES, CA 90670

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 2,678.14

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.351** | **Nonpriority creditor's name and mailing address**

DIAMOND LINERS INC.
9507 SANTA FE SPRINGS ROAD
SANTA FE SPRINGS, LOS ANGELES, CA 90670

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Uninvoiced Receipts

$ Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.352** **Nonpriority creditor's name and mailing address**

DIAZ, JOSEPH GABRIEL
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Claim Related to Employment

$     Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.353** **Nonpriority creditor's name and mailing address**

DIAZ, MICHELLE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Claim Related to Employment

$     Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.354** **Nonpriority creditor's name and mailing address**

DICKSTEIN, DYLAN
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Claim Related to Employment

$     Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.355** **Nonpriority creditor's name and mailing address**

DIGI-KEY CORPORATION
701 BROOKS AVENUE SOUTH
THIEF RIVER FALLS, PENNINGTON, MN 56701

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$     36,369.19

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.356** **Nonpriority creditor's name and mailing address**

DIGI-KEY CORPORATION
701 BROOKS AVENUE SOUTH
THIEF RIVER FALLS, PENNINGTON, MN 56701

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Uninvoiced Receipts

$     Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

Case 23-10408-KBO    Doc 4    Filed 04/24/23    Page 261 of 626

| **Part 2:** | **Additional Page** |
| --- | --- |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
| --- | --- |

| 3.357 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 12,584.00 |
| --- | --- | --- | --- |

DILIGENT CORPORATION
1111 19TH STREET NW, 9TH FL.
WASHINGTON DC, DISTRICT OF COLUMBIA, DC 20036

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.358 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ Undetermined |
| --- | --- | --- | --- |

DINH, CHARLOTTE TRAN
ADDRESS ON FILE

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Claim Related to Employment

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.359 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ Undetermined |
| --- | --- | --- | --- |

DINH, CHAU HUYEN TRAN
ADDRESS ON FILE

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Claim Related to Employment

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.360 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ Undetermined |
| --- | --- | --- | --- |

DIRECTO, CARLOS
ADDRESS ON FILE

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Claim Related to Employment

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.361 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ Undetermined |
| --- | --- | --- | --- |

DISTRIBUTION INTERNATIONAL
24100 BROAD STREET
CARSON, LOS ANGELES, CA 90745

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Uninvoiced Receipts

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Part 2: | Additional Page | |
|---|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.362** **Nonpriority creditor's name and mailing address**

DIVINITY, SHEYLA TANAIRY
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Claim Related to Employment

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$     Undetermined

---

**3.363** **Nonpriority creditor's name and mailing address**

DMG MORI USA, INC.
2400 HUNTINGTON BLVD
HOFFMAN ESTATES, COOK, IL 60192

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$     7,606.81

---

**3.364** **Nonpriority creditor's name and mailing address**

DONNELLY, JAMES
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Claim Related to Employment

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$     Undetermined

---

**3.365** **Nonpriority creditor's name and mailing address**

DOUGLAS, WILLIAM
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Claim Related to Employment

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$     Undetermined

---

**3.366** **Nonpriority creditor's name and mailing address**

DOW-KEY MICROWAVE CORPORATION
4822 MCGRATH ST
VENTURA, VENTURA, CA 93003

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$     8,458.01

| Debtor | Virgin Orbit, LLC | | Case number (if known) | 23-10408 |
|---|---|---|---|---|
| | Name | | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.367** Nonpriority creditor's name and mailing address

DOWNEY, SMITH & FIER
4010 WATSON PLAZA DRIVE
STE 190
LAKEWOOD, LOS ANGELES, CA 90712

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Payable

$ 1,920.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

Is the claim subject to offset?
☒ No
☐ Yes

**3.368** Nonpriority creditor's name and mailing address

DRAKE, JEWELL
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim:  Claim Related to Employment

$ Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

Is the claim subject to offset?
☒ No
☐ Yes

**3.369** Nonpriority creditor's name and mailing address

DSG INTERNATIONAL
105 EUCALYPTUS DRIVE
EL SEGUNDO, LOS ANGELES, CA 90245

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Payable

$ 4,504.02

**Date or dates debt was incurred**

**Last 4 digits of account number**

Is the claim subject to offset?
☒ No
☐ Yes

**3.370** Nonpriority creditor's name and mailing address

D'SOUZA, NEIL
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim:  Claim Related to Employment

$ Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

Is the claim subject to offset?
☒ No
☐ Yes

**3.371** Nonpriority creditor's name and mailing address

DT MACHINE, INC
1891 E. MIRALOMA AVE
PLACENTIA, ORANGE, CA 92870

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Payable

$ 236,737.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

Is the claim subject to offset?
☒ No
☐ Yes

| Part 2: | Additional Page | |
|---|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.372 Nonpriority creditor's name and mailing address**

DUCHARME MCMILLEN & ASSOCIATES, INC.
828 S. HARRISON ST
SUITE 650
FT WAYNE, IN, IN 46802

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 635.44

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.373 Nonpriority creditor's name and mailing address**

DUCHON, DOUGLAS SAMUEL
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Claim Related to Employment

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.374 Nonpriority creditor's name and mailing address**

DUNCAN, BENJAMIN J
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Claim Related to Employment

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.375 Nonpriority creditor's name and mailing address**

DUNN, RICHARD
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Claim Related to Employment

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.376 Nonpriority creditor's name and mailing address**

DURAN, RICHARD
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Claim Related to Employment

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

| 3.377 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 77,092.56 |
|---|---|---|---|

DY4, INC
20130 LAKEVIEW CNETER PLAZA, SUITE 200
ASHBURN, LOUDOUN, VA 20147-7915

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.378 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 3,385.21 |
|---|---|---|---|

DYNAMIS EPOXY, LLC.
415 E VENICE AVE
VENICE, SARASOTA, FL 34285

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.379 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 249,529.00 |
|---|---|---|---|

DYTRAN INSTRUMENTS
21592 MARILLA ST.
CHATSWORTH, LOS ANGELES, CA 91311

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.380 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 4,742.90 |
|---|---|---|---|

E&H LAMINATING & SLITTING CO., INC.
138 GRAND ST
PATERSON, PASSAIC, NJ 7501

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.381 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 92,116.90 |
|---|---|---|---|

E.V. ROBERTS
18027 BISHOP AVENUE
CARSON, LOS ANGELES, CA 90746-4019

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Part 2: | Additional Page |
|---------|-----------------|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.382** **Nonpriority creditor's name and mailing address**

EANDJ CONSULTING INC
91 SUNSET COVE
IRVINE, ORANGE, CA 92602

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$    29,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.383** **Nonpriority creditor's name and mailing address**

EARLEY, ERIC A
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Claim Related to Employment

$    Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.384** **Nonpriority creditor's name and mailing address**

EASTERN KERN AIR POLLUTION CONTROL DISTRICT
2700 M STREET STE 302
BAKERFIELD, KERN, CA 93301

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$    148.16

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.385** **Nonpriority creditor's name and mailing address**

EASTRIDGE WORKFORCE SOLUTIONS
2355 NORTHSIDE DRIVE, #200
SAN DIEGO, SAN DIEGO, CA 92108

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$    237,733.22

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.386** **Nonpriority creditor's name and mailing address**

EDGERTON, JACK ODELL
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Claim Related to Employment

$    Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

Case 23-10408-KBO    Doc 4    Filed 04/24/23    Page 267 of 626

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.387** | **Nonpriority creditor's name and mailing address**

EDISON CARRIER SOLUTIONS
2 INNOVATION WAY
1ST FLOOR
POMONA, LOS ANGELES, CA 91768

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$                22,759.38

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.388** | **Nonpriority creditor's name and mailing address**

EDM PERFORMANCE ACCESSORIES
1400 PIONEER STREET
BREA, ORANGE, CA 92821

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$                    689.06

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.389** | **Nonpriority creditor's name and mailing address**

EDM PERFORMANCE ACCESSORIES
1400 PIONEER STREET
BREA, ORANGE, CA 92821

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Uninvoiced Receipts

$                Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.390** | **Nonpriority creditor's name and mailing address**

EDWARDS, ANDREW L
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Claim Related to Employment

$                Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.391** | **Nonpriority creditor's name and mailing address**

EFAX CORPORATE
6922 HOLLYWOOD BLVD SUITE 500
LOS ANGELES, LOS ANGELES, CA 90028

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$                    371.88

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Part 2:**   **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.392**   **Nonpriority creditor's name and mailing address**

EHS PROJECTS LTD.
20 BROOMGROVE ROAD
SHEFFIELD, SOUTH YORKSHIRE, S10 2LR
UNITED KINGDOM

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$   1,800.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.393**   **Nonpriority creditor's name and mailing address**

ELASTICSEARCH FEDERAL INC.
800 W EL CAMINO REAL, SUITE 350
MOUNTAIN VIEW, SANTA CLARA, CA 94040

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$   58,922.30

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.394**   **Nonpriority creditor's name and mailing address**

ELECTRO RENT CORPORATION
6060 SEPULVEDA BLVD
VAN NUYS, LOS ANGELES, CA 91411

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$   1,331.16

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.395**   **Nonpriority creditor's name and mailing address**

ELECTRO RENT CORPORATION
6060 SEPULVEDA BLVD
VAN NUYS, LOS ANGELES, CA 91411

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Uninvoiced Receipts

$   Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.396**   **Nonpriority creditor's name and mailing address**

ELECTRON BEAM WELDING, LLC
6940 HERMOSA CIRCLE
BUENA PARK, ORANGE, CA 90620

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$   1,670.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.397** **Nonpriority creditor's name and mailing address**

ELECTRONIC BALANCING COMPANY INC
660 EAST D STREET
WILMINGTON, LOS ANGELES, CA 90744

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 880.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.398** **Nonpriority creditor's name and mailing address**

ELEMENT MACHINE, LLC
3121 E. LA PALMA AVENUE, UNIT N
ANAHEIM, ORANGE, CA 92806

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 340,900.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.399** **Nonpriority creditor's name and mailing address**

ELEMENT MATERIALS TECHNOLOGY DETROIT, LLC
15062 BOLSA CHICA
HUNTINGTON BEACH, ORANGE, CA 92649

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 8,039.95

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.400** **Nonpriority creditor's name and mailing address**

ELEMENT MATERIALS TECHNOLOGY DETROIT, LLC
15062 BOLSA CHICA
HUNTINGTON BEACH, ORANGE, CA 92649

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Uninvoiced Receipts

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.401** **Nonpriority creditor's name and mailing address**

ELEVATION CORPORATE HEALTH
11350 MCCORMICK ROAD
EP 4
SUITE LL8
HUNT VALLEY, BALTIMORE, MD 21031

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 240.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Part 2:**    **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

---

| 3.402 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 2,829.31 |
|---|---|---|---|

ELITE MANUFACTURING SOLUTIONS
3011 ARLOTTE AVE.
LONG BEACH, LOS ANGELES, CA 90808

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.403 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ Undetermined |
|---|---|---|---|

ELITE MANUFACTURING SOLUTIONS
3011 ARLOTTE AVE.
LONG BEACH, LOS ANGELES, CA 90808

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Uninvoiced Receipts

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.404 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ Undetermined |
|---|---|---|---|

ELLIS, ASHLEY
ADDRESS ON FILE

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Claim Related to Employment

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.405 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 1,071.79 |
|---|---|---|---|

ELLSWORTH ADHESIVES SPECIALTY CHEMICAL DISTRIBUTION, INC.
W129 N10825 WASHINGTON DRIVE
GERMANTOWN, WASHINGTON, WI 53022

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.406 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 8,208.00 |
|---|---|---|---|

ELROB INC. (DBA EL-COM SYSTEM SOLUTIONS)
12691 MONARCH ST
GARDEN GROVE, ORANGE COUNTY, CA 92841

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Part 2: | Additional Page |
|---------|-----------------|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.407** | **Nonpriority creditor's name and mailing address**

EMCOR ENCLOSURES LLC
2900 37TH ST NW, BUILDING 201
ROCHESTER, OLMSTEAD, MN 55901

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 60,168.43

---

**3.408** | **Nonpriority creditor's name and mailing address**

EMCOR ENCLOSURES LLC
2900 37TH ST NW, BUILDING 201
ROCHESTER, OLMSTEAD, MN 55901

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Uninvoiced Receipts

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Undetermined

---

**3.409** | **Nonpriority creditor's name and mailing address**

EMRE, SAHIN
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Claim Related to Employment

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Undetermined

---

**3.410** | **Nonpriority creditor's name and mailing address**

ENCORE STEEL BUILDING CO
8830 CENTRE STREET
SUITE 2
SOUTHAVEN, DESOTO, MS 38671

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 4,500.00

---

**3.411** | **Nonpriority creditor's name and mailing address**

ENCORE WELDING AND INDUSTRIAL SUPPLY, LLC
2675 TEMPLE AVE
SIGNAL HILL, LOS ANGELES, CA 90755

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 4,294.67

---

| **Part 2:** | **Additional Page** |
| --- | --- |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
| --- | --- |

**3.412** **Nonpriority creditor's name and mailing address**

ENCORE WELDING AND INDUSTRIAL SUPPLY, LLC
2675 TEMPLE AVE
SIGNAL HILL, LOS ANGELES, CA 90755

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Uninvoiced Receipts

$    Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.413** **Nonpriority creditor's name and mailing address**

ENG USA
55 W. MONROE STREET, SUITE 2575
CHICAGO, COOK, IL 60603

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$    1,365.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.414** **Nonpriority creditor's name and mailing address**

ENGINEERED MACHINING SOLUTIONS
200 W. GROVE AVE.
ORANGE, ORANGE, CA 92865

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$    54,600.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.415** **Nonpriority creditor's name and mailing address**

ENRIQUEZ, DAVID MANUEL
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Claim Related to Employment

$    Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.416** **Nonpriority creditor's name and mailing address**

ENRIQUEZ, JOSE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Claim Related to Employment

$    Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor | Virgin Orbit, LLC | | Case number (if known) | 23-10408 |
|---|---|---|---|---|
| | Name | | | |

---

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.417** **Nonpriority creditor's name and mailing address**

ENRIQUEZ, MATEO
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Claim Related to Employment

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Undetermined

---

**3.418** **Nonpriority creditor's name and mailing address**

ENTERPRISE RENT A CAR
PO BOX 402383
ATLANTA, ATLANTA, GA 30384-2383

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 92,959.64

---

**3.419** **Nonpriority creditor's name and mailing address**

ENTERPRISE RENT-A-CAR UK LIMITED
THE BATTLESHIP BUILDING, 179 HARROW ROAD
LONDON, LONDON,
UNITED KINGDOM

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,000.00

---

**3.420** **Nonpriority creditor's name and mailing address**

ENVOY, INC.
410 TOWNSEND, SUITE 410
SAN FRANCISCO, COCONINO, CA 94107

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 19,407.60

---

**3.421** **Nonpriority creditor's name and mailing address**

EQUISOLVE, INC.
3500 SW CORPORATE PARKWAY
SUITE 206
PALM CITY, MARTIN, FL 34990

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 2,097.00

---

| Debtor | Virgin Orbit, LLC | Case number (if known) | 23-10408 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.422** **Nonpriority creditor's name and mailing address**

ERIC RYAN BIPPERT
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 37,619.31

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.423** **Nonpriority creditor's name and mailing address**

ESQUIVEL FLORES, MYNOR DANIEL
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Claim Related to Employment

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.424** **Nonpriority creditor's name and mailing address**

EUNG, SAINGYOU
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Claim Related to Employment

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.425** **Nonpriority creditor's name and mailing address**

EUROFINS EAG MATERIAL SCIENCE, LLC
250 N NASH STREET
EL SEGUNDO, LOS ANGELES, CA 90245

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 14,895.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.426** **Nonpriority creditor's name and mailing address**

EUROTAINER US, INC.
5810 WILSON ROAD
SUITE 200
HUMBLE, HARRIS, TX 77396

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 8,685.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.427** Nonpriority creditor's name and mailing address

EXOTHERMICS, INC.
14 COLUMBIA DRIVE
AMHERST, HILLSBOROUGH, NH 3031

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Payable

$ 2,700.00

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.428** Nonpriority creditor's name and mailing address

EXPERIOR LABORATORIES
1635 IVES AVE.
OXNARD, VENTURA, CA 93010

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Payable

$ 29,770.00

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.429** Nonpriority creditor's name and mailing address

EXPERIS, US INC.
100 MANPOWER PLACE
MILWAUKEE, MILWAUKEE, WI 53212

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Payable

$ 60,433.47

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.430** Nonpriority creditor's name and mailing address

EXTREME ENGINEERING SOLUTIONS, INC.
9901 SILICON PRAIRIE PARKWAY
VERONA, DANE, WI 53593

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Payable

$ 390.00

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.431** Nonpriority creditor's name and mailing address

EZE TRUCKING, LLC (DBA RIG RUNNER)
519 N. SAM HOUSTON PARKWAY, E., SUITE 600
HOUSTON, HARRIS, TX 77060

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Payable

$ 32,975.78

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.432** **Nonpriority creditor's name and mailing address**

FAB METAL SHOP
2231 E CURRY STREET
LONG BEACH, LOS ANGELES, CA 90805

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 69,577.90

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.433** **Nonpriority creditor's name and mailing address**

FAHRNY, JAMES NICHOLAS
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Potential Claim

$ Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.434** **Nonpriority creditor's name and mailing address**

FAHRNY, JAMES NICHOLAS
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Claim Related to Employment

$ Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.435** **Nonpriority creditor's name and mailing address**

FAIRFIELD INN
422 W. TEHACHAPI BLVD.
TEHACHAPI, KERN, CA 93561

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 1,975.32

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.436** **Nonpriority creditor's name and mailing address**

FAIRFIELD INN
422 W. TEHACHAPI BLVD.
TEHACHAPI, KERN, CA 93561

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Uncashed Checks

$ Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

| **Part 2:** | **Additional Page** |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page.**

**Amount of claim**

---

**3.437** | **Nonpriority creditor's name and mailing address**

FALCON, CYNTHIA MARIE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Claim Related to Employment

$                Undetermined

**Date or dates debt was incurred**        Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.438** | **Nonpriority creditor's name and mailing address**

FAROOQ, ATIF
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Claim Related to Employment

$                Undetermined

**Date or dates debt was incurred**        Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.439** | **Nonpriority creditor's name and mailing address**

FASTENAL COMPANY
1618 SABOVICH ST.
MOJAVE, MOJAVE, CA, CA 93501

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$                29,978.46

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.440** | **Nonpriority creditor's name and mailing address**

FEDERAL EXPRESS
PO BOX 7221
PASADENA, LOS ANGELES, CA 91109-7321

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$                17,421.83

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.441** | **Nonpriority creditor's name and mailing address**

FEDEX FREIGHT
DEPT LA
PO BOX 21415
PASADENA, LOS ANGELES, CA 91185

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$                969.73

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

## Part 2:  Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.442** **Nonpriority creditor's name and mailing address**
FEREGRINO VEGA, MANUEL
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  Claim Related to Employment

$   Undetermined

Date or dates debt was incurred   Undetermined
Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

**3.443** **Nonpriority creditor's name and mailing address**
FERGUSON ENTERPRISES
1144 W. AVE L-12
LANCASTER, LOS ANGELAS, CA 93534

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Payable

$   8,790.13

Date or dates debt was incurred
Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

**3.444** **Nonpriority creditor's name and mailing address**
FERRAN CRUZ, JUAN GUILLERMO
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  Claim Related to Employment

$   Undetermined

Date or dates debt was incurred   Undetermined
Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

**3.445** **Nonpriority creditor's name and mailing address**
FIALA, RONALD MARTIN
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  Claim Related to Employment

$   Undetermined

Date or dates debt was incurred   Undetermined
Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

**3.446** **Nonpriority creditor's name and mailing address**
FINN, PATRICK
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  Claim Related to Employment

$   Undetermined

Date or dates debt was incurred   Undetermined
Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

| **Part 2:** | **Additional Page** |
| --- | --- |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
| --- | --- |

---

**3.447** **Nonpriority creditor's name and mailing address**

FIRST ADVANTAGE BACKGROUND SERVICES CORP.
ONE CONCOURSE PKWY SUITE 200
ATLANTA, FULTON, GA 30328

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 15,488.46

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.448** **Nonpriority creditor's name and mailing address**

FISHER SCIENTIFIC COMPANY, LLC.
300 INDUSTRY DR.
PITTSBURGH, ALLEGHENY, PA 15275

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 965.22

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.449** **Nonpriority creditor's name and mailing address**

FISHER SCIENTIFIC COMPANY, LLC.
300 INDUSTRY DR.
PITTSBURGH, ALLEGHENY, PA 15275

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Uninvoiced Receipts

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.450** **Nonpriority creditor's name and mailing address**

FLANZER, MATTHEW
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Claim Related to Employment

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.451** **Nonpriority creditor's name and mailing address**

FLEXLINE, INC
11 COLUMBUS AVE
KENILWORTH, UNION COUNTY, NJ 7033

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 50,875.01

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.452** | **Nonpriority creditor's name and mailing address**

FLEXLINE, INC
11 COLUMBUS AVE
KENILWORTH, UNION COUNTY, NJ 7033

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Uninvoiced Receipts

$ Undetermined

**Date or dates debt was incurred**  Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.453** | **Nonpriority creditor's name and mailing address**

FLEXTECH ENGINEERING, INC.
715 N MOUNTAIN AVE
SUITE 201
UPLAND, SAN BERNARDINO COUNTY, CA 91786

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 7,016.36

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.454** | **Nonpriority creditor's name and mailing address**

FLORES, ANGELINA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Claim Related to Employment

$ Undetermined

**Date or dates debt was incurred**  Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.455** | **Nonpriority creditor's name and mailing address**

FLORES, JORGE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Potential Claim

$ Undetermined

**Date or dates debt was incurred**  Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.456** | **Nonpriority creditor's name and mailing address**

FLUID MECHANICS VALVE COMPANY
12803 FM 529 RD
HOUSTON, HARRIS, TX 77041

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 15,579.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.457**

**Nonpriority creditor's name and mailing address**

FLUIDIC SYSTEMS
2655 SOUTH ORANGE AVENUE
SANTA ANA, ORANGE, CA 92707

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,150.80

---

**3.458**

**Nonpriority creditor's name and mailing address**

FLW INC.
5672 BOLSA AVE
HUNTINGTON BEACH, ORANGE, CA 92649

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Uninvoiced Receipts

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Undetermined

---

**3.459**

**Nonpriority creditor's name and mailing address**

FMR LLC DBA FIDELITY INVESTMENTS INSTITUTIONAL OPERATIONS COMPANY LLC
88 BLACK FALCON AVE., SUITE 167
BOSTON, SUFFOLK, MA 2210

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 6,054.28

---

**3.460**

**Nonpriority creditor's name and mailing address**

FONG, THOMAS
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Claim Related to Employment

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Undetermined

---

**3.461**

**Nonpriority creditor's name and mailing address**

FORSYTH, ROBERT THOMAS
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Claim Related to Employment

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Undetermined

| Debtor | Virgin Orbit, LLC | | Case number (if known) | 23-10408 |
|---|---|---|---|---|
| | Name | | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.462 Nonpriority creditor's name and mailing address**

FOSTER, NICHOLAS P
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Claim Related to Employment

$                    Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.463 Nonpriority creditor's name and mailing address**

FOWLER HIGH PRECISION
780 DEDHAM STREET, SUITE 900
CANTON, NORFOLK, MA 2021

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$                    1,857.97

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.464 Nonpriority creditor's name and mailing address**

FOWLER, TIFFANI
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Claim Related to Employment

$                    Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.465 Nonpriority creditor's name and mailing address**

FRANCIS, MARK PAUL
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Claim Related to Employment

$                    Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.466 Nonpriority creditor's name and mailing address**

FRANCISCO, MARGRETTE ANGELA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Claim Related to Employment

$                    Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.467** **Nonpriority creditor's name and mailing address**

FREEMAN MFG. & SUPPLY COMPANY
3152 S.E. LOOP 820
FORT WORTH, TARRANT, TX 76140

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 68.04

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.468** **Nonpriority creditor's name and mailing address**

FRENCH, CHRISTOPHER KEITH
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Claim Related to Employment

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.469** **Nonpriority creditor's name and mailing address**

FRICKE, JENIFER
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Claim Related to Employment

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.470** **Nonpriority creditor's name and mailing address**

FROCCHI, KAILEE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Claim Related to Employment

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.471** **Nonpriority creditor's name and mailing address**

FRONT PANEL EXPRESS, LLC
1015 CENTRAL AVE NORTH
KENT, KING, WA 98032

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 1,663.79

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.472** Nonpriority creditor's name and mailing address

FRONTIER COMMUNICATIONS
401 MERRITT 7
NORWALK, FAIRFIELD COUNTY, CT 6851

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 31,148.65

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.473** Nonpriority creditor's name and mailing address

FTR ENTERPRISES, LLC
167 KACHINA DRIVE
HENDERSON, CLARK, NV 89052

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 33,375.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.474** Nonpriority creditor's name and mailing address

FURBISH, NICHOLAS FRANK
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Claim Related to Employment

$ Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.475** Nonpriority creditor's name and mailing address

FUSCO, DAVID
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Claim Related to Employment

$ Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.476** Nonpriority creditor's name and mailing address

FUSION LLC
210 INTERSTATE N PKWY SUITE 300
ATLANTA, FULTON, GA 30339

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 37,830.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Part 2: | Additional Page | |
|---|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.477** | **Nonpriority creditor's name and mailing address**

GADD, JUAN PABLO
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Claim Related to Employment

$ Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.478** | **Nonpriority creditor's name and mailing address**

GAIKWAD, SANGRAM KRISHNA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Claim Related to Employment

$ Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.479** | **Nonpriority creditor's name and mailing address**

GALCO INDUSTRIAL ELECTRONICS, INC.
26010 PINEHURST DR
MADISON HEIGHTS, OAKLAND, MI 48071

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 4,649.48

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.480** | **Nonpriority creditor's name and mailing address**

GALCO INDUSTRIAL ELECTRONICS, INC.
26010 PINEHURST DR
MADISON HEIGHTS, OAKLAND, MI 48071

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Uninvoiced Receipts

$ Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.481** | **Nonpriority creditor's name and mailing address**

GAMBLE, DAVID BALDWIN
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Claim Related to Employment

$ Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

Debtor    Virgin Orbit, LLC
          Name

Case number (if known)    23-10408

| Part 2: | Additional Page |
| --- | --- |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
| --- | --- |

**3.482**

**Nonpriority creditor's name and mailing address**

GARCIA MORELOS, SAM
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Claim Related to Employment

$                        Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.483**

**Nonpriority creditor's name and mailing address**

GARCIA, ANGELICA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  Potential Claim

$                        Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.484**

**Nonpriority creditor's name and mailing address**

GARCIA, ANGELICA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Claim Related to Employment

$                        Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.485**

**Nonpriority creditor's name and mailing address**

GARCIA, CHRISTIAN XAVIER
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Claim Related to Employment

$                        Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.486**

**Nonpriority creditor's name and mailing address**

GARCIA, FRANCISCO
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  Potential Claim

$                        Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | Virgin Orbit, LLC | | Case number (if known) | 23-10408 |
|---|---|---|---|---|
| | Name | | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.487** **Nonpriority creditor's name and mailing address**

GARCIA, FRANCISCO
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Claim Related to Employment

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.488** **Nonpriority creditor's name and mailing address**

GARCIA, JONATHAN PAUL
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Claim Related to Employment

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.489** **Nonpriority creditor's name and mailing address**

GARCIA, MARIO
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Claim Related to Employment

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.490** **Nonpriority creditor's name and mailing address**

GARCILAZO, MISAEL AMILCAR
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Claim Related to Employment

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.491** **Nonpriority creditor's name and mailing address**

GARIBAY, JONATHAN
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Claim Related to Employment

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.492**  **Nonpriority creditor's name and mailing address**

GARLAND, STEVEN RICHARD
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Claim Related to Employment

$     Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.493**  **Nonpriority creditor's name and mailing address**

GARZA, MARIO
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  Potential Claim

$     Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.494**  **Nonpriority creditor's name and mailing address**

GEE, BAXTER
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Claim Related to Employment

$     Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.495**  **Nonpriority creditor's name and mailing address**

GENERAL DYNAMICS-OTS, INC.
11399 16TH COURT NORTH, SUITE 200
ST. PETERSBURG, PINELLAS COUNTY, FL 33716

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$     31,619.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.496**  **Nonpriority creditor's name and mailing address**

GENERAL UNDERGROUND FIRE PROTECTION
PO BOX 29830
ANAHEIM, LOS ANGELES, CA 92809

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$     20.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | Virgin Orbit, LLC | | Case number (if known) | 23-10408 |
|---|---|---|---|---|
| | Name | | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.497** | **Nonpriority creditor's name and mailing address**

GERMAIN, TROY
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Claim Related to Employment

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.498** | **Nonpriority creditor's name and mailing address**

GERMANI, MICHAEL JOSEPH
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Claim Related to Employment

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.499** | **Nonpriority creditor's name and mailing address**

GET HOOKED CRANE SERVICE, INC
43759 15TH ST WEST #505
LANCASTER, LOS ANGELES, CA 93534

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 8,873.05

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.500** | **Nonpriority creditor's name and mailing address**

GIBBS, TEENA J
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Claim Related to Employment

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.501** | **Nonpriority creditor's name and mailing address**

GIL, OSCAR ANDRE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Claim Related to Employment

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.502** **Nonpriority creditor's name and mailing address**

GILCHRIST, KEVIN
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Claim Related to Employment

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.503** **Nonpriority creditor's name and mailing address**

GILMORE, TRENT CHARLES
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Claim Related to Employment

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.504** **Nonpriority creditor's name and mailing address**

GINGISS, ANTHONY JOHN
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Claim Related to Employment

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.505** **Nonpriority creditor's name and mailing address**

GIOFFREDI, CHARLES
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Claim Related to Employment

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.506** **Nonpriority creditor's name and mailing address**

GLENAIR, INC
1211 AIR WAY
GLENDALE, LOS ANGELES, CA 91201

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 34,322.84

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| **Part 2:** | **Additional Page** |
| --- | --- |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
| --- | --- |

**3.507** | **Nonpriority creditor's name and mailing address**

GLOBAL INDUSTRIAL
29833 NETWORK PLACE
CHICAGO, COOK, IL 60673

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$    8,231.16

---

**3.508** | **Nonpriority creditor's name and mailing address**

GLOBAL INDUSTRIAL
29833 NETWORK PLACE
CHICAGO, COOK, IL 60673

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Uninvoiced Receipts

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$    Undetermined

---

**3.509** | **Nonpriority creditor's name and mailing address**

GLOBAL O-RING AND SEAL, LLC
4250 N SAM HOUSTON PKWY E STE 100
HOUSTON, HARRIS, TX 77032

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$    288.38

---

**3.510** | **Nonpriority creditor's name and mailing address**

GODOY, AMANDA JANE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Claim Related to Employment

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$    Undetermined

---

**3.511** | **Nonpriority creditor's name and mailing address**

GODWIN GLOBAL, INCORPORATED
1151 BISCAYNE DRIVE
CONCORD, CABARRUS COUNTY, NC 28027

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$    10,560.00

| Debtor | Virgin Orbit, LLC | | Case number (if known) | 23-10408 |
|---|---|---|---|---|
| | Name | | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.512** **Nonpriority creditor's name and mailing address**

GOLD, JEFFREY
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Claim Related to Employment

$                    Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.513** **Nonpriority creditor's name and mailing address**

GOLDSTEIN, JESSE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Claim Related to Employment

$                    Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.514** **Nonpriority creditor's name and mailing address**

GOMEZ, ANDREW RAFAEL
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Claim Related to Employment

$                    Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.515** **Nonpriority creditor's name and mailing address**

GOMEZ, JOSE RAFAEL
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Claim Related to Employment

$                    Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.516** **Nonpriority creditor's name and mailing address**

GOMEZ, RUBEN
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Claim Related to Employment

$                    Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor | Virgin Orbit, LLC | Case number (if known) | 23-10408 |
|---|---|---|---|
| | Name | | |

<table>
<tr><td colspan="2"><strong>Part 2:</strong></td><td><strong>Additional Page</strong></td></tr>
</table>

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.517** **Nonpriority creditor's name and mailing address**

GOMMI, ZACHARY
ADDRESS ON FILE

$      Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Claim Related to Employment

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.518** **Nonpriority creditor's name and mailing address**

GONZALEZ, DANIEL
ADDRESS ON FILE

$      Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Claim Related to Employment

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.519** **Nonpriority creditor's name and mailing address**

GONZALEZ, MAXIMILIANO
ADDRESS ON FILE

$      Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Claim Related to Employment

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.520** **Nonpriority creditor's name and mailing address**

GONZALEZ, RANCE
ADDRESS ON FILE

$      Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Claim Related to Employment

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.521** **Nonpriority creditor's name and mailing address**

GONZALEZ, REYANN
ADDRESS ON FILE

$      Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Claim Related to Employment

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

| 3.522 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ Undetermined |
|---|---|---|---|

GORE, KYLE
ADDRESS ON FILE

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Claim Related to Employment

**Date or dates debt was incurred**    Undetermined

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

---

| 3.523 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 96,790.26 |
|---|---|---|---|

GP:50 NEW YORK, LTD
2770 LONG RD.
GRAND ISLAND, ERIE, NY 14072

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

---

| 3.524 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 3,475.55 |
|---|---|---|---|

GRAINGER INDUSTRIAL SUPPLY
100 GRAINGER PARKWAY
LAKE FOREST, LAKE, IL 60045-5201

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

---

| 3.525 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ Undetermined |
|---|---|---|---|

GRAINGER INDUSTRIAL SUPPLY
100 GRAINGER PARKWAY
LAKE FOREST, LAKE, IL 60045-5201

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Uninvoiced Receipts

**Date or dates debt was incurred**    Undetermined

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

---

| 3.526 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 1,336.86 |
|---|---|---|---|

GRAPHTEC AMERICA, INC.
17462 ARMSTRONG AVE.
IRVINE, ORANGE COUNTY, CA 92614

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

**Part 2:** **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.527** **Nonpriority creditor's name and mailing address**

GRASSL, ROLAND REINHOLD
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Claim Related to Employment

$      Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.528** **Nonpriority creditor's name and mailing address**

GRAYBAR ELECTRIC COMPANY
34 N. MERAMEC AVENUE
ST. LOUIS, ST. LOUIS, MO 63105

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$      88,932.99

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.529** **Nonpriority creditor's name and mailing address**

GRAYLOC PRODUCTS, INC
11915 FM 529
HOUSTON, HARRIS, TX 77041

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$      20,002.98

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.530** **Nonpriority creditor's name and mailing address**

GRAYLOC PRODUCTS, INC
11915 FM 529
HOUSTON, HARRIS, TX 77041

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Uninvoiced Receipts

$      Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.531** **Nonpriority creditor's name and mailing address**

GREMBOWSKI, BRIANNA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Claim Related to Employment

$      Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.532** **Nonpriority creditor's name and mailing address**

GRIFFIN, LUCAS
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Claim Related to Employment

$ Undetermined

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.533** **Nonpriority creditor's name and mailing address**

GRINNELL, TYLER JAMES
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Claim Related to Employment

$ Undetermined

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.534** **Nonpriority creditor's name and mailing address**

GRIZZELL, KENNETH WILLIAM
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Claim Related to Employment

$ Undetermined

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.535** **Nonpriority creditor's name and mailing address**

GROUND STATION MEXICO, SA DE CV
PONIENTE 118 NO. 363, COL. MAXIMINO AVILA CAMACHO
CP 07380
MEXICO

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Intercompany Payable

$ 7,098.31

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.536** **Nonpriority creditor's name and mailing address**

GRUBHUB HOLDINGS, INC. DBA GRUBHUB FOR WORK
23422 MILL CREEK DR
#210
LAGUNA HILLS, ORANGE, CA 92653

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 11,290.83

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.537**   **Nonpriority creditor's name and mailing address**

GRUVER, MICHAEL
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Claim Related to Employment

$                    Undetermined

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.538**   **Nonpriority creditor's name and mailing address**

GTT COMMUNICATIONS, INC
7900 TYSONS ONE PLACE, SUITE 1450
MCLEAN, FAIRFAX, VA 22102

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$                    8,041.70

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.539**   **Nonpriority creditor's name and mailing address**

GUADAN, PETER BEAS
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Potential Claim

$                    Undetermined

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.540**   **Nonpriority creditor's name and mailing address**

GUARDIAN
P.O. BOX 824404
PHILADELPHIA, PHILADELPHIA, PA 19182-4404

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$                    104,075.51

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.541**   **Nonpriority creditor's name and mailing address**

GUARDIAN SAFE OPERATOR TRAINING LLC
118 CLEARWOOD AVE.
RIVERSIDE, RIVERSIDE, CA 92506

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$                    16,800.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Part 2: | Additional Page | |
|---|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.542** **Nonpriority creditor's name and mailing address**

GUERRERO, ADRIAN R
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Claim Related to Employment

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.543** **Nonpriority creditor's name and mailing address**

GUEVARA, MARIO
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Claim Related to Employment

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.544** **Nonpriority creditor's name and mailing address**

GUNDERSON, DANIEL
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Claim Related to Employment

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.545** **Nonpriority creditor's name and mailing address**

GURROLA, BRETT ANTHONY
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Claim Related to Employment

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.546** **Nonpriority creditor's name and mailing address**

GUTIERREZ, CHRISTOPHER
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Claim Related to Employment

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.547** **Nonpriority creditor's name and mailing address**

HA, SON
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Claim Related to Employment

$                    Undetermined

**Date or dates debt was incurred**        Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.548** **Nonpriority creditor's name and mailing address**

HAAS FACTORY OUTLET, LLC
580 MADRID AVE.
TORRANCE, LOS ANGELES, CA 90501

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$                    1,258.58

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.549** **Nonpriority creditor's name and mailing address**

HABONIM INDUSTRIAL VALVES & ACTUATORS- NORTH AMERICA, INC
22 RIVERVIEW DRIVE, SUITE 130/201
WAYNE, PASSAIC, NJ 7470

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$                    9,546.22

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.550** **Nonpriority creditor's name and mailing address**

HADCO METAL TRADING CO, LLC
555 STATE ROAD
BENSALEM, PHILADELPHIA, PA 19020

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$                    7,451.95

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.551** **Nonpriority creditor's name and mailing address**

HAGELMANN, JONATHAN E
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Claim Related to Employment

$                    Undetermined

**Date or dates debt was incurred**        Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.552**   **Nonpriority creditor's name and mailing address**

HAHN, JEEYEON
ADDRESS ON FILE

$     Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Claim Related to Employment

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.553**   **Nonpriority creditor's name and mailing address**

HAIGH-FARR, INC.
43 HARVEY RD
BEDFORD, HILLSBORO, NH 3110

$     82,815.10

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.554**   **Nonpriority creditor's name and mailing address**

HAIGH-FARR, INC.
43 HARVEY RD
BEDFORD, HILLSBORO, NH 3110

$     Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Uninvoiced Receipts

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.555**   **Nonpriority creditor's name and mailing address**

HAIMER USA LLC
134 E HILL STREET
VILLA PARK, DUPAGE, IL 60181

$     471.93

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.556**   **Nonpriority creditor's name and mailing address**

HALAMANDARIS, GEORGE PHILLIP
ADDRESS ON FILE

$     Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Claim Related to Employment

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

## Part 2:  Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.557** **Nonpriority creditor's name and mailing address**

HALLER, BRENDA TERESE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Claim Related to Employment

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$    Undetermined

---

**3.558** **Nonpriority creditor's name and mailing address**

HAMILTON CASTER & MFG. CO.
1637 DIXIE HIGHWAY
HAMILTON, BUTLER, OH 45011

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$    2,110.88

---

**3.559** **Nonpriority creditor's name and mailing address**

HAMILTON, JOSEPH ROBERT
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Claim Related to Employment

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$    Undetermined

---

**3.560** **Nonpriority creditor's name and mailing address**

HAMPTON INN
3771 LAKEWOOD BLVD
LONG BEACH, LOS ANGELES, CA 90808

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$    1,189.18

---

**3.561** **Nonpriority creditor's name and mailing address**

HARMONY BUSINESS SUPPLIES
12721 WESTERN AVE
GARDEN GROVE, ORANGE, CA 92846-9998

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$    1,754.92

---

**Part 2:**  **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
| --- | --- |

**3.562** **Nonpriority creditor's name and mailing address**

HARMONY BUSINESS SUPPLIES
12721 WESTERN AVE
GARDEN GROVE, ORANGE, CA 92846-9998

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Uninvoiced Receipts

$                    Undetermined

**Date or dates debt was incurred**      Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.563** **Nonpriority creditor's name and mailing address**

HATHAWAY, KEITH ALEX
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Claim Related to Employment

$                    Undetermined

**Date or dates debt was incurred**      Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.564** **Nonpriority creditor's name and mailing address**

HAYES, PATRICK
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Claim Related to Employment

$                    Undetermined

**Date or dates debt was incurred**      Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.565** **Nonpriority creditor's name and mailing address**

HAZMAT SAFETY CONSULTING, LLC
1765 DUKE STREET
ALEXANDRIA, ALEXANDRIA, VA 22314

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$                    1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.566** **Nonpriority creditor's name and mailing address**

HELLMUTH, OBATA & KASSABAUM, INC.
9530 JEFFERSON BLVD
CULVER CITY, LOS ANGELES, CA 90232

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$                    10,869.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| **Part 2:** | **Additional Page** |
| --- | --- |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
| --- | --- |

**3.567**

**Nonpriority creditor's name and mailing address**
HELLOFS, DARRELL
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Claim Related to Employment

$ Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.568**

**Nonpriority creditor's name and mailing address**
HENDRIKSE, MARC
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Claim Related to Employment

$ Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.569**

**Nonpriority creditor's name and mailing address**
HERA TECHNOLOGIES, LLC
1055 E. FRANCIS ST.
ONTARIO, SAN BERNARDINO, CA 91761

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 313,865.98

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.570**

**Nonpriority creditor's name and mailing address**
HERA TECHNOLOGIES, LLC
1055 E. FRANCIS ST.
ONTARIO, SAN BERNARDINO, CA 91761

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Uninvoiced Receipts

$ Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.571**

**Nonpriority creditor's name and mailing address**
HERC RENTALS
45710 NORTH 23RD ST. WEST
LANCASTER, LOS ANGELES, CA 93536

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 96,696.22

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |

---

**3.572** **Nonpriority creditor's name and mailing address**

HEREDIA BARRERA, HUGO
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Claim Related to Employment

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.573** **Nonpriority creditor's name and mailing address**

HERNANDEZ, ADRIAN
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Claim Related to Employment

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.574** **Nonpriority creditor's name and mailing address**

HERNANDEZ, EDDIE NOE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Claim Related to Employment

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.575** **Nonpriority creditor's name and mailing address**

HERNANDEZ, ELY
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Claim Related to Employment

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.576** **Nonpriority creditor's name and mailing address**

HERNANDEZ, PETE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential Claim

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**Part 2:    Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.577**

**Nonpriority creditor's name and mailing address**

HERNANDEZ, VILMA F
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Claim Related to Employment

$                    Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.578**

**Nonpriority creditor's name and mailing address**

HERRERA, ALFONSO
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Claim Related to Employment

$                    Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.579**

**Nonpriority creditor's name and mailing address**

HERRERA, EDDIE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Claim Related to Employment

$                    Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.580**

**Nonpriority creditor's name and mailing address**

HERRERA, VICENTE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Claim Related to Employment

$                    Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.581**

**Nonpriority creditor's name and mailing address**

HEXAGON METROLOGY, INC
250 CIRCUIT DRIVE
NO. KINGSTON, WASHINGTON, RI 2852

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$                    120,229.44

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.582** **Nonpriority creditor's name and mailing address**

HEXAGON METROLOGY, INC
250 CIRCUIT DRIVE
NO. KINGSTON, WASHINGTON, RI 2852

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Uninvoiced Receipts

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.583** **Nonpriority creditor's name and mailing address**

HEXCEL CORPORATION
11711 DUBLIN BOULEVARD
DUBLIN, ALAMEDA, CA 94568-2832

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 11,523.84

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.584** **Nonpriority creditor's name and mailing address**

HIDALGO, JORGE R
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Claim Related to Employment

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.585** **Nonpriority creditor's name and mailing address**

HIGGINS, RUSSELL GORDON
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Claim Related to Employment

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.586** **Nonpriority creditor's name and mailing address**

HIGH DESERT WILDLIFE CONTROL
10418 HIGHLAND AVE #995
LUCERNE VALLEY, SAN BERNARDINO, CA 92356

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Uncashed Check

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.587** **Nonpriority creditor's name and mailing address**

HIGH PRESSURE TECHNOLOGIES LLC
24895 AVE ROCKEFELLER
VALENCIA, LOS ANGELES, CA 91355

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 42,802.50

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.588** **Nonpriority creditor's name and mailing address**

HIGHTOWER, SIGMUND
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Claim Related to Employment

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.589** **Nonpriority creditor's name and mailing address**

HILL, JUSTIN MANNAN
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Claim Related to Employment

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.590** **Nonpriority creditor's name and mailing address**

HI-TEMP INSULATION, INC.
4700 CALLE ALTO STREET
CAMARILLO, VENTURA, CA 93012

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 42,785.49

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.591** **Nonpriority creditor's name and mailing address**

HITTU, EDWARD
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Claim Related to Employment

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.592**

**Nonpriority creditor's name and mailing address**

HO, NGHIA
ADDRESS ON FILE

$       Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Claim Related to Employment

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.593**

**Nonpriority creditor's name and mailing address**

HO, TIMOTHY TIN-YIN
ADDRESS ON FILE

$       Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Claim Related to Employment

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.594**

**Nonpriority creditor's name and mailing address**

HOFFER FLOW CONTROLS, INC
107 KITTY HAWK LANE
ELIZABETH CITY, PASQUOTANK, NC 27909

$       2,314.80

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.595**

**Nonpriority creditor's name and mailing address**

HOFFER FLOW CONTROLS, INC
107 KITTY HAWK LANE
ELIZABETH CITY, PASQUOTANK, NC 27909

$       Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Uninvoiced Receipts

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.596**

**Nonpriority creditor's name and mailing address**

HOLLANDER, MAXIMILIAN
ADDRESS ON FILE

$       Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Claim Related to Employment

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.597** | **Nonpriority creditor's name and mailing address**

HOLLING, BLAZIE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Claim Related to Employment

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$   Undetermined

---

**3.598** | **Nonpriority creditor's name and mailing address**

HOME DEPOT
DEPT 32 - 2541934869
PO BOX 78047
PHOENIX, PHOENIX, AZ 85062-8047

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Uninvoiced Receipts

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$   Undetermined

---

**3.599** | **Nonpriority creditor's name and mailing address**

HOME SATELLITE (DBA SAMUEL SANCHEZ)
839 STANFORD AVE.
CHULA VISTA, SAN DIEGO COUNTY, CA 91913

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$   1,200.00

---

**3.600** | **Nonpriority creditor's name and mailing address**

HOO, JUSON
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Claim Related to Employment

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$   Undetermined

---

**3.601** | **Nonpriority creditor's name and mailing address**

HOOTON, CHAU WALLACE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Claim Related to Employment

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$   Undetermined

---

<table>
<tr><td colspan="2"><strong>Part 2:</strong>   <strong>Additional Page</strong></td></tr>
</table>

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.602** **Nonpriority creditor's name and mailing address**

HOSE, ZACHARY
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Claim Related to Employment

$             Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.603** **Nonpriority creditor's name and mailing address**

HOWARD-POWER, INC.
PO BOX 1229
ROSAMOND, KERN, CA 93560

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$             25,193.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.604** **Nonpriority creditor's name and mailing address**

HUERTA, MICHAEL S.
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Claim Related to Employment

$             Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.605** **Nonpriority creditor's name and mailing address**

HUNZIKER, JAMIE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Claim Related to Employment

$             Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.606** **Nonpriority creditor's name and mailing address**

HURST, CHRISTOPHER
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Claim Related to Employment

$             Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.607**

**Nonpriority creditor's name and mailing address**

HYPERBIT DESIGNS LLC
7130 INDIGO WAY
BUENA PARK, ORANGE, CA 90621

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 44,975.00

---

**3.608**

**Nonpriority creditor's name and mailing address**

IBASET, INC.
26812 VISTA TERRACE
LAKE FOREST, ORANGE, CA 92630

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 28,542.50

---

**3.609**

**Nonpriority creditor's name and mailing address**

ICR OPCO, LLC
761 MAIN AVE
NORWALK, FAIRFIELD, CT 6851

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 62,400.00

---

**3.610**

**Nonpriority creditor's name and mailing address**

ICREATE GRAPHIX INC
1950 FREEMAN AVE
SIGNAL HILL, LOS ANGELES, CA 90755

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 1,484.33

---

**3.611**

**Nonpriority creditor's name and mailing address**

IHS GLOBAL INC.
15 INVERNESS WAY EAST
ENGLEWOOD, ARAPAHOE, CO 80112

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 600.00

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.612** | **Nonpriority creditor's name and mailing address**

ILCO INDUSTRIES
1308 W. MAHALO PLACE
RANCHO DOMINGUEZ, LOS ANGELES COUNTY, CA 90220

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 16,485.00

---

**3.613** | **Nonpriority creditor's name and mailing address**

INDEED INC.
177 BROAD STREET 6TH FLOOR
STAMFORD, FAIRFIELD, CT 6901

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 3,300.00

---

**3.614** | **Nonpriority creditor's name and mailing address**

INDEPENDENT INK INCORPORATED
13700 S. GRAMERCY PLACE
GARDENA, LOS ANGELES, CA 90249

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,142.03

---

**3.615** | **Nonpriority creditor's name and mailing address**

INDUSTRIAL AUTOMATION & ENCLOSURE INC
224 N FEHR WAY
BAY SHORE, SUFFOLK, NY 11706

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 191.15

---

**3.616** | **Nonpriority creditor's name and mailing address**

INDUSTRIAL ELECTRIC MACHINERY
1331 BALTIMORE STREET
LONGVIEW, COWLITZ, WA 98632

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 4,517.81

| Part 2: | Additional Page | |
|---|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.617** | **Nonpriority creditor's name and mailing address**

INDUSTRIAL TRAINING SERVICES UK LTD
7 MARTIN RD, TREMORFA INDUSTRIAL ESTATE
CARDIFF, CF24 5SD
UNITED KINGDOM

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$      744.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.618** | **Nonpriority creditor's name and mailing address**

INERT CORPORATION
ONE INDUSTRIAL WAY
AMESBURY, ESSEX, MA 1913

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$      1,962.68

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.619** | **Nonpriority creditor's name and mailing address**

INGRAHAM, CHRISTOPHER WELLS
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Claim Related to Employment

$      Undetermined

**Date or dates debt was incurred**  Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.620** | **Nonpriority creditor's name and mailing address**

INSIGHT INVESTMENT HOLDINGS, LLC DBA RED8 LLC
611 ANTON BLVD. SUITE 700
COSTA MESA, ORANGE COUNTY, CA 92628

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$      112,096.37

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.621** | **Nonpriority creditor's name and mailing address**

INSIGHT INVESTMENT HOLDINGS, LLC DBA RED8 LLC
611 ANTON BLVD. SUITE 700
COSTA MESA, ORANGE COUNTY, CA 92628

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Uninvoiced Receipts

$      Undetermined

**Date or dates debt was incurred**  Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.622** Nonpriority creditor's name and mailing address

INSTRON
825 UNIVERSITY AVENUE
NORWOOD, NORFOLK, MA 2062

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Payable

$ 19,585.81

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.623** Nonpriority creditor's name and mailing address

INSULATION SUPPLY
1901 HARPERS WAY
TORRANCE, LOS ANGELES, CA 90501

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Payable

$ 821.29

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.624** Nonpriority creditor's name and mailing address

INSUL-THERM INTERNATIONAL, INC
6651 E. 26TH STREET
COMMERCE, LOS ANGELES, CA 90040

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Payable

$ 461.80

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.625** Nonpriority creditor's name and mailing address

IN-TEC, INC.
75 MALAGA COVE PLAZA
SUITE 2
PALOS VERDES ESTATES, LOS ANGELES, CA 90274

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Payable

$ 166.00

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.626** Nonpriority creditor's name and mailing address

IN-TEC, INC.
75 MALAGA COVE PLAZA
SUITE 2
PALOS VERDES ESTATES, LOS ANGELES, CA 90274

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim:  Uninvoiced Receipts

$ Undetermined

Date or dates debt was incurred    Undetermined

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

| **Part 2:** | **Additional Page** | |
|---|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | | Amount of claim |
|---|---|---|

**3.627** | **Nonpriority creditor's name and mailing address**

INTEGRATED BEHAVIORAL HEALTH, INC. DBA UPRISE HEALTH
2 PARK PLAZA, SUITE 1200
IRVINE, ORANGE, CA 92614

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,120.00

---

**3.628** | **Nonpriority creditor's name and mailing address**

INTERCOMP COMPANY
3839 COUNTY RD 116
MEDINA, HENNEPIN, MN 55340

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 3,245.03

---

**3.629** | **Nonpriority creditor's name and mailing address**

INTERFACE, INC
INTERFACE, INC
7401 E BUTHERUS DR.
SCOTTSDALE, MARICOPA, AZ 85260

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 170,326.32

---

**3.630** | **Nonpriority creditor's name and mailing address**

INTERSTATE PRODUCTS, INC.
6561 PALMER PARK CIRCLE SUITE A
SARASOTA, SARASOTA, FL 34238

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,569.56

---

**3.631** | **Nonpriority creditor's name and mailing address**

INTRADO DIGITAL MEDIA, LLC
11650 MIRACLE HILLS DRIVE
OMAHA, DOUGLAS, NE 68154

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,060.00

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.632**  **Nonpriority creditor's name and mailing address**

IQPS, INC.
6F RENGO FUKUOKA TENJIN BUILDING
1-15-35
TENJIN
CHUO-KU
FUKUOKA CITY, 810-0001
JAPAN

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer Contract Milestone & Deposit Payments

$                                          5,477,020.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.633**  **Nonpriority creditor's name and mailing address**

IRVING, LANCE G
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Claim Related to Employment

$                                          Undetermined

**Date or dates debt was incurred**        Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.634**  **Nonpriority creditor's name and mailing address**

ISAAC, ADRIAN
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Claim Related to Employment

$                                          Undetermined

**Date or dates debt was incurred**        Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.635**  **Nonpriority creditor's name and mailing address**

ISIS - INNOVATIVE SOLUTIONS IN SPACE BV
MOTORENWEG 23
2623 CR, DELFT,
NETHERLANDS

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$                                          6,437.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.636**  **Nonpriority creditor's name and mailing address**

ISIS - INNOVATIVE SOLUTIONS IN SPACE BV
MOTORENWEG 23
2623 CR, DELFT,
NETHERLANDS

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Uninvoiced Receipts

$                                          Undetermined

**Date or dates debt was incurred**        Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.637** | **Nonpriority creditor's name and mailing address**

IT CONVERGENCE
320 DECKER DR STE 100
IRVING, DALLAS, TX 75062-4129

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 264,971.58

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.638** | **Nonpriority creditor's name and mailing address**

J. HARRIS INDUSTRIAL WATER TREATMENT, INC. (DBA PURETEC INDUSTRIAL WATER)
3151 STURGIS ROAD
OXNARD, VENTURA, CA 93030

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 3,190.78

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.639** | **Nonpriority creditor's name and mailing address**

JACALONE, TRAVIS
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Claim Related to Employment

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.640** | **Nonpriority creditor's name and mailing address**

JACKSON, JAMES E
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Claim Related to Employment

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.641** | **Nonpriority creditor's name and mailing address**

JACM HOLDINGS, INC.
4022 E CONANT STREET
LONG BEACH, CA 90808

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Intercompany Payable

$ 146,666.65

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.642**  **Nonpriority creditor's name and mailing address**

JACOB, MANHAL NASSER
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Claim Related to Employment

$ Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.643**  **Nonpriority creditor's name and mailing address**

JANJUA, FAIZAN
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Claim Related to Employment

$ Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.644**  **Nonpriority creditor's name and mailing address**

JANSENS AIRCRAFT SYSTEMS CONTROLS
2303 W. ALAMEDA DRIVE
TEMPE, MARICOPA, AZ 85282

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 28,552.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.645**  **Nonpriority creditor's name and mailing address**

JARVIS, DANIEL PAUL
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Claim Related to Employment

$ Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.646**  **Nonpriority creditor's name and mailing address**

JASKIRAN'S LLC (DBA MOJAVE SUBWAY SANDWICHES)
16048 SIERRA HWY
MOJAVE, SAN BERNARDINO, CA 93501

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 106.64

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

| 3.647 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 29,663.91 |
|---|---|---|---|

JBW PRECISION, INC.
2650 LAVERY COURT
NEWBURY PARK, VENTURA, CA 91320

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.648 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ Undetermined |
|---|---|---|---|

JENSEN, KAEHUKAI EDWARD
ADDRESS ON FILE

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Claim Related to Employment

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.649 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 4,639.00 |
|---|---|---|---|

JET TEK
12075 34TH ST., N.
ST. PETERSBURG, PINELLAS, FL 33716

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.650 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ Undetermined |
|---|---|---|---|

JIMENEZ, ANDREW STEVEN
ADDRESS ON FILE

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Claim Related to Employment

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.651 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ Undetermined |
|---|---|---|---|

JIMENEZ, ERNEST JASON
ADDRESS ON FILE

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Claim Related to Employment

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.652**  **Nonpriority creditor's name and mailing address**

JIMENEZ, JOHNNY ROBERT
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Claim Related to Employment

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.653**  **Nonpriority creditor's name and mailing address**

JK ENGINEERING AEROSPACE & DEFENSE
23231 LA PALMA AVENUE
YORBA LINDA, ORANGE, CA 92887

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 24,009.48

---

**3.654**  **Nonpriority creditor's name and mailing address**

JOHN ARNERICH (DBA CONTAINER OUTLET)
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 4,850.64

---

**3.655**  **Nonpriority creditor's name and mailing address**

JOHN ARNERICH (DBA CONTAINER OUTLET)
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Uninvoiced Receipts

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.656**  **Nonpriority creditor's name and mailing address**

JOHN P. STOPHER, LLC
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 38,424.80

---

| Debtor | Virgin Orbit, LLC | Case number (if known) | 23-10408 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.657** | **Nonpriority creditor's name and mailing address**

JOHN TO GO
4 CAROL AVE.
WEST HAVERSTRAW, ROCKLAND COUNTY, NY 10993

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 25,740.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.658** | **Nonpriority creditor's name and mailing address**

JOHNSON, GARY
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Claim Related to Employment

$ Undetermined

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.659** | **Nonpriority creditor's name and mailing address**

JOHNSON, MARLON
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Claim Related to Employment

$ Undetermined

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.660** | **Nonpriority creditor's name and mailing address**

JOHNSON, TREVOR
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Claim Related to Employment

$ Undetermined

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.661** | **Nonpriority creditor's name and mailing address**

JOHNSTON, KEVIN
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Claim Related to Employment

$ Undetermined

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Part 2: | Additional Page |
| --- | --- |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
| --- | --- |

---

**3.662** **Nonpriority creditor's name and mailing address**

JONES, CHARLES A
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Claim Related to Employment

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    Undetermined

---

**3.663** **Nonpriority creditor's name and mailing address**

JONES, KEVIN PAYNE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Claim Related to Employment

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    Undetermined

---

**3.664** **Nonpriority creditor's name and mailing address**

JONES, KEVON ONEAL
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Potential Claim

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    Undetermined

---

**3.665** **Nonpriority creditor's name and mailing address**

JONES, KEVON ONEAL
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Claim Related to Employment

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    Undetermined

---

**3.666** **Nonpriority creditor's name and mailing address**

JONES, RYAN SCOTT
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Claim Related to Employment

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    Undetermined

---

| **Part 2:** | **Additional Page** |
| --- | --- |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
| --- | --- |

**3.667** **Nonpriority creditor's name and mailing address**

JONES-SICKLER, ERIN KELLY
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Claim Related to Employment

$    Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.668** **Nonpriority creditor's name and mailing address**

JPMORGAN CHASE BANK NA
PO BOX 15918
MAIL SUITE DE1-1404
WILMINGTON, DE 19850

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Balance

$    Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.669** **Nonpriority creditor's name and mailing address**

JRI, INC
31280 LA BAYA DRIVE
WESTLAKE VILLAGE, VENTURA, CA 91362

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$    123,524.83

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.670** **Nonpriority creditor's name and mailing address**

JUAREZ, CESAR A
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Potential Claim

$    Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.671** **Nonpriority creditor's name and mailing address**

JUDGE TECHNICAL SERVICES, INC.
151 S WARNER ROAD
WAYNE, CHESTER, PA 19087

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$    58,141.69

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor | Virgin Orbit, LLC | Case 23-10408-KBO   Doc 4   Filed 04/24/23   Page 324 of 626 |
|--------|-------------------|-----------|

Case number (if known)   23-10408

Name

---

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.672** **Nonpriority creditor's name and mailing address**

KADAN CONSULTANTS INC.
1600 EAST 33RD STREET, UNIT A
LONG BEACH, LOS ANGELES, CA 90807

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 43,109.07

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.673** **Nonpriority creditor's name and mailing address**

KAISER FOUNDATION HEALTH PLAN INC.
ONE KAISER PLAZA 15L
OAKLAND, ALAMEDA, CA 94612

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 154,557.04

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.674** **Nonpriority creditor's name and mailing address**

KANG, RONALD
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Claim Related to Employment

$ Undetermined

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.675** **Nonpriority creditor's name and mailing address**

KARLS HARDWARE
2300 STATE HIGHWAY 58
MOJAVE, KERN, CA 93501

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 310.86

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.676** **Nonpriority creditor's name and mailing address**

KASTLE SYSTEMS LLC
6402 ARLINGTON BLVD
FALLS CHURCH, FAIRFAX, VA 22042

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 676.22

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.677** | **Nonpriority creditor's name and mailing address**

KAVENEY, MICHAEL EDWARD
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Claim Related to Employment

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.678** | **Nonpriority creditor's name and mailing address**

KAWASAKI, RUSSELL
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Claim Related to Employment

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.679** | **Nonpriority creditor's name and mailing address**

KENMORE LABEL AND TAG
30625 SOLON ROAD
SOLON, CUYAHOYA, OH 44139

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Uninvoiced Receipts

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.680** | **Nonpriority creditor's name and mailing address**

KEO, SOCHANNARA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Claim Related to Employment

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.681** | **Nonpriority creditor's name and mailing address**

KERNYTSKYY, OLEH
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Claim Related to Employment

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor | Virgin Orbit, LLC | Case number (if known) | 23-10408 |
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.682** | **Nonpriority creditor's name and mailing address**

KHONG, BRANDON KHIEM TRONG
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Claim Related to Employment

$      Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.683** | **Nonpriority creditor's name and mailing address**

KHORSHIDI, PEDRAM
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Claim Related to Employment

$      Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.684** | **Nonpriority creditor's name and mailing address**

KINETEK
24050 MADISON STREET, STE 207
TORRANCE, LOS ANGELES, CA 90505

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$      2,762.56

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.685** | **Nonpriority creditor's name and mailing address**

KINETEK
24050 MADISON STREET, STE 207
TORRANCE, LOS ANGELES, CA 90505

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Uninvoiced Receipts

$      Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.686** | **Nonpriority creditor's name and mailing address**

KINSLOW, THOMAS
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Claim Related to Employment

$      Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor | Virgin Orbit, LLC | Case number (if known) | 23-10408 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.687** **Nonpriority creditor's name and mailing address**

KIRK, JOHN HENRY
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Claim Related to Employment

$ Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.688** **Nonpriority creditor's name and mailing address**

KITAJIMA, GEORGE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Claim Related to Employment

$ Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.689** **Nonpriority creditor's name and mailing address**

KITTYHAWK INC. DBA KITTYHAWK PRODUCTS
11651 MONARCH STREET
GARDEN GROVE, LOS ANGELES, CA 92841

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 2,547.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.690** **Nonpriority creditor's name and mailing address**

KNIGHT, MATHEW
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Claim Related to Employment

$ Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.691** **Nonpriority creditor's name and mailing address**

KNIGHT'S PUMPING & PORTABLE SERVICES, INC.
1550 JAMES ROAD
BAKERSFIELD, KERN COUNTY, CA 93308

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 3,477.20

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

## Part 2:  Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.692** | **Nonpriority creditor's name and mailing address**

KOMBU KITCHEN SF, LLC (DBA NYBLL)
6851 THE TURN
OAKLAND, ALAMEDA, CA 94611

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 49,042.79

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.693** | **Nonpriority creditor's name and mailing address**

KONG, VANNARA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Claim Related to Employment

$ Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.694** | **Nonpriority creditor's name and mailing address**

KOZLOWSKI, LEON
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Claim Related to Employment

$ Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.695** | **Nonpriority creditor's name and mailing address**

KPFF CONSULTING ENGINEERS
700 SOUTH FLOWER STREET, SUITE 2100
LOS ANGELES, LOS ANGELES, CA 90017

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 3,864.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.696** | **Nonpriority creditor's name and mailing address**

KRAYDEN, INC.
1491 WEST 124TH AVE
WESTMINSTER, ADAMS, CO 80234

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 35,300.13

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Part 2: | Additional Page |
| --- | --- |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
| --- | --- |

**3.697** **Nonpriority creditor's name and mailing address**

KRISTIANSEN, ERIK
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Claim Related to Employment

$      Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.698** **Nonpriority creditor's name and mailing address**

KROYTECH WORKBENCHES
2301 WEST SAMPLE RD STE 5-4C
POMPANO BEACH, BROWARD, FL 33070-3059

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$      9,622.68

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.699** **Nonpriority creditor's name and mailing address**

KROYTECH WORKBENCHES
2301 WEST SAMPLE RD STE 5-4C
POMPANO BEACH, BROWARD, FL 33070-3059

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Uninvoiced Receipts

$      Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.700** **Nonpriority creditor's name and mailing address**

KURT, RYANE L
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Claim Related to Employment

$      Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.701** **Nonpriority creditor's name and mailing address**

KUTZBACH, DUANE MARTIN
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Claim Related to Employment

$      Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
| --- | --- |

**3.702** | **Nonpriority creditor's name and mailing address**

KUVERJI, RAJEN
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Claim Related to Employment

$      Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.703** | **Nonpriority creditor's name and mailing address**

L-3 COMMUNICATIONS INTEGRATED SYSTEMS PID
7500 MAEHR ROAD
WACO, MCLENNAN, TX 76705

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$      417,158.92

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.704** | **Nonpriority creditor's name and mailing address**

L3 HARRIS TECHNOLOGIES INTEGRATED SYSTEMS, L.P.
7500 MAEHR RD
WACO, TX 76705

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Contract Purchase Commitment

$      Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.705** | **Nonpriority creditor's name and mailing address**

LACSON, ALLEN NEIL
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Claim Related to Employment

$      Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.706** | **Nonpriority creditor's name and mailing address**

LACSON, ARIEL M
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Claim Related to Employment

$      Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
| --- | --- |

**3.707** **Nonpriority creditor's name and mailing address**

LAD, BHAVINI MISTRY
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Claim Related to Employment

$      Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.708** **Nonpriority creditor's name and mailing address**

LANDAUER,INC.
2 SCIENCE ROAD
GLENWOOD, COOK, IL 60425

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$      1,421.20

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.709** **Nonpriority creditor's name and mailing address**

LANDSTAR LIGON, INC.
13410 SUTTON PARK DRIVE SOUTH
JACKSONVILLE, DUVAL, FL 32224

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$      9,358.32

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.710** **Nonpriority creditor's name and mailing address**

LAPORTE, CONNIE MARIE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Claim Related to Employment

$      Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.711** **Nonpriority creditor's name and mailing address**

LARKEY, ANDREW
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Claim Related to Employment

$      Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

| 3.712 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ Undetermined |
|---|---|---|---|

LAROSCHE, DANIEL R
ADDRESS ON FILE

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Claim Related to Employment

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.713 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 28,000.00 |
|---|---|---|---|

LATIMER PARTNERS, LLC
443 MESA RD
SANTA MONICA, CA, LOS ANGELES, CA 90402

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.714 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 8,175.00 |
|---|---|---|---|

LAV CONSULTING AND ENGINEERING, INC.
12418 ROSEDALE HWY.
SUITE A
BAKERSFIELD, KERN, CA 93312

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.715 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ Undetermined |
|---|---|---|---|

LAWAL, SAUDIQ
ADDRESS ON FILE

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Claim Related to Employment

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.716 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 19,585.00 |
|---|---|---|---|

LBISAT LLC
10288 S JORDAN GATEWAY STE K
SOUTH JORDAN, SALT LAKE CITY, UT 84095

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Part 2: | Additional Page | | |
|---|---|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.717** | **Nonpriority creditor's name and mailing address**

L-COM GLOBAL CONNECTIVITY
45 BEECHWOOD DR
NORTH ANDOVER, ESSEX, MA 1845

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 1,162.78

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.718** | **Nonpriority creditor's name and mailing address**

LD PRODUCTS, INC.
3700 COVER ST.
LONG BEACH, LOS ANGELAS COUNTY, CA 90808

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 15,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.719** | **Nonpriority creditor's name and mailing address**

LE, LAN VAN
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Claim Related to Employment

$ Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.720** | **Nonpriority creditor's name and mailing address**

LEAF SPACE S.R.L.
VIA CAVOUR, 2
LOMAZZO, 22074
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 58,587.50

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.721** | **Nonpriority creditor's name and mailing address**

LEAN MANUFACTURING GROUP, LLC
29170 AVENUE PENN
VALENCIA, LOS ANGELES, CA 91355

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 110,195.20

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.722** **Nonpriority creditor's name and mailing address**

LECOUR, MITCH
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Claim Related to Employment

$   Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.723** **Nonpriority creditor's name and mailing address**

LEDESMA, DAVID MICHAEL
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Claim Related to Employment

$   Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.724** **Nonpriority creditor's name and mailing address**

LEE GOEBEL ENTERPRISES
1816 NORTH CASE STREET
ORANGE, ORANGE, CA 92865

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$   12,923.08

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.725** **Nonpriority creditor's name and mailing address**

LEE GOEBEL ENTERPRISES
1816 NORTH CASE STREET
ORANGE, ORANGE, CA 92865

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Uninvoiced Receipts

$   Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.726** **Nonpriority creditor's name and mailing address**

LEE SPRING COMPANY LLC
140 58TH SUITE 3C
BROOKLYN, KINGS, NY 11220

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$   2,088.50

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.727**

**Nonpriority creditor's name and mailing address**

LEE, JASON
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Claim Related to Employment

$      Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.728**

**Nonpriority creditor's name and mailing address**

LEE, JOSEPH
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Claim Related to Employment

$      Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.729**

**Nonpriority creditor's name and mailing address**

LEE, PATRICK
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Claim Related to Employment

$      Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.730**

**Nonpriority creditor's name and mailing address**

LEE, TIM
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Claim Related to Employment

$      Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.731**

**Nonpriority creditor's name and mailing address**

LEGUIZAMO, LEONARD
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Claim Related to Employment

$      Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

| Part 2: | Additional Page |
| --- | --- |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
| --- | --- |

**3.732** **Nonpriority creditor's name and mailing address**

LEMOS, GILBERT JOE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Claim Related to Employment

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$  Undetermined

---

**3.733** **Nonpriority creditor's name and mailing address**

LEMUS, LUIS
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Claim Related to Employment

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$  Undetermined

---

**3.734** **Nonpriority creditor's name and mailing address**

LENSCRAFTERS INC
4000 LUXOTTICA PLACE
MASON, WARREN, OH 45040

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$  1,271.27

---

**3.735** **Nonpriority creditor's name and mailing address**

LES INDUSTRIES FLEXPIPE INC
33 RACINE STREET
FARNHAM, QC J2N 3A3
CANADA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$  1,394.47

---

**3.736** **Nonpriority creditor's name and mailing address**

LES INDUSTRIES FLEXPIPE INC
33 RACINE STREET
FARNHAM, QC J2N 3A3
CANADA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Uninvoiced Receipts

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$  Undetermined

| Debtor | Virgin Orbit, LLC | | Case number *(if known)* | 23-10408 |
|---|---|---|---|---|
| | Name | | | |

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.737** **Nonpriority creditor's name and mailing address**

LEVENE, DANIEL HARRY
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Claim Related to Employment

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                Undetermined

---

**3.738** **Nonpriority creditor's name and mailing address**

LEXISNEXIS, A DIVISION OF RELX INC.
28544 NETWORK PLACE
CHICAGO, COOK, IL 60673-1285

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                25,121.00

---

**3.739** **Nonpriority creditor's name and mailing address**

LEYVA, OMAR SANTOS
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Claim Related to Employment

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                Undetermined

---

**3.740** **Nonpriority creditor's name and mailing address**

LI, NUAN
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Claim Related to Employment

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                Undetermined

---

**3.741** **Nonpriority creditor's name and mailing address**

LIANG, JASON
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Claim Related to Employment

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                Undetermined

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
| --- | --- |

**3.742** **Nonpriority creditor's name and mailing address**

LIBMAN, ROSS
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Claim Related to Employment

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.743** **Nonpriority creditor's name and mailing address**

LIEBGOTT, JACOB ANDREW
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Claim Related to Employment

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.744** **Nonpriority creditor's name and mailing address**

LING, BOYA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Claim Related to Employment

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.745** **Nonpriority creditor's name and mailing address**

LLAMAS, JOSE ANTONIO
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Claim Related to Employment

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.746** **Nonpriority creditor's name and mailing address**

LOGIS CFO, LLC
17875 VON KARMAN AVE. SUITE 150
IRVINE, ORANGE, CA 92614

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 45,898.14

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Part 2: | Additional Page | |
|---|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.747** **Nonpriority creditor's name and mailing address**

LONG BEACH WATER DEPARTMENT
1800 E WARDLOW RD
LONG BEACH, LOS ANGELES, CA 90807

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 510.73

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.748** **Nonpriority creditor's name and mailing address**

LOPEZ, ALFREDO
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Claim Related to Employment

$ Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.749** **Nonpriority creditor's name and mailing address**

LOPEZ, FRANCISCO JOAQUIN
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Claim Related to Employment

$ Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.750** **Nonpriority creditor's name and mailing address**

LOPEZ, JUAN DIEGO
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Claim Related to Employment

$ Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.751** **Nonpriority creditor's name and mailing address**

LOPEZ, SYLVIA RUIZ
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Claim Related to Employment

$ Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | Virgin Orbit, LLC | | Case number (if known) | 23-10408 |
|---|---|---|---|---|
| | Name | | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.752** **Nonpriority creditor's name and mailing address**

LOPEZ, VINICIO A
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Claim Related to Employment

$ Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.753** **Nonpriority creditor's name and mailing address**

LOS ANGELES COUNTY TAX COLLECTOR
P.O. BOX 54027
LOS ANGELES, LOS ANGELES, CA 90054-0027

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 1,693.80

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.754** **Nonpriority creditor's name and mailing address**

LUGO, REYNALDO
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Claim Related to Employment

$ Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.755** **Nonpriority creditor's name and mailing address**

LUKAVSKYI, ROMAN
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Claim Related to Employment

$ Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.756** **Nonpriority creditor's name and mailing address**

LUNASONDE, INC
PO BOX 1202
CORTARO, AZ 85652

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Contract Milestone & Deposit Payments

$ 33,300.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.757** **Nonpriority creditor's name and mailing address**

LUXFER GAS CYLINDERS
336 ENTERPRISE PLACE
POMONA, LOS ANGELES, CA 91768

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$                7,911.04

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.758** **Nonpriority creditor's name and mailing address**

LYNDEX-NIKKEN
1468 ARMOUR BLVD
MUNDELEIN, LAKE COUNTY, IL 60060

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$                354.21

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.759** **Nonpriority creditor's name and mailing address**

M & L PRECISION MACHINING, INC
18665 MADRONE PARKWAY
MORGAN HILL, SANTA CLARA, CA 95037

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$                11,619.88

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.760** **Nonpriority creditor's name and mailing address**

MACELLVEN, GEOFFREY DAVID
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Claim Related to Employment

$                Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.761** **Nonpriority creditor's name and mailing address**

MACIAS, GUSTAVO
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Claim Related to Employment

$                Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.762**

**Nonpriority creditor's name and mailing address**

MADRID, ROBERT RAMON
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Claim Related to Employment

$      Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.763**

**Nonpriority creditor's name and mailing address**

MAGELLAN INDUSTRIAL TRADING CO.
227 WILSON AVENUE
SOUTH NORWALK, FAIRFIELD, CT 6854

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$      42,413.04

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.764**

**Nonpriority creditor's name and mailing address**

MAGELLAN INDUSTRIAL TRADING CO.
227 WILSON AVENUE
SOUTH NORWALK, FAIRFIELD, CT 6854

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Uninvoiced Receipts

$      Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.765**

**Nonpriority creditor's name and mailing address**

MAHARAJ, ARUNA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Claim Related to Employment

$      Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.766**

**Nonpriority creditor's name and mailing address**

MAINFREIGHT
1400 GLENN CURTISS STREET
CARSON, LOS ANGELES, CA 90504

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$      6,980.75

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.767** **Nonpriority creditor's name and mailing address**
MALDONADO, NICHOLAS
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Claim Related to Employment

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.768** **Nonpriority creditor's name and mailing address**
MANALIGOD, JANSSEN C
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Claim Related to Employment

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.769** **Nonpriority creditor's name and mailing address**
MANRIQUEZ, ANDREW PHILLIP
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Claim Related to Employment

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.770** **Nonpriority creditor's name and mailing address**
MANTECH ADVANCED SYSTEMS INTERNATIONAL, INC.
2251 CORPORATE PARK DRIVE
HERNDON, FAIRFAX, VA 20171

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 8,799.29

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.771** **Nonpriority creditor's name and mailing address**
MANUTAN UK LIMITED
EBBLAKE INDUSTRIAL ESTATE
VERWOOD, DORSET, BH31 6AT
UNITED KINGDOM

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 1,852.30

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.772 Nonpriority creditor's name and mailing address**

MARATAS, BRANDON MICHAEL
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Claim Related to Employment

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.773 Nonpriority creditor's name and mailing address**

MARINE MANAGEMENT ORGANISATION
SORTATION REF 601 PHEONIX HOUSE
NEWPORT, NP10 8FZ
UNITED KINGDOM

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 6,954.00

---

**3.774 Nonpriority creditor's name and mailing address**

MARMON DISTRIBUTION SERVICES, INC. DBA FUTURE METALS, LLC
10401 STATE STREET
TAMARAC, BROWARD, FL 33321

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 4,074.48

---

**3.775 Nonpriority creditor's name and mailing address**

MAROTTA CONTROLS, INC
78 BOONTON AVE PO BOX 427
MONTVILLE, MORRIS, NJ 7045

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 769,416.78

---

**3.776 Nonpriority creditor's name and mailing address**

MARPLES GEARS INC.
808 W. SANTA ANITA ST.
SAN GABRIEL, LOS ANGELES, CA 91776

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 24,917.12

---

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.777** **Nonpriority creditor's name and mailing address**

MARTIN, RODOLFO
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Claim Related to Employment

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.778** **Nonpriority creditor's name and mailing address**

MARTINEZ AND TUREK, INC.
300 SOUTH CEDAR AVENUE
RIALTO, SAN BERNARDINO, CA 92376-9102

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 63,853.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.779** **Nonpriority creditor's name and mailing address**

MARTINEZ, ARTURO
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Claim Related to Employment

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.780** **Nonpriority creditor's name and mailing address**

MARUYAMA, WARREN
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Claim Related to Employment

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.781** **Nonpriority creditor's name and mailing address**

MASOLOGITES, JAMES
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Claim Related to Employment

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Part 2: | Additional Page |
|---------|-----------------|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.782** **Nonpriority creditor's name and mailing address**

MATERIALS RESEARCH&DESIGN INC.
300 EAST SWEDSFORD ROAD
WAYNE, CHESTER, PA 19087

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 14,354.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.783** **Nonpriority creditor's name and mailing address**

MATTHEW ISAKOWITZ FELLOWSHIP PROGRAM
2008 JOHN STREET
MANHATTAN BEACH, CA 90266

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 3,500.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.784** **Nonpriority creditor's name and mailing address**

MATTHEW LA PAN (DBA LA PAN RESEARCH LLC)
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 4,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.785** **Nonpriority creditor's name and mailing address**

MATTHEW STANNARD
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 9,650.55

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.786** **Nonpriority creditor's name and mailing address**

MAUER, ALEX
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Claim Related to Employment

$ Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Part 2: | Additional Page |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

---

**3.787** **Nonpriority creditor's name and mailing address**

MAY, OUDDOM
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Claim Related to Employment

$                    Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.788** **Nonpriority creditor's name and mailing address**

MAYA, MIGUEL ANGEL
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Claim Related to Employment

$                    Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.789** **Nonpriority creditor's name and mailing address**

MCCANN, STEVEN
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Claim Related to Employment

$                    Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.790** **Nonpriority creditor's name and mailing address**

MCCOMBS, MICHAEL VINCENT
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Claim Related to Employment

$                    Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.791** **Nonpriority creditor's name and mailing address**

MCCORKLE, ERIC MICHAEL
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Claim Related to Employment

$                    Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | Virgin Orbit, LLC | Case number (if known) | 23-10408 |
|--------|-------------------|------------------------|----------|
|        | Name              |                        |          |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.792** **Nonpriority creditor's name and mailing address**

MCCOY, JACOB ANDREW
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Claim Related to Employment

$ Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.793** **Nonpriority creditor's name and mailing address**

MCDONALD, LOREAL M.
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Claim Related to Employment

$ Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.794** **Nonpriority creditor's name and mailing address**

MCDONNELL, KYLE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Claim Related to Employment

$ Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.795** **Nonpriority creditor's name and mailing address**

MCDONOUGH, STEVEN MICHAEL
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Claim Related to Employment

$ Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.796** **Nonpriority creditor's name and mailing address**

MCFARLAN, JOSEPH MICHAEL
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Claim Related to Employment

$ Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

## Part 2:  Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.797** **Nonpriority creditor's name and mailing address**
MCFARLIN, RUSSELL SCOTT
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Claim Related to Employment

$ Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.798** **Nonpriority creditor's name and mailing address**
MCGIFFEN, KAYLA C
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Claim Related to Employment

$ Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.799** **Nonpriority creditor's name and mailing address**
MCGRATH RENTCORP (DBA MOBILE MODULAR MANAGEMENT
CORPORATION, DBA MOBILE MODULAR PORTABLE STORAGE)
5700 LAS POSITAS
LIVERMORE, ALAMEDA, CA 94551

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 27,525.35

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.800** **Nonpriority creditor's name and mailing address**
MCGRATH RENTCORP (DBA TRS RENTELCO)
1830 W. AIRFIELD DRIVE, PO BOX 619260
DFW AIRPORT, DALLAS COUNTY, TX 75261

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 1,102.50

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.801** **Nonpriority creditor's name and mailing address**
MCHANEY & ASSOCIATES
8924 E RED OAK DR.
SPOKANE, SPOKANE, WA 99217

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Uncashed Check

$ Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.802** | **Nonpriority creditor's name and mailing address**

MCKAY, STACEY MARIE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Claim Related to Employment

$                    Undetermined

**Date or dates debt was incurred**        Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.803** | **Nonpriority creditor's name and mailing address**

MCKAY, STACEY MARIE (STACEY)
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$                    28.75

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.804** | **Nonpriority creditor's name and mailing address**

MCLAREN AUTOMATION & MACHINE TOOL, LLC DBA WELLS-INDEX
701 W CLAY AVE.
MUSKEGON, MUSKEGON, MI 49440-1064

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$                    11,956.63

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.805** | **Nonpriority creditor's name and mailing address**

MCLAREN AUTOMATION & MACHINE TOOL, LLC DBA WELLS-INDEX
701 W CLAY AVE.
MUSKEGON, MUSKEGON, MI 49440-1064

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Uninvoiced Receipts

$                    Undetermined

**Date or dates debt was incurred**        Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.806** | **Nonpriority creditor's name and mailing address**

MCMASTER-CARR SUPPLY COMPANY
9630 NORWALK BLVD
SANTA FE SPRINGS, LOS ANGELES, CA 90670-2932

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$                    30,213.27

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| **Part 2:** | **Additional Page** |
| --- | --- |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
| --- | --- |

**3.807** | **Nonpriority creditor's name and mailing address**

MCMASTER-CARR SUPPLY COMPANY
9630 NORWALK BLVD
SANTA FE SPRINGS, LOS ANGELES, CA 90670-2932

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Uninvoiced Receipts

$   Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.808** | **Nonpriority creditor's name and mailing address**

MD ENGINEERING INC
1550 CONSUMER CIRCLE
CORONA, RIVERSIDE, CA 92880

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$   162,209.84

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.809** | **Nonpriority creditor's name and mailing address**

MEDINA, ANGEL
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Claim Related to Employment

$   Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.810** | **Nonpriority creditor's name and mailing address**

MEDINA, IVAN
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Claim Related to Employment

$   Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.811** | **Nonpriority creditor's name and mailing address**

MEDINA, MARVIN
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Claim Related to Employment

$   Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.812** **Nonpriority creditor's name and mailing address**

MEDINA, RAUL
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Claim Related to Employment

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$    Undetermined

---

**3.813** **Nonpriority creditor's name and mailing address**

MEDRANO, ALEX
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Claim Related to Employment

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$    Undetermined

---

**3.814** **Nonpriority creditor's name and mailing address**

MEEKS BUTERA AND ISRAEL PLLC
1310 G STREET NW SUITE 720
WASHINGTON, DISTRICT OF COLUMBIA, DC, DC 20005

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$    39,000.00

---

**3.815** **Nonpriority creditor's name and mailing address**

MEI RIGGING & CRATING, LLC - DBA DUNKEL BROS. MACHINERY MOVING
14555 ALONDRA BLVD.
LA MIRADA, LOS ANGELES, CA 90638

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$    2,765.00

---

**3.816** **Nonpriority creditor's name and mailing address**

MEINBERG USA INC
100 STONY POINT ROAD #110
SANTA ROSA, SONOMA, CA 95401

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$    12,183.85

---

| Debtor | Virgin Orbit, LLC | | Case number (if known) | 23-10408 |
|--------|-------------------|--|------------------------|----------|
| | Name | | | |

Case 23-10408-KBO    Doc 4    Filed 04/24/23    Page 353 of 626

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.817** | **Nonpriority creditor's name and mailing address**

MEJIA, ISAEL
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Claim Related to Employment

**Date or dates debt was incurred**        Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                                    Undetermined

---

**3.818** | **Nonpriority creditor's name and mailing address**

MEJIA, PAUL
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Claim Related to Employment

**Date or dates debt was incurred**        Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                                    Undetermined

---

**3.819** | **Nonpriority creditor's name and mailing address**

MENCHACA, MARCOS J
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Claim Related to Employment

**Date or dates debt was incurred**        Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                                    Undetermined

---

**3.820** | **Nonpriority creditor's name and mailing address**

MENDEZ, GARRY ROY
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Claim Related to Employment

**Date or dates debt was incurred**        Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                                    Undetermined

---

**3.821** | **Nonpriority creditor's name and mailing address**

MENDEZ, MIGUEL G.
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Claim Related to Employment

**Date or dates debt was incurred**        Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                                    Undetermined

---

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.822** Nonpriority creditor's name and mailing address

MENDOZA, ALIPIO ALEX
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  Claim Related to Employment

$ Undetermined

Date or dates debt was incurred   Undetermined

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.823** Nonpriority creditor's name and mailing address

MENDOZA, KEANNA
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  Claim Related to Employment

$ Undetermined

Date or dates debt was incurred   Undetermined

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.824** Nonpriority creditor's name and mailing address

MENDOZA, RICHARD PAUL
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  Claim Related to Employment

$ Undetermined

Date or dates debt was incurred   Undetermined

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.825** Nonpriority creditor's name and mailing address

MENDOZA, RYAN MICHAEL
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  Claim Related to Employment

$ Undetermined

Date or dates debt was incurred   Undetermined

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.826** Nonpriority creditor's name and mailing address

MENDOZA, ZAIDA
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  Claim Related to Employment

$ Undetermined

Date or dates debt was incurred   Undetermined

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

**Part 2:**    **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.827**   **Nonpriority creditor's name and mailing address**

MERCADO, MICHAEL A.
C/O CAPSTONE LAW APC
1875 CENTURY PARK EAST, SUITE 100
LOS ANGELES, CA 90067

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** General Employment and Labor Grievance Class Action

$     Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.828**   **Nonpriority creditor's name and mailing address**

MERCER
1166 AVENUE OF THE AMERICAS
NEW YORK, NEW YORK, NY 10036

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$     5,212.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.829**   **Nonpriority creditor's name and mailing address**

MESGARHA, ELMIRA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Claim Related to Employment

$     Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.830**   **Nonpriority creditor's name and mailing address**

MET OFFICE
FITZROY ROAD
EXETER, DEVON, EX1 3PB
UNITED KINGDOM

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$     8,619.66

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.831**   **Nonpriority creditor's name and mailing address**

METALCRAFTERS TRANSPARENCIES AND COMPOSITES, INC.
11161 SLATER AVE.
FOUNTAIN VALLEY, ORANGE, CA 92708

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$     267,616.90

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.832** **Nonpriority creditor's name and mailing address**

METALCRAFTERS TRANSPARENCIES AND COMPOSITES, INC.
11161 SLATER AVE.
FOUNTAIN VALLEY, ORANGE, CA 92708

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Uninvoiced Receipts

$    Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.833** **Nonpriority creditor's name and mailing address**

METROSYS, INC.
113 W. G STREET #656
SAN DIEGO, SAN DIEGO, CA 92101

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$    10,334.67

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.834** **Nonpriority creditor's name and mailing address**

METZ, ASHLEY CORIE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Claim Related to Employment

$    Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.835** **Nonpriority creditor's name and mailing address**

MEURER, JOSEPH
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Claim Related to Employment

$    Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.836** **Nonpriority creditor's name and mailing address**

MEYCO MACHINE AND TOOL, INC
11579 MARTENS RIVER CIRCLE
FOUNTAIN VALLEY, ORANGE, CA 92708

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$    7,150.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

---

**3.837** | **Nonpriority creditor's name and mailing address**

MEYCO MACHINE AND TOOL, INC
11579 MARTENS RIVER CIRCLE
FOUNTAIN VALLEY, ORANGE, CA 92708

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Uninvoiced Receipts

$      Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.838** | **Nonpriority creditor's name and mailing address**

MICRO PRECISION CALIBRATION
22835 INDUSTRIAL PLACE
GRASS VALLEY, NEVADA, CA 95949

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$      92,920.35

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.839** | **Nonpriority creditor's name and mailing address**

MICROSOFT CORPORATION
1950 N. STEMMONS FWY.
STE. 5010
DALLAS, DALLAS, TX 75207

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$      9,014.25

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.840** | **Nonpriority creditor's name and mailing address**

MIDWEST MOTOR SUPPLY CO. INC. (DBA KIMBALL MIDWEST)
4800 ROBERTS ROAD
COLUMBUS, FRANKLIN, OH 43228

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$      5,781.94

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.841** | **Nonpriority creditor's name and mailing address**

MIDWEST MOTOR SUPPLY CO. INC. (DBA KIMBALL MIDWEST)
4800 ROBERTS ROAD
COLUMBUS, FRANKLIN, OH 43228

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Uninvoiced Receipts

$      Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Part 2: | Additional Page |
| --- | --- |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
| --- | --- |

**3.842** Nonpriority creditor's name and mailing address

MILITARY FASTENERS
822 N A1A HWY SUITE 319
PONTE VEDRA, ST. JOHNS COUNTY, FL 32082

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  Uninvoiced Receipts

$ Undetermined

Date or dates debt was incurred        Undetermined

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.843** Nonpriority creditor's name and mailing address

MILLER CASTINGS, INC.
2503 PACIFIC PARK DR.
WHITTIER, LOS ANGELES, CA 90601

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Payable

$ 137,861.03

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.844** Nonpriority creditor's name and mailing address

MINDLIN-DAVIDSON, JULIEN
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  Claim Related to Employment

$ Undetermined

Date or dates debt was incurred        Undetermined

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.845** Nonpriority creditor's name and mailing address

MINI-CIRCUITS
1034 W. MAIN STREET
BRANSON, STONE, MO 65616

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Payable

$ 240.90

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.846** Nonpriority creditor's name and mailing address

MOCON, INC
7500 MENDELSSOHN AVE N
MINNEAPOLIS, HENNEPIN, MN 55428

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Payable

$ 13,956.75

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.847** **Nonpriority creditor's name and mailing address**

MOJAVE AIR AND SPACEPORT
1434 FLIGHTLINE
MOJAVE, KERN, CA 93501

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 28,533.78

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.848** **Nonpriority creditor's name and mailing address**

MONDRAGON, YESENIA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Claim Related to Employment

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.849** **Nonpriority creditor's name and mailing address**

MONICA GANGWAR
ATTN: DONALD R. WILLIAMS, JR.
C/O REED WILLIAMS
9343 TECH CENTER DRIVE, SUITE 165
SACRAMENTO, CA 95826

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Former Employee Complaint for Damages

$ Undetermined

**Date or dates debt was incurred** 03/15/2023

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.850** **Nonpriority creditor's name and mailing address**

MONSOON SOLUTIONS, INC
2405 140TH AVE NE, STE. A115
BELLEVUE, KING, WA 98005

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 32,400.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.851** **Nonpriority creditor's name and mailing address**

MONTANA, ETHAN
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Claim Related to Employment

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | Virgin Orbit, LLC | Case number (if known) | 23-10408 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.852** **Nonpriority creditor's name and mailing address**

MONTGOMERIE, WILLIAM K
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Claim Related to Employment

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.853** **Nonpriority creditor's name and mailing address**

MOOG INC
16080 TABLE MOUNTAIN PKWY, UNIT 500
GOLDEN, JEFFERSON, CO 80403

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 219,051.56

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.854** **Nonpriority creditor's name and mailing address**

MORALES, LUIS ANTONIO
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Claim Related to Employment

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.855** **Nonpriority creditor's name and mailing address**

MORALES, OSCAR E
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Claim Related to Employment

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.856** **Nonpriority creditor's name and mailing address**

MORALES, PATRICK RAY
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Claim Related to Employment

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Part 2: | Additional Page |
| --- | --- |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
| --- | --- |

**3.857** | **Nonpriority creditor's name and mailing address**

MORALES, WENDY
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Claim Related to Employment

$                              Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.858** | **Nonpriority creditor's name and mailing address**

MORAN, ERIK
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Claim Related to Employment

$                              Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.859** | **Nonpriority creditor's name and mailing address**

MORAN, JESSE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Claim Related to Employment

$                              Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.860** | **Nonpriority creditor's name and mailing address**

MORE4APPS, INC
4695 MACARTHUR CT.
11 FLOOR
NEWPORT BEACH, ORANGE, CA 92660

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$                              5,270.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.861** | **Nonpriority creditor's name and mailing address**

MORF3D INC.
821 N. NASH ST.
EL SEGUNDO, LOS ANGELES, CA 90245

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$                              104,573.35

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

Debtor    Virgin Orbit, LLC
          Name

Case number (if known)    23-10408

---

**Part 2:**     **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

| 3.862 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ Undetermined |
|---|---|---|---|

MORRISON, ALYSSA
ADDRESS ON FILE

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Claim Related to Employment

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.863 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ Undetermined |
|---|---|---|---|

MORRISS, JACOB CHARLES
ADDRESS ON FILE

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Claim Related to Employment

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.864 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 17,541.32 |
|---|---|---|---|

MOSAIC CONSULTING GROUP, LLC
2503 EUGENIA AVENUE
NASHVILLE, DAVIDSON, TN 37211

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.865 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 194,252.95 |
|---|---|---|---|

MOTIVE WORKFORCE SOLUTIONS
5122 BOLSA AVENUE - SUITE 110
HUNTINGTON BEACH, ORANGE, CA 92649

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.866 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 23,558.05 |
|---|---|---|---|

MOUSER ELECTRONICS, INC
1000 NORTH MAIN
MANSFIELD, TARRAN, TX 76063

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**Part 2:**   **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.867** | **Nonpriority creditor's name and mailing address**

MOUSER ELECTRONICS, INC
1000 NORTH MAIN
MANSFIELD, TARRAN, TX 76063

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Uninvoiced Receipts

$                  Undetermined

**Date or dates debt was incurred**        Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.868** | **Nonpriority creditor's name and mailing address**

MPM PRODUCTS INC
1718 E GREVILLEA COURT
ONTARIO, SAN BERNARDINO, CA 91761

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$                         448.69

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.869** | **Nonpriority creditor's name and mailing address**

MPM PRODUCTS INC
1718 E GREVILLEA COURT
ONTARIO, SAN BERNARDINO, CA 91761

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Uninvoiced Receipts

$                  Undetermined

**Date or dates debt was incurred**        Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.870** | **Nonpriority creditor's name and mailing address**

MSC INDUSTRIAL SUPPLY
75 MAXESS ROAD
MELVILLE, SUFFOLK, NY 11747-3151

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$                      45,794.02

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.871** | **Nonpriority creditor's name and mailing address**

MSC INDUSTRIAL SUPPLY
75 MAXESS ROAD
MELVILLE, SUFFOLK, NY 11747-3151

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Uninvoiced Receipts

$                  Undetermined

**Date or dates debt was incurred**        Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
| --- | --- |

---

**3.872** **Nonpriority creditor's name and mailing address**

MTI CORPORATION
860 S19TH STREET
RICHMOND, ALAMEDA, CA 94804

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Uninvoiced Receipts

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.873** **Nonpriority creditor's name and mailing address**

MULLEN, CHARLES DANIEL
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Claim Related to Employment

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.874** **Nonpriority creditor's name and mailing address**

MULTIAX AMERICA, INC
3000 REMICO ST SW
GRANDVILLE, KENT, MI 49418

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 3,348.00

---

**3.875** **Nonpriority creditor's name and mailing address**

MUNOZ, ANEL
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Claim Related to Employment

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.876** **Nonpriority creditor's name and mailing address**

MURPHY, KEITH EDWARD
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Potential Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

| Part 2: | Additional Page | |
|---|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.877** Nonpriority creditor's name and mailing address

MURPHY, KEITH EDWARD
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  Claim Related to Employment

$                    Undetermined

Date or dates debt was incurred    Undetermined

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.878** Nonpriority creditor's name and mailing address

MUT, VIBOL JAMES
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  Claim Related to Employment

$                    Undetermined

Date or dates debt was incurred    Undetermined

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.879** Nonpriority creditor's name and mailing address

NALCO COMPANY LLC (DBA NALCO WATER PRETREATMENT
SOLUTIONS)
320 WEST 194TH STREET
GLENWOOD, COOK COUNTY, IL 60425

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Payable

$                    3,964.79

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.880** Nonpriority creditor's name and mailing address

NANKOVA, DANIELA
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  Claim Related to Employment

$                    Undetermined

Date or dates debt was incurred    Undetermined

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.881** Nonpriority creditor's name and mailing address

NAPA AUTO PARTS
501 W INYOKERN RD
RIDGECREST, KERN, CA 93555

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Payable

$                    573.07

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

| Debtor | Virgin Orbit, LLC | | Case number (if known) | 23-10408 |
| | Name | | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.882** **Nonpriority creditor's name and mailing address**

NASA
ARMSTRONG FLIGHT RESEARCH CENTER
BUILDING 1111, JERRY HLASS ROAD
STENNIS SPACE CENTER, STENNIS SPACE CENTER, MS 39529

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 57,844.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.883** **Nonpriority creditor's name and mailing address**

NASDAQ, INC.
151 W. 42ND ST
NEW YORK, NEW YORK, NY 10036

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 39,206.85

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.884** **Nonpriority creditor's name and mailing address**

NATERA, OTHONIEL
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Claim Related to Employment

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.885** **Nonpriority creditor's name and mailing address**

NATES INDUSTRIAL TOOLS INC.
22904 S. WESTERN AVE
TORRANCE, LOS ANGELES, CA 90501

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 466.47

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.886** **Nonpriority creditor's name and mailing address**

NATIONAL DIAMOND LABORATORY OF CALIFORNIA, INC
4650 ALGER STREET
LOS ANGELES, LOS ANGELES, CA 90039

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 5,659.68

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.887** **Nonpriority creditor's name and mailing address**

NATIONAL INSTRUMENTS CORPORATION
11500 N. MOPAC EXPRESSWAY
AUSTIN, TRAVIS, TX 78759-3504

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$    170,431.81

---

**3.888** **Nonpriority creditor's name and mailing address**

NATIONAL INSTRUMENTS CORPORATION
11500 N. MOPAC EXPRESSWAY
AUSTIN, TRAVIS, TX 78759-3504

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Uninvoiced Receipts

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$    Undetermined

---

**3.889** **Nonpriority creditor's name and mailing address**

NATIONAL JET COMPANY, INC.
10 CUPLER DRIVE
LAVALE, ALLEGANY, MD 21502

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$    19,226.43

---

**3.890** **Nonpriority creditor's name and mailing address**

NATIONAL TECHNICAL SYSTEMS
1536 E. VALENCIA DR.
FULLERTON, ORANGE, CA 92831

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$    127,755.00

---

**3.891** **Nonpriority creditor's name and mailing address**

NAVARRETE, VICTOR ALFREDO
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  Potential Claim

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$    Undetermined

---

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

---

**3.892** **Nonpriority creditor's name and mailing address**

NAVARRETE, VICTOR ALFREDO
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Claim Related to Employment

$ _____ Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.893** **Nonpriority creditor's name and mailing address**

NAVARRO, RAFAEL D
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Claim Related to Employment

$ _____ Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.894** **Nonpriority creditor's name and mailing address**

NDT METRICS, INC.
3912 CERRITOS AVENUE
LOS ALAMITOS, ORANGE, CA 90720

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ _____ 3,070.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.895** **Nonpriority creditor's name and mailing address**

NDT STREAMLINED STRATEGIES CORP.
72 MEADOW VALLEY
IRVINE, ORANGE, CA 92602

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ _____ 7,445.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.896** **Nonpriority creditor's name and mailing address**

NEGRON, JORGE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Claim Related to Employment

$ _____ Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Part 2: | Additional Page | |
|---|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.897** Nonpriority creditor's name and mailing address

NEU, MELODY ROSE
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  Claim Related to Employment

Date or dates debt was incurred          Undetermined

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

$          Undetermined

---

**3.898** Nonpriority creditor's name and mailing address

NEUBAUER, COREY
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  Claim Related to Employment

Date or dates debt was incurred          Undetermined

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

$          Undetermined

---

**3.899** Nonpriority creditor's name and mailing address

NEVELEX CORPORATION
2950 METRO DRIVE #104
BLOOMINGTON, HENNEPIN COUNTY, MN 55425

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Payable

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

$          54,335.00

---

**3.900** Nonpriority creditor's name and mailing address

NEW PIG CORPORATION
1 PORK AVE
PO BOX 304
TIPTON, BLAIR, PA 16684

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Payable

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

$          546.87

---

**3.901** Nonpriority creditor's name and mailing address

NEWARK/ELEMENT 14
33190 COLLECTION CENTER DRIVE
CHICAGO, COOK, IL 60093-0331

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Payable

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

$          10,779.24

---

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.902** **Nonpriority creditor's name and mailing address**

NEWARK/ELEMENT 14
33190 COLLECTION CENTER DRIVE
CHICAGO, COOK, IL 60093-0331

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Uninvoiced Receipts

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.903** **Nonpriority creditor's name and mailing address**

NEWGENT, BRADLEY THOMAS
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Claim Related to Employment

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.904** **Nonpriority creditor's name and mailing address**

NEXINFO SOLUTIONS INC.
8502 E CHAPMAN AVE #364
ORANGE, CA 92869

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 94,240.00

---

**3.905** **Nonpriority creditor's name and mailing address**

NEXTNEXTNEXT, LLC.
13228 CENTRAL AVE
UNIT 104
HAWTHORNE, LOS ANGELES, CA 90250

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 5,280.00

---

**3.906** **Nonpriority creditor's name and mailing address**

NG, PHILLIP
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Claim Related to Employment

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.907** **Nonpriority creditor's name and mailing address**

NGUYEN, DE
ADDRESS ON FILE

$      Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Claim Related to Employment

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.908** **Nonpriority creditor's name and mailing address**

NGUYEN, JAMES
ADDRESS ON FILE

$      Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Claim Related to Employment

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.909** **Nonpriority creditor's name and mailing address**

NGUYEN, KEVIN TAN
ADDRESS ON FILE

$      Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Claim Related to Employment

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.910** **Nonpriority creditor's name and mailing address**

NGUYEN, PHILLIP TRAN
ADDRESS ON FILE

$      Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Claim Related to Employment

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.911** **Nonpriority creditor's name and mailing address**

NGUYEN, VU V.
ADDRESS ON FILE

$      Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Claim Related to Employment

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
| --- | --- |

**3.912** **Nonpriority creditor's name and mailing address**

NINH, BRYAN
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Claim Related to Employment

$                    Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.913** **Nonpriority creditor's name and mailing address**

NINJIO LLC
880 HAMPSHIRE RD. SUITE B
WESTLAKE VILLAGE, VENTURA, CA 91361

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$                    401.50

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.914** **Nonpriority creditor's name and mailing address**

NOGALES, AMY LYNN
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Claim Related to Employment

$                    Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.915** **Nonpriority creditor's name and mailing address**

NOLTA, MICHAEL LLOYD
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Claim Related to Employment

$                    Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.916** **Nonpriority creditor's name and mailing address**

NOR-CAL CONTROLS, INC.
1952 CONCOURSE DRIVE
SAN JOSE, SANTA CLARA, CA 95131

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$                    4,348.51

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Part 2: | Additional Page | |
|---|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.917** **Nonpriority creditor's name and mailing address**

NORMAN FILTER COMPANY LLC
9850 SOUTH INDUSTRIAL DRIVE
BRIDGEVIEW, COOK, IL 60455

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 131,059.27

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.918** **Nonpriority creditor's name and mailing address**

NORMAN FILTER COMPANY LLC
9850 SOUTH INDUSTRIAL DRIVE
BRIDGEVIEW, COOK, IL 60455

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Uninvoiced Receipts

$ Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.919** **Nonpriority creditor's name and mailing address**

NORRIS, MICHAEL
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Claim Related to Employment

$ Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.920** **Nonpriority creditor's name and mailing address**

NORTH AMERICAN CRANE COMPANY
2041 LOCUST COURT
ONTARIO, SAN BERNADINO, CA 91761

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 157,448.50

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.921** **Nonpriority creditor's name and mailing address**

NORTH SOUTH MACHINERY
1400 PIONEER ST
BREA, ORANGE COUNTY, CA 92821

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 96,343.69

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Part 2: | Additional Page |
|---------|-----------------|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.922** **Nonpriority creditor's name and mailing address**

NORTH STAR IMAGING INC
19875 S. DIAMOND LAKE ROAD
ROGERS, HENNEPIN, MN 55374

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 53,407.83

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.923** **Nonpriority creditor's name and mailing address**

NORTHERN REFRIGERATED TRANSPORTATION, INC.
2700 WEST MAIN STREET
TURLOCK, STANISLAUS, CA 95380

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 3,426.78

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.924** **Nonpriority creditor's name and mailing address**

NORTHSTAR
8605 SANTA MONICA BLVD
PMB 65044
WEST HOLLYWOOD, LOS ANGELES, CA 90069-4109

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 13,176.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.925** **Nonpriority creditor's name and mailing address**

NYS CORPORATION TAX
PROCESSING UNIT
P.O. BOX 22038
ALBANY, NY 12201-2038

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 50.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.926** **Nonpriority creditor's name and mailing address**

OASIS INTEGRATION
410 E AVE K12 STE 105
LANCASTER, LOS ANGELES, CA 93535

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 15,315.70

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

Debtor  Virgin Orbit, LLC
        Name                                                          Case number (if known)    23-10408

| Part 2: | Additional Page |
| --- | --- |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
| --- | --- |

**3.927**  **Nonpriority creditor's name and mailing address**

OCHI, KELLEN KAZUAKI
ADDRESS ON FILE

$ _____ Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Claim Related to Employment

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.928**  **Nonpriority creditor's name and mailing address**

OCHOA-COTA, DIEGO
ADDRESS ON FILE

$ _____ Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Claim Related to Employment

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.929**  **Nonpriority creditor's name and mailing address**

OCONNOR, CHARLES
ADDRESS ON FILE

$ _____ Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Claim Related to Employment

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.930**  **Nonpriority creditor's name and mailing address**

ODUNTAN, OLUFEMI
ADDRESS ON FILE

$ _____ Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Claim Related to Employment

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.931**  **Nonpriority creditor's name and mailing address**

OFFICE OF TAX AND REVENUE
P.O. BOX 96019
WASHINGTON, D.C., WASHINGTON, WA 20090-6019

$ _____ 250.00

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | Virgin Orbit, LLC | | Case number (if known) | 23-10408 |
|---|---|---|---|---|
| | Name | | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.932** **Nonpriority creditor's name and mailing address**

OLYMPUS SCIENTIFIC SOLUTIONS AMERICAS CORP (DBA EVIDENT SCIENTIFIC)
48 WOERD AVE, SUITE 105
WALTHAM, MIDDLESEX, MA 2453

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 1,335.72

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.933** **Nonpriority creditor's name and mailing address**

OMAR, DALYA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Claim Related to Employment

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.934** **Nonpriority creditor's name and mailing address**

OMEGA ENGINEERING, INC
26904 NETWORK PLACE
CHICAGO, CHICAGO, IL 60673-1269

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 5,586.42

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.935** **Nonpriority creditor's name and mailing address**

OMEGA ENGINEERING, INC
26904 NETWORK PLACE
CHICAGO, CHICAGO, IL 60673-1269

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Uninvoiced Receipts

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.936** **Nonpriority creditor's name and mailing address**

OMNETICS CONNECTOR CORPORATION
8840 EVERGREEN BLVD.
MINNEAPOLIS, ANOKA, MN 55433

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 10,242.98

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

| 3.937 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 11,809.37 |
|---|---|---|---|

OMNI LOGISITCS, LLC
3100 OLYMPUS BLVD. SUITE 420
DALLAS, DALLAS COUNTY, TX 75019

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.938 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ Undetermined |
|---|---|---|---|

ONCHIRI, LORRETTA KWAMBOKA
ADDRESS ON FILE

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Claim Related to Employment

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.939 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ Undetermined |
|---|---|---|---|

ONGKOWIDJOJO, MICHELLE CHERIE
ADDRESS ON FILE

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Claim Related to Employment

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.940 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 61,820.97 |
|---|---|---|---|

ORACLE AMERICA, INC.
500 ORACLE PARKWAY
REDWOOD SHORES, SAN MATEO, CA 94065

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.941 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 38,492.98 |
|---|---|---|---|

ORANGE COURIER INC
15300 DESMAN RD
LA MIRADA, ORANGE, CA 90638

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.942** **Nonpriority creditor's name and mailing address**

ORANGE TREE EMPLOYMENT SCREENING LLC
7275 OHMS LANE
EDINA, HENNEPIN COUNTY, MN 55439

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 718.92

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.943** **Nonpriority creditor's name and mailing address**

ORDONEZ, LESTHER STUARDO
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Claim Related to Employment

$ Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.944** **Nonpriority creditor's name and mailing address**

ORKIN SERVICES OF CALIFORNIA, INC
12710 MAGNOLIA AVENUE
RIVERSIDE, RIVERSIDE, CA 92503

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 2,741.66

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.945** **Nonpriority creditor's name and mailing address**

OROZCO, ALBERT
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Claim Related to Employment

$ Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.946** **Nonpriority creditor's name and mailing address**

OROZCO, LUIS ALBERTO
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Claim Related to Employment

$ Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.947** **Nonpriority creditor's name and mailing address**

ORTEGA, HECTOR
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Claim Related to Employment

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Undetermined

---

**3.948** **Nonpriority creditor's name and mailing address**

ORTEGA, PAUL S.
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Claim Related to Employment

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Undetermined

---

**3.949** **Nonpriority creditor's name and mailing address**

ORTIZ, ORIFIEL SANTIAGO
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Claim Related to Employment

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Undetermined

---

**3.950** **Nonpriority creditor's name and mailing address**

O'SHANNESSY, PHILLIP ANDERS
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Claim Related to Employment

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Undetermined

---

**3.951** **Nonpriority creditor's name and mailing address**

OYEDELE, KUNLE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Claim Related to Employment

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Undetermined

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.952** **Nonpriority creditor's name and mailing address**

PACIFIC AEROSPACE CORPORATION
8141 MONROE AVE
STANTON, ORANGE COUNTY, CA 90680

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 53,349.75

---

**3.953** **Nonpriority creditor's name and mailing address**

PACIFIC COAST COMPOSITES
418 VALLEY AVE NW
BLDG B, SUITE 115
PUYALLUP, PIERCE, WA 98371

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 90,412.63

---

**3.954** **Nonpriority creditor's name and mailing address**

PACIFIC SCIENTIFIC ENERGETIC MATERIALS CO., LLC
3601 UNION ROAD
HOLLISTER, SAN BENITO, CA 95023

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 89,489.00

---

**3.955** **Nonpriority creditor's name and mailing address**

PADILLA, ALEJANDRO
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Claim Related to Employment

**Date or dates debt was incurred**      Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Undetermined

---

**3.956** **Nonpriority creditor's name and mailing address**

PARK, JOHN
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Claim Related to Employment

**Date or dates debt was incurred**      Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Undetermined

---

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.957** Nonpriority creditor's name and mailing address

PARK, STEVEN
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim:  Claim Related to Employment

$ Undetermined

Date or dates debt was incurred    Undetermined

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.958** Nonpriority creditor's name and mailing address

PARKER HANNIFIN CHOMERICS DIVISION
77 DRAGON CT
WOBURN, MIDDLESEX, MA 1801

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Payable

$ 1,021.32

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.959** Nonpriority creditor's name and mailing address

PASACHE, SAMUEL
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim:  Claim Related to Employment

$ Undetermined

Date or dates debt was incurred    Undetermined

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.960** Nonpriority creditor's name and mailing address

PATEL, CHIRAG
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim:  Claim Related to Employment

$ Undetermined

Date or dates debt was incurred    Undetermined

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.961** Nonpriority creditor's name and mailing address

PATTI GRACE SMITH FELLOWSHIP
1424 K STREET NW, SUITE 200
WASHINGTON, DISTRICT OF COLUMBA, DC 20005

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Payable

$ 5,000.00

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

### Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

---

**3.962** | **Nonpriority creditor's name and mailing address**

PATTON SALES CORPORATION
630 ST. ANDREWS WAY
PALMDALE, LOS ANGELES, CA 9355

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$                16,327.63

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.963** | **Nonpriority creditor's name and mailing address**

PATTON SALES CORPORATION
630 ST. ANDREWS WAY
PALMDALE, LOS ANGELES, CA 9355

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Uninvoiced Receipts

$                Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.964** | **Nonpriority creditor's name and mailing address**

PATZ MATERIALS AND TECHNOLOGIES
4968 INDUSTRIAL WAY
BENICIA, SOLANO, CA 94510

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$                172,710.06

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.965** | **Nonpriority creditor's name and mailing address**

PCC SCHLOSSER
345 NE HEMLOCK AVE
REDMOND, DESCHUTES, OR 97756

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$                133,473.92

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.966** | **Nonpriority creditor's name and mailing address**

PDS TECH, INC
1925 W. JOHN CARPENTER FWY, SUITE 550
IRVING, DALLAS, TX 75063

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$                4,085.76

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.967** **Nonpriority creditor's name and mailing address**

PEER, SCOTT GEORGE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Claim Related to Employment

$      Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.968** **Nonpriority creditor's name and mailing address**

PEI GENESIS
1932 E DEERE AVE STE 230
SANTA ANA, ORANGE, CA 92705

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$      463.09

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.969** **Nonpriority creditor's name and mailing address**

PEI GENESIS
1932 E DEERE AVE STE 230
SANTA ANA, ORANGE, CA 92705

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Uninvoiced Receipts

$      Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.970** **Nonpriority creditor's name and mailing address**

PEIRIS, LAKSHAN
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Claim Related to Employment

$      Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.971** **Nonpriority creditor's name and mailing address**

PENN TOOL COMPANY
1776 SPRINGFIELD AVE.
MAPLEWOOD, ESSEX, NJ 7040

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$      1,832.35

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor | Virgin Orbit, LLC | Case number (if known) | 23-10408 |
|--------|-------------------|------------------------|----------|
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.972** **Nonpriority creditor's name and mailing address**

PEREZ, HUGO
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Claim Related to Employment

$                              Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.973** **Nonpriority creditor's name and mailing address**

PEREZ, MARGARITA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Claim Related to Employment

$                              Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.974** **Nonpriority creditor's name and mailing address**

PEREZ, OMAR G
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Claim Related to Employment

$                              Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.975** **Nonpriority creditor's name and mailing address**

PEREZ, VICTOR EDUARDO
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Claim Related to Employment

$                              Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.976** **Nonpriority creditor's name and mailing address**

PERRY, BRET VRANA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Claim Related to Employment

$                              Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor | Virgin Orbit, LLC | | Case number (if known) | 23-10408 |
|---|---|---|---|---|
| | Name | | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.977** Nonpriority creditor's name and mailing address

PHAM, TRUNG
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim:  Claim Related to Employment

$ Undetermined

Date or dates debt was incurred    Undetermined

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.978** Nonpriority creditor's name and mailing address

PHAM, VAN LOAN
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim:  Claim Related to Employment

$ Undetermined

Date or dates debt was incurred    Undetermined

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.979** Nonpriority creditor's name and mailing address

PHILIP AUSTIN DAVID (DBA FLYING P RANCH LLC)
3507 CHUPAROSA DR.
SANTA BARBARA, SANTA BARBARA, CA 93105

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Payable

$ 9,600.00

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.980** Nonpriority creditor's name and mailing address

PHON, RATHANA
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim:  Claim Related to Employment

$ Undetermined

Date or dates debt was incurred    Undetermined

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.981** Nonpriority creditor's name and mailing address

PIC WIRE AND CABLE INC.
W220 N1051 SPRINGDALE ROAD
WAUKESHA, WAUKESHA, WI 53186

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Payable

$ 591.48

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.982** **Nonpriority creditor's name and mailing address**

PICKARD, KYLE ROBERT
ADDRESS ON FILE

$     Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Claim Related to Employment

**Date or dates debt was incurred**  Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.983** **Nonpriority creditor's name and mailing address**

PICKARD, XANDER RAYMOND
ADDRESS ON FILE

$     Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Claim Related to Employment

**Date or dates debt was incurred**  Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.984** **Nonpriority creditor's name and mailing address**

PICKERING INTERFACES, INC.
221 CHELMSFORD STREET, SUITE 6
CHELMSFORD, MIDDLESEX COUNTY, MA 1824

$     32,683.00

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.985** **Nonpriority creditor's name and mailing address**

PICKETT, DANA
ADDRESS ON FILE

$     Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Claim Related to Employment

**Date or dates debt was incurred**  Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.986** **Nonpriority creditor's name and mailing address**

PIERSON, FORREST
ADDRESS ON FILE

$     Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Claim Related to Employment

**Date or dates debt was incurred**  Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Part 2:    Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.987** | **Nonpriority creditor's name and mailing address**

PIPING TECHNOLOGY & PRODUCTS, INC.
3701 HOLMES ROAD
HOUSTON, HOUSTON, TX 77051

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$    52,399.74

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.988** | **Nonpriority creditor's name and mailing address**

PIRNIAKAN, NESHAD ROD
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Claim Related to Employment

$    Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.989** | **Nonpriority creditor's name and mailing address**

PITT, ROBERT
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Claim Related to Employment

$    Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.990** | **Nonpriority creditor's name and mailing address**

PLANETARY SYSTEMS CORPORATION
2303 KANAS AVENUE
SILVER SPRING, MONTGOMERY, MD 20910

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$    98,500.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.991** | **Nonpriority creditor's name and mailing address**

PLASCENCIA, ARNOLDO
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Claim Related to Employment

$    Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Part 2: | Additional Page | |
|---|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.992** | **Nonpriority creditor's name and mailing address**

PLASMA PROCESSES, LLC
4914 MOORES MILL RD
HUNTSVILLE, MADISON, AL 35811

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$                53,296.25

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.993** | **Nonpriority creditor's name and mailing address**

PLASMA PROCESSES, LLC
4914 MOORES MILL RD
HUNTSVILLE, MADISON, AL 35811

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Uninvoiced Receipts

$                Undetermined

**Date or dates debt was incurred**          Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.994** | **Nonpriority creditor's name and mailing address**

PM INDUSTRIAL SUPPLY COMPANY
9613 CANOGA AVE
CHATSWORTH, LOS ANGELES, CA 91311

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Uninvoiced Receipts

$                Undetermined

**Date or dates debt was incurred**          Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.995** | **Nonpriority creditor's name and mailing address**

PMC ENGINEERING LLC
11 OLD SUGAR HOLLOW ROAD
DANBURY, FAIRFIELD, CT 6810

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$                6,675.29

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.996** | **Nonpriority creditor's name and mailing address**

POLEY, KAYLIN MONIQUE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Claim Related to Employment

$                Undetermined

**Date or dates debt was incurred**          Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.997** | **Nonpriority creditor's name and mailing address**

POLYMER CONCEPTS TECHNOLOGIES, INC
13522 MANHASSET ROAD
APPLE VALLEY, SAN BERNARDINO, CA 92308

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 2,761.95

---

**3.998** | **Nonpriority creditor's name and mailing address**

PONCE DAVILA, SAM
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Claim Related to Employment

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Undetermined

---

**3.999** | **Nonpriority creditor's name and mailing address**

POONSIRI, JOE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Claim Related to Employment

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Undetermined

---

**3.1000** | **Nonpriority creditor's name and mailing address**

PORTER CONCRETE CONSTRUCTION COMPANY INC
PO BOX 689
MOJAVE, KERN, CA 93502

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 46,619.00

---

**3.1001** | **Nonpriority creditor's name and mailing address**

PORTILLO DERAS, JUAN E.
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Claim Related to Employment

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Undetermined

## Part 2:  Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.100 2**

**Nonpriority creditor's name and mailing address**

POWELL ELECTRONICS, INC
200 COMMODORE DRIVE
SWEDESBORO, LOGAN TOWNSHIP, NJ 8085

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 10,322.11

---

**3.100 3**

**Nonpriority creditor's name and mailing address**

POWELL ELECTRONICS, INC
200 COMMODORE DRIVE
SWEDESBORO, LOGAN TOWNSHIP, NJ 8085

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Uninvoiced Receipts

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Undetermined

---

**3.100 4**

**Nonpriority creditor's name and mailing address**

POWERS, KELLY SUZANNE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Claim Related to Employment

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Undetermined

---

**3.100 5**

**Nonpriority creditor's name and mailing address**

POZOS, EFRAIN
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Claim Related to Employment

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Undetermined

---

**3.100 6**

**Nonpriority creditor's name and mailing address**

PPG AEROSPACE
24811 AVE ROCKEFELLER
VALENCIA, LOS ANGELES, CA 91355

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 95,343.24

---

| Debtor | Virgin Orbit, LLC | | Case number (if known) | 23-10408 |
| | Name | | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
| --- | --- |

**3.100 7**

**Nonpriority creditor's name and mailing address**

PRADJANATA, MATTHEW
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Claim Related to Employment

$ Undetermined

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.100 8**

**Nonpriority creditor's name and mailing address**

PRAECIPIO CONSULTING, LLC.
15511 HWY 71 W. SUITE 110-111
AUSTIN, TRAVIS, TX 78738

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 173,769.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.100 9**

**Nonpriority creditor's name and mailing address**

PRECISION FLUID CONTROLS, INC
1751 AVIATION BLVD. SUITE 100
LINCOLN, PLACER, CA 95648

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 80,217.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.101 0**

**Nonpriority creditor's name and mailing address**

PRECISION HONEYCOMB LLC
3030 ENTERPRISE CT. SUITE D
VISTA, SAN DIEGO COUNTY, CA 92081

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 19,100.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.101 1**

**Nonpriority creditor's name and mailing address**

PRECISION TUBE BENDING
13626 TALC STREET
SANTA FE SPRINGS, LOS ANGELES, CA 90670

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 5,611.14

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | Virgin Orbit, LLC | | Case number (if known) | 23-10408 |
|---|---|---|---|---|
| | Name | | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.101 2**

**Nonpriority creditor's name and mailing address**

PRECISION WATERJET
4900 E. HUNTER AVE.
ANAHEIM, ORANGE, CA 92807

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$    45,818.64

---

**3.101 3**

**Nonpriority creditor's name and mailing address**

PRESENTATION MEDIA, INC
1916 144TH ST
GARDENA, LOS ANGELES, CA 90249

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Uninvoiced Receipts

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$    Undetermined

---

**3.101 4**

**Nonpriority creditor's name and mailing address**

PRINT METAL LLC
24426 S. MAIN ST, SUITE 704
CARSON, LOS ANGELES, CA 90745

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$    49,211.00

---

**3.101 5**

**Nonpriority creditor's name and mailing address**

PRINTIFY, INC
2093A PHILADELPHIA PIKE, SUITE 149
CLAYMONT, NEW CASTLE, DE 19703

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$    338.72

---

**3.101 6**

**Nonpriority creditor's name and mailing address**

PROFENIUS, LUCIENNE MARIE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Claim Related to Employment

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$    Undetermined

---

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
| --- | --- |

**3.101 7**

**Nonpriority creditor's name and mailing address**

PROGRESSIVE BENEFIT SOLUTIONS LLC
14 BUSINESS PARK
UNIT 8
BRANFORD, NORTH HAVEN, CT 6405

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 12,607.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.101 8**

**Nonpriority creditor's name and mailing address**

PROTO LABS, INC.
22 CHARRON AVE.
NASHUA, HILLSBOROUGH, NH 3063

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 55,288.17

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.101 9**

**Nonpriority creditor's name and mailing address**

PROTO LABS, INC.
22 CHARRON AVE.
NASHUA, HILLSBOROUGH, NH 3063

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Uninvoiced Receipts

$ Undetermined

**Date or dates debt was incurred**      Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.102 0**

**Nonpriority creditor's name and mailing address**

PROTOCASE INC.
46 WABANA CT.
SYDNEY, CAPE BRETON, NS B1P 0B9
CANADA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 9,702.07

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.102 1**

**Nonpriority creditor's name and mailing address**

PRUDENTIAL OVERALL SUPPLY (DBA PRUDENTIAL CLEANROOM SERVICES)
1661 ALTON PARKWAY
IRVINE, ORANGE COUNTY, CA 92606

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 1,775.66

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Part 2:** **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

| 3.102.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $ 301.50 |
|---|---|---|---|

PUBLIC COMPANY ACCOUNTING OVERSIGHT BOARD
PO BOX 418631
BOSTON, SUFFOLK, MA 02241-8631

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.102.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $ 1,557.50 |
|---|---|---|---|

PURPLE COMMUNICATIONS
13620 N FM 620 BUILDING C, SUITE 100
AUSTIN, WILLIAMSON, TX 78717

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.102.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $ 11,195.14 |
|---|---|---|---|

QAP METAL FINISHING
342 W 130TH STREET
LOS ANGELES, LOS ANGELES, CA 90061

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.102.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $ Undetermined |
|---|---|---|---|

QAP METAL FINISHING
342 W 130TH STREET
LOS ANGELES, LOS ANGELES, CA 90061

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Uninvoiced Receipts

**Date or dates debt was incurred**    Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.102.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $ 43,031.24 |
|---|---|---|---|

QCM INC. (DBA VERIS MANUFACTURING )
285 GEMINI AVENUE
BREA, ORANGE, CA 92821

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

### 3.1027

**Nonpriority creditor's name and mailing address**

QCM INC. (DBA VERIS MANUFACTURING )
285 GEMINI AVENUE
BREA, ORANGE, CA 92821

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Uninvoiced Receipts

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$   Undetermined

### 3.1028

**Nonpriority creditor's name and mailing address**

QINETIQ LIMITED
MOD BOSCOMBE DOWN, STOCKPORT ROAD
SALISBURY, WILTSHIRE,
UNITED KINGDOM

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$   16,698.06

### 3.1029

**Nonpriority creditor's name and mailing address**

QUALITY FABRICATION, INC.
9631 IRONDALE AVENUE
CHATSWORTH, LOS ANGELES, CA 91311-5009

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$   28,148.76

### 3.1030

**Nonpriority creditor's name and mailing address**

QUALITY PRECISION CLEANING
4060 S. GRANT ST., BLDG. 18, UNIT 100
WASHOUGAL, CLARK, WA 98671

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$   35,785.00

### 3.1031

**Nonpriority creditor's name and mailing address**

QUALITY PRECISION CLEANING
4060 S. GRANT ST., BLDG. 18, UNIT 100
WASHOUGAL, CLARK, WA 98671

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Uninvoiced Receipts

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$   Undetermined

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.103 2**

**Nonpriority creditor's name and mailing address**

QUALITY PRECISION CLEANING
4060 S. GRANT ST., BLDG. 18, UNIT 100
WASHOUGAL, CLARK, WA 98671

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Uncashed Check

$ 4,805.00

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.103 3**

**Nonpriority creditor's name and mailing address**

QUILISADIO, JUSTIN
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Claim Related to Employment

$ Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.103 4**

**Nonpriority creditor's name and mailing address**

QUILTY ANALYTICS LLC
33 6TH ST. S, SUITE 204
SAINT PETERSBURG, PINELLAS COUNTY, FL 33701

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 2,500.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.103 5**

**Nonpriority creditor's name and mailing address**

QUINCY COMPRESSOR, LLC
1000 SOUTH GRAND AVENUE
SANTA ANA, ORANGE, CA 92705

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 74,471.50

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.103 6**

**Nonpriority creditor's name and mailing address**

QUINCY COMPRESSOR, LLC
1000 SOUTH GRAND AVENUE
SANTA ANA, ORANGE, CA 92705

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Uninvoiced Receipts

$ Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

| 3.103 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ | 8,743.50 |
|---|---|---|---|---|

QUINN EMANUEL URQUHART & SULLIVAN LLP
865 SOUTH FIGUEROA STREET
10TH FLOOR
LOS ANGELES, LOS ANGELES, CA 90017

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.103 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ | Undetermined |
|---|---|---|---|---|

QUINTANILLA, EUNICE M
ADDRESS ON FILE

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  Potential Claim

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.103 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ | Undetermined |
|---|---|---|---|---|

QUINTANILLA, EUNICE M
ADDRESS ON FILE

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Claim Related to Employment

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.104 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ | 26,795.71 |
|---|---|---|---|---|

RACE COMMUNICATION CO.
1325 HOWARD AVE. #604
BURLINGAME, BURLINGAME, CA 94010

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.104 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ | Undetermined |
|---|---|---|---|---|

RADER, CHRISTINA
ADDRESS ON FILE

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Claim Related to Employment

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.104 2**

**Nonpriority creditor's name and mailing address**

RADWELL INTERNATIONAL, LLC.
1 MILLENNIUM DRIVE
WILLINGBORO, BURLINGTON, NJ 8046

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 87.30

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.104 3**

**Nonpriority creditor's name and mailing address**

RAFTOGIANIS, MARK THOMAS
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Claim Related to Employment

$ Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.104 4**

**Nonpriority creditor's name and mailing address**

RAIMONDO PETTIT GROUP
21515 HAWTHORNE BLVD., SUITE 1250
TORRANCE, LOS ANGELES, CA 90503

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 2,298.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.104 5**

**Nonpriority creditor's name and mailing address**

RAIN FOR RENT
3404 STATE ROAD
BAKERSFIELD, KERN, CA 93308

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 37,768.47

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.104 6**

**Nonpriority creditor's name and mailing address**

RAMKABIR ANALYTICS LLC
4843 CORSICA DRIVE
CYPRESS, ORANGE, CA 90630

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 20,500.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | Virgin Orbit, LLC | | Case number (if known) | 23-10408 |
|---|---|---|---|---|
| | Name | | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.1047**

**Nonpriority creditor's name and mailing address**
RAMOS, JOELL STEVEN
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Claim Related to Employment

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                Undetermined

---

**3.1048**

**Nonpriority creditor's name and mailing address**
RAMOS, LUIS JEFFERSON
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Claim Related to Employment

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                Undetermined

---

**3.1049**

**Nonpriority creditor's name and mailing address**
RAMOS/STRONG INC (DBA RSI PETROLEUM)
2481 DEAVER LANE
P.O. BOX 938
MOJAVE, KERN, CA 93502

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                3,663.30

---

**3.1050**

**Nonpriority creditor's name and mailing address**
RAPID AXIS, LLC
1482 ODDSTAD RD
REDWOOD CITY, SAN MATEO, CA 94063

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                178,111.75

---

**3.1051**

**Nonpriority creditor's name and mailing address**
RAPID7 LLC
100 SUMMER ST. 13TH FLOOR
BOSTON, SUFFOLK COUNTY, MA 2110

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                14,575.00

---

Debtor    Virgin Orbit, LLC
Name

Case number (if known)    23-10408

---

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | **Amount of claim** |

**3.105 2**

**Nonpriority creditor's name and mailing address**
RASKE, RICHARD JAMES
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Claim Related to Employment

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$    Undetermined

---

**3.105 3**

**Nonpriority creditor's name and mailing address**
RAWLINGS, RANDY
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Claim Related to Employment

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$    Undetermined

---

**3.105 4**

**Nonpriority creditor's name and mailing address**
R-CON NONDESTRUCTIVE TEST CONSULTANTS, INC.
5605 FREITAG DR.
MENOMONIE, DUNN, WI 54751

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$    8,700.91

---

**3.105 5**

**Nonpriority creditor's name and mailing address**
REAL COMPONENTS LLC
65 ENTERPRISE
SUITE 300
ALISO VIEJO, ORANGE, CA 92656

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$    13,248.09

---

**3.105 6**

**Nonpriority creditor's name and mailing address**
REAL COMPONENTS LLC
65 ENTERPRISE
SUITE 300
ALISO VIEJO, ORANGE, CA 92656

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Uninvoiced Receipts

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$    Undetermined

---

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.105 7**

**Nonpriority creditor's name and mailing address**

REAL-TIME INNOVATIONS
232 E. JAVA DRIVE
SUNNYVALE, SANTA CLARA, CA 94089

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 20,665.00

---

**3.105 8**

**Nonpriority creditor's name and mailing address**

REDWIRE SPACE, INC.
8226 PHILLIPS HWY, SUITE 101
JACKSONVILLE, DUVAL, FL 32256

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,242,558.00

---

**3.105 9**

**Nonpriority creditor's name and mailing address**

REFINITIV US LLC
P.O. BOX 415983
BOSTON, SUFFOLK, MA 02241-5983

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 15,840.00

---

**3.106 0**

**Nonpriority creditor's name and mailing address**

REGO CONSULTING CORPORATION
2115 NORTH MAIN STREET
CENTERVILLE, DAVIS, UT 84014-1017

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 132,804.00

---

**3.106 1**

**Nonpriority creditor's name and mailing address**

REILLY, SEAN
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Claim Related to Employment

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Undetermined

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
| --- | --- |

**3.106 2**

**Nonpriority creditor's name and mailing address**

RENDON, ERIC LOUIS
ADDRESS ON FILE

$     Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Claim Related to Employment

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.106 3**

**Nonpriority creditor's name and mailing address**

RESCALE, INC.
33 NEW MONTGOMERY STREET
STE 950
SAN FRANCISCO, SAN FRANCISCO, CA 94105

$     5,694.00

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.106 4**

**Nonpriority creditor's name and mailing address**

RESIDENCE INN MARRIOTT
RESIDENCE INN LONG BEACH - LAXBH
P.O. BOX 741574
ATLANTA, FULTON, GA 30374-1574

$     1,272.00

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.106 5**

**Nonpriority creditor's name and mailing address**

REYES, EDWIN
ADDRESS ON FILE

$     Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Claim Related to Employment

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.106 6**

**Nonpriority creditor's name and mailing address**

REYNOSO, EDUARDO
ADDRESS ON FILE

$     Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Claim Related to Employment

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.106 7**

**Nonpriority creditor's name and mailing address**
REZGUI, AMINE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Claim Related to Employment

$ Undetermined

| **Date or dates debt was incurred** | Undetermined | **Is the claim subject to offset?** |
|---|---|---|
| **Last 4 digits of account number** | | ☒ No |
| | | ☐ Yes |

**3.106 8**

**Nonpriority creditor's name and mailing address**
RICHTER, SHANE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Claim Related to Employment

$ Undetermined

| **Date or dates debt was incurred** | Undetermined | **Is the claim subject to offset?** |
|---|---|---|
| **Last 4 digits of account number** | | ☒ No |
| | | ☐ Yes |

**3.106 9**

**Nonpriority creditor's name and mailing address**
RIG-TECH, LLC
10555 WEST LITTLE YORK
HOUSTON, HARRIS, TX 77041

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 418.87

| **Date or dates debt was incurred** | | **Is the claim subject to offset?** |
|---|---|---|
| **Last 4 digits of account number** | | ☒ No |
| | | ☐ Yes |

**3.107 0**

**Nonpriority creditor's name and mailing address**
ROBERTS, SAMUEL JOSEPH
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Claim Related to Employment

$ Undetermined

| **Date or dates debt was incurred** | Undetermined | **Is the claim subject to offset?** |
|---|---|---|
| **Last 4 digits of account number** | | ☒ No |
| | | ☐ Yes |

**3.107 1**

**Nonpriority creditor's name and mailing address**
ROBLES, EDGAR DANIEL
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Claim Related to Employment

$ Undetermined

| **Date or dates debt was incurred** | Undetermined | **Is the claim subject to offset?** |
|---|---|---|
| **Last 4 digits of account number** | | ☒ No |
| | | ☐ Yes |

| Debtor | Virgin Orbit, LLC | | Case number *(if known)* | 23-10408 |
|---|---|---|---|---|
| | Name | | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.107 2**

**Nonpriority creditor's name and mailing address**

ROCKOFF, NICHOLAS MAXWELL
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Claim Related to Employment

$                Undetermined

**Date or dates debt was incurred**       Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.107 3**

**Nonpriority creditor's name and mailing address**

RODRIGUEZ MARTINEZ, LUIS
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Claim Related to Employment

$                Undetermined

**Date or dates debt was incurred**       Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.107 4**

**Nonpriority creditor's name and mailing address**

RODRIGUEZ, ANDREW PHILLIP
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Claim Related to Employment

$                Undetermined

**Date or dates debt was incurred**       Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.107 5**

**Nonpriority creditor's name and mailing address**

RODRIGUEZ, EDSON GABRIEL
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$                423.16

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.107 6**

**Nonpriority creditor's name and mailing address**

RODRIGUEZ, EDSON GABRIEL
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Claim Related to Employment

$                Undetermined

**Date or dates debt was incurred**       Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | Virgin Orbit, LLC | Case number (if known) | 23-10408 |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.107 7**

**Nonpriority creditor's name and mailing address**

RODRIGUEZ, SABRINA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Claim Related to Employment

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$    Undetermined

---

**3.107 8**

**Nonpriority creditor's name and mailing address**

ROGERS, TRAFTON K
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Claim Related to Employment

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$    Undetermined

---

**3.107 9**

**Nonpriority creditor's name and mailing address**

ROGERS, XAVIER
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Claim Related to Employment

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$    Undetermined

---

**3.108 0**

**Nonpriority creditor's name and mailing address**

ROMERO, ALEXANDRIA K
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Claim Related to Employment

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$    Undetermined

---

**3.108 1**

**Nonpriority creditor's name and mailing address**

ROMSKEE, SONI SOUKE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Claim Related to Employment

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$    Undetermined

---

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

---

**3.108 2**

**Nonpriority creditor's name and mailing address**

ROSE, CATHERINE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Claim Related to Employment

**Date or dates debt was incurred**  Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    Undetermined

---

**3.108 3**

**Nonpriority creditor's name and mailing address**

ROSENTHAL, DEVON SHARP
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Claim Related to Employment

**Date or dates debt was incurred**  Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    Undetermined

---

**3.108 4**

**Nonpriority creditor's name and mailing address**

RPM TECHNOLOGY, LLC.
2990 SUTRO STREET
RENO, WASHOE, NV 89512

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    743.66

---

**3.108 5**

**Nonpriority creditor's name and mailing address**

RS HUGHES COMPANY, INC
1219 S. ALLEC STREET
ANAHEIM, ORANGE, CA 92805

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    32.01

---

**3.108 6**

**Nonpriority creditor's name and mailing address**

RUAN, RICHARD ALEX
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Claim Related to Employment

**Date or dates debt was incurred**  Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    Undetermined

---

| Part 2: | Additional Page |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

Amount of claim

---

**3.108 7**

**Nonpriority creditor's name and mailing address**

RUBIO, CEASAR ANTHONY
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Claim Related to Employment

$ _____ Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.108 8**

**Nonpriority creditor's name and mailing address**

RUIZ, STEVE RALPH
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Claim Related to Employment

$ _____ Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.108 9**

**Nonpriority creditor's name and mailing address**

RUVALCABA, BRADLEY
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Claim Related to Employment

$ _____ Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.109 0**

**Nonpriority creditor's name and mailing address**

RUVALCABA, HECTOR ADRIAN
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Claim Related to Employment

$ _____ Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.109 1**

**Nonpriority creditor's name and mailing address**

SABIN-CASAMALHUAPA, MAILEAHSA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Claim Related to Employment

$ _____ Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

Amount of claim

---

**3.109 2**

**Nonpriority creditor's name and mailing address**

SAGIS, KEVIN D
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Potential Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$      Undetermined

---

**3.109 3**

**Nonpriority creditor's name and mailing address**

SAHAGUN, AURORA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Claim Related to Employment

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$      Undetermined

---

**3.109 4**

**Nonpriority creditor's name and mailing address**

SAINT-GOBAIN PERFORMANCE PLASTICS
1 LIBERTY ST
HOOSICK FALLS, RENSSELAER COUNTY, NY 12090

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$      12,513.90

---

**3.109 5**

**Nonpriority creditor's name and mailing address**

SALATA, ERIK
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Claim Related to Employment

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$      Undetermined

---

**3.109 6**

**Nonpriority creditor's name and mailing address**

SALAZAR, CHRISTINE V.
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Claim Related to Employment

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$      Undetermined

---

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.1097**

**Nonpriority creditor's name and mailing address**

SALESFORCE
SAN FRANCISCO
SAN FRANCISCO, SAN FRANCISCO, CA 94105

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 152,134.25

---

**3.1098**

**Nonpriority creditor's name and mailing address**

SALINAS, MICHAEL
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Claim Related to Employment

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Undetermined

---

**3.1099**

**Nonpriority creditor's name and mailing address**

SAMBLOTTE, MARIO ANDRES
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Claim Related to Employment

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Undetermined

---

**3.1100**

**Nonpriority creditor's name and mailing address**

SANCHEZ, CONCEPCION
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Claim Related to Employment

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Undetermined

---

**3.1101**

**Nonpriority creditor's name and mailing address**

SANCHEZ, JOSEPH
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Claim Related to Employment

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Undetermined

---

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

---

**3.110 2**

**Nonpriority creditor's name and mailing address**

SANCHEZ, MARIO
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Potential Claim

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$     Undetermined

---

**3.110 3**

**Nonpriority creditor's name and mailing address**

SANCHEZ, MARIO
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Claim Related to Employment

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$     Undetermined

---

**3.110 4**

**Nonpriority creditor's name and mailing address**

SANCHEZ, MARIO A.
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Claim Related to Employment

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$     Undetermined

---

**3.110 5**

**Nonpriority creditor's name and mailing address**

SANDOVAL, FELIPE ROGELIO
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Claim Related to Employment

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$     Undetermined

---

**3.110 6**

**Nonpriority creditor's name and mailing address**

SANTOS, RAUL
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Claim Related to Employment

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$     Undetermined

---

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.110 7**

**Nonpriority creditor's name and mailing address**

SANTOYO, ELIZABETH
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Claim Related to Employment

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.110 8**

**Nonpriority creditor's name and mailing address**

SANTOYO, JOSE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Claim Related to Employment

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.110 9**

**Nonpriority creditor's name and mailing address**

SARGENT, BRETT ALAN
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential Claim

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.111 0**

**Nonpriority creditor's name and mailing address**

SARGENT, BRETT ALAN
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Claim Related to Employment

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.111 1**

**Nonpriority creditor's name and mailing address**

SAS INSTITUTE INC.
SAS CAMPUS DRIVE
CARY, WAKE, NC 27513

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 3,600.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.111 2**

**Nonpriority creditor's name and mailing address**

SASMAL, ARITRA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Claim Related to Employment

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$     Undetermined

---

**3.111 3**

**Nonpriority creditor's name and mailing address**

SATCO, INC.
1601 E. EL SEGUNDO BLVD.
EL SEGUNDO, CA 90245

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$     19,442.00

---

**3.111 4**

**Nonpriority creditor's name and mailing address**

SAY TECHNOLOGIES LLC
85 WILLOW ROAD
MENLO PARK, SAN MATEO, CA 94025

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$     453.60

---

**3.111 5**

**Nonpriority creditor's name and mailing address**

SCALAR CA, LLC
PO BOX 1031
DRAPER, SALT LAKE COUNTY, UT 84020

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$     7,500.00

---

**3.111 6**

**Nonpriority creditor's name and mailing address**

SCHELETER, VALERIO
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Claim Related to Employment

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$     Undetermined

**Part 2:**    **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.111 7**

**Nonpriority creditor's name and mailing address**

SCHMID, BRIAN GLENN
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Claim Related to Employment

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$    Undetermined

---

**3.111 8**

**Nonpriority creditor's name and mailing address**

SCHWAB INDUSTRIES, INC
50850 RIZZO DRIVE
SHELBY TOWNSHIP, MACOMB COUNTY, MI 48315

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$    46,936.00

---

**3.111 9**

**Nonpriority creditor's name and mailing address**

SCICON TECHNOLOGIES CORPORATION
27525 NEWHALL RANCH ROAD, UNIT #2
VALENCIA, LOS ANGELES, CA 91355

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$    35,403.92

---

**3.112 0**

**Nonpriority creditor's name and mailing address**

SCOTT, RONALD
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Claim Related to Employment

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$    Undetermined

---

**3.112 1**

**Nonpriority creditor's name and mailing address**

SELECT EQUIPMENT SALES, INC.
6911 8TH STREET
BUENA PARK, ORANGE, CA 90620

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$    3,537.25

---

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.112 2**

**Nonpriority creditor's name and mailing address**

SENNOTT, AUSTIN MICHAEL
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Claim Related to Employment

$ Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.112 3**

**Nonpriority creditor's name and mailing address**

SENTEK DYNAMICS, INC.
2090 DUANE AVE.
SANTA CLARA, SANTA CLARA, CA 95054

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 348,200.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.112 4**

**Nonpriority creditor's name and mailing address**

SENTEK DYNAMICS, INC.
2090 DUANE AVE.
SANTA CLARA, SANTA CLARA, CA 95054

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Uninvoiced Receipts

$ Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.112 5**

**Nonpriority creditor's name and mailing address**

SEPAHRAM, SIAMAK
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Claim Related to Employment

$ Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.112 6**

**Nonpriority creditor's name and mailing address**

SERMENO, PABEL ALEXANDER
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Claim Related to Employment

$ Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.112 7**

**Nonpriority creditor's name and mailing address**

SERPA, MICAEEL
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Claim Related to Employment

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ _____ Undetermined

---

**3.112 8**

**Nonpriority creditor's name and mailing address**

SEWELL, REBECCA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Claim Related to Employment

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ _____ Undetermined

---

**3.112 9**

**Nonpriority creditor's name and mailing address**

SHAH, MICHAEL BHARAT
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Claim Related to Employment

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ _____ Undetermined

---

**3.113 0**

**Nonpriority creditor's name and mailing address**

SHAPERY, LEANNE D
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Claim Related to Employment

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ _____ Undetermined

---

**3.113 1**

**Nonpriority creditor's name and mailing address**

SHATKIN, STEVEN
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Claim Related to Employment

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ _____ Undetermined

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.113 2**

**Nonpriority creditor's name and mailing address**

SHEARER, REBECCA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Claim Related to Employment

$ _____ Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.113 3**

**Nonpriority creditor's name and mailing address**

SHER-FAB UNLIMITED, INC
1740 E MONTICELLO CT
ONTARIO, SAN BERNARDINO, CA 91761

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Uninvoiced Receipts

$ _____ Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.113 4**

**Nonpriority creditor's name and mailing address**

SHERLOCK, JACOB
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Claim Related to Employment

$ _____ Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.113 5**

**Nonpriority creditor's name and mailing address**

SHERMAN, JAMES R
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Claim Related to Employment

$ _____ Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.113 6**

**Nonpriority creditor's name and mailing address**

SHOOK, SCOTT
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Claim Related to Employment

$ _____ Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

| 3.113 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ | Undetermined |

SHORT, DANIEL
ADDRESS ON FILE

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Claim Related to Employment

**Date or dates debt was incurred**     Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.113 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ | 40,490.08 |

SHRED-IT USA, LLC.
28161 N. KEITH DRIVE
LAKE FOREST, LAKE, IL 60045

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.113 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ | Undetermined |

SIDA, AHLAM
ADDRESS ON FILE

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Claim Related to Employment

**Date or dates debt was incurred**     Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.114 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ | Undetermined |

SIDA, JESUS ANTONIO
ADDRESS ON FILE

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Claim Related to Employment

**Date or dates debt was incurred**     Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.114 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ | 4,190.81 |

SIERRA AUTOMATED VALVE SERVICES
39433 COLLEEN WAY
TEMECULA, RIVERSIDE, CA 92592

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

## Part 2:  Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.114 2** Nonpriority creditor's name and mailing address

SIERRA CIRCUITS (DBA SIERRA PROTOEXPRESS)
1108 WEST EVELYN AVENUE
SUNNYVALE, SANTA CLARA, CA 94086

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Payable

$                    2,561.46

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.114 3** Nonpriority creditor's name and mailing address

SIERRA, SAMANTHA
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim:  Claim Related to Employment

$                    Undetermined

Date or dates debt was incurred           Undetermined

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.114 4** Nonpriority creditor's name and mailing address

SIGMA-ALDRICH
PO BOX 535182
ATLANTA, ATLANTA, GA 30353-5182

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Payable

$                    8,196.83

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.114 5** Nonpriority creditor's name and mailing address

SILICONE SOLUTIONS INC
338 REMINGTON ROAD
CUYAHOGA FALLS, SUMMIT, OH 44224

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Payable

$                    13,679.21

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.114 6** Nonpriority creditor's name and mailing address

SIL-MID LIMITED
UNIT 1&2, ROMAN PARK, ROMAN WAY, CALESHILL
BIRMINGHAM, WARWICKSHIRE, B461HG
UNITED KINGDOM

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Payable

$                    6,151.51

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

**Part 2:**   **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

---

**3.114 7**

**Nonpriority creditor's name and mailing address**

SIMPSON, JEFFREY S
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Claim Related to Employment

$                    Undetermined

**Date or dates debt was incurred**        Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.114 8**

**Nonpriority creditor's name and mailing address**

SINTAVIA, LLC.
2500 SW 39TH STREET
HOLLYWOOD, BROWARD, FL 33312

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$                    68,239.25

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.114 9**

**Nonpriority creditor's name and mailing address**

SITAEL S.P.A
VIA SAN SABINO
21 ZONA INDUSTRIALE
MOLA DI BARI BA, 70042
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer Contract Milestone & Deposit Payments

$                    828,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.115 0**

**Nonpriority creditor's name and mailing address**

SKYGEEK.COM DBA STYLES LOGISTICS
30 AIRWAY DRIVE
SUITE 2
LANRANGEVILLE, DUTCHESS, NY 12540

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$                    4,584.57

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.115 1**

**Nonpriority creditor's name and mailing address**

SL&C PALMDALE, LLC
39325 TRADE CENTER DRIVE
PALMDALE, LOS ANGELES, CA 93551

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$                    8,444.15

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.115 2**

**Nonpriority creditor's name and mailing address**

SLANE, JOHN
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Claim Related to Employment

$ Undetermined

**Date or dates debt was incurred**      Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.115 3**

**Nonpriority creditor's name and mailing address**

SLATER, JASON MATTHEW
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Claim Related to Employment

$ Undetermined

**Date or dates debt was incurred**      Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.115 4**

**Nonpriority creditor's name and mailing address**

SMALLEY STEEL RING COMPANY
555 OAKWOOD RD
LAKE ZURICH, LAKE, IL 60047

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 1,782.60

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.115 5**

**Nonpriority creditor's name and mailing address**

SMITH, ALEXANDER MATTHEW
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Claim Related to Employment

$ Undetermined

**Date or dates debt was incurred**      Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.115 6**

**Nonpriority creditor's name and mailing address**

SMITH, HARRY R
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Claim Related to Employment

$ Undetermined

**Date or dates debt was incurred**      Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Part 2: | Additional Page | |
|---|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.115 7**

**Nonpriority creditor's name and mailing address**

SNAP-ON INDUSTRIAL
21755 NETWORK PLACE
CHICAGO, COOK, IL 60673-1217

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$  10,599.85

---

**3.115 8**

**Nonpriority creditor's name and mailing address**

SNAP-ON INDUSTRIAL
21755 NETWORK PLACE
CHICAGO, COOK, IL 60673-1217

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Uninvoiced Receipts

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$  Undetermined

---

**3.115 9**

**Nonpriority creditor's name and mailing address**

SOLAR ATMOSPHERES OF CA
8606 LIVE OAK AVE
FONTANA, SAN BERNARDINO, CA 92335

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$  1,879.75

---

**3.116 0**

**Nonpriority creditor's name and mailing address**

SOLAR ATMOSPHERES OF CA
8606 LIVE OAK AVE
FONTANA, SAN BERNARDINO, CA 92335

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Uninvoiced Receipts

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$  Undetermined

---

**3.116 1**

**Nonpriority creditor's name and mailing address**

SOLDEVILLA, CLARENCE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Claim Related to Employment

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$  Undetermined

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

---

**3.116 2**

**Nonpriority creditor's name and mailing address**

SO-LOW ENVIRONMENTAL EQUIPMENT CO., INC
10310 SPARTAN DRIVE
CINCINNATI, HAMILTON, OH 45215

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 5,035.39

---

**3.116 3**

**Nonpriority creditor's name and mailing address**

SORIA MURGUIA, JOSE DANIEL
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Claim Related to Employment

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Undetermined

---

**3.116 4**

**Nonpriority creditor's name and mailing address**

SOTH, BRYAN
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Claim Related to Employment

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Undetermined

---

**3.116 5**

**Nonpriority creditor's name and mailing address**

SOURCEABILITY NORTH AMERICA LLC
2007 NW 84TH AVE
DORAL, MIAM-DADE, FL 33122

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 19,687.15

---

**3.116 6**

**Nonpriority creditor's name and mailing address**

SOUTH BAY FIRE INC.
1068 AVIATION BLVD
HERMOSA BEACH, LOS ANGELES, CA 90254

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 700.00

---

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.116 7**

**Nonpriority creditor's name and mailing address**

SOUTH BAY HEATING & AIR CONDITIONING, INC.
3300 EAST 59TH STREET
LONG BEACH, LOS ANGELES, CA 90805

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 2,640.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.116 8**

**Nonpriority creditor's name and mailing address**

SOUTHERN CALIFORNIA EDISON
2 INNOVATION WAY
1ST FLOOR
POMONA, USA, CA 91768

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 108,155.39

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.116 9**

**Nonpriority creditor's name and mailing address**

SOUTHERN CALIFORNIA IMMEDIATE MEDICAL CENTER
7300 ALONDRA BLVD. SUITE 101
PARAMOUNT, LOS ANGELES, CA 90723

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 135.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.117 0**

**Nonpriority creditor's name and mailing address**

SOUTHERN COUNTIES LUBRICANTS LLC
1825 W. COLLINS AVE
ORANGE, ORANGE, CA 92867

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 3,941.98

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.117 1**

**Nonpriority creditor's name and mailing address**

SOUTHERN COUNTIES OIL CO., A CA LIMITED PARTNERSHIP
1800 W KATELLA AVE SUITE 400
ORANGE, ORANGE COUNTY, CA 92867

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 5,376.47

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.117 2**   **Nonpriority creditor's name and mailing address**

SOUTHWEST RESEARCH INSTITUTE
6220 CULBERA RD
SAN ANTONIO, BEXAR, TX 78238-5166

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$   49,104.00

---

**3.117 3**   **Nonpriority creditor's name and mailing address**

SOWERS, DON
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Claim Related to Employment

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$   Undetermined

---

**3.117 4**   **Nonpriority creditor's name and mailing address**

SPACE VECTOR CORPORATION
20520 NORDHOFF STREET
CHATSWORTH, LOS ANGELES, CA 91311

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$   482,860.00

---

**3.117 5**   **Nonpriority creditor's name and mailing address**

SPACEFLIGHT, INC.
1505 WESTLAKE AVE N
SEATTLE, WA 98109

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Contract Milestone & Deposit Payments

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$   800,000.00

---

**3.117 6**   **Nonpriority creditor's name and mailing address**

SPANOS, ALEX J
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Claim Related to Employment

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$   Undetermined

---

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.117 7** | **Nonpriority creditor's name and mailing address**

SPECIALTY DOORS AND AUTOMATION INC.
4700 LONG BEACH BLVD.
LONG BEACH, LOS ANGELES, CA 90805

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                383.10

---

**3.117 8** | **Nonpriority creditor's name and mailing address**

SPHERA SOLUTIONS, INC.
180 E RANDOLPH STREET
STE. 2900
CHICAGO, COOK, IL 60601

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$              6,588.00

---

**3.117 9** | **Nonpriority creditor's name and mailing address**

SPIN IMAGING
1379 OBISPO AVENUE
LONG BEACH, LOS ANGELES, CA 90804

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$              2,343.20

---

**3.118 0** | **Nonpriority creditor's name and mailing address**

SPIRA MANUFACTURING CORPORATION
650 JESSIE STREET
SAN FERNANDO, LOS ANGELES, CA 91340

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$              2,450.80

---

**3.118 1** | **Nonpriority creditor's name and mailing address**

SPIRE GLOBAL SUBSIDIARY INC.
8000 TOWERS CRESCENT DRIVE
SUITE 1100
VIENNA, VA 22182

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer Contract Milestone & Deposit Payments

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$          1,125,000.00

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.118 2**

**Nonpriority creditor's name and mailing address**
SPRINGHILL SUITES LANCASTER
1811 WEST AVE J-12
LANCASTER, LOS ANGELES, CA 93534

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 9,040.42

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.118 3**

**Nonpriority creditor's name and mailing address**
STALEY, WILLIAM K
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Claim Related to Employment

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.118 4**

**Nonpriority creditor's name and mailing address**
STAPLES
PO BOX 660409 - DEPT LA
DALLAS, DALLAS, TX 75266-0409

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 10,102.06

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.118 5**

**Nonpriority creditor's name and mailing address**
STAPLES
PO BOX 660409 - DEPT LA
DALLAS, DALLAS, TX 75266-0409

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Uninvoiced Receipts

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.118 6**

**Nonpriority creditor's name and mailing address**
STARKS, NATASHA MARIA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Claim Related to Employment

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.118 7**

**Nonpriority creditor's name and mailing address**
STARZYK, JANICE MARIE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Claim Related to Employment

$                          Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.118 8**

**Nonpriority creditor's name and mailing address**
STAVROSITU, ANDRE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Claim Related to Employment

$                          Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.118 9**

**Nonpriority creditor's name and mailing address**
STEINERT, JACOB ALEXANDER
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Claim Related to Employment

$                          Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.119 0**

**Nonpriority creditor's name and mailing address**
STELLAR INDUSTRIAL SUPPLY, INC
711 E 11TH STREET
TACOMA, KING, WA 98421-2403

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$                          20,206.57

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.119 1**

**Nonpriority creditor's name and mailing address**
STELLAR INDUSTRIAL SUPPLY, INC
711 E 11TH STREET
TACOMA, KING, WA 98421-2403

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Uninvoiced Receipts

$                          Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.119 2**

**Nonpriority creditor's name and mailing address**

STELLAR TECHNOLOGY
237 COMMERCE DRIVE
AMHERST, ERIE, NY 14228

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 60,050.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.119 3**

**Nonpriority creditor's name and mailing address**

STELLAR TECHNOLOGY
237 COMMERCE DRIVE
AMHERST, ERIE, NY 14228

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Uninvoiced Receipts

$ Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.119 4**

**Nonpriority creditor's name and mailing address**

STERLEN, FRANKLIN CHARVEY
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Claim Related to Employment

$ Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.119 5**

**Nonpriority creditor's name and mailing address**

STEVEN A BOULEY CONSULTING, LLC
5307 MOONSHADOW STREET
SIMI VALLEY, VENTURA COUNTY, CA 93063

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 50,158.67

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.119 6**

**Nonpriority creditor's name and mailing address**

STEVENS, MICHAEL JOSEPH
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Claim Related to Employment

$ Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.119 7** **Nonpriority creditor's name and mailing address**

STEWART & CO CHARTERED ACCOUNTS
KNOLL HOUSE
CAMBERLEY
SURREY, GU15 3SY
UNITED KINGDOM

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 978.60

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.119 8** **Nonpriority creditor's name and mailing address**

STEWARTS USA, LLC
6786 TIPPERANY
HOUSTON, MONTGOMERY, TX 77061

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 447.26

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.119 9** **Nonpriority creditor's name and mailing address**

STOCKWELL, TOBIE CHRISTINE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Claim Related to Employment

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.120 0** **Nonpriority creditor's name and mailing address**

STONE ENVIRONMENTAL SERVICES
6151 LAKE OSPREY DRIVE
SARASOTA, FL 34240

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 894.36

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.120 1** **Nonpriority creditor's name and mailing address**

STRATASYS DIRECT, INC
28309 AVENUE CROCKER
VALENCIA, LOS ANGELES, CA 91355

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 881.33

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

---

**3.120 2**

**Nonpriority creditor's name and mailing address**
STREHLE, MAXIM G.
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Claim Related to Employment

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$   Undetermined

---

**3.120 3**

**Nonpriority creditor's name and mailing address**
STRUDER, CLINT
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Claim Related to Employment

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$   Undetermined

---

**3.120 4**

**Nonpriority creditor's name and mailing address**
STRUERS INCORPORATED
24766 DETROIT ROAD
WESTLAKE, CUYAHOGA, CA 44145

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$   1,775.53

---

**3.120 5**

**Nonpriority creditor's name and mailing address**
STUDIO 637 LLC
637 CYPRESS AVENUE
HERMOSA BEACH, LOS ANGELES, CA 90254

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$   2,175.00

---

**3.120 6**

**Nonpriority creditor's name and mailing address**
STUMP FENCE CO.
400 W. FOOTHILL BLVD
GLENDORA, LOS ANGELES, CA 91741

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$   28,150.00

---

| Part 2: | Additional Page | |
|---|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.120 7** Nonpriority creditor's name and mailing address
SUGANO, GREGORY SCOTT
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  Claim Related to Employment

$ Undetermined

Date or dates debt was incurred      Undetermined

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.120 8** Nonpriority creditor's name and mailing address
SULLIVAN, RYAN
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  Potential Claim

$ Undetermined

Date or dates debt was incurred      Undetermined

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.120 9** Nonpriority creditor's name and mailing address
SULLIVAN, RYAN
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  Claim Related to Employment

$ Undetermined

Date or dates debt was incurred      Undetermined

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.121 0** Nonpriority creditor's name and mailing address
SUMMER, ALAN E
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  Claim Related to Employment

$ Undetermined

Date or dates debt was incurred      Undetermined

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.121 1** Nonpriority creditor's name and mailing address
SUMMIT FLUID TECHNOLOGIES LLC
P.O. BOX 4337
WHITTIER, LOS ANGELES, CA 90607

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Payable

$ 806.48

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

## Part 2:  Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
| --- | --- |

**3.121 2**

**Nonpriority creditor's name and mailing address**

SUNBELT RENTALS LIMITED
100 CHEAPSIDE
LONDON, EC2V 6DT
UNITED KINGDOM

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$     241,939.99

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.121 3**

**Nonpriority creditor's name and mailing address**

SURBAUGH, HALLE MARLO
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Claim Related to Employment

$     Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.121 4**

**Nonpriority creditor's name and mailing address**

SUSAN J HELMS
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$     651.40

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.121 5**

**Nonpriority creditor's name and mailing address**

SWEENEY, RYAN
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Claim Related to Employment

$     Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.121 6**

**Nonpriority creditor's name and mailing address**

SWISS WIRE EDM
3505 CADILLAC AVENUE, UNIT J-1
COSTA MESA, ORANGE, CA 92626

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$     6,392.73

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**Part 2:    Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.121 7**

**Nonpriority creditor's name and mailing address**

SWITCH, LTD
PO BOX 674592
DALLAS, DALLAS, TX 75267-4592

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$                81,976.21

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.121 8**

**Nonpriority creditor's name and mailing address**

SYNOPSYS, INC
690 EAST MIDDLEFIELD ROAD
MOUNTAIN VIEW, SANTA CLARA, CA 94043

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$                9,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.121 9**

**Nonpriority creditor's name and mailing address**

SYSTEM INTEGRITY ENGINEERING
9525 VASSAR AVENUE
CHATSWORTH, LOS ANGELES, CA 91311

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$                19,269.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.122 0**

**Nonpriority creditor's name and mailing address**

SZENDRO, KYLE N
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Claim Related to Employment

$                Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.122 1**

**Nonpriority creditor's name and mailing address**

T&F SHEET METAL FABRICATION & MACHINING, INC
15607 NEW CENTURY DRIVE
GARDENA, LOS ANGELES, CA 90248

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$                34,878.80

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.122 2**

**Nonpriority creditor's name and mailing address**

TABLESIDE
65 PINE AVE
STE.188
LONG BEACH, LOS ANGELES, CA 90802

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,832.36

---

**3.122 3**

**Nonpriority creditor's name and mailing address**

TABONG, ADDISS BAUTISTA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Claim Related to Employment

**Date or dates debt was incurred**      Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Undetermined

---

**3.122 4**

**Nonpriority creditor's name and mailing address**

TACTICAL FIBER SYSTEMS INC.
1525 NW 3RD ST STE 12
DEERFIELD BEACH, BROWARD COUNTY, FL 33442

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 16,974.74

---

**3.122 5**

**Nonpriority creditor's name and mailing address**

TACZA, VICTOR
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Claim Related to Employment

**Date or dates debt was incurred**      Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Undetermined

---

**3.122 6**

**Nonpriority creditor's name and mailing address**

TAFOLLA, MELISSA ANN
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Claim Related to Employment

**Date or dates debt was incurred**      Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Undetermined

---

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.122 7**

**Nonpriority creditor's name and mailing address**

TALAMANCHI, SWETHA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Claim Related to Employment

$ Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.122 8**

**Nonpriority creditor's name and mailing address**

TAN, BENITO MANCHA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Claim Related to Employment

$ Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.122 9**

**Nonpriority creditor's name and mailing address**

TAN, JESSE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Claim Related to Employment

$ Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.123 0**

**Nonpriority creditor's name and mailing address**

TANZINI, MICHAEL
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Claim Related to Employment

$ Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.123 1**

**Nonpriority creditor's name and mailing address**

TASCI, PAULINE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Claim Related to Employment

$ Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.123 2**

**Nonpriority creditor's name and mailing address**

TAYLOR, RICHARD J
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Potential Claim

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$    Undetermined

---

**3.123 3**

**Nonpriority creditor's name and mailing address**

TAYLOR, RICHARD J
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Claim Related to Employment

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$    Undetermined

---

**3.123 4**

**Nonpriority creditor's name and mailing address**

TE CONNECTIVITY CORPORATION
1000 LUCAS WAY
HAMPTON, HAMPTON, VA 23666

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$    580,693.37

---

**3.123 5**

**Nonpriority creditor's name and mailing address**

TECH MET, INC.
15 ALLEGHENY SQUARE
GLASSPORT, ALLEGHENY, PA 15045

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$    860.00

---

**3.123 6**

**Nonpriority creditor's name and mailing address**

TECHNIFAB PRODUCTS INC.
10339 N. INDUSTRIAL PARK DR.
BRAZIL, CLAY, IN 47834

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$    6,801.97

---

| Part 2: | Additional Page | |
|---|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.123 7**

**Nonpriority creditor's name and mailing address**

TECPLOT INC
3535 FACTORIA BLVD SE, SUITE 530
BELLEVUE, KING, WA 98006

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$    11,900.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.123 8**

**Nonpriority creditor's name and mailing address**

TELL STEEL INC
2345 WEST 17TH STREET
LONG BEACH, LOS ANGELES, CA 90813

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$    8,838.47

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.123 9**

**Nonpriority creditor's name and mailing address**

TELLES, MADISON YVONNE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Claim Related to Employment

$    Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.124 0**

**Nonpriority creditor's name and mailing address**

TELLO, CESAR JAVIER
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Claim Related to Employment

$    Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.124 1**

**Nonpriority creditor's name and mailing address**

TENARI, TENARI
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Claim Related to Employment

$    Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.124 2**

**Nonpriority creditor's name and mailing address**

TERRA UNIVERSAL, INC.
800 S. RAYMOND AVENUE
FULLERTON, ORANGE, CA 92831-5234

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Uninvoiced Receipts

$ Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.124 3**

**Nonpriority creditor's name and mailing address**

TESCOM
12616 INDUSTRIAL BLVD
ELK RIVER, SHERBURNE, MN 55330

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 9,157.78

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.124 4**

**Nonpriority creditor's name and mailing address**

TEST EQUIPMENT DISTRIBUTORS LLC
1370 PIEDMONT
TROY, OAKLAND, MI 48083

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 1,659.55

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.124 5**

**Nonpriority creditor's name and mailing address**

TESTEQUITY LLC
6100 CONDOR DRIVE
MOORPARK, VENTURA, CA 93021

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 73,701.63

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.124 6**

**Nonpriority creditor's name and mailing address**

TESTERMAN, CHRISTOPHER M
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Claim Related to Employment

$ Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.124 7**

**Nonpriority creditor's name and mailing address**

TEXAS ALMET, LP
2800 E. RANDOLL MILL RD
ARLINGTON, TARRANT, TX 76011

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 265.55

---

**3.124 8**

**Nonpriority creditor's name and mailing address**

THE AEROSPACE CORPORATION
2310 EAST EL SEGUNDO BLVD
LOS ANGELES, LOS ANGELES, CA 90245

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 333,414.15

---

**3.124 9**

**Nonpriority creditor's name and mailing address**

THE CHESLEY GROUP, LLC
1226 S CHURCH ST.
GEORGETOWN, WILLIAMSON, TX 78626

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 6,405.45

---

**3.125 0**

**Nonpriority creditor's name and mailing address**

THE COMPOSITES STORE
P.O. BOX 622
TEHACHAPI, KERN, CA 93581-0622

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 41.41

---

**3.125 1**

**Nonpriority creditor's name and mailing address**

THE EMC SHOP LLC
7401 GALILEE RD #160
ROSEVILLE, PLACER COUNTY, CA 95678

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 4,740.75

---

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
| --- | --- |

**3.125
2**

**Nonpriority creditor's name and mailing address**

THE ESAB GROUP INC. DBA ESAB WELDING & CUTTING PRODUCTS
2800 AIRPORT ROAD
DENTON, DENTON COUNTY, TX 76207

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Uninvoiced Receipts

$ Undetermined

**Date or dates debt was incurred**      Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.125
3**

**Nonpriority creditor's name and mailing address**

THE FITTING SOURCE, INC
19631 PRAIRIE STREET
NORTHRIDGE, LOS ANGELES, CA 91324

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 39,187.40

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.125
4**

**Nonpriority creditor's name and mailing address**

THE FITTING SOURCE, INC
19631 PRAIRIE STREET
NORTHRIDGE, LOS ANGELES, CA 91324

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Uninvoiced Receipts

$ Undetermined

**Date or dates debt was incurred**      Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.125
5**

**Nonpriority creditor's name and mailing address**

THE FLAME BROILER THE RICE BOWL KING
3349 BROU LN
RIVERSIDE, RIVERSIDE, CA 92503

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 4,046.72

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.125
6**

**Nonpriority creditor's name and mailing address**

THE FLIGHT SHOP, INC.
1780 N 2000 W STE 21
BRIGHAM CITY, BOX ELDER, UT 84302

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 160.47

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.125 7** **Nonpriority creditor's name and mailing address**

THE LEE COMPANY
2 PETTIPAUG ROAD
WESTBROOK, MIDDLESEX, CT 6488

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 18,557.50

---

**3.125 8** **Nonpriority creditor's name and mailing address**

THE M&P LAB, INC. (DBA LUCIDEON M+P)
2190 TECHNOLOGY DRIVE
SCHENECTADY, SCHENECTADY, NY 12308

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 77,875.00

---

**3.125 9** **Nonpriority creditor's name and mailing address**

THE THAI RESTAURANT
44759 SIERRA HWY
LANCASTER, LOS ANGELES COUNTY, CA 93534

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 8,666.12

---

**3.126 0** **Nonpriority creditor's name and mailing address**

THE ULTIMATE SOFTWARE GROUP, INC.
1485 NORTH PARK DRIVE
WESTON, FL 33326

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 137.25

---

**3.126 1** **Nonpriority creditor's name and mailing address**

THE WEATHER REPORTER, LLC
1715 REEF CT.
MERRITT ISLAND, BREVARD, FL 32952-5923

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 9,610.00

---

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
| --- | --- |

**3.126 2**

**Nonpriority creditor's name and mailing address**

THEBEAULT, JOSEPH HENRY
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Claim Related to Employment

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$     Undetermined

---

**3.126 3**

**Nonpriority creditor's name and mailing address**

THERMAL-VAC TECHNOLOGY, INC (DBA CITY STEEL HEAT TREATING)
1221 W. STRUCK AVENUE
ORANGE, ORANGE COUNTY, CA 92867

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$     2,777.88

---

**3.126 4**

**Nonpriority creditor's name and mailing address**

THERMOMETRICS CORPORATION
18714 PARTHENIA STREET
NORTHRIDGE, LOS ANGELES, CA 91324-3813

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$     130,548.94

---

**3.126 5**

**Nonpriority creditor's name and mailing address**

THERMOMETRICS CORPORATION
18714 PARTHENIA STREET
NORTHRIDGE, LOS ANGELES, CA 91324-3813

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Uninvoiced Receipts

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$     Undetermined

---

**3.126 6**

**Nonpriority creditor's name and mailing address**

THERMOTRON INDUSTRIES
PO BOX 689590
CHICAGO, KINGS, IL 60695-9590

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$     3,515.31

**Part 2:**   **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

---

**3.126 7** **Nonpriority creditor's name and mailing address**

THOMSON REUTERS - WEST
P.O. BOX 6292
CAROL STREAM, DUPAGE, IL 60197-6292

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 3,465.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.126 8** **Nonpriority creditor's name and mailing address**

TIMES MICROWAVE SYSTEMS, INC.
358 HALL AVE.
WALLINGFORD, NEW HEAVEN, CT 6492

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 1,470.75

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.126 9** **Nonpriority creditor's name and mailing address**

TISCHNER, CHRISTOPHER ERIC
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Claim Related to Employment

$ Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.127 0** **Nonpriority creditor's name and mailing address**

TLD AMERICA CORPORATION
812 BLOOMFIELD AVE
WINDSOR, HARTFORD, CT 6095

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 14,816.16

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.127 1** **Nonpriority creditor's name and mailing address**

TOLENTINO, RONALD
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Claim Related to Employment

$ Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

### Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.127 2**

**Nonpriority creditor's name and mailing address**

TOLOSA, ALLYN MIRANDA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Claim Related to Employment

$ Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.127 3**

**Nonpriority creditor's name and mailing address**

TOM DONAHUE PLUMBING
6726 EAST PARAPET STREET
LONG BEACH, LOS ANGELES, CA 90808

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 20,060.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.127 4**

**Nonpriority creditor's name and mailing address**

TORAY ADVANCED COMPOSITES
18410 BUTTERFIELD BLVD.
MORGAN HILL, SANTA CLARA COUNTY, CA 95037

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 528,905.10

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.127 5**

**Nonpriority creditor's name and mailing address**

TORRES, DAVID C. T.
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential Claim

$ Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.127 6**

**Nonpriority creditor's name and mailing address**

TORRES, DAVID C. T.
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Claim Related to Employment

$ Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.127 7** **Nonpriority creditor's name and mailing address**

TORRES, MARIO
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Claim Related to Employment

$ Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.127 8** **Nonpriority creditor's name and mailing address**

TORRES, ROBERT
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential Claim

$ Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.127 9** **Nonpriority creditor's name and mailing address**

TORRES, ROBERT
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Claim Related to Employment

$ Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.128 0** **Nonpriority creditor's name and mailing address**

TOTAL ENVIRONMENTAL MANAGEMENT, INC.
1415 N BURTON PLACE
ANAHEIM, ORANGE COUNTY, CA 92806

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 11,700.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.128 1** **Nonpriority creditor's name and mailing address**

TOWNE PLACE SUITES BY MARRIOTT - TEHACHAPI
1052 MAGELLAN DR.
TEHACHAPI, KERN, CA 93561

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 10,983.92

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.128 2**

**Nonpriority creditor's name and mailing address**

TOWNEPLACE SUITES MARRIOT
2024 WEST AVE J-8
LANCASTER, LOS ANGELES, CA 93536

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 4,937.82

---

**3.128 3**

**Nonpriority creditor's name and mailing address**

TRACE3
7565 IRVINE CENTER DRIVE #200
IRVINE, ORANGE COUNTY, CA 92618

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 150,296.72

---

**3.128 4**

**Nonpriority creditor's name and mailing address**

TRACE3
7565 IRVINE CENTER DRIVE #200
IRVINE, ORANGE COUNTY, CA 92618

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Uninvoiced Receipts

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Undetermined

---

**3.128 5**

**Nonpriority creditor's name and mailing address**

TRAN, JOSHUA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Claim Related to Employment

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Undetermined

---

**3.128 6**

**Nonpriority creditor's name and mailing address**

TRAN, QUAN DINH
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Claim Related to Employment

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Undetermined

---

**Part 2:** **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.128 7** **Nonpriority creditor's name and mailing address**

TRI TOOL INC
3041 SUNRISE BLVD
RANCHO CORDOVA, SACRAMENTO, CA 95742

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 300.30

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.128 8** **Nonpriority creditor's name and mailing address**

TRINITY CONSULTANTS, INC.
20 CORPORATE PARK SUITE 200
IRVINE, ORANGE COUNTY, CA 92606

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 6,044.32

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.128 9** **Nonpriority creditor's name and mailing address**

TRIPLE CROWN CONSULTING, LLC
10814 JOLLYVILLE RD, SUITE 100
AUSTIN, TRAVIS, TX 78759

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 60,480.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.129 0** **Nonpriority creditor's name and mailing address**

TRL SYSTEMS, INC.
9531 MILLIKEN AVE.
RANCHO CUCAMONGA, SAN BERNARDINO, CA 91730

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 30,089.94

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.129 1** **Nonpriority creditor's name and mailing address**

TSO VENTURES (SW) LTD.
3 COINAGE OPE
HELSTON, TR13 9HL
UNITED KINGDOM

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 396.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Part 2:**    **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.129 2**

**Nonpriority creditor's name and mailing address**
TTI, INC
2441 NORTHEAST PARKWAY
FORT WORTH, TARRANT, TX 76106

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$                157.36

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.129 3**

**Nonpriority creditor's name and mailing address**
TTI, INC
2441 NORTHEAST PARKWAY
FORT WORTH, TARRANT, TX 76106

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Uninvoiced Receipts

$            Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.129 4**

**Nonpriority creditor's name and mailing address**
TUBE SERVICE CO.
P.O. BOX 748542
LOS ANGELES, LOS ANGELES, CA 90074-8542

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$              1,596.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.129 5**

**Nonpriority creditor's name and mailing address**
TUCK, ROCKY ROBERT
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Claim Related to Employment

$            Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.129 6**

**Nonpriority creditor's name and mailing address**
TUCKER, ROMALLIS D
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Claim Related to Employment

$            Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.1297**

**Nonpriority creditor's name and mailing address**

TURMAN, JEFFERY THOMAS
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Claim Related to Employment

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Undetermined

---

**3.1298**

**Nonpriority creditor's name and mailing address**

TURNER, CASEY
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Undetermined

---

**3.1299**

**Nonpriority creditor's name and mailing address**

TW METALS
2211 TUBEWAY AVE.
COMMERCE, LOS ANGELES, CA 90040

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 2,222.10

---

**3.1300**

**Nonpriority creditor's name and mailing address**

U.S. BANK EQUIPMENT FINANCE, A DIVISION OF U.S. BANK NATIONAL
ASSOCIATION
1310 MADRID ST
MARSHALL, MN 56258

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Equipment Lease

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 53,893.90

---

**3.1301**

**Nonpriority creditor's name and mailing address**

U.S. PLASTIC CORP
1390 NEUBRECHT ROAD
LIMA, ALLEN, OH 45801

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 2,026.34

---

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

### 3.130 2

**Nonpriority creditor's name and mailing address**

U.S. TOOL GRINDING, INC. (DBA US TOOL GROUP)
2000 PROGRESS DRIVE
FARMINGTON, ST. FRANCOIS, MO 63640

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 523,930.12

### 3.130 3

**Nonpriority creditor's name and mailing address**

U.S. TOOL GRINDING, INC. (DBA US TOOL GROUP)
2000 PROGRESS DRIVE
FARMINGTON, ST. FRANCOIS, MO 63640

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Uninvoiced Receipts

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Undetermined

### 3.130 4

**Nonpriority creditor's name and mailing address**

UCEDA, JUAN
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Claim Related to Employment

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Undetermined

### 3.130 5

**Nonpriority creditor's name and mailing address**

UKSPACE TRADE ASSOCIATION LTD
60 BARBADOS ROAD, BORDON
HAMPSHIRE, GU35 0FX
UNITED KINGDOM

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 4,674.00

### 3.130 6

**Nonpriority creditor's name and mailing address**

ULINE
12575 ULINE DRIVE
PLEASANT PRAIRIE, KENOSHA, WI 53158

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 53,624.05

**Part 2:**    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

---

**3.130 7**   **Nonpriority creditor's name and mailing address**

ULINE
12575 ULINE DRIVE
PLEASANT PRAIRIE, KENOSHA, WI 53158

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Uninvoiced Receipts

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$   Undetermined

---

**3.130 8**   **Nonpriority creditor's name and mailing address**

UMPCO INC
7100 LAMPSON AVE
GARDEN GROVE, ORANGE, CA 92841

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$   2,203.52

---

**3.130 9**   **Nonpriority creditor's name and mailing address**

UNHOLTZ-DICKIE CORPORATION
6 BROOKSIDE DRIVE
WALLINGFORD, NEW HAVEN, CT 6492

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$   3,300.00

---

**3.131 0**   **Nonpriority creditor's name and mailing address**

UNHOLTZ-DICKIE CORPORATION
6 BROOKSIDE DRIVE
WALLINGFORD, NEW HAVEN, CT 6492

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Uninvoiced Receipts

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$   Undetermined

---

**3.131 1**   **Nonpriority creditor's name and mailing address**

UNISAN PRODUCTS, LLC.
5450 W. 83RD STREET
LOS ANGELES, LOS ANGELES, CA 90045

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$   23,880.57

---

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

| 3.131 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ | 8,226.26 |
|---|---|---|---|---|

UNITED PACIFIC INDUSTRIES
3788 E. CONANT ST.
LONG BEACH, LOS ANGELES, CA 90808

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.131 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ | 5,912.17 |
|---|---|---|---|---|

UNITED RENTALS
1241 WEST INYOKERN ROAD
RIDGECREST, KERN, CA 93555

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.131 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ | 2,002.14 |
|---|---|---|---|---|

UNIVAR USA INC.
PO BOX 740896
LOS ANGELES, LOS ANGELES, CA 90074-0896

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.131 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ | 14,376.66 |
|---|---|---|---|---|

UNIVERSAL SHIELDING CORP.
20 WEST JEFRYN BLVD.
DEAR PARK, SUFFOLK, NY 11729

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.131 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ | 12,911.53 |
|---|---|---|---|---|

UPS
PO BOX 894820
LOS ANGELES, LOS ANGELES, CA 90189-4820

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

| **3.131 7** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 72.07 |
|---|---|---|---|
| | UPS SUPPLY CHAIN SOLUTIONS, INC<br>28013 NETWORK PLACE<br>CHICAGO, CHICAGO, IL 60673-1280 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | | **Basis for the claim:**  Trade Payable | |
| | **Date or dates debt was incurred** | **Is the claim subject to offset?** | |
| | **Last 4 digits of account number** | ☒ No<br>☐ Yes | |

| **3.131 8** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ Undetermined |
|---|---|---|---|
| | URIARTE, OSCAR ARMANDO<br>ADDRESS ON FILE | ☒ Contingent<br>☒ Unliquidated<br>☐ Disputed | |
| | | **Basis for the claim:**  Claim Related to Employment | |
| | **Date or dates debt was incurred**    Undetermined | **Is the claim subject to offset?** | |
| | **Last 4 digits of account number** | ☒ No<br>☐ Yes | |

| **3.131 9** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ Undetermined |
|---|---|---|---|
| | URIBE FAUSTO, ROBERTO<br>ADDRESS ON FILE | ☒ Contingent<br>☒ Unliquidated<br>☐ Disputed | |
| | | **Basis for the claim:**  Claim Related to Employment | |
| | **Date or dates debt was incurred**    Undetermined | **Is the claim subject to offset?** | |
| | **Last 4 digits of account number** | ☒ No<br>☐ Yes | |

| **3.132 0** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ Undetermined |
|---|---|---|---|
| | USTINOVA, ANYA<br>ADDRESS ON FILE | ☒ Contingent<br>☒ Unliquidated<br>☐ Disputed | |
| | | **Basis for the claim:**  Claim Related to Employment | |
| | **Date or dates debt was incurred**    Undetermined | **Is the claim subject to offset?** | |
| | **Last 4 digits of account number** | ☒ No<br>☐ Yes | |

| **3.132 1** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ Undetermined |
|---|---|---|---|
| | VALENCIA, JOSE<br>ADDRESS ON FILE | ☒ Contingent<br>☒ Unliquidated<br>☐ Disputed | |
| | | **Basis for the claim:**  Claim Related to Employment | |
| | **Date or dates debt was incurred**    Undetermined | **Is the claim subject to offset?** | |
| | **Last 4 digits of account number** | ☒ No<br>☐ Yes | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.132 2**   **Nonpriority creditor's name and mailing address**

VALLEY SEAL COMPANY
6430 VARIEL AVENUE SUITE 106
WOODLAND HILLS, LOS ANGELES, CA 91367

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 2,133.74

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.132 3**   **Nonpriority creditor's name and mailing address**

VALLEY, GLEN DALE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Claim Related to Employment

$ Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.132 4**   **Nonpriority creditor's name and mailing address**

VARELA, OTTO M.
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Claim Related to Employment

$ Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.132 5**   **Nonpriority creditor's name and mailing address**

VARGAS, CHRISTOPHER
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Claim Related to Employment

$ Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.132 6**   **Nonpriority creditor's name and mailing address**

VASQUEZ, JOSE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Claim Related to Employment

$ Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

| 3.132 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ | Undetermined |
|---|---|---|---|---|

VASQUEZ, MARCO E.
ADDRESS ON FILE

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Claim Related to Employment

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.132 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ | Undetermined |
|---|---|---|---|---|

VASQUEZ, ROBERTO JOSE
ADDRESS ON FILE

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Claim Related to Employment

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.132 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ | Undetermined |
|---|---|---|---|---|

VEGA, JESUS
ADDRESS ON FILE

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Claim Related to Employment

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.133 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ | Undetermined |
|---|---|---|---|---|

VEGA, KEVIN ALEXANDER
ADDRESS ON FILE

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Claim Related to Employment

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.133 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ | Undetermined |
|---|---|---|---|---|

VELASQUEZ, RAUL ARMANDO
ADDRESS ON FILE

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Claim Related to Employment

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.133 2**

**Nonpriority creditor's name and mailing address**
VELAZQUEZ, ARTURO
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Claim Related to Employment

$       Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.133 3**

**Nonpriority creditor's name and mailing address**
VENABLE LLP
750 E. PRATT STREET SUITE 900
BALTIMORE, BALTIMORE COUNTY, MD 21202

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$       2,224.50

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.133 4**

**Nonpriority creditor's name and mailing address**
VENEGAS, HUGO MOISES
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Claim Related to Employment

$       Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.133 5**

**Nonpriority creditor's name and mailing address**
VENTURA, DAVID
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Claim Related to Employment

$       Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.133 6**

**Nonpriority creditor's name and mailing address**
VERIZON BUSINESS
PO BOX 15043
ALBANY, ALBANY, NY 122125043

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$       1,373.15

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.133 7**

**Nonpriority creditor's name and mailing address**

VERIZON WIRELESS
PO BOX 4003
ACWORTH, ACWORTH, GA 30101

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 28,527.07

---

**3.133 8**

**Nonpriority creditor's name and mailing address**

VI SHOTS LLC
2121 IROULA WAY
TRACY, SAN JOAQUIN, CA 95377

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 35,017.50

---

**3.133 9**

**Nonpriority creditor's name and mailing address**

VIECO USA, INC.
4022 E CONANT STREET
LONG BEACH, CA 90808

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Intercompany Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 14,634,457.46

---

**3.134 0**

**Nonpriority creditor's name and mailing address**

VILLA, MARIO ALBERTO
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Claim Related to Employment

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Undetermined

---

**3.134 1**

**Nonpriority creditor's name and mailing address**

VILLA, MIGUEL
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Claim Related to Employment

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Undetermined

---

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

---

**3.134 2**

**Nonpriority creditor's name and mailing address**

VILLALOBOS, NICHOLAS
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Claim Related to Employment

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Undetermined

---

**3.134 3**

**Nonpriority creditor's name and mailing address**

VILLEGAS ROBLEDO, LAURA VANESSA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Claim Related to Employment

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Undetermined

---

**3.134 4**

**Nonpriority creditor's name and mailing address**

VIOLANTE BROTHERS INC. (DBA JERSEY MIKES SUBS)
39916 MARBRISSA AVENUE
PALMDALE, LOS ANGELES COUNTY, CA 93551

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 3,268.05

---

**3.134 5**

**Nonpriority creditor's name and mailing address**

VIRGIN ENTERPRISES LIMITED
THE BATTELSHIP BUILDING
179 HARROW ROAD
LONDON, W2 6NB
UNITED KINGDOM

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,500,000.00

---

**3.134 6**

**Nonpriority creditor's name and mailing address**

VIRGIN ORBIT HOLDINGS, INC.
4022 E CONANT STREET
LONG BEACH, CA 90808

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Intercompany Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 132,119,482.24

---

| Debtor | Virgin Orbit, LLC | Case number (if known) | 23-10408 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.1347**

**Nonpriority creditor's name and mailing address**

VIRGIN ORBIT LLC POLITICAL ACTION COMMITTEE
1800 M ST NW
SUITE 525S
WASHINGTON, DC, WASHINGTON, DC 20036

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,717.86

---

**3.1348**

**Nonpriority creditor's name and mailing address**

VIRGIN ORBIT NATIONAL SYSTEMS, LLC
1960 GRAND AVENUE
EL SEGUNDO, CA 90245

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Intercompany Payable

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 5,732.80

---

**3.1349**

**Nonpriority creditor's name and mailing address**

VIRGIN ORBIT UK LTD.
66 PORCHESTER ROAD
LONDON, W2 6ET
UNITED KINGDOM

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Intercompany Payable

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 646,882.44

---

**3.1350**

**Nonpriority creditor's name and mailing address**

VIRTEK VISION INTERNATIONAL, INC
785 BRIDGE STREET
WATERLOO, ON N2V 2K1
CANADA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 278,659.25

---

**3.1351**

**Nonpriority creditor's name and mailing address**

VIRTEK VISION INTERNATIONAL, INC
785 BRIDGE STREET
WATERLOO, ON N2V 2K1
CANADA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Uninvoiced Receipts

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Undetermined

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.135 2**

**Nonpriority creditor's name and mailing address**

VISHAY MEASUREMENTS GROUP, INC
PO BOX 27777
RALEIGH, WAKE, NC 27611

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 12,422.64

---

**3.135 3**

**Nonpriority creditor's name and mailing address**

VISHAY MEASUREMENTS GROUP, INC
PO BOX 27777
RALEIGH, WAKE, NC 27611

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Uninvoiced Receipts

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Undetermined

---

**3.135 4**

**Nonpriority creditor's name and mailing address**

VISHWANATH, RAHUL
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Claim Related to Employment

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Undetermined

---

**3.135 5**

**Nonpriority creditor's name and mailing address**

VISUAL INSTRUMENTATION CORP
1110 WEST AVENUE L-12, UNIT #2
LANCASTER, LOS ANGELES, CA 93534

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 6,121.82

---

**3.135 6**

**Nonpriority creditor's name and mailing address**

VLADIMIR BOYKO, ON BEHALF OF HIMSELF AND ALL OTHERS
SIMILARLY SITUATED
C/O LOIZIDES, P.A.
ATTN: CHRISTOPHER D. LOIZIDES
1225 KING STREET, SUITE 800
WILMINGTON, DE 19801

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Class Action Adversary Proceeding

**Date or dates debt was incurred** 04/04/2023

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Undetermined

---

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.135 7**

**Nonpriority creditor's name and mailing address**

VO, DAVID TUAN-HOANG
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Claim Related to Employment

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.135 8**

**Nonpriority creditor's name and mailing address**

VOGEL ENGINEERS, INC.
300 PASEO TESORO
WALNUT, CA 91789

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Breach of Lease Agreement

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.135 9**

**Nonpriority creditor's name and mailing address**

VOSSLER CO.
4917 LANKERSHIM BL.
NORTH HOLLYWOOD, LOS ANGELES COUNTY, CA 91601

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 11,021.37

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.136 0**

**Nonpriority creditor's name and mailing address**

VOSSLER CO.
4917 LANKERSHIM BL.
NORTH HOLLYWOOD, LOS ANGELES COUNTY, CA 91601

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Uninvoiced Receipts

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.136 1**

**Nonpriority creditor's name and mailing address**

VU, KENNY H
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Claim Related to Employment

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.136 2**

**Nonpriority creditor's name and mailing address**

WALKER BROTHER MACHINERY MOVERS
3839 E. CORONADO STREET
ANAHEIM, ORANGE COUNTY, CA 92807

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 50,605.93

---

**3.136 3**

**Nonpriority creditor's name and mailing address**

WALL, KATHRYN ELIZABETH
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Claim Related to Employment

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Undetermined

---

**3.136 4**

**Nonpriority creditor's name and mailing address**

WALTERS WHOLESALE ELECTRIC CO
200 N BERRY ST
BREA, LOS ANGELES, CA 92821

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 39,393.01

---

**3.136 5**

**Nonpriority creditor's name and mailing address**

WALTON, BRANDT DESMOND
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Claim Related to Employment

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Undetermined

---

**3.136 6**

**Nonpriority creditor's name and mailing address**

WANSHIP ENTERPRISES LLC
455 W 1100 N
NORTH SALT LAKE, SALT LAKE, UT 84054

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 890.73

---

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.136 7**

**Nonpriority creditor's name and mailing address**

WARNER, CAREY ANDREW
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Claim Related to Employment

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.136 8**

**Nonpriority creditor's name and mailing address**

WARREN, ROBERT SCOTT
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Claim Related to Employment

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.136 9**

**Nonpriority creditor's name and mailing address**

WASTE MANAGEMENT
PO BOX 541065
LOS ANGELES, LOS ANGELES, CA 90054-1065

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 15,480.08

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.137 0**

**Nonpriority creditor's name and mailing address**

WATER TOWER RESEARCH LLC
200 2ND AVE SOUTH, SUITE 718
ST. PETERSBURG, PINELLAS, FL 33701

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 42,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.137 1**

**Nonpriority creditor's name and mailing address**

WATERS, JACOB COY
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Claim Related to Employment

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.137 2**

**Nonpriority creditor's name and mailing address**

WATLOW MANUFACTURING INCORPORATED
12001 LACKLAND RD
ST. LOUIS, ST. LOUIS, MO 63146

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 780.36

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.137 3**

**Nonpriority creditor's name and mailing address**

WATSON, CHRISTOPHER
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Claim Related to Employment

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.137 4**

**Nonpriority creditor's name and mailing address**

WATSON, PERRY
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Claim Related to Employment

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.137 5**

**Nonpriority creditor's name and mailing address**

WATTS, PAUL DAVIS
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Claim Related to Employment

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.137 6**

**Nonpriority creditor's name and mailing address**

WAX, ALAN BRADLEY
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Claim Related to Employment

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.137 7**

**Nonpriority creditor's name and mailing address**

WEAVER, ROBERT LEE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Claim Related to Employment

$          Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.137 8**

**Nonpriority creditor's name and mailing address**

WEB INDUSTRIES INC
377 SIMARANO DRIVE
MARLBORO, MIDDLESEX, MA 1752

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$          399,809.99

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.137 9**

**Nonpriority creditor's name and mailing address**

WEDDLE, MATTHEW
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Claim Related to Employment

$          Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.138 0**

**Nonpriority creditor's name and mailing address**

WEISS, HERLANN ROY
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Claim Related to Employment

$          Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.138 1**

**Nonpriority creditor's name and mailing address**

WELDALOY PRODUCTS COMPANY
24011 HOOVER ROAD
WARREN, MACOMB, MI 48089

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$          38,847.17

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | Virgin Orbit, LLC | | Case number (if known) | 23-10408 |
|---|---|---|---|---|
| | Name | | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.138 2**

**Nonpriority creditor's name and mailing address**

WENZLER, NICOLE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Claim Related to Employment

$                              Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.138 3**

**Nonpriority creditor's name and mailing address**

WEST, EBER EUGENE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  Potential Claim

$                              Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.138 4**

**Nonpriority creditor's name and mailing address**

WESTAIR GASES AND EQUIPMENT
2506 MARKET STREET
SANDIEGO, SAN DIEGO, CA 92102

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$                              38,827.89

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.138 5**

**Nonpriority creditor's name and mailing address**

WESTAIR GASES AND EQUIPMENT
2506 MARKET STREET
SANDIEGO, SAN DIEGO, CA 92102

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Uninvoiced Receipts

$                              Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.138 6**

**Nonpriority creditor's name and mailing address**

WESTERFER, NICHOLAS
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Claim Related to Employment

$                              Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.138 7**

**Nonpriority creditor's name and mailing address**

WESTERN FIRST AID & SAFETY, LLC
115 NORTH FIRST ST.
BURBANK, SANTA CLARA, CA 91502

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Uninvoiced Receipts

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$   Undetermined

---

**3.138 8**

**Nonpriority creditor's name and mailing address**

WHITMOR WIRENETICS LLC
27737 AVENUE HOPKINS
VALENCIA, LOS ANGELES, CA 91355

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$   849.22

---

**3.138 9**

**Nonpriority creditor's name and mailing address**

WHITNEY, RICHARD DESMOND
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Claim Related to Employment

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$   Undetermined

---

**3.139 0**

**Nonpriority creditor's name and mailing address**

WILCOX, DAVID GRANT
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Claim Related to Employment

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$   Undetermined

---

**3.139 1**

**Nonpriority creditor's name and mailing address**

WILLIAMS SCOTSMAN, INC.
SUITE 600, 901 SOUTH BOND STREET
BALTIMORE, BALTIMORE, MD 21231-3357

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$   87,764.94

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.139 2** | **Nonpriority creditor's name and mailing address**

WILLIAMS, WARRENT
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Claim Related to Employment

$ Undetermined

**Date or dates debt was incurred**      Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.139 3** | **Nonpriority creditor's name and mailing address**

WILLICK ENGINEERING COMPANY, INC.
12516 LAKELAND RD
SANTA FE SPRINGS, LA, CA 90670

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 1,725.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.139 4** | **Nonpriority creditor's name and mailing address**

WILLIS, ALEXIS
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Claim Related to Employment

$ Undetermined

**Date or dates debt was incurred**      Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.139 5** | **Nonpriority creditor's name and mailing address**

WINDHORSE ADVISORS LLC
64 INDIGO WAY
CASTLE ROCK, DOUGLAS COUNTY, CO 80108

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 32,700.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.139 6** | **Nonpriority creditor's name and mailing address**

WIREMASTERS, INC
1788 NORTHPOINTE ROAD
COLUMBIA, MAURY, TN 38401

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 32,698.67

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.1397**

**Nonpriority creditor's name and mailing address**

WIREMASTERS, INC
1788 NORTHPOINTE ROAD
COLUMBIA, MAURY, TN 38401

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Uninvoiced Receipts

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.1398**

**Nonpriority creditor's name and mailing address**

WITHIEL COMMERCIALS LTD.
WITHIEL TURN, ROCHE
ST.AUSTELL, PL268LH
UNITED KINGDOM

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 849.32

---

**3.1399**

**Nonpriority creditor's name and mailing address**

WOLPE, ALEXANDER M
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Claim Related to Employment

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.1400**

**Nonpriority creditor's name and mailing address**

WONG, ALFRED
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Claim Related to Employment

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.1401**

**Nonpriority creditor's name and mailing address**

WORKIVA INC.
2900 UNIVERSITY BLVD.
AMES, STORY, IA 50010

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 79,372.80

| Debtor | Virgin Orbit, LLC | Case number *(if known)* | 23-10408 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.140 2**

**Nonpriority creditor's name and mailing address**

WORLD FUEL SERVICES CORP
9800 NW 41ST STREET, SUITE 400
MIAMI, MIAMI-DADE, FL 33178

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 49,589.21

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.140 3**

**Nonpriority creditor's name and mailing address**

WOWZA MEDIA SYSTEMS, LLC.
523 PARK POINT DRIVE
STE 300
GOLDEN, JEFFERSON, CO 80401

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 575.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.140 4**

**Nonpriority creditor's name and mailing address**

WRIGHT, AARON
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Claim Related to Employment

$ Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.140 5**

**Nonpriority creditor's name and mailing address**

WYOMING TEST FIXTURES, INC
2960 E. MILLCREEK ROAD
SALT LAKE, SALT LAKE, UT 84109

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 1,900.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.140 6**

**Nonpriority creditor's name and mailing address**

WYROZYNSKI, PAUL
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Claim Related to Employment

$ Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.1407**

**Nonpriority creditor's name and mailing address**

XOMETRY, INC
7951 CESSNA AVENUE
GAITHERSBURG, MONTGOMERY, MD 20879

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$    5,241.40

---

**3.1408**

**Nonpriority creditor's name and mailing address**

XOMETRY, INC
7951 CESSNA AVENUE
GAITHERSBURG, MONTGOMERY, MD 20879

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Uninvoiced Receipts

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$    Undetermined

---

**3.1409**

**Nonpriority creditor's name and mailing address**

YAMAGATA, DAVID FUMIAKI
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Claim Related to Employment

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$    Undetermined

---

**3.1410**

**Nonpriority creditor's name and mailing address**

YAMASHITA, RYAN
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Claim Related to Employment

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$    Undetermined

---

**3.1411**

**Nonpriority creditor's name and mailing address**

YANEZ, JOSE LUIS
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Claim Related to Employment

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$    Undetermined

| Debtor | Virgin Orbit, LLC | Case number (if known) | 23-10408 |
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.141 2**

**Nonpriority creditor's name and mailing address**

YOKOGAWA FLUID IMAGING TECHNOLOGIES, INC.
200 ENTERPRISE DRIVE
SCARBOROUGH, CUMBERLAND, ME 4074

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$        6,175.00

---

**3.141 3**

**Nonpriority creditor's name and mailing address**

YOKOGAWA FLUID IMAGING TECHNOLOGIES, INC.
200 ENTERPRISE DRIVE
SCARBOROUGH, CUMBERLAND, ME 4074

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Uninvoiced Receipts

**Date or dates debt was incurred**        Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$        Undetermined

---

**3.141 4**

**Nonpriority creditor's name and mailing address**

YOKOO, TYLER
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Claim Related to Employment

**Date or dates debt was incurred**        Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$        Undetermined

---

**3.141 5**

**Nonpriority creditor's name and mailing address**

YOON, JASON
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Claim Related to Employment

**Date or dates debt was incurred**        Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$        Undetermined

---

**3.141 6**

**Nonpriority creditor's name and mailing address**

YORKE ENGINEERING, LLC
31726 RANCHO VIEJO ROAD
SUITE 218
SAN JUAN CAPISTRANO, ORANGE, CA 92675

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$        2,574.00

## Part 2:    Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page.**

**Amount of claim**

---

**3.141 7**

**Nonpriority creditor's name and mailing address**
YOUNG, KANDACE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Claim Related to Employment

**Date or dates debt was incurred**        Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                                          Undetermined

---

**3.141 8**

**Nonpriority creditor's name and mailing address**
YU CHEN, ANICIA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Claim Related to Employment

**Date or dates debt was incurred**        Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                                          Undetermined

---

**3.141 9**

**Nonpriority creditor's name and mailing address**
ZAREMBA, JUSTIN
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Claim Related to Employment

**Date or dates debt was incurred**        Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                                          Undetermined

---

**3.142 0**

**Nonpriority creditor's name and mailing address**
ZEMARC
6431 FLOTILLA STREET
LOS ANGELES, LOS ANGELES, CA 90040

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                                          19,859.48

---

**3.142 1**

**Nonpriority creditor's name and mailing address**
ZEMARC
6431 FLOTILLA STREET
LOS ANGELES, LOS ANGELES, CA 90040

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Uninvoiced Receipts

**Date or dates debt was incurred**        Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                                          Undetermined

---

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.142 2**

**Nonpriority creditor's name and mailing address**

ZENT, ZANE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Claim Related to Employment

$              Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.142 3**

**Nonpriority creditor's name and mailing address**

ZEPEDA, JOSE MATTHEW
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Claim Related to Employment

$              Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.142 4**

**Nonpriority creditor's name and mailing address**

ZHANG, STEPHEN
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Claim Related to Employment

$              Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.142 5**

**Nonpriority creditor's name and mailing address**

ZHANG, XIYUE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Claim Related to Employment

$              Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.142 6**

**Nonpriority creditor's name and mailing address**

ZINS, JOHN WILLIAM
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Claim Related to Employment

$              Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Part 2:**    **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.142 7**   **Nonpriority creditor's name and mailing address**

ZORO TOOLS, INC
P.O. BOX 481193
NILES, COOK, IL 60714-6193

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$    3,721.91

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.142 8**   **Nonpriority creditor's name and mailing address**

ZORO TOOLS, INC
P.O. BOX 481193
NILES, COOK, IL 60714-6193

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Uninvoiced Receipts

$    Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.142 9**   **Nonpriority creditor's name and mailing address**

Z'S FIT KITCHEN
28238 TANGERINE LN
SANTA CLARITA, LOS ANGELES, CA 91350

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$    23,332.06

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.143 0**   **Nonpriority creditor's name and mailing address**

ZUBIK, KITT ALAN
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Claim Related to Employment

$    Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.143 1**   **Nonpriority creditor's name and mailing address**

ZWEIGE, MATTHEW
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Claim Related to Employment

$    Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | Virgin Orbit, LLC | Case number (if known): | 23-10408 |
|--------|-------------------|------------------------|----------|
| | Name | | |

| **Part 3:** | **List Others to Be Notified About Unsecured Claims** |

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | VLADIMIR BOYKO, ON BEHALF OF HIMSELF AND ALL OTHERS SIMILARLY SITUATED<br>C/O RAISNER ROUPINIAN LLP<br>ATTN: RENÉ S. ROUPINIAN<br>270 MADISON AVENUE, SUITE 1801<br>NEW YORK, NY 10016 | Line<br><br>☐ Not listed. Explain | |
| 4.2 | VLADIMIR BOYKO, ON BEHALF OF HIMSELF AND ALL OTHERS SIMILARLY SITUATED<br>C/O RAISNER ROUPINIAN LLP<br>ATTN: JACK A. RAISNER<br>270 MADISON AVENUE, SUITE 1801<br>NEW YORK, NY 10016 | Line<br><br>☐ Not listed. Explain | |
| 4.3 | | Line<br><br>☐ Not listed. Explain | |
| 4.4 | | Line<br><br>☐ Not listed. Explain | |
| 4.5 | | Line<br><br>☐ Not listed. Explain | |
| 4.6 | | Line<br><br>☐ Not listed. Explain | |
| 4.7 | | Line<br><br>☐ Not listed. Explain | |
| 4.8 | | Line<br><br>☐ Not listed. Explain | |
| 4.9 | | Line<br><br>☐ Not listed. Explain | |

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5.**    Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| 5a.    **Total claims from Part 1** | 5a. | $    539,831.88 |
| 5b.    **Total claims from Part 2** | 5b.    ✦ | $    198,153,339.40 |
| | | + Undetermined Amounts |
| 5c.    **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $    198,693,171.28 |
| | | + Undetermined Amounts |

**Fill in this information to identify the case:**

Debtor name    Virgin Orbit, LLC

United States Bankruptcy Court for the:    District of Delaware

Case number (If known):    23-10408

☐ Check if this is an amended filing

## Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases

12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

**1. Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☑ Yes. Fill in all of the information below even if the contracts or leases are listed on Schedule A/B: Assets - Real and Personal Property (Official Form 206A/B).

| 2. | List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.1 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT #: 2018-180-MAS-02782 RENTAL & LEASE AGREEMENT / FACILITY/ REAL ESTATE EFFECTIVE: 12/13/2018 | 1800 M STREET OWNER, LP PO BOX 21525 NEW YORK, NY 10087-1526 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.2 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT #: 2021-36PACAF-MAS-01713 SERVICES EFFECTIVE: 02/22/2021 | 36TH WING ANDERSEN AFB PACIFIC AIR FORCES UNIT 14043 YIGO, GU 96929 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.3 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT #: 2021-4ME-SOW-02224 SERVICES / CONSULTING-INDEPENDENT CONTRACTOR-COMPANY EFFECTIVE: 06/21/2021 | 4 MEDIA GROUP, INC. 702 SE 5TH ST. SUITE 50 BENTONVILLE, AR 72712 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.4 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT #: 2020-4ME-MAS-01480 SERVICES / CONSULTING-INDEPENDENT CONTRACTOR-COMPANY EFFECTIVE: 12/01/2020 | 4 MEDIA GROUP, INC. 702 SE 5TH ST. SUITE 50 BENTONVILLE, AR 72712 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.5 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT #: 2020-4ME-SOW-01520 SERVICES / CONSULTING-INDEPENDENT CONTRACTOR-COMPANY EFFECTIVE: 12/01/2020 | 4 MEDIA GROUP, INC. 702 SE 5TH ST. SUITE 50 BENTONVILLE, AR 72712 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor    Virgin Orbit, LLC
          _____
          Name

Case number (If known):   23-10408



**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.6 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2018-45T-MAS-00938<br>SERVICES<br>EFFECTIVE: 07/02/2018 | 45TH SPACE WING<br>1201 EDWARD H. WHITE II STREET<br>PATRICK AFB, FL 32925-3299 |
| 2.7 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2018-45T-SOW-01003<br>SERVICES /<br>CONSULTING-INDEPENDENT<br>CONTRACTOR-COMPANY<br>EFFECTIVE: 08/21/2018 | 45TH SPACE WING<br>1201 EDWARD H. WHITE II STREET<br>PATRICK AFB, FL 32925-3299 |
| 2.8 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2022-6KI-T&C-03033<br>LICENSE AGREEMENT / SOFTWARE<br>EFFECTIVE: 08/06/2019 | 6KITES, INC.<br>2525 E. ARAPAHOE AVENUE<br>E4-408<br>BOULDER, CO 80302 |
| 2.9 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2020-6KI-MAS-00834<br>SERVICES /<br>CONSULTING-INDEPENDENT<br>CONTRACTOR-COMPANY<br>EFFECTIVE: 07/20/2020 | 6KITES, INC.<br>2525 E. ARAPAHOE AVENUE<br>E4-408<br>BOULDER, CO 80302 |
| 2.10 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2022-APM-MAS-03932<br>SERVICES<br>EFFECTIVE: 11/21/2022 | A.P. MØLLER-MAERSK A/S<br>ESPLANADEN 50, 1263 COPENHAGEN K<br>COPENHAGEN, WY NA<br>DENMARK |
| 2.11 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2022-A2B-MAS-03834<br>SERVICE AGREEMENT<br>EFFECTIVE: 10/11/2022 | A2B TRANSPORT SERVICES CORNWALL LTD.<br>THE OLD SANCTUARY, POLISKEN FARM<br>TRSIPEN, TRURO, CORNWALL, TR4 9AU<br>UNITED KINGDOM |
| 2.12 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2020-ABE-IND-00734<br>LICENSE AGREEMENT<br>EFFECTIVE: 07/17/2020 | ABEL RODRIGUEZ<br>ADDRESS ON FILE |



**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. | |
| --- | --- |
| **List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| **2.13** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | CONTRACT #: 2022-ACA-IND-03912 SERVICES EFFECTIVE: 11/15/2022 | ACA INTERNATIONAL, LLC 129 NEWBURY ST 2ND FLOOR BOSTON, MA 02116 |
| **2.14** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | CONTRACT #: 2022-ACA-IND-03933 SERVICES EFFECTIVE: 11/23/2022 | ACA INTERNATIONAL, LLC 129 NEWBURY ST 2ND FLOOR BOSTON, MA 02116 |
| **2.15** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | CONTRACT #: 2023-ACA-MAS-04021 SERVICES / CONSULTING-INDEPENDENT CONTRACTOR-COMPANY EFFECTIVE: 01/23/2023 | ACA INTERNATIONAL, LLC 129 NEWBURY ST 2ND FLOOR BOSTON, MA 02116 |
| **2.16** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | CONTRACT #: 2022-ACA-MAS-120120-1013 SERVICES / CONSULTING-INDEPENDENT CONTRACTOR-COMPANY | ACA INTERNATIONAL, LLC 129 NEWBURY ST 2ND FLOOR BOSTON, MA 02116 |
| **2.17** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | CONTRACT #: 2022-ACA-IND-03927 SERVICES EFFECTIVE: 11/21/2022 | ACA INTERNATIONAL, LLC 129 NEWBURY ST 2ND FLOOR BOSTON, MA 02116 |
| **2.18** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | CONTRACT #: 2022-ACA-IND-03901 SERVICES EFFECTIVE: 11/07/2022 | ACA INTERNATIONAL, LLC 129 NEWBURY ST 2ND FLOOR BOSTON, MA 02116 |
| **2.19** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | CONTRACT #: 2020-ACA-MAS-00509 SERVICES / CONSULTING-INDEPENDENT CONTRACTOR-COMPANY EFFECTIVE: 05/18/2020 | ACALIN CREATIVE DBA PAULINE ACALIN 2613 SOUTH PACIFIC AVENUE SANTA ANA, CA 92704 |



**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.20** | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | CONTRACT #: 2019-ACE-MAS-00375 SERVICES / CONSULTING-INDEPENDENT CONTRACTOR-COMPANY EFFECTIVE: 02/12/2019 | ACE CRANE SERVICE, INC.<br>8221 WILCOX AVE<br>CUDAHY, CA 90201 |
| **2.21** | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | CONTRACT #: 2018-ACV-MAS-00084 SERVICES / CONSULTING-INDEPENDENT CONTRACTOR-COMPANY EFFECTIVE: 03/23/2018 | ACV LOGISTICS LLC<br>2215 PASEO DE LAS AMERICAS, SUITE 25<br>SAN DIEGO, CA 92154 |
| **2.22** | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | CONTRACT #: 2018-ADO-IND-00367 LICENSE AGREEMENT / SOFTWARE EFFECTIVE: 06/18/2018 | ADOBE SYSTEMS INC.<br>345 PARK AVENUE<br>SAN JOSE, CA 95110-2704 |
| **2.23** | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | CONTRACT #: 2018-AEC-MAS-00413 SERVICES / CONSULTING-INDEPENDENT CONTRACTOR-COMPANY EFFECTIVE: 04/02/2018 | AECOM TECHNICAL SERVICES, INC.<br>3995 VIA ORO AVENUE<br>LONG BEACH, CA 90810 |
| **2.24** | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | CONTRACT #: 2018-AER-MAS-00472 SERVICES / CONSULTING-INDEPENDENT CONTRACTOR-COMPANY EFFECTIVE: 06/25/2018 | AEROTEC INC<br>6100 4TH AVE. S.<br>SUITE 300<br>SEATTLE, WA 98108 |
| **2.25** | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | CONTRACT #: 2021-AER-MAS-02502 SERVICES / CONSULTING-INDEPENDENT CONTRACTOR-COMPANY EFFECTIVE: 11/23/2021 | AERY AVIATION LLC<br>305 CHEROKEE DRIVE<br>NEWPORT NEWS, VA 23602 |
| **2.26** | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | CONTRACT #: 2021-AIR-AMD-02631 PURCHASING AGREEMENT / SUPPLIER AGREEMENT EFFECTIVE: 09/27/2021 | AIR PRODUCTS AND CHEMICALS, INC.<br>7201 HAMILTON BLVD.<br>ALLENTOWN, PA 18195-1501 |

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.27 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT #: 2021-AIR-AMD-02787 PURCHASING AGREEMENT / SUPPLIER AGREEMENT EFFECTIVE: 12/06/2021 | AIR PRODUCTS AND CHEMICALS, INC. 7201 HAMILTON BLVD. ALLENTOWN, PA 18195-1501 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.28 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT #: 2021-AIR-MAS-02170 PURCHASING AGREEMENT / LTSA EFFECTIVE: 06/12/2021 | AIR PRODUCTS AND CHEMICALS, INC. 7201 HAMILTON BLVD. ALLENTOWN, PA 18195-1501 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.29 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT #: 2019-AIR-MAS-00418 SERVICES / CONSULTING-INDEPENDENT CONTRACTOR-COMPANY EFFECTIVE: 03/22/2012 | AIR PRODUCTS AND CHEMICALS, INC. 7201 HAMILTON BLVD. ALLENTOWN, PA 18195-1501 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.30 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT #: 2021-AIR-AMD-02760 PURCHASING AGREEMENT EFFECTIVE: 10/28/2021 | AIR PRODUCTS AND CHEMICALS, INC. 7201 HAMILTON BLVD. ALLENTOWN, PA 18195-1501 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.31 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT #: 2021-AIR-MAS-02215 SERVICES EFFECTIVE: 06/16/2021 | AIRGAS USA, LLC 1122 W ROSECRANS AVE GARDENA, CA 90247 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.32 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT #: 2019-ALE-MAS-02553 SERVICES / CONSULTING-INDEPENDENT CONTRACTOR-INDIVIDUAL EFFECTIVE: 06/10/2019 | ALEXANDER DUNGO ADDRESS ON FILE |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.33 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT #: 2018-ALI-AMD-00601 SERVICES / CONSULTING-INDEPENDENT CONTRACTOR-COMPANY EFFECTIVE: 12/13/2018 | ALIGNED CAE LLC 4801 EAGLE SPRINGS CT CLARKSTON, MI 48348 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |



**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.34** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2019-ALI-AMD-00602 SERVICES / CONSULTING-INDEPENDENT CONTRACTOR-COMPANY EFFECTIVE: 11/15/2019 | ALIGNED CAE LLC<br>4801 EAGLE SPRINGS CT<br>CLARKSTON, MI 48348 |
| **2.35** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2017-ALI-MAS-00471 SERVICES / CONSULTING-INDEPENDENT CONTRACTOR-COMPANY EFFECTIVE: 11/27/2017 | ALIGNED CAE LLC<br>4801 EAGLE SPRINGS CT<br>CLARKSTON, MI 48348 |
| **2.36** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2020-ALL-MAS-00441 SERVICES / CONSULTING-INDEPENDENT CONTRACTOR-COMPANY EFFECTIVE: 02/10/2020 | ALL 4 ELECTRIC<br>4828 ADENMOOR AVE.<br>LAKEWOOD, CA 90713 |
| **2.37** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2019-ALL-IND-00492 LICENSE AGREEMENT / SOFTWARE EFFECTIVE: 04/05/2019 | ALLIANCE FUNDING GROUP<br>3745 W. CHAPMAN AVE<br>SUITE 200<br>ORANGE, CA 92868 |
| **2.38** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2021-ALL-MAS-02722 SERVICES / CONSULTING-INDEPENDENT CONTRACTOR-COMPANY EFFECTIVE: 10/25/2021 | ALLIED NATIONWIDE SECURITY, INC.<br>7247 HAYVENHURST AVE. SUITE A-7<br>ALLIED NATIONWIDE SECURITY, INC., CA 91406 |
| **2.39** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2022-ALL-MAS-03096 LICENSE AGREEMENT / SOFTWARE EFFECTIVE: 03/15/2022 | ALLSPICE, INC.<br>444 SOMERVILLE AVE<br>SOMMERVILLE, MA 02143 |
| **2.40** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2020-ALO-MAS-00978 SERVICES / CONSULTING-INDEPENDENT CONTRACTOR-COMPANY EFFECTIVE: 05/18/2020 | ALOFT MEDIA, LLC<br>PO BOX 721085<br>SAN JOSE, CA 95172 |



**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.41** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2019-ALT-MAS-01334<br>LICENSE AGREEMENT / SOFTWARE<br>EFFECTIVE: 07/02/2019 | ALTAIR ENGINEERING, INC.<br>1820 E. BIG BEAVER ROAD<br>TROY, MI 48083 |
| **2.42** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2019-ALT-EULA-00767<br>LICENSE AGREEMENT / SOFTWARE<br>EFFECTIVE: 08/16/2020 | ALTIUM, INC.<br>4225 EXECUTIVE SQUARE, SUITE 800<br>LA JOLLA, CA 92037 |
| **2.43** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2019-AMA-MAS-00409<br>SERVICES /<br>CONSULTING-INDEPENDENT<br>CONTRACTOR-COMPANY<br>EFFECTIVE: 11/24/2019 | AMA CONSULTING ENGINEERS, P.C.<br>2101 E. EL SEGUNDO BLVD<br>SUITE 303<br>EL SEGUNDO, CA 90245 |
| **2.44** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2020-AMA-IND-00487<br>LICENSE AGREEMENT / SOFTWARE<br>EFFECTIVE: 03/01/2020 | AMAZON.COM, INC<br>PO BOX 84023<br>SEATTLE, WA 98124-8423 |
| **2.45** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2019-AMA-MAS-01359<br>LICENSE AGREEMENT / SOFTWARE<br>EFFECTIVE: 03/15/2019 | AMAZON.COM, INC<br>PO BOX 84023<br>SEATTLE, WA 98124-8423 |
| **2.46** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2019-AME-IND-00377<br>LICENSE AGREEMENT / SOFTWARE<br>EFFECTIVE: 10/29/2019 | AMERICAN DYNAMIC SERVICES, INC.<br>2275 HUNTINGTON DRIVE<br>SUITE 115<br>SAN MARINO, CA 91108 |
| **2.47** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2021-AME-T&C-01870<br>PURCHASING AGREEMENT | AMERICAN MAGNETICS, INC.<br>112 FLINT ROAD<br>OAK RIDGE, TN 37830 |



**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.48 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | CONTRACT #: 2019-AME-MAS-00433<br>SERVICES /<br>CONSULTING-INDEPENDENT<br>CONTRACTOR-COMPANY<br>EFFECTIVE: 12/31/2019 | AMERICAN SPECIALTY INSULATION INC<br>2130 EAST BRUNDAGE LANE<br>BAKERSFIELD, CA 93307 |
| 2.49 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | CONTRACT #: 2022-AST-MAS-02870<br>SERVICES /<br>CONSULTING-INDEPENDENT<br>CONTRACTOR-COMPANY<br>EFFECTIVE: 01/04/2022 | AMERICAN STOCK TRANSFER & TRUST COMPANY, LLC<br>6201 15TH AVENUE<br>NEW YORK, NY 10005 |
| 2.50 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | CONTRACT #: 2020-AMS-IND-00392<br>LICENSE AGREEMENT / SOFTWARE<br>EFFECTIVE: 03/08/2020 | AMS COLLECTIVE INC<br>821 PITKIN ST U#8<br>FRISCO, CO 80443 |
| 2.51 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | CONTRACT #: 2022-ANA-MAS-04002<br>BIZ DEV<br>EFFECTIVE: 12/23/2022 | ANA HOLDINGS INC.<br>SHIODOME CITY CENTER<br>1-5-2 HIGASHI-SHIMBASHI, MINATO-KU<br>TOKYO,<br>JAPAN |
| 2.52 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | CONTRACT #: 2018-ANA-MAS-01363<br>LICENSE AGREEMENT / SOFTWARE<br>EFFECTIVE: 02/09/2018 | ANALYTICAL GRAPHICS, INC.<br>220 VALLEY CREEK BLVD<br>EXTON, PA 19341 |
| 2.53 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | CONTRACT #: 2020-ANA-IND-00101<br>LICENSE AGREEMENT / SOFTWARE<br>EFFECTIVE: 03/01/2020 | ANALYTICAL GRAPHICS, INC.<br>220 VALLEY CREEK BLVD<br>EXTON, PA 19341 |
| 2.54 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | CONTRACT #: 2021-ANG-MAS-02027<br>SERVICES /<br>CONSULTING-INDEPENDENT<br>CONTRACTOR-COMPANY<br>EFFECTIVE: 05/07/2021 | ANGEL CITY FLYERS, LLC<br>2901-F E. SPRING ST<br>LONG BEACH, CA 90806 |



**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.55 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2019-ANG-MAS-00399<br>SERVICES / CONSULTING-INDEPENDENT CONTRACTOR-COMPANY<br>EFFECTIVE: 07/24/2019 | ANGSTROM TECHNOLOGY<br>3509 3 MILE ROAD NW SUITE 3<br>GRAND RAPIDS, MI 49534 |
| 2.56 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2019-ANG-MAS-00385<br>SERVICES / CONSULTING-INDEPENDENT CONTRACTOR-COMPANY<br>EFFECTIVE: 04/22/2019 | ANGUS SYSTEMS GROUP INC<br>1100 PEACHTREE ST.<br>SUITE 200<br>ATLANTA, GA 30309 |
| 2.57 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2019-ANS-MAS-01343<br>LICENSE AGREEMENT / SOFTWARE<br>EFFECTIVE: 01/09/2020 | ANSYS, INC<br>2600 ANSYS DRIVE<br>CANONSBURG, PA 15317 |
| 2.58 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2019-ANS-MAS-01045<br>LICENSE AGREEMENT / SOFTWARE<br>EFFECTIVE: 08/06/2019 | ANSYS, INC<br>2600 ANSYS DRIVE<br>CANONSBURG, PA 15317 |
| 2.59 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2021-ANS-MAS-01838<br>LICENSE AGREEMENT / SOFTWARE<br>EFFECTIVE: 03/24/2021 | ANSYS, INC<br>2600 ANSYS DRIVE<br>CANONSBURG, PA 15317 |
| 2.60 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2020-ANS-MAS-01517<br>LICENSE AGREEMENT / SOFTWARE<br>EFFECTIVE: 12/14/2020 | ANSYS, INC<br>2600 ANSYS DRIVE<br>CANONSBURG, PA 15317 |
| 2.61 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2021-ANS-MAS-02880<br>PURCHASING AGREEMENT / IT EQUIPMENT<br>EFFECTIVE: 12/08/2021 | ANSYS, INC<br>2600 ANSYS DRIVE<br>CANONSBURG, PA 15317 |

  **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.62 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2020-API-T&C-01231<br>PURCHASING AGREEMENT<br>EFFECTIVE: 02/26/2021 | API TECHNOLOGIES CORPORATION<br>400 NICKERSON ROAD<br>MALBOROUGH, MA 01752 |
| 2.63 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2019-APP-MAS-02700<br>LICENSE AGREEMENT / SOFTWARE<br>EFFECTIVE: 09/01/2019 | APPEXTREMES, LLC DBA CONGA<br>PO BOX 7839<br>BROOMFIELD, CO 80021 |
| 2.64 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2021-APP-IND-02703<br>LICENSE AGREEMENT / SOFTWARE<br>EFFECTIVE: 11/01/2021 | APPEXTREMES, LLC DBA CONGA<br>PO BOX 7839<br>BROOMFIELD, CO 80021 |
| 2.65 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2022-APP-MAS-03662<br>LICENSE AGREEMENT / SOFTWARE<br>EFFECTIVE: 09/01/2022 | APPEXTREMES, LLC DBA CONGA<br>PO BOX 7839<br>BROOMFIELD, CO 80021 |
| 2.66 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2023-APP-T&C-04040<br>PURCHASING AGREEMENT<br>EFFECTIVE: 02/02/2023 | APPLIED AVIONICS, INC.<br>3201 SANDY LANE<br>FORTH WORTH, TX 76112 |
| 2.67 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2022-APP-IND-03320<br>SERVICES<br>EFFECTIVE: 04/01/2022 | APPLUS RTD USA, INC.<br>3 SUGAR CREEK CENTER BLVD<br>SUITE 600<br>SUGAR LAND, TX 77478 |
| 2.68 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2021-APT-T&C-02584<br>SERVICE AGREEMENT<br>EFFECTIVE: 09/29/2021 | APT RESEARCH, INC.<br>4950 RESEARCH DRIVE<br>HUNTSVILLE, AL 35805 |

   **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. | |
|---|---|
| **List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| **2.69** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2021-ARA-AMD-01951<br>SERVICES<br>EFFECTIVE: 04/19/2021 | ARAMARK REFRESHMENTS SERVICES<br>17044 MONTANERO AVENUE<br>CARSON, CA 90746 |
| **2.70** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2018-ARA-AMD-00547<br>SERVICES /<br>CONSULTING-INDEPENDENT<br>CONTRACTOR-COMPANY<br>EFFECTIVE: 05/30/2018 | ARAMARK REFRESHMENTS SERVICES<br>17044 MONTANERO AVENUE<br>CARSON, CA 90746 |
| **2.71** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2019-ARA-AMD-00550<br>SERVICES /<br>CONSULTING-INDEPENDENT<br>CONTRACTOR-COMPANY<br>EFFECTIVE: 10/08/2019 | ARAMARK REFRESHMENTS SERVICES<br>17044 MONTANERO AVENUE<br>CARSON, CA 90746 |
| **2.72** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2019-ARA-AMD-00549<br>SERVICES /<br>CONSULTING-INDEPENDENT<br>CONTRACTOR-COMPANY<br>EFFECTIVE: 08/09/2019 | ARAMARK REFRESHMENTS SERVICES<br>17044 MONTANERO AVENUE<br>CARSON, CA 90746 |
| **2.73** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2021-ARA-AMD5-01568<br>SERVICES /<br>CONSULTING-INDEPENDENT<br>CONTRACTOR-COMPANY<br>EFFECTIVE: 01/05/2021 | ARAMARK REFRESHMENTS SERVICES<br>17044 MONTANERO AVENUE<br>CARSON, CA 90746 |
| **2.74** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2021-ARA-AMD7-02492<br>SERVICES /<br>CONSULTING-INDEPENDENT<br>CONTRACTOR-COMPANY<br>EFFECTIVE: 08/26/2021 | ARAMARK REFRESHMENTS SERVICES<br>17044 MONTANERO AVENUE<br>CARSON, CA 90746 |
| **2.75** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2020-ARA-MAS-00460<br>SERVICES /<br>CONSULTING-INDEPENDENT<br>CONTRACTOR-COMPANY<br>EFFECTIVE: 10/30/2017 | ARAMARK REFRESHMENTS SERVICES<br>17044 MONTANERO AVENUE<br>CARSON, CA 90746 |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.76** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2018-ARA-AMD-00548 SERVICES / CONSULTING-INDEPENDENT CONTRACTOR-COMPANY EFFECTIVE: 11/12/2018 | ARAMARK REFRESHMENTS SERVICES 17044 MONTANERO AVENUE CARSON, CA 90746 |
| **2.77** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: -ARC-EULA-01452 LICENSE AGREEMENT / SOFTWARE EFFECTIVE: 11/17/2020 | ARCTION LTD. TEHDASKATU 24 B KUOPIO, 70620 FINLAND |
| **2.78** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2020-ARD-MAS-00871 SERVICES / DEVELOPMENT AGREEMENT EFFECTIVE: 08/25/2020 | ARDE, INC. 875 WASHINGTON AVE CARLSTADT, NJ 07072 |
| **2.79** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2021-ARD-MAS-01550 SERVICES / DEVELOPMENT AGREEMENT EFFECTIVE: 01/02/2021 | ARDE, INC. 875 WASHINGTON AVE CARLSTADT, NJ 07072 |
| **2.80** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2022-ARD-T&C-03352 PURCHASING AGREEMENT EFFECTIVE: 07/20/2022 | ARDE, INC. 875 WASHINGTON AVE CARLSTADT, NJ 07072 |
| **2.81** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2021-ARE-MAS-02776 SERVICES / CONSULTING-INDEPENDENT CONTRACTOR-COMPANY EFFECTIVE: 11/02/2021 | ARES CORPORATION 1290 HOWARD AVENUE SUITE 319 BURLINGAME, CA 94010 |
| **2.82** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2022-ARQ-MAS-03362 LICENSE AGREEMENT / SOFTWARE EFFECTIVE: 03/21/2022 | ARQIT INC. 1201 N GARFIELD ST APT 217 ARLINGTON, VA 22201 |

Debtor    Virgin Orbit, LLC
Name

Case number (If known):    23-10408

    **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.83** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2022-ARQ-AMD-04004 LICENSE AGREEMENT / SOFTWARE EFFECTIVE: 09/27/2022 | ARQIT LTD. 3 MORE LONDON RIVERSIDE LONDON, SE1 2RE UNITED KINGDOM |
| **2.84** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2021-ARQ-LSA-02596 BIZ DEV / LSA EFFECTIVE: 12/22/2021 | ARQIT LTD. 3 MORE LONDON RIVERSIDE LONDON, SE1 2RE UNITED KINGDOM |
| **2.85** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2021-ARQ-MAS-02868 LICENSE AGREEMENT / SOFTWARE EFFECTIVE: 11/30/2021 | ARQIT LTD. 3 MORE LONDON RIVERSIDE LONDON, SE1 2RE UNITED KINGDOM |
| **2.86** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2021-ARQ-LS1-03015 BIZ DEV / LSA EFFECTIVE: 12/21/2021 | ARQIT LTD. 3 MORE LONDON RIVERSIDE LONDON, SE1 2RE UNITED KINGDOM |
| **2.87** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2021-ARQ-GFA_SUB-02565 BIZ DEV / OTHER REVENUE/FEASIBILITY STUDY EFFECTIVE: 12/13/2021 | ARQIT LTD. 3 MORE LONDON RIVERSIDE LONDON, SE1 2RE UNITED KINGDOM |
| **2.88** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2022-ARQ-IND-03898 INVESTOR AGREEMENT / INVESTMENT IN 3PO EFFECTIVE: 11/09/2022 | ARQIT QUANTUM INC. 3 MORE LONDON RIVERSIDE LONDON, SE1 2RE UNITED KINGDOM |
| **2.89** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2021-ARQ-SUBSCRIPTION AGREEMENT-02032 INVESTOR AGREEMENT / INVESTMENT IN 3PO | ARQIT QUANTUM INC. 3 MORE LONDON RIVERSIDE LONDON, SE1 2RE UNITED KINGDOM |



**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.90 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT #: 2022-ART-MAS-03296 LETTER AGREEMENT EFFECTIVE: 04/04/2022 | ART CENTER COLLEGE OF DESIGN 1700 LIDA STREET, PASADENA, CA 91103 |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.91 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT #: 2020-ART-IND-00733 LICENSE AGREEMENT EFFECTIVE: 07/20/2020 | ARTURO LUNA ADDRESS ON FILE |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.92 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT #: 2019-ASC-IND-00430 LICENSE AGREEMENT / SOFTWARE EFFECTIVE: 03/18/2019 | ASC PROCESS SYSTEMS 28402 LIVINGSTON AVE VALENCIA, CA 91355 |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.93 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT #: 2019-AST-MAS-00503 SERVICES / CONSULTING-INDEPENDENT CONTRACTOR-COMPANY EFFECTIVE: 12/18/2019 | ASTM INTERNATIONAL 100 BARR HARBOR DRIVE WEST CONSHOHOCKEN, PA 19428 |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.94 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT #: 2022-AST-T&C-03713 PURCHASING AGREEMENT EFFECTIVE: 08/25/2022 | ASTRONICS TEST SYSTEMS, INC. 4 GOODYEAR IRVINE, CA 92618 |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.95 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT #: 2021-AST-MOU-02397 BIZ DEV / MOUS/MOAS - NON-BINDING EFFECTIVE: 08/24/2021 | ASTROSCALE HOLDINGS INC. 1-16-4 KINSHI SUMIDA-KU TOKYO, 130-0013 JAPAN |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.96 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT #: 2017-AST-MAS-00238 SERVICES / CONSULTING-INDEPENDENT CONTRACTOR-INDIVIDUAL EFFECTIVE: 12/22/2017 | ASTROTELOS, LLC 218 FORKNER DRIVE, APT F DECATUR, GA 30030 |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | |



**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.97 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT #: 2018-ATA-MAS-01364 LICENSE AGREEMENT / SOFTWARE EFFECTIVE: 05/10/2018 | ATA ENGINEERING, INC. 13290 EVENING CREEK DRIVE S SAN DIEGO, CA 92128 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.98 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT #: 2022-ATL-MAS-03464 SERVICES / CONSULTING-INDEPENDENT CONTRACTOR-COMPANY EFFECTIVE: 05/17/2022 | ATLAS SPACE OPERATIONS, INC 10850 E. TRAVERSE HWY. SUITE 2225 TRAVERSE CITY, MI 49684 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.99 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT #: 2022-ATL-SOW-03821 SERVICES / STATEMENT OF WORK EFFECTIVE: 10/19/2022 | ATLAS SPACE OPERATIONS, INC 10850 E. TRAVERSE HWY. SUITE 2225 TRAVERSE CITY, MI 49684 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.100 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT #: 2022-ATL-SOW-03605 SERVICES / CONSULTING-INDEPENDENT CONTRACTOR-COMPANY EFFECTIVE: 06/23/2022 | ATLAS SPACE OPERATIONS, INC 10850 E. TRAVERSE HWY. SUITE 2225 TRAVERSE CITY, MI 49684 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.101 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT #: 2019-ATL-T&C-03037 PURCHASING AGREEMENT EFFECTIVE: 08/06/2019 | ATLASSIAN PTY, LTD. 1098 HARRISON ST SAN FRANCISCO, CA 94103 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.102 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT #: 2019-ATL-IND-00374 LICENSE AGREEMENT / SOFTWARE EFFECTIVE: 05/06/2019 | ATLASSIAN PTY, LTD. 1098 HARRISON ST SAN FRANCISCO, CA 94103 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.103 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT #: 2022-AWA-MAS-03946 LICENSE AGREEMENT / SOFTWARE EFFECTIVE: 12/01/2022 | AWARDCO 2080 W 400 N SUITE 200 LINDON, UT 84042 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |



**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. | |
|---|---|
| **List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| **2.104** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2018-BSK-MAS-00378<br>SERVICES /<br>CONSULTING-INDEPENDENT<br>CONTRACTOR-COMPANY<br>EFFECTIVE: 04/11/2018 | B. SKELTON CONSTRUCTION INC.<br>5234 W. AVE. M-2<br>QUARTZ HILL, CA 93536 |
| **2.105** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2018-BSK-AMD-00538<br>SERVICES /<br>CONSULTING-INDEPENDENT<br>CONTRACTOR-COMPANY<br>EFFECTIVE: 08/23/2018 | B. SKELTON CONSTRUCTION INC.<br>5234 W. AVE. M-2<br>QUARTZ HILL, CA 93536 |
| **2.106** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2022-B2S-MAS-02993<br>SERVICES /<br>CONSULTING-INDEPENDENT<br>CONTRACTOR-COMPANY<br>EFFECTIVE: 01/14/2022 | B2SPACE LTD<br>MERLIN HOUSE 1 LANGSTONE BUSINESS PARK, PRIORY DRIVE<br>NEWPORT, WALES, NP18 2HJ<br>UNITED KINGDOM |
| **2.107** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2019-BAG-MAS-00379<br>SERVICES /<br>CONSULTING-INDEPENDENT<br>CONTRACTOR-COMPANY<br>EFFECTIVE: 05/20/2019 | BAGHOUSE & INDUSTRIAL SHEET METAL SERVICES, INC<br>1731 POMONA ROAD<br>CORONA, CA 92880 |
| **2.108** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2022-BAH-MAS-03075<br>BIZ DEV / MOUS/MOAS -<br>NON-BINDING<br>EFFECTIVE: 04/01/2022 | BAHRAIN NATIONAL SPACE SCIENCE AGENCY<br>2ND FLOOR, BLDG 702<br>RD. 1510, BLK.115 HIDD, P.O. BOX 5115<br>AL HIDD,<br>BAHRAIN |
| **2.109** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2020-BAL-T&C-00624<br>PURCHASING AGREEMENT<br>EFFECTIVE: 06/30/2020 | BALL SYSTEMS, INC.<br>16469 SOUTHPARK DRIVE<br>WESTFIELD, IN 46074 |
| **2.110** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2015-BAR-MAS-00064<br>SERVICES<br>EFFECTIVE: 07/06/2015 | BAR AVIATION INC.<br>1109 FATHER CAPODANNO BLVD.<br>STATEN ISLAND, NY 10306 |



**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.111 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | CONTRACT #: 2018-BAR-AMD-00531 <br> SERVICES / DEVELOPMENT AGREEMENT <br> EFFECTIVE: 06/05/2018 | BARBER NICHOLS, INC <br> 6325 WEST 55TH AVENUE <br> ARVADA, CO 80002 |
| 2.112 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | CONTRACT #: 2020-BAR-IND-00751 <br> LICENSE AGREEMENT <br> EFFECTIVE: 02/04/2020 | BARBER NICHOLS, INC <br> 6325 WEST 55TH AVENUE <br> ARVADA, CO 80002 |
| 2.113 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | CONTRACT #: 2018-BAR-MAS-00459 <br> SERVICES / DEVELOPMENT AGREEMENT <br> EFFECTIVE: 01/18/2018 | BARBER NICHOLS, INC <br> 6325 WEST 55TH AVENUE <br> ARVADA, CO 80002 |
| 2.114 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | CONTRACT #: 2021-BAY-MAS-01641 <br> SERVICES / CONSULTING-INDEPENDENT CONTRACTOR-COMPANY <br> EFFECTIVE: 02/03/2021 | BAY CITY FLYERS, LLC DBA AERO CITY JETS <br> 2901-F E. SPRING ST <br> LONG BEACH, CA 90806 |
| 2.115 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | CONTRACT #: 2021-BEA-MAS-01919 <br> SERVICES / CONSULTING-INDEPENDENT CONTRACTOR-COMPANY <br> EFFECTIVE: 04/12/2021 | BEACON GLOBAL STRATEGIES LLC <br> 2101 L ST NW STE 800 <br> WASHINGTON, DC 20037 |
| 2.116 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | CONTRACT #: 2021-BEA-SOW-01987 <br> SERVICES / CONSULTING-INDEPENDENT CONTRACTOR-COMPANY <br> EFFECTIVE: 04/12/2021 | BEACON GLOBAL STRATEGIES LLC <br> 2101 L ST NW STE 800 <br> WASHINGTON, DC 20037 |
| 2.117 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | CONTRACT #: 2022-BEE-SOW-03786 <br> SERVICES / CONSULTING-INDEPENDENT CONTRACTOR-COMPANY <br> EFFECTIVE: 09/13/2022 | BEECH SYSTEMS, INC. <br> 2635 PROSPECT AVE <br> LA CRESCENTA, CA 91214 |

    **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. | |
|---|---|
| **List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| **2.118** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2022-BEE-MAS-03773 SERVICES / CONSULTING-INDEPENDENT CONTRACTOR-COMPANY EFFECTIVE: 09/15/2022 | BEECH SYSTEMS, INC. 2635 PROSPECT AVE LA CRESCENTA, CA 91214 |
| **2.119** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2019-BER-MAS-00099 SERVICES / CONSULTING-INDEPENDENT CONTRACTOR-INDIVIDUAL EFFECTIVE: 11/18/2019 | BERGMANS MECHATRONICS, LLC 8311 WHITESBURG WAY UNIT 510 HUNTSVILLE, AL 35802 |
| **2.120** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2019-BER-MAS-00259 SERVICES / CONSULTING-INDEPENDENT CONTRACTOR-INDIVIDUAL EFFECTIVE: 12/03/2019 | BERGMANS MECHATRONICS, LLC 8311 WHITESBURG WAY UNIT 510 HUNTSVILLE, AL 35802 |
| **2.121** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2019-BEY-IND-00933 LICENSE AGREEMENT / SOFTWARE EFFECTIVE: 01/29/2019 | BEYONDTRUST CORPORATION 11695 JOHNS CREEK PKWY SUITE 200 JOHNS CREEK, GA 30097 |
| **2.122** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2022-BIF-MAS-03726 SERVICES / CONSULTING-INDEPENDENT CONTRACTOR-COMPANY EFFECTIVE: 08/22/2022 | BIFFA WASTE SERVICES LTD CORONATION ROAD, CRESSEX, HIGH WYCOMBE, HP12 3TZ UNITED KINGDOM |
| **2.123** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2021-BIG-MAS-02680 PURCHASING AGREEMENT / SUPPLIER AGREEMENT EFFECTIVE: 12/21/2021 | BIG BEAR AI LLC 6811 BENJAMIN FRANLIN DRIVE, STE 200 COLUMBIA, MD 21046 |
| **2.124** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2019-BIG-IND-00753 LICENSE AGREEMENT EFFECTIVE: 01/29/2019 | BIGGER BANG COMMUNICATIONS LIMITED 1 SPRINGVALE TERRACE, GREATER, HAMMERSMITH LONDON, ENGLAND, W14 0AE UNITED KINGDOM |



**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.125 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | CONTRACT #: 2022-BLA-MAS-03986 LICENSE AGREEMENT / SOFTWARE EFFECTIVE: 02/10/2022 | BLACKLINE, INC. 21300 VICTORY BLVD WOODLAND HILLS, CA 91367 |
| 2.126 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | CONTRACT #: 2019-BLA-ACK-00644 SERVICES / CONSULTING-INDEPENDENT CONTRACTOR-COMPANY EFFECTIVE: 12/11/2019 | BLADONMORE, INC. 1240 ROSECRANS AVENUE MANHATTAN BEACH, CA 90266 |
| 2.127 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | CONTRACT #: 2019-BLA-MAS-00640 SERVICES / CONSULTING-INDEPENDENT CONTRACTOR-COMPANY EFFECTIVE: 12/11/2019 | BLADONMORE, INC. 1240 ROSECRANS AVENUE MANHATTAN BEACH, CA 90266 |
| 2.128 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | CONTRACT #: 2020-BLA-AMD-00645 SERVICES / CONSULTING-INDEPENDENT CONTRACTOR-COMPANY EFFECTIVE: 05/26/2020 | BLADONMORE, INC. 1240 ROSECRANS AVENUE MANHATTAN BEACH, CA 90266 |
| 2.129 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | CONTRACT #: 200702-BLA-AMD-00647 SERVICES / CONSULTING-INDEPENDENT CONTRACTOR-COMPANY | BLADONMORE, INC. 1240 ROSECRANS AVENUE MANHATTAN BEACH, CA 90266 |
| 2.130 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | CONTRACT #: 200702-BLA-SOW-00648 SERVICES / CONSULTING-INDEPENDENT CONTRACTOR-COMPANY | BLADONMORE, INC. 1240 ROSECRANS AVENUE MANHATTAN BEACH, CA 90266 |
| 2.131 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | CONTRACT #: 2021-BLA-SOW-02555 SERVICES / STATEMENT OF WORK EFFECTIVE: 09/20/2021 | BLADONMORE, INC. 1240 ROSECRANS AVENUE MANHATTAN BEACH, CA 90266 |



**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.132** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2020-BLA-SOW-00646<br>SERVICES /<br>CONSULTING-INDEPENDENT<br>CONTRACTOR-COMPANY<br>EFFECTIVE: 05/12/2020 | BLADONMORE, INC.<br>1240 ROSECRANS AVENUE<br>MANHATTAN BEACH, CA 90266 |
| **2.133** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2019-BLA-SOW-00641<br>SERVICES /<br>CONSULTING-INDEPENDENT<br>CONTRACTOR-COMPANY<br>EFFECTIVE: 12/11/2019 | BLADONMORE, INC.<br>1240 ROSECRANS AVENUE<br>MANHATTAN BEACH, CA 90266 |
| **2.134** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2022-BOC-MAS-03039<br>PURCHASING AGREEMENT<br>EFFECTIVE: 09/17/2022 | BOC UK<br>43 CHURCH STREET WEST<br>FORGE<br>WOKING SURREY, GU21 6HT<br>UNITED KINGDOM |
| **2.135** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2022-BOC-IND-03770<br>PURCHASING AGREEMENT<br>EFFECTIVE: 09/14/2022 | BOC UK<br>43 CHURCH STREET WEST<br>FORGE<br>WOKING SURREY, GU21 6HT<br>UNITED KINGDOM |
| **2.136** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #:<br>2022-BOX-SOW01-03311<br>SERVICES /<br>CONSULTING-INDEPENDENT<br>CONTRACTOR-COMPANY | BOXX COMMUNICATIONS LLC<br>3685 MOTOR AVE, SUITE 120<br>LOS ANGELES, CA 90034 |
| **2.137** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2018-BRA-MAS-00369<br>SERVICES /<br>CONSULTING-INDEPENDENT<br>CONTRACTOR-COMPANY<br>EFFECTIVE: 04/17/2018 | BRAGG CRANE & RIGGING<br>6242 PARAMOUNT BLVD<br>LONG BEACH, CA 90805 |
| **2.138** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2018-BRA-AMD-00591<br>SERVICES /<br>CONSULTING-INDEPENDENT<br>CONTRACTOR-COMPANY<br>EFFECTIVE: 04/20/2018 | BRAGG CRANE & RIGGING<br>6242 PARAMOUNT BLVD<br>LONG BEACH, CA 90805 |

  **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.139 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2018-BRA-AMD-00593<br>SERVICES / CONSULTING-INDEPENDENT CONTRACTOR-COMPANY<br>EFFECTIVE: 08/27/2018 | BRAGG CRANE & RIGGING<br>6242 PARAMOUNT BLVD<br>LONG BEACH, CA 90805 |
| 2.140 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2022-FAB-MAS-03759<br>SERVICES<br>EFFECTIVE: 10/01/2022 | BRAZILIAN AREA FORCES<br>RIO DE JANEIRO<br>SANTOS DUMONT IAP, RJ.<br><br>BRAZIL |
| 2.141 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2019-BRI-MAS-00273<br>SERVICES / CONSULTING-INDEPENDENT CONTRACTOR-INDIVIDUAL<br>EFFECTIVE: 11/18/2019 | BRIAN WILLIAM FUCELLA-CORBIN<br>ADDRESS ON FILE |
| 2.142 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2022-BRO-MAS-03110<br>SERVICES<br>EFFECTIVE: 01/26/2022 | BROADRIDGE INVESTOR COMMUNICATION SOLUTIONS, INC.<br>51 MERCEDES WAY<br>EDGEWOOD, NY 11717 |
| 2.143 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2019-BRO-MAS-00394<br>SERVICES / CONSULTING-INDEPENDENT CONTRACTOR-COMPANY<br>EFFECTIVE: 11/18/2019 | BROADWAY GLASS & MIRROR, INC.<br>2523 EAST BROADWAY<br>LONG BEACH, CA 90803 |
| 2.144 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2019-BRY-IND-00465<br>LETTER AGREEMENT / LEGAL<br>EFFECTIVE: 12/22/2019 | BRYAN CAVE LEIGHTON PAISNER LLP<br>211 N BROADWAY<br>SUITE 3600<br>ST LOUIS, MO 53102 |
| 2.145 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2019-POI-MAS-01351<br>LICENSE AGREEMENT / SOFTWARE<br>EFFECTIVE: 03/14/2019 | CADENCE DESIGN SYSTEMS, INC.<br>2655 SEELY AVENUE<br>BUILDING 5<br>SAN JOSE, TX 95134 |



**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.146 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2022-CAD-MAS-02991<br>LICENSE AGREEMENT / SOFTWARE<br>EFFECTIVE: 03/01/2022 | CADENCE DESIGN SYSTEMS, INC.<br>2655 SEELY AVENUE<br>BUILDING 5<br>SAN JOSE, TX 95134 |
|---|---|---|---|
| 2.147 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2022-CAL-IND-03708<br>LICENSE AGREEMENT / SOFTWARE<br>EFFECTIVE: 08/11/2022 | CALLTOWER, INC.<br>10701 RIVER FRONT PARKWAY<br>SOUTH JORDAN, UT 84095 |
| 2.148 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2022-CAL-MAS-03091<br>LICENSE AGREEMENT / SOFTWARE<br>EFFECTIVE: 02/15/2022 | CALLTOWER, INC.<br>10701 RIVER FRONT PARKWAY<br>SOUTH JORDAN, UT 84095 |
| 2.149 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2022-CAL-MAS-03195<br>LICENSE AGREEMENT / SOFTWARE<br>EFFECTIVE: 03/03/2022 | CALLTOWER, INC.<br>10701 RIVER FRONT PARKWAY<br>SOUTH JORDAN, UT 84095 |
| 2.150 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2021-CAL-T&C-02475<br>SERVICE AGREEMENT<br>EFFECTIVE: 08/24/2021 | CALSPAN CORPORATION<br>4455 GENESSE STREET<br>BUFFALO, NY 14225 |
| 2.151 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2020-CAL-T&C-01554<br>PURCHASING AGREEMENT<br>EFFECTIVE: 12/22/2020 | CALTROL, INC.<br>1385 PAMA LANE SUITE 111<br>LAS VEGAS, NV 89119 |
| 2.152 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2022-CAN-AMD-03954<br>RENTAL & LEASE AGREEMENT /<br>REAL PROPERTY LEASE<br>EFFECTIVE: 12/06/2022 | CANON FINANCIAL SERVICES, INC.<br>158 GAITHER DRIVE<br>MT LAUREL TOWNSHIP, NJ 08054 |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.153 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: -CAN-MAS-03962<br>SERVICES / CONSULTING-INDEPENDENT CONTRACTOR-COMPANY<br>EFFECTIVE: 08/14/2019 | CANON FINANCIAL SERVICES, INC.<br>158 GAITHER DRIVE<br>MT LAUREL TOWNSHIP, NJ 08054 |
| 2.154 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2019-CAN-MAS-00937<br>RENTAL & LEASE AGREEMENT / REAL PROPERTY LEASE<br>EFFECTIVE: 09/19/2019 | CANON FINANCIAL SERVICES, INC.<br>158 GAITHER DRIVE<br>MT LAUREL TOWNSHIP, NJ 08054 |
| 2.155 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2016-CAP-MAS-00065<br>SERVICES<br>EFFECTIVE: 09/28/2016 | CAPE POINT TECHNOLOGIES, LLC<br>3199 SW WILLAMETTE WAY<br>WILSONVILLE, OR 97070 |
| 2.156 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2017-CAP-MAS-00240<br>SERVICES / CONSULTING-INDEPENDENT CONTRACTOR-INDIVIDUAL<br>EFFECTIVE: 12/23/2017 | CAPE POINT TECHNOLOGIES, LLC<br>3199 SW WILLAMETTE WAY<br>WILSONVILLE, OR 97070 |
| 2.157 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2020-CAR-MAS-00254<br>SERVICES / CONSULTING-INDEPENDENT CONTRACTOR-INDIVIDUAL<br>EFFECTIVE: 01/13/2020 | CARANCHO TECHNOLOGIES LLC<br>1538 BARRYWOOD AVENUE<br>SAN PEDRO, CA 90731 |
| 2.158 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2020-CAR-MAS-00055<br>SERVICES<br>EFFECTIVE: 01/10/2020 | CARANCHO TECHNOLOGIES LLC<br>1538 BARRYWOOD AVENUE<br>SAN PEDRO, CA 90731 |
| 2.159 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2017-CAR-MAS-00468<br>SERVICES / DEVELOPMENT AGREEMENT<br>EFFECTIVE: 07/06/2017 | CARBON-CARBON ADVANCED TECHNOLOGIES INC<br>4704 EDEN ROAD<br>KENNEDALE, TX 76060 |



**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.160** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: -CCH-MAS-01597<br>RENTAL & LEASE AGREEMENT /<br>EQUIPMENT<br>EFFECTIVE: 05/01/2018 | CCH EQUIPMENT CO<br>14902 PRESTON ROAD<br>#404-323<br>WAXAHACHIE, TX 75160 |
| **2.161** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: -CCH-IND-01598<br>RENTAL & LEASE AGREEMENT /<br>EQUIPMENT<br>EFFECTIVE: 10/01/2020 | CCH EQUIPMENT CO<br>14902 PRESTON ROAD<br>#404-323<br>WAXAHACHIE, TX 75160 |
| **2.162** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: -CDW-T&C-03789<br>LICENSE AGREEMENT / SOFTWARE<br>EFFECTIVE: 09/26/2022 | CDW DIRECT<br>200 NORTH MILWAUKEE AVENUE<br>VERNON HILLS, IL 60061 |
| **2.163** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2019-CDW-IND-00366<br>LICENSE AGREEMENT / SOFTWARE<br>EFFECTIVE: 11/09/2019 | CDW DIRECT<br>200 NORTH MILWAUKEE AVENUE<br>VERNON HILLS, IL 60061 |
| **2.164** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2020-CEC-MAS-00125<br>SERVICES /<br>CONSULTING-INDEPENDENT<br>CONTRACTOR-COMPANY<br>EFFECTIVE: 02/21/2020 | CE CONSULTING, INC.<br>15751 ANNICO DRIVE<br>STE 5W<br>HOMER GLEN, IL 60491 |
| **2.165** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2019-CEL-MAS-01383<br>LICENSE AGREEMENT / SOFTWARE<br>EFFECTIVE: 07/02/2019 | CELERITIVE TECHNOLOGIES, INC.<br>95 E HIGH ST<br>MOORPARK, CA 93021 |
| **2.166** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: -VERIZON-MAS-01522<br>SERVICES<br>EFFECTIVE: 12/18/2020 | CELLCO PARTNERSHIP DBA VERIZON WIRELESS<br>ONE VERIZON WAY<br>BASKING RIDGE, NJ 07920 |

Debtor    Virgin Orbit, LLC
_____    Case number (If known):   23-10408
Name



**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.167 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2019-CEN-MAS-00401<br>SERVICES / CONSULTING-INDEPENDENT CONTRACTOR-COMPANY<br>EFFECTIVE: 12/11/2019 | CENTER WALLCOVERING & PAINTING, INC.<br>640 NORTH ECKHOFF STREET<br>ORANGE, CA 92868 |
| 2.168 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2022-CEN-NDA-03290<br>PURCHASING AGREEMENT<br>EFFECTIVE: 03/29/2022 | CENTRAL CALIFORNIA FLUID SYSTEMS TECHNOLOGIES, INC.<br>DBA SWAGELOK<br>325 BALBOA CIR.<br>CAMARILLO, CA 93012 |
| 2.169 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2019-CES-MAS-01355<br>LICENSE AGREEMENT / SOFTWARE<br>EFFECTIVE: 11/12/2019 | CESIUM GS, INC.<br>22 S 11TH STREET<br>PHILADELPHIA, PA 19108 |
| 2.170 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2020-CHE-MAS-00495<br>SERVICE AGREEMENT<br>EFFECTIVE: 03/01/2020 | CHEM PRO LAB, INC.<br>941 WEST 190TH ST<br>GARDENA, CA 90248 |
| 2.171 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2020-CHI-MAS-00419<br>SERVICES / STAFFING SERVICES<br>EFFECTIVE: 01/20/2020 | CHIPTON ROSS INC<br>343 MAIN STREET<br>EL SEGUNDO, CA 90245 |
| 2.172 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2018-CHR-MAS-00241<br>SERVICES / CONSULTING-INDEPENDENT CONTRACTOR-INDIVIDUAL<br>EFFECTIVE: 06/06/2018 | CHRIS HASENZAHL<br>ADDRESS ON FILE |
| 2.173 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2019-CHR-IND-00376<br>LICENSE AGREEMENT / SOFTWARE<br>EFFECTIVE: 08/21/2019 | CHRONICLE GRAPHICS, INC.<br>8210 S. KEARNEY ST<br>CENTENNIAL, CO 80112 |

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. | |
|---|---|
| **List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| **2.174** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2022-CIN-SOW-03093<br>RENTAL & LEASE AGREEMENT / EQUIPMENT<br>EFFECTIVE: 03/09/2022 | CINTAS CORPORATION<br>6800 CINTAS BOULEVARD<br>CINCINNATI, OH 45262-5737 |
| **2.175** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2017-CIN-IND-00930<br>RENTAL & LEASE AGREEMENT / REAL PROPERTY LEASE<br>EFFECTIVE: 06/09/2017 | CINTAS CORPORATION<br>6800 CINTAS BOULEVARD<br>CINCINNATI, OH 45262-5737 |
| **2.176** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2020-CIS-IND-00488<br>LICENSE AGREEMENT / SOFTWARE<br>EFFECTIVE: 02/12/2020 | CISCO SYSTEMS, INC.<br>170 WEST TASMAN DRIVE<br>SAN JOSE, CA 95134 |
| **2.177** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2019-CIT-MAS-1632739<br>RENTAL & LEASE AGREEMENT / IT EQUIPMENT<br>EFFECTIVE: 08/27/2019 | CIT BANK, N.A.<br>10201 CENTURION PKWY N<br>SUITE 100<br>JACKSONVILLE, FL 32256 |
| **2.178** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2017-CIT-MAS-00428<br>RENTAL & LEASE AGREEMENT / FACILITY/ REAL ESTATE<br>EFFECTIVE: 08/01/2017 | CITY OF LONG BEACH<br>333 W. OCEAN BLVD.<br>LONG BEACH, CA 90802-4604 |
| **2.179** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2019-CJS-MAS-00393<br>SERVICES / CONSULTING-INDEPENDENT CONTRACTOR-COMPANY<br>EFFECTIVE: 09/30/2019 | CJ SUPPRESSION, INC.<br>205 LEWIS COURT<br>CORONA, CA 92882 |
| **2.180** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2022-CLA-IND-03967<br>LETTER AGREEMENT / AUDITOR<br>EFFECTIVE: 12/14/2022 | CLARION CONSULTING GROUP, LLC<br>21900 BURBANK BLVD.<br>3RD FLOOR<br>WOODLAND HILLS, CA 91367 |



**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. | |
|---|---|
| **List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| **2.181** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2022-CLA-IND-03807<br>LETTER AGREEMENT / AUDITOR<br>EFFECTIVE: 09/27/2022 | CLARION CONSULTING GROUP, LLC<br>21900 BURBANK BLVD.<br>3RD FLOOR<br>WOODLAND HILLS, CA 91367 |
| **2.182** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2020-CLE-SOW-00352<br>SERVICES<br>EFFECTIVE: 05/19/2020 | CLEAN HARBORS ENVIRONMENTAL SERVICES, INC.<br>42 LONGWATER DRIVE<br>PO BOX 9149<br>NORWELL, MA 02061 |
| **2.183** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2020-CLE-SOW-00557<br>SERVICES | CLEAN HARBORS ENVIRONMENTAL SERVICES, INC.<br>42 LONGWATER DRIVE<br>PO BOX 9149<br>NORWELL, MA 02061 |
| **2.184** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2019-CLE-SOW-00319<br>SERVICES<br>EFFECTIVE: 12/06/2019 | CLEAN HARBORS ENVIRONMENTAL SERVICES, INC.<br>42 LONGWATER DRIVE<br>PO BOX 9149<br>NORWELL, MA 02061 |
| **2.185** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2020-CLE-SOW-00320<br>SERVICES<br>EFFECTIVE: 01/23/2020 | CLEAN HARBORS ENVIRONMENTAL SERVICES, INC.<br>42 LONGWATER DRIVE<br>PO BOX 9149<br>NORWELL, MA 02061 |
| **2.186** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2020-CLE-SOW-00323<br>SERVICES<br>EFFECTIVE: 02/27/2020 | CLEAN HARBORS ENVIRONMENTAL SERVICES, INC.<br>42 LONGWATER DRIVE<br>PO BOX 9149<br>NORWELL, MA 02061 |
| **2.187** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2020-CLE-SOW-00321<br>SERVICES<br>EFFECTIVE: 02/14/2020 | CLEAN HARBORS ENVIRONMENTAL SERVICES, INC.<br>42 LONGWATER DRIVE<br>PO BOX 9149<br>NORWELL, MA 02061 |

   **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. |
|---|

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.188** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2020-CLE-SOW-00327 SERVICES EFFECTIVE: 05/01/2020<br><br>CLEAN HARBORS ENVIRONMENTAL SERVICES, INC. 42 LONGWATER DRIVE PO BOX 9149 NORWELL, MA 02061 |
| **2.189** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2019-CLE-MAS-00095 SERVICES EFFECTIVE: 11/07/2019<br><br>CLEAN HARBORS ENVIRONMENTAL SERVICES, INC. 42 LONGWATER DRIVE PO BOX 9149 NORWELL, MA 02061 |
| **2.190** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2019-CLE-SOW-00318 SERVICES EFFECTIVE: 11/27/2019<br><br>CLEAN HARBORS ENVIRONMENTAL SERVICES, INC. 42 LONGWATER DRIVE PO BOX 9149 NORWELL, MA 02061 |
| **2.191** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2020-CLE-SOW-00322 SERVICES EFFECTIVE: 02/20/2020<br><br>CLEAN HARBORS ENVIRONMENTAL SERVICES, INC. 42 LONGWATER DRIVE PO BOX 9149 NORWELL, MA 02061 |
| **2.192** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2020-CLE-SOW-00558 SERVICES<br><br>CLEAN HARBORS ENVIRONMENTAL SERVICES, INC. 42 LONGWATER DRIVE PO BOX 9149 NORWELL, MA 02061 |
| **2.193** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2019-CLE-SOW-00316 SERVICES EFFECTIVE: 11/22/2019<br><br>CLEAN HARBORS ENVIRONMENTAL SERVICES, INC. 42 LONGWATER DRIVE PO BOX 9149 NORWELL, MA 02061 |
| **2.194** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2019-CLE-SOW-00317 SERVICES EFFECTIVE: 11/22/2019<br><br>CLEAN HARBORS ENVIRONMENTAL SERVICES, INC. 42 LONGWATER DRIVE PO BOX 9149 NORWELL, MA 02061 |



**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.195 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT #: 2019-CLE-SOW-00314 SERVICES EFFECTIVE: 11/12/2019 | CLEAN HARBORS ENVIRONMENTAL SERVICES, INC. 42 LONGWATER DRIVE PO BOX 9149 NORWELL, MA 02061 |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.196 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT #: 2020-CLE-CO-00233 SERVICES EFFECTIVE: 02/21/2020 | CLEAN HARBORS ENVIRONMENTAL SERVICES, INC. 42 LONGWATER DRIVE PO BOX 9149 NORWELL, MA 02061 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.197 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT #: 2020-CLE-AMD-00326 SERVICES EFFECTIVE: 04/27/2020 | CLEAN HARBORS ENVIRONMENTAL SERVICES, INC. 42 LONGWATER DRIVE PO BOX 9149 NORWELL, MA 02061 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.198 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT #: 2020-CLE-SOW-00559 SERVICES | CLEAN HARBORS ENVIRONMENTAL SERVICES, INC. 42 LONGWATER DRIVE PO BOX 9149 NORWELL, MA 02061 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.199 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT #: 2019-CLE-SOW-00313 SERVICES EFFECTIVE: 10/16/2019 | CLEAN HARBORS ENVIRONMENTAL SERVICES, INC. 42 LONGWATER DRIVE PO BOX 9149 NORWELL, MA 02061 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.200 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT #: 2020-CLE-SOW-00324 SERVICES EFFECTIVE: 03/04/2020 | CLEAN HARBORS ENVIRONMENTAL SERVICES, INC. 42 LONGWATER DRIVE PO BOX 9149 NORWELL, MA 02061 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.201 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT #: 2019-CLE-AMD-00325 SERVICES EFFECTIVE: 11/12/2019 | CLEAN HARBORS ENVIRONMENTAL SERVICES, INC. 42 LONGWATER DRIVE PO BOX 9149 NORWELL, MA 02061 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor   Virgin Orbit, LLC
         _____          Case number (If known):   23-10408
         Name

  **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.202** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2019-CLE-SOW-00315<br>SERVICES<br>EFFECTIVE: 11/12/2019 | CLEAN HARBORS ENVIRONMENTAL SERVICES, INC.<br>42 LONGWATER DRIVE<br>PO BOX 9149<br>NORWELL, MA 02061 |
| **2.203** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2018-CLE-MAS-00384<br>SERVICES /<br>CONSULTING-INDEPENDENT<br>CONTRACTOR-COMPANY<br>EFFECTIVE: 11/01/2018 | CLEAN ROOMS WEST, INC<br>1392 INDUSTRIAL DRIVE<br>TUSTIN, CA 92780-6416 |
| **2.204** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2020-CLE-MAS-00449<br>SERVICES /<br>CONSULTING-INDEPENDENT<br>CONTRACTOR-COMPANY<br>EFFECTIVE: 03/04/2020 | CLEAR-COM, LLC<br>1301 MARINA VILLAGE PKWY, STE. 105<br>ALAMEDA, CA 92021 |
| **2.205** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: -CLOSER-ICA-01262<br>SERVICES /<br>CONSULTING-INDEPENDENT<br>CONTRACTOR-COMPANY | CLOSER & CLOSER, LLC.<br>3815 CARTWRIGHT STREET<br>PASADENA, CA 91107 |
| **2.206** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2019-CLO-MAS-01360<br>LICENSE AGREEMENT / SOFTWARE<br>EFFECTIVE: 12/04/2019 | CLOUDSMART CONSULTING LTD<br>INTERNATIONAL HOUS 20 HOLBORN VIADUCT<br>LONDON, EC1A 2BN<br>UNITED KINGDOM |
| **2.207** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2020-CLO-SOW-00062<br>SERVICES /<br>CONSULTING-INDEPENDENT<br>CONTRACTOR-COMPANY<br>EFFECTIVE: 01/20/2020 | CLOUDSMART CONSULTING LTD<br>INTERNATIONAL HOUS 20 HOLBORN VIADUCT<br>LONDON, EC1A 2BN<br>UNITED KINGDOM |
| **2.208** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2020-CLO-IND-00060<br>SERVICES /<br>CONSULTING-INDEPENDENT<br>CONTRACTOR-COMPANY<br>EFFECTIVE: 01/20/2020 | CLOUDSMART CONSULTING LTD<br>INTERNATIONAL HOUS 20 HOLBORN VIADUCT<br>LONDON, EC1A 2BN<br>UNITED KINGDOM |

Name



**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. | |
|---|---|
| **List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| **2.209** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2019-CLU-MAS-00262 SERVICES / CONSULTING-INDEPENDENT CONTRACTOR-INDIVIDUAL EFFECTIVE: 11/26/2019 | CLUSTR, INC.<br>1 TRESAUNCE WAY<br>FOOTHILL RANCH, CA 92610 |
| **2.210** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2019-CNC-MAS-01378 LICENSE AGREEMENT / SOFTWARE EFFECTIVE: 04/08/2019 | CNC SOFTWARE, INC.<br>671 OLD POST ROAD<br>TOLLAND, CT 06084 |
| **2.211** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2019-COD-IND-00370 LICENSE AGREEMENT / SOFTWARE EFFECTIVE: 01/22/2019 | CODE 3 IT AND SYSTEM INTEGRATION<br>1801 SABOVICH ST.<br>#85C<br>MOJAVE, CA 93501 |
| **2.212** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2020-COD-MAS-01391 LICENSE AGREEMENT / SOFTWARE EFFECTIVE: 02/24/2020 | CODE42 SOFTWARE INC.<br>100 WASHINGTON AVENUE SOUTH SUITE 2000<br>MINNEAPOLIS, MN 55401 |
| **2.213** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2022-COG-MAS-03585 SERVICES / CONSULTING-INDEPENDENT CONTRACTOR-INDIVIDUAL EFFECTIVE: 06/20/2022 | COGNOMATA, INC.<br>6520 PLATT AVE. #620<br>WEST HILLS, CA 91307-3218 |
| **2.214** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2022-COG-MAS-03557 SERVICES / PEOPLE EVENT & SERVICES EFFECTIVE: 06/17/2022 | COGS & MARVEL<br>2350 3RD STREET<br>SAN FRANCISCO, CA 94107 |
| **2.215** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2020-COH-MAS-01462 SERVICES / RECRUITING & DIRECT PLACEMENT EFFECTIVE: 11/20/2020 | COHEN PARTNERS STRATEGIC MILITARY PLACEMENT, INC.<br>2460 MARRON RD, SUITE 103-265<br>OCEANSIDE, CA 92056 |



**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. | |
|---|---|
| **List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| **2.216** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2019-COM-MAS-00929<br>LICENSE AGREEMENT / SOFTWARE<br>EFFECTIVE: 01/02/2019 | COMCAST CABLE COMMUNICATIONS, LLC<br>1701 JOHN F. KENNEDY BLVD.<br>PHILADELPHIA, PA 19103 |
| **2.217** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2019-COM-MAS-00984<br>SERVICES /<br>CONSULTING-INDEPENDENT<br>CONTRACTOR-COMPANY<br>EFFECTIVE: 08/16/2019 | COMPLETE COPY SYSTEMS GROUP, INC.<br>3300 BEVERLY BLVD.<br>LOS ANGELES, CA 90004 |
| **2.218** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2019-COM-IND-00482<br>LICENSE AGREEMENT / SOFTWARE<br>EFFECTIVE: 04/23/2019 | COMPLIANCE WAVE LLC<br>241 MAPLE AVENUE<br>SUITE 201<br>RED BANK, NJ 07701 |
| **2.219** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2017-COM-MAS-00466<br>SERVICES /<br>CONSULTING-INDEPENDENT<br>CONTRACTOR-COMPANY<br>EFFECTIVE: 07/25/2017 | COMPOSITE TECHNOLOGY DEVELOPMENT, INC.<br>2600 CAMPUS DRIVE, SUITE D<br>LAFAYETTE, CO 80026 |
| **2.220** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2019-COM-MAS-01386<br>LICENSE AGREEMENT / SOFTWARE<br>EFFECTIVE: 07/18/2019 | COMPUTACENTER FUSIONSTORM INC.<br>1 UNIVERSITY AVE STE 102<br>WESTWOOD, MA 02090-2179 |
| **2.221** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2019-CON-MAS-01333<br>LICENSE AGREEMENT / SOFTWARE<br>EFFECTIVE: 07/02/2019 | CONCEPTS NREC LLC<br>217 BILLINGS FARM ROAD<br>WHITE RIVER JUNCTION, VT 05001 |
| **2.222** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2019-CON-IND-00464<br>LICENSE AGREEMENT / SOFTWARE<br>EFFECTIVE: 03/22/2019 | CONCUR TECHNOLOGIES, INC.<br>601 108TH AVENUE NE, SUITE 1000<br>BELLEVUE, WA 98004 |



**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.223 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2019-CON-MAS-01389<br>LICENSE AGREEMENT / SOFTWARE<br>EFFECTIVE: 10/11/2019 | CONTINENTAL COMPUTERS<br>920 N NASH ST. BLDG B<br>EL SEGUNDO, CA 90245 |
| 2.224 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2020-CON-MAS-00398<br>SERVICES /<br>CONSULTING-INDEPENDENT<br>CONTRACTOR-COMPANY<br>EFFECTIVE: 03/31/2020 | CONTROL AIR ENTERPRISES, LLC<br>5200 E LA PALMA AVE<br>ANAHEIM, CA 92807 |
| 2.225 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2021-COR-MAS-02644<br>LICENSE AGREEMENT / SOFTWARE<br>EFFECTIVE: 10/06/2021 | COREFORM LLC<br>1427 SOUTH 550 EAST<br>OREM, UT 84097 |
| 2.226 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2020-COR-IND-00345<br>LICENSE AGREEMENT / SOFTWARE<br>EFFECTIVE: 03/30/2020 | CORNERSTONE ONDEMAND, INC.<br>1601 CLOVERFIELD BLVD.<br>#600S<br>SANTA MONICA, CA 90404 |
| 2.227 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2022-COR-SOW-03520<br>SERVICES / STATEMENT OF WORK<br>EFFECTIVE: 05/09/2022 | CORNERSTONE ONDEMAND, INC.<br>1601 CLOVERFIELD BLVD.<br>#600S<br>SANTA MONICA, CA 90404 |
| 2.228 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2021-COR-IND-02696<br>SERVICES<br>EFFECTIVE: 11/01/2021 | CORNERSTONE ONDEMAND, INC.<br>1601 CLOVERFIELD BLVD.<br>#600S<br>SANTA MONICA, CA 90404 |
| 2.229 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2022-COR-IND-03294<br>LICENSE AGREEMENT / SOFTWARE<br>EFFECTIVE: 04/01/2022 | CORNERSTONE ONDEMAND, INC.<br>1601 CLOVERFIELD BLVD.<br>#600S<br>SANTA MONICA, CA 90404 |



**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. | |
|---|---|
| **List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| **2.230** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2022-COR-MAS-03652<br>SERVICES<br>EFFECTIVE: 07/26/2022 | CORNICK PRODUCTIONS<br>84 CRYSTAL PALACE ROAD<br>EAST DULWICH<br>LONDON, SE22 9EY<br>UNITED KINGDOM |
| **2.231** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2018-COR-MAS-00410<br>SERVICES /<br>CONSULTING-INDEPENDENT<br>CONTRACTOR-COMPANY<br>EFFECTIVE: 07/10/2018 | COROVAN MOVING & STORAGE CO.<br>12302 KERRAN ST<br>POWAY, CA 92064 |
| **2.232** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2021-CSC-MAS-02699<br>SERVICES<br>EFFECTIVE: 01/03/2022 | CORPORATION SERVICE COMPANY<br>251 LITTLE FALLS DRIVE<br>WILMINGTON, DE 19808-1674 |
| **2.233** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2022-COR-MAS-03030<br>LICENSE AGREEMENT / SOFTWARE<br>EFFECTIVE: 01/28/2022 | CORPORATION SERVICE COMPANY<br>251 LITTLE FALLS DRIVE<br>WILMINGTON, DE 19808-1674 |
| **2.234** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2023-COU-MAS-04095<br>PURCHASING AGREEMENT /<br>SUPPLIER AGREEMENT<br>EFFECTIVE: 01/05/2023 | COURTYARD BY MARRIOTT<br>500 EAST FIRST STREET<br>LONG BEACH, CA 90802 |
| **2.235** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2018-COV-AMD-00579<br>SERVICES /<br>CONSULTING-INDEPENDENT<br>CONTRACTOR-COMPANY<br>EFFECTIVE: 08/16/2018 | COVERED6 LLC<br>780 CHAMBERS LANE<br>SIMI VALLEY, CA 93065 |
| **2.236** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2020-COV-MAS-00446<br>SERVICES /<br>CONSULTING-INDEPENDENT<br>CONTRACTOR-COMPANY<br>EFFECTIVE: 05/16/2017 | COVERED6 LLC<br>780 CHAMBERS LANE<br>SIMI VALLEY, CA 93065 |



**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.237 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | CONTRACT #: 2021-COV-AMD-02932 SERVICES / CONSULTING-INDEPENDENT CONTRACTOR-COMPANY EFFECTIVE: 12/13/2021 | COVERED6 LLC<br>780 CHAMBERS LANE<br>SIMI VALLEY, CA 93065 |
| 2.238 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | CONTRACT #: 2020-COX-IND-00928 LICENSE AGREEMENT / SOFTWARE EFFECTIVE: 05/13/2020 | COX COMMUNICATIONS, LLC<br>103 N CHERRY STREET<br>BOX 51<br>WHITE HEATH, IL 61884 |
| 2.239 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | CONTRACT #: 2019-CPR-MAS-01366 LICENSE AGREEMENT / SOFTWARE EFFECTIVE: 04/15/2019 | CPRIME, INC.<br>107 S. B STREET, SUITE 200<br>SAN MATEO, CA 94401 |
| 2.240 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | CONTRACT #: 2019-CRI-IND-00389 LICENSE AGREEMENT / SOFTWARE EFFECTIVE: 04/14/2019 | CRITICAL TOOLS, INC.<br>7308 W. RIM DRIVE<br>AUSTIN, TX 78731 |
| 2.241 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | CONTRACT #: 2022-CRM-MAS-03323 SERVICE AGREEMENT EFFECTIVE: 04/08/2022 | CRM CONSTRUCTION, INC.<br>5353 E. 2ND ST. #202<br>LONG BEACH, CA 90803 |
| 2.242 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | CONTRACT #: 2022-CRM-SOW-03344 SERVICES EFFECTIVE: 04/18/2022 | CRM CONSTRUCTION, INC.<br>5353 E. 2ND ST. #202<br>LONG BEACH, CA 90803 |
| 2.243 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | CONTRACT #: 2020-CRY-IND-00566 LICENSE AGREEMENT / SOFTWARE EFFECTIVE: 06/30/2020 | CRYSTAL INSTRUMENTS CORPORATION<br>2370 OWEN STREET<br>SANTA CLARA, CA 95054 |

   **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. | |
| --- | --- |
| **List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| **2.244** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2020-CRY-IND-00564 RENTAL & LEASE AGREEMENT / EQUIPMENT EFFECTIVE: 06/30/2020 | CRYSTAL INSTRUMENTS CORPORATION 2370 OWEN STREET SANTA CLARA, CA 95054 |
| **2.245** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2019-CUL-MAS-01367 LICENSE AGREEMENT / SOFTWARE EFFECTIVE: 04/29/2019 | CULLIMORE AND RING TECHNOLOGIES INC 2501 BRIARWOOD DRIVE BOULDER, CO 80305 |
| **2.246** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2021-CUS-T&C-02017 PURCHASING AGREEMENT EFFECTIVE: 05/05/2021 | CUSTOM METALCRAFT, INC. 2332 E DIVISION ST SPRINGFIELD, MO 65808 |
| **2.247** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: -CUT-MAS-01868 SERVICES / CONSULTING-INDEPENDENT CONTRACTOR-COMPANY EFFECTIVE: 04/05/2021 | CUTTING EDGE COMMUNICATIONS, LLC 19744 BEACH BLVD., #310 HUNTINGTON BEACH, CA 92648 |
| **2.248** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2021-DAN-AMD-02449 AMENDMENT TO EMPLOYMENT AGREEMENT EFFECTIVE: 06/01/2021 | DAN HART ADDRESS ON FILE |
| **2.249** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2017-DAN-MAS-02448 EMPLOYMENT AGREEMENT EFFECTIVE: 02/13/2017 | DAN HART ADDRESS ON FILE |
| **2.250** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2022-DAN-IND-03187 RENTAL & LEASE AGREEMENT / EQUIPMENT EFFECTIVE: 03/08/2022 | DANA CONTAINER, INC 210 EAST ESSEX AVENUE AVENEL, NJ 07001 |



**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.251** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2019-DAN-MAS-00371 SERVICES / CONSULTING-INDEPENDENT CONTRACTOR-COMPANY EFFECTIVE: 12/31/2019 | DANA CONTAINER, INC 210 EAST ESSEX AVENUE AVENEL, NJ 07001 |
| **2.252** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2020-DAN-MAS-00442 SERVICES / CONSULTING-INDEPENDENT CONTRACTOR-INDIVIDUAL EFFECTIVE: 02/19/2020 | DANIEL BLODGETT PLUMBING ADDRESS ON FILE |
| **2.253** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2019-DAS-MAS-01382 LICENSE AGREEMENT / SOFTWARE EFFECTIVE: 06/21/2019 | DASSAULT SYSTEMES AMERICAS CORP 175 WYMAN ST. WALTHAM, MA 02451 |
| **2.254** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2019-DAS-MAS-01381 LICENSE AGREEMENT / SOFTWARE EFFECTIVE: 06/17/2019 | DASSAULT SYSTEMES AMERICAS CORP 175 WYMAN ST. WALTHAM, MA 02451 |
| **2.255** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2019-DAT-MAS-00391 SERVICES / CONSULTING-INDEPENDENT CONTRACTOR-COMPANY EFFECTIVE: 05/04/2019 | DATA CENTRIC ENTERPRISES, LLC 419 MAIN ST #434 HUNTINGTON BEACH, CA 92648 |
| **2.256** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2021-DAT-SOW-02552 LICENSE AGREEMENT / SOFTWARE EFFECTIVE: 09/15/2021 | DATA CENTRIC ENTERPRISES, LLC 419 MAIN ST #434 HUNTINGTON BEACH, CA 92648 |
| **2.257** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2020-DAT-MAS-01434 PURCHASING AGREEMENT / IT EQUIPMENT EFFECTIVE: 11/11/2020 | DATA CENTRIC ENTERPRISES, LLC 419 MAIN ST #434 HUNTINGTON BEACH, CA 92648 |



**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. | |
|---|---|
| **List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| **2.258** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2020-DAT-IND-00437<br>LICENSE AGREEMENT / SOFTWARE<br>EFFECTIVE: 02/24/2020 | DATA CENTRIC ENTERPRISES, LLC<br>419 MAIN ST #434<br>HUNTINGTON BEACH, CA 92648 |
| **2.259** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2018-MER-IND-00403<br>SERVICES / STATEMENT OF WORK<br>EFFECTIVE: 10/02/2018 | DATASITE LLC<br>733 S. MARQUETTE AVE<br>MINNEAPOLIS, MN 55402 |
| **2.260** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2020-DAT-MAS-01710<br>SERVICE AGREEMENT<br>EFFECTIVE: 01/02/2020 | DATASITE LLC<br>733 S. MARQUETTE AVE<br>MINNEAPOLIS, MN 55402 |
| **2.261** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2021-MER-SOW-01712<br>SERVICES / STATEMENT OF WORK<br>EFFECTIVE: 03/01/2021 | DATASITE LLC<br>733 S. MARQUETTE AVE<br>MINNEAPOLIS, MN 55402 |
| **2.262** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2022-DAV-MAS-03528<br>SERVICES / STAFFING SERVICES<br>EFFECTIVE: 06/06/2022 | DAVID M. LEWIS COMPANY DBA DLC<br>ADDRESS ON FILE |
| **2.263** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2022-DBE-MAS-03382<br>LICENSE AGREEMENT / SOFTWARE<br>EFFECTIVE: 04/27/2022 | DBEAVER<br>165 BROADWAY<br>23RD FLOOR<br>NEW YORK, NY 10006 |
| **2.264** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2021-DEF-T&C-02494<br>SERVICE AGREEMENT<br>EFFECTIVE: 08/26/2021 | DEFY SECURITY, LLC<br>375 SOUTHPOINTE BLVD.<br>SUITE 210<br>CANONSBURG, PA 15317 |

Debtor    Virgin Orbit, LLC

Name

Case number (If known):    23-10408

    **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.265** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2021-DEL-MAS-02312<br>LICENSE AGREEMENT / SOFTWARE<br>EFFECTIVE: 07/29/2021<br><br>DELL MARKETING L.P.<br>ONE DELL WAY<br>ROUND ROCK, TX 78682 |
| **2.266** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2021-DEL-SOW-02368<br>LICENSE AGREEMENT / SOFTWARE<br>EFFECTIVE: 07/29/2021<br><br>DELL MARKETING L.P.<br>ONE DELL WAY<br>ROUND ROCK, TX 78682 |
| **2.267** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2022-DEL-SOW-03943<br>LETTER AGREEMENT / TAX<br>EFFECTIVE: 11/14/2022<br><br>DELOITTE TAX LLP<br>695 TOWN CENTER DRIVE<br>SUITE 1000<br>COSTA MESA, CA 92626 |
| **2.268** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2018-DEL-MAS-01365<br>LICENSE AGREEMENT / SOFTWARE<br>EFFECTIVE: 11/02/2018<br><br>DELTA X TECHNOLOGIES SP. Z O.O.<br>FIOŁKOWA 4/154, 31-457<br>KRAKOW,<br>POLAND |
| **2.269** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2020-DEM-IND-01049<br>LETTER AGREEMENT<br>EFFECTIVE: 08/26/2020<br><br>DEMAREST ADVOGADOS<br>AV. PEDROSO DE MORAIS, 1201<br>SAO PAULO, 05419-001<br>BRAZIL |
| **2.270** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2021-DEU-MAS-01935<br>PURCHASING AGREEMENT<br>EFFECTIVE: 04/15/2021<br><br>DEUTSCHES ZENTRUM FUR LUFT- UND RAUMFAHRT E.V. ("DLR")<br>LINDER HOHE 51147<br>KOHN,<br>GERMANY |
| **2.271** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2021-DIG-IND-01850<br>LICENSE AGREEMENT / SOFTWARE<br>EFFECTIVE: 03/25/2021<br><br>DIGIKEY ELECTRONICS<br>701 BROOKS AVENUE SOUTH<br>THIEF RIVER FALLS, MN 56701 |



**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.272 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT #: -DIG-MAS-01698 LICENSE AGREEMENT / SOFTWARE EFFECTIVE: 02/19/2021 | DIGIKEY ELECTRONICS 701 BROOKS AVENUE SOUTH THIEF RIVER FALLS, MN 56701 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.273 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT #: 2018-DIG-T&C-02351 SERVICE AGREEMENT EFFECTIVE: 07/26/2018 | DIGIKEY ELECTRONICS 701 BROOKS AVENUE SOUTH THIEF RIVER FALLS, MN 56701 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.274 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT #: 2019-DIG-MAS-01387 LICENSE AGREEMENT / SOFTWARE EFFECTIVE: 07/18/2019 | DIGITAL RIVER, INC. 10380 BREN ROAD WEST MINNETONKA, MN 55343 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.275 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT #: 2021-DIL-MAS-00351 LICENSE AGREEMENT / SOFTWARE EFFECTIVE: 09/01/2021 | DILIGENT CORPORATION 1111 19TH STREET NW 9TH FLOOR WASHINGTON, DC 20036 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.276 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT #: 2018-DMG-MAS-00346 PURCHASING AGREEMENT EFFECTIVE: 07/10/2018 | DMG/MORI SEIKI USA 2400 HUNTINGTON BLVD HOFFMAN ESTATES, IL 60192 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.277 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT #: 2021-DNB-T&C-01764 PURCHASING AGREEMENT EFFECTIVE: 03/04/2021 | DNB ENGINEERING, INC. 1750 RAYMER AVENUE FULLERTON, CA 92833 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.278 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT #: 2022-DOW-SOW-03024 LETTER AGREEMENT / TAX EFFECTIVE: 01/03/2022 | DOWNEY, SMITH & FIER 3760 KILROY AIRPORT WAY, SUITE 620 LONG BEACH, CA 90806 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

    **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. | |
|---|---|
| **List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| **2.279** | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | CONTRACT #: -DRA-MAS-01718 SERVICES / CONSULTING-INDEPENDENT CONTRACTOR-INDIVIDUAL EFFECTIVE: 02/24/2021 | DR. ANTHONY J TETHER ADDRESS ON FILE |
| **2.280** | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | CONTRACT #: -DRA-SOW1-01719 SERVICES / CONSULTING-INDEPENDENT CONTRACTOR-INDIVIDUAL | DR. ANTHONY J TETHER ADDRESS ON FILE |
| **2.281** | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | CONTRACT #: 2018-DRE-IND-00669 LICENSE AGREEMENT / SOFTWARE EFFECTIVE: 07/30/2018 | DREMIO CORPORATION 3970 FREEDOM CIRCLE #110 SANTA CLARA, CA 95054 |
| **2.282** | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | CONTRACT #: 2018-DSG-MAS-00463 SERVICES / CONSULTING-INDEPENDENT CONTRACTOR-COMPANY EFFECTIVE: 12/17/2018 | DSG INTERNATIONAL, LLC 105 EUCALYPTUS DRIVE EL SEGUNDO, CA 90245 |
| **2.283** | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | CONTRACT #: 2021-DSG-AMD-01632 SERVICES / CONSULTING-INDEPENDENT CONTRACTOR-COMPANY EFFECTIVE: 01/29/2021 | DSG INTERNATIONAL, LLC 105 EUCALYPTUS DRIVE EL SEGUNDO, CA 90245 |
| **2.284** | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | CONTRACT #: 2022-EAN-MAS-03715 RENTAL & LEASE AGREEMENT EFFECTIVE: 08/04/2022 | EAN SERVICES, LLC 600 CORPORATE PARK DRIVE ST. LOUIS, MO 63105 |
| **2.285** | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | CONTRACT #: 2021-EAS-MAS-02830 SERVICES / STAFFING SERVICES EFFECTIVE: 12/07/2021 | EASTRIDGE WORKFORCE SOLUTIONS 2355 NORTHSIDE DRIVE, #200 SAN DIEGO, CA 92108 |



**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.286 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2018-EAS-MAS-00250<br>SERVICES / STAFFING SERVICES<br>EFFECTIVE: 07/10/2018 | EASTRIDGE WORKFORCE SOLUTIONS<br>2355 NORTHSIDE DRIVE, #200<br>SAN DIEGO, CA 92108 |
| 2.287 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2021-ECL-T&C-01965<br>PURCHASING AGREEMENT<br>EFFECTIVE: 04/22/2021 | ECLIPSE ENGINEERING, INC.<br>2540 S. MAIN ST<br>ERIE, CO 80516 |
| 2.288 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2022-EHS-MAS-03286<br>SERVICES /<br>CONSULTING-INDEPENDENT<br>CONTRACTOR-COMPANY<br>EFFECTIVE: 03/28/2022 | EHS PROJECTS LTD.<br>20 BROOMGROVE ROAD<br>BROOMHALL, SHEFFIELD, S10 2LR<br>UNITED KINGDOM |
| 2.289 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: -ELCO--01904<br>LETTER AGREEMENT<br>EFFECTIVE: 04/09/2021 | EL CAMINO COLLEGE<br>16007 CRENSHAW BLVD<br>TORRANCE, CA 90506 |
| 2.290 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2022-ELA-MAS-03970<br>LICENSE AGREEMENT / SOFTWARE<br>EFFECTIVE: 01/27/2023 | ELASTIC NV<br>800 WEST EL CAMINO REAL<br>MOUNTAIN VIEW, CA 94040 |
| 2.291 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2020-ELE-T&C-01185<br>PURCHASING AGREEMENT<br>EFFECTIVE: 10/02/2020 | ELECTRO RENT CORPORATION<br>6060 SEPULVEDA BLVD<br>VAN NUYS, CA 91411 |
| 2.292 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2018-ELE-MAS-00935<br>SERVICES<br>EFFECTIVE: 10/01/2018 | ELEVATION CORPORATE HEALTH, LLC<br>11350 MCCORMICK ROAD, EXECUTIVE PLAZA IV<br>SUITE LL7<br>HUNT VALLEY MARYLAND, 21204 |



**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.293** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2021-ELE-AMD-02425 SERVICES EFFECTIVE: 08/11/2021 | ELEVATION CORPORATE HEALTH, LLC 11350 MCCORMICK ROAD, EXECUTIVE PLAZA IV SUITE LL7 HUNT VALLEY MARYLAND, 21204 |
| **2.294** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2021-ELK-MAS-02638 RENTAL & LEASE AGREEMENT / EQUIPMENT EFFECTIVE: 10/05/2021 | ELKAY SALES, INC. 1333 BUTTERFIELD ROAD SUITE 200 DOWNERS GROVE, IL 60515 |
| **2.295** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2020-EMP-MAS-00074 SERVICES / CONSULTING-INDEPENDENT CONTRACTOR-COMPANY EFFECTIVE: 01/28/2020 | EMPIRE DYNAMICS MACHINERY LLC 215 EUCLID AVENUE ALBANY, NY 12208 |
| **2.296** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2022-ENB-MAS-03718 LICENSE AGREEMENT / SOFTWARE EFFECTIVE: 08/16/2022 | ENBOARDER LLC 728 NORTHWESTERN AVE BUILDING B AUSTIN, TX 78702 |
| **2.297** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2021-ENC-T&C-02871 PURCHASING AGREEMENT EFFECTIVE: 12/07/2021 | ENCORE STEEL BUILDING 8830 CENTRE STREET SUITE 2 SOUTHAVEN, MS 38671 |
| **2.298** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2018-ENG-T&C-00670 PURCHASING AGREEMENT EFFECTIVE: 03/21/2018 | E-N-G MOBILE SYSTEMS, LLC 2245 VIA DE MERCADOS CONCORD, CA 94520 |
| **2.299** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2018-ENG-MAS-01375 LICENSE AGREEMENT / SOFTWARE EFFECTIVE: 10/30/2018 | ENGINEERING USA, INC. 55 W MONROE ST #2575 CHICAGO, IL 60603 |



**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.300** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2022-ENT-MAS-03806 RENTAL & LEASE AGREEMENT / VEHICLE EFFECTIVE: 09/29/2022 | ENTERPRISE RENT☐A☐CAR UK LIMITED KNIGHTS WAY BATTLEFIELD ENTERPRISE PARK SHREWSBURY, SHROPSHIRE, SY1 3AB UNITED KINGDOM |
| **2.301** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2019-ENT-MAS-00485 SERVICES / CONSULTING-INDEPENDENT CONTRACTOR-COMPANY EFFECTIVE: 01/17/2019 | ENTHALPY ANALYTICAL, LLC 1 PARK PLAZA, SUITE 1000 IRVINE, CA 92614 |
| **2.302** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2019-ENV-MAS-00417 SERVICES / CONSULTING-INDEPENDENT CONTRACTOR-COMPANY EFFECTIVE: 10/02/2019 | ENVIROSERVICES CO., INC. (DBA ESCI ENVIROSERVICES CO., INC.) 4401 ATLANTIC AVE. SUITE 200 LONG BEACH, CA 90807 |
| **2.303** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2022-ENV-IND-03755 LICENSE AGREEMENT / SOFTWARE EFFECTIVE: 09/06/2022 | ENVOY, INC. 488 BRYANT STREET SAN FRANCISCO, CA 94109 |
| **2.304** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2020-ENV-IND-00168 LICENSE AGREEMENT / SOFTWARE EFFECTIVE: 02/17/2020 | ENVOY, INC. 488 BRYANT STREET SAN FRANCISCO, CA 94109 |
| **2.305** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: -ENV-IND-01637 LICENSE AGREEMENT / SOFTWARE EFFECTIVE: 02/03/2021 | ENVOY, INC. 488 BRYANT STREET SAN FRANCISCO, CA 94109 |
| **2.306** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2022-ENV-IND-03099 LICENSE AGREEMENT / SOFTWARE EFFECTIVE: 02/17/2022 | ENVOY, INC. 488 BRYANT STREET SAN FRANCISCO, CA 94109 |



**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.307** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2019-ENV-MAS-01361<br>LICENSE AGREEMENT / SOFTWARE<br>EFFECTIVE: 12/27/2019 | ENVOY, INC.<br>488 BRYANT STREET<br>SAN FRANCISCO, CA 94109 |
| **2.308** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2019-ENV-IND-00167<br>LICENSE AGREEMENT / SOFTWARE<br>EFFECTIVE: 02/17/2019 | ENVOY, INC.<br>488 BRYANT STREET<br>SAN FRANCISCO, CA 94109 |
| **2.309** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2019-EPI--01474<br>LICENSE AGREEMENT / SOFTWARE<br>EFFECTIVE: 06/17/2019 | EPIQ EDISCOVERY SOLUTIONS, INC.<br>777 THIRD AVE<br>12TH FLOOR<br>NEW YORK, NY 10017 |
| **2.310** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2020-EPI-IND-00493<br>LICENSE AGREEMENT / SOFTWARE<br>EFFECTIVE: 06/17/2019 | EPIQ EDISCOVERY SOLUTIONS, INC.<br>777 THIRD AVE<br>12TH FLOOR<br>NEW YORK, NY 10017 |
| **2.311** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2021-EQU-T&C-02841<br>SERVICE AGREEMENT<br>EFFECTIVE: 11/23/2021 | EQUISOLVE, INC.<br>3500 SW CORPORATE PARKWAY<br>SUITE 206<br>PALM CITY, FL 34990 |
| **2.312** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2022-ERI-MAS-03502<br>SERVICES /<br>CONSULTING-INDEPENDENT<br>CONTRACTOR-INDIVIDUAL<br>EFFECTIVE: 05/16/2022 | ERIC BIPPERT<br>ADDRESS ON FILE |
| **2.313** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2021-ESP-MAS-01898<br>SERVICES /<br>CONSULTING-INDEPENDENT<br>CONTRACTOR-COMPANY<br>EFFECTIVE: 04/07/2021 | E-SPACE CONSULTING LLC<br>12107 STONEY CREEK RD<br>POTOMAC, MD 20854 |



**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.314 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT #: 2021-EUR-T&C-02255 SERVICE AGREEMENT EFFECTIVE: 06/29/2021 | EUROFINS EAG MATERIAL SCIENCE, LLC 2672 METRO BOULEVARD MARYLAND HEIGHTS, MO 63043 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.315 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT #: 2019-EUR-MAS-00411 SERVICES / CONSULTING-INDEPENDENT CONTRACTOR-COMPANY EFFECTIVE: 08/29/2019 | EUROFINS EAG MATERIAL SCIENCE, LLC 2672 METRO BOULEVARD MARYLAND HEIGHTS, MO 63043 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.316 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT #: -EUR-MAS-01571 RENTAL & LEASE AGREEMENT / EQUIPMENT | EUROTAINER US, INC. 5810 WILSON ROAD SUITE 200 HUMBLE, TX 77396 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.317 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT #: 2021-EUR-MAS-02523 RENTAL & LEASE AGREEMENT / EQUIPMENT EFFECTIVE: 09/02/2021 | EUROTAINER US, INC. 5810 WILSON ROAD SUITE 200 HUMBLE, TX 77396 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.318 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT #: 2021-EVE-MAS-02672 LICENSE AGREEMENT / SOFTWARE EFFECTIVE: 10/12/2021 | EVERBRIDGE, INC. 25 CORPORATE DRIVE BURLINGTON, MA 01803 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.319 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT #: 2022-EXC-IND-03499 LICENSE AGREEMENT / SOFTWARE EFFECTIVE: 05/27/2022 | EXCEL4APPS INC (DBA INSIGHTSOFTWARE) 2501 SMALLMAN STREET, SUITE 250 PITTSBURGH, PA 15222 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.320 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT #: 2019-EXC-MAS-01352 LICENSE AGREEMENT / SOFTWARE EFFECTIVE: 04/01/2019 | EXCEL4APPS INC (DBA INSIGHTSOFTWARE) 2501 SMALLMAN STREET, SUITE 250 PITTSBURGH, PA 15222 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |



**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.321** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2018-EXC-IND-00501 LICENSE AGREEMENT / SOFTWARE EFFECTIVE: 04/28/2018     EXCEL4APPS INC (DBA INSIGHTSOFTWARE)<br>2501 SMALLMAN STREET, SUITE 250<br>PITTSBURGH, PA 15222 |
| **2.322** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2022-EXO-RFP-03917 BIZ DEV / MOUS/MOAS - NON-BINDING EFFECTIVE: 11/23/2022     EXOTERRA RESOURCE, LLC<br>10579 BRADFORD RD<br>SUITE 103<br>LITTLETON, CO 80127 |
| **2.323** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2022-EXO-MAS-02779 SERVICES / CONSULTING-INDEPENDENT CONTRACTOR-COMPANY EFFECTIVE: 01/15/2022     EXOTERRA RESOURCE, LLC<br>10579 BRADFORD RD<br>SUITE 103<br>LITTLETON, CO 80127 |
| **2.324** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2021-EXP-SOW-01805 SERVICES / CONSULTING-INDEPENDENT CONTRACTOR-COMPANY EFFECTIVE: 03/12/2021     EXPERIS, US INC. DBA MANPOWER ENGINEERING<br>100 MANPOWER PLACE<br>MILWAUKEE, WI 53212 |
| **2.325** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2019-EXP-MAS-00424 SERVICES / STAFFING SERVICES EFFECTIVE: 07/09/2019     EXPERIS, US INC. DBA MANPOWER ENGINEERING<br>100 MANPOWER PLACE<br>MILWAUKEE, WI 53212 |
| **2.326** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2018-EXP-MAS-01655 SERVICES / CONSULTING-INDEPENDENT CONTRACTOR-COMPANY EFFECTIVE: 08/13/2018     EXPLOSIVES TEST CENTER, LLC<br>5698 BRENNAN AVENUE<br>COLORADO SPRINGS, CO 80923 |
| **2.327** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2020-EXP-SOW-00183 SERVICES / CONSULTING-INDEPENDENT CONTRACTOR-COMPANY EFFECTIVE: 03/11/2020     EXPRESS ENVIRONMENTAL CORP.<br>21601 PARTHENIA STREET<br>CANOGA PARK, CA 913014 |

| Debtor | Virgin Orbit, LLC | Case number (If known): 23-10408 |
|---|---|---|
| | Name | |



**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.328**
State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

CONTRACT #: 2020-EXP-MAS-00169
SERVICES / CONSULTING-INDEPENDENT CONTRACTOR-COMPANY
EFFECTIVE: 03/11/2020

EXPRESS ENVIRONMENTAL CORP.
21601 PARTHENIA STREET
CANOGA PARK, CA 913014

**2.329**
State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

CONTRACT #: 2022-FID-MAS-03005
SERVICES / CONSULTING-INDEPENDENT CONTRACTOR-COMPANY
EFFECTIVE: 05/06/2022

FIDELITY STOCK PLAN SERVICES, LLC
100 CROSBY PARKWAY KC2Q
COVINGTON, KY 41015

**2.330**
State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

CONTRACT #: 2019-FIR-MAS-00425
SERVICES / CONSULTING-INDEPENDENT CONTRACTOR-COMPANY
EFFECTIVE: 05/15/2019

FIRST ADVANTAGE BACKGROUND SERVICES CORP.
ONE CONCOURSE PKWY
SUITE 200
ATLANTA, GA 30328

**2.331**
State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

CONTRACT #: 2021-FLI-MAS-01831
SERVICES / CONSULTING-INDEPENDENT CONTRACTOR-COMPANY
EFFECTIVE: 05/05/2021

FLIGHT RESEARCH, INC.
1062 FLIGHT LINE
MOJAVE, CA 93501

**2.332**
State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

CONTRACT #: 2019-FLI-AMD-00999
RENTAL & LEASE AGREEMENT / AIRCRAFT RENTAL
EFFECTIVE: 12/12/2019

FLIGHT RESEARCH, INC.
1062 FLIGHT LINE
MOJAVE, CA 93501

**2.333**
State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

CONTRACT #: 2023-FLI-MAS-03985
MERGERS-ACQUISITIONS
EFFECTIVE: 01/03/2023

FLIGHT RESEARCH, INC.
1062 FLIGHT LINE
MOJAVE, CA 93501

**2.334**
State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

CONTRACT #: 2021-FLI-AMD3-01561
RENTAL & LEASE AGREEMENT / AIRCRAFT RENTAL
EFFECTIVE: 12/31/2021

FLIGHT RESEARCH, INC.
1062 FLIGHT LINE
MOJAVE, CA 93501



**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.335** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2022-FLI-AMD-03115<br>SERVICES<br>EFFECTIVE: 02/18/2022 | FLIGHT RESEARCH, INC.<br>1062 FLIGHT LINE<br>MOJAVE, CA 93501 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.335** State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | CONTRACT #: 2022-FLI-AMD-03115<br>SERVICES<br>EFFECTIVE: 02/18/2022 | FLIGHT RESEARCH, INC.<br>1062 FLIGHT LINE<br>MOJAVE, CA 93501 |
| **2.336** State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | CONTRACT #: 2022-FLO-MAS-03403<br>LICENSE AGREEMENT / SOFTWARE<br>EFFECTIVE: 05/06/2022 | FLOWNEX<br>24 TOTIUS STREET<br>POTCHEFSTROOM, NORTH-WEST<br>NOORDBRUG, 2522<br>SOUTH AFRICA |
| **2.337** State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | CONTRACT #: 2021-FOL-MAS-02463<br>SERVICES /<br>CONSULTING-INDEPENDENT<br>CONTRACTOR-COMPANY<br>EFFECTIVE: 08/20/2021 | FOLIO ART LIMITED<br>10 GATE STREET<br>LONDON, ENGLAND, WC2A 3HP<br>UNITED KINGDOM |
| **2.338** State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | CONTRACT #: 2021-FOX-T&C-01796<br>PURCHASING AGREEMENT<br>EFFECTIVE: 03/12/2021 | FOX THERMAL<br>399 RESERVATION RD<br>MARINA, CA 93933 |
| **2.339** State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | CONTRACT #: 2022-FRE-MAS-03492<br>SERVICES /<br>CONSULTING-INDEPENDENT<br>CONTRACTOR-INDIVIDUAL<br>EFFECTIVE: 05/09/2022 | FRED ETTEFAGH<br>ADDRESS ON FILE |
| **2.340** State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | CONTRACT #: 2022-FRE-SOW-03493<br>SERVICES /<br>CONSULTING-INDEPENDENT<br>CONTRACTOR-INDIVIDUAL<br>EFFECTIVE: 05/09/2022 | FRED ETTEFAGH<br>ADDRESS ON FILE |
| **2.341** State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | CONTRACT #: 2022-FRE-SOW02-03223<br>SERVICES /<br>CONSULTING-INDEPENDENT<br>CONTRACTOR-COMPANY | FRESH AIRE SYSTEMS INC. (DBA FRESH AIRE DUCT CLEANING)<br>2930 HONOLULU AVE.<br>LA CRESCENTA, CA 91214 |



**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.342** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2019-FRE-MAS-00436<br>SERVICES /<br>CONSULTING-INDEPENDENT<br>CONTRACTOR-COMPANY<br>EFFECTIVE: 01/04/2019 | FRESH AIRE SYSTEMS INC. (DBA FRESH AIRE DUCT CLEANING)<br>2930 HONOLULU AVE.<br>LA CRESCENTA, CA 91214 |
| **2.343** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: -FRE-SOW1-03226<br>SERVICES /<br>CONSULTING-INDEPENDENT<br>CONTRACTOR-COMPANY<br>EFFECTIVE: 03/03/2022 | FRESH INTERACTIVE, LLC<br>11685 NATIONAL BLVD.<br>LOS ANGELES, CA 90064 |
| **2.344** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2022-FRE-MAS-03225<br>SERVICES /<br>CONSULTING-INDEPENDENT<br>CONTRACTOR-COMPANY<br>EFFECTIVE: 03/18/2022 | FRESH INTERACTIVE, LLC<br>11685 NATIONAL BLVD.<br>LOS ANGELES, CA 90064 |
| **2.345** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2018-FRO-MAS-00232<br>SERVICES /<br>CONSULTING-INDEPENDENT<br>CONTRACTOR-COMPANY<br>EFFECTIVE: 04/13/2018 | FRONTIER COMMUNICATIONS OF AMERICA, INC.<br>800 W. 16TH ST<br>LONG BEACH, CA 90813 |
| **2.346** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2022-FRO-IND-03143<br>LICENSE AGREEMENT / SOFTWARE<br>EFFECTIVE: 02/23/2022 | FRONTIER COMMUNICATIONS OF AMERICA, INC.<br>800 W. 16TH ST<br>LONG BEACH, CA 90813 |
| **2.347** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2020-FRO-IND-01258<br>PURCHASING AGREEMENT / IT<br>EQUIPMENT<br>EFFECTIVE: 10/19/2020 | FRONTIER COMMUNICATIONS OF AMERICA, INC.<br>800 W. 16TH ST<br>LONG BEACH, CA 90813 |
| **2.348** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2022-FRO-IND-03815<br>LICENSE AGREEMENT / SOFTWARE<br>EFFECTIVE: 10/03/2022 | FRONTIER COMMUNICATIONS OF AMERICA, INC.<br>800 W. 16TH ST<br>LONG BEACH, CA 90813 |



**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.349 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT #: 2020-FRO-IND-01332 PURCHASING AGREEMENT / IT EQUIPMENT EFFECTIVE: 11/02/2020 | FRONTIER COMMUNICATIONS OF AMERICA, INC. 800 W. 16TH ST LONG BEACH, CA 90813 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.350 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT #: 2018-FSS-MAS-00252 SERVICES / STAFFING SERVICES EFFECTIVE: 02/12/2018 | FS STUDIO IS THE DBA FOR FLAKASOFT INC. 3300 POWELL STREET SUITE 201 EMERYVILLE, CA 94608 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.351 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT #: 2017-FSS-MAS-00066 SERVICES EFFECTIVE: 02/05/2017 | FS STUDIO IS THE DBA FOR FLAKASOFT INC. 3300 POWELL STREET SUITE 201 EMERYVILLE, CA 94608 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.352 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT #: 2019-FSS-AMD-00306 SERVICES / STAFFING SERVICES EFFECTIVE: 08/01/2018 | FS STUDIO IS THE DBA FOR FLAKASOFT INC. 3300 POWELL STREET SUITE 201 EMERYVILLE, CA 94608 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.353 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT #: 2020-FTR-MAS-01409 SERVICES / CONSULTING-INDEPENDENT CONTRACTOR-COMPANY EFFECTIVE: 10/06/2020 | FTR ENTERPRISES, LLC 380 VIA SONADOR HENDERSON, NV 89012 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.354 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT #: 2019-FUS-MAS-01376 LICENSE AGREEMENT / SOFTWARE EFFECTIVE: 01/01/2019 | FUSION CONNECT, LLC 210 INTERSTATE NORTH PARKWAY SUITE 300 ATLANTA, GA 30339 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.355 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT #: 2020-FUS-MAS-00344 SERVICES / CONSULTING-INDEPENDENT CONTRACTOR-COMPANY EFFECTIVE: 05/14/2020 | FUSION LLC DEPT CH 17826 PALATINE, IL 60055-7826 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |



**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. | |
|---|---|
| **List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| **2.356** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2021-FUS-SOW-02343<br>SERVICES / STATEMENT OF WORK<br>EFFECTIVE: 07/23/2021 | FUSION LLC<br>DEPT CH 17826<br>PALATINE, IL 60055-7826 |
| **2.357** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2021-FUS-IND-01998<br>SERVICES<br>EFFECTIVE: 04/29/2021 | FUSION LLC<br>DEPT CH 17826<br>PALATINE, IL 60055-7826 |
| **2.358** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2021-VIR-MAS-01586<br>SERVICES / RECRUITING & DIRECT<br>PLACEMENT<br>EFFECTIVE: 01/01/2021 | GALACTIC ENTERPRISES, LLC<br>166 ROADRUNNER PARKWAY<br>SUITE 1C<br>LAS CRUCES, NM 88011 |
| **2.359** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2021-GAL-IND-02695<br>SERVICES / PEOPLE EVENT &<br>SERVICES<br>EFFECTIVE: 10/23/2021 | GALLUP, INC.<br>18300 VON KARMAN AVE.<br>SUITE 100<br>IRVINE, CA 92612 |
| **2.360** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2020-GAR-SOW-00700<br>SERVICES /<br>CONSULTING-INDEPENDENT<br>CONTRACTOR-INDIVIDUAL<br>EFFECTIVE: 05/18/2020 | GARY GARCIA<br>ADDRESS ON FILE |
| **2.361** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2020-GAR-MAS-00698<br>SERVICES /<br>CONSULTING-INDEPENDENT<br>CONTRACTOR-INDIVIDUAL<br>EFFECTIVE: 05/18/2020 | GARY GARCIA<br>ADDRESS ON FILE |
| **2.362** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2021-GCM-MAS-02465<br>LICENSE AGREEMENT / SOFTWARE<br>EFFECTIVE: 08/20/2021 | GC MICRO CORPORATION<br>3910 CYPRESS DRIVE<br>PETALUMA, CA 94954 |

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.363 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2023-GEN-T&C-04037<br>SERVICE AGREEMENT | GENERAL DYNAMICS ORDNANCE AND TACTICAL SYSTEMS, INC.<br>11399 16TH COURT NORTH, SUITE 200<br>ST. PETERSBURG, FL 33716 |
| 2.364 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #:<br>2019-GEN-T&C-GOODS-03941<br>SERVICE AGREEMENT<br>EFFECTIVE: 10/17/2019 | GENERAL DYNAMICS ORDNANCE AND TACTICAL SYSTEMS, INC.<br>11399 16TH COURT NORTH, SUITE 200<br>ST. PETERSBURG, FL 33716 |
| 2.365 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2021-GEO-MAS-02517<br>INVESTOR AGREEMENT / STOCK OPTION AGREEMENT<br>EFFECTIVE: 09/02/2021 | GEORGE WHITESIDES<br>ADDRESS ON FILE |
| 2.366 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: -GIN-MAS-01659<br>SERVICES /<br>CONSULTING-INDEPENDENT CONTRACTOR-INDIVIDUAL<br>EFFECTIVE: 12/18/2017 | GINA HECHT<br>ADDRESS ON FILE |
| 2.367 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2019-GIN-IND-00049<br>SERVICES /<br>CONSULTING-INDEPENDENT CONTRACTOR-COMPANY<br>EFFECTIVE: 12/18/2019 | GINA HWANG<br>ADDRESS ON FILE |
| 2.368 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2017-GLA-T&C-00793<br>LICENSE AGREEMENT / SOFTWARE<br>EFFECTIVE: 08/01/2017 | GLASSDOOR, INC.<br>100 SHORELINE HIGHWAY<br>MILL VALLEY, CA 94941 |
| 2.369 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2018-GOD-AMD-00598<br>SERVICES /<br>CONSULTING-INDEPENDENT CONTRACTOR-INDIVIDUAL<br>EFFECTIVE: 12/21/2018 | GODWIN GLOBAL, INCORPORATED<br>10612D PROVIDENCE RD<br>SUITE 525<br>CHARLOTTE, NC 28277 |



**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.370** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2019-GOD-AMD-00599 SERVICES / CONSULTING-INDEPENDENT CONTRACTOR-INDIVIDUAL EFFECTIVE: 05/01/2019 | GODWIN GLOBAL, INCORPORATED 10612D PROVIDENCE RD SUITE 525 CHARLOTTE, NC 28277 |
| **2.371** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2019-GOD-MAS-00423 SERVICES / CONSULTING-INDEPENDENT CONTRACTOR-INDIVIDUAL EFFECTIVE: 12/24/2019 | GODWIN GLOBAL, INCORPORATED 10612D PROVIDENCE RD SUITE 525 CHARLOTTE, NC 28277 |
| **2.372** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2018-GOD-AMD-00597 SERVICES / CONSULTING-INDEPENDENT CONTRACTOR-INDIVIDUAL EFFECTIVE: 08/07/2018 | GODWIN GLOBAL, INCORPORATED 10612D PROVIDENCE RD SUITE 525 CHARLOTTE, NC 28277 |
| **2.373** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2016-GON-MAS-00239 SERVICES / CONSULTING-INDEPENDENT CONTRACTOR-INDIVIDUAL EFFECTIVE: 07/11/2016 | GONI, INC. 1522 WEST HEMLOCK WAY SANTA ANA, CA 92704 |
| **2.374** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2021-GOT-MAS-02930 SERVICES EFFECTIVE: 12/21/2021 | GOTHAM IMMERSIVE LABORATORIES, LLC 338 JEFFERSON AVE BROOKLYN, NY 11216 |
| **2.375** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2020-GRA-SOW-01556 SERVICES / CONSULTING-INDEPENDENT CONTRACTOR-INDIVIDUAL EFFECTIVE: 12/18/2020 | GRACE MIN DESIGN 11626 GORHAM AVENUE #6 LOS ANGELES, CA 90049 |
| **2.376** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2020-GRA-MAS-01555 SERVICES / CONSULTING-INDEPENDENT CONTRACTOR-INDIVIDUAL EFFECTIVE: 12/22/2020 | GRACE MIN DESIGN 11626 GORHAM AVENUE #6 LOS ANGELES, CA 90049 |



**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.377 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2021-GRA-T&C-01851<br>PURCHASING AGREEMENT<br>EFFECTIVE: 03/26/2021 | GRAYBAR ELECTRIC COMPANY, INC.<br>34 N. MERAMEC AVENUE<br>CLAYTON, MO 63105 |
| 2.378 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2021-GRA-T&C-01742<br>PURCHASING AGREEMENT<br>EFFECTIVE: 03/01/2021 | GRAYLOC PRODUCTS LLC<br>9342 TELGE RD<br>HOUSTON, TX 77095 |
| 2.379 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2022-GRE-MAS-03496<br>LETTER AGREEMENT<br>EFFECTIVE: 05/27/2022 | GREENBERG TRAURIG<br>ONE VANDERBILT AVENUE<br>NEW YORK, NY 10017 |
| 2.380 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2017-GRE-MAS-00404<br>SERVICES /<br>CONSULTING-INDEPENDENT<br>CONTRACTOR-INDIVIDUAL<br>EFFECTIVE: 12/19/2017 | GREENBOARD ENTERPRISE<br>1771 WAVECREST STREET<br>MERRITT ISLAND, FL 32952 |
| 2.381 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2020-GRO-MAS-01420<br>INTERORGANIZATIONAL<br>AGREEMENTS (VOX, VOUK, GSM)<br>EFFECTIVE: 11/05/2020 | GROUND STATION MEXICO, SOCIEDAD ANÓNIMA DE CAPITAL VARIABLE<br>PONIENTE 118 NO. 363, COL. MAXIMINO AVILA CAMACHO<br>CP, 07380<br>MEXICO |
| 2.382 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2020-GRO-IND-00752<br>LICENSE AGREEMENT<br>EFFECTIVE: 05/07/2020 | GROUP NINE MEDIA, INC., DBA SEEKER<br>3523 EASTHAM DRIVE<br>CULVER CITY, CA 90232 |
| 2.383 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2017-GRO-MAS-00445<br>SERVICES /<br>CONSULTING-INDEPENDENT<br>CONTRACTOR-COMPANY<br>EFFECTIVE: 10/03/2017 | GROWING ROOTS<br>3940 E 4TH STREET<br>LONG BEACH, CA 90814 |

    **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. | |
|---|---|
| **List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| **2.384** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2022-GTT-MAS-03534<br>LICENSE AGREEMENT / SOFTWARE<br>EFFECTIVE: 06/10/2022 | GTT AMERICAS LLC<br>7900 TYSONS ONE PLACE<br>SUITE 1450<br>MCLEAN, VA 22102 |
| **2.385** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2018-GW7-MAS-00263<br>SERVICES /<br>CONSULTING-INDEPENDENT<br>CONTRACTOR-INDIVIDUAL<br>EFFECTIVE: 06/21/2018 | GW 707 FLIGHT TEST<br>PO BOX 125<br>TWISP, WA 98856 |
| **2.386** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2021-HAD-T&C-02103<br>PURCHASING AGREEMENT<br>EFFECTIVE: 05/17/2021 | HADCO METAL TRADING CO, LLC<br>14088 BORATE ST.<br>SANTA FE SPRINGS, CA 90760 |
| **2.387** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2020-HAR-MAS-00500<br>SERVICES /<br>CONSULTING-INDEPENDENT<br>CONTRACTOR-INDIVIDUAL<br>EFFECTIVE: 02/02/2020 | HARMONY SOUND<br>3852 HELLMAN AVENUE<br>LOS ANGELES, CA 90032 |
| **2.388** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2019-HBA-MAS-00397<br>SERVICES /<br>CONSULTING-INDEPENDENT<br>CONTRACTOR-COMPANY<br>EFFECTIVE: 05/07/2019 | HBA INCORPORATED<br>512 E. VERMONT AVE.<br>ANAHEIM, CA 92805 |
| **2.389** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2018-HEL-MAS-00387<br>SERVICES /<br>CONSULTING-INDEPENDENT<br>CONTRACTOR-COMPANY<br>EFFECTIVE: 05/22/2018 | HELLMUTH, OBATA & KASSABAUM, INC.<br>9530 JEFFERSON BLVD<br>CULVER CITY, CA 90232 |
| **2.390** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2020-HEL-MAS-01371<br>LICENSE AGREEMENT / SOFTWARE<br>EFFECTIVE: 03/11/2020 | HELP/SYSTEMS, LLC<br>6455 CITY W PKWY<br>EDEN PRAIRIE, MN 55344 |



**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.391** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2019-HEL-MAS-01390<br>LICENSE AGREEMENT / SOFTWARE<br>EFFECTIVE: 12/28/2019 | HELP/SYSTEMS, LLC<br>6455 CITY W PKWY<br>EDEN PRAIRIE, MN 55344 |
| **2.392** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2019-HEX-MAS-01345<br>LICENSE AGREEMENT / SOFTWARE<br>EFFECTIVE: 04/18/2019 | HEXAGON METROLOGY, INC<br>9004 RESEARCH DR.<br>IRVINE, CA 92618 |
| **2.393** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2022-HEX-T&C-03602<br>PURCHASING AGREEMENT<br>EFFECTIVE: 04/21/2022 | HEXAGON METROLOGY, INC<br>9004 RESEARCH DR.<br>IRVINE, CA 92618 |
| **2.394** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2021-HEX-IND-01584<br>LICENSE AGREEMENT / SOFTWARE<br>EFFECTIVE: 01/01/2021 | HEXAGON METROLOGY, INC<br>9004 RESEARCH DR.<br>IRVINE, CA 92618 |
| **2.395** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2020-HEX-IND-00434<br>LICENSE AGREEMENT / SOFTWARE<br>EFFECTIVE: 03/10/2020 | HEXAGON METROLOGY, INC<br>9004 RESEARCH DR.<br>IRVINE, CA 92618 |
| **2.396** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2020-HEX-IND-00478<br>LICENSE AGREEMENT / SOFTWARE<br>EFFECTIVE: 01/01/2020 | HEXAGON METROLOGY, INC<br>9004 RESEARCH DR.<br>IRVINE, CA 92618 |
| **2.397** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2021-HEX-IND-02967<br>LETTER AGREEMENT<br>EFFECTIVE: 12/22/2021 | HEXAGON METROLOGY, INC<br>9004 RESEARCH DR.<br>IRVINE, CA 92618 |



**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.398** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2020-HFH-MAS-01497<br>SERVICES<br>EFFECTIVE: 12/14/2020 | HF HOLDINGS INC.<br>1707 ORLANDO CENTRAL PARKWAY<br>SUITE 440<br>ORLANDO, FL 32809 |
| **2.399** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2022-HIG-MAS-03862<br>LICENSE AGREEMENT / SOFTWARE<br>EFFECTIVE: 11/25/2022 | HIGH QA, INC.<br>1 BETHANY ROAD<br>SUITE 26<br>HAZLET, NJ 07730 |
| **2.400** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2018-HIT-AMD-00589<br>SERVICES /<br>CONSULTING-INDEPENDENT<br>CONTRACTOR-COMPANY<br>EFFECTIVE: 11/07/2018 | HITCO CARBON COMPOSITES, INC.<br>1551 W. 139TH STREET<br>GARDENA, CA 90249 |
| **2.401** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2019-HIT-MAS-00476<br>SERVICES /<br>CONSULTING-INDEPENDENT<br>CONTRACTOR-COMPANY<br>EFFECTIVE: 08/01/2019 | HITCO CARBON COMPOSITES, INC.<br>1551 W. 139TH STREET<br>GARDENA, CA 90249 |
| **2.402** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2022-HOL-MAS-03454<br>SERVICES /<br>CONSULTING-INDEPENDENT<br>CONTRACTOR-INDIVIDUAL<br>EFFECTIVE: 05/16/2022 | HOLLIS O. DAVIS<br>ADDRESS ON FILE |
| **2.403** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2022-HOL-SOW-03456<br>SERVICES /<br>CONSULTING-INDEPENDENT<br>CONTRACTOR-INDIVIDUAL<br>EFFECTIVE: 05/16/2022 | HOLLIS O. DAVIS<br>ADDRESS ON FILE |
| **2.404** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2020-HOM-MAS-01021<br>SERVICES /<br>CONSULTING-INDEPENDENT<br>CONTRACTOR-INDIVIDUAL<br>EFFECTIVE: 08/19/2020 | HOME SATELLITE ALSO SAMUEL SANCHEZ<br>839 STANFORD AVENUE<br>CHULA VISTA, CA 91913 |

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. | |
| --- | --- |
| **List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| **2.405** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2020-HOM-SOW-01026 SERVICES / CONSULTING-INDEPENDENT CONTRACTOR-INDIVIDUAL EFFECTIVE: 08/19/2020 | HOME SATELLITE ALSO SAMUEL SANCHEZ 839 STANFORD AVENUE CHULA VISTA, CA 91913 |
| **2.406** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2021-HOR-MAS-02887 INVESTOR AGREEMENT / INVESTMENT IN 3PO EFFECTIVE: 12/10/2021 | HORIZON TECHNOLOGIES, CONSULTANTS, LTD. 400 THAMES VALLEY PARK DRIVE SUITE 102 READING, RG6 1PT UNITED KINGDOM |
| **2.407** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2021-HOT-T&C-02925 PURCHASING AGREEMENT EFFECTIVE: 12/16/2021 | HOTTINGER BRUEL & KJAER, INC. 19 BARTLETT ST. MARLBOROUGH, MA 01752 |
| **2.408** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2018-HOW-MAS-00383 SERVICES / CONSULTING-INDEPENDENT CONTRACTOR-COMPANY EFFECTIVE: 11/11/2018 | HOWARD CDM 3750 LONG BEACH BLVD. SUITE 200 LONG BEACH, CA 90807 |
| **2.409** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2019-HOW-MAS-00237 SERVICES / CONSULTING-INDEPENDENT CONTRACTOR-INDIVIDUAL EFFECTIVE: 10/12/2019 | HOWARD-POWER, INC. PO BOX 1229 ROSAMOND, CA 93560 |
| **2.410** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2022-HUM-MAS-03092 SERVICES / CONSULTING-INDEPENDENT CONTRACTOR-COMPANY EFFECTIVE: 02/15/2022 | HUMMINGBIRD AERO LLC 19800 MACARTHUR BLVD SUITE 300 IRVINE, CA 92612 |
| **2.411** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2022-HYP-SOW01-03232 SERVICES / CONSULTING-INDEPENDENT CONTRACTOR-COMPANY | HYPERBIT DESIGNS, LLC 7130 INDIGO WAY BUENA PARK, CA 90261 |



**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.412** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2022-HYP-MAS-03131 SERVICES / CONSULTING-INDEPENDENT CONTRACTOR-COMPANY EFFECTIVE: 02/23/2022 — HYPERBIT DESIGNS, LLC<br>7130 INDIGO WAY<br>BUENA PARK, CA 90261 |
| **2.413** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2022-HYP-AMD-03594 BIZ DEV / MOUS/MOAS - NON-BINDING EFFECTIVE: 12/31/2021 — HYPERSAT SYSTEMS LLC<br>511 SENECA ROAD<br>GREAT FALLS, VA 22066 |
| **2.414** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2022-IBA-CO-03413 LICENSE AGREEMENT / SOFTWARE EFFECTIVE: 05/05/2022 — IBASET, INC.<br>27422 PORTOLA PARKWAY<br>SUITE 300<br>FOOTHILL RANCH, CA 92610 |
| **2.415** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2021-IBA-MAS-02934 SERVICES EFFECTIVE: 01/03/2021 — IBASET, INC.<br>27422 PORTOLA PARKWAY<br>SUITE 300<br>FOOTHILL RANCH, CA 92610 |
| **2.416** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2021-IBA-CO-02377 PURCHASING AGREEMENT EFFECTIVE: 07/28/2021 — IBASET, INC.<br>27422 PORTOLA PARKWAY<br>SUITE 300<br>FOOTHILL RANCH, CA 92610 |
| **2.417** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2021-IBA-MAS-01957 SERVICES EFFECTIVE: 04/19/2021 — IBASET, INC.<br>27422 PORTOLA PARKWAY<br>SUITE 300<br>FOOTHILL RANCH, CA 92610 |
| **2.418** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2021-IBA-MAS-02363 LICENSE AGREEMENT / SOFTWARE EFFECTIVE: 07/28/2021 — IBASET, INC.<br>27422 PORTOLA PARKWAY<br>SUITE 300<br>FOOTHILL RANCH, CA 92610 |



**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.419** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | CONTRACT #: 2022-IBA-CO-03341 (CHANGE ORDER) NO. 1 SERVICES EFFECTIVE: 04/13/2022 | IBASET, INC. 27422 PORTOLA PARKWAY SUITE 300 FOOTHILL RANCH, CA 92610 |
| **2.420** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | CONTRACT #: 2021-IBA-CO-02534 PURCHASING AGREEMENT EFFECTIVE: 07/28/2021 | IBASET, INC. 27422 PORTOLA PARKWAY SUITE 300 FOOTHILL RANCH, CA 92610 |
| **2.421** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | CONTRACT #: 2022-IBA-CO-03590 SERVICES EFFECTIVE: 06/15/2022 | IBASET, INC. 27422 PORTOLA PARKWAY SUITE 300 FOOTHILL RANCH, CA 92610 |
| **2.422** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | CONTRACT #: 2021-IBA-CO-02458 PURCHASING AGREEMENT EFFECTIVE: 07/28/2021 | IBASET, INC. 27422 PORTOLA PARKWAY SUITE 300 FOOTHILL RANCH, CA 92610 |
| **2.423** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | CONTRACT #: 2016-IBA-MAS-01734 LICENSE AGREEMENT / SOFTWARE EFFECTIVE: 01/01/2016 | IBASET, INC. 27422 PORTOLA PARKWAY SUITE 300 FOOTHILL RANCH, CA 92610 |
| **2.424** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | CONTRACT #: 2021-IBA-CO-02459 PURCHASING AGREEMENT EFFECTIVE: 07/28/2021 | IBASET, INC. 27422 PORTOLA PARKWAY SUITE 300 FOOTHILL RANCH, CA 92610 |
| **2.425** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | CONTRACT #: 2021-IBA-SOW-01735 SERVICES / CONSULTING-INDEPENDENT CONTRACTOR-COMPANY EFFECTIVE: 02/26/2021 | IBASET, INC. 27422 PORTOLA PARKWAY SUITE 300 FOOTHILL RANCH, CA 92610 |



**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.426** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2018-IBA-MAS-01342<br>LICENSE AGREEMENT / SOFTWARE<br>EFFECTIVE: 12/11/2018 | IBASET, INC.<br>27422 PORTOLA PARKWAY<br>SUITE 300<br>FOOTHILL RANCH, CA 92610 |
| **2.427** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2021-ICI-MAS-02262<br>LICENSE AGREEMENT / SOFTWARE<br>EFFECTIVE: 07/03/2021 | ICIMS, INC<br>90 MATAWAN ROAD<br>PARKWAY 120, FIFTH FLOOR<br>MATAWAN, NJ 07747 |
| **2.428** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2021-ICI-AMD-02890<br>SERVICES<br>EFFECTIVE: 12/09/2021 | ICIMS, INC<br>90 MATAWAN ROAD<br>PARKWAY 120, FIFTH FLOOR<br>MATAWAN, NJ 07747 |
| **2.429** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2021-ICR-MAS-02527<br>SERVICES /<br>CONSULTING-INDEPENDENT<br>CONTRACTOR-COMPANY<br>EFFECTIVE: 08/01/2021 | ICR, LLC<br>761 MAIN AVENUE<br>NORWALK, CT 06851 |
| **2.430** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2021-IHS-IND-02863<br>LICENSE AGREEMENT / SOFTWARE<br>EFFECTIVE: 12/13/2021 | IHS GLOBAL INC.<br>15 INVERNESS WAY EAST<br>ENGLEWOOD, CO 80112 |
| **2.431** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2018-IHS-IND-00498<br>LICENSE AGREEMENT / SOFTWARE<br>EFFECTIVE: 12/18/2018 | IHS GLOBAL INC.<br>15 INVERNESS WAY EAST<br>ENGLEWOOD, CO 80112 |
| **2.432** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2021-IHS-MAS-01622<br>LICENSE AGREEMENT / SOFTWARE<br>EFFECTIVE: 12/13/2020 | IHS GLOBAL INC.<br>15 INVERNESS WAY EAST<br>ENGLEWOOD, CO 80112 |

    **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. | |
|---|---|
| **List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| **2.433** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: -IHS--01717<br>LICENSE AGREEMENT / SOFTWARE<br>EFFECTIVE: 02/26/2021 | IHS GLOBAL INC.<br>15 INVERNESS WAY EAST<br>ENGLEWOOD, CO 80112 |
| **2.434** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2022-IHS-IND-03877<br>LICENSE AGREEMENT / SOFTWARE<br>EFFECTIVE: 12/13/2022 | IHS GLOBAL INC.<br>15 INVERNESS WAY EAST<br>ENGLEWOOD, CO 80112 |
| **2.435** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2022-IHS-IND-03876<br>LICENSE AGREEMENT / SOFTWARE<br>EFFECTIVE: 12/13/2022 | IHS GLOBAL INC.<br>15 INVERNESS WAY EAST<br>ENGLEWOOD, CO 80112 |
| **2.436** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: -IHS-IND-01751<br>LICENSE AGREEMENT / SOFTWARE<br>EFFECTIVE: 12/13/2020 | IHS GLOBAL INC.<br>15 INVERNESS WAY EAST<br>ENGLEWOOD, CO 80112 |
| **2.437** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2020-DIL-MAS-00190<br>LICENSE AGREEMENT / SOFTWARE | INACTIVE - 00063<br>1111 19TH STREET NW<br>9TH FLOOR<br>WASHINGTON, DC 20036 |
| **2.438** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2019-INM-IND-00046<br>SERVICES /<br>CONSULTING-INDEPENDENT<br>CONTRACTOR-COMPANY<br>EFFECTIVE: 12/18/2019 | INMARSAT GOVERNMENT, INC.<br>11600 SUNRISE VALLEY DRIVE<br>SUITE 200<br>RESTON, VA 20191 |
| **2.439** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2020-INN-MAS-01150<br>SERVICES /<br>CONSULTING-INDEPENDENT<br>CONTRACTOR-COMPANY<br>EFFECTIVE: 09/08/2020 | INNOVATIVE ENGINEERING SYSTEMS, INC<br>8800 CRIPPEN ST<br>BAKERSFIELD, CA 93311 |



**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. | |
|---|---|
| **List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| **2.440** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2020-INN-SOW-01151 SERVICES / CONSULTING-INDEPENDENT CONTRACTOR-COMPANY EFFECTIVE: 09/08/2020 | INNOVATIVE ENGINEERING SYSTEMS, INC 8800 CRIPPEN ST BAKERSFIELD, CA 93311 |
| **2.441** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2020-INS-SOW-00179 SERVICES / CONSULTING-INDEPENDENT CONTRACTOR-COMPANY EFFECTIVE: 01/07/2020 | INSIDE-OUT LEARNING 38400 N. SCHOOL HOUSE ROAD #7854 CAVE CREEK, CA 85331 |
| **2.442** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2019-INS-MAS-00177 SERVICES / CONSULTING-INDEPENDENT CONTRACTOR-COMPANY EFFECTIVE: 10/10/2019 | INSIDE-OUT LEARNING 38400 N. SCHOOL HOUSE ROAD #7854 CAVE CREEK, CA 85331 |
| **2.443** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2019-INS-SOW-00180 SERVICES / CONSULTING-INDEPENDENT CONTRACTOR-COMPANY EFFECTIVE: 09/27/2019 | INSIDE-OUT LEARNING 38400 N. SCHOOL HOUSE ROAD #7854 CAVE CREEK, CA 85331 |
| **2.444** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: -INS-SOW-01585 SERVICES / CONSULTING-INDEPENDENT CONTRACTOR-COMPANY | INSIDE-OUT LEARNING 38400 N. SCHOOL HOUSE ROAD #7854 CAVE CREEK, CA 85331 |
| **2.445** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2020-INSIGHT-LEASE-9549 RENTAL & LEASE AGREEMENT / IT EQUIPMENT EFFECTIVE: 11/13/2020 | INSIGHTINVESTMENTS, LLC 611 ANTON BLVD # 700 COSTA MESA, CA 92626 |
| **2.446** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2020-INST-MAS-01495 BIZ DEV / LSA EFFECTIVE: 12/18/2020 | INSTAJET CLUB LTD 71-75 SHELTON STREET LONDON, WC2H 9JQ UNITED KINGDOM |



**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. | |
|---|---|
| **List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| **2.447** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | CONTRACT #: 2019-INT-MAS-01346<br>LICENSE AGREEMENT / SOFTWARE<br>EFFECTIVE: 08/27/2019 | INTEL CORPORATION<br>2200 MISSION COLLEGE BLVD<br>SANTA CLARA, CA 95054 |
| **2.448** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | CONTRACT #: 2022-INT-IND-03981<br>LICENSE AGREEMENT / SOFTWARE<br>EFFECTIVE: 01/01/2023 | INTELLIGIZE, INC.<br>230 PARK AVE<br>7TH FLOOR<br>NEW YORK, NY 10169 |
| **2.449** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | CONTRACT #: 2022-INT-MAS-02861<br>LICENSE AGREEMENT / SOFTWARE<br>EFFECTIVE: 01/01/2022 | INTELLIGIZE, INC.<br>230 PARK AVE<br>7TH FLOOR<br>NEW YORK, NY 10169 |
| **2.450** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | CONTRACT #: -INT-AMD-03094<br>LICENSE AGREEMENT / SOFTWARE | INTELLIGIZE, INC.<br>230 PARK AVE<br>7TH FLOOR<br>NEW YORK, NY 10169 |
| **2.451** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | CONTRACT #: 2019-INT-MAS-00258<br>SERVICES /<br>CONSULTING-INDEPENDENT<br>CONTRACTOR-INDIVIDUAL<br>EFFECTIVE: 04/01/2019 | INTERSTELLAR TECHNOLOGIES LLC<br>709 TANNAHILL DR SE<br>HUNTSVILLE, AL 35802 |
| **2.452** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | CONTRACT #: 2021-INT-T&C-02205<br>PURCHASING AGREEMENT<br>EFFECTIVE: 06/14/2021 | INTERTEST, LLC<br>303 ROUTE 94<br>COLUMBIA, NJ 07832 |
| **2.453** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | CONTRACT #: 2022-INT-MAS-03625<br>SERVICES /<br>CONSULTING-INDEPENDENT<br>CONTRACTOR-COMPANY<br>EFFECTIVE: 08/30/2022 | INTRADO DIGITAL MEDIA, LLC (DBA NOTIFIED)<br>11808 MIRACLE HILLS DRIVE<br>OMAHA, NE 68154 |



**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.454** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2021-INT-MAS-02176 SERVICE AGREEMENT EFFECTIVE: 06/07/2021 | INTRALINKS, INC. 685 3RD AVENUE 9TH FLOOR NEW YORK, NY 10017 |
| **2.455** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2021-IOF-MAS-02542 LICENSE AGREEMENT / SOFTWARE EFFECTIVE: 08/31/2021 | IOFFICE, INC. 5300 MEMORIAL STE 300 HOUSTON, TX 77007 |
| **2.456** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2020-ISO-MAS-01163 LICENSE AGREEMENT / SOFTWARE EFFECTIVE: 09/14/2020 | ISOGRAPH INC 375 SOUTH MAIN STREET SUITE 4 ALPINE, UT 84004 |
| **2.457** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2018-ISS-AMD-01002 SERVICES / CONSULTING-INDEPENDENT CONTRACTOR-COMPANY EFFECTIVE: 09/01/2018 | ISS FACILITY SERVICES, INC. 1932 E. DEERE AVENUE SANTA ANA, CA 92705 |
| **2.458** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2020-ITC-AMD-00666 SERVICES / CONSULTING-INDEPENDENT CONTRACTOR-COMPANY EFFECTIVE: 02/01/2020 | IT CONVERGENCE 805 VETERANS BLVD SUITE 216 REDWOOD CITY, CA 94063 |
| **2.459** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2017-ITC-MAS-00654 SERVICES / CONSULTING-INDEPENDENT CONTRACTOR-COMPANY EFFECTIVE: 07/01/2017 | IT CONVERGENCE 805 VETERANS BLVD SUITE 216 REDWOOD CITY, CA 94063 |
| **2.460** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2017-ITC-MAS-00451 SERVICES / CONSULTING-INDEPENDENT CONTRACTOR-COMPANY EFFECTIVE: 06/26/2017 | IT CONVERGENCE 805 VETERANS BLVD SUITE 216 REDWOOD CITY, CA 94063 |



**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. | |
|---|---|
| **List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| **2.461** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2022-ITC-IND-03072<br>PURCHASING AGREEMENT / IT EQUIPMENT<br>EFFECTIVE: 02/09/2022 | IT CONVERGENCE<br>805 VETERANS BLVD SUITE 216<br>REDWOOD CITY, CA 94063 |
| **2.462** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2018-ITC-AMD-00660<br>SERVICES /<br>CONSULTING-INDEPENDENT<br>CONTRACTOR-COMPANY<br>EFFECTIVE: 06/01/2018 | IT CONVERGENCE<br>805 VETERANS BLVD SUITE 216<br>REDWOOD CITY, CA 94063 |
| **2.463** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #:<br>2021-ITC-AMD21086-01907<br>SERVICES<br>EFFECTIVE: 04/07/2021 | IT CONVERGENCE<br>805 VETERANS BLVD SUITE 216<br>REDWOOD CITY, CA 94063 |
| **2.464** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2021-ITC-AMD-21-046<br>SERVICES /<br>CONSULTING-INDEPENDENT<br>CONTRACTOR-COMPANY<br>EFFECTIVE: 02/10/2021 | IT CONVERGENCE<br>805 VETERANS BLVD SUITE 216<br>REDWOOD CITY, CA 94063 |
| **2.465** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2020-ITC-AMD-01515<br>SERVICES /<br>CONSULTING-INDEPENDENT<br>CONTRACTOR-COMPANY<br>EFFECTIVE: 10/28/2020 | IT CONVERGENCE<br>805 VETERANS BLVD SUITE 216<br>REDWOOD CITY, CA 94063 |
| **2.466** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2022-ITC-IND-03568<br>LICENSE AGREEMENT / SOFTWARE<br>EFFECTIVE: 07/01/2022 | IT CONVERGENCE<br>805 VETERANS BLVD SUITE 216<br>REDWOOD CITY, CA 94063 |
| **2.467** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2021-ITC-AMD-02842<br>LICENSE AGREEMENT / SOFTWARE<br>EFFECTIVE: 12/01/2021 | IT CONVERGENCE<br>805 VETERANS BLVD SUITE 216<br>REDWOOD CITY, CA 94063 |

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- | --- |
| 2.468 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT #: 2020-JAC-MAS-00508 SERVICES / CONSULTING-INDEPENDENT CONTRACTOR-INDIVIDUAL EFFECTIVE: 05/08/2020 | JACK BEYER ADDRESS ON FILE |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.469 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT #: 2018-JAM-MAS-01374 LICENSE AGREEMENT / SOFTWARE EFFECTIVE: 01/31/2018 | JAMA SOFTWARE, INC. 135 SW TAYLOR ST #200 PORTLAND, OR 97204 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.470 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT #: 2018-JAM-MAS-00264 SERVICES / CONSULTING-INDEPENDENT CONTRACTOR-INDIVIDUAL EFFECTIVE: 10/01/2018 | JAMES HWANG ADDRESS ON FILE |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.471 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT #: 2022-JAM-MAS-03266 LICENSE AGREEMENT / SOFTWARE EFFECTIVE: 03/24/2022 | JAMES KRING, INC. ADDRESS ON FILE |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.472 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT #: 2015-JAM-MAS-01340 LICENSE AGREEMENT / SOFTWARE EFFECTIVE: 03/16/2015 | JAMF SOFTWARE, LLC 100 WASHINGTON AVE. S SUITE 1100 MINNEAPOLIS, MN 55401 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.473 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT #: 2018-JEN-MAS-00380 SERVICES / CONSULTING-INDEPENDENT CONTRACTOR-COMPANY EFFECTIVE: 10/09/2018 | JENSEN HUGHES, INC 1000 WILSHIRE BLVD SUITE 260 LOS ANGELES, CA 90017 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.474 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT #: 2019-JET-MAS-01370 LICENSE AGREEMENT / SOFTWARE EFFECTIVE: 10/29/2019 | JETBRAINS S.R.O. NA HREBENECH II 1718/10 PRAGUE, 1400 CZECH REPUBLIC |
| | State the term remaining | | |
| | List the contract number of any government contract | | |



**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. | |
|---|---|
| **List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |

| 2.475 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT #: 2023-JIR-MAS-04033 LETTER AGREEMENT EFFECTIVE: 01/01/2023 | JIRA LEVEL 6, 341 GEORGE STREET SYDNEY, NSW 2000 AUSTRALIA |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.476 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT #: 2022-JIT-IND-03511 SERVICES / CONSULTING-INDEPENDENT CONTRACTOR-COMPANY EFFECTIVE: 06/15/2022 | JITTERBIT, INC. 1301 MARINA VILLAGE PARKWAY SUITE 201 ALAMEDA, CA 94501 |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.477 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT #: 2017-JIT-MAS-01341 LICENSE AGREEMENT / SOFTWARE EFFECTIVE: 03/02/2017 | JITTERBIT, INC. 1301 MARINA VILLAGE PARKWAY SUITE 201 ALAMEDA, CA 94501 |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.478 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT #: 2021-JIT-IND-01758 LICENSE AGREEMENT / SOFTWARE EFFECTIVE: 03/02/2021 | JITTERBIT, INC. 1301 MARINA VILLAGE PARKWAY SUITE 201 ALAMEDA, CA 94501 |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.479 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT #: 2022-JIT-CO-03229 LICENSE AGREEMENT / SOFTWARE EFFECTIVE: 03/21/2022 | JITTERBIT, INC. 1301 MARINA VILLAGE PARKWAY SUITE 201 ALAMEDA, CA 94501 |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.480 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT #: -JOHN-MAS-01588 SERVICES / CONSULTING-INDEPENDENT CONTRACTOR-INDIVIDUAL EFFECTIVE: 01/19/2021 | JOHN P. STOPHER, LLC ADDRESS ON FILE |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.481 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT #: -JOHN-SOW1-01589 SERVICES / CONSULTING-INDEPENDENT CONTRACTOR-INDIVIDUAL EFFECTIVE: 01/19/2021 | JOHN P. STOPHER, LLC ADDRESS ON FILE |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | |



**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. | |
|---|---|
| **List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| **2.482** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2022-JOS-MAS-03174 SERVICES / CONSULTING-INDEPENDENT CONTRACTOR-COMPANY EFFECTIVE: 03/04/2022 | JOSEPH SEIF VISUALS, LLC ADDRESS ON FILE |
| **2.483** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2022-JSP-MAS-03567 BIZ DEV / MOUS/MOAS - NON-BINDING EFFECTIVE: 06/23/2022 | J-SPACE CO., LTD 1ST FLOOR 258, MAENGDONGSANDANJIWON-RO GEUMWANG-EUP, EUMSEONG-GUN CHUNGCHEONBUK-DO, KOREA, REPUBLIC OF |
| **2.484** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2022-JUD-MAS-03700 SERVICES / STAFFING SERVICES EFFECTIVE: 08/10/2022 | JUDGE TECHNICAL SERVICES, INC. 12700 PARK CENTRAL DRIVE SUITE 1070 DALLAS, TX 75251 |
| **2.485** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2022-JUD-SOW-03717 SERVICES / STAFFING SERVICES EFFECTIVE: 09/01/2022 | JUDGE TECHNICAL SERVICES, INC. 12700 PARK CENTRAL DRIVE SUITE 1070 DALLAS, TX 75251 |
| **2.486** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2021-JWM-MAS-02437 SERVICES / RECRUITING & DIRECT PLACEMENT EFFECTIVE: 08/12/2021 | JWM TALENT LLC, DBA MONDAY TALENT 228 PARK AVE S STE 37828 NEW YORK, NY 10003 |
| **2.487** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2019-KAS-MAS-00447 SERVICES / CONSULTING-INDEPENDENT CONTRACTOR-COMPANY EFFECTIVE: 05/01/2019 | KASTLE SYSTEMS LLC 6402 ARLINGTON BLVD FALLS CHURCH, VA 22042 |
| **2.488** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2019-KEI-MAS-00265 SERVICES / CONSULTING-INDEPENDENT CONTRACTOR-INDIVIDUAL EFFECTIVE: 11/20/2019 | KEITH DAYTON ADDRESS ON FILE |



**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.489** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2021-KEN-SOW-02684<br>SERVICES / RECRUITING & DIRECT PLACEMENT<br>EFFECTIVE: 10/11/2021 | KEN REVIS & ASSOCIATES<br>3434 S NEW HOPE RD<br>GASTONIA, NC 28056 |
| **2.490** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2021-KEN-MAS-02667<br>SERVICES / RECRUITING & DIRECT PLACEMENT<br>EFFECTIVE: 10/11/2021 | KEN REVIS & ASSOCIATES<br>3434 S NEW HOPE RD<br>GASTONIA, NC 28056 |
| **2.491** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2020-KHA-MAS-00176<br>SERVICES / CONSULTING-INDEPENDENT CONTRACTOR-INDIVIDUAL<br>EFFECTIVE: 03/12/2020 | KHARA CLOUTIER<br>ADDRESS ON FILE |
| **2.492** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2019-KID-MAS-01373<br>LICENSE AGREEMENT / SOFTWARE<br>EFFECTIVE: 02/04/2019 | KIDASA SOFTWARE, INC.<br>1114 LOST CREEK BLVD # 300<br>AUSTIN, TX 78746 |
| **2.493** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2019-KID-MAS-01372<br>LICENSE AGREEMENT / SOFTWARE<br>EFFECTIVE: 06/17/2019 | KIDASA SOFTWARE, INC.<br>1114 LOST CREEK BLVD # 300<br>AUSTIN, TX 78746 |
| **2.494** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2020-KIT-MAS-00499<br>SERVICES / CONSULTING-INDEPENDENT CONTRACTOR-COMPANY<br>EFFECTIVE: 02/02/2020 | KITCHEN12000<br>1013 1/2 CENTRAL AVE<br>GLENDALE, CA 91204 |
| **2.495** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2021-KON-IND-02028<br>SERVICES<br>EFFECTIVE: 01/01/2021 | KONGSBERG SATELLITE SERVICES AS, DOING BUSINESS AS KSAT<br>PRESTVANNVEIEN 38<br>PO BOX 6180<br>TROMSO, 9104<br>NORWAY |



**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.496 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2021-KON-SOW-02020 SERVICES / CONSULTING-INDEPENDENT CONTRACTOR-COMPANY EFFECTIVE: 05/05/2021 | KONGSBERG SATELLITE SERVICES AS, DOING BUSINESS AS KSAT PRESTVANNVEIEN 38 PO BOX 6180 TROMSO, 9104 NORWAY |
| 2.497 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2020-KON-AMD-00544 SERVICES / CONSULTING-INDEPENDENT CONTRACTOR-COMPANY EFFECTIVE: 04/01/2020 | KONGSBERG SATELLITE SERVICES AS, DOING BUSINESS AS KSAT PRESTVANNVEIEN 38 PO BOX 6180 TROMSO, 9104 NORWAY |
| 2.498 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2017-KON-AMD-00543 SERVICES / CONSULTING-INDEPENDENT CONTRACTOR-COMPANY EFFECTIVE: 09/08/2017 | KONGSBERG SATELLITE SERVICES AS, DOING BUSINESS AS KSAT PRESTVANNVEIEN 38 PO BOX 6180 TROMSO, 9104 NORWAY |
| 2.499 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2017-KON-MAS-00479 SERVICES / CONSULTING-INDEPENDENT CONTRACTOR-COMPANY EFFECTIVE: 12/05/2016 | KONGSBERG SATELLITE SERVICES AS, DOING BUSINESS AS KSAT PRESTVANNVEIEN 38 PO BOX 6180 TROMSO, 9104 NORWAY |
| 2.500 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2017-KON-AMD-00541 SERVICES / CONSULTING-INDEPENDENT CONTRACTOR-COMPANY EFFECTIVE: 04/06/2017 | KONGSBERG SATELLITE SERVICES AS, DOING BUSINESS AS KSAT PRESTVANNVEIEN 38 PO BOX 6180 TROMSO, 9104 NORWAY |
| 2.501 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2022-KON-SOW-03026 SERVICES / STATEMENT OF WORK EFFECTIVE: 01/28/2022 | KONGSBERG SATELLITE SERVICES AS, DOING BUSINESS AS KSAT PRESTVANNVEIEN 38 PO BOX 6180 TROMSO, 9104 NORWAY |
| 2.502 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2020-KON-AMD-00706 SERVICES / CONSULTING-INDEPENDENT CONTRACTOR-COMPANY EFFECTIVE: 08/01/2020 | KONGSBERG SATELLITE SERVICES AS, DOING BUSINESS AS KSAT PRESTVANNVEIEN 38 PO BOX 6180 TROMSO, 9104 NORWAY |



**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.503 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | CONTRACT #: 2019-KPF-MAS-00382<br>SERVICES / CONSULTING-INDEPENDENT CONTRACTOR-COMPANY<br>EFFECTIVE: 10/14/2019 | KPFF CONSULTING ENGINEERS<br>6080 CENTER DRIVE SUITE 300<br>LOS ANGELES, CA 90045 |
| 2.504 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | CONTRACT #: 2020-KON-AMD-00707<br>SERVICES / CONSULTING-INDEPENDENT CONTRACTOR-COMPANY<br>EFFECTIVE: 01/01/2021 | KSAT GLOBAL AS ("KSAT-G") (DISH ON CONANT)<br>PRESTVANNVEGAN 38<br>9011 TROMSO<br><br>NORWAY |
| 2.505 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | CONTRACT #: 2017-KSA-AMD-00993<br>SERVICES / CONSULTING-INDEPENDENT CONTRACTOR-COMPANY<br>EFFECTIVE: 03/02/2017 | KSAT GLOBAL AS ("KSAT-G") (DISH ON CONANT)<br>PRESTVANNVEGAN 38<br>9011 TROMSO<br><br>NORWAY |
| 2.506 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | CONTRACT #: 2021-L3C-AMD19-01858<br>SERVICES / STATEMENT OF WORK<br>EFFECTIVE: 03/19/2021 | L-3 COMMUNICATIONS INTEGRATED SYSTEMS PID<br>7500 MAEHR ROAD<br>WACO, TX 76705 |
| 2.507 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | CONTRACT #: 2021-L3C-AMD-02271<br>SERVICES / CONSULTING-INDEPENDENT CONTRACTOR-COMPANY<br>EFFECTIVE: 05/21/2021 | L-3 COMMUNICATIONS INTEGRATED SYSTEMS PID<br>7500 MAEHR ROAD<br>WACO, TX 76705 |
| 2.508 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | CONTRACT #: 2017-L3C-MAS-00467<br>SERVICES / DEVELOPMENT AGREEMENT<br>EFFECTIVE: 07/13/2017 | L-3 COMMUNICATIONS INTEGRATED SYSTEMS PID<br>7500 MAEHR ROAD<br>WACO, TX 76705 |
| 2.509 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | CONTRACT #: 2022-LAD-MAS-02975<br>SERVICES / RECRUITING & DIRECT PLACEMENT<br>EFFECTIVE: 01/12/2022 | LADIES OF HOPE MINISTRIES<br>8 W. 126TH STREET<br>NEW YORK, NY 10027 |



**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.510** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2022-LAS-MAS-03121 SERVICES / CONSULTING-INDEPENDENT CONTRACTOR-COMPANY EFFECTIVE: 02/21/2022 | LASERS, INC.<br>PO BOX 893<br>GLENDORA, CA 91740 |
| **2.511** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2022-LAT-MAS-03518 SERVICES / CONSULTING-INDEPENDENT CONTRACTOR-COMPANY EFFECTIVE: 06/01/2022 | LATIMER PARTNERS LLC<br>443 MESA ROAD<br>SANTA MONICA, CA 90402 |
| **2.512** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2019-LAU-MAS-00257 SERVICES / CONSULTING-INDEPENDENT CONTRACTOR-INDIVIDUAL EFFECTIVE: 09/10/2019 | LAUNCH GSE LLC<br>214 MAIN STREET<br>SUITE 144<br>EL SEGUNDO, CA 90245 |
| **2.513** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: -LAV-MAS-01505 SERVICES / CONSULTING-INDEPENDENT CONTRACTOR-COMPANY EFFECTIVE: 12/11/2020 | LAV CONSULTING AND ENGINEERING, INC.<br>12418 ROSEDALE HWY.<br>SUITE A<br>BAKERSFIELD, CA 93312 |
| **2.514** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: -LAV-SOW1-01511 SERVICES / CONSULTING-INDEPENDENT CONTRACTOR-COMPANY EFFECTIVE: 12/11/2020 | LAV CONSULTING AND ENGINEERING, INC.<br>12418 ROSEDALE HWY.<br>SUITE A<br>BAKERSFIELD, CA 93312 |
| **2.515** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2018-LBI-IND-00439 LICENSE AGREEMENT / SOFTWARE EFFECTIVE: 03/26/2018 | LBISAT LLC<br>10288 S JORDAN GATEWAY STE K<br>SOUTH JORDAN, UT 84095 |
| **2.516** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2022-LDP-MAS-03656 RENTAL & LEASE AGREEMENT / FACILITY/ REAL ESTATE EFFECTIVE: 08/01/2022 | LD PRODUCTS, INC.<br>3700 COVER ST.<br>LONG BEACH, CA 90808 |



**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.517** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2020-LEA-MAS-00396<br>SERVICES /<br>CONSULTING-INDEPENDENT<br>CONTRACTOR-COMPANY<br>EFFECTIVE: 04/03/2020 | LEADING EDGE AERO PERFORMANCE SERVICES, LLC<br>P.O. BOX 1807<br>MILTON, WA 98354 |
| **2.518** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2020-LEA-MAS-01552<br>SERVICES /<br>CONSULTING-INDEPENDENT<br>CONTRACTOR-COMPANY<br>EFFECTIVE: 01/01/2021 | LEAF SPACE S.R.L.<br>VIA CAVOUR, 2<br>LOMAZZO, 22074<br>ITALY |
| **2.519** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2019-LEG-MAS-00502<br>SERVICES /<br>CONSULTING-INDEPENDENT<br>CONTRACTOR-COMPANY<br>EFFECTIVE: 06/22/2019 | LEGACY CPR<br>37475 LOS ALAMOS ROAD<br>MURRIETA, CA 92563 |
| **2.520** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2021-LEO-MAS-02862<br>SERVICES /<br>CONSULTING-INDEPENDENT<br>CONTRACTOR-INDIVIDUAL<br>EFFECTIVE: 12/02/2021 | LEONARDO SANTAMARIA<br>ADDRESS ON FILE |
| **2.521** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2018-LER-IND-00454<br>LETTER AGREEMENT / LEGAL<br>EFFECTIVE: 06/26/2018 | LERMAN POINTER & SPITZ LLP<br>12100 WILSHIRE BLVD., SUITE 600<br>LOS ANGELES, CA 90025 |
| **2.522** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2021-LIF-MAS-01791<br>SERVICES /<br>CONSULTING-INDEPENDENT<br>CONTRACTOR-COMPANY<br>EFFECTIVE: 03/11/2021 | LIFESIGNS, INC.<br>2222 LAVERNA AVENUE<br>LOS ANGELES, CA 90041 |
| **2.523** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2020-LIF-MAS-00083<br>SERVICES /<br>CONSULTING-INDEPENDENT<br>CONTRACTOR-COMPANY<br>EFFECTIVE: 02/03/2020 | LIFT☐IT MANUFACTURING COMPANY, INC. 1603<br>1603 WEST 2ND STREET<br>POMONA, CA 91766 |

Debtor    Virgin Orbit, LLC
          Name                                                        Case number (If known):  23-10408

   **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.524 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT #: 2022-LIN-MAS-03613 SERVICES EFFECTIVE: 06/16/2022 | LINKEDIN CORPORATION 3003 TASMAN DRIVE SANTA CLARA, CA 95054 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.525 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT #: 2022-LIN-IND-02815 SERVICES EFFECTIVE: 07/21/2022 | LINKEDIN CORPORATION 3003 TASMAN DRIVE SANTA CLARA, CA 95054 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.526 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT #: 2022-LIN-MAS-03582 LICENSE AGREEMENT / SOFTWARE EFFECTIVE: 07/08/2022 | LINKEDIN CORPORATION 3003 TASMAN DRIVE SANTA CLARA, CA 95054 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.527 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT #: 2019-LIN-IND-00616 SERVICES EFFECTIVE: 02/01/2019 | LINKEDIN CORPORATION 3003 TASMAN DRIVE SANTA CLARA, CA 95054 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.528 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT #: 2021-LIN-MAS-01580 SERVICES / CONSULTING-INDEPENDENT CONTRACTOR-COMPANY EFFECTIVE: 02/01/2021 | LINKEDIN CORPORATION 3003 TASMAN DRIVE SANTA CLARA, CA 95054 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.529 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT #: 2020-LIN-MAS-00426 SERVICES / CONSULTING-INDEPENDENT CONTRACTOR-COMPANY EFFECTIVE: 01/01/2020 | LINKEDIN CORPORATION 3003 TASMAN DRIVE SANTA CLARA, CA 95054 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.530 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT #: 2020-LIS-MAS-01251 SERVICES / CONSULTING-INDEPENDENT CONTRACTOR-INDIVIDUAL EFFECTIVE: 10/01/2020 | LISA KOGAWA ADDRESS ON FILE |
| | State the term remaining | | |
| | List the contract number of any government contract | | |



**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. | |
|---|---|
| **List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |

| 2.531 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT #: 2020-LIS-SOW-01253 SERVICES / CONSULTING-INDEPENDENT CONTRACTOR-INDIVIDUAL EFFECTIVE: 10/01/2020 | LISA KOGAWA ADDRESS ON FILE |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.532 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT #: 2018-LMA-MAS-00388 SERVICES / CONSULTING-INDEPENDENT CONTRACTOR-COMPANY EFFECTIVE: 09/01/2018 | LMA, INC. 353 S. BROADWAY BLVD., SUITE 201 LOS ANGELES, CA 90013 |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.533 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT #: 2022-LOG-MAS-03952 SERVICES / RECRUITING & DIRECT PLACEMENT EFFECTIVE: 12/05/2022 | LOGIS 17875 VON KARMAN SUITE 150 IRVINE, CA 92614 |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.534 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT #: 2019-LOG-MAS-01379 LICENSE AGREEMENT / SOFTWARE EFFECTIVE: 04/13/2019 | LOGMEIN 500 UNICORN PARK DRIVE WOBURN, MA 01801 |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.535 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT #: 2020-LUC-IND-00360 LICENSE AGREEMENT / SOFTWARE EFFECTIVE: 06/01/2020 | LUCID SOFTWARE INC. 10355 SOUTH JORDAN GATEWY, SUITE 300 SOUTH JORDAN, UT 84095 |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.536 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT #: 2021-LUN-LSA-02402 BIZ DEV / LSA EFFECTIVE: 11/01/2021 | LUNASONDE, INC PO BOX 1202 CORTARO, AZ 85652 |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.537 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT #: 2022-LUX-LOI-03468 BIZ DEV / LOI - NON-BINDING EFFECTIVE: 10/17/2022 | LUXEMBOURG DIRECTORATE OF DEFENCE LE GOUVERNEMENT DU GRAND-DUCHE DE LUXEMBOURG, MINISTERE DES AFFIARES ETRANGERES ET EUROPEENNES 6, RUE DE L'ANCIEN ATHENEE LUXEMBOURG, L-1144 LUXEMBOURG |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor    Virgin Orbit, LLC
Name

Case number (If known):    23-10408

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.538** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2022-LUX-MAS-03832 BIZ DEV / OTHER REVENUE/FEASIBILITY STUDY EFFECTIVE: 10/26/2022 | LUXEMBOURG DIRECTORATE OF DEFENCE LE GOUVERNEMENT DU GRAND-DUCHE DE LUXEMBOURG, MINISTERE DES AFFIARES ETRANGERES ET EUROPEENNES 6, RUE DE L'ANCIEN ATHENEE LUXEMBOURG, L-1144 LUXEMBOURG |
| **2.539** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2020-MAG-T&C-00829 PURCHASING AGREEMENT EFFECTIVE: 08/03/2020 | MAGTECH 3902 MAGNOLIA RD. PEARLAND, TX 77584 |
| **2.540** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2022-MAJ-MAS-02998 LETTER AGREEMENT / LEGAL EFFECTIVE: 03/14/2022 | MAJOR, LINDSEY & AFRICA - IN HOUSE, LLC 700 SOUTH FLOWER ST SUITE 750 LOS ANGELES, CA 90017 |
| **2.541** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2019-MAN-MAS-00921 SERVICES / CONSULTING-INDEPENDENT CONTRACTOR-COMPANY EFFECTIVE: 12/23/2019 | MANTECH ADVANCED SYSTEMS INTERNATIONAL, INC. 2250 CORPORATE PARK DRIVE HERNDON, VA 20171 |
| **2.542** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2020-MAN-AMD-00986 SERVICES / CONSULTING-INDEPENDENT CONTRACTOR-COMPANY EFFECTIVE: 08/19/2020 | MANTECH ADVANCED SYSTEMS INTERNATIONAL, INC. 2250 CORPORATE PARK DRIVE HERNDON, VA 20171 |
| **2.543** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2019-MAN-SOW-00922 SERVICES / CONSULTING-INDEPENDENT CONTRACTOR-COMPANY EFFECTIVE: 12/23/2019 | MANTECH ADVANCED SYSTEMS INTERNATIONAL, INC. 2250 CORPORATE PARK DRIVE HERNDON, VA 20171 |
| **2.544** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2020-MAN-AMD-00923 SERVICES / CONSULTING-INDEPENDENT CONTRACTOR-COMPANY EFFECTIVE: 05/26/2020 | MANTECH ADVANCED SYSTEMS INTERNATIONAL, INC. 2250 CORPORATE PARK DRIVE HERNDON, VA 20171 |



**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.545 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2021-MAN-AMD-01797<br>SERVICES / CONSULTING-INDEPENDENT CONTRACTOR-COMPANY<br>EFFECTIVE: 03/12/2021 | MANTECH ADVANCED SYSTEMS INTERNATIONAL, INC.<br>2250 CORPORATE PARK DRIVE<br>HERNDON, VA 20171 |
| 2.546 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2020-MAN-SOW-01508<br>SERVICES / CONSULTING-INDEPENDENT CONTRACTOR-COMPANY<br>EFFECTIVE: 12/02/2020 | MANUEL MIRANDA PRACTICE LLC<br>ADDRESS ON FILE |
| 2.547 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2020-MAN-MAS-01507<br>SERVICES / CONSULTING-INDEPENDENT CONTRACTOR-COMPANY<br>EFFECTIVE: 12/01/2020 | MANUEL MIRANDA PRACTICE LLC<br>ADDRESS ON FILE |
| 2.548 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2021-MAR-T&C-02112<br>PURCHASING AGREEMENT<br>EFFECTIVE: 05/19/2021 | MARIANAS GAS CORP DBA ISLAND EQUIPMENT COMPANY<br>272 E HARMON INDUSTRIAL PARK RD<br>SUITE 101<br>TAMUNING, GU 96913<br>GUAM |
| 2.549 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2018-MAT-AMD-00596<br>SERVICES / CONSULTING-INDEPENDENT CONTRACTOR-COMPANY<br>EFFECTIVE: 07/18/2018 | MATECH<br>31304 VIA COLINAS<br>SUITE 102<br>WESTLAKE VILLAGE, CA 91362 |
| 2.550 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2018-MAT-AMD-00595<br>SERVICES / CONSULTING-INDEPENDENT CONTRACTOR-COMPANY<br>EFFECTIVE: 07/18/2018 | MATECH<br>31304 VIA COLINAS<br>SUITE 102<br>WESTLAKE VILLAGE, CA 91362 |
| 2.551 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2018-MAT-MAS-00497<br>SERVICES / CONSULTING-INDEPENDENT CONTRACTOR-COMPANY<br>EFFECTIVE: 07/24/2018 | MATECH<br>31304 VIA COLINAS<br>SUITE 102<br>WESTLAKE VILLAGE, CA 91362 |



**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.552** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2017-MAT-AMD-00594 SERVICES / CONSULTING-INDEPENDENT CONTRACTOR-COMPANY EFFECTIVE: 12/19/2017 | MATECH 31304 VIA COLINAS SUITE 102 WESTLAKE VILLAGE, CA 91362 |
| **2.553** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2021-MAT-MAS-02391 LICENSE AGREEMENT / SOFTWARE EFFECTIVE: 07/27/2021 | MATERIALISE USA LLC 44650 HELM CT PLYMOUTH, MI 48170 |
| **2.554** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2019-MAT-MAS-01380 LICENSE AGREEMENT / SOFTWARE EFFECTIVE: 05/15/2019 | MATERIALISE USA LLC 44650 HELM CT PLYMOUTH, MI 48170 |
| **2.555** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2018-MAT-AMD-00575 SERVICES / CONSULTING-INDEPENDENT CONTRACTOR-COMPANY EFFECTIVE: 12/13/2018 | MATERIALS RESEARCH&DESIGN INC. 300 EAST SWEDSFORD ROAD WAYNE, PA 19087 |
| **2.556** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2019-MAT-AMD-00578 SERVICES / CONSULTING-INDEPENDENT CONTRACTOR-COMPANY EFFECTIVE: 08/05/2019 | MATERIALS RESEARCH&DESIGN INC. 300 EAST SWEDSFORD ROAD WAYNE, PA 19087 |
| **2.557** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2018-MAT-AMD-00573 SERVICES / CONSULTING-INDEPENDENT CONTRACTOR-COMPANY EFFECTIVE: 03/27/2018 | MATERIALS RESEARCH&DESIGN INC. 300 EAST SWEDSFORD ROAD WAYNE, PA 19087 |
| **2.558** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2017-MAT-AMD-00572 SERVICES / CONSULTING-INDEPENDENT CONTRACTOR-COMPANY EFFECTIVE: 12/31/2017 | MATERIALS RESEARCH&DESIGN INC. 300 EAST SWEDSFORD ROAD WAYNE, PA 19087 |

  **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. | |
|---|---|
| **List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| **2.559** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2018-MAT-AMD-00574 SERVICES / CONSULTING-INDEPENDENT CONTRACTOR-COMPANY EFFECTIVE: 07/16/2018 | MATERIALS RESEARCH&DESIGN INC. 300 EAST SWEDSFORD ROAD WAYNE, PA 19087 |
| **2.560** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2021-MAT-AMD-02446 SERVICES / CONSULTING-INDEPENDENT CONTRACTOR-COMPANY EFFECTIVE: 08/16/2021 | MATERIALS RESEARCH&DESIGN INC. 300 EAST SWEDSFORD ROAD WAYNE, PA 19087 |
| **2.561** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2017-MAT-AMD-00571 SERVICES / CONSULTING-INDEPENDENT CONTRACTOR-COMPANY EFFECTIVE: 07/28/2017 | MATERIALS RESEARCH&DESIGN INC. 300 EAST SWEDSFORD ROAD WAYNE, PA 19087 |
| **2.562** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2018-MAT-MAS-00470 SERVICES / CONSULTING-INDEPENDENT CONTRACTOR-COMPANY EFFECTIVE: 01/23/2018 | MATERIALS RESEARCH&DESIGN INC. 300 EAST SWEDSFORD ROAD WAYNE, PA 19087 |
| **2.563** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2019-MAT-IND-00489 LICENSE AGREEMENT / SOFTWARE EFFECTIVE: 06/09/2019 | MATHWORKS INC. PO BOX 21301 NEW YORK, NY 10087-1301 |
| **2.564** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2022-MAT-MAS-03698 SERVICES / STAFFING SERVICES EFFECTIVE: 08/10/2022 | MATRIX RESOURCES, LLC 400 PERIMETER CENTER TERRACE SUITE 300 ATLANTA, GA 30346 |
| **2.565** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2022-MAT-SOW-03710 SERVICES / STAFFING SERVICES EFFECTIVE: 08/12/2022 | MATRIX RESOURCES, LLC 400 PERIMETER CENTER TERRACE SUITE 300 ATLANTA, GA 30346 |



**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.566** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2021-MAT-IND-01920<br>LICENSE AGREEMENT / SOFTWARE<br>EFFECTIVE: 04/07/2021 | MATTERMOST, INC<br>20 CALIFORNIA ST<br>SUITE 250<br>SAN FRANCISCO, CA 94111 |
| **2.567** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2019-MAT-IND-00668<br>LICENSE AGREEMENT / SOFTWARE<br>EFFECTIVE: 06/30/2019 | MATTERMOST, INC<br>20 CALIFORNIA ST<br>SUITE 250<br>SAN FRANCISCO, CA 94111 |
| **2.568** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2021-MAT-MAS-01943<br>LICENSE AGREEMENT / SOFTWARE<br>EFFECTIVE: 06/30/2021 | MATTERMOST, INC<br>20 CALIFORNIA ST<br>SUITE 250<br>SAN FRANCISCO, CA 94111 |
| **2.569** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2022-MAT-IND-03510<br>LICENSE AGREEMENT / SOFTWARE<br>EFFECTIVE: 06/30/2022 | MATTERMOST, INC<br>20 CALIFORNIA ST<br>SUITE 250<br>SAN FRANCISCO, CA 94111 |
| **2.570** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2020-MAT-IND-00872<br>LICENSE AGREEMENT / SOFTWARE<br>EFFECTIVE: 06/30/2020 | MATTERMOST, INC<br>20 CALIFORNIA ST<br>SUITE 250<br>SAN FRANCISCO, CA 94111 |
| **2.571** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2018-MAT-MAS-00244<br>SERVICES /<br>CONSULTING-INDEPENDENT<br>CONTRACTOR-INDIVIDUAL<br>EFFECTIVE: 02/20/2018 | MATTHEW JANE<br>ADDRESS ON FILE |
| **2.572** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2021-MAT-SOW-02122<br>SERVICES /<br>CONSULTING-INDEPENDENT<br>CONTRACTOR-INDIVIDUAL<br>EFFECTIVE: 06/19/2021 | MATTHEW LA PAN (DBA LA PAN RESEARCH LLC)<br>3826 W 105TH ST<br>INGLEWOOD, CA 90303 |



**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.573 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2021-MAT-MAS-01709 LICENSE AGREEMENT / TECHNOLOGY LICENSE AGREEMENT EFFECTIVE: 02/22/2021 | MATTHEW LA PAN (DBA LA PAN RESEARCH LLC) 3826 W 105TH ST INGLEWOOD, CA 90303 |
| 2.574 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2019-MAT-MAS-00246 SERVICES / CONSULTING-INDEPENDENT CONTRACTOR-INDIVIDUAL EFFECTIVE: 04/12/2019 | MATTHEW LA PAN (DBA LA PAN RESEARCH LLC) 3826 W 105TH ST INGLEWOOD, CA 90303 |
| 2.575 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2021-MCG-T&C-02500 RENTAL & LEASE AGREEMENT / EQUIPMENT EFFECTIVE: 09/01/2021 | MCGRATH RENTCORP DBA TRS-RENTELCO 1830 WEST AIRFIELD DRIVE; DFW AIRPORT P. O. BOX 619260 DALLAS, TX 75261-9260 |
| 2.576 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2021-MCK-T&C-01570 PURCHASING AGREEMENT EFFECTIVE: 01/05/2021 | MCKENNA ENGINEERING & EQUIPMENT CO., INC. 13720 CIMARRON AVENUE GARDENA, CA 90249-2462 |
| 2.577 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2022-MCK-MAS-03766 SERVICES / CONSULTING-INDEPENDENT CONTRACTOR-COMPANY EFFECTIVE: 09/12/2022 | MCKINSEY & COMPANY, INC. 78 SW 7TH STREET SUITE 1000 MIAMI, FL 33130 |
| 2.578 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2021-MCK-MAS-01593 SERVICES / CONSULTING-INDEPENDENT CONTRACTOR-COMPANY EFFECTIVE: 01/22/2021 | MCKINSEY & COMPANY, INC. 78 SW 7TH STREET SUITE 1000 MIAMI, FL 33130 |
| 2.579 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: -MCK-SOW-01790 SERVICES / CONSULTING-INDEPENDENT CONTRACTOR-COMPANY | MCKINSEY & COMPANY, INC. 78 SW 7TH STREET SUITE 1000 MIAMI, FL 33130 |



**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. | |
| --- | --- |
| **List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| **2.580** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2021-MEA-T&C-02559 PURCHASING AGREEMENT EFFECTIVE: 09/17/2021 | MEASUREMENT SPECIALTIES, INC. 1000 LUCAS WAY HAMPTON, VA 23666 |
| **2.581** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2021-MEE-MAS-02325 LETTER AGREEMENT EFFECTIVE: 06/29/2021 | MEEKS, BUTERA & ISRAEL PLLC 2020 PENNSYLVANIA AVENUE NW #478 WASHINGTON, DC 20006 |
| **2.582** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2022-MET-MAS-03951 SERVICES / CONSULTING-INDEPENDENT CONTRACTOR-COMPANY EFFECTIVE: 12/07/2022 | MET OFFICE FITZROY ROAD EXETER, EXETER, EX1 3PB UNITED KINGDOM |
| **2.583** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2019-MET-MAS-00261 SERVICES / CONSULTING-INDEPENDENT CONTRACTOR-COMPANY EFFECTIVE: 11/25/2019 | METROSYS, INC. 113 W. G STREET #656 SAN DIEGO, CA 92101 |
| **2.584** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2022-MET-MAS-03551 SERVICES / CONSULTING-INDEPENDENT CONTRACTOR-COMPANY EFFECTIVE: 06/15/2022 | METROSYS, INC. 113 W. G STREET #656 SAN DIEGO, CA 92101 |
| **2.585** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2020-MET-MAS-00196 SERVICES / STAFFING SERVICES EFFECTIVE: 03/23/2020 | METROSYS, INC. 113 W. G STREET #656 SAN DIEGO, CA 92101 |
| **2.586** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2019-MIC-MAS-01377 LICENSE AGREEMENT / SOFTWARE EFFECTIVE: 01/17/2019 | MICRO MOTION, INC. 7070 WINCHESTER CIRCLE BOULDER, CO 80301 |



**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.587** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2022-MIC-IND-03402<br>LICENSE AGREEMENT / SOFTWARE<br>EFFECTIVE: 04/25/2022<br><br>MICROSOFT CORPORATION<br>1 MICROSOFT WAY<br>REDMOND, WA 98052 |
| **2.588** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2022-MIC-IND-03880<br>LICENSE AGREEMENT<br>EFFECTIVE: 08/13/2022<br><br>MICROSOFT CORPORATION<br>1 MICROSOFT WAY<br>REDMOND, WA 98052 |
| **2.589** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #:<br>2021-MIC-MAS-02367-U8592097-E4152472<br>LICENSE AGREEMENT / SOFTWARE<br>EFFECTIVE: 08/05/2021<br><br>MICROSOFT CORPORATION<br>1 MICROSOFT WAY<br>REDMOND, WA 98052 |
| **2.590** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2022-MIC-IND-03886<br>LICENSE AGREEMENT / SOFTWARE<br>EFFECTIVE: 11/01/2022<br><br>MICROSOFT CORPORATION<br>1 MICROSOFT WAY<br>REDMOND, WA 98052 |
| **2.591** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2022-MIC-IND-03179<br>LICENSE AGREEMENT / SOFTWARE<br>EFFECTIVE: 03/07/2022<br><br>MICROSOFT CORPORATION<br>1 MICROSOFT WAY<br>REDMOND, WA 98052 |
| **2.592** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2022-MIC-MAS-03687<br>LICENSE AGREEMENT<br>EFFECTIVE: 08/02/2022<br><br>MICROSOFT CORPORATION<br>1 MICROSOFT WAY<br>REDMOND, WA 98052 |
| **2.593** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2022-MIC-IND-03139<br>LICENSE AGREEMENT / SOFTWARE<br>EFFECTIVE: 02/18/2022<br><br>MICROSOFT CORPORATION<br>1 MICROSOFT WAY<br>REDMOND, WA 98052 |



**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.594** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2022-MIC-IND-03799<br>LICENSE AGREEMENT / SOFTWARE<br>EFFECTIVE: 09/23/2022 | MICROSOFT CORPORATION<br>1 MICROSOFT WAY<br>REDMOND, WA 98052 |
| **2.595** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2022-MIL-MAS-03522<br>LETTER AGREEMENT / ADVISOR<br>EFFECTIVE: 06/08/2022 | MILBANK, LLP<br>55 HUDSON YARDS<br>NEW YORK, NY 10001-2163 |
| **2.596** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2022-MIR-SOW-03785<br>SERVICES /<br>CONSULTING-INDEPENDENT<br>CONTRACTOR-COMPANY<br>EFFECTIVE: 09/30/2022 | MIRG COMUNICAÇÃO & INTELIGÊNCIA ESTRATÉGICA<br>RUA DO TAMBUS, 333<br>MONTE CARMELO, MG, 38500<br>BRAZIL |
| **2.597** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2022-MIR-MAS-03775<br>SERVICES /<br>CONSULTING-INDEPENDENT<br>CONTRACTOR-COMPANY<br>EFFECTIVE: 09/13/2022 | MIRG COMUNICAÇÃO & INTELIGÊNCIA ESTRATÉGICA<br>RUA DO TAMBUS, 333<br>MONTE CARMELO, MG, 38500<br>BRAZIL |
| **2.598** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2018-MOJ-AMD-01407<br>RENTAL & LEASE AGREEMENT /<br>FACILITY/ REAL ESTATE<br>EFFECTIVE: 06/14/2018 | MOJAVE AIR AND SPACE PORT<br>1434 FLIGHTLINE<br>MOJAVE, CA 93501 |
| **2.599** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2021-MOJ-IND-02788<br>RENTAL & LEASE AGREEMENT /<br>FACILITY/ REAL ESTATE<br>EFFECTIVE: 01/01/2022 | MOJAVE AIR AND SPACE PORT<br>1434 FLIGHTLINE<br>MOJAVE, CA 93501 |
| **2.600** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2021-MOJ-MAS-02866<br>RENTAL & LEASE AGREEMENT /<br>FACILITY/ REAL ESTATE<br>EFFECTIVE: 12/03/2021 | MOJAVE AIR AND SPACE PORT<br>1434 FLIGHTLINE<br>MOJAVE, CA 93501 |



**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.601 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | CONTRACT #: 2022-MOJ-MAS-02873<br>RENTAL & LEASE AGREEMENT /<br>FACILITY/ REAL ESTATE<br>EFFECTIVE: 01/27/2022 | MOJAVE AIR AND SPACE PORT<br>1434 FLIGHTLINE<br>MOJAVE, CA 93501 |
| 2.602 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | CONTRACT #: 2022-MOJ-IND-02879<br>RENTAL & LEASE AGREEMENT /<br>FACILITY/ REAL ESTATE<br>EFFECTIVE: 03/03/2022 | MOJAVE AIR AND SPACE PORT<br>1434 FLIGHTLINE<br>MOJAVE, CA 93501 |
| 2.603 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | CONTRACT #: 2022-MON-MAS-03347<br>SERVICES /<br>CONSULTING-INDEPENDENT<br>CONTRACTOR-COMPANY<br>EFFECTIVE: 04/18/2022 | MONSOON SOLUTIONS, INC.<br>2405 140TH AVE NE SUITE A115<br>BELLEVUE, WA 98005 |
| 2.604 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | CONTRACT #: 2019-MOR-MAS-01349<br>LICENSE AGREEMENT / SOFTWARE<br>EFFECTIVE: 01/01/2019 | MORE4APPS INC.<br>4695 MACARTHUR CT 11TH FL<br>NEWPORT BEACH, CA 92660 |
| 2.605 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | CONTRACT #: 2020-MOS-MAS-00477<br>SERVICES /<br>CONSULTING-INDEPENDENT<br>CONTRACTOR-COMPANY<br>EFFECTIVE: 01/22/2020 | MOSAIC CONSULTING GROUP, LLC<br>2503 EUGENIA AVENUE<br>NASHVILLE, TN 37211 |
| 2.606 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | CONTRACT #: -MOS-MAS-01878<br>SERVICES /<br>CONSULTING-INDEPENDENT<br>CONTRACTOR-COMPANY | MOSAIC CONSULTING GROUP, LLC<br>2503 EUGENIA AVENUE<br>NASHVILLE, TN 37211 |
| 2.607 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | CONTRACT #: 2020-TWO-MAS-00271<br>SERVICES / STAFFING SERVICES<br>EFFECTIVE: 02/01/2018 | MOTIVE WORKFORCE SOLUTIONS<br>5122 BOLSA AVENUE<br>SUITE 112<br>HUNTINGTON BEACH, CA 92649 |



**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.608** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2018-TWO-AMD-00309 SERVICES / STAFFING SERVICES EFFECTIVE: 05/07/2018      MOTIVE WORKFORCE SOLUTIONS 5122 BOLSA AVENUE SUITE 112 HUNTINGTON BEACH, CA 92649 |
| **2.609** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2021-MWC-T&C-01766 PURCHASING AGREEMENT EFFECTIVE: 03/05/2021      MW COMM SYSTEMS 408 ANTELOPE COURT MCKINNEY, TX 75071 |
| **2.610** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2020-SAA2-403586 SERVICES EFFECTIVE: 09/07/2020      NASA AMES RESEARCH CENTER PO BOX 1 MOFFETT FIELD, CA 94035 |
| **2.611** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2022-SAA2-403586-ANX2-AMD5 SERVICES / STATEMENT OF WORK EFFECTIVE: 01/19/2022      NASA AMES RESEARCH CENTER PO BOX 1 MOFFETT FIELD, CA 94035 |
| **2.612** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2012-SAA2-402686 SERVICES / CONSULTING-INDEPENDENT CONTRACTOR-COMPANY EFFECTIVE: 07/13/2012      NASA AMES RESEARCH CENTER PO BOX 1 MOFFETT FIELD, CA 94035 |
| **2.613** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: -SAA2-403586-ANX3-AMD2 SERVICES / CONSULTING-INDEPENDENT CONTRACTOR-COMPANY      NASA AMES RESEARCH CENTER PO BOX 1 MOFFETT FIELD, CA 94035 |
| **2.614** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2023-NAS-SOW-03994 SERVICES EFFECTIVE: 01/06/2023      NASA AMES RESEARCH CENTER PO BOX 1 MOFFETT FIELD, CA 94035 |

Debtor    Virgin Orbit, LLC
              Name                                                                    Case number (If known):    23-10408



**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.615** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: -SAA2-403586-ANX3-AMD3 SERVICES / CONSULTING-INDEPENDENT CONTRACTOR-COMPANY | NASA AMES RESEARCH CENTER PO BOX 1 MOFFETT FIELD, CA 94035 |


| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.615** | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: -SAA2-403586-ANX3-AMD3 SERVICES / CONSULTING-INDEPENDENT CONTRACTOR-COMPANY | NASA AMES RESEARCH CENTER PO BOX 1 MOFFETT FIELD, CA 94035 |
| **2.616** | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2020-NAS-AMD-03576 SERVICES EFFECTIVE: 10/06/2020 | NASA AMES RESEARCH CENTER PO BOX 1 MOFFETT FIELD, CA 94035 |
| **2.617** | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2021-SAA2-403586-ANX2-AMD4 SERVICES EFFECTIVE: 11/12/2021 | NASA AMES RESEARCH CENTER PO BOX 1 MOFFETT FIELD, CA 94035 |
| **2.618** | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2020-SAA2-403586-ANX1 SERVICES EFFECTIVE: 09/07/2020 | NASA AMES RESEARCH CENTER PO BOX 1 MOFFETT FIELD, CA 94035 |
| **2.619** | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract: 80KSC022DA111 | CONTRACT #: 2022-VADR-IDIQ-220126 BIZ DEV / OTHER REVENUE/FEASIBILITY STUDY EFFECTIVE: 01/26/2022 | NASA KENNEDY SPACE CENTER NASA JOHN F. KENNEDY OFFICE OF PROCUREMENT OP-LS MERRITT ISLAND, FL 32899 |
| **2.620** | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract: RFP10-99-0021 (IDIQ) | CONTRACT #: 2022-KSC-RFP-10990021 BIZ DEV EFFECTIVE: 02/09/2022 | NASA KENNEDY SPACE CENTER NASA JOHN F. KENNEDY OFFICE OF PROCUREMENT OP-LS MERRITT ISLAND, FL 32899 |
| **2.621** | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: -JSC-SAARA-2134796 SERVICES / CONSULTING-INDEPENDENT CONTRACTOR-COMPANY EFFECTIVE: 10/11/2021 | NASA LYNDON B JOHNSON SPACE CENTER 2101 E NASA PKWY HOUSTON, TX 77058 |



**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. | |
| --- | --- |
| **List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |

| | | |
| --- | --- | --- |
| **2.622** | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | CONTRACT #: 2017-SAA8-1725209 SERVICES / CONSULTING-INDEPENDENT CONTRACTOR-COMPANY EFFECTIVE: 06/09/2017 |  NASA MARSHALL SPACE FLIGHT CENTER 4600 RIDEOUT RD SW BLDG 4200 HUNTSVILLE, AL 35812-0001 |
| **2.623** | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | CONTRACT #: 2023-NAS-SOW-04062 SERVICES / STATEMENT OF WORK | NASA MARSHALL SPACE FLIGHT CENTER 4600 RIDEOUT RD SW BLDG 4200 HUNTSVILLE, AL 35812-0001 |
| **2.624** | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | CONTRACT #: 2021-SAA8-1725209-ANX10 SERVICES EFFECTIVE: 07/20/2021 | NASA MARSHALL SPACE FLIGHT CENTER 4600 RIDEOUT RD SW BLDG 4200 HUNTSVILLE, AL 35812-0001 |
| **2.625** | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | CONTRACT #: 2022-NAS-RFP-03931 BIZ DEV / OTHER REVENUE/FEASIBILITY STUDY EFFECTIVE: 11/22/2022 | NASA NATIONAL AERONAUTIC AND SPACE ADMINISTRATION 300 E STREET SW WASHINGTON, DC 20546 |
| **2.626** | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | CONTRACT #: 2022-NAS-MAS-03930 BIZ DEV / OTHER REVENUE/FEASIBILITY STUDY EFFECTIVE: 11/22/2022 | NASA NATIONAL AERONAUTIC AND SPACE ADMINISTRATION 300 E STREET SW WASHINGTON, DC 20546 |
| **2.627** | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | CONTRACT #: 2020-NAT-AMD-00517 LICENSE AGREEMENT / SOFTWARE EFFECTIVE: 04/28/2020 | NATIONAL INSTRUMENTS CORPORATION 11500 N. MOPAC EXPRESSWAY AUSTIN, TX 78759-3504 |
| **2.628** | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | CONTRACT #: 2022-NAT-T&C-03563 LICENSE AGREEMENT / SOFTWARE EFFECTIVE: 06/21/2022 | NATIONAL INSTRUMENTS CORPORATION 11500 N. MOPAC EXPRESSWAY AUSTIN, TX 78759-3504 |



**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. | |
|---|---|
| **List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| **2.629** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2019-NAT-AMD-00516 LICENSE AGREEMENT / SOFTWARE EFFECTIVE: 06/20/2019 | NATIONAL INSTRUMENTS CORPORATION 11500 N. MOPAC EXPRESSWAY AUSTIN, TX 78759-3504 |
| **2.630** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2022-NAT-MAS-03549 LICENSE AGREEMENT / SOFTWARE EFFECTIVE: 06/15/2022 | NATIONAL INSTRUMENTS CORPORATION 11500 N. MOPAC EXPRESSWAY AUSTIN, TX 78759-3504 |
| **2.631** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2019-NAT-T&C-00368 SERVICE AGREEMENT EFFECTIVE: 04/18/2019 | NATIONAL INSTRUMENTS CORPORATION 11500 N. MOPAC EXPRESSWAY AUSTIN, TX 78759-3504 |
| **2.632** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2019-NAT-MAS-00515 LICENSE AGREEMENT / SOFTWARE EFFECTIVE: 06/15/2019 | NATIONAL INSTRUMENTS CORPORATION 11500 N. MOPAC EXPRESSWAY AUSTIN, TX 78759-3504 |
| **2.633** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2022-NAT-IND-03076 TERM SHEET EFFECTIVE: 02/15/2022 | NATIONAL INSTRUMENTS CORPORATION 11500 N. MOPAC EXPRESSWAY AUSTIN, TX 78759-3504 |
| **2.634** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2019-WD-CSA-18-2681-1184 SERVICES EFFECTIVE: 03/18/2019 | NAVAL AIR WARFARE CENTER WEAPONS DIVISION DEPARTMENT OF THE NAVY 575 I AVENUE, SUITE 1 POINT MUGU, CA 93042-5049 |
| **2.635** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2022-NAWCWD-18-2681-1184-A002 SERVICES EFFECTIVE: 02/14/2022 | NAVAL AIR WARFARE CENTER WEAPONS DIVISION DEPARTMENT OF THE NAVY 575 I AVENUE, SUITE 1 POINT MUGU, CA 93042-5049 |



**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. |
| --- |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- |
| **2.636** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2020-WD-CSA-18-2681-1184-A001 SERVICES EFFECTIVE: 06/18/2020 | NAVAL AIR WARFARE CENTER WEAPONS DIVISION DEPARTMENT OF THE NAVY 575 I AVENUE, SUITE 1 POINT MUGU, CA 93042-5049 |
| **2.637** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2019-NAV-IND-00462 LICENSE AGREEMENT / SOFTWARE EFFECTIVE: 09/03/2019 | NAVEX GLOBAL, INC. 6000 MEADOWS ROAD STE, 200 LAKE OSWEGO, OR 97035 |
| **2.638** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2021-NAV-IND-02665 SERVICES / STATEMENT OF WORK EFFECTIVE: 10/11/2021 | NAVEX GLOBAL, INC. 6000 MEADOWS ROAD STE, 200 LAKE OSWEGO, OR 97035 |
| **2.639** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2021-NCF-T&C-02243 PURCHASING AGREEMENT EFFECTIVE: 06/25/2021 | NCFI POLYURETHANES, INC. 1515 CARTER ST. MT AIRY, NC 27030 |
| **2.640** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2021-NEV-MAS-02184 SERVICES / CONSULTING-INDEPENDENT CONTRACTOR-COMPANY EFFECTIVE: 06/08/2021 | NEVELEX CORPORATION 2950 METRO DRIVE, SUITE 104 BLOOMINGTON, MN 55425 |
| **2.641** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2021-NEV-SOW-02194 SERVICES / CONSULTING-INDEPENDENT CONTRACTOR-COMPANY EFFECTIVE: 06/14/2021 | NEVELEX CORPORATION 2950 METRO DRIVE, SUITE 104 BLOOMINGTON, MN 55425 |
| **2.642** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2022-NEX-MAS-03893 SERVICES / CONSULTING-INDEPENDENT CONTRACTOR-COMPANY EFFECTIVE: 11/21/2022 | NEXINFO 615 W CIVIC CENTER DR SUITE 300 SANTA ANA, CA 92701 |



**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.643 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2019-NEX-MAS-00247<br>SERVICES /<br>CONSULTING-INDEPENDENT<br>CONTRACTOR-INDIVIDUAL<br>EFFECTIVE: 09/01/2019 | NEXTNEXTNEXT, LLC<br>13228 CENTRAL AVE<br>UNIT 104<br>HAWTHORNE, CA 90250 |
| 2.644 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2022-NIC-MAS-02989<br>SERVICES /<br>CONSULTING-INDEPENDENT<br>CONTRACTOR-INDIVIDUAL<br>EFFECTIVE: 01/11/2022 | NICHOLAS A.R. FOX<br>ADDRESS ON FILE |
| 2.645 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2021-NIC-MAS-02964<br>SERVICES /<br>CONSULTING-INDEPENDENT<br>CONTRACTOR-COMPANY<br>EFFECTIVE: 01/17/2022 | NICHOLSON STAFFING SOLUTIONS LLC DBA NSS RPO<br>13921 PARK CENTER RD<br>SUITE 270<br>HERNDON, VA 20171 |
| 2.646 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2019-NIN-IND-00491<br>LICENSE AGREEMENT / SOFTWARE<br>EFFECTIVE: 02/20/2019 | NINJIO LLC<br>2820 TOWNSGATE RD<br>SUITE 101<br>WESTLAKE VILLAGE, CA 91361 |
| 2.647 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2020-NOR-IND-01285<br>LICENSE AGREEMENT / SOFTWARE<br>EFFECTIVE: 10/20/2020 | NORTHERN SKY RESEARCH, LLC<br>ONE MIFFLIN PLACE<br>CAMBRIDGE, MA 02138 |
| 2.648 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2020-NOR-SLA-01088<br>LICENSE AGREEMENT / SOFTWARE<br>EFFECTIVE: 07/09/2019 | NORTHWOODS SOFTWARE CORPORATION<br>142 MAIN ST<br>NASHUA, NH 03060 |
| 2.649 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2019-NTW-MAS-01336<br>LICENSE AGREEMENT / SOFTWARE<br>EFFECTIVE: 07/29/2019 | NT-WARE U.S.A., INC.<br>105 MAXESS ROAD, SUITE 129S<br>MELVILLE, NY 11747 |



**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.650** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: -NYB-MAS-03271 SERVICES / PEOPLE EVENT & SERVICES EFFECTIVE: 04/22/2019 | NYBLL 6851 THE TURN OAKLAND, CA 94611 |
| **2.651** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2021-OCT-SOW-02013 SERVICES / CONSULTING-INDEPENDENT CONTRACTOR-COMPANY EFFECTIVE: 05/17/2021 | OCTAGON II, INC. 1800 OLD MEADOW ROAD #1119 MCLEAN, VA 22102 |
| **2.652** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2021-OCT-ICA-MAS-02012 SERVICES / CONSULTING-INDEPENDENT CONTRACTOR-COMPANY | OCTAGON II, INC. 1800 OLD MEADOW ROAD #1119 MCLEAN, VA 22102 |
| **2.653** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2019-OFF-MAS-01335 LICENSE AGREEMENT / SOFTWARE EFFECTIVE: 01/01/2019 | OFFICESPACE SOFTWARE INC. 228 PARK AVENUE SOUTH #39903 NEW YORK, NY 10003 |
| **2.654** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: -ONE-MAS-03956 LETTER AGREEMENT EFFECTIVE: 12/12/2022 | ONEWEB, LTD. 1785 GREENSBORO STATION PLACE TOWER 3, SUITE 500 MCLEAN, VA 22102 |
| **2.655** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2019-OPE-MAS-01368 LICENSE AGREEMENT / SOFTWARE EFFECTIVE: 06/29/2019 | OPENLM LTD. SDEROT HANASSI 1 PARDESIYA, 4281500 ISRAEL |
| **2.656** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2021-ORA-MAS-02455 LICENSE AGREEMENT / SOFTWARE EFFECTIVE: 08/18/2021 | ORACLE AMERICA, INC. PO BOX 44471 SAN FRANCISCO, CA 94144-4471 |



**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.657** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2021-ORA-MAS-01939 SERVICES / PEOPLE EVENT & SERVICES EFFECTIVE: 07/01/2021 | ORANGE TREE EMPLOYMENT SCREENING LLC 7275 OHNS LANE EDINA, MN 55439 |
| **2.658** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2019-ORB-MAS-00429 RENTAL & LEASE AGREEMENT / REAL PROPERTY LEASE EFFECTIVE: 11/27/2019 | ORBIT COMMUNICATION SYSTEMS, INC 716 S. MILITARY TRAIL DEERFIELD BEACH, FL 33442 |
| **2.659** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2019-ORK-MAS-00443 SERVICES / CONSULTING-INDEPENDENT CONTRACTOR-COMPANY EFFECTIVE: 10/28/2019 | ORKIN SERVICES OF CALIFORNIA, INC 12710 MAGNOLIA AVENUE RIVERSIDE, CA 92503 |
| **2.660** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2022-ORK-MAS-03854 SERVICES / CONSULTING-INDEPENDENT CONTRACTOR-COMPANY EFFECTIVE: 10/18/2022 | ORKIN SERVICES OF CALIFORNIA, INC 12710 MAGNOLIA AVENUE RIVERSIDE, CA 92503 |
| **2.661** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2021-ORK-MAS-02394 SERVICES / CONSULTING-INDEPENDENT CONTRACTOR-COMPANY EFFECTIVE: 08/09/2021 | ORKIN SERVICES OF CALIFORNIA, INC 12710 MAGNOLIA AVENUE RIVERSIDE, CA 92503 |
| **2.662** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2021-ORO-T&C-02924 PURCHASING AGREEMENT EFFECTIVE: 12/16/2021 | OROLIA USA, INC. 45 BECKER ROAD SUITE A WEST HENRIETTA, NY 14586 |
| **2.663** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2017-OUT-AMD-00615 SERVICES / CONSULTING-INDEPENDENT CONTRACTOR-INDIVIDUAL EFFECTIVE: 09/09/2017 | OUTER REACH LLC 5139 WES 132ND STREET HAWTHORNE, CA 90250 |

Debtor   Virgin Orbit, LLC _____   Case number (If known):  23-10408
         Name



**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.664** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2017-OUT-MAS-00421 SERVICES / CONSULTING-INDEPENDENT CONTRACTOR-INDIVIDUAL EFFECTIVE: 09/20/2017 | OUTER REACH LLC 5139 WES 132ND STREET HAWTHORNE, CA 90250 |
| **2.665** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2020-PAC-MAS-01672 RENTAL & LEASE AGREEMENT / FACILITY/ REAL ESTATE EFFECTIVE: 06/01/2021 | PACAIR PROPERTIES, LLC 770 EAST SUNSET BOULEVARD SUITE 220 TIYAN, 96913 GUAM |
| **2.666** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2022-PAC-T&C-03289 PURCHASING AGREEMENT EFFECTIVE: 03/29/2022 | PACIFIC SCIENCE ENERGY MATERIALS COMPANY LLC 7073 W. WILLIS ROAD CHANDLER, AZ 85226 |
| **2.667** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2021-PAL-MAS-02398 SERVICE AGREEMENT EFFECTIVE: 09/01/2021 | PALANTIR TECHNOLOGIES INC. 1555 BLAKE ST. DENVER, CO 80202 |
| **2.668** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2021-PAN-MAS-02307 SERVICES EFFECTIVE: 01/01/2020 | PAN AM INTERNATIONAL FLIGHT ACADEMY, INC. 1771 WHITNEY MESA DR HENDERSON, NV 89014 |
| **2.669** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2021-PAN-AMD-02306 SERVICES EFFECTIVE: 01/01/2020 | PAN AM INTERNATIONAL FLIGHT ACADEMY, INC. 1771 WHITNEY MESA DR HENDERSON, NV 89014 |
| **2.670** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2020-PAN-AMD1-00727 SERVICES EFFECTIVE: 06/11/2020 | PAN AM INTERNATIONAL FLIGHT ACADEMY, INC. 1771 WHITNEY MESA DR HENDERSON, NV 89014 |

Debtor    Virgin Orbit, LLC
_____
Name

Case number (If known):    23-10408



**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.671** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2018-PAY-IND-00390<br>LICENSE AGREEMENT / SOFTWARE<br>EFFECTIVE: 06/27/2018 | PAYSCALE, INC.<br>1000 1ST AVE S<br>SEATTLE, WA 98134 |
| **2.672** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2021-PAY-ORDERFORM-IND-02228<br>LICENSE AGREEMENT / SOFTWARE<br>EFFECTIVE: 06/27/2021 | PAYSCALE, INC.<br>1000 1ST AVE S<br>SEATTLE, WA 98134 |
| **2.673** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2020-PCL-T&C-01419<br>PURCHASING AGREEMENT<br>EFFECTIVE: 11/06/2020 | PCL INDUSTRIAL SERVICES, INC.<br>1500 SOUTH UNION AVENUE<br>BAKERSFIELD, CA 93307 |
| **2.674** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2020-PCL-T&C-01154<br>SERVICE AGREEMENT<br>EFFECTIVE: 09/10/2020 | PCL INDUSTRIAL SERVICES, INC.<br>1500 SOUTH UNION AVENUE<br>BAKERSFIELD, CA 93307 |
| **2.675** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2017-PDS-MAS-00248<br>SERVICES / STAFFING SERVICES<br>EFFECTIVE: 08/07/2017 | PDS TECH, INC<br>1925 W. JOHN CARPENTER FWY, SUITE 550<br>IRVING, TX 75063 |
| **2.676** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2018-PDS-AMD-00305<br>SERVICES / STAFFING SERVICES<br>EFFECTIVE: 05/16/2018 | PDS TECH, INC<br>1925 W. JOHN CARPENTER FWY, SUITE 550<br>IRVING, TX 75063 |
| **2.677** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2018-DEB-AMD-00603<br>SERVICES /<br>CONSULTING-INDEPENDENT<br>CONTRACTOR-COMPANY<br>EFFECTIVE: 04/26/2018 | PDSINC, LLC<br>D/B/A PDS<br>6870 W 52ND AVE., SUITE 107<br>ARVADA, CO 80002 |

Debtor    Virgin Orbit, LLC
Name

Case number (If known):    23-10408

   **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.678 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2022-PDS-MAS-03697<br>SERVICES / STAFFING SERVICES<br>EFFECTIVE: 08/10/2022 | PDSINC, LLC<br>D/B/A PDS<br>6870 W 52ND AVE., SUITE 107<br>ARVADA, CO 80002 |
| 2.679 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2018-DEB-AMD-00604<br>SERVICES /<br>CONSULTING-INDEPENDENT<br>CONTRACTOR-COMPANY<br>EFFECTIVE: 07/10/2018 | PDSINC, LLC<br>D/B/A PDS<br>6870 W 52ND AVE., SUITE 107<br>ARVADA, CO 80002 |
| 2.680 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2021-DEB-AMD-01794<br>SERVICES /<br>CONSULTING-INDEPENDENT<br>CONTRACTOR-COMPANY<br>EFFECTIVE: 03/07/2021 | PDSINC, LLC<br>D/B/A PDS<br>6870 W 52ND AVE., SUITE 107<br>ARVADA, CO 80002 |
| 2.681 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2022-PDS-SOW-03765<br>SERVICES / RECRUITING & DIRECT<br>PLACEMENT<br>EFFECTIVE: 09/07/2022 | PDSINC, LLC<br>D/B/A PDS<br>6870 W 52ND AVE., SUITE 107<br>ARVADA, CO 80002 |
| 2.682 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2018-DEB-MAS-00412<br>SERVICES /<br>CONSULTING-INDEPENDENT<br>CONTRACTOR-COMPANY<br>EFFECTIVE: 02/14/2018 | PDSINC, LLC<br>D/B/A PDS<br>6870 W 52ND AVE., SUITE 107<br>ARVADA, CO 80002 |
| 2.683 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2020-PEL-MAS-01017<br>SERVICES /<br>CONSULTING-INDEPENDENT<br>CONTRACTOR-COMPANY<br>EFFECTIVE: 08/24/2020 | PELAGIC SPACE, LLC<br>2605 ARMOUR LANE<br>REDONDO BEACH, CA 90278 |
| 2.684 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2020-PEL-SOW-01019<br>SERVICES /<br>CONSULTING-INDEPENDENT<br>CONTRACTOR-COMPANY<br>EFFECTIVE: 08/24/2020 | PELAGIC SPACE, LLC<br>2605 ARMOUR LANE<br>REDONDO BEACH, CA 90278 |

   **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. | |
| --- | --- |
| **List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| **2.685** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | CONTRACT #: 2022-PER-MAS-02970<br>SERVICES<br>EFFECTIVE: 01/04/2022 | PERFORMANCE REVIEW INSTITUTE, INC<br>161 THORN HILL ROAD<br>WARRENDALE, PA 15086 |
| **2.686** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | CONTRACT #: 2021-PGI-MAS-02816<br>LICENSE AGREEMENT / SOFTWARE<br>EFFECTIVE: 11/15/2021 | PGI DOING BUSINESS AS AMERICAN TELECONFERENCING<br>SERVICES, LTD., DBA PREMIERE GLOBAL SERVICES<br>2475 NORTHWINDS PKWY<br>SUITE 200<br>ALPHARETTA, GA 30009 |
| **2.687** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | CONTRACT #: 2020-PGI-MAS-00347<br>LICENSE AGREEMENT / SOFTWARE<br>EFFECTIVE: 05/19/2020 | PGI DOING BUSINESS AS AMERICAN TELECONFERENCING<br>SERVICES, LTD., DBA PREMIERE GLOBAL SERVICES<br>2475 NORTHWINDS PKWY<br>SUITE 200<br>ALPHARETTA, GA 30009 |
| **2.688** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | CONTRACT #: 2019-PHI-MAS-00275<br>SERVICES /<br>CONSULTING-INDEPENDENT<br>CONTRACTOR-INDIVIDUAL<br>EFFECTIVE: 12/09/2019 | PHILIP AUSTIN DAVID<br>ADDRESS ON FILE |
| **2.689** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | CONTRACT #: 2020-PIL-MAS-00333<br>SERVICES /<br>CONSULTING-INDEPENDENT<br>CONTRACTOR-COMPANY<br>EFFECTIVE: 04/22/2020 | PILO ENGINEERING, P.A.<br>540 HIBISCUS BLVD<br>MERRITT ISLAND, FL 32952 |
| **2.690** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | CONTRACT #: 2020-PLU-MAS-00141<br>SERVICES /<br>CONSULTING-INDEPENDENT<br>CONTRACTOR-COMPANY<br>EFFECTIVE: 02/28/2020 | PLUMP ENGINEERING INC<br>914 E KATELLA AVE<br>ANAHEIM, CA 92805 |
| **2.691** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | CONTRACT #: 2020-PLU-SOW-00224<br>SERVICES /<br>CONSULTING-INDEPENDENT<br>CONTRACTOR-COMPANY<br>EFFECTIVE: 02/28/2020 | PLUMP ENGINEERING INC<br>914 E KATELLA AVE<br>ANAHEIM, CA 92805 |



**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.692** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2017-PMR-MAS-00242<br>SERVICES /<br>CONSULTING-INDEPENDENT<br>CONTRACTOR-INDIVIDUAL<br>EFFECTIVE: 08/28/2017 | PM ROLLING, INC<br>259 SMOKE TREE AVE<br>OAK PARK, CA 91377 |
| **2.693** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2022-POL-MAS-03202<br>BIZ DEV / LOI - NON-BINDING<br>EFFECTIVE: 03/16/2022 | POLISH SPACE AGENCY (POLSA)<br>TRZY LIPY 3 STREET<br>(SECTION C) 80-172<br>GDANSK, 360992221<br>POLAND |
| **2.694** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2021-POL-MAS-02513<br>LICENSE AGREEMENT / SOFTWARE<br>EFFECTIVE: 09/18/2021 | POLITICO PRO<br>1000 WILSON BLVD<br>ARLINGTON, VA 22209 |
| **2.695** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2019-POL-MAS-02514<br>LICENSE AGREEMENT / SOFTWARE<br>EFFECTIVE: 09/18/2019 | POLITICO PRO<br>1000 WILSON BLVD<br>ARLINGTON, VA 22209 |
| **2.696** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2019-POR-MAS-00373<br>SERVICES /<br>CONSULTING-INDEPENDENT<br>CONTRACTOR-COMPANY<br>EFFECTIVE: 03/30/2019 | PORTER CONCRETE CONSTRUCTION & DEMO<br>7814 42ND STREET WEST<br>MOJAVE, CA 93501 |
| **2.697** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2022-POW-SOW-02988<br>SERVICES /<br>CONSULTING-INDEPENDENT<br>CONTRACTOR-COMPANY<br>EFFECTIVE: 01/17/2022 | POWER SUPPLIES<br>5405 SPRING CREEK DR<br>GUNTERSVILLE, AL 35976 |
| **2.698** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2021-POW-MAS-02933<br>SERVICES /<br>CONSULTING-INDEPENDENT<br>CONTRACTOR-COMPANY<br>EFFECTIVE: 12/20/2021 | POWER SUPPLIES<br>5405 SPRING CREEK DR<br>GUNTERSVILLE, AL 35976 |



**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.699 **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | CONTRACT #: 2022-PRA-MAS-03507 SERVICES / CONSULTING-INDEPENDENT CONTRACTOR-COMPANY EFFECTIVE: 06/03/2022 | PRAECIPIO CONSULTING, LLC 1511W HWY 71 SUITE 110-111 AUSTIN, TX 78338 |
| 2.700 **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | CONTRACT #: 2019-PRE-MAS-00386 SERVICES / CONSULTING-INDEPENDENT CONTRACTOR-COMPANY EFFECTIVE: 04/28/2019 | PRESENTATION MEDIA, INC 1916 144TH ST GARDENA, CA 90249 |
| 2.701 **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | CONTRACT #: 2022-PRI-MAS-03629 LETTER AGREEMENT / ADVISOR EFFECTIVE: 07/13/2022 | PRICEWATERHOUSECOOPERS LLP 4040 W BOY SCOUT BOULEVARD TAMPA, FL 33607 |
| 2.702 **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | CONTRACT #: 2021-PWC-MAS-01864 LETTER AGREEMENT / ADVISOR EFFECTIVE: 03/26/2021 | PRICEWATERHOUSECOOPERS LLP 4040 W BOY SCOUT BOULEVARD TAMPA, FL 33607 |
| 2.703 **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | CONTRACT #: 2022-PWC-MAS-03000 LETTER AGREEMENT / AUDITOR EFFECTIVE: 01/18/2022 | PRICEWATERHOUSECOOPERS LLP 4040 W BOY SCOUT BOULEVARD TAMPA, FL 33607 |
| 2.704 **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | CONTRACT #: 2022-PRI-MAS-03287 LETTER AGREEMENT / ADVISOR EFFECTIVE: 03/28/2022 | PRICEWATERHOUSECOOPERS LLP 4040 W BOY SCOUT BOULEVARD TAMPA, FL 33607 |
| 2.705 **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | CONTRACT #: 2020-PRO-MAS-02168 SERVICES EFFECTIVE: 01/01/2020 | PROGRESSIVE BENEFIT SOLUTIONS, LLC 14 BUSINESS PARK DRIVE #8 BRANFORD, CT 06405 |



**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. | |
| --- | --- |
| **List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| **2.706** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2021-PRO-T&C-02241<br>PURCHASING AGREEMENT<br>EFFECTIVE: 06/25/2021 | PROTOCASE, INC<br>46 WABANA COURT<br>SYDNEY, NS B1P 0B9<br>CANADA |
| **2.707** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2022-PRU-MAS-03342<br>SERVICES /<br>CONSULTING-INDEPENDENT<br>CONTRACTOR-COMPANY<br>EFFECTIVE: 04/18/2022 | PRUDENTIAL OVERALL SUPPLY INC. DBA PRUDENTIAL<br>CLEANROOM SERVICES, INC.<br>6948 BANDINI BOULEVARD<br>COMMERCE, CA 90040 |
| **2.708** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2018-PTC-MAS-01347<br>LICENSE AGREEMENT / SOFTWARE<br>EFFECTIVE: 04/30/2018 | PTC INC.<br>121 SEAPORT BLVD<br>BOSTON, MA 02210 |
| **2.709** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2019-PTC-MAS-01350<br>LICENSE AGREEMENT / SOFTWARE<br>EFFECTIVE: 01/30/2019 | PTC INC.<br>121 SEAPORT BLVD<br>BOSTON, MA 02210 |
| **2.710** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2021-PTC-MAS-01877<br>LICENSE AGREEMENT / SOFTWARE<br>EFFECTIVE: 04/01/2021 | PTC INC.<br>121 SEAPORT BLVD<br>BOSTON, MA 02210 |
| **2.711** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2022-QST-MAS-03808<br>LICENSE AGREEMENT / SOFTWARE<br>EFFECTIVE: 09/29/2022 | QSTAC, INC.<br>2207 CONCORD PIKE<br>#174<br>WILMINGTON, DE 19803 |
| **2.712** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2019-QUE-MAS-01354<br>LICENSE AGREEMENT / SOFTWARE<br>EFFECTIVE: 06/10/2019 | QUEST SOFTWARE INC.<br>4 POLARIS WAY<br>ALISO VIEJO, CA 92656 |



**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.713** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2020-QUI-MAS-00348 SERVICES / CONSULTING-INDEPENDENT CONTRACTOR-COMPANY EFFECTIVE: 04/21/2020 | QUILTY ANALYTICS LLC 33 6TH STREET SOUTH SUITE 204 ST. PETERSBURG, FL 33701 |
| **2.714** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2023-RAC-IND-03991 SERVICES / CONSULTING-INDEPENDENT CONTRACTOR-COMPANY | RACE COMMUNICATION CO. 1325 HOWARD AVE. SUITE 604 BURLINGAME, CA 94010 |
| **2.715** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2018-RAC-MAS-00448 SERVICES / CONSULTING-INDEPENDENT CONTRACTOR-COMPANY EFFECTIVE: 12/21/2018 | RACE COMMUNICATION CO. 1325 HOWARD AVE. SUITE 604 BURLINGAME, CA 94010 |
| **2.716** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2018-RAI-MAS-01988 LETTER AGREEMENT EFFECTIVE: 06/19/2018 | RAIMONDO PETIT GROUP 4500 EAST PACIFIC COAST HIGHWAY SUITE 300 LONG BEACH, CA 90804 |
| **2.717** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2018-RAM-MAS-00266 SERVICES / CONSULTING-INDEPENDENT CONTRACTOR-INDIVIDUAL EFFECTIVE: 04/04/2018 | RAMKABIR ANALYTICS, LLC 4843 CORSICA DRIVE CYPRESS, CA 90630 |
| **2.718** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2018-RAP-MAS-00469 SERVICES / CONSULTING-INDEPENDENT CONTRACTOR-COMPANY EFFECTIVE: 07/12/2018 | RAPID MANUFACTURING 8080 EAST CRYSTAL DRIVE ANAHEIM, CA 92807 |
| **2.719** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2018-RAP-AMD-00580 SERVICES / CONSULTING-INDEPENDENT CONTRACTOR-COMPANY EFFECTIVE: 07/27/2018 | RAPID MANUFACTURING 8080 EAST CRYSTAL DRIVE ANAHEIM, CA 92807 |



**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.720** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2018-RAP-AMD-00583 SERVICES / CONSULTING-INDEPENDENT CONTRACTOR-COMPANY EFFECTIVE: 09/05/2018 | RAPID MANUFACTURING 8080 EAST CRYSTAL DRIVE ANAHEIM, CA 92807 |
| **2.721** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2018-RAP-AMD-00582 SERVICES / CONSULTING-INDEPENDENT CONTRACTOR-COMPANY EFFECTIVE: 08/17/2018 | RAPID MANUFACTURING 8080 EAST CRYSTAL DRIVE ANAHEIM, CA 92807 |
| **2.722** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2018-RAP-AMD-00581 SERVICES / CONSULTING-INDEPENDENT CONTRACTOR-COMPANY EFFECTIVE: 08/09/2018 | RAPID MANUFACTURING 8080 EAST CRYSTAL DRIVE ANAHEIM, CA 92807 |
| **2.723** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2022-RAP-MAS-03975 SERVICES / STATEMENT OF WORK EFFECTIVE: 11/14/2022 | RAPID7 LLC 100 SUMMER ST. 13TH FLOOR BOSTON, MA 02110 |
| **2.724** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2018-RAP-MAS-01348 LICENSE AGREEMENT / SOFTWARE EFFECTIVE: 09/28/2018 | RAPID7 LLC 100 SUMMER ST. 13TH FLOOR BOSTON, MA 02110 |
| **2.725** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2022-RCM-MAS-03408 SERVICES / STAFFING SERVICES EFFECTIVE: 05/04/2022 | RCM ENGINEERING, INC. 3 ENTERPRISE DR. SHELTON, CT 06484 |
| **2.726** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2019-REA-IND-00185 LICENSE AGREEMENT / SOFTWARE EFFECTIVE: 09/10/2019 | REAL-TIME INNOVATIONS, INC 232 E. JAVA DRIVE SUNNYVALE, CA 94089 |



**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.727 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2019-REA-MAS-01344<br>LICENSE AGREEMENT / SOFTWARE<br>EFFECTIVE: 03/28/2019 | REAL-TIME INNOVATIONS, INC<br>232 E. JAVA DRIVE<br>SUNNYVALE, CA 94089 |
| 2.728 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2022-RED-MAS-03749<br>SERVICES /<br>CONSULTING-INDEPENDENT<br>CONTRACTOR-COMPANY<br>EFFECTIVE: 09/01/2022 | RED V CONSULTING COMPANY<br>511 WEST V=BAY STREET<br>SUITE 320<br>TAMPA, 33606 |
| 2.729 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #:<br>-RED8-SERVICETC-01432<br>SERVICE AGREEMENT<br>EFFECTIVE: 11/13/2020 | RED8 LLC<br>611 ANTON BLVD, SUITE 700<br>COSTA MESA, CA 92626 |
| 2.730 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2022-GIO-MAS-03503<br>SERVICES /<br>CONSULTING-INDEPENDENT<br>CONTRACTOR-INDIVIDUAL<br>EFFECTIVE: 05/27/2022 | REDACTED<br>ADDRESS ON FILE |
| 2.731 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2020-RED-MAS-00484<br>SERVICES /<br>CONSULTING-INDEPENDENT<br>CONTRACTOR-COMPANY<br>EFFECTIVE: 01/22/2020 | REDI-RELIEF FIRST AID & SAFETY, INC.<br>6111 S RICHFIELD CT<br>AURORA, CO 80016 |
| 2.732 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2021-RED-MAS-02554<br>PURCHASING AGREEMENT /<br>SUPPLIER AGREEMENT<br>EFFECTIVE: 12/29/2021 | REDWIRE SPACE, INC.<br>8226 PHILIPS HIGHWAY<br>SUITE 102<br>JACKSONVILLE, FL 32256 |
| 2.733 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2022-REF-MAS-02971<br>SERVICES<br>EFFECTIVE: 01/04/2022 | REFINITIV<br>22 THOMSON PLACE<br>BOSTON, MA 02210 |



**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.734** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: -REF-IND-03868<br>SERVICE AGREEMENT<br>EFFECTIVE: 10/19/2022 | REFINITIV<br>22 THOMSON PLACE<br>BOSTON, MA 02210 |
| **2.735** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2022-REG-MAS-03103<br>LICENSE AGREEMENT / SOFTWARE<br>EFFECTIVE: 02/17/2022 | REGO CONSULTING CORPORATION<br>2115 N. MAIN STREET<br>CENTERVILLE,, UT 84014 |
| **2.736** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2022-RES-IND-03429<br>LICENSE AGREEMENT / SOFTWARE<br>EFFECTIVE: 05/31/2022 | RESCALE INC.<br>33 NEW MONTGOMERY ST #950<br>SAN FRANCISCO, CA 94105 |
| **2.737** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2021-RES-IND-01825<br>LICENSE AGREEMENT / SOFTWARE<br>EFFECTIVE: 03/15/2021 | RESCALE INC.<br>33 NEW MONTGOMERY ST #950<br>SAN FRANCISCO, CA 94105 |
| **2.738** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2022-RES-IND-03721<br>SERVICES<br>EFFECTIVE: 08/31/2022 | RESCALE INC.<br>33 NEW MONTGOMERY ST #950<br>SAN FRANCISCO, CA 94105 |
| **2.739** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2022-RES-IND-03450<br>LICENSE AGREEMENT / SOFTWARE<br>EFFECTIVE: 05/31/2022 | RESCALE INC.<br>33 NEW MONTGOMERY ST #950<br>SAN FRANCISCO, CA 94105 |
| **2.740** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2022-RES-MAS-03614<br>LICENSE AGREEMENT / SOFTWARE<br>EFFECTIVE: 07/11/2022 | RESCALE INC.<br>33 NEW MONTGOMERY ST #950<br>SAN FRANCISCO, CA 94105 |



**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.741** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2021-RES-IND-02087 LICENSE AGREEMENT / SOFTWARE EFFECTIVE: 05/11/2021 | RESCALE INC. 33 NEW MONTGOMERY ST #950 SAN FRANCISCO, CA 94105 |
| **2.742** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2022-RES-IND-03535 SERVICES EFFECTIVE: 06/17/2022 | RESCALE INC. 33 NEW MONTGOMERY ST #950 SAN FRANCISCO, CA 94105 |
| **2.743** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2021-RES-MAS-02488 LICENSE AGREEMENT / SOFTWARE EFFECTIVE: 08/16/2021 | RESCALE INC. 33 NEW MONTGOMERY ST #950 SAN FRANCISCO, CA 94105 |
| **2.744** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2022-RES-IND-03028 RENTAL & LEASE AGREEMENT / IT EQUIPMENT EFFECTIVE: 01/28/2022 | RESCALE INC. 33 NEW MONTGOMERY ST #950 SAN FRANCISCO, CA 94105 |
| **2.745** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2022-RES-IND-03959 LICENSE AGREEMENT / SOFTWARE EFFECTIVE: 12/30/2022 | RESCALE INC. 33 NEW MONTGOMERY ST #950 SAN FRANCISCO, CA 94105 |
| **2.746** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2021-RES-MAS-02417 LICENSE AGREEMENT / SOFTWARE EFFECTIVE: 08/02/2021 | RESCALE INC. 33 NEW MONTGOMERY ST #950 SAN FRANCISCO, CA 94105 |
| **2.747** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2022-RES-IND-03589 LICENSE AGREEMENT / SOFTWARE EFFECTIVE: 06/30/2022 | RESCALE INC. 33 NEW MONTGOMERY ST #950 SAN FRANCISCO, CA 94105 |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.748 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2021-RES-MAS-02424<br>LICENSE AGREEMENT / SOFTWARE<br>EFFECTIVE: 08/02/2021 | RESCALE INC.<br>33 NEW MONTGOMERY ST #950<br>SAN FRANCISCO, CA 94105 |
| 2.749 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2022-RES-IND-03435<br>LICENSE AGREEMENT / SOFTWARE<br>EFFECTIVE: 06/10/2022 | RESCALE INC.<br>33 NEW MONTGOMERY ST #950<br>SAN FRANCISCO, CA 94105 |
| 2.750 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2020-RES-MAS-01358<br>LICENSE AGREEMENT / SOFTWARE<br>EFFECTIVE: 04/03/2020 | RESCALE INC.<br>33 NEW MONTGOMERY ST #950<br>SAN FRANCISCO, CA 94105 |
| 2.751 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2022-RES-IND-03870<br>LICENSE AGREEMENT / SOFTWARE<br>EFFECTIVE: 10/31/2022 | RESCALE INC.<br>33 NEW MONTGOMERY ST #950<br>SAN FRANCISCO, CA 94105 |
| 2.752 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2020-RIC-MAS-00406<br>SERVICES /<br>CONSULTING-INDEPENDENT<br>CONTRACTOR-INDIVIDUAL<br>EFFECTIVE: 01/02/2020 | RICHARD NELSON<br>ADDRESS ON FILE |
| 2.753 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2018-RIC-AMD-00569<br>SERVICES /<br>CONSULTING-INDEPENDENT<br>CONTRACTOR-INDIVIDUAL<br>EFFECTIVE: 01/01/2018 | RICHARD NELSON<br>ADDRESS ON FILE |
| 2.754 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2021-RID-AMD-02827<br>SERVICES /<br>CONSULTING-INDEPENDENT<br>CONTRACTOR-COMPANY<br>EFFECTIVE: 10/27/2021 | RIDELINKS, INC.<br>1 S. FAIR OAKS AVE. STE 302<br>PASADENA, CA 91105 |



**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.755** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2020-RID-MAS-01413 SERVICES / CONSULTING-INDEPENDENT CONTRACTOR-COMPANY EFFECTIVE: 10/26/2020 | RIDELINKS, INC.<br>1 S. FAIR OAKS AVE. STE 302<br>PASADENA, CA 91105 |
| **2.756** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2020-RID-IND-00201 LICENSE AGREEMENT / SOFTWARE EFFECTIVE: 04/01/2020 | RIDELINKS, INC.<br>1 S. FAIR OAKS AVE. STE 302<br>PASADENA, CA 91105 |
| **2.757** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2023-RID-MAS-04053 SERVICES / CONSULTING-INDEPENDENT CONTRACTOR-COMPANY EFFECTIVE: 11/28/2022 | RIDELINKS, INC.<br>1 S. FAIR OAKS AVE. STE 302<br>PASADENA, CA 91105 |
| **2.758** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2022-RIG-MAS-03350 RENTAL & LEASE AGREEMENT / EQUIPMENT EFFECTIVE: 06/03/2022 | RIG-TECH, LLC<br>10555 WEST LITTLE YORK<br>HOUSTON, TX 77041 |
| **2.759** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2020-ROC-MAS-00400 SERVICES / CONSULTING-INDEPENDENT CONTRACTOR-COMPANY EFFECTIVE: 01/18/2020 | ROCK IT DRYWALL, INC.<br>39434 VIA MONSERATE<br>MURRIETA, CA 92563 |
| **2.760** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2020-RLL-T&C-01155 PURCHASING AGREEMENT EFFECTIVE: 09/10/2020 | ROLLED ALLOYS, INC.<br>125 W. STERNS ROAD<br>TEMPERANCE, MI 48182 |
| **2.761** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2018-ROU-MAS-00256 SERVICES / CONSULTING-INDEPENDENT CONTRACTOR-INDIVIDUAL EFFECTIVE: 06/01/2018 | ROULO CONSULTING, INC.<br>8605 SANTA MONICA BLVD. #61189<br>LOS ANGELES, CA 90069 |



**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.762 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2022-RUA-T&C-03049<br>PURCHASING AGREEMENT<br>EFFECTIVE: 02/03/2022 | RUAG SPACE USA ,INC.<br>5690 DTC BLVD, 515E<br>GREENWOOD VILLAGE, CO 80111 |
| 2.763 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2020-RUS-MAS-00120<br>SERVICES /<br>CONSULTING-INDEPENDENT<br>CONTRACTOR-INDIVIDUAL<br>EFFECTIVE: 02/21/2020 | RUSSELL A. ELLIS CONSULTING<br>12970 BRANDYWINE DRIVE<br>SARATOGA, CA 95070 |
| 2.764 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2020-RVT-MAS-01357<br>LICENSE AGREEMENT / SOFTWARE<br>EFFECTIVE: 03/23/2020 | RVTOOLS<br>783 COUNTRY ROAD 42<br>VICTOR, NY 14564 |
| 2.765 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2019-RYA-MAS-00255<br>SERVICES /<br>CONSULTING-INDEPENDENT<br>CONTRACTOR-INDIVIDUAL<br>EFFECTIVE: 08/22/2019 | RYAN JAMES OLLOS<br>ADDRESS ON FILE |
| 2.766 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2022-SAL-MAS-03919<br>LICENSE AGREEMENT / SOFTWARE<br>EFFECTIVE: 11/30/2022 | SALESFORCE.COM, INC<br>SAN FRANCISCO<br>SAN FRANCISCO, CA 94105 |
| 2.767 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2020-SAL-IND-00800<br>LICENSE AGREEMENT / SOFTWARE<br>EFFECTIVE: 08/25/2020 | SALESFORCE.COM, INC<br>SAN FRANCISCO<br>SAN FRANCISCO, CA 94105 |
| 2.768 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2020-SAL-IND-00726<br>LICENSE AGREEMENT / SOFTWARE<br>EFFECTIVE: 07/25/2020 | SALESFORCE.COM, INC<br>SAN FRANCISCO<br>SAN FRANCISCO, CA 94105 |



**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.769 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT #: 2020-SAL-IND-01330 LICENSE AGREEMENT / SOFTWARE EFFECTIVE: 11/01/2020 | SALESFORCE.COM, INC SAN FRANCISCO SAN FRANCISCO, CA 94105 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.770 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT #: 2017-SAL-IND-00481 LICENSE AGREEMENT / SOFTWARE EFFECTIVE: 07/25/2017 | SALESFORCE.COM, INC SAN FRANCISCO SAN FRANCISCO, CA 94105 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.771 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT #: -SAR-MAS-03205 LICENSE AGREEMENT / SOFTWARE EFFECTIVE: 03/15/2022 | SARATECH IS THE DBA FOR PAYDARFAR INDUSTRIES, INC 14 MONARCH BAY PLAZA #429 DANA POINT, CA 92629 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.772 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT #: 2022-SAR-MAS-03018 SERVICES EFFECTIVE: 01/25/2022 | SARATECH IS THE DBA FOR PAYDARFAR INDUSTRIES, INC 14 MONARCH BAY PLAZA #429 DANA POINT, CA 92629 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.773 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT #: 2020-SAR-IND-00279 LICENSE AGREEMENT / SOFTWARE EFFECTIVE: 05/01/2020 | SARATECH IS THE DBA FOR PAYDARFAR INDUSTRIES, INC 14 MONARCH BAY PLAZA #429 DANA POINT, CA 92629 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.774 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT #: 2019-SAR-AMD-03046 SERVICES / CONSULTING-INDEPENDENT CONTRACTOR-COMPANY EFFECTIVE: 04/02/2019 | SARATECH IS THE DBA FOR PAYDARFAR INDUSTRIES, INC 14 MONARCH BAY PLAZA #429 DANA POINT, CA 92629 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.775 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT #: 2020-SAR-IND-00278 LICENSE AGREEMENT / SOFTWARE EFFECTIVE: 05/01/2020 | SARATECH IS THE DBA FOR PAYDARFAR INDUSTRIES, INC 14 MONARCH BAY PLAZA #429 DANA POINT, CA 92629 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |



**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.776 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2017-SAR-MAS-03044<br>SERVICES / CONSULTING-INDEPENDENT CONTRACTOR-COMPANY<br>EFFECTIVE: 06/13/2017 | SARATECH IS THE DBA FOR PAYDARFAR INDUSTRIES, INC<br>14 MONARCH BAY PLAZA #429<br>DANA POINT, CA 92629 |
| 2.777 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2020-SAR-IND-00277<br>LICENSE AGREEMENT / SOFTWARE<br>EFFECTIVE: 05/01/2020 | SARATECH IS THE DBA FOR PAYDARFAR INDUSTRIES, INC<br>14 MONARCH BAY PLAZA #429<br>DANA POINT, CA 92629 |
| 2.778 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2017-SAR-AMD-03045<br>SERVICES / CONSULTING-INDEPENDENT CONTRACTOR-COMPANY<br>EFFECTIVE: 06/15/2017 | SARATECH IS THE DBA FOR PAYDARFAR INDUSTRIES, INC<br>14 MONARCH BAY PLAZA #429<br>DANA POINT, CA 92629 |
| 2.779 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: -SAS-MAS-00231<br>LICENSE AGREEMENT / SOFTWARE | SAS INSTITUTE INC.<br>SAS CAMPUS DRIVE<br>CARY, NC 27513 |
| 2.780 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2022-SAT-MAS-03608<br>RENTAL & LEASE AGREEMENT / EQUIPMENT<br>EFFECTIVE: 06/28/2022 | SATCO, INC.<br>1601 E. EL SEGUNDO BLVD.<br>EL SEGUNDO, CA 90245 |
| 2.781 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2022-SAT-LSA-03100<br>BIZ DEV / LSA<br>EFFECTIVE: 03/25/2022 | SATELLITE APPLICATIONS CATAPULT LTD.<br>ELECTRON BUILDING, FERMI AVENUE<br>HARWELL CAMPUS<br>DIDCOT, OX11 0QR<br>UNITED KINGDOM |
| 2.782 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2022-SAT-AMD-03304<br>BIZ DEV / LSA<br>EFFECTIVE: 12/21/2022 | SATREV, S.A.<br>STABLOWICKA 147<br>WROCLAW, 54-066<br>POLAND |



**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.783 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT #: 2021-SAT-TERMSHEET-02454 INVESTOR AGREEMENT / INVESTMENT IN 3PO EFFECTIVE: 12/14/2021 | SATREV, S.A. STABLOWICKA 147 WROCLAW, 54-066 POLAND |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.784 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT #: 2022-SAT-SPA-03885 INVESTOR AGREEMENT / INVESTMENT IN 3PO EFFECTIVE: 06/06/2022 | SATREV, S.A. STABLOWICKA 147 WROCLAW, 54-066 POLAND |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.785 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT #: 2022-SCA-MAS-03822 LETTER AGREEMENT / AUDITOR EFFECTIVE: 10/03/2022 | SCALAR CA, LLC 874 E PIONEER ROAD DRAPER, UT 84020 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.786 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT #: 2017-SEC-MAS-00710 SERVICES / CONSULTING-INDEPENDENT CONTRACTOR-COMPANY EFFECTIVE: 11/06/2017 | SECOND ORDER EFFECTS, INC. 711 HAWAII ST EL SEGUNDO, CA 90245 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.787 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT #: 2023-SHA-MAS-04014 SERVICES / CONSULTING-INDEPENDENT CONTRACTOR-INDIVIDUAL EFFECTIVE: 01/19/2023 | SHANG L HSIUNG ADDRESS ON FILE |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.788 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT #: 2022-SHO-MAS-03845 LICENSE AGREEMENT / SOFTWARE EFFECTIVE: 10/12/2022 | SHOPIFY 151 O'CONNOR STREET GROUND FLOOR OTTAWA, ONTARIO, K2P2L8 CANADA |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.789 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT #: 2019-SHR-MAS-00427 SERVICES / CONSULTING-INDEPENDENT CONTRACTOR-COMPANY EFFECTIVE: 08/12/2019 | SHRED-IT USA, LLC 28883 NETWORK PLACE CHICAGO, IL 60673-1288 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Name



**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.790** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: -SHR-MAS-04051 SERVICES / CONSULTING-INDEPENDENT CONTRACTOR-COMPANY | SHRED-IT USA, LLC 28883 NETWORK PLACE CHICAGO, IL 60673-1288 |


| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.790** | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: -SHR-MAS-04051 SERVICES / CONSULTING-INDEPENDENT CONTRACTOR-COMPANY | SHRED-IT USA, LLC 28883 NETWORK PLACE CHICAGO, IL 60673-1288 |
| **2.791** | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2022-SIL-T&C-03764 PURCHASING AGREEMENT EFFECTIVE: 09/08/2022 | SILMID UNIT 1 & 2 ROMAN PARK COLESHILL, BIRMINGHAM, B46 1HG UNITED KINGDOM |
| **2.792** | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2017-SIT-LSA-02151 BIZ DEV / LSA EFFECTIVE: 02/09/2018 | SITAEL S.P.A. VIA SAN SABINO 21 ZONA INDUSTRIALE MOLA DE BARI BA, APULIA, 70042 ITALY |
| **2.793** | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2020-SKY-MAS-02529 INVESTOR AGREEMENT EFFECTIVE: 12/16/2020 | SKY AND SPACE GLOBAL (UK) LTD 201 HAVERSTOCK HILL SECOND FLOOR LONDON, ENGLAND, NW3 4QG UNITED KINGDOM |
| **2.794** | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2021-SKY-SASOPTIONS-02469 INVESTOR AGREEMENT EFFECTIVE: 08/20/2021 | SKY AND SPACE GLOBAL (UK) LTD 201 HAVERSTOCK HILL SECOND FLOOR LONDON, ENGLAND, NW3 4QG UNITED KINGDOM |
| **2.795** | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2021-SKY-AMD-02530 INVESTOR AGREEMENT EFFECTIVE: 09/10/2021 | SKY AND SPACE GLOBAL (UK) LTD 201 HAVERSTOCK HILL SECOND FLOOR LONDON, ENGLAND, NW3 4QG UNITED KINGDOM |
| **2.796** | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2019-SKY-MAS-01353 LICENSE AGREEMENT / SOFTWARE EFFECTIVE: 05/29/2019 | SKYDEL SOLUTIONS INC. 1275 AVENUE DES CANADIENS-DE-MONTREAL, 5TH FLO MONTREAL, ON H3B 0G4 CANADA |

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.797 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT #: 2020-SLA-IND-01027 SERVICES / PEOPLE EVENT & SERVICES EFFECTIVE: 08/26/2020 | SLATE ADVISERS, INC. 255 CONSTITUTION DRIVE MENLO PARK, CA 94025 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.798 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT #: 2019-SMA-MAS-00253 SERVICES / STAFFING SERVICES EFFECTIVE: 08/05/2019 | SMA, INC. 18400 VON KARMAN AVE. STE 500 IRVINE, CA 92612 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.799 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT #: 2022-SMA-IND-03038 LICENSE AGREEMENT / SOFTWARE EFFECTIVE: 01/31/2022 | SMARTSHEET, INC. 10500 NE 8TH STREET SUITE 1300 BELLEVUE, WA 98004-4357 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.800 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT #: 2022-SMA-CO-03647 PURCHASING AGREEMENT / IT EQUIPMENT EFFECTIVE: 07/20/2022 | SMARTSHEET, INC. 10500 NE 8TH STREET SUITE 1300 BELLEVUE, WA 98004-4357 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.801 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT #: 2020-SMA-IND-01321 LICENSE AGREEMENT / SOFTWARE EFFECTIVE: 11/19/2020 | SMARTSHEET, INC. 10500 NE 8TH STREET SUITE 1300 BELLEVUE, WA 98004-4357 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.802 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT #: 2022-SMA-IND-03124 LICENSE AGREEMENT / SOFTWARE EFFECTIVE: 02/17/2022 | SMARTSHEET, INC. 10500 NE 8TH STREET SUITE 1300 BELLEVUE, WA 98004-4357 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.803 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT #: 2022-SMA-MAS-03843 LICENSE AGREEMENT / SOFTWARE EFFECTIVE: 10/31/2022 | SMARTSHEET, INC. 10500 NE 8TH STREET SUITE 1300 BELLEVUE, WA 98004-4357 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |



**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.804** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2020-SMA-MAS-01173 LICENSE AGREEMENT / SOFTWARE EFFECTIVE: 09/18/2020 | SMARTSHEET, INC. 10500 NE 8TH STREET SUITE 1300 BELLEVUE, WA 98004-4357 |
| **2.805** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2021-SMA-IND-02886 LICENSE AGREEMENT / SOFTWARE EFFECTIVE: 12/13/2021 | SMARTSHEET, INC. 10500 NE 8TH STREET SUITE 1300 BELLEVUE, WA 98004-4357 |
| **2.806** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2022-SMA-MAS-03655 PURCHASING AGREEMENT / IT EQUIPMENT EFFECTIVE: 07/31/2022 | SMARTSHEET, INC. 10500 NE 8TH STREET SUITE 1300 BELLEVUE, WA 98004-4357 |
| **2.807** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2021-SMA-SOW-02693 LICENSE AGREEMENT / SOFTWARE EFFECTIVE: 10/20/2021 | SMARTSHEET, INC. 10500 NE 8TH STREET SUITE 1300 BELLEVUE, WA 98004-4357 |
| **2.808** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2022-SMS-MAS-03329 BIZ DEV / BILL OF SALE (SELLING ITEMS) EFFECTIVE: 04/12/2022 | SMS ENGINEERING, INC. 2001 WILLIAMS DRIVE, SUITE 410 OXNARD, CA 93036 |
| **2.809** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2018-SON-AMD-00588 SERVICES / CONSULTING-INDEPENDENT CONTRACTOR-INDIVIDUAL EFFECTIVE: 06/08/2018 | SON HA ADDRESS ON FILE |
| **2.810** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2018-SON-MAS-00422 SERVICES / CONSULTING-INDEPENDENT CONTRACTOR-INDIVIDUAL EFFECTIVE: 06/23/2018 | SON HA ADDRESS ON FILE |



**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.811 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | CONTRACT #: 2017-SON-AMD-00586 SERVICES / CONSULTING-INDEPENDENT CONTRACTOR-INDIVIDUAL EFFECTIVE: 12/22/2017 | SON HA<br>ADDRESS ON FILE |
| 2.812 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | CONTRACT #: 2019-SOU-MAS-00267 SERVICES / CONSULTING-INDEPENDENT CONTRACTOR-INDIVIDUAL EFFECTIVE: 12/09/2019 | SOUTH BAY CAD SERVICES, LLC<br>26756 MENOMINEE PLACE<br>RANCHO PALOS VERDE, CA 90275 |
| 2.813 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | CONTRACT #: 2022-SOU-MAS-03498 LETTER AGREEMENT EFFECTIVE: 05/31/2022 | SOUTH COAST AIR QUALITY MANAGEMENT DISTRICT<br>21865 COPLEY DRIVE<br>DIAMOND BAR, CA 91765 |
| 2.814 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | CONTRACT #: 2017-SOU-MSA-03080 SERVICES EFFECTIVE: 11/06/2017 | SOUTHERN CALIFORNIA EDISON COMPANY<br>2244 WALNUT GROVE AVENUE<br>ROSEMEAD, CA 91770 |
| 2.815 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | CONTRACT #: 2023-SOU-AMD-04027 BIZ DEV / MOUS/MOAS - NON-BINDING EFFECTIVE: 12/30/2022 | SOUTHWEST RESEARCH INSTITUTE (SWRI)<br>6220 CULEBRA ROAD<br>SAN ANTONIO, TX 78238-5166 |
| 2.816 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | CONTRACT #: 2021-SPA-MOU-02186 BIZ DEV / MOUS/MOAS - NON-BINDING EFFECTIVE: 11/18/2021 | SPACE STRATEGIES CONSULTING LTD<br>260 HEARST WAY SUITE 401<br>KANATA, ON K2L 3H1<br>CANADA |
| 2.817 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | CONTRACT #: 2021-SPA-T&C-02482 PURCHASING AGREEMENT EFFECTIVE: 08/24/2021 | SPACE VECTOR CORPORATION<br>20520 NORDOFF STREET<br>CHATSWORTH, CA 91311 |



**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.818** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2021-SPA-LSA-02854<br>BIZ DEV / LSA<br>EFFECTIVE: 12/21/2021      SPACEFLIGHT, INC.<br>1505 WESTLAKE AVE N<br>SUITE 600<br>SEATTLE, WA 98109 |
| **2.819** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2022-SPA-AMD-03997<br>PURCHASING AGREEMENT /<br>SUPPLIER AGREEMENT<br>EFFECTIVE: 12/22/2022      SPACEPORT CORNWALL<br>CHI AN LORELL, SECTOR 2<br>AEROHUB BUSINESS PARK<br>ST MAWGAN, NEWQUAY, CORNWALL, TR8 4RZ<br>UNITED KINGDOM |
| **2.820** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2022-SPA-MAS-03866<br>SERVICES / STATEMENT OF WORK<br>EFFECTIVE: 10/31/2022      SPACEPORT CORNWALL<br>CHI AN LORELL, SECTOR 2<br>AEROHUB BUSINESS PARK<br>ST MAWGAN, NEWQUAY, CORNWALL, TR8 4RZ<br>UNITED KINGDOM |
| **2.821** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2021-SPA-MAS-02814<br>LICENSE AGREEMENT / SOFTWARE<br>EFFECTIVE: 11/15/2021      SPACEWORKS ENTERPRISES, INC.<br>1050 CROWN POINTE PARKWAY SUITE 1400<br>ATLANTA, GA 30338 |
| **2.822** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2019-SPE-IND-00480<br>LICENSE AGREEMENT / SOFTWARE<br>EFFECTIVE: 08/03/2019      SPEC INNOVATIONS<br>10440 BALLS FORD RD.<br>SUITE 230<br>MANASSAS, VA 20109 |
| **2.823** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2021-SPE-T&C-02632<br>PURCHASING AGREEMENT<br>EFFECTIVE: 10/04/2021      SPECTRUM TECHNOLOGIES USA, INC.<br>3934 SANDSHELL DRIVE<br>FORT WORTH, TX 76137 |
| **2.824** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2022-SPI-LSA-03742<br>BIZ DEV / LSA<br>EFFECTIVE: 09/30/2022      SPIRE GLOBAL INC.<br>33 NORFOLK STREET<br>SAN FRANCISCO, CA 94103 |

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.825** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2020-SPR-IND-00755<br>LICENSE AGREEMENT<br>EFFECTIVE: 01/16/2020 | SPRINGER NATURE SWITZERLAND AG<br>GEWERBESTR. 11 6330 CHAM<br><br>SWITZERLAND |
| **2.826** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2022-STA-MAS-03552<br>LETTER AGREEMENT<br>EFFECTIVE: 06/15/2022 | STATE OF CALIFORNIA EMPLOYMENT TRAINING PANEL<br>SACRAMENTO CENTRAL OFFICE<br>1100 J STREET, 4TH FLOOR<br>SACRAMENTO, CA 95814 |
| **2.827** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: ET20-0335<br>SERVICES<br>EFFECTIVE: 08/11/2020 | STATE OF CALIFORNIA EMPLOYMENT TRAINING PANEL<br>SACRAMENTO CENTRAL OFFICE<br>1100 J STREET, 4TH FLOOR<br>SACRAMENTO, CA 95814 |
| **2.828** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2019-STA-MAS-00416<br>SERVICES /<br>CONSULTING-INDEPENDENT<br>CONTRACTOR-COMPANY<br>EFFECTIVE: 09/16/2019 | STATERA, INC.<br>5619 DTC PARKWAY, SUITE 900<br>GREENWOOD VILLAGE, CO 80111 |
| **2.829** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2019-STA-SOW-00605<br>SERVICES /<br>CONSULTING-INDEPENDENT<br>CONTRACTOR-COMPANY<br>EFFECTIVE: 08/27/2019 | STATERA, INC.<br>5619 DTC PARKWAY, SUITE 900<br>GREENWOOD VILLAGE, CO 80111 |
| **2.830** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2019-STE-MAS-00268<br>SERVICES /<br>CONSULTING-INDEPENDENT<br>CONTRACTOR-COMPANY<br>EFFECTIVE: 07/01/2019 | STEINHORST GROUP<br>17440 DALLAS PARKWAY<br>SUITE 204<br>DALLAS, TX 78287 |
| **2.831** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2021-STE-MAS-02361<br>SERVICES /<br>CONSULTING-INDEPENDENT<br>CONTRACTOR-COMPANY<br>EFFECTIVE: 07/27/2021 | STELLAR SOLUTIONS, INC.<br>250 CAMBRIDGE AVENUE<br>SUITE 204<br>PALO ALTO, CA 94306 |



**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.832** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

CONTRACT #: -STEVEB-MAS-01807
SERVICES / CONSULTING-INDEPENDENT CONTRACTOR-COMPANY
EFFECTIVE: 03/16/2021

STEVEN A BOULEY CONSULTING, LLC
5307 MOONSHADOW STREET
SIMI VALLEY, CA 93063

---

**2.833** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

CONTRACT #: -STEVEB-SOW1-01808
SERVICES / CONSULTING-INDEPENDENT CONTRACTOR-COMPANY
EFFECTIVE: 03/22/2021

STEVEN A BOULEY CONSULTING, LLC
5307 MOONSHADOW STREET
SIMI VALLEY, CA 93063

---

**2.834** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

CONTRACT #: 2022-STE-IND-03802
LETTER AGREEMENT / AUDITOR
EFFECTIVE: 09/16/2022

STEWART & CO. LLP
KNOLL HOUSE, KNOLL ROAD
CAMBERLEY, GU15 3SY
UNITED KINGDOM

---

**2.835** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

CONTRACT #: 2020-STR-MAS-00116
SERVICES / CONSULTING-INDEPENDENT CONTRACTOR-COMPANY
EFFECTIVE: 02/12/2020

STRESS LESS, LLC
5319 UNIVERSITY DRIVE #253
IRVINE, CA 92612

---

**2.836** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

CONTRACT #: 2019-STU-MAS-00415
SERVICES / CONSULTING-INDEPENDENT CONTRACTOR-COMPANY
EFFECTIVE: 06/14/2019

STUDIO 637 LLC
637 CYPRESS AVENUE
HERMOSA BEACH, CA 90254

---

**2.837** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

CONTRACT #: 2019-SUP-MAS-01532
SERVICES / CONSULTING-INDEPENDENT CONTRACTOR-COMPANY
EFFECTIVE: 12/03/2019

SUPERCLUSTER LLC
49 BLEECKER STREET
NEW YORK, NY 10012

---

**2.838** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

CONTRACT #: 2020-SUP-SOW-02116
SERVICES / CONSULTING-INDEPENDENT CONTRACTOR-COMPANY
EFFECTIVE: 12/22/2020

SUPERCLUSTER LLC
49 BLEECKER STREET
NEW YORK, NY 10012



**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. | |
|---|---|
| **List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |

| | | |
|---|---|---|
| 2.839 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | CONTRACT #: 2021-SWI-SOW-01669<br>SERVICES /<br>CONSULTING-INDEPENDENT<br>CONTRACTOR-COMPANY<br>EFFECTIVE: 02/02/2021 | SWITCH, LTD<br>6795 S EDMOND ST SUITE 220<br>LAS VEGAS, NV 89118 |
| 2.840 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | CONTRACT #: 2021-SWI-SOW-01592<br>SERVICES<br>EFFECTIVE: 01/25/2021 | SWITCH, LTD<br>6795 S EDMOND ST SUITE 220<br>LAS VEGAS, NV 89118 |
| 2.841 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | CONTRACT #: 2021-SWI-SOW-02537<br>SERVICES<br>EFFECTIVE: 09/13/2021 | SWITCH, LTD<br>6795 S EDMOND ST SUITE 220<br>LAS VEGAS, NV 89118 |
| 2.842 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | CONTRACT #: 2019-SWI-MAS-00450<br>SERVICES /<br>CONSULTING-INDEPENDENT<br>CONTRACTOR-COMPANY<br>EFFECTIVE: 03/01/2019 | SWITCH, LTD<br>6795 S EDMOND ST SUITE 220<br>LAS VEGAS, NV 89118 |
| 2.843 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | CONTRACT #: 2022-SWI-LTR-03682<br>SERVICES<br>EFFECTIVE: 08/05/2022 | SWITCH, LTD<br>6795 S EDMOND ST SUITE 220<br>LAS VEGAS, NV 89118 |
| 2.844 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | CONTRACT #: 2022-SWI-IND-03530<br>LICENSE AGREEMENT / SOFTWARE<br>EFFECTIVE: 08/10/2022 | SWITCH, LTD<br>6795 S EDMOND ST SUITE 220<br>LAS VEGAS, NV 89118 |
| 2.845 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | CONTRACT #: 2022-SWI-IND-03888<br>LICENSE AGREEMENT / SOFTWARE<br>EFFECTIVE: 11/04/2022 | SWITCH, LTD<br>6795 S EDMOND ST SUITE 220<br>LAS VEGAS, NV 89118 |



**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.846 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT #: 2020-SYN-IND-01288 LICENSE AGREEMENT / SOFTWARE EFFECTIVE: 11/20/2020 | SYNOPSYS 690 EAST MIDDLEFIELD ROAD MOUNTAIN VIEW, CA 94043 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.847 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT #: 2017-SYN-MAS-01362 LICENSE AGREEMENT / SOFTWARE EFFECTIVE: 09/17/2017 | SYNQOR, INC. 155 SWANSON RD BOXBOROUGH, MA 01719 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.848 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT #: 2022-SYN-MAS-03489 BIZ DEV / MOUS/MOAS - NON-BINDING EFFECTIVE: 06/06/2022 | SYNSPECTIVE THE BREW KIYOSUMISHIRAKAWA 1F TOKYO, 3-10-3 JAPAN |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.849 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT #: 2022-SYN-MAS-03488 BIZ DEV / MOUS/MOAS - NON-BINDING EFFECTIVE: 06/06/2022 | SYNSPECTIVE THE BREW KIYOSUMISHIRAKAWA 1F TOKYO, 3-10-3 JAPAN |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.850 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT #: 2018-SYS-MAS-00381 SERVICES / CONSULTING-INDEPENDENT CONTRACTOR-COMPANY EFFECTIVE: 11/09/2018 | SYSKA HENNESY GROUP, INC 800 CORPORATE POINTE SUITE 200 CULVER CITY, CA 90230 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.851 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT #: 2021-TAB-IND-02681 LICENSE AGREEMENT / SOFTWARE EFFECTIVE: 10/13/2021 | TABLEAU SOFTWARE, INC. 1621 N. 34TH ST. SEATTLE, WA 98103 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.852 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT #: 2018-TAB-MAS-01337 LICENSE AGREEMENT / SOFTWARE EFFECTIVE: 12/06/2018 | TABLEAU SOFTWARE, INC. 1621 N. 34TH ST. SEATTLE, WA 98103 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor    Virgin Orbit, LLC
_____    Case number (If known): ___23-10408___
Name

    **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.853 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2019-TAB-MAS-01338<br>LICENSE AGREEMENT / SOFTWARE<br>EFFECTIVE: 10/14/2019 | TABLEAU SOFTWARE, INC.<br>1621 N. 34TH ST.<br>SEATTLE, WA 98103 |
| 2.854 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2022-TAL-MAS-03699<br>SERVICES / STAFFING SERVICES<br>EFFECTIVE: 08/26/2022 | TALENT ADVISORY GROUP LLC<br>1110 E PENNSYLVANIA ST<br>TUCSON, AZ 85714 |
| 2.855 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2022-TAL-MAS-03465<br>SERVICES /<br>CONSULTING-INDEPENDENT<br>CONTRACTOR-COMPANY<br>EFFECTIVE: 04/28/2022 | TALENT LINK, LLC<br>1999 AVE OF THE STARS<br>CENTURY CITY, CA 90067 |
| 2.856 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2018-TEC-MAS-00236<br>SERVICES /<br>CONSULTING-INDEPENDENT<br>CONTRACTOR-COMPANY<br>EFFECTIVE: 10/29/2018 | TECHNOSSUS LLC<br>17885 VON KARMAN AVE STE 210<br>IRVINE, CA 92614 |
| 2.857 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2019-TEC-IND-00486<br>LICENSE AGREEMENT / SOFTWARE<br>EFFECTIVE: 02/14/2019 | TECHSMITH CORPORATION<br>2405 WOODLAKE DRIVE<br>OKEMOS, MI 48864 |
| 2.858 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2020-TEC-MAS-01408<br>LICENSE AGREEMENT / SOFTWARE<br>EFFECTIVE: 11/03/2020 | TECHSOLVE, INC<br>6705 STEGER DRIVE<br>CINCINNATI, OH 45237 |
| 2.859 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2019-TEC-MAS-01339<br>LICENSE AGREEMENT / SOFTWARE<br>EFFECTIVE: 05/17/2019 | TECPLOT INC<br>3535 FACTORIA BLVD SE, SUITE 530<br>BELLEVUE, WA 98006 |



**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.860** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2020-TER-AMD-01411<br>SERVICES /<br>CONSULTING-INDEPENDENT<br>CONTRACTOR-INDIVIDUAL<br>EFFECTIVE: 11/01/2020 | TERRY HANSON<br>ADDRESS ON FILE |
| **2.861** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2018-TER-MAS-00402<br>SERVICES /<br>CONSULTING-INDEPENDENT<br>CONTRACTOR-INDIVIDUAL<br>EFFECTIVE: 01/25/2018 | TERRY HANSON<br>ADDRESS ON FILE |
| **2.862** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2022-TET-T&C-03088<br>PURCHASING AGREEMENT<br>EFFECTIVE: 02/15/2022 | TETHERS UNLIMITED, INC.<br>11711 N CREEK PKWY S<br>STE D-113<br>BOTHELL, WA 98011 |
| **2.863** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2018-THE-MAS-00496<br>SERVICES /<br>CONSULTING-INDEPENDENT<br>CONTRACTOR-COMPANY<br>EFFECTIVE: 02/15/2016 | THE AEROSPACE CORPORATION<br>2310 EAST EL SEGUNDO BLVD<br>LOS ANGELES, CA 90245 |
| **2.864** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2021-THE-AMD-02797<br>SERVICES /<br>CONSULTING-INDEPENDENT<br>CONTRACTOR-COMPANY<br>EFFECTIVE: 11/08/2021 | THE AEROSPACE CORPORATION<br>2310 EAST EL SEGUNDO BLVD<br>LOS ANGELES, CA 90245 |
| **2.865** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2021-BRU-MAS-02713<br>SERVICES /<br>CONSULTING-INDEPENDENT<br>CONTRACTOR-INDIVIDUAL<br>EFFECTIVE: 10/21/2021 | THE CHESLEY GROUP, LLC<br>1225 S CHURCH STREET<br>GEORGETOWN, TX 78626 |
| **2.866** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2023-THE-MAS-03989<br>SERVICES /<br>CONSULTING-INDEPENDENT<br>CONTRACTOR-COMPANY<br>EFFECTIVE: 01/04/2023 | THE GRAND<br>4101 E WILLOW ST<br>LONG BEACH, CA 90815 |



**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.867** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2020-THE-IND-00882 SERVICES / PEOPLE EVENT & SERVICES EFFECTIVE: 08/01/2020 | THE GUARDIAN LIFE INSURANCE COMPANY OF AMERICA 10 HUDSON YARDS NEW YORK, NY 10001 |
| **2.868** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2022-THE-MAS-03659 SERVICES / RECRUITING & DIRECT PLACEMENT EFFECTIVE: 07/22/2022 | THE GUTHRIE GROUP 4019 WESTERLY PL # 203 NEWPORT BEACH, CA 92660 |
| **2.869** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2018-THE-MAS-00243 SERVICES / CONSULTING-INDEPENDENT CONTRACTOR-INDIVIDUAL EFFECTIVE: 09/11/2018 | THE HIRE AGENCY INC 13955 TAHITI WAY #256 MARINA DEL REY, CA 90292 |
| **2.870** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2021-THE-MAS-02539 SERVICES / CONSULTING-INDEPENDENT CONTRACTOR-COMPANY EFFECTIVE: 09/13/2021 | THE INN AT LAGUNA BEACH, LLC DBA THE INN AT LAGUNA BEACH 211 N. COAST HIGHWAY LAGUNA BEACH, CA 92621 |
| **2.871** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2022-THE-MAS-03546 SERVICES / CONSULTING-INDEPENDENT CONTRACTOR-COMPANY EFFECTIVE: 06/14/2022 | THE INN AT LAGUNA BEACH, LLC DBA THE INN AT LAGUNA BEACH 211 N. COAST HIGHWAY LAGUNA BEACH, CA 92621 |
| **2.872** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2022-THE-LSA-03317 BIZ DEV / LSA EFFECTIVE: 04/18/2022 | THE INSTITUTE FOR Q-SHU PIONEERS OF SPACE, INC (IQPS) 5F 1-15-35 TENJIN CHUO-KU 810-0001 FUKUOKA, 810-0001 JAPAN |
| **2.873** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2022-IQPS-LS1-03325 BIZ DEV / LSA EFFECTIVE: 01/10/2023 | THE INSTITUTE FOR Q-SHU PIONEERS OF SPACE, INC (IQPS) 5F 1-15-35 TENJIN CHUO-KU 810-0001 FUKUOKA, 810-0001 JAPAN |



**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.874 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2019-THE-MAS-00269 SERVICES / CONSULTING-INDEPENDENT CONTRACTOR-COMPANY EFFECTIVE: 03/16/2019 | THE LAUNCH COMPANY, LLC 721 DEPOT DRIVE ANCHORAGE, AK 99501 |
| 2.875 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2021-THE-MAS-02160 PURCHASING AGREEMENT EFFECTIVE: 06/01/2021 | THE LEE COMPANY 2 PETTIPAUG ROAD WESTBROOK, CT 06498 |
| 2.876 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2019-THE-IND-00042 SERVICES EFFECTIVE: 12/23/2019 | THE M&P LAB, INC. 2210 TECHNOLOGY DRIVE SCHENECTADY, NY 12308 |
| 2.877 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2021-NAS-MAS-03114 SERVICES EFFECTIVE: 12/28/2021 | THE NASDAQ STOCK MARKET LLC 151 W. 42ND STREET NEW YORK, NY 10036 |
| 2.878 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2022-THE-MAS-03809 LICENSE AGREEMENT / SOFTWARE EFFECTIVE: 10/18/2022 | THE SAGE GROUP PLC 271 17TH STREET NORTHWEST ATLANTA, GA 30363 |
| 2.879 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2022-THE-MAS-03607 SERVICES EFFECTIVE: 07/01/2022 | THE SECRETARY OF STATE FOR DEFENCE OF THE GOVERNMENT OF THE UNITED KINGDOM OF GREAT BRITAIN AND NORTHERN IRELAND ACTING THROUGH THE ROYAL AIR FORCE HIGH WYCOMBE BUCKINGHAMPLACE, HP14 4UF UNITED KINGDOM |
| 2.880 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2020-UKRAF-MAS-01681 SERVICES EFFECTIVE: 11/12/2020 | THE SECRETARY OF STATE FOR DEFENCE OF THE GOVERNMENT OF THE UNITED KINGDOM OF GREAT BRITAIN AND NORTHERN IRELAND ACTING THROUGH THE ROYAL AIR FORCE HIGH WYCOMBE BUCKINGHAMPLACE, HP14 4UF UNITED KINGDOM |



**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.881 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2017-THE-MAS-01393<br>LICENSE AGREEMENT / SOFTWARE<br>EFFECTIVE: 01/01/2017 | THE ULTIMATE SOFTWARE GROUP, INC.<br>2000 ULTIMATE WAY<br>WESTON, FL 33326 |
| 2.882 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2019-THE-MAS-00270<br>SERVICES /<br>CONSULTING-INDEPENDENT<br>CONTRACTOR-INDIVIDUAL<br>EFFECTIVE: 11/25/2019 | THE WEATHER REPORTER, LLC<br>101 S COURTENAY PKWY<br>SUITE 206<br>MERRITT ISLAND, FL 32952 |
| 2.883 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2020-THE-MAS-00432<br>SERVICES /<br>CONSULTING-INDEPENDENT<br>CONTRACTOR-COMPANY<br>EFFECTIVE: 01/12/2020 | THERMOTRON INDUSTRIES<br>PO BOX 689590<br>CHICAGO, IL 60695-9590 |
| 2.884 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2019-TOM-MAS-00494<br>SERVICES /<br>CONSULTING-INDEPENDENT<br>CONTRACTOR-INDIVIDUAL<br>EFFECTIVE: 02/26/2019 | TOM DONAHUE PLUMBING<br>ADDRESS ON FILE |
| 2.885 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2019-TOT-MAS-00440<br>SERVICES /<br>CONSULTING-INDEPENDENT<br>CONTRACTOR-COMPANY<br>EFFECTIVE: 03/31/2019 | TOTAL ENVIRONMENTAL MANAGEMENT, INC.<br>1415 N BURTON PLACE<br>ANAHEIM, CA 92806 |
| 2.886 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2021-TOT-MAS-02645<br>LICENSE AGREEMENT / SOFTWARE<br>EFFECTIVE: 10/10/2021 | TOTALREWARDS SOFTWARE, INC.<br>201 CREEKSIDE RIDGE COURT<br>ROSEVILLE, CA 95678 |
| 2.887 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2022-TOW-MAS-03805<br>SERVICES /<br>CONSULTING-INDEPENDENT<br>CONTRACTOR-COMPANY<br>EFFECTIVE: 09/01/2022 | TOWNEPLACE SUITES BY MARRIOTT<br>1052 MAGELLAN DRIVE<br>TEHACHAPI, CA 93561 |



**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.888** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | CONTRACT #: 2022-TRA-SOW-03679 SERVICES / STATEMENT OF WORK EFFECTIVE: 08/15/2022 | TRACE3, LLC <br> 7565 IRVINE CENTER DRIVE #200 <br> IRVINE, CA 92618 |
| **2.889** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | CONTRACT #: 2021-TRA-SOW-01849 LICENSE AGREEMENT / SOFTWARE EFFECTIVE: 03/26/2021 | TRACE3, LLC <br> 7565 IRVINE CENTER DRIVE #200 <br> IRVINE, CA 92618 |
| **2.890** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | CONTRACT #: 2022-TRA-CO-03863 LICENSE AGREEMENT / SOFTWARE EFFECTIVE: 10/21/2022 | TRACE3, LLC <br> 7565 IRVINE CENTER DRIVE #200 <br> IRVINE, CA 92618 |
| **2.891** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | CONTRACT #: 2020-TRA-SOW-01486 SERVICES / CONSULTING-INDEPENDENT CONTRACTOR-COMPANY EFFECTIVE: 07/02/2020 | TRACE3, LLC <br> 7565 IRVINE CENTER DRIVE #200 <br> IRVINE, CA 92618 |
| **2.892** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | CONTRACT #: 2020-TRA-MAS-01329 SERVICES / CONSULTING-INDEPENDENT CONTRACTOR-COMPANY EFFECTIVE: 11/02/2020 | TRACE3, LLC <br> 7565 IRVINE CENTER DRIVE #200 <br> IRVINE, CA 92618 |
| **2.893** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | CONTRACT #: 2021-TRA-SOW-01961 LICENSE AGREEMENT / SOFTWARE EFFECTIVE: 03/21/2021 | TRACE3, LLC <br> 7565 IRVINE CENTER DRIVE #200 <br> IRVINE, CA 92618 |
| **2.894** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | CONTRACT #: 2022-TRA-SOW-03519 SERVICES / STATEMENT OF WORK EFFECTIVE: 04/27/2022 | TRACE3, LLC <br> 7565 IRVINE CENTER DRIVE #200 <br> IRVINE, CA 92618 |



**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.895** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2021-TRA-SOW09-02572 SERVICES / STATEMENT OF WORK EFFECTIVE: 09/16/2021 | TRACE3, LLC 7565 IRVINE CENTER DRIVE #200 IRVINE, CA 92618 |
| **2.896** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2022-TRA-IND-03591 SERVICES / CONSULTING-INDEPENDENT CONTRACTOR-COMPANY EFFECTIVE: 06/27/2022 | TRACE3, LLC 7565 IRVINE CENTER DRIVE #200 IRVINE, CA 92618 |
| **2.897** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2022-TRA-SOW-03501 SERVICES / CONSULTING-INDEPENDENT CONTRACTOR-COMPANY EFFECTIVE: 05/01/2022 | TRACE3, LLC 7565 IRVINE CENTER DRIVE #200 IRVINE, CA 92618 |
| **2.898** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2021-TRA-SOW11-02574 SERVICES / STATEMENT OF WORK EFFECTIVE: 09/20/2021 | TRACE3, LLC 7565 IRVINE CENTER DRIVE #200 IRVINE, CA 92618 |
| **2.899** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2020-TRA-MAS-01392 LICENSE AGREEMENT / SOFTWARE EFFECTIVE: 03/30/2020 | TRACE3, LLC 7565 IRVINE CENTER DRIVE #200 IRVINE, CA 92618 |
| **2.900** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2021-TRA-SOW13-02860 SERVICES EFFECTIVE: 12/06/2021 | TRACE3, LLC 7565 IRVINE CENTER DRIVE #200 IRVINE, CA 92618 |
| **2.901** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2021-TRA-SOW10-02573 SERVICES / STATEMENT OF WORK EFFECTIVE: 09/20/2021 | TRACE3, LLC 7565 IRVINE CENTER DRIVE #200 IRVINE, CA 92618 |



**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.902 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | CONTRACT #: 2022-TRA-CO-03236 SERVICES / CONSULTING-INDEPENDENT CONTRACTOR-COMPANY EFFECTIVE: 03/25/2022 | TRACE3, LLC<br>7565 IRVINE CENTER DRIVE #200<br>IRVINE, CA 92618 |
| 2.903 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | CONTRACT #: 2022-TRA-AMD-03642 LICENSE AGREEMENT / SOFTWARE EFFECTIVE: 07/25/2022 | TRACE3, LLC<br>7565 IRVINE CENTER DRIVE #200<br>IRVINE, CA 92618 |
| 2.904 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | CONTRACT #: 2019-TRA-MAS-00673 SERVICES / CONSULTING-INDEPENDENT CONTRACTOR-COMPANY EFFECTIVE: 01/04/2019 | TRACE3, LLC<br>7565 IRVINE CENTER DRIVE #200<br>IRVINE, CA 92618 |
| 2.905 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | CONTRACT #: 2021-TRA-IND-02821 SERVICES EFFECTIVE: 11/19/2021 | TRACE3, LLC<br>7565 IRVINE CENTER DRIVE #200<br>IRVINE, CA 92618 |
| 2.906 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | CONTRACT #: 2021-TRA-T&C-02592 LICENSE AGREEMENT / SOFTWARE EFFECTIVE: 09/23/2021 | TRACE3, LLC<br>7565 IRVINE CENTER DRIVE #200<br>IRVINE, CA 92618 |
| 2.907 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | CONTRACT #: 2022-TRA-CO-03835 LICENSE AGREEMENT / SOFTWARE EFFECTIVE: 10/11/2022 | TRACE3, LLC<br>7565 IRVINE CENTER DRIVE #200<br>IRVINE, CA 92618 |
| 2.908 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | CONTRACT #: 2019-TRI-MAS-00435 SERVICES / CONSULTING-INDEPENDENT CONTRACTOR-COMPANY EFFECTIVE: 06/05/2019 | TRIDENT CALIBRATION LABS<br>9005 ETON AVE STE B<br>CANOGA PARK, CA 91304 |



**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. | |
| --- | --- |
| **List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| **2.909** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2019-TRI-MAS-01369 LICENSE AGREEMENT / SOFTWARE EFFECTIVE: 07/29/2019 | TRIMBLE INC. 935 STEWART DRIVE SUNNYVALE, CA 94085 |
| **2.910** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2020-TRI-MAS-00414 SERVICES / CONSULTING-INDEPENDENT CONTRACTOR-COMPANY EFFECTIVE: 02/10/2020 | TRINITY CONSULTANTS, INC. 20 CORPORATE PARK SUITE 200 IRVINE, CA 92606 |
| **2.911** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2019-TRI-MAS-00251 SERVICES / STAFFING SERVICES EFFECTIVE: 07/01/2019 | TRIPLE CROWN CONSULTING, LLC 10814 JOLLYVILLE RD SUITE 100 AUSTIN, TX 78759 |
| **2.912** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2018-TRI-AMD-00301 SERVICES / STAFFING SERVICES EFFECTIVE: 05/28/2018 | TRIPLE CROWN CONSULTING, LLC 10814 JOLLYVILLE RD SUITE 100 AUSTIN, TX 78759 |
| **2.913** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2021-TRI-AMD-01910 SERVICES / STAFFING SERVICES EFFECTIVE: 04/09/2021 | TRIPLE CROWN CONSULTING, LLC 10814 JOLLYVILLE RD SUITE 100 AUSTIN, TX 78759 |
| **2.914** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2019-TWO-MAS-00444 SERVICES / CONSULTING-INDEPENDENT CONTRACTOR-COMPANY EFFECTIVE: 01/21/2019 | TWO FURNISH 2500 DE LA CRUZ BLVD SANTA CLARA, CA 95050 |
| **2.915** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2021-TYVAK-ICA-02104 SERVICES / CONSULTING-INDEPENDENT CONTRACTOR-COMPANY EFFECTIVE: 05/17/2021 | TYVAK NANO-SATELLITE SYSTEMS INC. 15330 BARRANCA PARKWAY IRVINE,, CA 92618 |



**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.916** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER LEASE AGREEMENT - SCHEDULE 2090854 | U.S. BANK EQUIPMENT FINANCE, A DIVISION OF U.S. BANK NATIONAL ASSOCIATION<br>1310 MADRID ST<br>MARSHALL, MN 56258 |
| **2.917** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2021-UKS-MAS-01992<br>TERM SHEET<br>EFFECTIVE: 04/28/2021 | UK SPACE AGENCY<br>POLARIS HOUSE<br>NORTH STAR AVENUE<br>SWINDON, WILTSHIRE, SN2 1SZ<br>UNITED KINGDOM |
| **2.918** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2019-UKSA-GFA-03383<br>BIZ DEV / OTHER<br>REVENUE/FEASIBILITY STUDY<br>EFFECTIVE: 11/05/2019 | UK SPACE AGENCY<br>POLARIS HOUSE<br>NORTH STAR AVENUE<br>SWINDON, WILTSHIRE, SN2 1SZ<br>UNITED KINGDOM |
| **2.919** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2017-THE-MAS-00789<br>LICENSE AGREEMENT / SOFTWARE<br>EFFECTIVE: 08/30/2017 | UKG INC.<br>900 CHELMSFORD ST<br>LOWELL, MA 01851 |
| **2.920** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2020-THE-AMD-01225<br>LICENSE AGREEMENT / SOFTWARE<br>EFFECTIVE: 08/30/2020 | UKG INC.<br>900 CHELMSFORD ST<br>LOWELL, MA 01851 |
| **2.921** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2019-THE-AMD-00808<br>LICENSE AGREEMENT / SOFTWARE<br>EFFECTIVE: 03/11/2019 | UKG INC.<br>900 CHELMSFORD ST<br>LOWELL, MA 01851 |
| **2.922** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2018-THE-IND-00791<br>SERVICES /<br>CONSULTING-INDEPENDENT<br>CONTRACTOR-COMPANY<br>EFFECTIVE: 03/20/2018 | UKG INC.<br>900 CHELMSFORD ST<br>LOWELL, MA 01851 |



**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.923 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2018-THE-AMD-00790<br>LICENSE AGREEMENT / SOFTWARE<br>EFFECTIVE: 03/20/2018 | UKG INC.<br>900 CHELMSFORD ST<br>LOWELL, MA 01851 |
| 2.924 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2020-THE-IND-00792<br>SERVICES / PEOPLE EVENT &<br>SERVICES<br>EFFECTIVE: 07/23/2020 | UKG INC.<br>900 CHELMSFORD ST<br>LOWELL, MA 01851 |
| 2.925 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2019-UNI-AMD-03397<br>RENTAL & LEASE AGREEMENT /<br>REAL PROPERTY LEASE<br>EFFECTIVE: 04/01/2019 | UNITED PACIFIC INDUSTRIES<br>3788 E. CONANT ST.<br>LONG BEACH, CA 90808 |
| 2.926 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2022-UNI-MAS-03745<br>LETTER AGREEMENT<br>EFFECTIVE: 08/29/2022 | UNITED STATES GOVERNMENT<br>ADVOCACY CENTER<br>OMB CONTROL NO. 0625-0143<br>WASHINGTON, DC 20001 |
| 2.927 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2023-UNI-MAS-04028<br>LETTER AGREEMENT<br>EFFECTIVE: 01/23/2023 | UNITED STATES GOVERNMENT<br>ADVOCACY CENTER<br>OMB CONTROL NO. 0625-0143<br>WASHINGTON, DC 20001 |
| 2.928 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2019-UNI-MAS-01385<br>LICENSE AGREEMENT / SOFTWARE<br>EFFECTIVE: 07/16/2019 | UNIVERSAL TECHNICAL SYSTEMS, INC. (UTS)<br>4053 N PERRYVILLE RD<br>LOVES PARK, IL 61111 |
| 2.929 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2021-UPK-AMD-03573<br>LICENSE AGREEMENT / SOFTWARE<br>EFFECTIVE: 07/20/2021 | UPKEEP TECHNOLOGIES, INC.<br>10880 WILLSHIRE BLVD<br>LOS ANGELES, CA 90024 |

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.930 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2021-UPK-MAS-02269<br>LICENSE AGREEMENT / SOFTWARE<br>EFFECTIVE: 07/01/2021 | UPKEEP TECHNOLOGIES, INC.<br>10880 WILLSHIRE BLVD<br>LOS ANGELES, CA 90024 |
| 2.931 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: -UPK-IND-03207<br>LICENSE AGREEMENT / SOFTWARE | UPKEEP TECHNOLOGIES, INC.<br>10880 WILLSHIRE BLVD<br>LOS ANGELES, CA 90024 |
| 2.932 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2018-VAC-T&C-02715<br>PURCHASING AGREEMENT<br>EFFECTIVE: 11/16/2018 | VACCO INDUSTRIES<br>1050 VACCO STREET<br>SOUTH EL MONTE, CA 91733 |
| 2.933 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2019-VAI-MAS-01388<br>LICENSE AGREEMENT / SOFTWARE<br>EFFECTIVE: 08/10/2019 | VAISALA INC<br>194 SOUTH TAYLOR AVE.<br>LOUISVILLE, CO 80027-3024 |
| 2.934 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2022-VAR-MAS-03804<br>LICENSE AGREEMENT / SOFTWARE<br>EFFECTIVE: 10/01/2022 | VARONIS SYSTEMS, INC.<br>1250 BROADWAY 29TH FLOOR<br>NEW YORK, NY 10001 |
| 2.935 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2018-VEL-AMD-00570<br>SERVICES /<br>CONSULTING-INDEPENDENT<br>CONTRACTOR-COMPANY<br>EFFECTIVE: 05/25/2018 | VELOS LLC<br>726 SECOND STREET, SUITE 3B<br>ANNAPOLIS, MD 21403 |
| 2.936 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2019-VEL-MAS-00407<br>SERVICES /<br>CONSULTING-INDEPENDENT<br>CONTRACTOR-COMPANY<br>EFFECTIVE: 01/01/2019 | VELOS LLC<br>726 SECOND STREET, SUITE 3B<br>ANNAPOLIS, MD 21403 |



**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.937 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2018-VEN-MAS-00245<br>SERVICES / CONSULTING-INDEPENDENT CONTRACTOR-INDIVIDUAL<br>EFFECTIVE: 03/23/2018 | VENTURA ENERGY SYSTEMS LLC<br>5362 BOLSA AVE, SUITE G<br>HUNTINGTON BEACH, CA 92649 |
| 2.938 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2021-VIE-MAS-02953<br>INVESTOR AGREEMENT<br>EFFECTIVE: 12/27/2021 | VIECO USA, INC.<br>4022 E CONANT STREET<br>LONG BEACH, CA 90808 |
| 2.939 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2018-VIN-MAS-00249<br>SERVICES / STAFFING SERVICES<br>EFFECTIVE: 12/17/2018 | VINCENTBENJAMIN GROUP LLC<br>2415 E CAMELBACK RD STE 1000<br>PHOENIX, AZ 85016 |
| 2.940 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2020-VIP-MAS-01046<br>RENTAL & LEASE AGREEMENT / EQUIPMENT<br>EFFECTIVE: 08/26/2020 | VIPTOGO AKA JOHN TO GO, INC.<br>4 CAROL AVENUE<br>WEST HAVERSTRAW, NY 10993 |
| 2.941 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2022-VIP-MAS-03027<br>RENTAL & LEASE AGREEMENT / FACILITY/ REAL ESTATE<br>EFFECTIVE: 01/28/2022 | VIPTOGO AKA JOHN TO GO, INC.<br>4 CAROL AVENUE<br>WEST HAVERSTRAW, NY 10993 |
| 2.942 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2022-VIR-MAS-03068<br>SERVICES / CONSULTING-INDEPENDENT CONTRACTOR-INDIVIDUAL<br>EFFECTIVE: 02/14/2022 | VIRAG SHAH<br>ADDRESS ON FILE |
| 2.943 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2019-VIR-IND-00754<br>LICENSE AGREEMENT<br>EFFECTIVE: 10/10/2019 | VIRGIN ENTERPRISES LIMITED<br>THE BATTLESHIP BUILDING, 179 HARROW ROAD<br>LONDON, ENGLAND, W2 6NB<br>UNITED KINGDOM |



**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.944 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2021-VIR-TERM SHEET-02188<br>TERM SHEET<br>EFFECTIVE: 06/06/2021 | VIRGIN ENTERPRISES LIMITED<br>THE BATTLESHIP BUILDING, 179 HARROW ROAD<br>LONDON, ENGLAND, W2 6NB<br>UNITED KINGDOM |
| 2.945 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2021-VOX-STP27-AMD3<br>BIZ DEV / LSA / INTERORGANIZATIONAL<br>EFFECTIVE: 02/11/2021 | VIRGIN ORBIT NATIONAL SYSTEMS, LLC<br>1960 E GRAND AVENUE<br>EL SEGUNDO, CA 90245 |
| 2.946 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2022-VIR-AMD-03841<br>BIZ DEV / LSA / INTERORGANIZATIONAL<br>EFFECTIVE: 09/29/2022 | VIRGIN ORBIT NATIONAL SYSTEMS, LLC<br>1960 E GRAND AVENUE<br>EL SEGUNDO, CA 90245 |
| 2.947 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2020-VOX-IND-01051<br>LICENSE AGREEMENT / SOFTWARE | VIRGIN ORBIT NATIONAL SYSTEMS, LLC<br>1960 E GRAND AVENUE<br>EL SEGUNDO, CA 90245 |
| 2.948 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2021-VOX-STP27-AMD4<br>BIZ DEV / LSA / INTERORGANIZATIONAL<br>EFFECTIVE: 05/05/2021 | VIRGIN ORBIT NATIONAL SYSTEMS, LLC<br>1960 E GRAND AVENUE<br>EL SEGUNDO, CA 90245 |
| 2.949 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2022-VOX-STP27-AMD6<br>BIZ DEV / LSA / INTERORGANIZATIONAL<br>EFFECTIVE: 03/17/2022 | VIRGIN ORBIT NATIONAL SYSTEMS, LLC<br>1960 E GRAND AVENUE<br>EL SEGUNDO, CA 90245 |
| 2.950 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2021-VOX-LSA-MEDIOCRE-20-C-5004<br>BIZ DEV / LSA<br>EFFECTIVE: 11/04/2021<br><br><br>20-C-5004-P00009 | VIRGIN ORBIT NATIONAL SYSTEMS, LLC<br>1960 E GRAND AVENUE<br>EL SEGUNDO, CA 90245 |



**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.951 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2020-VOX-STP27-AMD2 BIZ DEV / LSA / INTERORGANIZATIONAL EFFECTIVE: 07/29/2020 | VIRGIN ORBIT NATIONAL SYSTEMS, LLC 1960 E GRAND AVENUE EL SEGUNDO, CA 90245 |
|---|---|---|---|
| 2.952 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2022-VOX-STP28-AMD4 BIZ DEV / LSA / INTERORGANIZATIONAL EFFECTIVE: 04/06/2022<br><br>FA8818-20-D-0007 | VIRGIN ORBIT NATIONAL SYSTEMS, LLC 1960 E GRAND AVENUE EL SEGUNDO, CA 90245 |
| 2.953 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2021-VOX-STP28-AMD3 BIZ DEV / LSA / INTERORGANIZATIONAL EFFECTIVE: 10/06/2021 | VIRGIN ORBIT NATIONAL SYSTEMS, LLC 1960 E GRAND AVENUE EL SEGUNDO, CA 90245 |
| 2.954 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2020-VOX-STP28-AMD2 BIZ DEV / LSA / INTERORGANIZATIONAL EFFECTIVE: 12/21/2020 | VIRGIN ORBIT NATIONAL SYSTEMS, LLC 1960 E GRAND AVENUE EL SEGUNDO, CA 90245 |
| 2.955 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2022-VOX-AMD-03844 BIZ DEV / LSA / INTERORGANIZATIONAL EFFECTIVE: 09/30/2022 | VIRGIN ORBIT NATIONAL SYSTEMS, LLC 1960 E GRAND AVENUE EL SEGUNDO, CA 90245 |
| 2.956 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2020-VOX-STP28-LSA BIZ DEV / LSA / INTERORGANIZATIONAL EFFECTIVE: 04/24/2020<br><br>FA8818-20-D-0007, Task Order FA8818-20-F-0009 | VIRGIN ORBIT NATIONAL SYSTEMS, LLC 1960 E GRAND AVENUE EL SEGUNDO, CA 90245 |
| 2.957 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2022-VIR-MAS-03839 INTERORGANIZATIONAL AGREEMENTS (VOX, VOUK, GSM) / INTERORGANIZATIONAL WORK ORDER | VIRGIN ORBIT NATIONAL SYSTEMS, LLC 1960 E GRAND AVENUE EL SEGUNDO, CA 90245 |


**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.958 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT #: 2020-VOX-STP28-LS3-C BIZ DEV / LSA / INTERORGANIZATIONAL EFFECTIVE: 04/20/2020 | VIRGIN ORBIT NATIONAL SYSTEMS, LLC 1960 E GRAND AVENUE EL SEGUNDO, CA 90245 |
| | State the term remaining | | |
| | List the contract number of any government contract | FA8818-20-D-0007 | |
| 2.959 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT #: 2022-VOX-IOWA-03838 INTERORGANIZATIONAL AGREEMENTS (VOX, VOUK, GSM) / INTERORGANIZATIONAL WORK ORDER | VIRGIN ORBIT NATIONAL SYSTEMS, LLC 1960 E GRAND AVENUE EL SEGUNDO, CA 90245 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.960 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT #: 2017-VOX-STP27-LSA BIZ DEV / LSA / INTERORGANIZATIONAL EFFECTIVE: 10/01/2017 | VIRGIN ORBIT NATIONAL SYSTEMS, LLC 1960 E GRAND AVENUE EL SEGUNDO, CA 90245 |
| | State the term remaining | | |
| | List the contract number of any government contract | W15QKN-18-9-0001 | |
| 2.961 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT #: 2020-VOX-STP28-LS2-B BIZ DEV / LSA / INTERORGANIZATIONAL EFFECTIVE: 04/20/2020 | VIRGIN ORBIT NATIONAL SYSTEMS, LLC 1960 E GRAND AVENUE EL SEGUNDO, CA 90245 |
| | State the term remaining | | |
| | List the contract number of any government contract | FA8818-20-D-0007 | |
| 2.962 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT #: 2020-VOX-STP28-AMD1 BIZ DEV / LSA / INTERORGANIZATIONAL EFFECTIVE: 09/01/2020 | VIRGIN ORBIT NATIONAL SYSTEMS, LLC 1960 E GRAND AVENUE EL SEGUNDO, CA 90245 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.963 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT #: 2019-VOX-STP27-AMD1 BIZ DEV / LSA / INTERORGANIZATIONAL EFFECTIVE: 06/20/2017 | VIRGIN ORBIT NATIONAL SYSTEMS, LLC 1960 E GRAND AVENUE EL SEGUNDO, CA 90245 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.964 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT #: 2019-VOX-MAS-02159 INTERORGANIZATIONAL AGREEMENTS (VOX, VOUK, GSM) EFFECTIVE: 12/01/2019 | VIRGIN ORBIT NATIONAL SYSTEMS, LLC 1960 E GRAND AVENUE EL SEGUNDO, CA 90245 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |



**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.965 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT #: 2022-VOX-AMD-03842 BIZ DEV / LSA EFFECTIVE: 09/30/2022 | VIRGIN ORBIT NATIONAL SYSTEMS, LLC 1960 E GRAND AVENUE EL SEGUNDO, CA 90245 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.966 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT #: 2021-VIR-AMD-02388 INTERORGANIZATIONAL AGREEMENTS (VOX, VOUK, GSM) EFFECTIVE: 03/04/2021 | VIRGIN ORBIT UK LIMITED 66 PORCHESTER ROAD LONDON, W2 6ET UNITED KINGDOM |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.967 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT #: 2019-MAS-VIR-01457 INTERORGANIZATIONAL AGREEMENTS (VOX, VOUK, GSM) EFFECTIVE: 11/06/2019 | VIRGIN ORBIT UK LIMITED 66 PORCHESTER ROAD LONDON, W2 6ET UNITED KINGDOM |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.968 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT #: 2020-VIR-MAS-00431 SERVICES / CONSULTING-INDEPENDENT CONTRACTOR-COMPANY EFFECTIVE: 03/16/2020 | VIRTEK VISION INTERNATIONAL, INC 785 BRIDGE STREET WATERLOO, ON N2V 2K1 CANADA |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.969 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT #: 2020-VIR-T&C-01110 LICENSE AGREEMENT / SOFTWARE EFFECTIVE: 09/10/2020 | VIRTUSAERO LLC 111108 86TH AVE. N. MAPLE GROVE, MN 55369 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.970 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT #: 2020-VIT-MAS-01544 SERVICES / CONSULTING-INDEPENDENT CONTRACTOR-COMPANY EFFECTIVE: 12/21/2020 | VITACARE MEDICAL ASSOCIATES 966 S. WESTERN AVENUE #201 LOS ANGELES, CA 90006 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.971 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT #: 2019-VOG-CONANT-LEASE RENTAL & LEASE AGREEMENT / FACILITY/ REAL ESTATE EFFECTIVE: 10/28/2019 | VOGEL ENGINEERS, INC. 300 PASEO TESORO WALNUT, CA 91789 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |



**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. | |
|---|---|
| **List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| **2.972** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2019-VOG-AMD-01398 RENTAL & LEASE AGREEMENT / FACILITY/ REAL ESTATE EFFECTIVE: 10/08/2019 | VOGEL ENGINEERS, INC. 300 PASEO TESORO WALNUT, CA 91789 |
| **2.973** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2019-VOG-AMD-00896 RENTAL & LEASE AGREEMENT / FACILITY/ REAL ESTATE EFFECTIVE: 07/24/2019 | VOGEL PROPERTIES, INC. 300 PASEO TESORO WALNUT, CA 91789 |
| **2.974** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2020-VOG-AMD-00897 RENTAL & LEASE AGREEMENT / FACILITY/ REAL ESTATE EFFECTIVE: 08/19/2020 | VOGEL PROPERTIES, INC. 300 PASEO TESORO WALNUT, CA 91789 |
| **2.975** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2017-WEL-MAS-00405 SERVICES / CONSULTING-INDEPENDENT CONTRACTOR-INDIVIDUAL EFFECTIVE: 09/20/2017 | W. ELKMAN ENGINEERING, INC. ADDRESS ON FILE |
| **2.976** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2022-WAG-MAS-03692 BIZ DEV / MOUS/MOAS - NON-BINDING EFFECTIVE: 08/09/2022 | WAGNER CORPORATION 1 AIRPORT DRIVE 1511 TOOWOOMBA CECIL PLAINS ROAD WELLCAMP, QUEENSLAND, 4350 AUSTRALIA |
| **2.977** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2019-WAL-MAS-00395 SERVICES / CONSULTING-INDEPENDENT CONTRACTOR-COMPANY EFFECTIVE: 12/31/2019 | WALLACE & SMITH CONTRACTORS 3325 LANDCO DR BAKERSFIELD, CA 93308 |
| **2.978** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2022-WAT-MAS-03892 SERVICES / CONSULTING-INDEPENDENT CONTRACTOR-COMPANY EFFECTIVE: 11/07/2022 | WATER TOWER RESEARCH, LLC 200 2ND AVE SOUTH SUITE 718 ST PETERSBURG, FL 33701 |



**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.979** | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2021-WAT-MAS-02872<br>SERVICES<br>EFFECTIVE: 12/07/2021 | WATT, INC. DBA NORTHSTAR<br>8605 SANTA MONICA BLVD<br>HOLLYWOOD, CA 90069 |
| **2.980** | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2021-WES-MAS-02234<br>LICENSE AGREEMENT / SOFTWARE<br>EFFECTIVE: 07/01/2021 | WEST PUBLISHING CORPORATION D/B/A SERENGETI LAW, A THOMSON REUTERS BUSINESS<br>610 OPPERMAN DRIVE<br>P.O. BOX 64833<br>ST. PAUL, MN 55164-1803 |
| **2.981** | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2021-WES-MAS-02365<br>PURCHASING AGREEMENT<br>EFFECTIVE: 07/28/2021 | WESTAIR GASES AND EQUIPMENT, INC<br>2506 MARKET STREET<br>SAN DIEGO, CA 92102 |
| **2.982** | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2021-WES-T&C-01908<br>SERVICE AGREEMENT<br>EFFECTIVE: 04/09/2021 | WESTERN OILFIELDS SUPPLY COMPANY DBA RAIN FOR RENT<br>3404 STATE ROAD<br>BAKERSFIELD, CA 93308 |
| **2.983** | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2022-WHI-MAS-03126<br>PURCHASING AGREEMENT /<br>SUPPLIER AGREEMENT<br>EFFECTIVE: 02/21/2022 | WHITMOR/WIRENETICS<br>27737 AVENUE HOPKINS<br>VALENCIA, CA 91355 |
| **2.984** | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2022-WIL-SOW-02969<br>RENTAL & LEASE AGREEMENT /<br>REAL PROPERTY LEASE<br>EFFECTIVE: 01/04/2022 | WILLIAMS SCOTSMAN, INC<br>901 SOUTH BOND STREET<br>SUITE 600<br>BALTIMORE, MD 21231 |
| **2.985** | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #:<br>2021-WIL-AMD-W1065364-821796<br>RENTAL & LEASE AGREEMENT /<br>REAL PROPERTY LEASE<br>EFFECTIVE: 10/31/2021 | WILLIAMS SCOTSMAN, INC<br>901 SOUTH BOND STREET<br>SUITE 600<br>BALTIMORE, MD 21231 |



**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.986** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2021-WIL-MAS-01792<br>RENTAL & LEASE AGREEMENT /<br>REAL PROPERTY LEASE<br>EFFECTIVE: 02/11/2021 | WILLIAMS SCOTSMAN, INC<br>901 SOUTH BOND STREET<br>SUITE 600<br>BALTIMORE, MD 21231 |
| **2.987** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #:<br>2018-WILLSCOT-MAS-821796<br>RENTAL & LEASE AGREEMENT /<br>REAL PROPERTY LEASE<br>EFFECTIVE: 04/26/2018 | WILLIAMS SCOTSMAN, INC<br>901 SOUTH BOND STREET<br>SUITE 600<br>BALTIMORE, MD 21231 |
| **2.988** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2022-WIL-IND-03879<br>RENTAL & LEASE AGREEMENT /<br>FACILITY/ REAL ESTATE<br>EFFECTIVE: 10/28/2022 | WILLIAMS SCOTSMAN, INC<br>901 SOUTH BOND STREET<br>SUITE 600<br>BALTIMORE, MD 21231 |
| **2.989** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2022-WIL-IND-1704383<br>RENTAL & LEASE AGREEMENT /<br>FACILITY/ REAL ESTATE<br>EFFECTIVE: 09/09/2022 | WILLIAMS SCOTSMAN, INC<br>901 SOUTH BOND STREET<br>SUITE 600<br>BALTIMORE, MD 21231 |
| **2.990** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2021-WIN-MAS-02171<br>SERVICES /<br>CONSULTING-INDEPENDENT<br>CONTRACTOR-COMPANY<br>EFFECTIVE: 06/03/2021 | WINDHORSE ADVISORS LLC<br>64 INDIGO WAY<br>CASTLE ROCK, CO 80108 |
| **2.991** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2021-WIN-SOW-02190<br>SERVICES /<br>CONSULTING-INDEPENDENT<br>CONTRACTOR-COMPANY<br>EFFECTIVE: 06/11/2021 | WINDHORSE ADVISORS LLC<br>64 INDIGO WAY<br>CASTLE ROCK, CO 80108 |
| **2.992** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2022-WIR-MAS-03047<br>PURCHASING AGREEMENT /<br>SUPPLIER AGREEMENT<br>EFFECTIVE: 02/02/2022 | WIREMASTERS, INC.<br>1788 NORTHPOINTE ROAD<br>COLUMBIA, TN 38401 |



**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.993** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2022-WIR-MAS-03484 PURCHASING AGREEMENT / SUPPLIER AGREEMENT EFFECTIVE: 05/25/2022 | WIREMASTERS, INC. 1788 NORTHPOINTE ROAD COLUMBIA, TN 38401 |
| **2.994** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2022-WOR-IND-03112 LICENSE AGREEMENT / SOFTWARE EFFECTIVE: 02/17/2022 | WORKIVA INTERNATIONAL LLC 2900 UNIVERSITY BLVD AMES, IA 50010 |
| **2.995** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2022-WOR-IND-03292 SERVICES EFFECTIVE: 03/29/2022 | WORKIVA INTERNATIONAL LLC 2900 UNIVERSITY BLVD AMES, IA 50010 |
| **2.996** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2022-WOR-MAS-02904 LICENSE AGREEMENT / SOFTWARE EFFECTIVE: 01/01/2022 | WORKIVA INTERNATIONAL LLC 2900 UNIVERSITY BLVD AMES, IA 50010 |
| **2.997** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2018-WOR-MAS-01536 SERVICES / CONSULTING-INDEPENDENT CONTRACTOR-COMPANY EFFECTIVE: 10/18/2018 | WORM, LLC 1624 NE TILLAMOOK STREET #8 PORTLAND, OR 97212 |
| **2.998** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2020-WOR-SOW-01538 SERVICES / CONSULTING-INDEPENDENT CONTRACTOR-COMPANY EFFECTIVE: 12/01/2020 | WORM, LLC 1624 NE TILLAMOOK STREET #8 PORTLAND, OR 97212 |
| **2.999** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2019-WOW-MAS-01356 LICENSE AGREEMENT / SOFTWARE EFFECTIVE: 11/14/2019 | WOWZA MEDIA SYSTEMS, LLC 523 PARK POINT DR #300 GOLDEN, CO 80401 |

Debtor    Virgin Orbit, LLC
Name                                          Case number (If known):    23-10408



**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1000** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | CONTRACT #: 2020-WPE-IND-00490 <br> LICENSE AGREEMENT / SOFTWARE <br> EFFECTIVE: 01/03/2020 | WPENGINE, LLC <br> 504 LAVACA ST <br> SUITE 1000 <br> AUSTIN, TX 78701 |
| **2.1001** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | CONTRACT #: 2017-XP4-AMD-00613 <br> SERVICES / <br> CONSULTING-INDEPENDENT <br> CONTRACTOR-INDIVIDUAL <br> EFFECTIVE: 03/15/2017 | XP4D, LLC <br> 3101 NASA PARKWAY, SUITE L <br> SEABROOK, TX 77586 |
| **2.1002** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | CONTRACT #: 2016-XP4-AMD-00611 <br> SERVICES / <br> CONSULTING-INDEPENDENT <br> CONTRACTOR-INDIVIDUAL <br> EFFECTIVE: 09/20/2016 | XP4D, LLC <br> 3101 NASA PARKWAY, SUITE L <br> SEABROOK, TX 77586 |
| **2.1003** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | CONTRACT #: 2019-XP4-MAS-00420 <br> SERVICES / <br> CONSULTING-INDEPENDENT <br> CONTRACTOR-INDIVIDUAL <br> EFFECTIVE: 07/31/2019 | XP4D, LLC <br> 3101 NASA PARKWAY, SUITE L <br> SEABROOK, TX 77586 |
| **2.1004** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | CONTRACT #: 2016-XP4-AMD-00609 <br> SERVICES / <br> CONSULTING-INDEPENDENT <br> CONTRACTOR-INDIVIDUAL <br> EFFECTIVE: 02/18/2016 | XP4D, LLC <br> 3101 NASA PARKWAY, SUITE L <br> SEABROOK, TX 77586 |
| **2.1005** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | CONTRACT #: 2015-XP4-AMD-00606 <br> SERVICES / <br> CONSULTING-INDEPENDENT <br> CONTRACTOR-INDIVIDUAL <br> EFFECTIVE: 07/05/2015 | XP4D, LLC <br> 3101 NASA PARKWAY, SUITE L <br> SEABROOK, TX 77586 |
| **2.1006** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | CONTRACT #: 2016-XP4-AMD-00612 <br> SERVICES / <br> CONSULTING-INDEPENDENT <br> CONTRACTOR-INDIVIDUAL <br> EFFECTIVE: 12/13/2016 | XP4D, LLC <br> 3101 NASA PARKWAY, SUITE L <br> SEABROOK, TX 77586 |



**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1007** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2015-XP4-AMD-00608 SERVICES / CONSULTING-INDEPENDENT CONTRACTOR-INDIVIDUAL EFFECTIVE: 06/12/2015 | XP4D, LLC<br>3101 NASA PARKWAY, SUITE L<br>SEABROOK, TX 77586 |
| **2.1008** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2015-XP4-AMD-00607 SERVICES / CONSULTING-INDEPENDENT CONTRACTOR-INDIVIDUAL EFFECTIVE: 08/19/2015 | XP4D, LLC<br>3101 NASA PARKWAY, SUITE L<br>SEABROOK, TX 77586 |
| **2.1009** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2016-XP4-AMD-00610 SERVICES / CONSULTING-INDEPENDENT CONTRACTOR-INDIVIDUAL EFFECTIVE: 03/22/2016 | XP4D, LLC<br>3101 NASA PARKWAY, SUITE L<br>SEABROOK, TX 77586 |
| **2.1010** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2021-XTE-T&C-01821 SERVICE AGREEMENT | XTENTI, LLC<br>DOMINION PLAZA<br>17304 PRESTON ROAD, SUITE 800<br>DALLAS, TX 75252 |
| **2.1011** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2019-ZAC-MAS-00272 SERVICES / CONSULTING-INDEPENDENT CONTRACTOR-INDIVIDUAL EFFECTIVE: 07/08/2019 | ZACK MISSIORECK<br>4 LAUREL SQUARE<br>MANHATTAN BEACH, CA 90266 |
| **2.1012** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2019-ZOD-MAS-00372 SERVICES / CONSULTING-INDEPENDENT CONTRACTOR-COMPANY EFFECTIVE: 11/25/2019 | ZODIAC DATA SYSTEMS, INC<br>3005 BUSINESS PARK DR<br>NORCROSS, GA 30071 |
| **2.1013** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT #: 2020-ZOH-CO-00335 LICENSE AGREEMENT / SOFTWARE EFFECTIVE: 02/26/2020 | ZOHO CORPORATION<br>4141 HACIENDA DR.<br>PLEASANTON, CA 94588 |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1014 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br> **List the contract number of any government contract** | CONTRACT #: 2018-ZOH-IND-00334 <br> LICENSE AGREEMENT / SOFTWARE <br> EFFECTIVE: 12/28/2018 | ZOHO CORPORATION <br> 4141 HACIENDA DR. <br> PLEASANTON, CA 94588 |
| 2.1015 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br> **List the contract number of any government contract** | CONTRACT #: 2019-ZOH-CO-00336 <br> LICENSE AGREEMENT / SOFTWARE <br> EFFECTIVE: 10/14/2019 | ZOHO CORPORATION <br> 4141 HACIENDA DR. <br> PLEASANTON, CA 94588 |
| 2.1016 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br> **List the contract number of any government contract** | CONTRACT #: 2019-ZUK-MAS-01384 <br> LICENSE AGREEMENT / SOFTWARE <br> EFFECTIVE: 07/09/2019 | ZUKEN USA INC. <br> 238 LITTLETON ROAD, SUITE 100 <br> WESTFORD, MA 01886 |
|  | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br> **List the contract number of any government contract** | | |
|  | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br> **List the contract number of any government contract** | | |
|  | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br> **List the contract number of any government contract** | | |
|  | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br> **List the contract number of any government contract** | | |

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | Virgin Orbit, LLC |
| United States Bankruptcy Court for the: | District of Delaware |
| Case number (If known): | 23-10408 |

☐ Check if this is an amended filing

## Official Form 206H

## Schedule H: Codebtors

12/15

Be as complete and accurate as possible.   If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the additional Page to this page.

**1. Does the debtor have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☑ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.1 | JACM Holdings, Inc. | 4022 E CONANT STREET LONG BEACH, CA 90808 | VIRGIN INVESTMENTS LIMITED | ☑ D ☐ E/F ☐ G |
| 2.2 | JACM Holdings, Inc. | 4022 E CONANT STREET LONG BEACH, CA 90808 | VLADIMIR BOYKO, ON BEHALF OF HIMSELF AND ALL OTHERS SIMILARLY SITUATED | ☐ D ☑ E/F ☐ G |
| 2.3 | Vieco USA, Inc. | 4022 E CONANT STREET LONG BEACH, CA 90808 | VIRGIN INVESTMENTS LIMITED | ☑ D ☐ E/F ☐ G |
| 2.4 | Vieco USA, Inc. | 4022 E CONANT STREET LONG BEACH, CA 90808 | VLADIMIR BOYKO, ON BEHALF OF HIMSELF AND ALL OTHERS SIMILARLY SITUATED | ☐ D ☑ E/F ☐ G |
| 2.5 | Virgin Orbit Holdings, Inc. | 4022 E CONANT STREET LONG BEACH, CA 90808 | MERCADO, MICHAEL A. | ☐ D ☑ E/F ☐ G |
| 2.6 | Virgin Orbit Holdings, Inc. | 4022 E CONANT STREET LONG BEACH, CA 90808 | VIRGIN INVESTMENTS LIMITED | ☑ D ☐ E/F ☐ G |

Debtor   Virgin Orbit, LLC
         Name

Case number (If known):   23-10408

| | | | | |
|---|---|---|---|---|
| ■ | **Additional Page if Debtor Has More Codebtors** | | | |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.7 | Virgin Orbit Holdings, Inc. | 4022 E CONANT STREET<br>LONG BEACH, CA 90808 | VLADIMIR BOYKO, ON BEHALF OF HIMSELF AND ALL OTHERS SIMILARLY SITUATED | ☐ D<br>☑ E/F<br>☐ G |
| 2.8 | Virgin Orbit National Systems, LLC | 1960 GRAND AVENUE<br>EL SEGUNDO, CA 90245 | MERCADO, MICHAEL A. | ☐ D<br>☑ E/F<br>☐ G |
| 2.9 | Virgin Orbit National Systems, LLC | 1960 GRAND AVENUE<br>EL SEGUNDO, CA 90245 | VIRGIN INVESTMENTS LIMITED | ☑ D<br>☐ E/F<br>☐ G |
| 2.10 | Virgin Orbit National Systems, LLC | 1960 GRAND AVENUE<br>EL SEGUNDO, CA 90245 | VLADIMIR BOYKO, ON BEHALF OF HIMSELF AND ALL OTHERS SIMILARLY SITUATED | ☐ D<br>☑ E/F<br>☐ G |
| 2.11 | | | | ☐ D<br>☐ E/F<br>☐ G |
| 2.12 | | | | ☐ D<br>☐ E/F<br>☐ G |
| 2.13 | | | | ☐ D<br>☐ E/F<br>☐ G |
| 2.14 | | | | ☐ D<br>☐ E/F<br>☐ G |

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case and this filing:</strong></td></tr>
<tr><td>Debtor name</td><td>Virgin Orbit, LLC</td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>District of Delaware</td></tr>
<tr><td>Case number (If known)</td><td>23-10408</td></tr>
</table>

<u>Official Form 202</u>

# Declaration Under Penalty of Perjury for Non-Individual Debtors <span>12/15</span>

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☑ *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)
- ☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☑ *Schedule H: Codebtors* (Official Form 206H)
- ☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended Schedule _____
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders*  (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  4/24/2023
        MM / DD / YYYY

**X** /s/ Brita O'Rear
Signature of individual signing on behalf of debtor

Brita O'Rear
Printed name

Chief Financial Officer
Position or relationship to debtor