1  COUNTY OF KERN, STATE OF CALIFORNIA

2  c/o Treasurer/Tax Collector's Office
   Attn: Bankruptcy Division
3  P.O. Box 579
   Bakersfield, CA 93302-0579
4  Telephone: 661-868-3451
   E-Mail: bankruptcy@kerncounty.com
5

6  Creditor

7

FILED
2023 MAY 16  AM 10: 33
CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

8                UNITED STATES BANKRUPTCY COURT

9                      District of Delaware

10

11 In re                                    )   Case No.
                                            )   23-10408
12 Debtor                                   )
   Virgin Orbit LLC                         )   Chapter 11
13                           Debtor.        )
                                            )   PROOF OF SERVICE OF
14 Address: 4022 East Conanat St            )   REQUEST FOR NOTICE OF ALL
   Long Beach, CA  90808                    )   PLEADINGS AND HEARINGS
15                                          )
                                            )
16 Tax ID:                                  )

17

18 ///

19 ///

20 ///

21 ///

22 ///

23

24 ///

25 ///

26 ///

27 ///

28

1

## PROOF OF SERVICE BY MAIL

I am a citizen of the United States and am employed in the County of Kern. I am over the age of eighteen years and not a party to the within action; my business address is 1115 Truxtun Avenue, 2nd Floor, Bakersfield, California 93301-4639.

On May 10, 2023, I served the within REQUEST FOR NOTICE OF ALL PLEADINGS AND HEARINGS on the interested parties in said action by placing a true copy thereof in a sealed envelope with postage thereon fully prepaid, in the United States mail at Bakersfield, California addressed to those parties on the attached sheet.

__X__ **BY REGULAR MAIL:** I am "readily familiar" with the county's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U. S. postal service on the same day with postage thereon fully prepaid at Bakersfield, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

I, Angelica Leon, declare that I am employed in the office of the Tax Collector, a creditor in the matter, at whose direction the service was made. Executed on May 10, 2023, at Bakersfield, California.

_Angelica Leon_ (signature)
Angelica Leon
Fiscal Support Specialist
Kern County Treasurer and Tax Collector Office

**Service List**

**Attorney**
Jeffrey E Bjork
335 South Grand Ave Ste 100
Los Angeles, CA 90071

**Attorney**
Young Conaway Stargatt & Taylor LLP
Young Conaway Stargatt & Taylor LLP
1000 North King St
Wilmington, DE 19801