## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| VIRGIN ORBIT, LLC.[1] | Case No. 23-10408 (KBO) |
| Debtor. | |

### AFFIDAVIT OF SERVICE

I, Nathan Chien, depose and say that I am employed by Kroll Restructuring Administration LLC ("***Kroll***"), the claims and noticing agent for the Debtor in the above-captioned chapter 11 case.

On November 29, 2023, at my direction and under my supervision, employees of Kroll caused the following documents to be served by the method set forth on the Core/2002 Service List attached hereto as **Exhibit A**:

- Order Sustaining Debtors' Fifth (5th) Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502 of The Bankruptcy Code, Bankruptcy Rule 3007 and Local Rule 3007-1 [Case No. 23-10405, Docket No. 757] (the ***"Fifth Omnibus Order"***)

- Order Scheduling Omnibus Hearing Dates [Case No. 23-10405, Docket No. 759]

On November 29, 2023, at my direction and under my supervision, employees of Kroll caused the Fifth Omnibus Order to be served by the method set forth on the Fifth Omnibus Service List attached hereto as **Exhibit B**.

*[Remainder of page intentionally left blank]*

---

[1] The debtor in this case, along with the last four digits of the debtor's federal tax identification number, is: Virgin Orbit, LLC (9648). The debtor's mailing address for purposes of this case is 251 Little Falls Drive, Wilmington, DE 19808. The chapter 11 cases of the debtor's affiliates, Virgin Orbit National Systems, LLC (3801); Vieco USA, Inc. (0492); Virgin Orbit Holdings, Inc. (6914); and JACM Holdings, Inc. (1445), were closed as of December 1, 2023. All motions and contested matters that remained open as of the closing of such cases, or that are opened after the date thereof, are administered in the remaining chapter 11 case of Virgin Orbit, LLC.

Dated: December 6, 2023

*/s/ Nathan Chien*
Nathan Chien

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on December 6, 2023, by Nathan Chien, proved to me on the bases of satisfactory evidence to be the person who executed this affidavit.

*/s/ HERBERT BAER*
Notary Public, State of New York
No BA6205563
Qualified in Westchester County
Commission Expires May 11, 2025

SRF 74834

**<u>Exhibit A</u>**

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to Air Products & Chemicals, Inc. | Air Products and Chemicals, Inc | Attn: Diana R. Naescher<br>1940 Air Products Blvd, A2F04-2<br>Allentown PA 18106 | naeschdr@airproducts.com | Email |
| Counsel to 1960 Grand Office Owner 1, L.P. | Allen Matkins Leck Gamble  Mallory & Natsis LLP | Attn: Michael S. Greger, Ivan M. Gold<br>2010 Main Street<br>8th Floor<br>Irvine CA 92614-7214 | mgreger@allenmatkins.com<br>igold@allenmatkins.com | Email |
| Counsel to the Texas Comptroller of Public Accounts | Attorney General's Office | Attn: Christopher S. Murphy, Sherri K. Simpson<br>Bankruptcy & Collections Division<br>P.O. Box 12548<br>Austin TX 78711-2548 | christopher.murphy@oag.texas.gov<br>sherri.simpson@oag.texas.gov | Email |
| Counsel to 1960 Grand Office Owner 1, L.P. | Ballard Spahr LLP | Attn: Leslie C. Heilman, Laurel D. Roglen, Margaret A. Vesper<br>919 N. Market Street<br>11th Floor<br>Wilmington DE 19801-3034 | heilmanl@ballardspahr.com<br>roglenl@ballardspahr.com<br>vesperm@ballardspahr.com | Email |
| Counsel to The Institute for Q-Shu Pioneers of Space, Inc., d/b/a iQPS, Inc. | Benesch, Friedlander, Coplan & Aronoff LLP | Attn: Jennifer R. Hoover<br>1313 N. Market St<br>Suite 1201<br>Wilmington DE 19801 | jhoover@beneschlaw.com | Email |
| Counsel to Air Products & Chemicals, Inc. | Blank Rome LLP | Attn: B. Nelson Sproat<br>1201 N. Market Street<br>Suite 800<br>Wilmington DE 19801 | nelson.sproat@blankrome.com | Email |
| Counsel to All Nippon Airways Trading Co., Ltd. | Blank Rome LLP | Attn: Evan J. Zucker<br>1271 Avenue of the Americas<br>New York NY 10020 | Evan.Zucker@blankrome.com | Email |
| Counsel to All Nippon Airways Trading Co., Ltd. | Blank Rome LLP | Attn: Josef W. Mintz<br>1201 N. Market Street<br>Suite 800<br>Wilmington DE 19801 | Josef.Mintz@blankrome.com | Email |
| Counsel to Air Products & Chemicals, Inc. | Blank Rome LLP | Attn: Michael B. Schaedle<br>One Logan Square<br>130 North 18th Street<br>Philadelphia PA 19103 | mike.schaedle@blankrome.com | Email |
| Counsel to Oracle America, Inc. | Buchalter, A Professional Corporation | Attn: Shawn M. Christianson<br>425 Market Street, Suite 2900<br>San Francisco CA 94105-3493 | schristianson@buchalter.com | Email |
| Counsel for Kern County Treasurer and Tax Collector Office | C/O Rachel Medrano | Attn: Bankruptcy Division<br>P.O. Box 579<br>Bakersfield CA 93302-0579 | bankrupcty@kerncounty.com | Email |
| Counsel to KSAT | Connolly Gallagher LLP | Attn: Jeffrey C. Wisler<br>1201 North Market Street<br>20th Floor<br>Wilmington DE 19801 | jwisler@connollygallagher.com | Email |
| Counsel to the DIP Lender, Prepetition Secured Parties and Virgin Investments Limited | Davis Polk & Wardwell LLP | Attn: Brian Resnick, Elliot Moskowitz, Joshua Sturm, Jarret Erickson<br>450 Lexington Avenue<br>New York NY 10017 | brian.resnick@davispolk.com<br>elliot.moskowitz@davispolk.com<br>joshua.sturm@davispolk.com<br>jarret.erickson@davispolk.com | Email |
| Attorneys for Oracle America, Inc. | Doshi Legal Group, P.C. | Attn: Amish R. Doshi<br>1979 Marcus Avenue<br>Suite 210E<br>Lake Success NY 11042 | amish@doshilegal.com | Email |

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Litigation Trustee | Dundon Advisers LLC | Attn: Matthew Dundon<br>Ten Bank Street<br>Suite 1100<br>White Plains NY 10606 | md@dundon.com | Email |
| Counsel to American Metal Enterprises Inc. | Fortis LLP | Attn: Paul R. Shankman<br>650 Town Center Drive<br>Suite 1530<br>Costa Mesa CA 92626 | PShankman@fortislaw.com | Email |
| Counsel to Rocket Lab USA, Inc. | Goodwin Proctor LLP | Attn: Debora A. Hoehne, James F. Lathrop<br>The New York Times Building<br>620 Eighth Avenue<br>New York NY 10018 | dhoehne@goodwinlaw.com<br>jlathrop@goodwinlaw.com | Email |
| Counsel for the Official Committee of Unsecured Creditors | Hogan Lovells US LLP | Attn: David P. Simonds, Edward McNeilly, Kaitlyn Aliza Hittelman<br>1999 Avenue of the Stars<br>Suite 1400<br>Los Angeles CA 90067 | david.simonds@hoganlovells.com<br>edward.mcneilly@hoganlovells.com<br>kaitlyn.hittelman@hoganlovells.com | Email |
| Counsel for the Official Committee of Unsecured Creditors | Hogan Lovells US LLP | Attn: John D. Beck, Christopher R. Bryant, Katherine M. Lynn<br>390 Madison Avenue<br>New York NY 10017 | john.beck@hoganlovells.com<br>chris.bryant@hoganlovells.com<br>katherine.lynn@hoganlovells.com | Email |
| Counsel to Litigation Trustee | Hogan Lovells US LLP | Attn: Katherine Lynn<br>390 Madison Avenue<br>New York NY 10017 | katherine.lynn@hoganlovells.com | Email |
| IRS Insolvency Section | Internal Revenue Service | Centralized Insolvency Operation<br>1111 Constitution Ave., NW<br>Washington DC 20224 | | First Class Mail |
| IRS Insolvency Section | Internal Revenue Service | Centralized Insolvency Operation<br>P.O. Box 7346<br>Philadelphia PA 19101-7346 | | First Class Mail |
| Counsel to PDSINC | Jeffrey M. Villanueva, P.C. | Attn: Jeffrey M. Villanueva<br>1755 Blake Street<br>Suite 225<br>Denver CO 80202 | jeff@jmvpclaw.com | Email |
| Counsel to Cartus Corporation | K&L Gates LLP | Attn: David S. Catuogno<br>One Newark Center, Tenth Floor<br>1085 Raymond Boulevard<br>Newark NJ 07102 | David.Catuogno@klgates.com | Email |
| Counsel to Cartus Corporation | K&L Gates LLP | Attn: Steven L. Caponi, Matthew B. Goeller<br>600 N. King Street, Suite 901<br>Wilmington DE 19801 | steven.caponi@klgates.com<br>matthew.goeller@klgates.com | Email |
| Counsel to County of Kern, State of California | Kern County Treasurer and Tax Collector Office | Attn: Rachel Medrano<br>Bankruptcy Division<br>P.O. Box 579<br>Bakersfield CA 93302-0579 | bankruptcy@kerncounty.com | Email |
| Counsel to Firefly Aerospace, Inc. | Kirkland & Ellis LLP | Attn: Ryan Blaine Bennett. P.C., Patricia Walsh Loureiro<br>300 North LaSalle<br>Chicago IL 60654 | rbennett@kirkland.com<br>patricia.walsh@kirkland.com | Email |
| Counsel to Launcer Inc. | Klehr Harrison Harvey Branzburg LLP | Attn: Domenic E. Pacitti, Sally E. Veghte<br>919 N. Market Street, Suite 1000<br>Wilmington DE 19801-3062 | dpacitti@klehr.com<br>sveghte@klehr.com | Email |
| Counsel to KSAT | KMA Zuckert | Attn: Pamela L. Meredith<br>888 17th Street NW<br>Suite 700<br>Washington DC 20006 | pmeredith@kmazuckert.com | Email |

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to Debtors and Debtors In Possession | Latham & Watkins LLP | Attn: George Klidonas  Anupama Yerramalli, Liza L. Burton<br>1271 Avenue of the Americas<br>New York NY 10020 | george.klidonas@lw.com<br>anu.yerramalli@lw.com<br>liza.burton@lw.com | Email |
| Counsel to Debtors and Debtors In Possession | Latham & Watkins LLP | Attn: Jeffrey E. Bjork<br>355 South Grand Avenue<br>Suite 100<br>Los Angeles CA 90071 | jeff.bjork@lw.com | Email |
| Counsel for VLADIMIR BOYKO on behalf of himself and all others similarly situated, Plaintiff | LOIZIDES, P.A. | Attn: Christopher D. Loizides<br>1225 King Street, Suite 800<br>Wilmington DE 19801 | loizides@loizides.com | Email |
| Counsel to The Institute for Q-Shu Pioneers of Space, Inc., d/b/a<br>iQPS, Inc. | Mayer Brown LLP | Attn: Jamie R. Netznik<br>71 South Wacker Drive<br>Chicago IL 60606 | jnetznik@mayerbrown.com | Email |
| Counsel to The Institute for Q-Shu Pioneers of Space, Inc., d/b/a<br>iQPS, Inc. | Mayer Brown LLP | Attn: Joaquin M. C de Baca<br>1221 Avenue of the Americas<br>New York NY 10020-1001 | jcdebaca@mayerbrown.com | Email |
| Counsel to Stratolaunch, LLC and its affiliates | Millbank, LLP | Attn: Lauren C. Doyle, Edward R. Linden<br>55 Hudson Yards<br>New York NY 10001 | LDoyle@milbank.com<br>ELinden@milbank.com | Email |
| Counsel to Waste Management | Monzack Mersky and Browder, P.A. | Attn: Rachel B. Mersky<br>1201 N. Orange Street<br>Suite 400<br>Wilmington DE 19801 | rmersky@monlaw.com | Email |
| Counsel to U.S. Bank National Association d/b/a U.S. Bank Equipment Finance | Morris James LLP | Attn: Eric J. Monzo, Tara C. Pakrouh<br>500 Delaware Avenue<br>Suite 1500<br>Wilmington DE 19801 | emonzo@morrisjames.com<br>tpakrouh@morrisjames.com | Email |
| Counsel to Virgin Investments Limited | Morris, Nichols, Arsht & Tunnell LLP | Attn: Robert J. Dehney, Eric D. Schwartz, Tamara K. Mann, Jonathan M. Weyand<br>1201 North Market Street, 16th Floor<br>Wilmington DE 19801 | rdehney@morrisnichols.com<br>eschwartz@morrisnichols.com<br>tmann@morrisnichols.com<br>jweyand@morrisnichols.com | Email |
| United States Trustee District of Delaware | Office of the United States Trustee | Attn: Linda Richenderfer, Timothy J. Fox<br>844 King Street, Suite 2207<br>Lockbox 35<br>Wilmington DE 19801 | Linda.Richenderfer@usdoj.gov<br>Timothy.Fox@usdoj.gov<br>USTPRegion03.WL.ECF@USDOJ.GOV | First Class Mail and Email |
| Counsel to Launcer Inc. | Orrick, Herrington & Sutcliffe LLP | Attn: Evan C. Hollander<br>51 West 52nd Street<br>New York NY 10019-6142 | echollander@orrick.com | Email |
| Counsel to Launcer Inc. | Orrick, Herrington & Sutcliffe LLP | Attn: Nicholas Sabatino<br>400 Capitol Mall, Suite 3000<br>Sacramento CA 95814-4497 | nsabatino@orrick.com | Email |
| Counsel to Firefly Aerospace, Inc. | Pachulski Stang Ziehl & Jones LLP | Attn: Laura Davis Jones, James E. O'Neill<br>919 N. Market Street, 17th Floor<br>P.O. Box 8705<br>Wilmington DE 19899-8705 | ljones@pszjlaw.com<br>joneill@pszjlaw.com | Email |
| Counsel to Litigation Trustee | Potter Anderson & Corroon LLP | Attn: Blake Cleary, Katelin Morales<br>1313 North Market Street 6th Floor<br>P.O. Box 951<br>Wilmington DE 19801 | bcleary@potteranderson.com<br>kmorales@potteranderson.com | Email |
| Counsel for the Official Committee of Unsecured Creditors | Potter Anderson & Corroon LLP | Attn: M. Blake Cleary, L. Katherine Good, Katelin A. Morales<br>1313 N. Market Street<br>6th Floor<br>Wilmington DE 19801 | bcleary@potteranderson.com<br>kgood@potteranderson.com<br>kmorales@potteranderson.com | Email |

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel for VLADIMIR BOYKO on behalf of himself and all others similarly situated, Plaintiff | RAISNER ROUPINIAN LLP | Attn: Jack A. Raisner & René S. Roupinian 270 Madison Avenue Suite 1801 New York NY 10010 | jar@raisnerroupinian.com rsr@raisnerroupinian.com | Email |
| Counsel to Stratolaunch, LLC and its affiliates | Richards, Layton & Finger, P.A. | Attn: Mark D. Collins, Brendan J. Schlauch One Rodney Square 920 North King Street Wilmington DE 19801 | collins@rlf.com schlauch@rlf.com | Email |
| Counsel to Rocket Lab USA, Inc. | Richards, Layton & Finger, P.A. | Attn: Zachary I. Shapiro, Alexander R. Steiger One Rodney Square 920 North King Street Wilmington DE 19801 | shapiro@rlf.com steiger@rlf.com | Email |
| Securities and Exchange Commission | Securities & Exchange Commission - NY Office | Attn: Bankruptcy Department Brookfield Place 200 Vesey Street, Suite 400 New York NY 10281-1022 | bankruptcynoticeschr@sec.gov nyrobankruptcy@sec.gov | First Class Mail and Email |
| Securities and Exchange Commission | Securities & Exchange Commission - Philadelphia Office | Attn: Bankruptcy Department One Penn Center 1617 JFK Blvd, Suite 520 Philadelphia PA 19103 | secbankruptcy@sec.gov | First Class Mail and Email |
| Counsel to TN Dept of Revenue | TN Dept of Revenue | Attn: Laura L. McCloud Office of the Attorney General Bankruptcy Division PO Box 20207 Nashville TN 37202-0207 | AGBankDelaware@ag.tn.gov | Email |
| Counsel to KSAT | Togut, Segal & Segal LLP | Attn: Ronald Howard One Penn Plaza New York NY 10119 | rhoward@teamtogut.com | Email |
| Counsel to ACA International LLC | Troutman Pepper Hamilton Sanders LLP | Attn: David M. Fournier Hercules Plaza, Suite 5100 1313 N. Market Street, P.O. Box 1709 Wilmington DE 19899-1709 | david.fournier@troutman.com | Email |
| US Attorney for the District of Delaware | U.S. Attorney for Delaware | Attn: David C. Weiss & Ellen Slights U.S. Attorney's Office 1313 N Market Street, Suite 400 Wilmington DE 19801 | | First Class Mail |
| Securities and Exchange Commission - Headquarters | U.S. Securities and Exchange Commission | Secretary of the Treasury 100 F. Street NE Washington DC 20549 | secbankruptcy@sec.gov | First Class Mail and Email |
| Holder of the Debtors' Secured Convertible Notes | Virgin Investments Limited | Attn: President or General Counsel Craigmuir Chambers Road Town Tortola VG 1110 British Virgin Islands | vghl@harneys.com | Email |
| Holder of the Debtors' Secured Convertible Notes | Virgin Management USA Inc. | Attn: General Counsel 65 Bleecker Street, 6th Floor New York NY 10012 | james.cahillane@virgin.com | Email |
| Debtors | Virgin Orbit Holdings, Inc. | Attn: Jens Rosmus 251 Little Falls Drive Wilmington DE 19808 | derrick.boston@virginorbit.com jens.rosmus@virginorbit.com | Email |
| Holder of the Debtors' Unsecured Convertible Debenture, Top 30 Unsecured Creditor | YA II PN, Ltd | c/o Yorkville Advisors Global, LLC Attn: Mark Angelo 1012 Springfield Avenue Mountainside NJ 07092 | Legal@yorkvilleadvisors.com | Email |

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to Debtors and Debtors In Possession | Young Conaway Stargatt & Taylor, LLP | Attn: Robert Brady, Michael R. Nestor, Kara Hammond Coyle, Allison S. Mielke Rodney Square 1000 North King Street Wilmington DE 19801 | rbrady@ycst.com mnestor@ycst.com kcoyle@ycst.com amielke@ycst.com | Email |

**Exhibit B**

Exhibit B
Fifth Omnibus Service List
Served as set forth below

| ADRID | NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | ZIP | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|---|---|---|---|---|
| 27681744 | Boudreau, Lori Ann | Address on File | | | | | | Email on File | First Class Mail and Email |
| 27789530 | Franchise Tax Board | Bankruptcy Section MS A340 | PO Box 2952 | | Sacramento | CA | 95812-2952 | | First Class Mail |
| 27880536 | MEI Rigging & Crating, LLC dba Dunkel Bros | PO Box 1630 | | | Albany | OR | 97321 | marcy.cardwell@meillc.com | First Class Mail and Email |
| 27867518 | Texas Comptroller Public Accounts | Office of the Attorney General Bankruptcy & Collection Division | PO Box 12548 | MC-008 | Austin | TX | 78711-2548 | bankruptcytax@oag.texas.gov | First Class Mail and Email |
| 27867712 | Texas Comptroller Public Accounts | Catherine Ledesma Coy, Accounts Examnier | Attn: Revenue Accounting Div. | 111 E. 17th Street | Austin | TX | 78711 | bankruptcysection@cpa.texas.gov | First Class Mail and Email |
| 27867713 | Texas Comptroller Public Accounts | Revenue Division | Attn: Bankruptcy | PO Box 13528 | Austin | TX | 78711 | bankruptcysection@cpa.texas.gov | First Class Mail and Email |