IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------ x
: 
In re: : Chapter 11
: 
VIRGIN ORBIT, LLC,[1] : Case No. 23-10408 (KBO)
: 
Debtor. : **Ref. Docket No. 735**
: 
------------------------------------------------------------ x

### CERTIFICATION OF COUNSEL REGARDING PROPOSED ORDER SUSTAINING DEBTORS' FOURTH (4TH) OMNIBUS (SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502 OF THE BANKRUPTCY CODE, BANKRUPTCY RULE 3007 AND LOCAL RULE 3007-1

On November 6, 2023, the above-captioned post-effective date debtors (collectively, the "**Debtors**") filed the *Debtors' Fourth (4th) Omnibus (Substantive) Objection to Claims Pursuant to Section 502 of the Bankruptcy Code, Bankruptcy Rule 3007 and Local Rule 3007-1* [Docket No. 735] (the "**Objection**")[2] with the United States Bankruptcy Court for the District of Delaware (the "**Court**"). Responses to the entry of the proposed final form of order (the "**Proposed Order**") attached to the Objection were to be filed no later than 4:00 p.m. (ET) on November 20, 2023 (the "**Response Deadline**").

Prior to the Response Deadline, Piping Technology & Products, Inc. ("**Piping Technology**") filed the *Creditor Piping Technology and Products, Inc.'s Response to Debtor's Fourth Omnibus (Substantive) Objection to Claims Pursuant to Section 502 of the Bankruptcy*

---

[1] The debtor in this case, along with the last four digits of the debtor's federal tax identification number, is: Virgin Orbit, LLC (9648). The debtor's mailing address for purposes of this case is 251 Little Falls Drive, Wilmington, DE 19808. The chapter 11 cases of the debtor's affiliates, Virgin Orbit National Systems, LLC (3801); Vieco USA, Inc. (0492); Virgin Orbit Holdings, Inc. (6914); and JACM Holdings, Inc. (1445), were closed as of December 1, 2023. All motions and contested matters that remained open as of the closing of such cases, or that are opened after the date thereof, are administered in the remaining chapter 11 case of Virgin Orbit, LLC.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Objection.

31058258.1

*Code, Bankruptcy Rule 3007 and Local Rule 3007-1* [Docket No. 748] (the "**Response**"). The Debtors continue to discuss the Objection and Response with Piping Technology. No other responses were received. So as not to delay entry of the Proposed Order with respect to the other Disputed Claims, the Debtors seek entry of a revised form of the Proposed Order attached hereto as **Exhibit A** (the "**Revised Proposed Order**"), which does not seek any relief with respect to Piping Technology's asserted claim.[3]

The Debtors submit that the Revised Proposed Order is appropriate and consistent with the relief requested in the Objection. Accordingly, the Debtors respectfully request that the Court enter the Revised Proposed Order at its earliest convenience without further notice or hearing.

| | |
|---|---|
| Dated: December 13, 2023<br>Wilmington, Delaware | **YOUNG CONAWAY STARGATT & TAYLOR, LLP**<br><br>*/s/ Allison S. Mielke*<br>Robert Brady (No. 2847)<br>Michael R. Nestor (No. 3526)<br>Kara Hammond Coyle (No. 4410)<br>Allison S. Mielke (No. 5934)<br>Rodney Square, 1000 North King Street<br>Wilmington, Delaware 19801<br>Telephone: (302) 571-6600<br>Facsimile: (302) 571-1253<br>Email:  rbrady@ycst.com<br>            mnestor@ycst.com<br>            kcoyle@ycst.com<br>            amielke@ycst.com<br><br>*Counsel for the Post-Effective Date Debtors* |

---

[3] A blackline illustrating the changes to the Revised Proposed Order is attached hereto as **Exhibit B**.

31058258.1