# EXHIBIT A

**Revised Proposed Order**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

---------------------------------------------------------- x
                                           :
In re:                                    :     Chapter 11
                                           :
VIRGIN ORBIT, LLC,[1]          :     Case No. 23-10408 (KBO)
                                           :
                Debtor.                 :     **Ref. Docket No. 735**
                                           :
---------------------------------------------------------- x

**ORDER SUSTAINING DEBTORS' FOURTH (4TH) OMNIBUS (SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502 OF THE BANKRUPTCY CODE, BANKRUPTCY RULE 3007 AND LOCAL RULE 3007-1**

Upon consideration of the *Debtors' Fourth (4th) Omnibus (Substantive) Objection to Claims Pursuant to Section 502 of the Bankruptcy Code, Bankruptcy Rule 3007 and Local Rule 3007-1* (the "**Objection**")[2] and the McKeighan Declaration; and having determined that this Court has jurisdiction to consider the Objection pursuant to 28 U.S.C. §§ 157 and 1334 and the Amended Standing Order; and having determined that venue of the Chapter 11 Cases and the Objection in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and having determined that this matter is a core proceeding pursuant to 28 U.S.C. § 157(b); and this Court having determined that the relief requested in the Objection is in the best interests of the Debtors, their estates, their creditors and other parties in interest; and having determined that notice of the Objection was good and sufficient upon the particular circumstances and that no other or further notice need be given;

---

[1] The debtor in this case, along with the last four digits of the debtor's federal tax identification number, is: Virgin Orbit, LLC (9648). The debtor's mailing address for purposes of this case is 251 Little Falls Drive, Wilmington, DE 19808. The chapter 11 cases of the debtor's affiliates, Virgin Orbit National Systems, LLC (3801); Vieco USA, Inc. (0492); Virgin Orbit Holdings, Inc. (6914); and JACM Holdings, Inc. (1445), were closed as of December 1, 2023. All motions and contested matters that remained open as of the closing of such cases, or that are opened after the date thereof, are administered in the remaining chapter 11 case of Virgin Orbit, LLC.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Objection.

30776548.2

and upon the record herein; and after due deliberation thereon and good and sufficient cause appearing therefor;

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:**

1. The Objection is SUSTAINED, as set forth herein.

2. Subject to further objection by the Debtors and their estates, the Reclassified Claims identified on **Exhibit A**, attached hereto, are hereby reclassified as indicated in the column titled "*Modified Claims*" therein.

3. The Debtors' objection to each Disputed Claim addressed in the Objection constitutes a separate contested matter as contemplated by Bankruptcy Rule 9014. This Order shall be deemed a separate Order with respect to each claim. Any stay of this Order pending appeal by any of the claimants subject to this Order shall only apply to the contested matter which involves such claimant and shall not act to stay the applicability and/or finality of this Order with respect to the other contested matters covered hereby.

4. Any and all rights of the Debtors and their estates to amend, supplement or otherwise modify the Objection and to file additional objections to any and all claims filed in the Chapter 11 Cases, including, without limitation, any and all of the Disputed Claims, shall be reserved. Any and all rights, claims and defenses of the Debtors and their estates with respect to any and all of the Disputed Claims shall be reserved, and nothing included in or omitted from the Objection is intended or shall be deemed to impair, prejudice, waive or otherwise affect any rights, claims, or defenses of the Debtors and their estates with respect to the Disputed Claims.

3

5. This Court shall retain jurisdiction over any and all affected parties with respect to any and all matters, claims or rights arising from or related to the implementation or interpretation of this Order.

# EXHIBIT A

## Reclassified Claims

Virgin Orbit Holdings, Inc. Case No. 23-10405
Fourth Omnibus Substantive Claims Objection
Exhibit A - Reclassified Claims

| | NAME | CLAIM # | ASSERTED CLAIMS DEBTOR | PRIORITY STATUS | AMOUNT | MODIFIED CLAIMS DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 1 | Air Products and Chemicals, Inc.<br>Attn: Diana Naescher<br>1940 Air Products Blvd<br>Allentown, PA 18106 | 268 | Virgin Orbit, LLC | Secured | $351,123.07 | Virgin Orbit, LLC | Unsecured | $351,123.07 |
| | Reason: The Debtor has surrendered their interest in the Air Products & Chemicals, Inc. collateral in full. | | | | | | | |
| 2 | Haimer USA LLC<br>134 E Hill Street<br>Villa Park, IL 60181 | 265 | Virgin Orbit, LLC<br>Virgin Orbit, LLC | Priority<br>Unsecured<br>Subtotal | $41.79<br>$430.14<br>$471.93 | Virgin Orbit, LLC | Unsecured | $471.93 |
| | Reason: The modified priority reflects that according to documentation filed with the proof of claim, the claim is not on account of wages earned within 180 days of Petition Date and therefore ineligible for 507(a)(4) priority status. | | | | | | | |
| 3 | Martinez & Turek, Inc.<br>Attn: Ozzie Fiallo<br>300 South Cedar Ave.<br>Rialto, CA 92376-9100 | 105 | Virgin Orbit, LLC<br>Virgin Orbit, LLC | 503(b)(9)<br>Unsecured<br>Subtotal | $14,604.00<br>$63,853.00<br>$78,457.00 | Virgin Orbit, LLC | Unsecured | $78,457.00 |
| | Reason: Modified priority reflects that, according to Debtors' books and records and/or documentation filed with the proof of claim, the claim is for services or other non-goods, which do not qualify for 503(b)(9) priority. | | | | | | | |
| 4 | Mobile Modular Management Corporation<br>Attn: Niel Bansraj<br>5700 Las Positas Rd<br>Livermore, CA 94550 | 56 | Virgin Orbit, LLC<br>Virgin Orbit, LLC | Secured<br>Unsecured<br>Subtotal | $11,228.80<br>$23,115.35<br>$34,344.15 | Virgin Orbit, LLC | Unsecured | $34,344.15 |
| | Reason: The Debtor has surrendered their interest in the Mobile Modular Management Co. collateral in full. | | | | | | | |

1

Virgin Orbit Holdings, Inc. Case No. 23-10405
Fourth Omnibus Substantive Claims Objection
Exhibit A - Reclassified Claims

| | NAME | CLAIM # | DEBTOR (Asserted) | PRIORITY STATUS | AMOUNT | DEBTOR (Modified) | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 5 | Pacific Scientific 7073 West Willis Road Box 5002 Chandler, AZ 85226 | 35 | Virgin Orbit, LLC Virgin Orbit, LLC | Priority Unsecured Subtotal | $58,562.41 $30,926.59 $89,489.00 | Virgin Orbit, LLC | Unsecured | $89,489.00 |

Reason: The modified priority reflects that according to documentation filed with the proof of claim, the claim is not on account of wages earned within 180 days of Petition Date and therefore ineligible for 507(a)(4) priority status.

| | NAME | CLAIM # | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 6 | Sumitomo Mitsui Finance and Leasing Company Limited c/o Kye Law Group, P.C. 201 Old Country Road, Suite 120 Melville, NY 11747 | 20 | Virgin Orbit, LLC | Secured | $12,613.95 | Virgin Orbit, LLC | Unsecured | $12,613.95 |

Reason: The claimant does not have a valid and perfected security interest in the debtor's property.

| | NAME | CLAIM # | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 7 | TownePlace Suites Lancaster (Lancaster Lodging, LLC) Attn: Stewart Ewing 2390 Tower Drive Monroe, LA 71201-5760 | 441 | Virgin Orbit, LLC Virgin Orbit, LLC | 503(b)(9) Unsecured Subtotal | $12,363.96 $568.68 $12,932.64 | Virgin Orbit, LLC | Unsecured | $12,932.64 |

Reason: The modified priority reflects that, according to documentation filed with the proof of claim, the claim is for services or other non-goods, which do not qualify for 503(b)(9) priority.

| | NAME | CLAIM # | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 8 | Violante Brothers, Inc William C. Violante 3600 Harbor Blvd Suite 111-477 Oxnard, CA 93035 | 136 | Virgin Orbit Holdings, Inc. | 503(b)(9) | $3,268.05 | Virgin Orbit Holdings, Inc. | Unsecured | $3,268.05 |

Reason: Modified amount reflects goods that were received by the Debtor more than 20 days before the petition date, claims for which are ineligible for 503(b)(9) priority status.

2

## EXHIBIT B

**Blackline**

31058258.1

Virgin Orbit Holdings, Inc. Case No. 23-10405
Fourth Omnibus Substantive Claims Objection
Exhibit A - Reclassified Claims

| | | | ASSERTED CLAIMS | | | MODIFIED CLAIMS | | |
|---|---|---|---|---|---|---|---|---|
| | NAME | CLAIM # | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
| 1 | Air Products and Chemicals, Inc. Attn: Diana Naescher 1940 Air Products Blvd Allentown, PA 18106 | 268 | Virgin Orbit, LLC | Secured | $351,123.07 | Virgin Orbit, LLC | Unsecured | $351,123.07 |
| | Reason: The Debtor has surrendered their interest in the Air Products & Chemicals, Inc. collateral in full. | | | | | | | |
| 2 | Haimer USA LLC 134 E Hill Street Villa Park IL 60181 | 265 | Virgin Orbit, LLC Virgin Orbit, LLC | Priority Unsecured Subtotal | $41.79 $430.14 $471.93 | Virgin Orbit, LLC | Unsecured | $471.93 |
| | Reason: The modified priority reflects that according to documentation filed with the proof of claim, the claim is not on account of wages earned within 180 days of Petition Date and therefore ineligible for 507(a)(4) priority status. | | | | | | | |
| 3 | Martinez & Turek, Inc. Attn: Ozzie Fiallo 300 South Cedar Ave. Rialto, CA 92376-9100 | 105 | Virgin Orbit, LLC Virgin Orbit, LLC | 503(b)(9) Unsecured Subtotal | $14,604.00 $63,853.00 $78,457.00 | Virgin Orbit, LLC | Unsecured | $78,457.00 |
| | Reason: Modified priority reflects that, according to Debtors' books and records and/or documentation filed with the proof of claim, the claim is for services or other non-goods, which do not qualify for 503(b)(9) priority. | | | | | | | |
| 4 | Mobile Modular Management Corporation Attn: Niel Bansraj 5700 Las Positas Rd Livermore, CA 94550 | 56 | Virgin Orbit, LLC Virgin Orbit, LLC | Secured Unsecured Subtotal | $11,228.80 $23,115.35 $34,344.15 | Virgin Orbit, LLC | Unsecured | $34,344.15 |
| | Reason: The Debtor has surrendered their interest in the Mobile Modular Management Co. collateral in full. | | | | | | | |

1

Virgin Orbit Holdings, Inc. Case No. 23-10405
Fourth Omnibus Substantive Claims Objection
Exhibit A - Reclassified Claims

| | NAME | CLAIM # | ASSERTED CLAIMS DEBTOR | PRIORITY STATUS | AMOUNT | MODIFIED CLAIMS DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 5 | Pacific Scientific<br>7073 West Willis Road<br>Box 5002<br>Chandler, AZ 85226 | 35 | Virgin Orbit, LLC<br>Virgin Orbit, LLC | Priority<br>Unsecured<br>Subtotal | $58,562.41<br>$30,926.59<br>$89,489.00 | Virgin Orbit, LLC | Unsecured | $89,489.00 |

Reason: The modified priority reflects that according to documentation filed with the proof of claim, the claim is not on account of wages earned within 180 days of Petition Date and therefore ineligible for 507(a)(4) priority status.

| | NAME | CLAIM # | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| ~~6~~ | ~~Piping Technology and Products, Inc.~~<br>~~c/o Troy Gould PC~~<br>~~1801 Century Park East, 16th Floor~~<br>~~Los Angeles, CA 90067~~ | ~~43~~ | ~~Virgin Orbit, LLC~~ | ~~Secured~~ | ~~$52,399.74~~ | ~~Virgin Orbit, LLC~~ | ~~Unsecured~~ | ~~$52,399.74~~ |

~~Reason: The claimant does not have a valid and perfected security interest in the debtor's property.~~

| | NAME | CLAIM # | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 6 ~~7~~ | Sumitomo Mitsui Finance and Leasing Company Limited<br>c/o Kye Law Group, P.C.<br>201 Old Country Road, Suite 120<br>Melville, NY 11747 | 20 | Virgin Orbit, LLC | Secured | $12,613.95 | Virgin Orbit, LLC | Unsecured | $12,613.95 |

Reason: The claimant does not have a valid and perfected security interest in the debtor's property.

| | NAME | CLAIM # | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 7 ~~8~~ | TownePlace Suites Lancaster (Lancaster Lodging, LLC)<br>Attn: Stewart Ewing<br>2390 Tower Drive<br>Monroe, LA 71201-5760 | 441 | Virgin Orbit, LLC<br>Virgin Orbit, LLC | 503(b)(9)<br>Unsecured<br>Subtotal | $12,363.96<br>$568.68<br>$12,932.64 | Virgin Orbit, LLC | Unsecured | $12,932.64 |

Reason: The modified priority reflects that, according to documentation filed with the proof of claim, the claim is for services or other non-goods, which do not qualify for 503(b)(9) priority.

Virgin Orbit Holdings, Inc. Case No. 23-10405
Fourth Omnibus Substantive Claims Objection
Exhibit A - Reclassified Claims

| | NAME | CLAIM # | ASSERTED CLAIMS DEBTOR | PRIORITY STATUS | AMOUNT | MODIFIED CLAIMS DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 8 9 | Violante Brothers, Inc<br>William C. Violante<br>3600 Harbor Blvd<br>Suite 111-477<br>Oxnard, CA 93035 | 136 | Virgin Orbit Holdings, Inc. | 503(b)(9) | $3,268.05 | Virgin Orbit Holdings, Inc. | Unsecured | $3,268.05 |

Reason: Modified amount reflects goods that were received by the Debtor more than 20 days before the petition date, claims for which are ineligible for 503(b)(9) priority status.

3