# EXHIBIT A

## Reclassified Claims

Virgin Orbit Holdings, Inc. Case No. 23-10405
Fourth Omnibus Substantive Claims Objection
Exhibit A - Reclassified Claims

| | NAME | CLAIM # | ASSERTED CLAIMS | | | MODIFIED CLAIMS | |
|---|---|---|---|---|---|---|---|
| | | | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
| 1 | Air Products and Chemicals, Inc.<br>Attn: Diana Naescher<br>1940 Air Products Blvd<br>Allentown, PA 18106 | 268 | Virgin Orbit, LLC | Secured | $351,123.07 | Virgin Orbit, LLC | Unsecured | $351,123.07 |
| | Reason: The Debtor has surrendered their interest in the Air Products & Chemicals, Inc. collateral in full. | | | | | | | |
| 2 | Haimer USA LLC<br>134 E Hill Street<br>Villa Park, IL 60181 | 265 | Virgin Orbit, LLC<br>Virgin Orbit, LLC | Priority<br>Unsecured<br>Subtotal | $41.79<br>$430.14<br>$471.93 | Virgin Orbit, LLC | Unsecured | $471.93 |
| | Reason: The modified priority reflects that according to documentation filed with the proof of claim, the claim is not on account of wages earned within 180 days of Petition Date and therefore ineligible for 507(a)(4) priority status. | | | | | | | |
| 3 | Martinez & Turek, Inc.<br>Attn: Ozzie Fiallo<br>300 South Cedar Ave.<br>Rialto, CA 92376-9100 | 105 | Virgin Orbit, LLC<br>Virgin Orbit, LLC | 503(b)(9)<br>Unsecured<br>Subtotal | $14,604.00<br>$63,853.00<br>$78,457.00 | Virgin Orbit, LLC | Unsecured | $78,457.00 |
| | Reason: Modified priority reflects that, according to Debtors' books and records and/or documentation filed with the proof of claim, the claim is for services or other non-goods, which do not qualify for 503(b)(9) priority. | | | | | | | |
| 4 | Mobile Modular Management Corporation<br>Attn: Niel Bansraj<br>5700 Las Positas Rd<br>Livermore, CA 94550 | 56 | Virgin Orbit, LLC<br>Virgin Orbit, LLC | Secured<br>Unsecured<br>Subtotal | $11,228.80<br>$23,115.35<br>$34,344.15 | Virgin Orbit, LLC | Unsecured | $34,344.15 |
| | Reason: The Debtor has surrendered their interest in the Mobile Modular Management Co. collateral in full. | | | | | | | |

1

Virgin Orbit Holdings, Inc. Case No. 23-10405
Fourth Omnibus Substantive Claims Objection
Exhibit A - Reclassified Claims

| | NAME | CLAIM # | ASSERTED CLAIMS | | | MODIFIED CLAIMS | | |
|---|---|---|---|---|---|---|---|---|
| | | | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
| 5 | Pacific Scientific<br>7073 West Willis Road<br>Box 5002<br>Chandler, AZ 85226 | 35 | Virgin Orbit, LLC<br>Virgin Orbit, LLC<br><br>Subtotal | Priority<br>Unsecured | $58,562.41<br>$30,926.59<br>$89,489.00 | Virgin Orbit, LLC | Unsecured | $89,489.00 |
| | Reason: The modified priority reflects that according to documentation filed with the proof of claim, the claim is not on account of wages earned within 180 days of Petition Date and therefore ineligible for 507(a)(4) priority status. | | | | | | | |
| 6 | Sumitomo Mitsui Finance and Leasing Company Limited<br>c/o Kye Law Group, P.C.<br>201 Old Country Road, Suite 120<br>Melville, NY 11747 | 20 | Virgin Orbit, LLC | Secured | $12,613.95 | Virgin Orbit, LLC | Unsecured | $12,613.95 |
| | Reason: The claimant does not have a valid and perfected security interest in the debtor's property. | | | | | | | |
| 7 | TownePlace Suites Lancaster (Lancaster Lodging, LLC)<br>Attn: Stewart Ewing<br>2390 Tower Drive<br>Monroe, LA 71201-5760 | 441 | Virgin Orbit, LLC<br>Virgin Orbit, LLC<br><br>Subtotal | 503(b)(9)<br>Unsecured | $12,363.96<br>$568.68<br>$12,932.64 | Virgin Orbit, LLC | Unsecured | $12,932.64 |
| | Reason: The modified priority reflects that, according to documentation filed with the proof of claim, the claim is for services or other non-goods, which do not qualify for 503(b)(9) priority. | | | | | | | |
| 8 | Violante Brothers, Inc<br>William C. Violante<br>3600 Harbor Blvd<br>Suite 111-477<br>Oxnard, CA 93035 | 136 | Virgin Orbit Holdings, Inc. | 503(b)(9) | $3,268.05 | Virgin Orbit Holdings, Inc. | Unsecured | $3,268.05 |
| | Reason: Modified amount reflects goods that were received by the Debtor more than 20 days before the petition date, claims for which are ineligible for 503(b)(9) priority status. | | | | | | | |

2