# EXHIBIT 1

## Proposed Order

31090410.2

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------- x
: 
In re: : Chapter 11
 : 
VIRGIN ORBIT, LLC,[1] : Case No. 23-10408 (KBO)
 : 
Debtor. : **Ref. Docket No. ___**
 : 
------------------------------------------------------------- x

### ORDER SUSTAINING DEBTORS' SIXTH (6TH) OMNIBUS (SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502 OF THE BANKRUPTCY CODE, BANKRUPTCY RULE 3007, AND LOCAL RULE 3007-1

Upon consideration of the *Debtors' Sixth (6th) Omnibus (Substantive) Objection to Claims Pursuant to Section 502 of the Bankruptcy Code, Bankruptcy Rule 3007, and Local Rule 3007-1* (the "**Objection**")[2] and the McKeighan Declaration; and having determined that this Court has jurisdiction to consider the Objection pursuant to 28 U.S.C. §§ 157 and 1334 and the Amended Standing Order; and having determined that venue of the Chapter 11 Cases and the Objection in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and having determined that this matter is a core proceeding pursuant to 28 U.S.C. § 157(b); and this Court having determined that the relief requested in the Objection is in the best interests of the Debtors, their estates, their creditors and other parties in interest; and having determined that notice of the Objection was good and sufficient upon the particular circumstances and that no other or further notice need be given;

---

[1] The debtor in this case, along with the last four digits of the debtor's federal tax identification number, is: Virgin Orbit, LLC (9648). The debtor's mailing address for purposes of this case is 251 Little Falls Drive, Wilmington, DE 19808. The chapter 11 cases of the debtor's affiliates, Virgin Orbit National Systems, LLC (3801); Vieco USA, Inc. (0492); Virgin Orbit Holdings, Inc. (6914); and JACM Holdings, Inc. (1445), were closed as of December 1, 2023. All motions and contested matters that remained open as of the closing of such cases, or that are opened after the date thereof, are administered in the remaining chapter 11 case of Virgin Orbit, LLC.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Objection.

31090410.2

2

and upon the record herein; and after due deliberation thereon and good and sufficient cause appearing therefor;

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:**

1.  The Objection is SUSTAINED, as set forth herein.

2.  The No Liability Claim identified on **Exhibit A**, attached hereto is hereby disallowed and expunged.

3.  Subject to further objection by the Debtors and their estates, the Reclassified Claims identified on **Exhibit B**, attached hereto, are hereby reclassified as indicated in the column titled "*Modified Claims*" therein.

4.  The Debtors' objection to each Disputed Claim addressed in the Objection constitutes a separate contested matter as contemplated by Bankruptcy Rule 9014. This Order shall be deemed a separate Order with respect to each claim. Any stay of this Order pending appeal by any of the claimants subject to this Order shall only apply to the contested matter which involves such claimant and shall not act to stay the applicability and/or finality of this Order with respect to the other contested matters covered hereby.

5.  Any and all rights of the Debtors and their estates to amend, supplement or otherwise modify the Objection and to file additional objections to any and all claims filed in the Chapter 11 Cases, including, without limitation, any and all of the Disputed Claims, shall be reserved. Any and all rights, claims and defenses of the Debtors and their estates with respect to any and all of the Disputed Claims shall be reserved, and nothing included in or omitted from the Objection is intended or shall be deemed to impair, prejudice, waive or otherwise affect any rights, claims, or defenses of the Debtors and their estates with respect to the Disputed Claims.

3

      6.      This Court shall retain jurisdiction over any and all affected parties with respect to any and all matters, claims or rights arising from or related to the implementation or interpretation of this Order.

# **EXHIBIT A**

**No Liability Claim**

# Virgin Orbit Holdings, Inc. Case No. 23-10405
## Sixth Omnibus Substantive Claims Objection
### Exhibit A - No Liability Claim

| | NAME | DATE FILED | CASE # | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 1 | Arch Specialty Insurance Company<br>Francine Petrosino, Legal Assistant<br>210 Hudson Street, Suite 300<br>Jersey City, NJ 07311 | 05/25/2023 | 23-10405 | Virgin Orbit Holdings, Inc. | 353 | Undetermined* |
| | Reason: The Debtors have no liability on the "protective" insurance claim relating to potential claims arising from the insurance program/policy. | | | | | |
| | | | | | TOTAL | Undetermined* |

*Indicates claim contains unliquidated and/or undetermined amounts

1

# **EXHIBIT B**

## **Reclassified Claims**

Virgin Orbit Holdings, Inc. Case No. 23-10405
Sixth Omnibus Substantive Claims Objection
Exhibit B - Reclassified Claims

| | NAME | CLAIM # | DEBTOR (ASSERTED) | PRIORITY STATUS | AMOUNT | DEBTOR (MODIFIED) | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 1 | Bank of the West<br>1625 W. Fountainhead Pkwy<br>Tempe, AZ 85282 | 31 | Virgin Orbit, LLC | Secured | $37,100.26 | Virgin Orbit, LLC | Unsecured | $37,100.26 |
| | Reason: Claimant failed to provide supporting documentation in order for the Debtors' to ascertain the validity of secured interest of the claim. Additionally, the Debtors do not believe that the claimant has a valid and perfected security interest in the debtor's property. | | | | | | | |
| 2 | Sentek Dynamics, Inc.<br>2090 Duane Ave<br>Santa Clara, CA 95054 | 6 | Virgin Orbit, LLC<br>Virgin Orbit, LLC | Secured<br>Unsecured<br>Subtotal | $936,565.00<br>$661,094.04<br>$1,597,659.04 | Virgin Orbit, LLC | Unsecured | $1,597,659.04 |
| | Reason: The claimant does not have a valid and perfected security interest in the debtor's property. | | | | | | | |

1

# **EXHIBIT 2**

**McKeighan Declaration**

31090410.2

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------- x
:
In re: : Chapter 11
:
VIRGIN ORBIT, LLC,[1] : Case No. 23-10408 (KBO)
:
Debtor. :
:
---------------------------------------------------------- x

### DECLARATION OF ERIN MCKEIGHAN IN SUPPORT OF DEBTORS' SIXTH (6TH) OMNIBUS (SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502 OF THE BANKRUPTCY CODE, BANKRUPTCY RULE 3007, AND LOCAL RULE 3007-1

I, Erin McKeighan, pursuant to 28 U.S.C. § 1746, declare:

1.  I am a Managing Director of Alvarez & Marsal North America, LLC ("**A&M**"), which was previously retained as the financial advisor to the above-captioned post-effective date debtors (collectively, the "**Debtors**") in their chapter 11 cases (collectively, the "**Chapter 11 Cases**").[2] A&M is now assisting the Plan Administrator (as defined in the Plan) in winding down the Debtors' estates and administering the Chapter 11 Cases. Through A&M's engagement and participation in the Chapter 11 Cases, I have become generally familiar with the Debtors' day to day operations, business affairs, and books and records, including, among other records, human resources and legal records that reflect, among other things, the Debtors' liabilities and the amount thereof owed to their creditors. I have read the *Debtors' Sixth (6th) Omnibus (Substantive)*

---

[1] The debtor in this case, along with the last four digits of the debtor's federal tax identification number, is: Virgin Orbit, LLC (9648). The debtor's mailing address for purposes of this case is 251 Little Falls Drive, Wilmington, DE 19808. The chapter 11 cases of the debtor's affiliates, Virgin Orbit National Systems, LLC (3801); Vieco USA, Inc. (0492); Virgin Orbit Holdings, Inc. (6914); and JACM Holdings, Inc. (1445), were closed as of December 1, 2023. All motions and contested matters that remained open as of the closing of such cases, or that are opened after the date thereof, are administered in the remaining chapter 11 case of Virgin Orbit, LLC.

[2] On May 18, 2023, the Court entered an order [Docket No. 304] authorizing the Debtors' retention of A&M as financial advisor.

*Objection to Claims Pursuant to Section 502 of the Bankruptcy Code, Bankruptcy Rule 3007, and Local Rule 3007-1* (the "**Objection**"),[3] and am directly, or by and through other personnel or representatives of the Debtors, reasonably familiar with the information contained therein, the Proposed Order, and the exhibit attached to the Proposed Order. I am authorized to execute this declaration on behalf of the Debtors.

2. In preparing this Declaration, I reviewed the claims register maintained by the Debtors' court-appointed claims agent, Kroll Restructuring Administration LLC, which contains the record of all parties that filed proofs of claim in connection with the Chapter 11 Cases. Additionally, I, or other employees of A&M and/or the Debtors working with me or under my supervision, or the Debtors' other advisors have reviewed each of the proofs of claim that is the subject to the Objection.

3. Except as otherwise indicated, all facts set forth in this Declaration are based on my personal knowledge of the Debtors' operations and finances, my review of the proofs of claim and claims register, information received from other members of A&M, the Debtors, or the Debtors' other advisors, or upon my experience and knowledge of the claims process in the Chapter 11 Cases. As to matters regarding state and federal law, including bankruptcy law, I have relied on the advice of counsel. If called upon to testify, I would testify competently to the facts set forth herein.

4. The information contained in Exhibits A and B to the Proposed Order is true and correct to the best of my knowledge, information and belief.

---

[3] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Objection.

31090410.2

5. The Debtors have reviewed their books and records and determined that the Debtors and their estates are not liable on account of the No Liability Claim listed on Exhibit A to the Proposed Order. Accordingly, to prevent the claimants from potentially receiving unwarranted recoveries, to the detriment of creditors in these Chapter 11 Cases, the Debtors seek to disallow and expunge the No Liability Claim identified on Exhibit A to the Proposed Order.

6. The Debtors have reviewed their books and records and determined that the Reclassified Claims should be reclassified as provided for on Exhibit B to the Proposed Order to prevent the claimants from receiving undue secured status, to the detriment of creditors in the Chapter 11 Cases. As a result, the Debtors seek to reclassify the Reclassified Claims in the manner provided for on Exhibit B to the Proposed Order.

7. I declare under penalty of perjury that the foregoing information is true and correct to the best of my knowledge, information and belief.

Executed on December 22, 2023

>*/s/ Erin McKeighan*
>Erin McKeighan
>Managing Director
>Alvarez & Marsal North America, LLC

31090410.2