


# IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE

In re:

VIRGIN ORBIT, LLC.

Debtor.

Case No. 23-10405

The debtor in this case, along with the last four digits of the debtor's federal tax identification number, is: Virgin Orbit, LLC (9648). The debtor's mailing address for purposes of this case is 251 Little Falls Drive, Wilmington, DE 19808. The chapter 11 cases of the debtor's affiliates, Virgin Orbit National Systems, LLC (3801); Vieco USA, Inc. (0492), Virgin Orbit Holdings, Inc (6914); and JACM Holdings, Inc (1445), were closed as of [•], 2023 All motions and contested matters that remained open as of the closing of such cases, or that are opened after the date thereof, are administered in the remaining chapter 11 case of Virgin Orbit, LLC.

Chapter 11

## NOTICE OF OBJECTION TO

the order Confirming the Fifth Amended Joint Chapter 11 Plan of Virgin Orbit Holdings, Inc. and Its Debtor Affiliates, Order Signed on 7/31/2023, Ref Doc No. 604.

Upon the consideration of 11 U.S.C. § 1144.I ("**Objection for fraud**"), Tamas Hampel as an owner of 763,044 cancelled shares in the Debtor company Virgin Orbit ("VO"), respectfully requests the revocation of the confirmation of the Debtors' bankruptcy plan as the confirmation order, especially the cancellation was procured by a fraud.

Cancellation of the shares is a fraud since Virgin Investment Limited received a $3.7 billion assets for its $74 100.000 secured credit as follows.

The key value in the company is the unique IP assets (nothing else), namely the Launcher One. "IP Assets" means all intellectual property assets owned by the Debtors (excluding any intellectual property assets that were sold pursuant to the Existing Sale Orders), including for the avoidance of doubt, the rocket engine and rocket avionics system intellectual property. (Confirmed Bankruptcy Plan)

"In connection with the Chapter 11 Case of the Company, the Board has determined that it is in the best interests of the Company to consummate the transactions under that certain senior secured super-priority debtor-in-possession credit facility consisting of (i) a new money delayed draw term loan facility denominated in U.S Dollars in an aggregate principal amount not to exceed $31,600,000 and (ii) term loans issued thereunder in substitution and exchange of certain prepetition notes in an aggregate principal amount of $42,500,000 pursuant to that certain Senior Secured Super priority Debtor-In-Possession Term Loan Credit Agreement, by and among, Virgin Orbit Holdings, Inc. as DIP Facility Borrower, its subsidiaries party thereto as Guarantors, and Virgin Investments Limited ("VIL") as DIP Lender..." (Chapter 11 Voluntary Petition Fee Amount $1738. Filed by Virgin Orbit Holdings, Inc.)

"Class 3 — Prepetition Secured Notes Claims Treatment unless the Prepetition Secured Noteholder agrees to a less favorable treatment), on the Effective Date, the Prepetition Secured Noteholder shall receive ... (iii) the rights to all IP Assets." (Confirmed Bankruptcy Plan)

"The SPAC — co-led by George Mattson, who previously co-led Goldman Sachs' global industrials group, and former PerkinElmer chairman and CEO Gregory Summe — values Virgin Orbit at $3 7 billion in equity." (https://www.cnbc.com/2021/08/23/richard-bransons-virgin-orbit-spac-public-at-3point7-billion-valuation.html)

I was very confident about the future of Virgin Group, the horizontal launches, especially of the horizontal satellite launch all over the word in the US' alliance countries by VO development, Launcher One. It is now a demonstrated and working technology since, as far as I am concerned, only a filter caused the failure of the satellite launch in Cornwall.

1. VO communicated that it will continue to operate and will launch satellites in the near future as the technology, Launcher One is finished. VO also officially communicated, sale or investments are under negotiation with potential buyers and investors. In the official documents, VO management declared that there were investors willing to maintain the company without selling it in pieces. "Ultimately, the Debtors received over 30 indications of interest, including from multiple parties that proposed continuing to operate the business as a going concern."

2. According to news articles and the shared (Kroll) time sheet of the law firm Vinson & Elkins LLP, advisor of the management of Virgin Orbit National Defense, it seems Pentagon is keen to cooperate with VO and willing to maintain the horizontal satellite launch technology.

"The Pentagon showed a keen interest in the company and the promise that it would be able to launch small satellites quickly "(https://www.washingtonpost.com/technology/2023/04/19/virgin-orbit-bankruptcy-plans/)

3. My understanding on the future of VO's horizontal satellite launch system: Zakaria Mahmud, professor at Lake Superior State University also believes in this horizontal launch technology: "But forget about ideas of the Upper Peninsula transforming into Cape Canaveral, with its sprawling footprint and high-profile, million dollar rocket launches The Upper Peninsula will likely see more horizontal launches into orbit. Horizontal launch needs a lot less ground station, because the satellite would be on a B-52 or some sort of airplane, they will be already flying in the sky and then it will launch from there." (https://www.northernontariobusiness.com/jobs-of-the-future/jobs-of-the-future-lake-superior-state-wants-to-be-the-training-base-for-space-7447795)

4. My understanding on the future of VO's horizontal satellite launch system This video from the UK Space Agency confirms that horizontal satellite launch (beside of the vertical launch) will be a basis of the space strategy of the UK. (https://www.youtube.com/watch?v=llHwjye63Cg)

Within 5 years' time, horizontal satellite launches will be valuable and current method word wild Therefore, I was very confident to hold or buy VO shares On 2 August the confirmation of the bankruptcy plan with the cancellation of the shares and by giving all IP assets to Virgin USA Management Inc. via Virgin Investment Limited ('VIL") may be a fraud. I understand VIL is a secured creditor, but at the same time, it has a significant influence on the operation of the company and the bankruptcy procedure. It shows to shareholders that the VO bankruptcy plan is not about the satisfaction of external creditors (e g an external bank or external vendors), but the majority owner using Bankruptcy plan under Chapter 11 and secured credits to cancel the shares of the minority owners. I was also shocked when the bankruptcy court accepted the plan with these terms. This confirmed bankruptcy plan has just undermined the reputation and trust in the legal system of the USA. It undermines the trust in principles such as the right to property, rule of law, minority shareholder protection and rights. This effective bankruptcy plan makes it difficult to attract investors in the space sector anymore causing an obstacle for the development.

Legal basis "Revocation of the confirmation order is an undoing or cancellation of the confirmation of a plan A request for revocation of confirmation, if made at all, must be made by a

party in interest within 180 days of confirmation. The court, after notice and hearing, may revoke a confirmation order if and only if the [confirmation] order was procured by fraud." 11 U.S.C § 1144

As a conclusion, I kindly request the revocation of the confirmation of the Debtors' bankruptcy plan as the confirmation order, especially the cancellation was procured by a fraud.

Attachments: 1.) trading history (IBKR), 2.) trading history (KBC Equitas)

Date: 21 December 2023

Kind regards,
**Dr. Tamas Hampel**
email: tarras.hampel@gmail.com
phone: +36 20 390 20 90
Dios arok 49d
Budapest
1125 Hungary

11/3/23, 2:12 PM                                                    Account Management

Activity Statement
January 2, 2023 - November 2, 2023

Interactive Brokers Central Europe Zrt.
Medach Imre ut 13-14. Floor 5, Budapest, 1075, Hungary

> Account Information
> Net Asset Value
> Mark-to-Market Performance Summary
> Realized & Unrealized Performance Summary
> Cash Report  |  Convert Your Cash Balances to USD
> Open Positions
∨ Trades

| Symbol | Date/Time | Quantity | T Price | C Price | Proceeds | Comm/Fee | Basis | Realized P/L | MTM P/L | Co |
|---|---|---|---|---|---|---|---|---|---|---|
| **Stocks** | | | | | | | | | | |
| **USD** | | | | | | | | | | |
| SPCE | 2023-07-19, 12:42:39 | 350 | 3.9400 | 3.9800 | 1,379.00 | -1.75 | 1,380.75 | 0.00 | 14.00 | |
| Total SPCE | | 350 | | | -1,379.00 | -1.75 | 1,380.75 | 0.00 | 14.00 | |
| VORBQ | 2023-05-30, 08:00:00 | 60 | 0.01424167 | 0.0114 | -0.85 | -0.01 | 0.86 | 0.00 | -0.17 | C |
| VORBQ | 2023-05-30, 11:05:26 | 3,300 | 0.0113 | 0.0114 | -37.20 | -0.37 | 37.57 | 0.00 | -1.05 | C |
| VORBQ | 2023-05-30, 11:21:53 | 96,800 | 0.01266561 | 0.0114 | -1,230.22 | -12.30 | 1,242.52 | 0.00 | -126.56 | C |
| VORBQ | 2023-05-30, 11:41:53 | 700 | 0.0127 | 0.0114 | -8.89 | -0.09 | 8.98 | 0.00 | -9.11 | |
| VORBQ | 2023-06-01, 16:38:08 | 100,000 | 0.0124 | 0.0120 | -1,240.00 | -12.40 | 1,252.40 | 0.00 | -40.00 | C |
| VORBQ | 2023-06-01, 15:41:42 | 3,400 | 0.0124 | 0.0120 | -42.16 | -0.42 | 42.58 | 0.00 | -1.36 | |
| VORBQ | 2023-06-05, 08:18:02 | 2,018 | 0.0110 | 0.0125 | -22.20 | -0.22 | 22.42 | 0.00 | 3.03 | C |
| VORBQ | 2023-06-05, 10:24:29 | 202,142 | 0.0120 | 0.0125 | -2,425.70 | -24.26 | 2,449.96 | 0.00 | 101.07 | C |
| VORBQ | 2023-06-05, 15:32:03 | 14,000 | 0.0124 | 0.0125 | -173.60 | -1.74 | 175.34 | 0.00 | 1.40 | |
| VORBQ | 2023-06-12, 10:52:18 | 6,000 | 0.0400 | 0.0340 | -240.00 | -2.40 | 242.40 | 0.00 | -70.00 | C |
| VORBQ | 2023-06-12, 11:13:58 | 2,000 | 0.0483 | 0.0340 | -96.60 | -0.97 | 97.57 | 0.00 | -28.60 | |
| VORBQ | 2023-06-12, 14:37:01 | 4,000 | 0.0400 | 0.0340 | -160.00 | -1.60 | 161.60 | 0.00 | -24.00 | |
| VORBQ | 2023-06-12, 15:12:55 | 10,000 | 0.0430 | 0.0340 | -430.00 | -4.30 | 434.30 | 0.00 | -90.00 | |
| VORBQ | 2023-06-13, 10:44:08 | 15,000 | 0.0370 | 0.0380 | -555.00 | -5.55 | 560.55 | 0.00 | 15.00 | |
| VORBQ | 2023-06-14, 08:36:03 | 2 | 0.0320 | 0.0399 | -0.06 | -0.01 | 0.07 | 0.00 | 0.02 | C |
| VORBQ | 2023-06-14, 10:13:54 | 15,398 | 0.0400 | 0.0399 | -615.92 | -6.16 | 622.08 | 0.00 | -1.54 | |
| VORBQ | 2023-06-15, 11:10:30 | 1 | 0.0350 | 0.0347 | -0.04 | -0.01 | 0.05 | 0.00 | 0.00 | |
| VORBQ | 2023-06-16, 11:49:25 | 14,999 | 0.0360 | 0.0347 | -539.96 | -5.40 | 545.36 | 0.00 | -19.50 | |
| VORBQ | 2023-06-16, 11:11:30 | 15,000 | 0.0325 | 0.0275 | -487.50 | -4.88 | 492.38 | 0.00 | -75.00 | |
| VORBQ | 2023-06-16, 15:28:15 | 17,000 | 0.0270 | 0.0275 | -459.00 | -4.58 | 463.58 | 0.00 | 8.50 | |
| VORBQ | 2023-06-27, 12:11:44 | 48,671 | 0.03599702 | 0.0360 | -1,752.01 | -17.52 | 1,769.53 | 0.00 | 0.14 | C |
| VORBQ | 2023-06-28, 11:13:47 | 31,052 | 0.03899858 | 0.0400 | -1,210.88 | -12.11 | 1,222.99 | 0.00 | 31.49 | C |
| VORBQ | 2023-06-29, 15:30:26 | 7,700 | 0.0350 | 0.0250 | -269.50 | -2.70 | 272.20 | 0.00 | -77.00 | |
| VORBQ | 2023-07-03, 12:16:22 | 400 | 0.03345 | 0.0360 | -13.38 | -0.15 | 13.53 | 0.00 | 0.62 | |
| VORBQ | 2023-07-05, 11:00:39 | 90 | 0.0320 | 0.0330 | -2.88 | -0.04 | 2.92 | 0.00 | 0.09 | |
| VORBQ | 2023-07-06, 15:48:56 | 800 | 0.0322 | 0.0330 | -25.76 | -0.26 | 26.02 | 0.00 | 0.64 | |
| VORBQ | 2023-07-05, 15:51:52 | 20,000 | 0.0330 | 0.0330 | -660.00 | -6.60 | 666.60 | 0.00 | 0.00 | |
| VORBQ | 2023-07-05, 15:53:25 | 450 | 0.0330 | 0.0330 | -14.85 | -0.15 | 15.00 | 0.00 | 0.00 | |
| VORBQ | 2023-07-07, 16:26:17 | 17,000 | 0.0323 | 0.0320 | -549.10 | -5.49 | 554.59 | 0.00 | -4.10 | |
| VORBQ | 2023-07-11, 11:28:00 | 300 | 0.0326 | 0.0300 | -9.78 | -0.11 | 9.89 | 0.00 | -0.78 | |
| VORBQ | 2023-07-11, 11:32:30 | 1,700 | 0.0330 | 0.0300 | -64.40 | -0.64 | 64.94 | 0.00 | -3.40 | |
| VORBQ | 2023-07-12, 10:08:46 | 288 | 0.0300 | 0.029875 | -8.64 | -0.09 | 8.73 | 0.00 | -0.01 | |
| VORBQ | 2023-07-12, 10:13:27 | 17,712 | 0.0316 | 0.029875 | -561.24 | -5.63 | 566.87 | 0.00 | -32.32 | C |
| VORBQ | 2023-07-14, 10:44:36 | 16,338 | 0.0290 | 0.02875 | -467.46 | -4.67 | 462.04 | 0.00 | -20.42 | C |
| Total VORBQ | | 663,221 | | | -14,366.61 | -143.61 | 14,500.12 | 0.00 | -458.84 | |
| Total | | | | | -15,725.61 | -145.36 | 15,880.97 | 0.00 | -444.84 | |

| Symbol | Date/Time | Quantity | T Price | | Proceeds | Comm in USD | | | MTM in USD | Co |
|---|---|---|---|---|---|---|---|---|---|---|
| **Forex** | | | | | | | | | | |
| **HUF** | | | | | | | | | | |
| USD.HUF | 2023-06-30, 08:01:02 | 1 | 344.9500 | | -344.95 | 0.00 | | | 0.00 | |
| USD.HUF | 2023-06-30, 08:01:02 | -0.1356 | 344.9500 | | 46.74 | 0.00 | | | 0.00 | |

11/3/23, 2:12 PM                                                                 Account Management

| Symbol | Date/Time | Quantity | T Price | C Price | Proceeds | Comm/Fee | Basis | Realized P/L | MTM P/L | Co |
|---|---|---|---|---|---|---|---|---|---|---|
| USD.HUF | 2023-05-30, 22:14:53 | 1 | 345.9300 | | -345.93 | 0.00 | | | 0.00 | |
| USD.HUF | 2023-06-30, 22:14:53 | -0.97206 | 345.9200 | | 319.24 | 0.00 | | | 0.00 | |
| USD.HUF | 2023-06-01, 15:43:42 | 1 | 344.8850 | | -344.88 | 0.00 | | | 0.00 | |
| Total USD.HUF | | 1.94164 | | | -466.78 | 0.00 | | | 0.00 | |
| Total | | | | | -466.78 | 0.00 | | | 0.00 | |
| Total in USD | | | | | -1.94 | 0.00 | | | 0.00 | |
| USD | | | | | | | | | | |
| EUR.USD | 2023-07-11, 11:29:01 | -8 | 1.09905 | | 8.79 | 0.00 | | | -0.01 | |
| EUR.USD | 2023-07-11, 11:33:30 | -60 | 1.0992 | | 64.96 | 0.00 | | | -0.09 | |
| EUR.USD | 2023-07-12, 10:19:03 | -5 | 1.11005 | | 5.55 | 0.00 | | | -0.02 | |
| EUR.USD | 2023-07-12, 10:19:03 | -0.31 | 1.11005 | | 0.34 | 0.00 | | | 0.00 | |
| Total EUR.USD | | -63.31 | | | 69.68 | 0.00 | | | -0.12 | |
| HUF.USD | 2023-06-05, 19:56:39 | -181.2206848 | 0.0029042 | | 0.54 | 0.00 | | | -0.02 | |
| Total HUF.USD | | -181.2206848 | | | 0.54 | 0.00 | | | -0.02 | |
| Total | | | | | 70.18 | 0.00 | | | -0.13 | |

> Corporate Actions | Glossary

> Deposits & Withdrawals

> Financial Instrument Information

> Codes

∨ Notes/Legal Notes

**Notes**

1. Most stock exchange transactions settle on the trade date plus two business days. Options, futures and US open-end mutual fund transactions settle on trade date plus one business day. (Some exchanges and other transaction types may have longer or shorter settlement periods.) Ending settled cash reflects the cash that has actually settled.
2. Initial and maintenance margin requirements are available within the Account Window of the Trader Workstation.
3. Quantities preceded by a "-" sign indicate sell transactions. Other transactions are purchases.
4. IB acts as agent in executing the fractional share portion of your order. In certain circumstances, IB routes the fractional portion of your order to an affiliate which may execute the fractional portion of the order as principal. In such circumstances, this is indicated by the codes associated with the trade. If an IB affiliate acts as principal in executing any fractional share portion of your order, the order will be executed at the price displayed for the opposite side of the NBBO from your order (the offer if you are buying and the bid if you are selling) at the time of execution. If an IB affiliate is acting as riskless principal in connection with filling the fractional share portion of your order, the affiliate will execute the fractional share portion of your order at the price it receives for the execution of the whole share.
5. In case of partial executions, commissions are charged on the total quantity executed on the original order. The commission is displayed on the first partial execution only.
6. Each closed lot indicated above with a reference to note (6) was chosen by the end of the trading day to be sold versus the specific opening purchase identified in that row.
7. Trade execution times are displayed in Eastern Time.
8. Applicable regulatory fees for your transactions are available on the IB website at www.interactivebrokers.com/en/accounts/fees/exchangeAndRegulatoryFees.php
9. Borrow Fee Rate represents the cost to borrow stock expressed in percent per annum. It is applied to the collateral value on the stock borrow contract and is separate from any interest earned on credit cash balances. Similarly, Loan Fee Rate represents the benefit to lend stock. A positive rate indicates a cost to the borrower/benefit to the lender and a negative rate indicates a benefit to the borrower/cost to the lender. In general, the fee rates for hard-to-borrow stocks are higher than for normal availability stocks.
10. Interest Rate on Customer Collateral represents the interest paid on the collateral posted to the customer's account and received from lending stock. A positive rate indicates a benefit to the lender.
11. The closing prices on this Activity Statement are indicative and may come from third-party sources. Interactive Brokers does not warrant the accuracy of the prices provided by third-party sources. Due to time zone differences, certain non-US mutual funds may deliver closing prices after the Activity Statement has been produced and the closing prices for such funds will reflect the previous day's price.
12. All Market Data and Research services are provided through Global Financial Information Services (GmbH).
13. Market data is provided by Global Financial Information Services (GmbH). Your local broker collects amounts owed for fees and tax for such data on behalf of Global Financial Information Services (GmbH). Note: you are responsible for any applicable taxes relating to the provision of these services.
14. Directive 2014/65/EU and its implementing measures (MiFID II) applies to all client funds and client financial instruments (Client Assets) on this statement except those Client Assets that are not classified as segregated assets, namely securities lent under the Stock Yield Enhancement Programme as identified in the IBKR Managed Securities Lent section of this statement and Client Assets noted as Not Segregated in the Collateral for Customer Borrowing section of this statement. IBCE applies the MiFID II Client Asset protection requirements to funds and instruments that are not subject to MiFID II in the same way as it applies these requirements to Client Assets.

**Fixed Income Notes**

1. Call features for bonds or preferred stocks may affect the yield. For zero coupon, compound interest and multiplier securities, there are no periodic payments and securities may be callable below maturity value without notice to holder unless registered. For asset-backed securities, the actual yield may vary depending on the speed at which the underlying note is pre-paid. For additional information regarding bond yield, please contact the IB Help Desk at help@interactivebrokers.com. If this debt security is unrated by a nationally recognized statistical rating organization, it may pose a high risk of default. You should consult a financial adviser to determine whether unrated bonds are appropriate for your portfolio in light of your goals and your financial circumstances. Fees charged by bond trading centers are included in the cost of bond transactions.

**Legal Notes**

1. Please promptly report any inaccuracy or discrepancy in this statement, or in your account, to Interactive Brokers Central Europe Zrt. ("IBCE"). You can contact the IBCE Customer Service Department using the online form available on the IBCE website: interactivebrokers.hu. You may also contact IBCE by telephone +36 80 088 400 but if you report an error by telephone, you should re-confirm such oral communication in writing in order to protect your rights, including your rights under Tpt. (a tőkepiacról szóló 2001. évi CXX. törvény Act CXX of 2001 on the Capital Market)

11/3/23, 2:12 PM                                                                 Account Management

2. Unless otherwise noted, IBCE acted as agent in the execution of the above transactions. IBCE may execute your trades through affiliates or third-party brokers who are members of the relevant exchange or market center. IBCE uses its affiliates Interactive Brokers LLC and Interactive Brokers (U.K.) Limited to custody financial instruments.

3. IBCE acts as agent or riskless principal in foreign currency exchange transactions and CFDs. Such transactions are executed against an IBCE affiliate, which acts as principal in such transactions and may have a long or short position and may have profited or lost in connection with the transaction.

4. IBCE routes orders in US products through its US affiliate Interactive Brokers LLC ("IBLLC"). IBLLC accepts liquidity rebates or other order flow payments from Alternative Trading Systems, market makers and exchanges for certain orders in US stocks. IBLLC receives payment for some US option orders pursuant to exchange-mandated marketing fee programs or other arrangements.

5. Please promptly notify IB-CE of any material change in your investment objectives or financial situation or circumstances.

6. An up-to-date financial statement of IBCE is available for your personal inspection at interactivebrokers.hu or at its offices, or a copy of the financial statement will be mailed to you upon your written request.

7. IBCE is a member of BEVA. As with all securities firms, BEVA coverage provides protection against failure of a broker-dealer. BEVA coverage is limited to a maximum payment of EUR 100,000 per investor.

8. The General Business Rules and client disclosures of IBCE may be found at interactivebrokers.hu

9. Interactive Brokers Central Europe Zrt. is regulated by the MNB.

Generated: 2023-11-03 09:10:41 EDT

ZÁRÓK ( Márc 1 - ig ) ( Értékpapír - VIRGIN ORBI X ) ( Státusz Teljesült X ) (+)  ✏ ⓘ

| Név | ↓ Dátum | Tranzakció | Db | Ár | Érték | Teljesült db | Átlagár | Státusz | Számla |
|---|---|---|---|---|---|---|---|---|---|
| VIRGIN ORBIT HOLDING | ápr. 12. | Vétel | 33 669 | 0,09 USD | 2 902 USD | 33 669 | 0,09 USD | Teljesült | Normál |
| VIRGIN ORBIT HOLDING | ápr. 4. | Vétel | 13 923 | 0,15 USD | 2 040 USD | 13 923 | 0,15 USD | Teljesült | Normál |
| VIRGIN ORBIT HOLDING | márc. 31. | Vétel | 5 673 | 0,22 USD | 1 237 USD | 5 673 | 0,22 USD | Teljesült | Normál |
| VIRGIN ORBIT HOLDING | márc. 30 | Vétel | 5 442 | 0,37 USD | 1 992 USD | 5 442 | 0,37 USD | Teljesült | Normál |
| VIRGIN ORBIT HOLDING | márc. 28. | Vétel | 7 661 | 0,39 USD | 2 988 USD | 7 661 | 0,39 USD | Teljesült | Normál |
| VIRGIN ORBIT HOLDING | márc. 27 | Vétel | 4 596 | 0,66 USD | 3 010 USD | 4 596 | 0,66 USD | Teljesült | Normál |
| VIRGIN ORBIT HOLDING | márc. 24. | Vétel | 4 527 | 0,55 USD | 2 490 USD | 4 527 | 0,54 USD | Teljesült | Normál |
| VIRGIN ORBIT HOLDING | márc. 22 | Vétel | 734 | 0,67 USD | 492 USD | 734 | 0,67 USD | Teljesült | Normál |
| VIRGIN ORBIT HOLDING | márc. 20. | Vétel | 753 | 0,52 USD | 392 USD | 753 | 0,52 USD | Teljesült | Normál |
| VIRGIN ORBIT HOLDING | márc. 17 | Vétel | 2 845 | 0,72 USD | 2 047 USD | 2 845 | 0,72 USD | Teljesült | Normál |

15 ▾    1 - 10 a 10-ből ‹ ›

Minden jog fenntartva 2015 - 2022 KBC Equitas

