# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| VIRGIN ORBIT, LLC, | ) | Case No. 23-10408 (KBO) |
| | ) | |
| | ) | Jointly Administered |
| Debtor.[1] | ) | |
| | ) | **Related to Docket No. 17** |
| | ) | |

## SCHEDULING ORDER

Upon review of the filing submitted by Dr. Tamas Hampel on December 21, 2023, titled "Notice of Objection To" [D.I. 17] and following consultation with the above-captioned debtor (the "Debtor") and Dr. Hampel regarding scheduling of a hearing thereon, the following is hereby **ORDERED**:

1.  The Court shall consider Dr. Hampel's filing as a motion (the "Motion") pursuant to 11 U.S.C. § 1144 to revoke the entry of the *Order Confirming the Fifth Amended Joint Chapter 11 Plan of Virgin Orbit Holdings, Inc. and Its Debtor Affiliates* [Case No. 23-10405, D.I. 604].

2.  A hearing to consider the Motion will be held in-person on **February 7, 2024, at 9:30 a.m. (E.T.)** before the Honorable Karen B. Owens in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"), 824 N. Market Street, 6th Floor, Courtroom No. 3, Wilmington, Delaware 19801.

3.  Dr. Hampel, as movant, may remotely participate in the hearing given his foreign location. All other participants are directed to consult Judge Owens's Chambers Procedures (dated

---

[1] The Debtor in this case, along with the last four digits of the Debtor's federal tax identification number, is: Virgin Orbit, LLC (9648). The Debtor's mailing address for purposes of this case is 251 Little Falls Drive, Wilmington, DE 19808. The chapter 11 cases of the Debtor's affiliates, Virgin Orbit National Systems, LLC (3801); Vieco USA, Inc. (0492); Virgin Orbit Holdings, Inc. (6914); and JACM Holdings, Inc. (1445), were closed as of December 1, 2023. All motions and contested matters that remained open as of the closing of such cases, or that are opened after the date thereof, are administered in the remaining chapter 11 case of Virgin Orbit, LLC.

January 2, 2024) for guidance as to the accepted manner of appearance. The deadline to register for remote attendance is **4:00 p.m. (E.T.) on February 6, 2024,** using the *eCourtAppearances* tool available on the Bankruptcy Court's website (http://www.deb.uscourts.gov/ecourt-appearances).

    4.    Any supplemental filing of Dr. Hampel in support of the Motion must be mailed to and received by the Bankruptcy Court, 824 N. Market Street, 3rd Floor, Wilmington, Delaware 19801 for filing by **January 12, 2024, at 4:00 p.m. (E.T.)**.

    5.    Any objections or responses to the relief requested in the Motion shall be filed or mailed to and received for filing on or before **January 24, 2024, at 4:00 p.m. (E.T.)** with the Bankruptcy Court, 824 N. Market Street, 3rd Floor, Wilmington, Delaware 19801.

    6.    Any replies of Dr. Hampel in support of the Motion must be mailed to and received by the Bankruptcy Court, 824 N. Market Street, 3rd Floor, Wilmington, Delaware 19801 for filing by **February 2, 2024, at 4:00 p.m. (E.T.)**.

    7.    The Debtor is directed to serve the Motion and this Order on the appropriate parties and file an affidavit of service with the Bankruptcy Court by **January 5, 2024**.

Dated: January 3, 2024  
Wilmington, Delaware

                                        */s/ Karen B. Owens*  
                                        Karen B. Owens  
                                        United States Bankruptcy Judge