# IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re. ) | Chapter 11 |
| ) | |
| ) | **Hearing Date:** |
| ) | |
| ) | February 7, 2024, at |
| ) | 9:30 a.m. (E.T.) |
| ) | |
| ) | **Objection Deadline:** |
| VIRGIN ORBIT, LLC. ) | February 2, 2024, at |
| ) | 4:00 p.m. (ET) |
| ) | |
| Debtor. ) | Case No. 23-10408 |
| ) | |
| ) | Re: |
| ) | Docket No. 17 |

The debtor in this case, along with the last four digits of the debtor's federal tax identification number, is: Virgin Orbit, LLC (9648). The debtor's mailing address for purposes of this case is 251 Little Falls Drive, Wilmington, DE 19808. The chapter 11 cases of the debtor's affiliates, Virgin Orbit National Systems, LLC (3801), Vieco USA, Inc. (0492), Virgin Orbit Holdings, Inc (6914); and JACM Holdings, Inc. (1445), were closed as of [●], 2023. All motions and contested matters that remained open as of the closing of such cases, or that are opened after the date thereof, are administered in the remaining chapter 11 case of Virgin Orbit, LLC.

FILED 2024 JAN -4 AM 10:31

## SUPPLEMENTAL DECLARATION IN SUPPORT OF THE OBJECTION OF TAMAS HAMPEL (DOCKET NO. 17) TO THE ORDER CONFIRMING THE FIFTH AMENDED JOINT CHAPTER 11 PLAN OF VIRGIN ORBIT HOLDINGS, INC. AND ITS DEBTOR AFFILIATES, ORDER SIGNED ON 7/31/2023, REF DOC NO. 604.

I, Tamas Hampel dr., do hereby declare, under penalty of perjury.

1. **Reason of initiating an objection to the Order confirming the Fifth Amended Joint Chapter 11 plan**

I had no alternative but to initiate a proceeding pursuant to 11 U.S.C § 1144 due to the declarations made by the management of the Debtor, notably the CEO, Daniel M. Hart. It was communicated that the Debtor had received numerous offers connect to an acquisition, a merger, or investments saving the constant operation of the Debtor. Consequently, prior to the confirmation of the Fifth Amended Joint Chapter 11 Plan of Virgin Orbit Holdings (**Plan**), I held a strong conviction that the Debtor would imminently announce a reorganization, an acquisition, or investments. I regard the Plan as a worst-case scenario. It is my assertion that the Debtor deliberately (or non-

1

deliberately) conveyed to shareholders the impending reorganization, while, in parallel, the Plan was being effectuated.

### On 10/11/2023 the Debtor stated the followings:

*"On May 1, 2023, the Court entered an order approving the bidding procedures for the Sale Process <u>the Debtors received over 30 indications of interest, including from multiple parties that proposed continuing to operate the business as a going concern</u>."* (Motion For Sale of Property Free and Clear of Liens (FEE) - Debtors' Motion for Entry of an Order (I) Authorizing the Private Sale of Certain of the Debtors' Assets Free and Clear of Liens, Claims, Encumbrances, and Other Interests; (II) Approving the Bill of Sale; and (III) Granting Related Relief Fee Amount $188 Filed by Virgin Orbit Holdings, Inc.. Hearing scheduled for 10/18/2023 at 01 00 PM at US Bankruptcy Court, 824 Market St., 6th Fl., Courtroom #3, Wilmington, Delaware. Docket No. 687)

My ultimate expectation hinged upon the requested and confirmed extension of the exclusive period, as specified in the Order Extending the Exclusive Periods for the Filing of a Chapter 11 Plan and Solicitation of Acceptances Thereof, Docket No. 630. However, it has become evident that, up until the prescribed deadline of November 30, 2023, as per the provisions of Section 1121(d) of the Bankruptcy Code, the Debtor made no alterations to the accepted bankruptcy plan.

*"However, the Debtors' request for an extension of the Exclusive Periods ensures that the Debtors will be able to file and solicit an alternative plan in the unlikely event that one is required"* (Order Extending the Exclusive Periods for the Filing of a Chapter 11 Plan and Solicitation of Acceptances Thereof (Related Doc # 609, 628) Order Signed on 8/17/2023. ,Docket No. 630)

Given the foregoing circumstances, I found myself left with no alternative but to initiate the procedure in accordance with 11 U.S.C § 1144.

*"Revocation of the confirmation order is an undoing or cancellation of the confirmation of a plan. A request for revocation of confirmation, if made at all, must be made by a party in interest within 180 days of confirmation The court, after notice and hearing, may revoke a confirmation order if and only if the [confirmation] order was procured by fraud."* 11 U.S C. § 1144.

### II.    Evaluation methods of IP assets in a bankruptcy

In the Plan the value of the IP Assets was not properly evaluated, consequently the equity holders' shares are cancelled, since the value of the IP Assets should be much higher than the claim of the Class 3 – Prepetition Secured Noteholder which shall receive the rights to all IP Assets.

During the bankruptcy process, Virgin Orbit's intellectual property rights, such as patents, technologies, and know-how, have to be significant assets. These rights hold considerable value for potential buyers and investors interested in the company's technology and market position.

2

- Sale and Acquisition: The sale or acquisition of intellectual property rights can provide opportunities for further development and application of technologies This is especially important in a rapidly evolving field like the space industry.

- Licensing and Partnerships: Licensing Virgin Orbit's IP rights or utilizing them through partnerships can enable wider application of technologies and services by other companies

The management of the Debtor's IP Assets plays a crucial role in the company's future and can significantly impact the entire space industry. The sale, licensing, or other forms of exploitation of these rights can have substantial effects on the company's creditors, investors, and the broader industry.

In a bankruptcy, the IP assets of the bankrupt company have to be valued, as also its physical assets, in determining how those are assets are to be distributed. Going-concern, bankruptcy, reorganization, liquidation and/or orderly disposal are all conditions under which a company needs to value its intellectual assets. (American Bankruptcy Institute - https://www.abi.org/abi-journal/identifying-valuable-intellectual-property-in-bankruptcy-part-ii)

There are substantial questions surrounding intellectual property asset values:

(a) What are a company's key intangible assets or intellectual property, and what value did they bring when the organization was a viable, robust, ongoing company?
(b) In a reorganization environment, do these assets continue to have value or add value to the other operations?
(c) The most important question becomes, "How is the bankruptcy or reorganization going to affect the value of these assets?"

Within a bankruptcy valuation, analysts typically attempt to use all three valuation approaches to value the owner/operator intellectual property. When that is possible, the analyst can develop mutually supportive evidence and a multi-faceted perspective regarding the intellectual property value. However, due to data constraints, it is common for an analyst to rely on only one or two valuation approaches in the intellectual property valuation process.

There are several intellectual property valuation methods within the cost approach. Each valuation method uses a specific definition of cost.

(1) **Reproduction cost new** is the total cost, at current prices, to develop an exact duplicate of the subject intellectual property. **Replacement cost new** is the total cost, at current prices, to develop an asset having the same functionality or utility as the actual intellectual property Functionality is an engineering concept that means the ability of the intellectual property to perform the task for which it was originally designed. The cost measurement (whether replacement cost new, reproduction cost new, or some other cost measure) typically includes four cost components: (1) direct costs (e.g., materials), (2) indirect costs (e.g., engineering and design labor), (3) the intellectual property developer's profit and (4) an opportunity cost/entrepreneurial incentive (to motivate the development process).

> *"The SPAC — co-led by George Mattson, who previously co-led Goldman Sachs' global industrials group, and former PerkinElmer chairman and CEO Gregory Summe — values Virgin Orbit at $3.7 billion in equity. Virgin Orbit spent well over $1 billion developing a launch system that produced only tens of millions in revenues before the company went bankrupt Richard Branson's launch provider recently auctioned off most of its assets for just under $36.5 million and announced it would be shutting down for good. How much was spent to achieve these results? An exact figure is unavailable, but a rough estimate of about $1.5 billion."* (https://parabolicarc.com/2023/06/02/virgin-orbit-spent-billions-make-millions/)

**Upon conducting an extensive research endeavor, I have come to the realization that Launcher One possesses a distinctive and unparalleled portfolio of intellectual property assets in the realm of horizontal launch technology, specifically in the utilization of liquid fuel. It is evident that no other entity possesses IP assets that are analogous or equivalent in nature to those held by Launcher One.**

(2) <u>**Entrepreneurial incentive**</u> is the total anticipated profit that is expected to be received by the entrepreneur for the managerial coordination, acceptance of risk, and time and effort related to the development.

> *"The Pentagon showed a keen interest in the company and the promise that it would be able to launch small satellites quickly, and from nearly anywhere, giving the military the sort of rapid responsiveness it has long sought."* (https://www.washingtonpost.com/technology/2023/04/19/virgin-orbit-bankruptcy-plans/)

> Space Systems Command in final preparations with Virgin Orbit National Systems for upcoming air launch from England aboard "Cosmic Girl" 747 carrier aircraft: *"The mission, designated Space Test Program (STP)-27VPD, will launch two Research and Development satellites from an international cooperative effort between the U.S Naval Research Laboratory, U K Universities and the U.K Defense Science and Technology Laboratory for the U.K Ministry of Defense This is the fourth DoD mission to utilize the "Launcher One" system, air launching from a modified 747 carrier aircraft known as "Cosmic Girl <u>STP-27VPD is the fourth mission to demonstrate commercially available solutions for placing USSF satellite capabilities on-orbit from a non-traditional location, proving flexibility and resiliency for the USSF and supporting warfighter requirements in an increasingly contested environment.</u> Space Systems Command is thrilled to build on the Space Test Program's long track record of advancing science and technology for the Department of Defense," said Lt. Col. Jonathan Shea, director of the DoD's Space Test Program "This mission is a great example of the successful international cooperation that can be achieved through common space goals."* (https://www.ssc.spaceforce.mil/Portals/3/Documents/PRESS%20RELEASES/Space%20Systems%20Command%20in%20final%20preparations%20with%20Virgin%20Orbit%20National%20Systems.pdf?ver=mDfNL_DEy9lt8L03WfwYrA%3D%3D)

*"Working on our programs where we're trying to build a lot of satellites quickly, just to have the robustness in industry to be able to supply those components," he said. "That's kind of a benign supply chain threat."* U.S. Department of Defense - https://www.defense.gov/News/News-Stories/Article/Article/3351552/agency-director-discusses-multi-pronged-approach-to-resiliency-in-space/

*"You've got to make sure you don't have cyber vulnerabilities,"* Tournear said. ***"If there's a common mode failure that can take out all your satellites or your ground systems, then you can't proliferate your way out of that. So that's a major concern.*** *We have a lot of protections in place, and that's something that we put a lot of resources on to make sure that we're hardened against cyber threats"* U.S. Department of Defense - https://www.defense.gov/News/News-Stories/Article/Article/3351552/agency-director-discusses-multi-pronged-approach-to-resiliency-in-space/

*"The advertised flexibility and potential of Virgin Orbit's approach attracted quite a bit of attention from leaders in the U.S. national security community. Following meetings with top Pentagon brass in 2019, Branson proclaimed that Virgin Orbit is "about the only company in the world that could replace [satellites] in 24 hours" during a military conflict At the time, the Air Force's acquisition lead, Will Roper, said he was "very excited about small launch" after meeting with Branson. He said the US military had "huge money to invest" in buying rocket launches"* https://www.cnbc.com/2023/03/31/virgin-orbit-what-went-wrong.html

*"The company announced today (Oct 18) that it has signed a letter of intent with Luxembourg's Minister of Defence to study ways that Virgin Orbit could boost the resilience of the North Atlantic Treaty Organization (NATO) and allied states". "Through this collaboration, Virgin Orbit and the [Luxembourg] Directorate of Defence will engage with partners interested in leveraging this capability and determine the necessary operating constructs and requirements for delivering responsive launch infrastructure to Luxembourg that would allow Allied nations to conduct horizontal launches from a network of active and on-call spaceports in Europe," they added.* https://www.space.com/virgin-orbit-plan-aid-nato-europe

**In light of the contractual arrangements entered into by the Debtor with its Customers prior to the declaration of bankruptcy, it is patently evident that the aggregate prospective earnings attributed to the intellectual property assets are of substantial magnitude, leaving no room for doubt regarding their considerable value.**

(3) <u>**Liquidation Value.**</u> In a distressed environment like bankruptcy, this methodology is often used and can be thought of as the comparable sales approach. In its simplest terms, liquidation value is the lowest price at which an asset will be pegged to ensure that there will be an acquisition. (American Bankruptcy Institute - https://www.abi.org/abi-journal/identifying-valuable-intellectual-property-in-bankruptcy-part-ii)

*"Richard Branson's launch provider recently auctioned off most of its assets for just under $36 5 million and announced it would be shutting down for good How much was spent to*

*achieve these results? An exact figure is unavailable, but a rough estimate of about $1.5 billion"*
(https://parabolicarc.com/2023/06/02/virgin-orbit-spent-billions-make-millions/)

*"Rocket Lab placed a winning bid of $16.1 million for Virgin Orbit's main production facility in Long Beach, California, just a few blocks from its own headquarters and factory in the city. The bid included the machinery and equipment in that facility. "**We estimate that the $16.1 million price paid for this would have represented around $100 million of value versus having to purchase new,**" he said "We believe this asset purchase enables significant savings for Neutron and supports future scaling as we work towards first launch."*
(https://spacenews.com/rocket-lab-sees-virgin-orbit-facility-as-scaling-enabler-for-neutron/)

*"The Debtors commenced the Sale Process prior to commencement of the Chapter 11 Cases. On the Petition Date, Ducera launched a data room, crafted an offering memorandum, and began analyzing and identifying potential strategic purchasers Importantly, the Sale Process followed a previous sale process run by the Debtors since the beginning of 2022, thereby building on the Debtors' previous efforts to find a buyer for the Debtors' business. Thereafter, Ducera solicited proposals from potential purchasers for the sale of the Debtors as a going concern or otherwise. Ducera contacted 209 potential parties in interest, including various private equity firms, distressed debt buyers, and certain other companies for the purpose of introducing the Debtors and the sale opportunity. On May 1, 2023**, the Court entered an order approving the bidding procedures for the Sale Process, the Debtors received over 30 indications of interest, including from multiple parties that proposed continuing to operate the business as a going concern.**"*
(Motion For Sale of Property Free and Clear of Liens (FEE) - Debtors' Motion for Entry of an Order (I) Authorizing the Private Sale of Certain of the Debtors' Assets Free and Clear of Liens, Claims, Encumbrances, and Other Interests; (II) Approving the Bill of Sale; and (III) Granting Related Relief Fee Amount $188 Filed by Virgin Orbit Holdings, Inc.. Hearing scheduled for 10/18/2023 at 01:00 PM at US Bankruptcy Court, 824 Market St., 6th Fl , Courtroom #3, Wilmington, Delaware. No. 687)

**Shareholders were excluded from the fire sale proceedings, as the Debtors have chosen to maintain confidentiality regarding certain aspects of the process, including the overall valuation of the entire company and the individual pricing of its IP Assets. Consequently, shareholders remain uninformed about the outcome of the fire sale process, both in terms of the continued operation of the company as a viable ongoing concern and the standalone valuation of its IP Assets. Furthermore, I hold the belief that the Debtors may have disposed of their assets at a value that is significantly below their true worth, including the principal production facility located in Long Beach, California, which serves as the central operational hub for Virgin Orbit.**

(4) <u>Technology Factor.</u> This is used with patents and other technology-based assets where there is proven or probable commercial value to competitors This approach is effective and often used in conjunction with liquidation values and/or comparative replacement costs. The technology factor approach establishes value by analyzing the asset along two primary dimensions: against competitive technologies and against market conditions. This analysis is then enfolded into a calculation of value based on market size and projected income stream. (American Bankruptcy Institute - https://www.abi.org/abi-journal/identifying-valuable-intellectual-property-in-bankruptcy-part-ii)

> "*As of 23 January 2023, Virgin Orbit had carried out six missions, including two demonstrations, with the Launcher One rocket Four of the six missions were successful.*"
> (https.//www.space.com/42975-virgin-orbit html)

**(Demonstration)**
**May. 25, 2020. Mojave Air and Space Port, California: Launch Demo**
This mission was the maiden <u>orbital flight</u> of the Launcher One rocket. After successful release over the Pacific Ocean, the rocket ignited its first stage engine but encountered an anomaly within seconds and the launch failed. The anomaly was later identified as a broken propellant line.

**(Successful)**
**Jan. 17, 2021. Mojave Air and Space Port, California: Launch Demo 2**
LauncherOne successfully reached orbit whilst carrying a payload of 10 <u>cubesats</u> for NASA's Launch Services Program.

**(Successful)**
**June. 30, 2021. Mojave Air and Space Port, California: Tubular Bells Part 1**
Named after the first track on Mike Oldfield's 1973 album Tubular Bells, this mission saw LauncherOne successfully carry seven <u>satellites</u> to <u>Low Earth Orbit</u>. Four of the satellites were R&D cubesats for the US Department of Defense, two were for Polish company SatRevolution, and one belonged to the Royal Netherlands Air Force.

**(Successful)**
**Jan. 13, 2022. Mojave Air and Space Port, California: Above The Clouds**
LauncherOne successfully delivered a payload of satellites to Low Earth Orbit, including several research and development satellites for US government agencies, two nanosatellites for SatRevolution, and one satellite imaging satellite for Spire Global.
**(Successful)**
**July. 2, 2022. Mojave Air and Space Port, California: Straight Up**
Seven satellites were successfully launched to Low Earth Orbit for the U.S. Space Force. The satellites were from multiple government agencies with the purpose of researching space communications, navigation, and climate change.

7

(Minor component failure, a filter malfunction)
Jan. 9, 2023. Spaceport Cornwall, England: Start Me Up
This mission was supposed to be the first orbital launch from British soil but ultimately failed. LauncherOne, carrying a payload of nine satellites for customers including the U.K. Ministry of Defence and the aerospace firm Space Forge, launched from Spaceport Cornwall and successfully fired both its first and second stages At an altitude of around 180 km, the rocket's first second stage burn ended prematurely due to an anomaly and the launch failed.

**The IP Assets associated with Launcher One rocket represent a noteworthy achievement, as they encapsulate a fully validated and operational technology. To the best of my knowledge, the sole hindrance that marred the satellite launch in Cornwall was attributed to a seemingly minor component failure, specifically, a filter malfunction. This isolated incident underscores the robust and functional nature of Launcher One's technology, highlighting that its overall performance remains exemplary and was impeded solely by an unexpected, isolated filter-related anomaly.**

(5) <u>**Future of the IP Assets developed by the Debtors**</u>

Below, you will find several verifying points highlighting the substantial importance of the Debtor's IP Assets concerning national defense in the imminent years.

> *"The House on Dec 14 approved the 2024 National Defense Authorization Act by a vote of 310 to 118 The vote came a day after the Senate approved the bill by an 87 to 13 majority. The compromise NDAA bill unveiled Dec 6 authorizes $841.4 billion for the Department of Defense, or about $600 million below the president's request <u>**The bill authorizes $30.1 billion for the U.S. Space Force**</u>, or about $79 million below Biden's request."* (https://spacenews.com/house-and-senate-pass-2024-defense-policy-bill-by-overwhelming-majority/)

> *"The Defense Intelligence Agency today released the new unclassified report, "Challenges to Security in Space 2022," which is a follow-up to its similarly titled report in 2019. As strategic competitors, Huth said both Russia and China are taking steps now to undercut the United States and allies in the space domain. <u>**The Russians, Ryder said, have developed mobile missile technology that is able to destroy satellites and crewed space vehicles.**</u> They've also developed counterspace weapons capabilities, including those capable of conducting electronic warfare operations, to affect communications and deny others the use of space-based imagery. <u>**Seeking to address growing threats in the space domain from China and Russia, the legislation also directs new intelligence sharing requirements between the Pentagon and commercial satellite industry.**</u>"* (US Department of Defense - https://www.defense.gov/News/News-Stories/Article/Article/2997723/defense-intelligence-agency-report-details-space-based-threats-from-competitors/)

*"The Secretary of a military department may support Federal and commercial space launch capacity on any domestic real property under the control of the Secretary through the provision of space launch support services. <u>The Secretary of a military department may enter into a contract or other transaction with one or more commercial entities that intend to conduct space launch activities on a military installation under the jurisdiction of the Secretary.</u> Under such a contract or agreement, the Secretary may agree to provide to the commercial entity supplies, services, equipment, and construction needed for commercial space launch "* (National Defense Authorization Act (NDAA) "§ 2276a. Special authority for provision of space launch support services to increase space launch capacity)

*"A Chinese launch vehicle maker is working on designs for an air-launched rocket for sending small satellites to orbit Such a system would potentially provide China with a flexible and economical option for launching small satellites It would be able to take off horizontally from runways and not require access to China's spaceports. The latter are currently a bottleneck for Chinese access to space and growing demand for launch. Virgin Orbit notably developed an air-launch system, using its Cosmic Girl to deploy the small LauncherOne rocket. Virgin Orbit filed for bankruptcy earlier in 2023"* (https://spacenews.com/china-is-working-on-a-design-for-a-reusable-air-launched-orbital-rocket/)

**Virgin Orbit's financial history is noteworthy, as it achieved a $3.7 billion equity valuation and spent over $1 billion developing a launch system that generated limited revenue. Subsequently, it auctioned most assets for around $36.5 million, raising concerns about financial efficiency. It becomes all the more perplexing that the bankruptcy reorganization culminated in the complete disenfranchisement of the equity holders, effectively depriving them of any entitlement to the IP Assets. Furthermore, this restructuring resulted in the outright nullification of all shares held by these stakeholders. What adds a layer of complexity to this situation is the unique evolution of events, where the IP assets eventually came under the exclusive ownership of Virgin Management USA, inc. via the majority shareholder, Virgin Investment Limited, despite expressions of interest from numerous other potential investors and financial institutions keen on investing in the company.**

### III.    Best interests of creditors, employees and shareholders

It is of significance to highlight that the Debtor concluded the liquidation of its remaining assets, realizing a sum marginally below $36.5 million. In light of this, I respectfully ask the Court to inquire about the rationale behind entering into a stalking horse agreement (realizing below $36.5 million), as opposed to pursuing a sale to a party offering to sustain the company's operations as a going concern. Such a decision appears to lack alignment with the best interests of creditors, employees, and shareholders alike.

> *"The Debtors also continued to engage in negotiations with numerous potential bidders regarding the terms of a stalking horse proposal for several of the Debtors' assets. After multiple rounds of negotiations over the course of multiple weeks, on May 16, 2023, the Debtors and Stratolaunch, LLC ("Stratolaunch") entered into that certain stalking horse agreement, which embodied Stratolaunch's stalking horse bid of $17,000,000 for the purchase of certain assets of the Debtors."*

> *"On May 1, 2023, the Court entered an order approving the bidding procedures for the Sale Process the Debtors received over 30 indications of interest, including from multiple parties that proposed continuing to operate the business as a going concern."*

(Motion For Sale of Property Free and Clear of Liens (FEE) - Debtors' Motion for Entry of an Order (I) Authorizing the Private Sale of Certain of the Debtors' Assets Free and Clear of Liens, Claims, Encumbrances, and Other Interests, (II) Approving the Bill of Sale; and (III) Granting Related Relief Fee Amount $188 Filed by Virgin Orbit Holdings, Inc. Hearing scheduled for 10/18/2023 at 01:00 PM at US Bankruptcy Court, 824 Market St., 6th Fl, Courtroom #3, Wilmington, Delaware No. 687)

### IV.    Summary

In the Plan, the evaluation of intellectual property (IP) assets was inadequate, leading to the cancellation of equity holder shares. Class 3 – Prepetition Secured Noteholders now hold exclusive rights to these IP Assets, which are highly valuable in the bankruptcy process. The Debtor's IP Assets, especially Launcher One includes patents, technologies, and know-how, crucial for national defense and for potential customers, buyers and investors interested in its technology and market position. In bankruptcy, assessing the value of IP Assets is essential for the asset distribution.

In evaluating the intellectual property assets at hand, important to consider the strategic implications within the context of national defense Notably, a Chinese launch vehicle manufacturer is actively engaged in the conceptualization and design of an air-launched rocket system, specifically tailored for the deployment of small satellites into orbit. Such a technological endeavor possesses the potential to give upon China a versatile and cost-effective means for launching small satellites. It stands out for its horizontal takeoff capability from conventional runways, obviating the need for access to spaceports, compounded by a burgeoning demand for launch services It is noteworthy that the US based Debtor was a prominent player in the air-launch domain, pursued a similar approach by utilizing its Cosmic Girl aircraft to facilitate the deployment of the compact Launcher One rocket. However, it is incomprehensible that the Debtor filed for bankruptcy earlier in the year 2023, underscoring the evolving landscape of this critical sector.

This technology will find swift utilization in the near future, which makes it deeply disheartening to witness the Debtor's decision to exclude shareholders by nullifying all shares Moreover, the majority owner, Virgin Investment Limited, secured ownership of all IP assets at an apparently small amount of $74,100,000 in secured credits. It is worth noting that the Debtor liquidated its remaining assets for a sum just shy of $36.5 million, aggregating to a total of $110,600,000

In light of this, if we were to entertain the valuation presented by Gregory Summe at $3.7 billion, the disparity between this valuation and the actual proceeds, amounting to $110,600,000, stands at a substantial $3,589,400,000. This discrepancy raises valid concerns and prompts further inquiry into the fairness of this bankruptcy procedure in accordance with the Plan.

**I have confidence in, Gregory Summe calculation in value is right, and the value of the IP Assets was not properly evaluated in the Plan, therefore, I respectfully request the revocation of the Order confirming the Fifth amended joint Chapter 11 Plan of Virgin Orbit Holdings, Inc. and its debtor affiliates, order signed on 7/31/2023, ref doc no. 604 in accordance with 11 U.S.C § 1144.**

Date: 4 January 2024

Dr. Tamas Hampel

email: tamas.hampel@gmail.com
phone +36 20 390 20 90
Dios arok 49d
Budapest
1125 Hungary