## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------ x
: 
In re: : Chapter 11
:
VIRGIN ORBIT, LLC,[1] : Case No. 23-10408 (KBO)
:
Debtor. : **Ref. Docket No. 16**
:
------------------------------------------------------------ x

## CERTIFICATION OF COUNSEL REGARDING PROPOSED ORDER SUSTAINING DEBTORS' SIXTH (6TH) OMNIBUS (SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502 OF THE BANKRUPTCY CODE, BANKRUPTCY RULE 3007, AND LOCAL RULE 3007-1

On December 22, 2023, the post-effective date debtor in the above-captioned case, along with its affiliated post-effective date debtors (collectively, the "**Debtors**") filed the *Debtors' Sixth (6th) Omnibus (Substantive) Objection to Claims Pursuant to Section 502 of the Bankruptcy Code, Bankruptcy Rule 3007, and Local Rule 3007-1* [Docket No. 16] (the "**Objection**")[2] with the United States Bankruptcy Court for the District of Delaware (the "**Court**"). Responses to the entry of the proposed final form of order (the "**Proposed Order**") attached to the Objection were to be filed no later than 4:00 p.m. (ET) on January 5, 2024 (the "**Response Deadline**").

Prior to the Response Deadline, the Debtors received an informal response from Bank of the West. As a result of the discussions between the Debtors and Bank of the West, the Debtors have revised Exhibit B to the Proposed Order, a copy of which is attached hereto as **Exhibit 1** (the

---

[1] The debtor in this case, along with the last four digits of the debtor's federal tax identification number, is: Virgin Orbit, LLC (9648). The debtor's mailing address for purposes of this case is 251 Little Falls Drive, Wilmington, DE 19808. The chapter 11 cases of the debtor's affiliates, Virgin Orbit National Systems, LLC (3801); Vieco USA, Inc. (0492); Virgin Orbit Holdings, Inc. (6914); and JACM Holdings, Inc. (1445), were closed as of December 1, 2023. All motions and contested matters that remained open as of the closing of such cases, or that are opened after the date thereof, are administered in the remaining chapter 11 case of Virgin Orbit, LLC.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Objection.

31140719.1

"**Revised Proposed Order**"). For the convenience of the Court and interested parties, a blackline comparing the Revised Proposed Order to the Proposed Order is attached hereto as **Exhibit 2**. No other responses were received by the Debtors.

The Debtors submit that the Revised Proposed Order is appropriate and consistent with the relief requested in the Objection and their discussions with Bank of the West, and that Bank of the West does not object to the entry of the Revised Proposed Order. Accordingly, the Debtors respectfully request that the Court enter the Revised Proposed Order at its earliest convenience without further notice or hearing.

Dated: January 8, 2024
      Wilmington, Delaware

**YOUNG CONAWAY STARGATT & TAYLOR, LLP**

*/s/ Allison S. Mielke*
Robert Brady (No. 2847)
Michael R. Nestor (No. 3526)
Kara Hammond Coyle (No. 4410)
Allison S. Mielke (No. 5934)
Rodney Square, 1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253
Email:  rbrady@ycst.com
        mnestor@ycst.com
        kcoyle@ycst.com
        amielke@ycst.com

*Counsel for the Post-Effective Date Debtors*