# **EXHIBIT 1**

**Revised Proposed Order**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

------------------------------------------------------- x
:
In re: : Chapter 11
:
VIRGIN ORBIT, LLC,[1] : Case No. 23-10408 (KBO)
:
Debtor. : Ref. Docket No. 16
:
------------------------------------------------------- x

### ORDER SUSTAINING DEBTORS' SIXTH (6TH) OMNIBUS (SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502 OF THE BANKRUPTCY CODE, BANKRUPTCY RULE 3007, AND LOCAL RULE 3007-1

Upon consideration of the *Debtors' Sixth (6th) Omnibus (Substantive) Objection to Claims Pursuant to Section 502 of the Bankruptcy Code, Bankruptcy Rule 3007, and Local Rule 3007-1* (the "**Objection**")[2] and the McKeighan Declaration; and having determined that this Court has jurisdiction to consider the Objection pursuant to 28 U.S.C. §§ 157 and 1334 and the Amended Standing Order; and having determined that venue of the Chapter 11 Cases and the Objection in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and having determined that this matter is a core proceeding pursuant to 28 U.S.C. § 157(b); and this Court having determined that the relief requested in the Objection is in the best interests of the Debtors, their estates, their creditors and other parties in interest; and having determined that notice of the Objection was good and sufficient upon the particular circumstances and that no other or further notice need be given;

---

[1] The debtor in this case, along with the last four digits of the debtor's federal tax identification number, is: Virgin Orbit, LLC (9648). The debtor's mailing address for purposes of this case is 251 Little Falls Drive, Wilmington, DE 19808. The chapter 11 cases of the debtor's affiliates, Virgin Orbit National Systems, LLC (3801); Vieco USA, Inc. (0492); Virgin Orbit Holdings, Inc. (6914); and JACM Holdings, Inc. (1445), were closed as of December 1, 2023. All motions and contested matters that remained open as of the closing of such cases, or that are opened after the date thereof, are administered in the remaining chapter 11 case of Virgin Orbit, LLC.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Objection.

and upon the record herein; and after due deliberation thereon and good and sufficient cause appearing therefor;

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:**

1. The Objection is SUSTAINED, as set forth herein.

2. The No Liability Claim identified on **Exhibit A**, attached hereto is hereby disallowed and expunged.

3. Subject to further objection by the Debtors and their estates, the Reclassified Claims identified on **Exhibit B**, attached hereto, are hereby reclassified as indicated in the column titled "*Modified Claims*" therein.

4. The Debtors' objection to each Disputed Claim addressed in the Objection constitutes a separate contested matter as contemplated by Bankruptcy Rule 9014. This Order shall be deemed a separate Order with respect to each claim. Any stay of this Order pending appeal by any of the claimants subject to this Order shall only apply to the contested matter which involves such claimant and shall not act to stay the applicability and/or finality of this Order with respect to the other contested matters covered hereby.

5. Any and all rights of the Debtors and their estates to amend, supplement or otherwise modify the Objection and to file additional objections to any and all claims filed in the Chapter 11 Cases, including, without limitation, any and all of the Disputed Claims, shall be reserved. Any and all rights, claims and defenses of the Debtors and their estates with respect to any and all of the Disputed Claims shall be reserved, and nothing included in or omitted from the Objection is intended or shall be deemed to impair, prejudice, waive or otherwise affect any rights, claims, or defenses of the Debtors and their estates with respect to the Disputed Claims.

3

6.  This Court shall retain jurisdiction over any and all affected parties with respect to any and all matters, claims or rights arising from or related to the implementation or interpretation of this Order.

# **EXHIBIT A**

## **No Liability Claim**

# Virgin Orbit Holdings, Inc. Case No. 23-10405
## Sixth Omnibus Substantive Claims Objection
### Exhibit A - No Liability Claim

| | NAME | DATE FILED | CASE # | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 1 | Arch Specialty Insurance Company<br>Francine Petrosino, Legal Assistant<br>210 Hudson Street, Suite 300<br>Jersey City, NJ 07311 | 05/25/2023 | 23-10405 | Virgin Orbit Holdings, Inc. | 353 | Undetermined* |
| | Reason: The Debtors have no liability on the "protective" insurance claim relating to potential claims arising from the insurance program/policy. | | | | | |
| | | | | | TOTAL | Undetermined* |

*Indicates claim contains unliquidated and/or undetermined amounts

1

# **EXHIBIT B**

## **Reclassified Claims**

31090410.2

Virgin Orbit Holdings, Inc. Case No. 23-10405
Sixth Omnibus Substantive Claims Objection
Exhibit B - Reclassified Claims

| | NAME | CLAIM # | ASSERTED DEBTOR | PRIORITY STATUS | AMOUNT | MODIFIED DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 1 | Bank of the West<br>1625 W. Fountainhead Pkwy<br>Tempe, AZ 85282 | 31 | Virgin Orbit, LLC | Secured | $37,100.26 | Virgin Orbit, LLC<br>Virgin Orbit, LLC | Secured<br>Unsecured | $15,000.00<br>$22,100.26 |
| | | | | | | | Subtotal | $37,100.26 |

Reason: The Debtor and claimant have agreed to reclassify the claim as set forth herein.

| | NAME | CLAIM # | ASSERTED DEBTOR | PRIORITY STATUS | AMOUNT | MODIFIED DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 2 | Sentek Dynamics, Inc.<br>2090 Duane Ave<br>Santa Clara, CA 95054 | 6 | Virgin Orbit, LLC<br>Virgin Orbit, LLC | Secured<br>Unsecured | $936,565.00<br>$661,094.04 | Virgin Orbit, LLC | Unsecured | $1,597,659.04 |
| | | | | Subtotal | $1,597,659.04 | | | |

Reason: The claimant does not have a valid and perfected security interest in the debtor's property.

1

# **EXHIBIT 2**

**Blackline**

31140719.1

Virgin Orbit Holdings, Inc. Case No: 23-10405
Sixth Omnibus Substantive Claims Objection
Exhibit B - Reclassified Claims

| | | | ASSERTED | | | MODIFIED | | |
|---|---|---|---|---|---|---|---|---|
| | NAME | CLAIM # | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
| 1 | Bank of the West<br>1625 W. Fountainhead Pkwy<br>Tempe, AZ 85282 | 31 | Virgin Orbit, LLC | Secured | $37,100.26 | Virgin Orbit, LLC | ~~Unsecured~~<br>Secured<br>Unsecured<br><br>Subtotal | ~~$37,100.26~~<br>$15,000.00<br>$22,100.26<br><br>$37,100.26 |

Reason:  ~~Claimant failed to provide supporting documentation in order for the Debtors' to ascertain the validity of secured interest of the claim . Additionally, the Debtors do not believe that the claimant has a valid and perfected security interest in the debtor's property.~~ The Debtor and claimant have agreed to reclassify the claim as set forth herein.

| 2 | Sentek Dynamics, Inc.<br>2090 Duane Ave<br>Santa Clara, CA 95054 | 6 | Virgin Orbit, LLC<br>Virgin Orbit, LLC | Secured<br>Unsecured<br><br>Subtotal | $936,565.00<br>$661,094.04<br><br>$1,597,659.04 | Virgin Orbit, LLC | Unsecured | $1,597,659.04 |

Reason:  The claimant does not have a valid and perfected security interest in the debtor's property.

1