# **EXHIBIT A**

**No Liability Claim**

Virgin Orbit Holdings, Inc. Case No. 23-10405
Sixth Omnibus Substantive Claims Objection
Exhibit A - No Liability Claim

| NAME | DATE FILED | CASE # | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
|---|---|---|---|---|---|
| 1  Arch Specialty Insurance Company<br>Francine Petrosino, Legal Assistant<br>210 Hudson Street, Suite 300<br>Jersey City, NJ 07311 | 05/25/2023 | 23-10405 | Virgin Orbit Holdings, Inc. | 353 | Undetermined* |
| Reason: The Debtors have no liability on the "protective" insurance claim relating to potential claims arising from the insurance program/policy. | | | | TOTAL | Undetermined* |

*Indicates claim contains unliquidated and/or undetermined amounts

1

# EXHIBIT B

**Reclassified Claims**

Virgin Orbit Holdings, Inc. Case No. 23-10405
Sixth Omnibus Substantive Claims Objection
Exhibit B - Reclassified Claims

| | NAME | CLAIM # | ASSERTED | | | MODIFIED | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
| 1 | Bank of the West 1625 W. Fountainhead Pkwy Tempe, AZ 85282 | 31 | Virgin Orbit, LLC | Secured | $37,100.26 | Virgin Orbit, LLC Virgin Orbit, LLC | Secured Unsecured | $15,000.00 $22,100.26 |
| | | | | | | | Subtotal | $37,100.26 |
| | Reason: The Debtor and claimant have agreed to reclassify the claim as set forth herein. | | | | | | | |
| 2 | Sentek Dynamics, Inc. 2090 Duane Ave Santa Clara, CA 95054 | 6 | Virgin Orbit, LLC Virgin Orbit, LLC | Secured Unsecured | $936,565.00 $661,094.04 | Virgin Orbit, LLC | Unsecured | $1,597,659.04 |
| | | | | Subtotal | $1,597,659.04 | | | |
| | Reason: The claimant does not have a valid and perfected security interest in the debtor's property. | | | | | | | |