# IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br><br><br><br>VIRGIN ORBIT, LLC.<br><br>Debtor. | Chapter 11<br><br>**Hearing Date:**<br>February 7, 2024, at 9:30 a.m. (E.T.)<br><br>**Objection Deadline:**<br>February 2, 2024, 4:00 p.m. (ET)<br><br>Case No. 23-10405<br><br>Re:<br>Docket No. 17, 18, 19 |

The debtor in this case, along with the last four digits of the debtor's federal tax identification number, is. Virgin Orbit, LLC (9648). The debtor's mailing address for purposes of this case is 251 Little Falls Drive, Wilmington, DE 19808. The chapter 11 cases of the debtor's affiliates, Virgin Orbit National Systems, LLC (3801); Vieco USA, Inc (0492), Virgin Orbit Holdings, Inc (6914); and JACM Holdings, Inc (1445), were closed as of [●], 2023 All motions and contested matters that remained open as of the closing of such cases, or that are opened after the date thereof, are administered in the remaining chapter 11 case of Virgin Orbit, LLC.

## SUPPLEMENTAL DECLARATION IN SUPPORT OF THE OBJECTION OF TAMAS HAMPEL (DOCKET NO. 17, 19) TO THE ORDER CONFIRMING THE FIFTH AMENDED JOINT CHAPTER 11 PLAN OF VIRGIN ORBIT HOLDINGS, INC. AND ITS DEBTOR AFFILIATES, ORDER SIGNED ON 7/31/2023, REF DOC NO. 604.

I, Tamas Hampel dr., do hereby declare, under penalty of perjury the followings, as a supplemental declaration in support of the objection of Tamas Hampel (Docket No. 17 and 19) to the Order confirming the Fifth Amended Joint Chapter 11 Plan of Virgin Orbit Holdings, inc. and its Debtor affiliates (**Plan**), order signed on 7/31/2023, ref doc no. 604.

I.   Inadequate assessment of the IP Assets

In the consideration of the Plan, it appears that there has been an inadequate assessment of the essential value of the IP Assets. Consequently, this has led to a disproportionate allocation of assets and rights in relation to Class 3 (Prepetition Secured Notes Claims - receive the rights to all IP Assets) as compared to the treatment connecting to Class 9 (Equity Interests - cancellation of shares without distribution).

1

**Class 3 — Prepetition Secured Notes Claims:** *"Allowance: On the Effective Date, the Prepetition Secured Notes Claims shall be Allowed in the aggregate principal amount of $28,400,000 plus accrued and unpaid interest (...) Treatment: unless the Prepetition Secured Noteholder agrees to a less favorable treatment), on the Effective Date, **the Prepetition Secured Noteholder shall receive** (i) all Distributable Proceeds remaining after payment in full in Cash of the DIP Claims pursuant to Article II.B up to the Allowed amount of the Prepetition Secured Notes Claims; (ii) the VIL Litigation Trust Interests; and (iii) **the rights to all IP Assets** "*

**Class 9 — Equity Interests Treatment:** *"Holders of Equity Interests shall receive no distribution on account of their Equity Interests. On the Effective Date, all Equity Interests will be canceled and extinguished and will be of no further force or effect."*

## II. Supporting arguments to Gregory Summe's calculation

I wish to provide additional reasoning and references concerning the national defense implications of the IP Assets (Launcher One). My aim is to stress its distinctiveness and uniqueness, emphasizing that its value significantly exceeds the estimates calculated in the Plan.

1. A Russian military test in 2021, involving a live anti-satellite weapon system that created a hazardous debris cloud in orbit, underscores the immediate and real threats in space. This act, condemned globally, highlights the necessity for responsive infrastructure to deter such actions and maintain essential space capabilities. This incident is not isolated; it follows similar aggressive acts, like China's 2007 test, which have left debris in critical orbits, threatening satellites and crewed stations. These actions compromise vital space-based services, including communication, navigation, surveillance, and weather monitoring, posing a strategic vulnerability for the United States and its allies. In response, commercial capabilities in the U.S., such as Virgin Orbit's Launcher One system, are emerging as crucial assets. These systems, developed for both commercial and government needs, offer the flexibility to launch into any orbit at any time, undetected. They support a range of missions, including intelligence gathering and threat mitigation, and are integral to U.S. combatant commanders globally. The development and deployment of these responsive space capabilities demonstrate to the world the United States and its allies' capacity to counter regional and in-orbit threats swiftly. This not only maintains space as a safe environment but also establishes a deterrent against aggressive space behavior, ensuring the readiness to respond to emerging dangers.

   **This context significantly elevates the value of IP assets like Launcher One, considering their crucial role in national defense and security.**

   The website was deleted during the bankruptcy of the Debtors. (*https://web.archive.org/web/20230526202608/https://www.virginorbits.com/press/2021/11/23/vox-statement-on-the-russian-federation-antisatellite-test*)

2. Virgin Orbit has appointed Brig. Gen. Mark Baird (US Air Force, retired) as the new President of VOX Space (also known as Virgin Orbit National Security), a subsidiary providing launch services for national security. Mark, with over 30 years of aerospace experience in government and private sectors, led VOX Space in building on its successes. His career includes roles as the Deputy Director of the Space Force Planning Task Force at the Pentagon, he was responsible along with the Director for overseeing the detailed planning activities required to establish the U.S. Space Force, as well as all requisite activities from the US Air Force, Office of the Secretary of Defense, Executive Branch, and Congress. Mark served as Lockheed Martin's Principal Director of Strategy for its space and special programs, where, among other achievements, he spearheaded the development of a ~$50 billion next-gen mission architecture for a classified customer.

**His leadership was pivotal in leveraging Virgin Orbit's unique IP Assets, like air-launch capabilities, highlighting the high value in the current and future space landscape of the IP Assets.**

The website was deleted during the bankruptcy of the Debtors. (https://web.archive.org/web/20230526202608/https://www.virginorbitns.com/press/2021/8/17/virgin-orbit-selects-brig-gen-mark-baird-usaf-ret-as-president-of-vox-space)

3. VOX Space, a subsidiary of Virgin Orbit, announced its successful participation in a U.S. Air Force (USAF) exercise demonstrating the responsiveness and efficiency of its air-launched system, Launcher One, for national security purposes. This exercise, part of the Advanced Battle Management System (ABMS) on September 3, 2020, highlighted VOX Space's capability to rapidly deploy critical satellites for the U.S. Space Command (USSPACECOM) on short notice. Recognizing the importance of small satellites in creating less vulnerable space architectures, USAF values the role of responsive launch systems like Launcher One in enhancing satellite network resiliency and deterring potential attacks. During the exercise, Launcher One demonstrated its unique advantages—mobility, flexibility, and quick deployment—essential for rapid satellite replacement.

**VOX Space's contribution to national security is vital, especially as space becomes increasingly contested, highlighting the high value of Debtor's IP Assets in this sector.**

The website was deleted during the bankruptcy of the Debtors.

(https://web.archive.org/web/20230526202608/https://www.virginorbitns.com/press/2020/9/10/vox-space-simulates-responsive-launch-for-us-air-force-abms-exercise)

4. VOX Space, a subsidiary of Virgin Orbit, has secured a significant contract to launch three missions for the U.S. Space Force (USSF) under the Orbital Services Program-4 (OSP-4). This first task order from the Rocket Systems Launch Program Office in Albuquerque, NM, underlines VOX Space's role in delivering responsive and affordable launch services for U.S. national security. VOX Space will utilize the Launcher One system for these launches, planning to send over three dozen small satellites into orbit, with the first launch possibly occurring as early as October 2021. Mandy Vaughn, President of VOX Space,

emphasizes Launcher One's role in bringing a new level of flexibility and tactical responsiveness to U.S. national security launch services. Virgin Orbit CEO Dan Hart highlights the importance of affordable and responsive launch capabilities in maintaining space security, especially in a contested space domain.

**Virgin Orbit and VOX Space are poised to play a crucial role in enhancing U.S. national security capabilities in space, highlighting the strategic importance of their IP assets in this rapidly evolving domain.**

The website was deleted during the bankruptcy of the Debtors.

(https://web.archive.org/web/20230526202608/https://www.virginorbitns.com/press/2020/4/10/us-space-force-to-launch-three-smallsat-missions-on-launcherone)

5. January 9, 2024 - One year after the world's attention was focused on Spaceport Cornwall in Newquay for what was anticipated as the UK's first space launch, Virgin Orbit's aircraft, Cosmic Girl, took off on January 9, 2023. However, a technical issue involving a dislodged fuel filter prevented the successful deployment of the nine satellites aboard its Launcher One rocket. Now, 12 months later, Spaceport Cornwall is on the cusp of revealing a new launch partner. Ross Hulbert, head of engagement at Spaceport Cornwall, shared with ITV News their progress towards fulfilling public expectations of space launches. They are currently in preliminary talks with a well-established launch provider, with aspirations to commence launches as soon as 2025, and an official announcement is expected in the coming months.

To the best of my knowledge, there are no other companies that possess technology comparable to the Debtor's IP assets, capable of launching satellites from the air using liquid fuel.

**Consequently, I assume that the prospective launch provider will likely utilize the Debtor's IP Assets. I respectfully request the Court to ask the Debtor to confirm whether there are any ongoing negotiations involving the use of its IP assets.**

(https://www.itv.com/news/westcountry/2024-01-09/hugely-proud-spaceport-cornwall-bosses-expect-next-launch-in-2025)

6. I respectfully request the Court to together view the below video at the hearing dated February 7 2024, which demonstrably verifies the distinctiveness of the technology and highlights the substantial worth of the IP Assets in question.

(https://web.archive.org/web/20230526202608/https://www.virginorbitns.com/press/2021/11/23/vox-statement-on-the-russian-federation-antisatellite-test)

**I have confidence in, the value of the IP Assets was not properly evaluated in the Plan, the value should be much higher therefore, I respectfully request the revocation of the Order confirming the Fifth amended joint Chapter 11 Plan of Virgin Orbit Holdings, Inc. and its debtor affiliates, order signed on 7/31/2023, ref doc no. 604 in accordance with 11 U.S.C § 1144, considering the treatment of the Class 3 — Prepetition Secured Notes Claims (receive the rights to all IP Assets) and the treatment of the Class 9 — Equity Interests (cancellation of shares without distribution).**

Date: January 10, 2024

Dr. Tamas Hampel

email: tamas.hampel@gmail.com
phone: +36 20 390 20 90
Dios arok 49d
Budapest
1125 Hungary