**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

------------------------------------------------------- x
: 
In re: : Chapter 11
: 
VIRGIN ORBIT, LLC,[1] : Case No. 23-10408 (KBO)
: 
Debtor. : Ref. Docket Nos. 15 [Case No. 23-10408] & 735 [Case No. 23-10405]
: 
------------------------------------------------------- x

**CERTIFICATION OF COUNSEL REGARDING REVISED
PROPOSED ORDER SUSTAINING DEBTORS' FOURTH (4TH) OMNIBUS
(SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502 OF
THE BANKRUPTCY CODE, BANKRUPTCY RULE 3007 AND LOCAL RULE 3007-1**

On November 6, 2023, the above-captioned post-effective date debtors (collectively, the "**Debtors**") filed the *Debtors' Fourth (4th) Omnibus (Substantive) Objection to Claims Pursuant to Section 502 of the Bankruptcy Code, Bankruptcy Rule 3007 and Local Rule 3007-1* [Case No. 23-10405 Docket No. 735] (the "**Objection**")[2] with the United States Bankruptcy Court for the District of Delaware (the "**Court**"). Responses to the entry of the proposed final form of order (the "**Proposed Order**") attached to the Objection were to be filed no later than 4:00 p.m. (ET) on November 20, 2023 (the "**Response Deadline**").

Prior to the Response Deadline, Piping Technology & Products, Inc. ("**Piping Technology**") filed the *Creditor Piping Technology and Products, Inc.'s Response to Debtor's Fourth Omnibus (Substantive) Objection to Claims Pursuant to Section 502 of the Bankruptcy*

---

[1] The debtor in this case, along with the last four digits of the debtor's federal tax identification number, is: Virgin Orbit, LLC (9648). The debtor's mailing address for purposes of this case is 251 Little Falls Drive, Wilmington, DE 19808. The chapter 11 cases of the debtor's affiliates, Virgin Orbit National Systems, LLC (3801); Vieco USA, Inc. (0492); Virgin Orbit Holdings, Inc. (6914); and JACM Holdings, Inc. (1445), were closed as of December 1, 2023. All motions and contested matters that remained open as of the closing of such cases, or that are opened after the date thereof, are administered in the remaining chapter 11 case of Virgin Orbit, LLC.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Objection.

31176142.1

*Code, Bankruptcy Rule 3007 and Local Rule 3007-1* [Case No. 23-10405 Docket No. 748] (the "**Response**").

On December 14, 2023, the Court entered the *Order Sustaining Debtors' Fourth (4th) Omnibus (Substantive) Objection to Claims Pursuant to Section 502 of the Bankruptcy Code, Bankruptcy Rule 3007 and Local Rule 3007-1* [Case No. 23-10408 Docket No. 15] which did not seek relief with respect to Piping Technology's claim.

The Debtors have now resolved the Response with Piping Technology and seek entry of a revised form of the Proposed Order attached hereto as **Exhibit A** (the "**Revised Proposed Order**").[3]

The Debtors submit that the Revised Proposed Order is appropriate and consistent with the relief requested in the Objection and discussions with Piping Technology. Accordingly, the Debtors respectfully request that the Court enter the Revised Proposed Order at its earliest convenience without further notice or hearing.

[*Signature page follows*]

---

[3] A blackline illustrating the changes the Revised Proposed Order is attached hereto as **Exhibit B**.

31176142.1

| | |
|---|---|
| Dated: January 12, 2024<br>Wilmington, Delaware | **YOUNG CONAWAY STARGATT & TAYLOR, LLP**<br><br>*/s/ Allison S. Mielke*<br>Robert Brady (No. 2847)<br>Michael R. Nestor (No. 3526)<br>Kara Hammond Coyle (No. 4410)<br>Allison S. Mielke (No. 5934)<br>Rodney Square, 1000 North King Street<br>Wilmington, Delaware 19801<br>Telephone: (302) 571-6600<br>Facsimile: (302) 571-1253<br>Email: rbrady@ycst.com<br>         mnestor@ycst.com<br>         kcoyle@ycst.com<br>         amielke@ycst.com<br><br>*Counsel for the Post-Effective Date Debtors* |

31176142.1

# **EXHIBIT A**

**Revised Proposed Order**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

---------------------------------------------------------- x
                                                          :
In re:                                                    :  Chapter 11
                                                          :
VIRGIN ORBIT, LLC,[1]                                     :  Case No. 23-10408 (KBO)
                                                          :
         Debtor.                                          :  **Ref. Docket No. 735 [Case No. 23-10405]**
                                                          :
---------------------------------------------------------- x

### ORDER SUSTAINING DEBTORS' FOURTH (4TH) OMNIBUS (SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502 OF THE BANKRUPTCY CODE, BANKRUPTCY RULE 3007 AND LOCAL RULE 3007-1

Upon consideration of the *Debtors' Fourth (4th) Omnibus (Substantive) Objection to Claims Pursuant to Section 502 of the Bankruptcy Code, Bankruptcy Rule 3007 and Local Rule 3007-1* (the "**Objection**")[2] and the McKeighan Declaration; and having determined that this Court has jurisdiction to consider the Objection pursuant to 28 U.S.C. §§ 157 and 1334 and the Amended Standing Order; and having determined that venue of the Chapter 11 Cases and the Objection in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and having determined that this matter is a core proceeding pursuant to 28 U.S.C. § 157(b); and this Court having determined that the relief requested in the Objection is in the best interests of the Debtors, their estates, their creditors and other parties in interest; and having determined that notice of the Objection was good and sufficient upon the particular circumstances and that no other or further notice need be given;

---

[1] The debtor in this case, along with the last four digits of the debtor's federal tax identification number, is: Virgin Orbit, LLC (9648). The debtor's mailing address for purposes of this case is 251 Little Falls Drive, Wilmington, DE 19808. The chapter 11 cases of the debtor's affiliates, Virgin Orbit National Systems, LLC (3801); Vieco USA, Inc. (0492); Virgin Orbit Holdings, Inc. (6914); and JACM Holdings, Inc. (1445), were closed as of December 1, 2023. All motions and contested matters that remained open as of the closing of such cases, or that are opened after the date thereof, are administered in the remaining chapter 11 case of Virgin Orbit, LLC.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Objection.

31176635.1

and upon the record herein; and after due deliberation thereon and good and sufficient cause appearing therefor;

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:**

1. The Objection is SUSTAINED, as set forth herein.

2. Subject to further objection by the Debtors and their estates, the Reclassified Claim identified on **Exhibit A**, attached hereto, is hereby reclassified as indicated in the column titled "*Modified Claims*" therein.

3. The Debtors' objection to each Disputed Claim addressed in the Objection constitutes a separate contested matter as contemplated by Bankruptcy Rule 9014. This Order shall be deemed a separate Order with respect to each claim. Any stay of this Order pending appeal by any of the claimants subject to this Order shall only apply to the contested matter which involves such claimant and shall not act to stay the applicability and/or finality of this Order with respect to the other contested matters covered hereby.

4. Any and all rights of the Debtors and their estates to amend, supplement or otherwise modify the Objection and to file additional objections to any and all claims filed in the Chapter 11 Cases, including, without limitation, any and all of the Disputed Claims, shall be reserved. Any and all rights, claims and defenses of the Debtors and their estates with respect to any and all of the Disputed Claims shall be reserved, and nothing included in or omitted from the Objection is intended or shall be deemed to impair, prejudice, waive or otherwise affect any rights, claims, or defenses of the Debtors and their estates with respect to the Disputed Claims.

3

5.   This Court shall retain jurisdiction over any and all affected parties with respect to any and all matters, claims or rights arising from or related to the implementation or interpretation of this Order.

## **EXHIBIT A**

**Reclassified Claim**

31176635.1

Case 23-10408-KBO    Doc 26    Filed 01/12/24    Page 9 of 11

Virgin Orbit Holdings, Inc. Case No. 23-10405
Fifth Omnibus Substantive Claims Objection
Exhibit A - Reclassified Claims

| | NAME | CLAIM # | ASSERTED CLAIMS DEBTOR | PRIORITY STATUS | AMOUNT | MODIFIED CLAIMS DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 1 | Piping Technology and Products, Inc.<br>c/o Troy Gould PC<br>1801 Century Park East, 16th Floor<br>Los Angeles, CA 90067 | 43 | Virgin Orbit, LLC | Secured | $52,399.74 | Virgin Orbit, LLC | Unsecured<br>Secured<br>Subtotal | $26,399.74<br>$26,000.00<br>$52,399.74 |

2

## **EXHIBIT B**

**Blackline**

31176142.1

Virgin Orbit Holdings, Inc. Case No. 23-10405
Fifth Omnibus Substantive Claims Objection
Exhibit A - Reclassified Claims

| | NAME | CLAIM # | ASSERTED CLAIMS | | | MODIFIED CLAIMS | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
| 1 | Piping Technology and Products, Inc. c/o Troy Gould PC 1801 Century Park East, 16th Floor Los Angeles, CA 90067 | 43 | Virgin Orbit, LLC | Secured | $52,399.74 | Virgin Orbit, LLC | Unsecured Secured  Subtotal  ~~Unsecured~~ | $26,399.74 $26,000.00 $52,399.74 ~~$52,399.74~~ |

2