# EXHIBIT A

**Reclassified Claim**

31176635.1

Virgin Orbit Holdings, Inc. Case No. 23-10405
Fourth Omnibus Substantive Claims Objection
Exhibit A - Reclassified Claims

| NAME | CLAIM # | DEBTOR | ASSERTED CLAIMS PRIORITY STATUS | AMOUNT | DEBTOR | MODIFIED CLAIMS PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|
| 1 Piping Technology and Products, Inc. c/o Troy Gould PC 1801 Century Park East, 16th Floor Los Angeles, CA 90067 | 43 | Virgin Orbit, LLC | Secured | $52,399.74 | Virgin Orbit, LLC | Unsecured Secured | $26,399.74 $26,000.00 |
| | | | | | | Subtotal | $52,399.74 |

2