**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

------------------------------------------------------------ x
: 
In re: : Chapter 11
:
VIRGIN ORBIT, LLC,[1] : Case No. 23-10408 (KBO)
:
Debtor. :
:
------------------------------------------------------------ x

**NOTICE OF AGENDA OF MATTERS SCHEDULED
FOR HEARING ON JANUARY 25, 2024 AT 9:30 A.M. (ET)**

**AS NO MATTERS ARE GOING FORWARD, THIS HEARING
HAS BEEN CANCELLED AT THE DIRECTION OF THE COURT.**

**RESOLVED MATTERS**

1. Debtors' Fourth (4th) Omnibus (Substantive) Objection to Claims Pursuant to Section 502 of the Bankruptcy Code, Bankruptcy Rule 3007 and Local Rule 3007-1 [Case No. 23-10405; Docket No. 735; 11/6/23]

   Related Documents:

   A. Certification of Counsel Regarding Proposed Order Sustaining Debtors' Fourth (4th) Omnibus (Substantive) Objection to Claims Pursuant to Section 502 of the Bankruptcy Code, Bankruptcy Rule 3007 and Local Rule 3007-1 [Case No. 23-10408; Docket No. 14; 12/13/23]

   B. Order Sustaining Debtors' Fourth (4th) Omnibus (Substantive) Objection to Claims Pursuant to Section 502 of the Bankruptcy Code, Bankruptcy Rule 3007 and Local Rule 3007-1 [Case No. 23-10408; Docket No. 15; 12/14/23]

   C. Certification of Counsel Regarding Revised Proposed Order Sustaining Debtors' Fourth (4th) Omnibus (Substantive) Objection to Claims Pursuant to Section 502

---

[1] The debtor in this case, along with the last four digits of the debtor's federal tax identification number, is: Virgin Orbit, LLC (9648). The debtor's mailing address for purposes of this case is 251 Little Falls Drive, Wilmington, DE 19808. The chapter 11 cases of the debtor's affiliates, Virgin Orbit National Systems, LLC (3801); Vieco USA, Inc. (0492); Virgin Orbit Holdings, Inc. (6914); and JACM Holdings, Inc. (1445), were closed as of December 1, 2023. All motions and contested matters that remained open as of the closing of such cases, or that are opened after the date thereof, are administered in the remaining chapter 11 case of Virgin Orbit, LLC.

       of the Bankruptcy Code, Bankruptcy Rule 3007 and Local Rule 3007-1 [Case No. 23-10408; Docket No. 26; 1/12/24]

    D.    Order Sustaining Debtors' Fourth (4th) Omnibus (Substantive) Objection to Claims Pursuant to Section 502 of the Bankruptcy Code, Bankruptcy Rule 3007 and Local Rule 3007-1 [Case No. 23-10408; Docket No. 28; 1/17/24]

Response Deadline:        November 20, 2023 at 4:00 p.m. (ET)

Objections/Informal Responses:

    E.    Creditor Piping Technology and Products, Inc.'s Response to Debtors' Fourth (4th) Omnibus (Substantive) Objection to Claims Pursuant to Section 502 of the Bankruptcy Code, Bankruptcy Rule 3007 and Local Rule 3007-1 [Case No. 23-10405; Docket No. 748; 11/20/23]

Status:    An order has been entered by the Court. No hearing is required.

2.    Debtors' Sixth (6th) Omnibus (Substantive) Objection to Claims Pursuant to Section 502 of the Bankruptcy Code, Bankruptcy Rule 3007 and Local Rule 3007-1 [Case No. 23-10408; Docket No. 16; 12/22/23]

Related Documents:

    A.    Certification of Counsel Regarding Proposed Order Sustaining Debtors' Sixth (6th) Omnibus (Substantive) Objection to Claims Pursuant to Section 502 of the Bankruptcy Code, Bankruptcy Rule 3007 and Local Rule 3007-1 [Case No. 23-10408; Docket No. 23; 1/8/24]

    B.    Order Sustaining Debtors' Sixth (6th) Omnibus (Substantive) Objection to Claims Pursuant to Section 502 of the Bankruptcy Code, Bankruptcy Rule 3007 and Local Rule 3007-1 [Case No. 23-10408; Docket No. 24; 1/9/24]

Response Deadline:        January 5, 2024 at 4:00 p.m. (ET)

Objections/Informal Responses:    None.

Status:    An order has been entered by the Court. No hearing is required.

*[Signature page follows]*

| | |
|---|---|
| Dated: January 18, 2024<br>Wilmington, Delaware | **YOUNG CONAWAY STARGATT & TAYLOR, LLP**<br><br>*/s/ Allison S. Mielke*<br>Robert Brady (No. 2847)<br>Michael R. Nestor (No. 3526)<br>Kara Hammond Coyle (No. 4410)<br>Allison S. Mielke (No. 5934)<br>Rodney Square, 1000 North King Street<br>Wilmington, Delaware 19801<br>Telephone: (302) 571-6600<br>Facsimile: (302) 571-1253<br>Email: rbrady@ycst.com<br>　　　　mnestor@ycst.com<br>　　　　kcoyle@ycst.com<br>　　　　amielke@ycst.com<br><br>*Counsel for the Post-Effective Date Debtors* |

31191972.1