| Debtor's Name | Virgin Orbit, LLC | Case. No | 23-10408 (KBO) |

**Global Notes**

*General*

All claim amounts, including total anticipated payments under plan and allowed claims, are subject to change due to further reconciliation, claim objections, and claimant settlements. Claims are reflected on a consolidated basis across all Debtor entities.

*Secured Claims*

Secured claims exclude Prepetition Secured Notes Claims for both anticipated payments under the plan and allowed claims. Pursuant to the Plan of Reorganization, such claims are projected to have 0% recovery.

*Priority Claims*

Priority claims include priority tax, other priority, and payroll / WARN Act claims.

*General Unsecured Claims*

General unsecured claims include General Unsecured Claims and Convenience Claims. Allowed claims reflect the amounts per the proof of claims and scheduled claims are subject to further reconciliation.

UST Form 11-PCR (12/01/2021)