| Debtor's Name | Virgin Orbit, LLC | Case. No | 23-10408 (KBO) |

**Global Notes**

*General*

All claim amounts, including total anticipated payments under plan and allowed claims, are subject to change due to further reconciliation, claim objections, and claimant settlements. Claims are reflected on a consolidated basis across all Debtor entities.

*Secured Claims*

Secured claims exclude Prepetition Secured Notes Claims for both anticipated payments under the plan and allowed claims. Pursuant to the Plan of Reorganization, such claims are projected to have 0% recovery.

*Priority Claims*

Priority claims include priority tax, other priority, and payroll / WARN Act claims.

*General Unsecured Claims*

General unsecured claims include General Unsecured Claims and Convenience Claims. Allowed claims reflect the amounts per the proof of claims and scheduled claims are subject to further reconciliation.