# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| VIRGIN ORBIT, LLC,[1] | Case No. 23-10408 (KBO) |
| Debtor. | |

### CERTIFICATION OF COUNSEL REGARDING SCHEDULING OF OMNIBUS HEARING DATE

The undersigned hereby certifies that the Court has provided the omnibus hearing date set forth on the proposed order attached hereto as **Exhibit A**.

*[Signature page follows]*

---

[1] The debtor in this case, along with the last four digits of the debtor's federal tax identification number, is: Virgin Orbit, LLC (9648). The debtor's mailing address for purposes of this case is 251 Little Falls Drive, Wilmington, DE 19808. The chapter 11 cases of the debtor's affiliates, Virgin Orbit National Systems, LLC (3801); Vieco USA, Inc. (0492); Virgin Orbit Holdings, Inc. (6914); and JACM Holdings, Inc. (1445), were closed as of December 1, 2023. All motions and contested matters that remained open as of the closing of such cases, or that are opened after the date thereof, are administered in the remaining chapter 11 case of Virgin Orbit, LLC.

11294710v.1

| | |
|---|---|
| Dated: January 29, 2024<br>Wilmington, Delaware | Respectfully submitted,<br><br>*/s/ Katelin A. Morales*<br>M. Blake Cleary (No. 3614)<br>L. Katherine Good (No. 5101)<br>Katelin A. Morales (No. 6683)<br>Maria Kotsiras (No. 6840)<br>**POTTER ANDERSON & CORROON LLP**<br>1313 North Market Street, 6th Floor<br>Wilmington, Delaware 19801<br>Telephone: (302) 984-6000<br>Email: bcleary@potteranderson.com<br>       kgood@potteranderson.com<br>       kmorales@potteranderson.com<br>       mkotsiras@potteranderson.com<br><br>- and –<br><br>David P. Simonds, Esq. (admitted *pro hac vice*)<br>Edward J. McNeilly, Esq. (admitted *pro hac vice*)<br>Kaitlyn Aliza Hittelman, Esq. (admitted *pro hac vice*)<br>**HOGAN LOVELLS US LLP**<br>1999 Avenue of the Stars<br>Suite 1400<br>Los Angeles, CA 90067<br>Telephone: (310) 785-4600<br>Email: david.simonds@hoganlovells.com<br>       edward.mcneilly@hoganlovells.com<br>       kaitlyn.hittelman@hoganlovells.com<br><br>- and-<br><br>John D. Beck, Esq. (admitted *pro hac vice*)<br>Christopher R. Bryant, Esq. (admitted *pro hac vice*)<br>Katherine M. Lynn, Esq. (admitted *pro hac vice*)<br>**HOGAN LOVELLS US LLP**<br>390 Madison Avenue<br>New York, NY  10017<br>Telephone: (212) 918-3000<br>Email: john.beck@hoganlovells.com<br>       chris.bryant@hoganlovells.com<br>       katherine.lynn@hoganlovells.com<br><br>*Counsel to the Litigation Trust and Litigation Trustee* |

11294710v.1