IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>VIRGIN ORBIT, LLC,[1].<br><br>    Debtor. | Chapter 11<br><br>Case No. 23-10408 (KBO)<br><br>**Hearing Date: March 7, 2024 at 1:00 p.m. (ET)**<br>**Objection Deadline: February 12, 2024 at 4:00 p.m. (ET)** |

### NOTICE OF MOTION OF LITIGATION TRUSTEE FOR AN ORDER EXTENDING THE DEADLINE TO OBJECT TO THE ALLOWANCE OF CLAIMS

**PLEASE TAKE NOTICE** that Matthew Dundon (the "Litigation Trustee"), in his capacity as the Litigation Trustee of the VO Litigation Trust in the above-captioned case has filed the *Motion of Litigation Trustee for an Order Extending the Deadline to Object to the Allowance of Claims* (the "Motion") with the United States Bankruptcy Court for the District of Delaware (the "Court").

**PLEASE TAKE FURTHER NOTICE** that objections to the Motion, if any, must be in writing, filed with the Clerk of the United States Bankruptcy Court for the District of Delaware, 3rd Floor, 824 North Market Street, Wilmington, Delaware 19801, on or before **February 12, 2024 at 4:00 p.m. (prevailing Eastern Time)** (the "Objection Deadline") and served upon and received by the undersigned counsel for the Litigation Trustee.

---

[1] The debtor in this case, along with the last four digits of the debtor's federal tax identification number, is: Virgin Orbit, LLC (9648). The debtor's mailing address for purposes of this case is 251 Little Falls Drive, Wilmington, DE 19808. The chapter 11 cases of the debtor's affiliates, Virgin Orbit National Systems, LLC (3801); Vieco USA, Inc. (0492); Virgin Orbit Holdings, Inc. (6914); and JACM Holdings, Inc. (1445), were closed as of December 1, 2023. All motions and contested matters that remained open as of the closing of such cases, or that are opened after the date thereof, are administered in the remaining chapter 11 case of Virgin Orbit, LLC.

11293999v.1

**PLEASE TAKE FURTHER NOTICE** that, if any objections to the Motion are received, the Motion and such objections shall be considered at a hearing before the Honorable Karen B. Owens at the Bankruptcy Court, 824 Market Street, 6th Floor, Courtroom No. 3, Wilmington, Delaware 19801 on **March 7, 2024 at 1:00 p.m. (prevailing Eastern Time)**.

**IF NO OBJECTIONS TO THE MOTION ARE TIMELY FILED, SERVED AND RECEIVED IN ACCORDANCE WITH THIS NOTICE, THE BANKRUPTCY COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.**

*[Signature Page Follows]*

11293999v.1

| | |
|---|---|
| Dated: January 29, 2024<br>Wilmington, Delaware | Respectfully submitted,<br><br>*/s/ Maria Kotsiras*<br>M. Blake Cleary (No. 3614)<br>L. Katherine Good (No. 5101)<br>Katelin A. Morales (No. 6683)<br>Maria Kotsiras (No. 6840)<br>**POTTER ANDERSON & CORROON LLP**<br>1313 North Market Street, 6th Floor<br>Wilmington, Delaware 19801<br>Telephone: (302) 984-6000<br>Email: bcleary@potteranderson.com<br>       kgood@potteranderson.com<br>       kmorales@potteranderson.com<br>       mkotsiras@potteranderson.com<br><br>- and -<br><br>David P. Simonds, Esq. (admitted *pro hac vice*)<br>Edward J. McNeilly, Esq. (admitted *pro hac vice*)<br>Kaitlyn Aliza Hittelman, Esq. (admitted *pro hac vice*)<br>**HOGAN LOVELLS US LLP**<br>1999 Avenue of the Stars<br>Suite 1400<br>Los Angeles, CA 90067<br>Telephone: (310) 785-4600<br>Email:  david.simonds@hoganlovells.com<br>       edward.mcneilly@hoganlovells.com<br>       kaitlyn.hittelman@hoganlovells.com<br><br>- and-<br><br>John D. Beck, Esq. (admitted *pro hac vice*)<br>Christopher R. Bryant, Esq. (admitted *pro hac vice*)<br>Katherine M. Lynn, Esq. (admitted *pro hac vice*)<br>**HOGAN LOVELLS US LLP**<br>390 Madison Avenue<br>New York, NY  10017<br>Telephone: (212) 918-3000<br>Email:  john.beck@hoganlovells.com<br>       chris.bryant@hoganlovells.com<br>       katherine.lynn@hoganlovells.com<br><br>*Counsel to the Litigation Trust and Litigation Trustee* |

11293999v.1