**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

```
-------------------------------------------------------- x
                                    :
In re:                              :    Chapter 11
                                    :
VIRGIN ORBIT, LLC,¹                 :    Case No. 23-10408 (KBO)
                                    :
            Debtor.                 :
                                    :
-------------------------------------------------------- x
```

**NOTICE OF AGENDA OF MATTERS SCHEDULED**
**FOR STATUS CONFERENCE ON FEBRUARY 6, 2024 AT 9:15 A.M. (ET)**

---

**THIS PROCEEDING WILL BE CONDUCTED REMOTELY VIA ZOOM.**

**PLEASE REFER TO JUDGE OWENS'S CHAMBERS PROCEDURES (HTTPS://WWW.DEB.USCOURTS.GOV/CONTENT/JUDGE-KAREN-B-OWENS) AND THE COURT'S WEBSITE (HTTP://WWW.DEB.USCOURTS.GOV/ECOURT-APPEARANCES) FOR INFORMATION ON THE METHOD OF ALLOWED PARTICIPATION (VIDEO OR AUDIO), JUDGE OWENS'S EXPECTATIONS OF REMOTE PARTICIPANTS, AND THE ADVANCE REGISTRATION REQUIREMENTS.**

**REGISTRATION IS REQUIRED BY 4:00 P.M. (ET) THE BUSINESS DAY BEFORE THE HEARING UNLESS OTHERWISE NOTICED USING THE *ECOURTAPPEARANCES* TOOL AVAILABLE ON THE COURT'S WEBSITE.**

---

## MATTER GOING FORWARD

1.      Objection of Tamas Hampel to Order Confirming the Fifth Amended Joint Chapter 11 Plan of Virgin Orbit Holdings, Inc. and Its Debtor Affiliates [Case No. 23-10408; Docket No. 17; 12/27/23]

---

¹ The debtor in this case, along with the last four digits of the debtor's federal tax identification number, is: Virgin Orbit, LLC (9648). The debtor's mailing address for purposes of this case is 251 Little Falls Drive, Wilmington, DE 19808. The chapter 11 cases of the debtor's affiliates, Virgin Orbit National Systems, LLC (3801); Vieco USA, Inc. (0492); Virgin Orbit Holdings, Inc. (6914); and JACM Holdings, Inc. (1445), were closed as of December 1, 2023. All motions and contested matters that remained open as of the closing of such cases, or that are opened after the date thereof, are administered in the remaining chapter 11 case of Virgin Orbit, LLC.

Related Documents:

A.      Order Confirming the Fifth Amended Joint Chapter 11 Plan of VirginOrbit Holdings, Inc. and Its Debtor Affiliates [Case No. 23-10405; Docket No. 604; 7/31/23]

B.      Scheduling Order [Case No. 23-10408; Docket No. 18; 1/3/24]

C.      Supplemental Declaration in Support of the Objection of Tamas Hampel to the Order Confirming the Fifth Amended Joint Chapter 11 Plan of Virgin Orbit Holdings, Inc. and Its Debtor Affiliates [Case No. 23-10408; Docket No. 19; 1/4/24]

D.      Supplemental Declaration in Support of the Objection of Tamas Hampel to the Order Confirming the Fifth Amended Joint Chapter 11 Plan of Virgin Orbit Holdings, Inc. and Its Debtor Affiliates [Case No. 23-10408; Docket No. 25; 1/10/24]

E.      Supplemental Declaration in Support of the Objection of Tamas Hampel to the Order Confirming the Fifth Amended Joint Chapter 11 Plan of Virgin Orbit Holdings, Inc. and Its Debtor Affiliates [Case No. 23-10408; Undocketed; 2/2/24]

Response Deadline:                      January 24, 2024 at 4:00 p.m. (ET)

Objections/Informal Responses:

F.      Debtors' Response to the Objection of Tamas Hampel to the Order Confirming the Fifth Amended Joint Chapter 11 Plan of Virgin Orbit Holdings, Inc. and Its Debtor Affiliates [Case No. 23-10408; Docket No. 30; 1/23/24]

Status:         This matter is going forward as a status conference.

Dated:  February 5, 2024
       Wilmington, Delaware

**YOUNG CONAWAY STARGATT & TAYLOR, LLP**

*/s/ Allison S. Mielke*
Robert Brady (No. 2847)
Michael R. Nestor (No. 3526)
Kara Hammond Coyle (No. 4410)
Allison S. Mielke (No. 5934)
Rodney Square, 1000 North King Street
Wilmington, Delaware 19801
Telephone:  (302) 571-6600
Facsimile:  (302) 571-1253
Email:  rbrady@ycst.com
       mnestor@ycst.com
       kcoyle@ycst.com
       amielke@ycst.com

*Counsel for the Post-Effective Date Debtors*

31253272.1