# IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| | ) **Hearing Date:** |
| | ) |
| | ) February 7, 2024, at |
| | ) 9:30 a.m. (E.T.) |
| | ) |
| | ) **Objection Deadline:** |
| VIRGIN ORBIT, LLC. | ) February 2, 2024, at |
| | ) 4:00 p.m. (E.T.). |
| | ) |
| Debtor. | ) Case No. 23-10405 |
| | ) |
| | ) Re: |
| | ) Docket No. 17 |

The debtor in this case, along with the last four digits of the debtor's federal tax identification number, is: Virgin Orbit, LLC (9648). The debtor's mailing address for purposes of this case is 251 Little Falls Drive, Wilmington, DE 19808. The chapter 11 cases of the debtor's affiliates, Virgin Orbit National Systems, LLC (3801), Vieco USA, Inc. (0492); Virgin Orbit Holdings, Inc (6914); and JACM Holdings, Inc. (1445), were closed as of [•], 2023. All motions and contested matters that remained open as of the closing of such cases, or that are opened after the date thereof, are administered in the remaining chapter 11 case of Virgin Orbit, LLC.

## SUPPLEMENTAL DECLARATION IN SUPPORT OF THE OBJECTION OF TAMAS HAMPEL (DOCKET NO. 17) TO THE ORDER CONFIRMING THE FIFTH AMENDED JOINT CHAPTER 11 PLAN OF VIRGIN ORBIT HOLDINGS, INC. AND ITS DEBTOR AFFILIATES, ORDER SIGNED ON 7/31/2023, REF DOC NO. 604.

I, Tamas Hampel dr., do hereby declare, under penalty of perjury as a supplemental declaration in support of the objection of Tamas Hampel (Docket No. 17 and 19) to the Order confirming the Fifth Amended Joint Chapter 11 Plan of Virgin Orbit Holdings, inc. and its Debtor affiliates (**Plan**), order signed on 7/31/2023, ref doc no. 604.

I hereby express my intention to formally submit the declarations of the following shareholders of the Debtor company, Virgin Orbit Holdings Inc These documents are enclosed for your review and consideration in the context of the ongoing proceeding of Dr. Tamas Hampel.

- Schedule 1: Aydin Karahan - 14867 Steven Ct. Lemont IL
- Schedule 2: Chin Ho William Lee - 5 Oblate Cres Brampton ON L6Y 0K2
- Schedule 3: Katalin Sebestyen – 66 Udolo setany, Szarvas, HU-5540

1

- **Schedule 4:** Iryna Karahan - 14867 Steven Ct. Lemont IL
- **Schedule 5:** Eric W. Fischbach - 24 County Road, Cape Neddick, ME 03902
- **Schedule 6:** Lubos Hlina - Kpt. Jana Nalepku 941 11 Palarikovo, Slovakia

I hereby respectfully submit a formal request for the acceptance of testimony from Mr. Stephen Inguagiato, a shareholder of the Debtor company, in support of Dr. Tamas Hampel motion. This testimony is pivotal in elucidating the perspectives and insights that are critical to the matter at hand, thereby contributing significantly to the proceedings.

Contact details:
Address: 142-39 38th Avenue, Apartment 3A, Flushing, New York 11354
Phone number: (631) 806-1497
email: whizzzer2k1@yahoo.com

Date. 2 February 2024

<u>Dr. Tamas Hampel</u>

email: tamas.hampel@gmail.com
phone: +36 20 390 20 90
Dios arok 49d
Budapest
1125 Hungary

Title: Declaration regarding Virgin Orbit Bankruptcy case

Declaration By: Katalin Sebestyen

I, Katalin Sebestyen, on this day 1/2/2024, hereby issue this declaration to confirm Dr. Tamas Hampel statements in his motion to revoke the confirmation order.

I hold ownership of aprx. 15.000 shares in the Debtors' company that were cancelled due to the bankruptcy plan, resulting in substantial losses.

The handling of the Virgin Orbit bankruptcy case raises significant concerns regarding the integrity of the bankruptcy process and the equitable treatment of shareholders, particularly in relation to the valuation and sale of Intellectual property (IP) assets. The deliberate undervaluation of crucial assets like LauncherOne, which holds substantial strategic and market value, not only undermines the fair market principles but also potentially deprives equity holders of their rightful claims This action, compounded by the conflict of interest posed by the overlap between the secured creditor and the majority owner, further erodes trust in the bankruptcy proceedings and the parties involved

The apparent strategy to conduct asset sales, especially of high-value IP assets, in a manner that could be perceived as a "fire sale," fails to uphold the standards of transparency and competitiveness as outlined in Section 363 of the Bankruptcy Code. Such practices not only harm the equity holders but also jeopardize the broader implications for national security and the strategic value these technologies embody

Given the critical capabilities that Virgin Orbit's technology contributes to space operations and national defense strategies, it is imperative that the bankruptcy plan be scrutinized for fairness, legality, and ethical conduct. The undervaluation of assets, particularly IP with significant technological innovation and strategic importance, calls for a reevaluation of the bankruptcy proceedings to ensure that the rights and interests of all stakeholders, including equity holders, are duly protected and respected

Signatures:

*[signature]*

Katalin Sebestyen

Date 1/2/2024

Contact Information:

Address: 66 Udulo setany, Szarvas, HU-5540

Phone +36 70 947 1506

Email: sebestyen.kata@gmail.com

1

Title: Declaration regarding Virgin Orbit Bankruptcy case

Declaration By: Iryna Karahan

RECEIVED

2024 FEB -9 | 3: 33

I, Iryna Karahan, on this day 1/2/2024, hereby issue this declaration to confirm Dr. Tamas Hampel statements in his motion to revoke the confirmation order.

I hold ownership of 177068 shares in the Debtors' company that were cancelled due to the bankruptcy plan, resulting in substantial losses.

The handling of the Virgin Orbit bankruptcy case raises significant concerns regarding the integrity of the bankruptcy process and the equitable treatment of shareholders, particularly in relation to the valuation and sale of intellectual property (IP) assets. The deliberate undervaluation of crucial assets like LauncherOne, which holds substantial strategic and market value, not only undermines the fair market principles but also potentially deprives equity holders of their rightful claims. This action, compounded by the conflict of interest posed by the overlap between the secured creditor and the majority owner, further erodes trust in the bankruptcy proceedings and the parties involved

The apparent strategy to conduct asset sales, especially of high-value IP assets, in a manner that could be perceived as a "fire sale," fails to uphold the standards of transparency and competitiveness as outlined in Section 363 of the Bankruptcy Code. Such practices not only harm the equity holders but also jeopardize the broader implications for national security and the strategic value these technologies embody.

Given the critical capabilities that Virgin Orbit's technology contributes to space operations and national defense strategies, it is imperative that the bankruptcy plan be scrutinized for fairness, legality, and ethical conduct. The undervaluation of assets, particularly IP with significant technological innovation and strategic importance, calls for a reevaluation of the bankruptcy proceedings to ensure that the rights and interests of all stakeholders, including equity holders, are duly protected and respected.

Signatures:

*Iryna Karahan*

Iryna Karahan

Date: 1/2/2024

Contact Information:

Address: 14867 Steven Ct. Lemont IL

Phone: +1-331-253-9284

Email: lotitska@gmail.com

Title: Declaration regarding Virgin Orbit Bankruptcy case

Declaration By:

RECEIVED

2024 FEB -P 1 3 3'

I, Eric W. Fischbach, on this day 1/2/2024, hereby issue this declaration to confirm Dr. Tamas Hampel statements in his motion to revoke the confirmation order.

I hold ownership of 79,804.457 shares in the Debtors' company that were cancelled due to the bankruptcy plan, resulting in substantial losses.

The handling of the Virgin Orbit bankruptcy case raises significant concerns regarding the integrity of the bankruptcy process and the equitable treatment of shareholders, particularly in relation to the valuation and sale of intellectual property (IP) assets. The deliberate undervaluation of crucial assets like LauncherOne, which holds substantial strategic and market value, not only undermines the fair market principles but also potentially deprives equity holders of their rightful claims. This action, compounded by the conflict of interest posed by the overlap between the secured creditor and the majority owner, further erodes trust in the bankruptcy proceedings and the parties involved.

The apparent strategy to conduct asset sales, especially of high-value IP assets, in a manner that could be perceived as a "fire sale," fails to uphold the standards of transparency and competitiveness as outlined in Section 363 of the Bankruptcy Code. Such practices not only harm the equity holders but also jeopardize the broader implications for national security and the strategic value these technologies embody.

Given the critical capabilities that Virgin Orbit's technology contributes to space operations and national defense strategies, it is imperative that the bankruptcy plan be scrutinized for fairness, legality, and ethical conduct. The undervaluation of assets, particularly IP with significant technological innovation and strategic importance, calls for a reevaluation of the bankruptcy proceedings to ensure that the rights and interests of all stakeholders, including equity holders, are duly protected and respected.

Signatures:

*[signature]*

Date: 1/2/2024

Contact Information:

Address: 24 County Road, Cape Neddick, ME 03902

Phone: 201-486-8718

Email: ewfischbach@yahoo.com

Title: Declaration regarding Virgin Orbit Bankruptcy case

Declaration By:



I, CHIN HO WILLIAM LEE, on this day 1/2/2024, hereby issue this declaration to confirm Dr.Tamas Hampel statements in his motion to revoke the confirmation order.

I hold ownership of 67,200 shares in the Debtors' company that were cancelled due to the bankruptcy plan, resulting in substantial losses

The handling of the Virgin Orbit bankruptcy case raises significant concerns regarding the integrity of the bankruptcy process and the equitable treatment of shareholders, particularly in relation to the valuation and sale of intellectual property (IP) assets. The deliberate undervaluation of crucial assets like LauncherOne, which holds substantial strategic and market value, not only undermines the fair market principles but also potentially deprives equity holders of their rightful claims. This action, compounded by the conflict of interest posed by the overlap between the secured creditor and the majority owner, further erodes trust in the bankruptcy proceedings and the parties involved.

The apparent strategy to conduct asset sales, especially of high-value IP assets, in a manner that could be perceived as a "fire sale," fails to uphold the standards of transparency and competitiveness as outlined in Section 363 of the Bankruptcy Code. Such practices not only harm the equity holders but also jeopardize the broader implications for national security and the strategic value these technologies embody.

Given the critical capabilities that Virgin Orbit's technology contributes to space operations and national defense strategies, it is imperative that the bankruptcy plan be scrutinized for fairness, legality, and ethical conduct. The undervaluation of assets, particularly IP with significant technological innovation and strategic importance, calls for a reevaluation of the bankruptcy proceedings to ensure that the rights and interests of all stakeholders, including equity holders, are duly protected and respected.

Signatures:

_李辰豪_

Date: 1/2/2024

Contact Information:

Address: 5 OBLATE CRES BRAMPTON ON L6Y 0K2

Phone: +852 95291719

Email: leechinho0079@gmail.com



INVESTOR'S EDGE INVESTMENT ACCOUNT

**September 1-September 29, 2023**
*(previous statement August 31, 2023)*

Account #
**Order Execution Only Account**

CHIN HO WILLIAM LEE
5 OBLATE CRES
BRAMPTON ON   L6Y 0K2

**To Contact Us:**
*1-800-567-3343*
*www.investorsedge.cibc.com*



## Investor's Edge Investment Account

**September 1-September 29, 2023**
*(previous statement August 31, 2023)*

### Account Activity — U.S. Dollars (continued)

| DATE | ACTIVITY | DESCRIPTION | QUANTITY | PRICE | AMOUNT |
|---|---|---|---|---|---|
| Sep 20 | Liquidate | VIRGIN ORBIT HOLDINGS INC COM SURRENDERED FOR LIQUIDATION DEEMED WORTHLESS | -67,200 | — | — |
| Sep 29 | — | Closing cash balance | — | — | -$37.82 |
|   |   | Canadian dollar equivalent ($1.00 U.S equals $1.35700 CAN) |   |   | -$51.32 |

Title: Declaration regarding Virgin Orbit Bankruptcy case

Declaration by:

I, Lubos Hlina, on this day 1/2/2024, hereby issue this declaration to confirm Dr Tamas Hampel statements in his motion to revoke the confirmation order

I held ownership of 29300 shares in the Debtors' company that were cancelled due to the bankruptcy plan, resulting in substantial losses.

The handling of the Virgin Orbit bankruptcy case raises significant concerns regarding the integrity of the bankruptcy process and the equitable treatment of shareholders, particularly in relation to the valuation and sale of intellectual property (IP) assets. The deliberate undervaluation of crucial assets like LauncherOne, which holds substantial strategic and market value, not only undermines the fair market principles but also potentially deprives equity holders of their rightful claims. This action, compounded by the conflict of interest posed by the overlap between the secured creditor and the majority owner, further erodes trust in the bankruptcy proceedings and the parties involved

The apparent strategy to conduct asset sales, especially of high-value IP assets, in a manner that could be perceived as a "fire sale," fails to uphold the standards of transparency and competitiveness as outlined in Section 363 of the Bankruptcy Code. Such practices not only harm the equity holders but also jeopardize the broader implications for national security and the strategic value these technologies embody.

Given the critical capabilities that Virgin Orbit's technology contributes to space operations and national defense strategies, it is imperative that the bankruptcy plan be scrutinized for fairness, legality, and ethical conduct. The undervaluation of assets, particularly IP with significant technological innovation and strategic importance, calls for a reevaluation of the bankruptcy proceedings to ensure that the rights and interests of all stakeholders, including equity holders, are duly protected and respected

Signatures:

Date: 1/2/2024

Contact Information:

Address: Kpt. Jana Nalepku, 94111 Palarikovo, Slovakia

Phone +421940859459

Email: ing.lubos.hlina@gmail.com

Title: Declaration regarding Virgin Orbit Bankruptcy case



Declaration By: Aydın Karahan

I, Aydın Karahan, on this day 1/2/2024, hereby issue this declaration to confirm Dr. Tamas Hampel statements in his motion to revoke the confirmation order.

I hold ownership of 858729 shares in the Debtors' company that were cancelled due to the bankruptcy plan, resulting in substantial losses.

The handling of the Virgin Orbit bankruptcy case raises significant concerns regarding the integrity of the bankruptcy process and the equitable treatment of shareholders, particularly in relation to the valuation and sale of intellectual property (IP) assets. The deliberate undervaluation of crucial assets like LauncherOne, which holds substantial strategic and market value, not only undermines the fair market principles but also potentially deprives equity holders of their rightful claims. This action, compounded by the conflict of interest posed by the overlap between the secured creditor and the majority owner, further erodes trust in the bankruptcy proceedings and the parties involved.

The apparent strategy to conduct asset sales, especially of high-value IP assets, in a manner that could be perceived as a "fire sale," fails to uphold the standards of transparency and competitiveness as outlined in Section 363 of the Bankruptcy Code. Such practices not only harm the equity holders but also jeopardize the broader implications for national security and the strategic value these technologies embody.

Given the critical capabilities that Virgin Orbit's technology contributes to space operations and national defense strategies, it is imperative that the bankruptcy plan be scrutinized for fairness, legality, and ethical conduct. The undervaluation of assets, particularly IP with significant technological innovation and strategic importance, calls for a reevaluation of the bankruptcy proceedings to ensure that the rights and interests of all stakeholders, including equity holders, are duly protected and respected.

Signatures:

*Aydın Karahan*

Aydın Karahan

Date: 1/2/2024

Contact Information.

Address: 14867 Steven Ct. Lemont IL

Phone: +1-331-253-8927

Email: aydinka81@gmail.com