IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> VIRGIN ORBIT, LLC,[1] <br><br> Debtor. | Chapter 11 <br><br> Case No. 23-10408 (KBO) <br><br> Re: Docket No. 38 |

**CERTIFICATE OF NO OBJECTION REGARDING
MOTION OF LITIGATION TRUSTEE FOR AN ORDER EXTENDING
THE DEADLINE TO OBJECT TO THE ALLOWANCE OF CLAIMS**

The undersigned hereby certifies that on January 29, 2024, Matthew Dundon (the "Litigation Trustee"), in his capacity as the Litigation Trustee of the VO Litigation Trust filed the *Motion of Litigation Trustee for an Order Extending the Deadline to Object to the Allowance of Claims* [Docket No. 38] (the "Motion") with the United States Bankruptcy Court for the District of Delaware (the "Court"). Attached to the Motion as Exhibit A was a proposed form of order approving the relief requested in the Motion (the "Proposed Order"). Any objection or response to the relief requested in the Motion was to be filed and served so as to be received by no later than February 12, 2024 at 4:00 p.m. (ET) (the "Objection Deadline").

The undersigned further certifies that as of the Objection Deadline, no answer, objection, or other responsive pleading to the Motion was received by the Litigation Trustee or has appeared on the Court's docket in these cases.

---

[1] The debtor in this case, along with the last four digits of the debtor's federal tax identification number, is: Virgin Orbit, LLC (9648). The debtor's mailing address for purposes of this case is 251 Little Falls Drive, Wilmington, DE 19808. The chapter 11 cases of the debtor's affiliates, Virgin Orbit National Systems, LLC (3801); Vieco USA, Inc. (0492); Virgin Orbit Holdings, Inc. (6914); and JACM Holdings, Inc. (1445), were closed as of December 1, 2023. All motions and contested matters that remained open as of the closing of such cases, or that are opened after the date thereof, are administered in the remaining chapter 11 case of Virgin Orbit, LLC.

11320311v.1

**WHEREFORE**, the Litigation Trustee respectfully requests that the Proposed Order, attached to the Motion as <u>Exhibit A</u>, be entered at the earliest convenience of the Court.

| | |
|---|---|
| Dated: February 13, 2024<br>Wilmington, Delaware | Respectfully submitted,<br><br>*/s/ Maria Kotsiras*<br>M. Blake Cleary (No. 3614)<br>L. Katherine Good (No. 5101)<br>Katelin A. Morales (No. 6683)<br>Maria Kotsiras (No. 6840)<br>**POTTER ANDERSON & CORROON LLP**<br>1313 North Market Street, 6th Floor<br>Wilmington, Delaware 19801<br>Telephone: (302) 984-6000<br>Email: bcleary@potteranderson.com<br>         kgood@potteranderson.com<br>         kmorales@potteranderson.com<br>         mkotsiras@potteranderson.com<br><br>- and -<br><br>David P. Simonds, Esq. (admitted *pro hac vice*)<br>Edward J. McNeilly, Esq. (admitted *pro hac vice*)<br>Kaitlyn Aliza Hittelman, Esq. (admitted *pro hac vice*)<br>**HOGAN LOVELLS US LLP**<br>1999 Avenue of the Stars<br>Suite 1400<br>Los Angeles, CA 90067<br>Telephone: (310) 785-4600<br>Email:  david.simonds@hoganlovells.com<br>          edward.mcneilly@hoganlovells.com<br>          kaitlyn.hittelman@hoganlovells.com<br><br>- and-<br><br>John D. Beck, Esq. (admitted *pro hac vice*)<br>Christopher R. Bryant, Esq. (admitted *pro hac vice*)<br>Katherine M. Lynn, Esq. (admitted *pro hac vice*)<br>**HOGAN LOVELLS US LLP**<br>390 Madison Avenue<br>New York, NY  10017<br>Telephone: (212) 918-3000<br>Email:  john.beck@hoganlovells.com<br>          chris.bryant@hoganlovells.com<br>          katherine.lynn@hoganlovells.com<br><br>*Counsel to the Litigation Trust and Litigation Trustee* |

11320311v.1