**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| VIRGIN ORBIT, LLC,[1] | Case No. 23-10408 (KBO) |
| Debtor. | Re: Docket No. 38 |

**ORDER GRANTING MOTION OF LITIGATION
TRUSTEE FOR AN ORDER EXTENDING THE
DEADLINE TO OBJECT TO THE ALLOWANCE OF CLAIMS**

Upon consideration of the *Motion of Litigation Trustee for an Order Extending the Deadline to Object to the Allowance of Claims* (the "Motion"),[2] filed by Matthew Dundon (the "Litigation Trustee"), in his capacity as the Litigation Trustee of the VO Litigation Trust, pursuant to the *Fifth Amended Joint Chapter 11 Plan of Virgin Orbit Holdings, Inc. and Its Debtor Affiliates* [Docket No. 595-1] (the "Plan") of the debtor (the "Debtor") in the above-captioned case (the "Chapter 11 Case"); and the Court having reviewed the Motion; and it appearing that proper and adequate notice has been given and that no other or further notice is required; and the Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted hereon; and after due deliberation thereon; and sufficient cause therefor; it is hereby ORDERED that:

    1.    The Motion is GRANTED, as set forth herein.

---

[1] The Debtor in this case, along with the last four digits of the debtor's federal tax identification number, is: Virgin Orbit, LLC (9648). The debtor's mailing address for purposes of this case is 251 Little Falls Drive, Wilmington, DE 19808. The chapter 11 cases of the debtor's affiliates, Virgin Orbit National Systems, LLC (3801); Vieco USA, Inc. (0492); Virgin Orbit Holdings, Inc. (6914); and JACM Holdings, Inc. (1445) were closed as of December 4, 2023. All motions and contested matters that remained open as of the closing of such cases, or that are opened after the date thereof, are administered in the remaining chapter 11 case of Virgin Orbit, LLC.

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Motion.

11293850v.2

2. Pursuant to Bankruptcy Rule 9006, the Claims Objection Deadline is extended approximately 180 days through and including July 29, 2024.

3. This Order shall be without prejudice to the Litigation Trustee's right to seek further extensions of the Claims Objection Deadline.

4. This Court shall retain jurisdiction with respect to all matters relating to or arising from the Motion or the interpretation or implementation of this Order.

Dated: February 14th, 2024
Wilmington, Delaware

KAREN B. OWENS
UNITED STATES BANKRUPTCY JUDGE

11293850v.2