**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| VIRGIN ORBIT, LLC, [1] | Case No. 23-10408 (KBO) |
| Debtor. | (Jointly Administered) |

## AFFIDAVIT OF SERVICE

I, Nathan Chien, depose and say that I am employed by Kroll Restructuring Administration LLC ("***Kroll***"), the claims and noticing agent for the Debtor in the above-captioned chapter 11 case.

On February 5, 2024, at my direction and under my supervision, employees of Kroll caused the following documents to be served (1) by the method set forth on the Core/2002 Service List attached hereto as **Exhibit A**; and (2) via Overnight Mail and Email on Tamas Hampel, Dios arok 49d, Budapest, 1125, Hungary, Tamas.hampel@gmail.com:

- Notice of Agenda of Matters Scheduled for Hearing on February 7, 2024 at 9:30 a.m. (ET) [Docket No. 45]

- Notice of Agenda of Matters Scheduled for Status Conference on February 6, 2024 at 9:15 a.m. (ET) [Docket No. 46]

Dated: February 14, 2024

/s/ Nathan Chien
Nathan Chien

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on February 14, 2024, by Nathan Chien, proved to me on the bases of satisfactory evidence to be the person who executed this affidavit.

*/s/ OLEG BITMAN*
Notary Public, State of New York
No. 01BI6339574
Qualified in Queens County
Commission Expires April 4, 2024

---

[1] The debtor in this case, along with the last four digits of the debtor's federal tax identification number, is: Virgin Orbit, LLC (9648). The debtor's mailing address for purposes of this case is 251 Little Falls Drive, Wilmington, DE 19808. The chapter 11 cases of the debtor's affiliates, Virgin Orbit National Systems, LLC (3801); Vieco USA, Inc. (0492); Virgin Orbit Holdings, Inc. (6914); and JACM Holdings, Inc. (1445), were closed as of December 1, 2023. All motions and contested matters that remained open as of the closing of such cases, or that are opened after the date thereof, are administered in the remaining chapter 11 case of Virgin Orbit, LLC.

## Exhibit A

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | NOTICE NAME | FAX | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|---|
| Counsel to Air Products & Chemicals, Inc. | Air Products and Chemicals, Inc | Attn: Diana R. Naescher | | naeschdr@airproducts.com | Email |
| Counsel to 1960 Grand Office Owner 1, L.P. | Allen Matkins Leck Gamble  Mallory & Natsis LLP | Attn: Michael S. Greger, Ivan M. Gold | | mgreger@allenmatkins.com<br>igold@allenmatkins.com | Email |
| Counsel to the Texas Comptroller of Public Accounts | Attorney General's Office | Attn: Christopher S. Murphy, Sherri K. Simpson | | christopher.murphy@oag.texas.gov<br>sherri.simpson@oag.texas.gov | Email |
| Counsel to 1960 Grand Office Owner 1, L.P. | Ballard Spahr LLP | Attn: Leslie C. Heilman, Laurel D. Roglen, Margaret A. Vesper | | heilmanl@ballardspahr.com<br>roglenl@ballardspahr.com<br>vesperm@ballardspahr.com | Email |
| Counsel to The Institute for Q-Shu Pioneers of Space, Inc., d/b/a iQPS, Inc. | Benesch, Friedlander, Coplan & Aronoff LLP | Attn: Jennifer R. Hoover | | jhoover@beneschlaw.com | Email |
| Counsel to Air Products & Chemicals, Inc. | Blank Rome LLP | Attn: B. Nelson Sproat | | nelson.sproat@blankrome.com | Email |
| Counsel to All Nippon Airways Trading Co., Ltd. | Blank Rome LLP | Attn: Evan J. Zucker | | Evan.Zucker@blankrome.com | Email |
| Counsel to All Nippon Airways Trading Co., Ltd. | Blank Rome LLP | Attn: Josef W. Mintz | | Josef.Mintz@blankrome.com | Email |
| Counsel to Air Products & Chemicals, Inc. | Blank Rome LLP | Attn: Michael B. Schaedle | | mike.schaedle@blankrome.com | Email |
| Counsel to Oracle America, Inc. | Buchalter, A Professional Corporation | Attn: Shawn M. Christianson | | schristianson@buchalter.com | Email |
| Counsel for Kern County Treasurer and Tax Collector Office | C/O Rachel Medrano | Attn: Bankruptcy Division | | bankruptcy@kerncounty.com | Email |
| Counsel to KSAT | Connolly Gallagher LLP | Attn: Jeffrey C. Wisler | | jwisler@connollygallagher.com | Email |
| Counsel to the DIP Lender, Prepetition Secured Parties and Virgin Investments Limited | Davis Polk & Wardwell LLP | Attn: Brian Resnick, Elliot Moskowitz, Joshua Sturm, Jarret Erickson | | brian.resnick@davispolk.com<br>elliot.moskowitz@davispolk.com<br>joshua.sturm@davispolk.com<br>jarret.erickson@davispolk.com | Email |
| Attorneys for Oracle America, Inc. | Doshi Legal Group, P.C. | Attn: Amish R. Doshi | | amish@doshilegal.com | Email |
| Litigation Trustee | Dundon Advisers LLC | Attn: Matthew Dundon | | md@dundon.com | Email |

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | NOTICE NAME | FAX | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|---|
| Counsel to American Metal Enterprises Inc. | Fortis LLP | Attn: Paul R. Shankman | | PShankman@fortislaw.com | Email |
| Counsel to Rocket Lab USA, Inc. | Goodwin Proctor LLP | Attn: Debora A. Hoehne, James F. Lathrop | | dhoehne@goodwinlaw.com jlathrop@goodwinlaw.com | Email |
| Counsel for the Official Committee of Unsecured Creditors | Hogan Lovells US LLP | Attn: David P. Simonds, Edward McNeilly, Kaitlyn Aliza Hittelman | | david.simonds@hoganlovells.com edward.mcneilly@hoganlovells.com kaitlyn.hittelman@hoganlovells.com | Email |
| Counsel for the Official Committee of Unsecured Creditors | Hogan Lovells US LLP | Attn: John D. Beck, Christopher R. Bryant, Katherine M. Lynn | | john.beck@hoganlovells.com chris.bryant@hoganlovells.com katherine.lynn@hoganlovells.com | Email |
| Counsel to Litigation Trustee | Hogan Lovells US LLP | Attn: Katherine Lynn | 212-918-3100 | katherine.lynn@hoganlovells.com | Email and Facsimile |
| IRS Insolvency Section | Internal Revenue Service | Centralized Insolvency Operation | 855-235-6787 | | Facsimile |
| IRS Insolvency Section | Internal Revenue Service | Centralized Insolvency Operation | 855-235-6787 | | Facsimile |
| Counsel to PDSINC | Jeffrey M. Villanueva, P.C. | Attn: Jeffrey M. Villanueva | | jeff@jmvpclaw.com | Email |
| Counsel to Cartus Corporation | K&L Gates LLP | Attn: David S. Catuogno | | David.Catuogno@klgates.com | Email |
| Counsel to Cartus Corporation | K&L Gates LLP | Attn: Steven L. Caponi, Matthew B. Goeller | 302-416-7020 | steven.caponi@klgates.com matthew.goeller@klgates.com | Email and Facsimile |
| Counsel to County of Kern, State of California | Kern County Treasurer and Tax Collector Office | Attn: Rachel Medrano | | bankruptcy@kerncounty.com | Email |
| Counsel to Firefly Aerospace, Inc. | Kirkland & Ellis LLP | Attn: Ryan Blaine Bennett. P.C., Patricia Walsh Loureiro | | rbennett@kirkland.com patricia.walsh@kirkland.com | Email |
| Counsel to Launcer Inc. | Klehr Harrison Harvey Branzburg LLP | Attn: Domenic E. Pacitti, Sally E. Veghte | | dpacitti@klehr.com sveghte@klehr.com | Email |
| Counsel to KSAT | KMA Zuckert | Attn: Pamela L. Meredith | | pmeredith@kmazuckert.com | Email |
| Counsel to Debtors and Debtors In Possession | Latham & Watkins LLP | Attn: George Klidonas  Anupama Yerramalli, Liza L. Burton | | george.klidonas@lw.com anu.yerramalli@lw.com liza.burton@lw.com | Email |
| Counsel to Debtors and Debtors In Possession | Latham & Watkins LLP | Attn: Jeffrey E. Bjork | | jeff.bjork@lw.com | Email |

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | NOTICE NAME | FAX | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|---|
| Counsel for VLADIMIR BOYKO on behalf of himself and all others similarly situated, Plaintiff | LOIZIDES, P.A. | Attn: Christopher D. Loizides | | loizides@loizides.com | Email |
| Counsel to The Institute for Q-Shu Pioneers of Space, Inc., d/b/a iQPS, Inc. | Mayer Brown LLP | Attn: Jamie R. Netznik | | jnetznik@mayerbrown.com | Email |
| Counsel to The Institute for Q-Shu Pioneers of Space, Inc., d/b/a iQPS, Inc. | Mayer Brown LLP | Attn: Joaquin M. C de Baca | | jcdebaca@mayerbrown.com | Email |
| Counsel to Stratolaunch, LLC and its affiliates | Millbank, LLP | Attn: Lauren C. Doyle, Edward R. Linden | | LDoyle@milbank.com ELinden@milbank.com | Email |
| Counsel to Waste Management | Monzack Mersky and Browder, P.A. | Attn: Rachel B. Mersky | | rmersky@monlaw.com | Email |
| Counsel to U.S. Bank National Association d/b/a U.S. Bank Equipment Finance | Morris James LLP | Attn: Eric J. Monzo, Tara C. Pakrouh | | emonzo@morrisjames.com tpakrouh@morrisjames.com | Email |
| Counsel to Virgin Investments Limited | Morris, Nichols, Arsht & Tunnell LLP | Attn: Robert J. Dehney, Eric D. Schwartz, Tamara K. Mann, Jonathan M. Weyand | | rdehney@morrisnichols.com eschwartz@morrisnichols.com tmann@morrisnichols.com jweyand@morrisnichols.com | Email |
| United States Trustee District of Delaware | Office of the United States Trustee | Attn: Linda Richendorfer, Timothy J. Fox | 302-573-6497 | Linda.Richenderfer@usdoj.gov Timothy.Fox@usdoj.gov USTPRegion03.WL.ECF@USDOJ.GOV | Email and Facsimile |
| Counsel to Launcer Inc. | Orrick, Herrington & Sutcliffe LLP | Attn: Evan C. Hollander | | echollander@orrick.com | Email |
| Counsel to Launcer Inc. | Orrick, Herrington & Sutcliffe LLP | Attn: Nicholas Sabatino | | nsabatino@orrick.com | Email |
| Counsel to Firefly Aerospace, Inc. | Pachulski Stang Ziehl & Jones LLP | Attn: Laura Davis Jones, James E. O'Neill | | ljones@pszjlaw.com joneill@pszjlaw.com | Email |
| Counsel to Litigation Trustee | Potter Anderson & Corroon LLP | Attn: Blake Cleary, Katelin Morales | | bcleary@potteranderson.com kmorales@potteranderson.com | Email |
| Counsel for the Official Committee of Unsecured Creditors | Potter Anderson & Corroon LLP | Attn: M. Blake Cleary, L. Katherine Good, Katelin A. Morales | | bcleary@potteranderson.com kgood@potteranderson.com kmorales@potteranderson.com | Email |
| Counsel for VLADIMIR BOYKO on behalf of himself and all others similarly situated, Plaintiff | RAISNER ROUPINIAN LLP | Attn: Jack A. Raisner & René S. Roupinian | | jar@raisnerroupinian.com rsr@raisnerroupinian.com | Email |
| Counsel to Stratolaunch, LLC and its affiliates | Richards, Layton & Finger, P.A. | Attn: Mark D. Collins, Brendan J. Schlauch | | collins@rlf.com schlauch@rlf.com | Email |

In re: Virgin Orbit Holdings, Inc., et al.
Case No. 23-10408 (KBO)

Page 3 of 4

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | NOTICE NAME | FAX | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|---|
| Counsel to Rocket Lab USA, Inc. | Richards, Layton & Finger, P.A. | Attn: Zachary I. Shapiro, Alexander R. Steiger | | shapiro@rlf.com steiger@rlf.com | Email |
| Securities and Exchange Commission | Securities & Exchange Commission - NY Office | Attn: Bankruptcy Department | | bankruptcynoticeschr@sec.gov nyrobankruptcy@sec.gov | Email |
| Securities and Exchange Commission | Securities & Exchange Commission - Philadelphia Office | Attn: Bankruptcy Department | | secbankruptcy@sec.gov | Email |
| Counsel to TN Dept of Revenue | TN Dept of Revenue | Attn: Laura L. McCloud | | AGBankDelaware@ag.tn.gov | Email |
| Counsel to KSAT | Togut, Segal & Segal LLP | Attn: Ronald Howard | | rhoward@teamtogut.com | Email |
| Counsel to ACA International LLC | Troutman Pepper Hamilton Sanders LLP | Attn: David M. Fournier | | david.fournier@troutman.com | Email |
| US Attorney for the District of Delaware | U.S. Attorney for Delaware | Attn: David C. Weiss & Ellen Slights | 302-573-6220 | | Facsimile |
| Securities and Exchange Commission - Headquarters | U.S. Securities and Exchange Commission | Secretary of the Treasury | | secbankruptcy@sec.gov | Email |
| Holder of the Debtors' Secured Convertible Notes | Virgin Investments Limited | Attn: President or General Counsel | | vghl@harneys.com | Email |
| Holder of the Debtors' Secured Convertible Notes | Virgin Management USA Inc. | Attn: General Counsel | | james.cahillane@virgin.com | Email |
| Debtors | Virgin Orbit Holdings, Inc. | Attn: Jens Rosmus | | derrick.boston@virginorbit.com jens.rosmus@virginorbit.com | Email |
| Holder of the Debtors' Unsecured Convertible Debenture, Top 30 Unsecured Creditor | YA II PN, Ltd | c/o Yorkville Advisors Global, LLC | | Legal@yorkvilleadvisors.com | Email |
| Counsel to Debtors and Debtors In Possession | Young Conaway Stargatt & Taylor, LLP | Attn: Robert Brady, Michael R. Nestor, Kara Hammond Coyle, Allison S. Mielke | | rbrady@ycst.com mnestor@ycst.com kcoyle@ycst.com amielke@ycst.com | Email |