IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------- x
:
In re:                                                                          :    Chapter 11
:
VIRGIN ORBIT, LLC,[1]                                             :    Case No. 23-10408 (KBO)
:
Debtor.                                                            :
:
---------------------------------------------------------- x

**NOTICE OF AGENDA OF MATTERS SCHEDULED
FOR HEARING ON MARCH 7, 2024 AT 1:00 P.M. (ET)**

**AS NO MATTERS ARE GOING FORWARD, THIS HEARING
HAS BEEN CANCELLED AT THE DIRECTION OF THE COURT.**

**RESOLVED MATTER**

1. Motion of Litigation Trustee for an Order Extending the Deadline to Object to Allowance of Claims [Docket No. 38; 1/29/24]

    Related Documents:

    A. Certificate of No Objection [Docket No. 56; 2/13/24]

    B. Order Granting Motion of Litigation Trustee for an Order Extending the Deadline to Object to the Allowance of Claims [Docket No. 57; 2/14/24]

    Response Deadline:                February 12, 2024 at 4:00 p.m. (ET)

    Objections/Informal Responses:    None.

    Status:    An order has been entered by the Court. No hearing is required.

---

[1] The debtor in this case, along with the last four digits of the debtor's federal tax identification number, is: Virgin Orbit, LLC (9648). The debtor's mailing address for purposes of this case is 251 Little Falls Drive, Wilmington, DE 19808. The chapter 11 cases of the debtor's affiliates, Virgin Orbit National Systems, LLC (3801); Vieco USA, Inc. (0492); Virgin Orbit Holdings, Inc. (6914); and JACM Holdings, Inc. (1445), were closed as of December 1, 2023. All motions and contested matters that remained open as of the closing of such cases, or that are opened after the date thereof, are administered in the remaining chapter 11 case of Virgin Orbit, LLC.

31388223.1

| | |
|---|---|
| Dated: March 5, 2024<br>Wilmington, Delaware | **YOUNG CONAWAY STARGATT & TAYLOR, LLP**<br><br>*/s/ Allison S. Mielke*<br>Robert Brady (No. 2847)<br>Michael R. Nestor (No. 3526)<br>Kara Hammond Coyle (No. 4410)<br>Allison S. Mielke (No. 5934)<br>Rodney Square, 1000 North King Street<br>Wilmington, Delaware 19801<br>Telephone: (302) 571-6600<br>Facsimile: (302) 571-1253<br>Email: rbrady@ycst.com<br>      mnestor@ycst.com<br>      kcoyle@ycst.com<br>      amielke@ycst.com<br><br>*Counsel for the Post-Effective Date Debtors* |