# Notice Recipients

District/Off: 0311−1    User: admin    Date Created: 3/6/2024
Case: 23−10408−KBO    Form ID: pdfgen    Total: 9

**Recipients of Notice of Electronic Filing:**
aty    Allison S Mielke    amielke@ycst.com

TOTAL: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
    Aydin Karahan    14867 Steven Ct.    Lemont, IL 60439
    Chin Ho William Lee    5 Oblate Cres    Brampton, ON L6Y0K2
    Katalin Sebestyen    66 Udolo Setany    Szarvas, Hungary 5540
    Iryna Karahan    14867 Steven Ct.    Lemont, IL 60439
    Eric W. Fischbach    24 County Road    Cape Neddick, ME 03902
    Lubos Hlina    Kpt. Jana Nalepku    Palarikovo, Skovakia 94111
    Dr. Tamas Hampel    Dios arok 49d    Budapest, Hungary 1125
    Stephen Inguagiato    142−39 38th Avenue    Apt 3A    Flushing, NY 11354

TOTAL: 8