Generated: Mar 13, 2024 8:05AM

Page 1/1



# U.S. Bankruptcy Court

### Delaware Bankruptcy - Wilmington

Receipt Date: Mar 13, 2024 8:05AM

Tamas Hampel

| Rcpt. No: 10094860 | | Trans. Date: Mar 13, 2024 8:05AM | | | Cashier ID: #CH |
|---|---|---|---|---|---|
| CD | Transaction | Case/Party/Defendant | Qty | Price | Amt |
| AP | APPEAL | | 1 | 298.00 | 298.00 |

| CD | Tender | | Amt |
|---|---|---|---|
| CC | CREDIT | | $298.00 |
| | | Total Due Prior to Payment: | $298.00 |
| | | Total Tendered: | $298.00 |
| | | Total Cash Received: | $0.00 |
| | | Cash Change Amount: | $0.00 |

Comments: Case # 23-10408

Exact change only.