IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------- x
    :
In re:    :    Chapter 11
    :
VIRGIN ORBIT, LLC,    :    Case No. 23-10408 (KBO)
    :
Debtor.    :
    :
---------------------------------------------------------- x

### ORDER SCHEDULING OMNIBUS HEARING DATES

Pursuant to Rule 2002-1(a) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, the Court hereby schedules the following omnibus hearing dates:

**June 18, 2024 at 9:30 a.m. (ET)**

**July 18, 2024 at 9:30 a.m. (ET)**

30265617.5