IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------ x
:
In re:                                          :   Chapter 11
:
VIRGIN ORBIT, LLC,                              :   Case No. 23-10408 (KBO)
:
Debtor.                                         :
:
------------------------------------------------------------ x

## ORDER SCHEDULING OMNIBUS HEARING DATES

Pursuant to Rule 2002-1(a) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, the Court hereby schedules the following omnibus hearing dates:

**June 18, 2024 at 9:30 a.m. (ET)**

**July 18, 2024 at 9:30 a.m. (ET)**

Dated: April 4th, 2024
Wilmington, Delaware

**KAREN B. OWENS
UNITED STATES BANKRUPTCY JUDGE**

30265617.5