# EXHIBIT A

## Fully Satisfied Claims

# In re: Virgin Orbit, LLC, Case No. 23-10408 (KBO)
## First Notice of Satisfaction
### Exhibit A - Satisfied Claims

| | NAME | DATE FILED | CASE # | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 1 | BENTON, RICHARD<br>ADDRESS ON FILE | 07/09/2023 | 23-10405 | Virgin Orbit Holdings, Inc. | 447 | $2,008.94 |
| | Reason: Claim satisfied in full via check (ref #: 279945) paid on 5/24/24. | | | | | |
| 2 | BONNER, TARIQ BILAL<br>ADDRESS ON FILE | 05/26/2023 | 23-10408 | Virgin Orbit, LLC | 402 | $6,507.90 |
| | Reason: Claim satisfied in full via check (ref #: 279943) paid on 5/24/24. | | | | | |
| 3 | CANNON, MICHAEL KENNETH<br>ADDRESS ON FILE | 06/23/2023 | 23-10408 | Virgin Orbit, LLC | 438 | $2,759.70 |
| | Reason: Claim satisfied in full via check (ref #: 279944) paid on 5/24/24. | | | | | |
| 4 | COMPTROLLER OF THE TREASURY<br>301 W. PRESTON STREET<br>ROOM #409<br>BALTIMORE, MD 21201 | 09/28/2023 | 23-10408 | Virgin Orbit, LLC | 500 | $3,202.00 |
| | Reason: Claim satisfied in full via check (ref #: 1272400180VB) paid on 6/28/24. | | | | | |
| 5 | CUMMINGS INDUSTRIES D/B/A NORTH AMERICAN CRANE COMPANY<br>C/O MICHAEL JOYCE<br>1225 KING STREET<br>SUITE 800<br>WILMINGTON, DE 19801 | 05/24/2023 | 23-10408 | Virgin Orbit, LLC | 292 | $472,016.98 |
| | Reason: Claim satisfied via wire payment on 7/20/23. | | | | | |
| 6 | KERN COUNTY TREASURER AND TAX COLLECTOR<br>P.O. BOX 579<br>BAKERSFIELD, CA 93302 | 07/27/2023 | 23-10405 | Virgin Orbit Holdings, Inc. | 465 | $87,648.36 |
| | Reason: Claim satisfied in full via wire payment on 12/5/2023. | | | | | |

In re: Virgin Orbit, LLC, Case No. 23-10408 (KBO)

First Notice of Satisfaction

Exhibit A - Satisfied Claims

| | NAME | DATE FILED | CASE # | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 7 | MASSACHUSETTS DEPARTMENT OF REVENUE<br>ATTN: BANKRUPTCY UNIT<br>P.O. BOX 7090<br>BOSTON, MA 02204-7090 | 04/13/2023 | 23-10408 | Virgin Orbit, LLC | 13 | $1,329.31 |
| | Reason: Claim satisfied in full via check (ref #: 1272700180VB) paid on 6/28/24. | | | | | |
| 8 | MCDONOUGH, STEVEN<br>ADDRESS ON FILE | 05/26/2023 | 23-10408 | Virgin Orbit, LLC | 354 | $4,000.00 |
| | Reason: Claim satisfied in full via check (ref #: 279942) paid on 5/24/24. | | | | | |
| 9 | NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE<br>BANKRUPTCY SECTION<br>P.O. BOX 5300<br>ALBANY, NY 12205-0300 | 11/01/2023 | 23-10405 | Virgin Orbit Holdings, Inc. | 513 | $50.00 |
| | Reason: Claim satisfied in full via check (ref #: 1272700180VB) paid on 6/28/24. | | | | | |
| 10 | ORACLE AMERICA, INC.<br>MARGOLIS EDELSTEIN<br>ATTN: JAMES E. HUGGETT<br>300 DELAWARE AVENUE, SUITE 800<br>WILMINGTON, DE 19801 | 08/31/2023 | 23-10405 | Virgin Orbit Holdings, Inc. | 483 | $21,613.01 |
| | Reason: Claim satisfied in full via check (ref #: 8081900284JO) paid on 10/11/23. | | | | | |
| 11 | SHOOK, SCOTT<br>ADDRESS ON FILE | 05/25/2023 | 23-10408 | Virgin Orbit, LLC | 344 | $2,000.00 |
| | Reason: Claim satisfied in full via check (ref #: 279941) paid on 5/24/24. | | | | | |

# EXHIBIT B

**Partially Satisfied Claims**

In re: Virgin Orbit, LLC; Case No. 23-10408 (KBO)
First Notice of Satisfaction
Exhibit B - Partially Satisfied Claims

| | NAME | CLAIM # | ASSERTED DEBTOR | PRIORITY STATUS | AMOUNT | REMAINING DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 1 | 1800 M STREET OWNER, LLP<br>C/O COLUMBIA PROPERTY TRUST<br>ATTN: DEBBIE NEWMARK<br>1170 PEACHTREE STREET NE, SUITE 600<br>ATLANTA, GA 30309 | 459 | Virgin Orbit, LLC<br>Virgin Orbit, LLC | Admin<br>Unsecured<br>Subtotal | $6,151.87<br>$127,835.98<br>$133,987.85 | Virgin Orbit, LLC | Unsecured | $127,835.98 |
| | Reason: Claim partially satisfied via check payment (ref #: 7842800306JO) on 11/2/2023. | | | | | | | |
| 2 | ADEPT FASTENERS, INC.<br>27949 HANCOCK PARKWAY<br>VALENCIA, CA 91355 | 129 | Virgin Orbit, LLC<br>Virgin Orbit, LLC | 503(b)(9)<br>Unsecured<br>Subtotal | $19,227.71<br>$17,633.65<br>$36,861.36 | Virgin Orbit, LLC | Unsecured | $17,633.65 |
| | Reason: Claim partially satisfied via check payment (ref #: 8083500284JO) on 10/11/2023. | | | | | | | |
| 3 | AERO-MECHANICAL ENGINEERING, INC.<br>5945 ENGINEER DR.<br>HUNTINGTON BEACH, CA 92649 | 9 | Virgin Orbit, LLC<br>Virgin Orbit, LLC | 503(b)(9)<br>Unsecured<br>Subtotal | $19,738.32<br>$128,927.15<br>$148,665.47 | Virgin Orbit, LLC | Unsecured | $128,927.15 |
| | Reason: Claim partially satisfied via wire payment (ref #: 1115MMQFMP2L026958) on 11/15/2023. | | | | | | | |
| 4 | BANK OF THE WEST<br>1625 W. FOUNTAINHEAD PKWY<br>TEMPE, AZ 85282 | 31 | Virgin Orbit, LLC<br>Virgin Orbit, LLC | Secured<br>Unsecured<br>Subtotal | $15,000.00<br>$22,100.26<br>$37,100.26 | Virgin Orbit, LLC | Unsecured | $22,100.26 |
| | Reason: Claim partially satisfied via wire payment on 1/16/2024. | | | | | | | |

1

In re: Virgin Orbit, LLC; Case No. 23-10408 (KBO)
First Notice of Satisfaction
Exhibit B - Partially Satisfied Claims

| | NAME | CLAIM # | ASSERTED DEBTOR | PRIORITY STATUS | AMOUNT | REMAINING DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 5 | BISCO INDUSTRIES<br>5065 EAST HUNTER AVENUE<br>ANAHEIM, CA 92807 | 11 | Virgin Orbit, LLC<br>Virgin Orbit, LLC | 503(b)(9)<br>Unsecured<br>Subtotal | $841.30<br>$220,554.34<br>$221,395.64 | Virgin Orbit, LLC | Unsecured | $220,554.34 |

Reason:  Claim partially satisfied via check payment (ref #: 8082000284JO) on 10/11/2023.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 6 | DT MACHINE INC.<br>1891 E. MIRALOMA AVE.<br>PLACENTIA, CA 92870 | 8 | Virgin Orbit, LLC<br>Virgin Orbit, LLC | 503(b)(9)<br>Unsecured<br>Subtotal | $115,750.00<br>$129,172.00<br>$244,922.00 | Virgin Orbit, LLC | Unsecured | $129,172.00 |

Reason:  Claim partially satisfied via check payment (ref #: 8083300284JO) on 10/11/2023.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 7 | ELEMENT MACHINE, LLC<br>CARE OF: LINDA LANG<br>3121 E. LA PALMA AVENUE<br>SUITE N<br>ANAHEIM, CA 92806 | 142 | Virgin Orbit Holdings, Inc.<br>Virgin Orbit Holdings, Inc. | 503(b)(9)<br>Unsecured<br>Subtotal | $111,000.00<br>$585,225.00<br>$696,225.00 | Virgin Orbit Holdings, Inc. | Unsecured | $585,225.00 |

Reason:  Claim partially satisfied via check payment (ref #: 8082100284JO) on 10/11/2023.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 8 | FAB METAL SHOP<br>2231 E CURRY STREET<br>LONG BEACH, CA 90805 | 316 | Virgin Orbit Holdings, Inc.<br>Virgin Orbit Holdings, Inc. | 503(b)(9)<br>Unsecured<br>Subtotal | $15,073.74<br>$119,367.29<br>$134,441.03 | Virgin Orbit Holdings, Inc. | Unsecured | $119,367.29 |

Reason:  Claim partially satisfied via check payment (ref #: 8083100284JO) on 10/11/2023.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 9 | FASTENAL COMPANY<br>ATTN: LEGAL<br>2001 THEURER BLVD.<br>WINONA, MN 55987 | 62 | Virgin Orbit, LLC<br>Virgin Orbit, LLC | 503(b)(9)<br>Unsecured<br>Subtotal | $6,126.72<br>$27,698.78<br>$33,825.50 | Virgin Orbit, LLC | Unsecured | $27,698.78 |

Reason:  Claim partially satisfied via check payment (ref #: 8082800284JO) on 10/11/2023.

In re: Virgin Orbit, LLC; Case No. 23-10408 (KBO)
First Notice of Satisfaction
Exhibit B - Partially Satisfied Claims

| | NAME | CLAIM # | ASSERTED DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED AMOUNT | REMAINING DEBTOR | REMAINING PRIORITY STATUS | REMAINING AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 10 | FLUID MECHANICS VALUE COMPANY<br>12803 FM 529 RD.<br>HOUSTON, TX 77041 | 390 | Virgin Orbit, LLC<br>Virgin Orbit, LLC<br><br>Subtotal | 503(b)(9)<br>Unsecured | $15,289.00<br>$290.00<br>$15,579.00 | Virgin Orbit, LLC | Unsecured | $290.00 |
| | Reason: Claim partially satisfied via wire payment (ref #: 1115MMQFMP2M026986) on 11/15/2023. | | | | | | | |
| 11 | JRI, INC., A CALIFORNIA CORPORATION<br>31280 LA BAYA DRIVE<br>WESTLAKE VILLAGE, CA 91362 | 389 | Virgin Orbit, LLC<br>Virgin Orbit, LLC<br><br>Subtotal | 503(b)(9)<br>Unsecured | $65,488.36<br>$58,036.47<br>$123,524.83 | Virgin Orbit, LLC | Unsecured | $58,036.47 |
| | Reason: Claim partially satisfied via wire payment (ref #: 1115MMQFMP2N026899) on 11/15/2023. | | | | | | | |
| 12 | MCMASTER-CARR SUPPLY CO<br>9630 NORWALK BLVD.<br>SANTA FE SPRINGS, CA 90670 | 74 | Virgin Orbit, LLC<br>Virgin Orbit, LLC<br><br>Subtotal | 503(b)(9)<br>Unsecured | $377.69<br>$199,129.33<br>$199,507.02 | Virgin Orbit, LLC | Unsecured | $199,129.33 |
| | Reason: Claim partially satisfied via check payment (ref #: 8083000284JO) on 10/11/2023. | | | | | | | |
| 13 | METALCRAFTERS TRANSPARENCIES & COMPOSITES, INC<br>C/O LAW OFFICE DOUGLAS S SMITH<br>50440 SPYGLASS HILL DRIVE<br>LA QUINTA, CA 92253 | 281 | Virgin Orbit, LLC<br>Virgin Orbit, LLC<br><br>Subtotal | 503(b)(9)<br>Unsecured | $159,314.35<br>$108,702.55<br>$268,016.90 | Virgin Orbit, LLC | Unsecured | $108,702.55 |
| | Reason: Claim partially satisfied via check payment (ref #: 8082300284JO) on 10/11/2023. | | | | | | | |

In re: Virgin Orbit, LLC; Case No. 23-10408 (KBO)
First Notice of Satisfaction
Exhibit B - Partially Satisfied Claims

| | | | ASSERTED | | | REMAINING | | |
|---|---|---|---|---|---|---|---|---|
| | NAME | CLAIM # | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
| 14 | MSC INDUSTRIAL SUPPLY COMPANY<br>515 BROADHOLLOW ROAD<br>SUITE 1000<br>MIVELLE, NY 11747 | 65 | Virgin Orbit, LLC<br>Virgin Orbit, LLC | 503(b)(9)<br>Unsecured<br>Subtotal | $719.13<br>$20,976.52<br>$21,695.65 | Virgin Orbit, LLC | Unsecured | $20,976.52 |
| | Reason: Claim partially satisfied via check payment (ref #: 8082900284JO) on 10/11/2023. | | | | | | | |
| 15 | NDT STREAMLINED STRATEGIES CORP.<br>72 MEADOW VALLEY<br>IRVINE, CA 92602 | 380 | Virgin Orbit, LLC<br>Virgin Orbit, LLC | Admin<br>Unsecured<br>Subtotal | $2,030.77<br>$5,424.23<br>$7,455.00 | Virgin Orbit, LLC | Unsecured | $5,425.23 |
| | Reason: Claim partially satisfied via check payment (ref #: 8083200284JO) on 10/11/2023. | | | | | | | |
| 16 | NORMAN FILTER COMPANY, LLC<br>ATTN: CHIEF FINANCIAL OFFICER<br>9850 INDUSTRIAL DRIVE<br>BRIDGEVIEW, IL 60455 | 86 | Virgin Orbit, LLC<br>Virgin Orbit, LLC | 503(b)(9)<br>Unsecured<br>Subtotal | $112,320.42<br>$18,738.85<br>$131,059.27 | Virgin Orbit, LLC | Unsecured | $18,738.85 |
| | Reason: Claim partially satisfied via check payment (ref #: 8083400284JO) on 10/11/2023. | | | | | | | |
| 17 | OMNETICS CONNECTOR CORPORATION<br>7260 COMMERCE CIRCLE E<br>MINNEAPOLIS, MN 55432 | 219 | Virgin Orbit Holdings, Inc.<br>Virgin Orbit Holdings, Inc. | 503(b)(9)<br>Unsecured<br>Subtotal | $2,705.50<br>$7,537.48<br>$10,242.98 | Virgin Orbit Holdings, Inc. | Unsecured | $7,537.48 |
| | Reason: Claim partially satisfied via check payment (ref #: 8082400284JO) on 10/11/2023. | | | | | | | |

In re: Virgin Orbit, LLC, Case No. 23-10408 (KBO)
First Notice of Satisfaction
Exhibit B - Partially Satisfied Claims

| | NAME | CLAIM # | ASSERTED DEBTOR | PRIORITY STATUS | AMOUNT | REMAINING DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 18 | PIPING TECHNOLOGY AND PRODUCTS, INC. C/O TROY GOULD PC 1801 CENTURY PARK EAST 16TH FLOOR LOS ANGELES, CA 90067 | 43 | Virgin Orbit, LLC  Virgin Orbit, LLC | Secured  Unsecured  Subtotal | $26,000.00  $26,399.74  $52,399.74 | Virgin Orbit, LLC | Unsecured | $26,399.74 |
| | Reason: Claim partially satisfied via check payment on 1/17/2024. | | | | | | | |
| 19 | RAMKABIR ANALYTICS LLC KIRIT S. PATEL 4843 CORSICA DRIVE CYPRESS, CA 90630 | 1 | Virgin Orbit Holdings, Inc.  Virgin Orbit Holdings, Inc. | Priority  Unsecured  Subtotal | $15,150.00  $5,100.00  $20,250.00 | Virgin Orbit Holdings, Inc. | Unsecured | $5,100.00 |
| | Reason: Claim partially satisfied via check payment on 1/17/2024. | | | | | | | |
| 20 | SC COMMERCIAL, LLC 1800 W. KATELLA AVENUE SUITE 400 ORANGE, CA 92867 | 178 | Virgin Orbit Holdings, Inc.  Virgin Orbit Holdings, Inc. | 503(b)(9)  Unsecured  Subtotal | $2,450.82  $3,244.82  $5,695.64 | Virgin Orbit Holdings, Inc. | Unsecured | $3,244.82 |
| | Reason: Claim partially satisfied via check payment (ref #: 8082200284JO) on 10/11/2023. | | | | | | | |
| 21 | UKSPACE TRADE ASSOCIATION LTD. 60 BARBADOS ROAD, BORDON HAMPSHIRE, GU35 0FX | 387 | Virgin Orbit, LLC  Virgin Orbit, LLC | Admin  Unsecured  Subtotal | $3,483.09  $1,190.91  $4,674.00 | Virgin Orbit, LLC | Unsecured | $1,190.91 |
| | Reason: Claim partially satisfied via check payment (ref #: 8082700284JO) on 10/11/2023. | | | | | | | |

5

In re: Virgin Orbit, LLC, Case No. 23-10408 (KBO)
First Notice of Satisfaction
Exhibit B - Partially Satisfied Claims

| | NAME | CLAIM # | ASSERTED DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED AMOUNT | REMAINING DEBTOR | REMAINING PRIORITY STATUS | REMAINING AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 22 | WEB INDUSTRIES, INC. ATTENTION TO: AMY DOHERTY 293 BOSTON POST ROAD WEST SUITE 510 MARLBORO, MA 01752 | 333 | Virgin Orbit, LLC | 503(b)(9) | $215,137.17 | Virgin Orbit, LLC | Unsecured | $184,672.82 |
| | | | Virgin Orbit, LLC | Unsecured | $184,672.82 | | | |
| | | | | Subtotal | $399,809.99 | | | |

Reason:  Claim partially satisfied via check payment (ref #: 8082600284JO) on 10/11/2023.